JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* (Local Rule 50.4 letter forthcoming) JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

CERTIFICATION OF ARBITRATION ELIGIBILITY

Local Arbitration Rule 83.10 provides that with certain exceptions, actions seeking money damages only in an amount not in excess of $150,000, exclusive of interest and costs, are eligible for compulsory arbitration. The amount of damages is presumed to be below the threshold amount unless a certification to the contrary is filed.

I, _____, counsel for _____, do hereby certify that the above captioned civil action is ineligible for compulsory arbitration for the following reason(s):

       monetary damages sought are in excess of $150,000, exclusive of interest and costs,

       the complaint seeks injunctive relief,

       the matter is otherwise ineligible for the following reason

### DISCLOSURE STATEMENT - FEDERAL RULES CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more or its stocks:

### RELATED CASE STATEMENT (Section VIII on the Front of this Form)

Please list all cases that are arguably related pursuant to Division of Business Rule 50.3.1 in Section VIII on the front of this form. Rule 50.3.1 (a) provides that "A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge." Rule 50.3.1 (b) provides that " A civil case shall not be deemed "related" to another civil case merely because the civil case: (A) involves identical legal issues, or (B) involves the same parties." Rule 50.3.1 (c) further provides that "Presumptively, and subject to the power of a judge to determine otherwise pursuant to paragraph (d), civil cases shall not be deemed to be "related" unless both cases are still pending before the court."

### NY-E DIVISION OF BUSINESS RULE 50.1(d)(2)

1.)    Is the civil action being filed in the Eastern District removed from a New York State Court located in Nassau or Suffolk County:_____

2.)    If you answered "no" above:
a) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in Nassau or Suffolk County?_____

b) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in the Eastern District?_____

If your answer to question 2 (b) is "No," does the defendant (or a majority of the defendants, if there is more than one) reside in Nassau or Suffolk County, or, in an interpleader action, does the claimant (or a majority of the claimants, if there is more than one) reside in Nassau or Suffolk County?_____
       (Note: A corporation shall be considered a resident of the County in which it has the most significant contacts).

### BAR ADMISSION

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.
       Yes                                    No

Are you currently the subject of any disciplinary action (s) in this or any other state or federal court?
       Yes     (If yes, please explain)         No

I certify the accuracy of all information provided above.

**Signature**:_____

Civil Cover Sheet Attachment

*Defendants*

Donald Trump, in His Official Capacity as President of The United States
U.S. Department of Homeland Security
Elaine C. Duke, in Her Official Capacity
U.S. Citizenship and Immigration Services
U.S. Immigration and Customs Enforcement
The United States of America

---

**ERIC T. SCHNEIDERMAN**
Attorney General of the State of New York
    Lourdes M. Rosado, Bureau Chief
    Sania Khan, Assistant Attorney General
    Diane Lucas, Assistant Attorney General
    Ajay Saini, Assistant Attorney General
    Civil Rights Bureau
    Office of the New York State Attorney General
    120 Broadway, 23rd Floor
    New York, New York 10271
    Lourdes.Rosado@ag.ny.gov
    Sania.Khan@ag.ny.gov
    Diane.Lucas@ag.ny.gov
    Ajay.Saini@ag.ny.gov
    Tel. (212) 416-6438
    Fax (212) 416-8074

**MAURA HEALEY**
Attorney General for the Commonwealth of Massachusetts
    Jonathan B. Miller
    (Bar No. JM3508)
    Genevieve C. Nadeau*
    Abigail B. Taylor*
    Assistant Attorneys General
    Office of the Attorney General
    One Ashburton Place
    Boston, MA 02108
    jonathan.miller@state.ma.us
    genevieve.nadeau@state.ma.us
    abigail.taylor@state.ma.us
    Tel. (617) 727-2200

**BOB FERGUSON**
Attorney General of the State Washington
    Robert W. Ferguson,* WSBA #26004
    Attorney General
    Colleen M. Melody,* WSBA #42275
    Civil Rights Unit Chief
    Marsha Chien,* WSBA #47020
    Assistant Attorney General
    Office of the Attorney General
    800 Fifth Avenue, Suite 2000
    Seattle, WA 98104
    ColleenM1@atg.wa.gov
    MarshaC@atg.wa.gov
    Tel. (206) 464-7744

