# DECLARATIONS & EXHIBITS PLACEHOLDER
# (CD-ROM with Exhibits will be delivered to Clerk's Office)

| Exhibit # | Title |
|---|---|
| 1 | USCIS DACA Data |
| 2 | Census Bureau Presentation on the Foreign-Born Population in the United States |
| 3 | Decl. Essig, Wiehe and Hill |
| 4 | Decl. Brannon |
| 5 | Decl. Wong |
| 6 | Decl. Cesar Andrade |
| 7 | Massachusetts Department of Higher Education Memorandum |
| 8 | Decl. Paul Mutty |
| 9 | Massachusetts Department of Motor Vehicles ID Requirements |
| 10 | The Latino Migration Project Report on The DACA Program in North Carolina |
| 11 | Decl. Carrizales |
| 12 | Decl. Milliken |
| 13 | DHS DACA Memorandum (2012) |
| 14 | USCIS Help Center, DACA FAQs |
| 15 | Letter from Secretary Jeh Charles Johnson to Rep. Judy Chu |
| 16 | USCIS Help Center, How do I request consideration of DACA? |
| 17 | USCIS Help Center, I-821D, Consideration of DACA |
| 18 | DHS, National Standard Operating Procedure (SOP): Deferred Action for Childhood Arrivals (DACA) |
| 19 | USCIS Help Center, How will USCIS evaluate my request for renewal of DACA? |
| 20 | Cato Institute Report on The Economic and Fiscal Impact of Repealing DACA |
| 21 | Center for American Progress, DACA Grantees Economic and Educational Gains Continue to Grow |

| | |
|---|---|
| 22 | Center for American Progress, New Study of DACA Beneficiaries Shows Positive Economic and Educational Outcomes |
| 23 | USCIS Help Center, I-131, Application for Travel Document |
| 24 | Sample DACA Approval Notice |
| 25 | USCIS Help Center, Will the information I share in my request for DACA be used for immigration enforcement purposes? |
| 26 | USCIS Help Center, If USCIS does not exercise deferred action in my case will I be placed in removal proceedings? |
| 27 | USCIS Help Center, If my DACA case is referred to ICE for immigraiton enforcement purposes or if I receive an NTA, will information related to my family members and guardians also be referred to ICE for immigration enforcement purposes? |
| 28 | USCIS Help Center, If I provide my employee with information regarding his or her employment to support a request for consideration of DACA, will that information be used for immigration enforcement purposes against me and/or my company? |
| 29 | TIME Magazine, Person of the Year 2016 |
| 30 | Daily Mail, Trump says he's working on a plan to accommodate DREAMers 'very happy' |
| 31 | CNN, Transcript of CNN Town Hall with Speaker Paul Ryan |
| 32 | ABC News, Transcript of ABC News anchor David Muir interview with Donald Trump |
| 33 | Politico, Wary Democrats look to Kelly for answers on immigration |
| 34 | Associated Press, Transcript of interview with Trump |
| 35 | Washington Post, Full text: Donald Trump announces a presidential bid |
| 36 | Fox News, At GOP debate, Trump says 'stupid' U.S leaders are being duped by Mexico |
| 37 | Washington Post, First Trump booted Univision anchor Jorge Ramos out of his news conference.  Then things got interesting |
| 38 | Donald Trump Twitter, The protestors in New Mexico were thugs who were flying the Mexican flag. |
| 39 | Donald Trump Twitter, Many of the thugs that attacked peaceful Trump supporters in SJ were illegals |
| 40 | Washington Post, Trump's personal, racially tinged attacks on federal judge alarm legal experts |
| 41 | CBS News, Face the Nation transcript June 5, 2016: Trump |

