**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| STATE OF NEW YORK, et al., | Civil Action No. 17-cv-5228 |
| Plaintiffs, | |
| v. | |
| DONALD TRUMP, et al., | |
| Defendants. | |

## NOTICE OF APPEARANCE

Notice is hereby given of the appearance of Assistant Attorney General Jonathan B. Miller, as counsel for Plaintiff Commonwealth of Massachusetts in the above-captioned matter. This notice is not intended to affect the appearances of any other attorneys who have appeared in this case.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS
ATTORNEY GENERAL
MAURA HEALEY

*/s/ Jonathan B. Miller*
Jonathan B. Miller (JM3508)
Assistant Attorney General
Office of the Massachusetts Attorney General
One Ashburton Place
Boston, MA 02108
617-963-2073
Dated: September 7, 2017                Jonathan.Miller@state.ma.us

## CERTIFICATE OF SERVICE

I, Jonathan B. Miller, hereby certify that a true copy of the above document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.


Dated: September 7, 2017                    */s/ Jonathan B. Miller*
                                            Jonathan B. Miller