UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
States of New York, Massachusetts, Washington
Connecticut, Delaware, District of Columbia, Hawaii,
Illinois, Iowa, New Mexico, North Carolina, Oregon,
Pennsylvania, Rhode Island, Vermont and Virginia

                                      Plaintiffs,

    v.

Donald Trump, in his official capacity as President
of the United States; U.S. Department of Homeland
Security; Elaine C. Duke, in her official capacity;
U.S. Citizenship and Immigration Services; U.S.
Immigration and Customs Enforcement; and the
United States of America.

-------------------------------------------------------X

AFFIDAVIT OF
**ROBERT W. FERGUSON**
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*
1:17-cv-05228

State of New York
County of Kings

<u>ROBERT W. FERGUSON</u>, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of the Washington State Attorney General's Office.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Washington.
4. There are no pending disciplinary proceedings against me in any State or Federal Court.
5. I have not been convicted of a felony.
6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.
7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/Defendant State of Washington.

Dated: September 7, 2017

_____
Signature of Movant
Firm Name: Washington State
Attorney General's Office
Address:
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
Email: chamenew@atg.wa.gov
Phone: (206) 464-7744

1