UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STATE OF NEW YORK, et al.,                         ORDER
                      Plaintiffs,
      - against -
DONALD TRUMP, et al.,                              17-CV-5228 (NGG) (JO)
                      Defendants.
------------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Colleen Melody, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By September 15, 2017, Ms. Melody shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Melody shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Melody shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated: Brooklyn, New York
       September 8, 2017

                                                                        /s/
                                                    JAMES ORENSTEIN
                                                    U.S. Magistrate Judge