# EXHIBIT 1

**U.S. Citizenship and Immigration Services**

**Number of Form I-821D, Consideration of Deferred Action for Childhood Arrivals, by Fiscal Year, Quarter, Intake, Biometrics and Case Status Fiscal Year 2012-2017 (March 31)**

| Period | Requests by Intake, Biometrics and Case Status | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Intake[1] | | | | Biometrics[6] | | Case Review[8] | | |
| | Requests Accepted[2] | Requests Rejected[3] | Total Requests | Average Accepted/Da | Biometrics Scheduled[7] | Requests Under | Approved[10] | Denied[11] | Pending[12] |
| *Fiscal Year - Total[6]* | | | | | | | | | |
| 2012 | 152,431 | 5,395 | 157,826 | 3,629 | 124,055 | 38,024 | 1,684 | - | 150,747 |
| 2013 | 427,616 | 16,351 | 443,967 | 1,697 | 445,013 | 77,524 | 470,521 | 11,025 | 96,817 |
| 2014 | 238,899 | 24,888 | 263,787 | 952 | 209,670 | 101,568 | 158,397 | 21,087 | 156,232 |
| 2014 Initial | 122,424 | 19,127 | 141,551 | 488 | - | - | 136,161 | 21,084 | 61,996 |
| 2014 Renewal | 116,475 | 5,761 | 122,236 | 464 | - | - | 22,236 | D | 94,236 |
| 2015 | 448,850 | 35,479 | 484,329 | 1,781 | 525,499 | 48,355 | 510,289 | 21,452 | 73,341 |
| 2015 Initial | 85,300 | 7,481 | 92,781 | 338 | - | - | 90,746 | 19,158 | 37,392 |
| 2015 Renewal | 363,550 | 27,998 | 391,548 | 1,443 | - | - | 419,543 | 2,294 | 35,949 |
| 2016 | 260,700 | 12,325 | 273,025 | 1,035 | 68,140 | - | 198,916 | 14,503 | 120,622 |
| 2016 Initial | 73,387 | 1,205 | 74,592 | 291 | - | - | 52,882 | 11,445 | 46,452 |
| 2016 Renewal | 187,313 | 11,120 | 198,433 | 743 | - | - | 146,034 | 3,058 | 74,170 |
| 2017 | 242,979 | 23,398 | 266,377 | 1,960 | - | - | 246,850 | 6,930 | 109,821 |
| 2017 Initial | 25,656 | 21 | 25,677 | 207 | - | - | 35,586 | 5,155 | 31,367 |
| 2017 Renewal | 217,323 | 23,377 | 240,700 | 1,753 | - | - | 211,264 | 1,775 | 78,454 |
| Total Cumulative | 1,771,475 | 117,836 | 1,889,311 | 1,510 | 1,372,377 | - | 1,586,657 | 74,997 | 109,821 |
| Total Cumulative Initial | 886,814 | 49,580 | 936,394 | 756 | - | - | 787,580 | 67,867 | 31,367 |
| Total Cumulative Renewal | 884,661 | 68,256 | 952,917 | 754 | - | - | 799,077 | 7,130 | 78,454 |
| *Fiscal Year 2017 by Quarter[13]* | | | | | | | | | |
| Q1. October - December | 110,189 | 4,138 | 114,327 | 1,777 | - | - | 122,051 | 2,754 | 109,821 |
| Q1. October - December Initial | 15,294 | 15 | 15,309 | 247 | - | - | 18,311 | 2,106 | 31,367 |
| Q1. October - December Renewal | 94,895 | 4,123 | 99,018 | 1,531 | - | - | 103,740 | 648 | 78,454 |
| Q2. January - March | 132,790 | 19,260 | 152,050 | 2,142 | - | - | 124,799 | 4,176 | 124,437 |
| Q2. January - March Initial | 10,362 | D | 10,368 | 167 | - | - | 17,275 | 3,049 | 36,490 |
| Q2. January - March Renewal | 122,428 | 19,254 | 141,682 | 1,975 | - | - | 107,524 | 1,127 | 87,947 |
| Q3. April - June | | | | | | | | | |
| Q3. April - June Initial | | | | | | | | | |
| Q3. April - June Renewal | | | | | | | | | |
| Q4. July - September | | | | | | | | | |
| Q4. July - September Initial | | | | | | | | | |
| Q4. July - September Renewal | | | | | | | | | |

