# EXHIBIT 2

# The Foreign-Born Population in the United States

Since 1970, the foreign-born population has continued to increase in size and as a percent of the total population.

Today, the majority of foreign born are from Latin America and Asia.

Considerable differences exist among the different country-of-birth groups in various characteristics.

About 1 in 4 children under 18 in families have at least one foreign-born parent.

**United States™**
**Census**
**Bureau**

# Defining Nativity Status:
# Foreign Born and Native Born

**Native born** – Anyone who *is* a U.S. citizen at birth
- Born in the United States
- Born in Puerto Rico
- Born in a U.S. Island Area (e.g., Guam)
- Born abroad of U.S. citizen parent(s)

**Foreign born** – Anyone who *is not* a U.S. citizen at birth
- Naturalized U.S. citizens
- Legal permanent residents
- Temporary migrants
- Humanitarian migrants
- Unauthorized migrants



2

# Foreign-Born Population and Percentage of Total Population, for the United States: 1850 to 2010





Source: U.S. Census Bureau, Census of Population, 1850 to 2000, and the American Community Survey, 2010.



3

# Foreign-Born Population by Region of Birth: 1960 to 2010
(Numbers in millions)



Note: Other areas includes Africa, Northern America, Oceania, born at sea, and not reported.
Source: U.S. Census Bureau, Census of Population, 1960 to 2000 and the American Community Survey, 2010.



4

# Percentage of the Foreign-Born Population from Central America: 1960 to 2010



Source: U.S. Census Bureau, Census of Population, 1960 to 2000 and the American Community Survey, 2010.



5

# Percentage of the Foreign-Born Population from Mexico and Other Central America: 1960 to 2010




Source: U.S. Census Bureau, Census of Population, 1960 to 2000 and the American Community Survey, 2010.



6



## Foreign-Born Population as Percent of State Population: 1970

(Data based on sample. For information on confidentiality protection, sampling error, nonsampling error, and definitions, see www.census.gov/acs/www)



**Percent foreign born**

Less than 5.0
5.0 to 9.9
10.0 to 14.9
15.0 and over

U.S. percent = 4.7

Source: U.S. Census Bureau, 2010 American Community Survey.



## Foreign-Born Population as Percent of State Population: 2010

(Data based on sample. For information on confidentiality protection, sampling error, nonsampling error, and definitions, see www.census.gov/acs/www)



**Percent foreign born**

- Less than 5.0
- 5.0 to 9.9
- 10.0 to 14.9
- 15.0 and over

U.S. percent = 12.9

Source: U.S. Census Bureau,
2010 American Community Survey.

# Foreign-Born Population by Country of Birth: 2010



Source: U.S. Census Bureau, American Community Survey, 2010.



# Foreign-Born Population in 2010 Who Came to Live in the United States in 2005 or Later by Country of Birth



Source: U.S. Census Bureau, American Community Survey, 2010.



10

# Percentage of the Foreign-Born Population Who Are Naturalized U.S. Citizens: 1970 to 2010



Source: U.S. Census Bureau, Census of Population, 1970 to 2000, and the American Community Survey, 2010.



11

# Percentage of the Foreign-Born Population Who Are Naturalized U.S. Citizens by Country of Birth: 2010



Source: U.S. Census Bureau, American Community Survey, 2010.



12

# Percentage of the Foreign-Born Population by Language Spoken at Home and English-Speaking Ability by Country of Birth: 2010

(Population 5 years and over)

■ Speaks only English at home
□ Language other than English spoken at home and speaks English "very well"



Source: U.S. Census Bureau, American Community Survey, 2010.

13

# Percentage of Population With a High School Degree or Higher Education by Nativity Status and Country of Birth: 2010

(Population 25 years and over)



Source: U.S. Census Bureau, American Community Survey, 2010.



14

# Percentage of Population With a Bachelor's Degree or Higher Education by Nativity Status and Country of Birth: 2010

(Population 25 years and over)



Source: U.S. Census Bureau, American Community Survey, 2010.



15

# Percentage of Population With a Bachelor's Degree Who Are Foreign Born by Field of Degree: 2010

(Population 25 years and over)



Source: U.S. Census Bureau, American Community Survey, 2010.



16

# Nativity Status and Place of Birth of the Population With a Science and Engineering Bachelor's Degree: 2010
(Population 25 years and over)



Source: U.S. Census Bureau, American Community Survey, 2010.



17

# Labor Force Participation by Nativity Status and Country of Birth: 2010

(Population 25 years and over)



Source: U.S. Census Bureau, American Community Survey, 2010.



18

# Occupation by Nativity Status and Country of Birth: 2010

(Civilian employed population 16 years and over)





19

# Median Earnings in the Past 12 Months by Nativity Status and Country of Birth: 2010

(For full-time, year-round workers. In 2010 inflation-adjusted dollars)



Source: U.S. Census Bureau, American Community Survey, 2010.



20

# Percentage of Families in Poverty by Nativity Status and Country of Birth of Householder: 2010

(Includes families for which poverty status was determined)



Source: U.S. Census Bureau, American Community Survey, 2010.



21

# Children Under 18 Years in Families by Number and Nativity Status of Parent: 2010



Living with foreign-born parent(s) only: 13 million

Living with 1 native and 1 foreign-born parent: 4 million

Living with native-born parent(s) only: 54 million

*Total: 70.6 million*

Note: Includes "own children" or children under 18 years old who are sons/daughters by birth, marriage (a stepchild), or adoption. Total population size less than 18 years of age is 74.2 million. Source: U.S. Census Bureau, American Community Survey, 2010.



22