# EXHIBIT 8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

STATE OF NEW YORK, *et. al.*,

Plaintiffs,

v.

DONALD TRUMP, *et. al.*,

Defendants,

No. 1:17-CV-5228

**Declaration of Paul F. Mutty**

I, Paul F. Mutty, declare as follows:

1. I am currently the interim general counsel at Starbucks Coffee Company, and have worked at Starbucks for 19 years.
2. Since 1971, Starbucks Coffee Company has been committed to ethically sourcing and roasting high-quality arabica coffee. Today, with more than 25,000 stores in 75 countries around the globe, Starbucks is the premier roaster and retailer of specialty coffee in the world. Through our unwavering commitment to excellence and our guiding principles, we bring the unique Starbucks Experience to life for every customer through every cup.
3. Within the United States, Starbucks has over 8,000 company operated stores, and we employ over 180,000 partners (employees). We are proud of the fact that our partners reflect the diverse communities we serve. Inclusion and humanity are fundamental to who we are as a company and to how we approach our communities. We strive to be a place where everyone, from our partners to our customers, feels welcome and valued.
4. Today, more than 43% of Starbucks partners in the United States self-identify as minorities, including more than one in five who identifies as Hispanic or Latino. As a result of the increasingly diverse labor market, we will likely be a "majority minority" company within a few years. While young people from across the globe benefit from Deferred Action for Childhood Arrivals (DACA), the vast majority are youth who identify as Hispanic or Latino. In part because this population reflects a significant number of our partners, we support the young women and men – the "Dreamers" – who are part of the DACA program.
5. Nearly three quarters of a million hardworking youth are contributing to our communities and our economy because of the DACA program. DACA recipients must satisfy strict requirements, including a background check, attending school or having a GED or military service, and applying for work authorization. More than 91 percent of DACA recipients are now employed, contributing billions to our economy and our communities. Of those currently in school, more than 70 percent are pursuing a

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

bachelor's degree or higher. One recent study estimated that removing DACA workers would represent a loss of $460.3 billion to the U.S. GDP over a decade. Indeed, we know that immigrants are twice as likely to start a new business than native born citizens and even 8 to 10 percent of undocumented immigrants do so. More than 40 percent of Fortune 500 companies were started by an immigrant or the child of an immigrant. They represent the values of hard work, patriotism and hope that define America. They are our future. At Starbucks, we are proud to call them our partners.

6. We support bipartisan efforts to secure the future of Dreamers and the promise of America. On behalf of Starbucks, our founder and Chairman Howard Schultz wrote earlier this year on this matter to U.S. Senators Lindsey Graham and Richard Durbin. Last week, our CEO Kevin Johnson signed a pledge with many other companies to stand with Dreamers. We take these steps not only on behalf of the Dreamers we employ, but also on behalf of all our partners across the country who have come to expect Starbucks to be a responsible and inclusive employer.

7. Starbucks reimburses partners for the biennial fee required to stay in the DACA program. As of today, we are currently aware of at least 84 Starbucks partners who have sought reimbursement for the DACA fee. This is merely the number of partners who have sought reimbursement for the fee – the total of DACA partners is likely substantially more. These partners are employed in 18 states across the country, including the states of Washington and New York. They are contributing to our efforts to hire and create pathways for 100,000 opportunity youth. Our DACA partners include some who are the first in their families to attend college. Others serve on our Opportunity Youth Leadership Council. Their input to the Council ensures that we have a better understanding of how to attract and retain talent from minority communities and how best to employ the strength that these resilient young individuals bring to our workforce. We are a better company because of their contributions.

8. Having DACA partners supports the kind of diverse and creative workplace we seek to create and sustain at Starbucks. We recruit people to work where they live so we can reflect our community, creating meaningful connections with customers whose loyalty and repeat business drive our growth. Dreamers who have gained employment under

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

DACA represent so many of our customers – customers who either are immigrants themselves or the children, grandchildren, or friends of immigrants. We want to see these Dreamers benefit in ways our other partners have, through in-store training, covered health care, and, we hope, fully-funded access to higher education through our partner Arizona State University. We have seen through our hiring commitments to Opportunity Youth, Veterans & Military Spouses, and Refugees, how providing people with options for professional growth leads to workforce stability and lower turnover in a tight labor market. Our goal is to embrace and employ the next generation of diverse talent, which includes our current and future DACA partners.

9. In addition to working at Starbucks, our DACA partners are going to school, taking care of their families, and working toward realizing their own American dream. Our goal is that they feel as welcome and included as any other partner, and we strive to provide them the same opportunities. That is why we reimburse them for the biennial fee they must pay to stay in the program and why we have offered DACA-related services at our Opportunity Youth fairs. Still, we know this population faces many barriers, even with DACA. For example, legal impediments prohibit our DACA partners from taking advantage of our college tuition program with Arizona State University. It is thus critical that we voice our support and concern for these special young women and men. Without the ability to live lawfully and work in this country, hundreds of thousands of patriotic young people will be pushed back underground, including current Starbucks partners, unable to serve their families, their communities, our economy and, most importantly, their own futures. The impact of any changes restricting or ending the DACA program would have far-reaching negative implications well beyond those who participate in the program.

10. Starbucks will continue to stand with the hundreds of thousands of Dreamers impacted by today's announcement, including those we are proud to call Starbucks partners. These young people are in America through no fault of their own. They are contributing to their community and to the economy, and this is their home. Forcing them to leave is unacceptable.

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

Paul F. Mutty
September 5, 2017



ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744