# EXHIBIT 11

Case 1:17-cv-05228-NGG-VMS   Document 12-11   Filed 09/08/17   Page 1 of 4 PageID #: 226

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et. al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, *et. al.*,<br><br>    Defendants, | No. 1:17-CV-5228 |

Pursuant to 28 U.S.C. § 1746(2), I, Viridiana Carrizales, hereby declare as follows:

1. I am over the age of 18. I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently thereto.
2. I am the Managing Director of DACA Corps Member Support at Teach For America (TFA).
3. Teach For America's mission is to enlist, develop and mobilize a group of our nation's most promising future leaders to grow and strengthen the movement for educational equity and excellence. We recruit remarkable and diverse individuals to become teachers in low-income communities. They commit to teach for two years and are hired by our partner public schools across the country. During these two years they are called TFA corps members.  Since 1990, when our program began, we have brought over 50,000 talented teachers and leaders to classrooms in low-income communities across America, including New York.
4. Deferred Action For Childhood Arrivals (DACA) allows qualified young adults to apply for DACA status and receive renewable, two-year work permits and temporary relief from deportation. DACA is life-altering for young immigrants, who are able to work, obtain driver's licenses, get health insurance, open bank accounts and provide for their families.
5. As one of our nation's leading recruiters of teachers in receipt of DACA for public schools, Teach For America has an interest in maintaining DACA because it allows talented, diverse college graduates to serve as teachers and leaders.
6. In 2013, Teach For America was among the first organizations to recruit college graduates with DACA status into the workforce. Our first DACA cohort consisted of two teachers hired in one district.
7. Since 2013, our DACA cohort has grown.  Nationwide, in 2017, 146 Teach For America alumni and corps members with DACA status are working in classrooms to expand educational opportunities for more than 6,000 students in 11 states. Another 10 DACA alumni are promoting equity in the nonprofit, corporate, and higher education sectors, including one enrolled in medical school and one on staff at Teach For America.
8. In the State of New York, there are currently 11 DACA active TFA corps members and 2 DACA TFA alumni.  Twelve of the thirteen TFA New York corps members and alumni still teach in the classroom, and one is part of TFA staff.  All 12 corps members and alumni are impacting over 540 students in New York.
9. In keeping with TFA's mission, our DACA teachers work in shortage-area subjects and hard-to-staff schools. Some examples (we withheld last names for privacy reasons): Vanessa teaches social studies in a high-poverty New York City school. Priscilla teaches science just ten minutes from the border of Mexico. Many of our DACA teachers are bilingual, or they bring Ivy League educations to the classroom.  Many others serve as role models and navigators for students who face the intersecting challenges of poverty and undocumented status.  If DACA ends, or the administration stops approving or renewing DACA applications, DACA teachers and leaders would lose their ability to work and would be at risk of deportation—a far cry from the pathway to citizenship these individuals deserve. Such a move would have far-reaching impacts on our students and communities.

10. Many K-12 students in the United States are undocumented or have one undocumented parent at home. If DACA is rescinded without a solution in place, these students would lose the chance to connect with teachers who mirror their life experiences and act as remarkable role models, as well as lose the legal pathway to driver's licenses, jobs, and higher education. They could be separated from their families or deported to countries they've never known as home.
11. Teach For America is proud of the impact our DACA leaders have made on our corps, communities, and country. We will continue to provide them legal assistance and financial support during this time of uncertainty.

Date: 9/5/2017

_____

Viridiana Carrizales