# EXHIBIT 16

# How do I request consideration of DACA?

To request consideration of DACA (either as an initial request or to request a renewal), you must:

- Submit Form I-821D, Consideration of Deferred Action for Childhood Arrivals to USCIS. Please visit www.uscis.gov/i-821d before you begin the process to make sure you are using the most current version of the form available.

- This form must be completed, properly signed and accompanied by a Form I-765, Application for Employment Authorization, and a Form I-765WS, Worksheet, establishing your economic need for employment.

- If you fail to submit a completed Form I-765, along with the accompanying filing fees for that form, USCIS will not consider your request for deferred action. Please read the form instructions to ensure that you answer the appropriate questions (determined by whether you are submitting an initial or renewal request) and that you submit all the required documentation to support your initial request.

- You must file your request for consideration of DACA at the USCIS Lockbox. You can find the mailing address and instructions at www.uscis.gov/i-821d. As of June 5, 2014, requestors must use the new version of the form. After your Form I-821D, Form I-765, and Form I-765 Worksheet have been received, USCIS will review them for completeness, including submission of the required fee, initial evidence and supporting documents (for initial filings).

- If it is determined that the request is complete, USCIS will send you a receipt notice. USCIS will then send you an appointment notice to visit an

USCIS - Help Center - Answer for How do I request consideration of DACA?
Case 1:17-cv-05228-NGG-VMS   Document 12-16   Filed 09/08/17   Page 3 of 4 PageID #: 269
9/3/17, 8:12 AM

- Application Support Center (ASC) for biometric services, if an appointment is required. Please make sure you read and follow the directions in the notice. Failure to attend your biometrics appointment may delay processing of your request for consideration of deferred action, or may result in a denial of your request.

- You may also choose to receive an email and/or text message notifying you that your form has been accepted by completing a [Form G-1145, E-Notification of Application/Petition Acceptance](#).

Each request for consideration of DACA will be reviewed on an individual, case-by-case basis. USCIS may request more information or evidence from you, or request that you appear at a USCIS office. USCIS will notify you of its determination in writing.

**Note:** All individuals who believe they meet the guidelines, including those in removal proceedings, with a final removal order, or with a voluntary departure order (and not in immigration detention), may affirmatively request consideration of DACA from USCIS through this process. Individuals who are currently in immigration detention and believe they meet the guidelines may not request consideration of deferred action from USCIS but may identify themselves to their deportation officer or Jail Liaison. You may also contact the ICE Field Office Director. For more information visit ICE's website at [www.ice.gov/daca](#).

## Not what you're looking for?

[ Ask your question here                        Search ]

## Similar Questions

[My Form I-765 has been pending for 75 days or more (25 or more if initial asylum), what can I do?](#)

**When should I file my renewal request with U.S. Citizenship and Immigration Services (USCIS)?**

**Do I accrue unlawful presence if I am seeking renewal and my previous period of DACA expires before I receive a renewal of deferred action under DACA? Similarly, what would happen to my work authorization?**