**GEORGE JEPSEN**
Attorney General of the State of Connecticut
    Mark F. Kohler*
    Assistant Attorney General
    55 Elm Street
    Hartford, CT  06106

**KARL A. RACINE**
Attorney General for the District of Columbia
    Robyn R. Bender*
    Deputy Attorney General
    Public Advocacy Division
    441 4th Street, NW
    Suite 650 North
    Washington, DC 20001
    Tel. (202) 724-6610
    Fax (202) 730-0650

**DOUGLAS S. CHIN**
Attorney General of the State of Hawaii
    Donna Kalama*
    Deputy Attorney General
    State of Hawaii, Department of the Attorney General
    425 Queen Street
    Honolulu, HI 96813
    Tel: (808) 586-1282

**LISA MADIGAN**
Attorney General of the State of Illinois
    Karyn L. Bass Ehler,*
    Chief, Civil Rights Bureau
    Harpreet Khera,* Deputy Bureau Chief, Special Litigation Bureau
    Anna Crane,* Assistant Attorney General
    Caitlyn McEllis,* Assistant Attorney General
    Jeff VanDam,* Assistant Attorney General
    Civil Rights Bureau
    Office of the Illinois Attorney General
    100 W. Randolph Street
    Chicago, IL 60601
    Tel. (312) 814-3400
    Fax (312) 814-3212

**THOMAS J. MILLER**
Attorney General of the State of Iowa
    Jeffrey S. Thompson*
    Solicitor General
    Office of the Attorney General of Iowa
    1305 E. Walnut Street
    Des Moines, IA 50319
    Jeffrey.Thompson@Iowa.gov
    Tel. 515 281 4419
    Fax. 515 281 4209

**HECTOR H. BALDERAS**
Attorney General of the State of New Mexico
    Tania Maestas,*
    Deputy Attorney General
    Ari Biernoff,*
    Assistant Attorney General
    Jennie Lusk,*
    Assistant Attorney General
    New Mexico Office of the Attorney General
    408 Galisteo St.
    Santa Fe, NM 87501
    Tel. (505) 490-4060
    Fax (505) 490-4883

**JOSH STEIN**
Attorney General of the State of North Carolina
    Sripriya Narasimhan*
    North Carolina Department of Justice
    114 W. Edenton Street
    Raleigh, North Carolina 27603
    Tel. (919) 716-6400

**JOSH SHAPIRO**
Attorney General of Commonwealth of Pennsylvania
    Jonathan Scott Goldman,*
    Executive Deputy Attorney General, Civil Law Division
    Michael J. Fischer,*
    Chief Deputy Attorney General, Impact Litigation Section
    Office of Attorney General
    16th Floor, Strawberry Square
    Harrisburg, PA 17120
    Tel. (717) 787-3391

**MARK R. HERRING**
Attorney General of the State of Virginia
    Matthew R. McGuire,*
    Acting Deputy Solicitor General
    202 North Ninth Street
    Richmond, VA 23219

**PETER KILMARTIN**
Attorney General of the State of Rhode Island
    Peter Kilmartin*
    RI Office of the Attorney General
    150 South Main Street
    Providence, RI 02903

*Pro hac vice* motions will be forthcoming.

**ELLEN F. ROSENBLUM**
Attorney General of the State of Oregon
    Brian De Haan* #4565396
    Assistant Attorney General
    Trial Attorney
    brian.a.dehaan@doj.state.or.us
    Tel. (971) 673-1880
    Fax (971) 673-5000

**THOMAS J. DONOVAN, JR.**
Attorney General of the State of Vermont
    Benjamin D. Battles,* Solicitor General
    Julio A. Thompson,* Assistant Attorney General, Civil Rights Unit
    Office of the Vermont Attorney General
    109 State Street
    Montpelier, Vermont 05609
    benjamin.battles@vermont.gov
    Tel. (802) 828-5500
    Fax (802) 828-3187

**MATTHEW DENN**
Attorney General of the State of Delaware
    Attorney General Matt Denn*
    Delaware Department of Justice
    Carvel State Building
    820 N. French St.
    Wilmington, DE 19801