| 42 | Washington Post, Trump supporters false claim that Trump U judge is a member of a pro-immigrant group |
|----|---|
| 43 | Boston Globe, 'Passionate' Trump fans behind homeless man's beating? |
| 44 | Washington Post, 'Trump on immigration: There are 'bad hombres' in the United States |
| 45 | Washington Post, 'This deal will make me look terrible': Full transcripts of Trump's calls with Mexico and Australia |
| 46 | NYTimes, Trump Pardons Joe Arpaio, Who Became Face of Crackdown on Illegal Immigration |
| 47 | Hearing on the ICE and CBP F.Y. 2018 Budget, 2017 WLNR 18737622 |
| 48 | CNN, ICE Director: Undocumented immigrants 'should be afraid' |
| 49 | Fox News, Sessions defends immigration policies after reported 'DREAMer' deportation |
| 50 | American Immigration Council, New Americans in New Mexico; The Political and Economic Power of Immigrants, Latinos and Asians in the Land of Enchantment |
| 51 | DHS, Privacy Policy 2017-01 |
| 52 | Decl. MOIA |
| 53 | Center for American Progress, A New Threat to DACA Could Cost States Billions of Dollars |
| 54 | ITEP, State & Local Contributions of Young Undocumented Immigrants |
| 55 | Decl. Alejandra Perez |
| 56 | Decl. Paul Quinonez |
| 57 | Decl. Phil Ballinger |
| 58 | Decl. Lucila Loera |
| 59 | Decl. Rebecca Thompson |
| 60 | Decl. Reina Guevera |
| 61 | Decl. Umass |
| 62 | Decl. Alexandra Monroe |
| 63 | Decl. Ayesha-Blackwell Hawkins |
| 64 | Decl. Camilla Glatt |
| 65 | Decl. Kaplan |
| 66 | UIC, Resources for Undocumented Students |
| 67 | ISU, Admissions and Financial Aid for Undocumented Students Admissions |
| 68 | U of I, Undocumented Applicants, Illinois Admissions |
| 69 | Decl. Cairo Mendes |

| | |
|---|---|
| 70 | Decl. I.V. |
| 71 | Decl. I.T. |
| 72 | Decl. Renata Teodoro |
| 73 | U of H News, U of H and state leaders respond to DACA program termination |
| 74 | DHS, Memorandum Rescinding DACA (Sept. 5, 2017) |
| 75 | DOJ, Attorney General Remarks on DACA |
| 76 | Executive Order 13768, "Enhancing Public Safety in the Interior of the United States" |
| 77 | NYS Office of Health Insurance Programs, Letter from Director Judith Arnoald to Local District Commissioners, Medicaid Directors |
| 78 | NYSED, Board of Regents Approves Regulations to Allow DACA Recipients to Apply for Teacher Certification and Professional Licenses |
| 79 | Rhode Island State Center, Census Data Bulletin |
| 80 | MPI, State/County DACA Estimates |
| 81 | Pew Research Center, U.S. unauthorized immigration population estimates |
| 82 | Technician, Immigrants still face obstacles to go to college despite DACA |
| 83 | UNC, Our 17 Campuses |
| 84 | North Carolina History Project, Charlotte Soars to Become the Nation's Second Largest Financial Center |
| 85 | Greyhill Advisors, GDP by State |
| 86 | The Research Triangle Park, The Future of Great Ideas |
| 87 | Latino Migration Project, The Deferred Action for Childhood Arrivals (DACA) program in North Carolina, Perspectives from Immigrants and Community-Based Organizations |
| 88 | CNN, Administartion Memo: DACA recipients should prepare for departure |
| 89 | DHS, FAQs: Recission of DACA |
| 90 | Decl. Martin Shivley |
| 91 | Decl. Kim Ann Garza |
| 92 | Decl. Rich Jones |
| 93 | Mass Dept. of Higher Education, Time to Lead Report |
| 94 | NAFSA, New Mexico Benefits from International Students |
| 95 | Handbook on Economics of International Migration, Immigration and Entrepreneurship |

| | |
|---|---|
| 96 | Decl. Madsen |
| 97 | Decl. Jeka |
| 98 | Decl. Naveed |
| 99 | Decl. SUNY |
| 100 | Census Bureau, New Mexico QuickFacts |
| 101 | Migration Policy Institute, New Mexico Profile |
| 102 | Fiscal Policy Institute, Immigrant Small Business Owners |
| 103 | Santa Fe New Mexican, Report: Dreamers contribute millions in taxes to N.M. |
| 104 | Census Bureau, Current Population Survey, Table 4B: Reported Voting and Registration by Sex and Race |
| 105 | Americas Society/Council of Americas, Interactive of Immigraiton on the Housing Market |