D - Data withheld to protect requestors' privacy.
- Represents zero.
[1] Refers to a request for USCIS to consider deferred removal action for an individual based on guidelines described
in the Secretary of Homeland Security's memorandum issued June 15, 2012.
 Each request is considered on a case-by-case basis.
 See http://www.uscis.gov/childhoodarrivals.
[2] The number of new requests accepted at a Lockbox during the reporting period.
[3] The number of requests rejected at a Lockbox during the reporting period.
[4] The number of requests that were received at a Lockbox during the reporting period.
[5] The number of requests accepted per day at a Lockbox as of the end of the reporting period.
Also note the average accepted per day for initial plus renewal will not equal the total average.
[6] Refers to capture of requestors' biometrics.
[7] The number of appointments scheduled to capture requestors' biometrics during the reporting period.
[8] Refers to consideration of deferring action on a case-by-case basis during the reporting period.
[9] The number of new requests received and entered into a case-tracking system during the reporting period.
[10] The number of requests approved during the reporting period.
[11] The number of requests that were denied, terminated, or withdrawn during the reporting period.
[12] The number of requests awaiting a decision as of the end of the reporting period.
[13] Data on biometrics scheduled is not available past January 31, 2016. Totals reflect up to January 31, 2016.
NOTE: 1. Some requests approved or denied may have been received in previous reporting periods.
 2. The report reflects the most up-to-date estimate available at the time the report is generated.
Source: Department of Homeland Security, U.S. Citizenship and Immigration Services, Biometrics Capture Systems,
 CIS Consolidated Operational Repository (CISCOR), December 31, 2016

| Top Countries of Origin | Accepted to Date[1] | | | Approved to Date[2] | | | Residence | Accepted to Date[1] | | | Approved to Date[2] | | | Residence | Accepted to Date[1] | | | Approved to Date[2] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Initials | Renewals | Total | Initials | Renewals | Total | | Initials | Renewals | Total | Initials | Renewals | Total | | Initials | Renewals | Total | Initials | Renewals | Total |
| Mexico | 689,029 | 689,235 | 1,378,264 | 618,342 | 622,170 | 1,240,512 | California | 242,339 | 217,023 | 459,362 | 222,795 | 202,200 | 424,995 | Connecticut | 5,676 | 6,675 | 12,351 | 4,929 | 5,882 | 10,811 |
| El Salvador | 33,661 | 33,787 | 67,448 | 28,371 | 30,262 | 58,633 | Texas | 140,688 | 117,309 | 257,997 | 124,300 | 110,050 | 234,350 | Ohio | 5,249 | 5,895 | 11,144 | 4,442 | 5,124 | 9,566 |
| Guatemala | 24,247 | 21,837 | 46,084 | 19,792 | 19,466 | 39,258 | New York | 49,710 | 61,523 | 111,233 | 41,970 | 53,693 | 95,663 | Arkansas | 5,606 | 4,475 | 10,081 | 5,099 | 4,255 | 9,354 |
| Honduras | 22,114 | 21,107 | 43,221 | 18,262 | 18,526 | 36,788 | Illinois | 45,663 | 39,602 | 85,265 | 42,376 | 37,039 | 79,415 | Alabama | 4,803 | 3,844 | 8,647 | 4,270 | 3,584 | 7,854 |
| Peru | 9,721 | 11,061 | 20,782 | 9,066 | 10,245 | 19,311 | Florida | 39,843 | 48,460 | 88,303 | 32,795 | 41,526 | 74,321 | Missouri | 3,883 | 3,747 | 7,630 | 3,524 | 3,407 | 6,931 |
| South Korea | 7,813 | 11,038 | 18,851 | 7,250 | 10,375 | 17,625 | Missing | 13,691 | 70,681 | 84,372 | 7,140 | 53,276 | 60,416 | Nebraska | 3,759 | 3,223 | 6,982 | 3,371 | 2,970 | 6,341 |
| Brazil | 8,447 | 8,251 | 16,698 | 7,361 | 7,542 | 14,903 | Arizona | 30,652 | 25,314 | 55,966 | 27,865 | 23,638 | 51,503 | Kentucky | 3,448 | 3,056 | 6,504 | 3,062 | 2,786 | 5,848 |
| Ecuador | 7,649 | 7,787 | 15,436 | 6,696 | 7,037 | 13,733 | North Carolina | 29,584 | 23,576 | 53,160 | 27,385 | 22,327 | 49,712 | Idaho | 3,383 | 2,845 | 6,228 | 3,132 | 2,694 | 5,826 |
| Colombia | 7,217 | 7,776 | 14,993 | 6,591 | 7,100 | 13,691 | New Jersey | 25,650 | 28,580 | 54,230 | 22,024 | 25,106 | 47,130 | Iowa | 3,131 | 3,074 | 6,205 | 2,798 | 2,780 | 5,578 |
| Philippines | 5,055 | 5,774 | 10,829 | 4,655 | 5,444 | 10,099 | Georgia | 28,589 | 23,521 | 52,110 | 24,135 | 21,804 | 45,939 | Louisiana | 2,421 | 2,499 | 4,920 | 2,049 | 2,219 | 4,268 |
| Argentina | 5,180 | 5,112 | 10,292 | 4,774 | 4,723 | 9,497 | Washington | 19,581 | 17,696 | 37,277 | 17,843 | 16,275 | 34,118 | Rhode Island | 1,460 | 1,979 | 3,439 | 1,229 | 1,733 | 2,962 |
| India | 3,741 | 4,140 | 7,881 | 3,182 | 3,846 | 7,028 | Colorado | 19,103 | 15,321 | 34,424 | 17,258 | 14,302 | 31,560 | Delaware | 1,603 | 1,561 | 3,164 | 1,444 | 1,417 | 2,861 |
| Jamaica | 4,375 | 3,581 | 7,956 | 3,435 | 3,192 | 6,627 | Virginia | 13,967 | 14,995 | 28,962 | 12,134 | 13,272 | 25,406 | Mississippi | 1,693 | 1,421 | 3,114 | 1,460 | 1,326 | 2,786 |
| Venezuela | 3,441 | 3,523 | 6,964 | 3,099 | 3,240 | 6,339 | Nevada | 14,139 | 12,587 | 26,726 | 13,070 | 11,771 | 24,841 | Hawaii | 774 | 2,096 | 2,870 | 558 | 1,740 | 2,298 |
| Dominican Republic | 3,744 | 3,050 | 6,794 | 3,115 | 2,722 | 5,837 | Maryland | 11,513 | 12,357 | 23,870 | 9,785 | 10,917 | 20,702 | District of Columbia | 943 | 1,240 | 2,183 | 764 | 1,049 | 1,813 |
| Uruguay | 2,556 | 2,419 | 4,975 | 2,361 | 2,201 | 4,562 | Oregon | 12,049 | 10,185 | 22,234 | 11,281 | 9,610 | 20,891 | Puerto Rico | 519 | 1,275 | 1,794 | 325 | 1,080 | 1,405 |
| Unknown | 2,589 | 2,535 | 5,124 | 1,960 | 2,238 | 4,198 | Massachusetts | 9,517 | 12,449 | 21,966 | 7,934 | 10,854 | 18,788 | Unknown | 185 | 1,197 | 1,382 | 104 | 952 | 1,056 |
| Bolivia | 2,202 | 2,469 | 4,671 | 2,062 | 2,246 | 4,308 | Indiana | 10,709 | 8,559 | 19,268 | 9,840 | 8,076 | 17,916 | Wyoming | 694 | 563 | 1,257 | 621 | 520 | 1,141 |
| Costa Rica | 2,262 | 2,387 | 4,649 | 2,047 | 2,169 | 4,216 | Utah | 10,512 | 7,897 | 18,409 | 9,711 | 7,474 | 17,185 | New Hampshire | 450 | 729 | 1,179 | 367 | 599 | 966 |
| Tobago | 2,440 | 1,707 | 4,147 | 2,096 | 1,691 | 3,787 | Tennessee | 9,321 | 7,416 | 16,737 | 8,340 | 6,950 | 15,290 | Alaska | 195 | 508 | 703 | 138 | 419 | 557 |
| Poland | 1,951 | 1,997 | 3,948 | 1,782 | 1,827 | 3,609 | Pennsylvania | 7,144 | 9,625 | 16,769 | 5,889 | 8,178 | 14,067 | South Dakota | 305 | 377 | 682 | 252 | 311 | 563 |
| Chile | 1,874 | 2,009 | 3,883 | 1,736 | 1,854 | 3,590 | Michigan | 7,339 | 8,450 | 15,789 | 6,430 | 7,443 | 13,873 | Maine | 134 | 410 | 544 | 95 | 334 | 429 |
| Pakistan | 1,927 | 1,975 | 3,902 | 1,685 | 1,791 | 3,476 | Wisconsin | 8,144 | 6,679 | 14,823 | 7,565 | 6,298 | 13,863 | Guam | 96 | 413 | 509 | 59 | 352 | 411 |
| Nicaragua | 1,860 | 1,730 | 3,590 | 1,576 | 1,565 | 3,141 | Minnesota | 6,930 | 6,898 | 13,828 | 6,255 | 6,236 | 12,491 | North Dakota | 130 | 322 | 452 | 98 | 260 | 358 |
| Guyana | 1,467 | 1,462 | 2,929 | 1,266 | 1,347 | 2,613 | Oklahoma | 7,488 | 6,157 | 13,645 | 6,865 | 5,771 | 12,636 | Virgin Islands | 159 | 252 | 411 | 94 | 204 | 298 |
| | | | | | | | Kansas | 7,301 | 5,997 | 13,298 | 6,803 | 5,647 | 12,450 | West Virginia | 144 | 232 | 376 | 117 | 200 | 317 |
| D  Data withheld to protect requestors' privacy. | | | | | | | New Mexico | 7,410 | 5,557 | 12,967 | 6,815 | 5,236 | 12,051 | Montana | 89 | 186 | 275 | 72 | 164 | 236 |
| -  Represents zero. | | | | | | | South Carolina | 7,150 | 5,702 | 12,852 | 6,406 | 5,382 | 11,788 | Vermont | 56 | 192 | 248 | 42 | 162 | 204 |

[1] The number of requests that were accepted to date of the reporting period.
[2] The number of requests that were accepted to date of the reporting period.
[3] All fields with less than 10 or a blank in the state field are included in the field "not reported."

NOTE: 1) Some requests approved or denied may have been received in previous reporting periods.
2) The report reflects the most up-to-date estimate data available at the time the report is generated.

Source: Department of Homeland Security, U.S. Citizenship and Immigration Services, Biometrics Capture Systems, CIS Consolidated Operational Repository (CISCOR), March 2017