# EXHIBIT 17



# I-821D, Consideration of Deferred Action for Childhood Arrivals

- I-821D, Consideration of Deferred Action for Childhood Arrivals (PDF, 526 KB)
- Instructions for I-821D, Consideration of Deferred Action for Childhood Arrivals (PDF, 265 KB)
- Form I-765 (MUST be filed with your Form I-821D) (PDF, 289 KB)
- Instructions for Form I-765 (PDF, 332 KB)
- I-765 Worksheet (PDF, 235 KB)
- Form G-1145, E-Notification of Application/Petition Acceptance (PDF, 229 KB)

## Purpose of Form

To request that we consider granting or renewing deferred action, on a case-by-case basis, using guidelines described in the Secretary of Homeland Security's memorandum issued June 15, 2012 (PDF). Deferred action is a discretionary determination to defer removal action of an individual as an act of prosecutorial discretion. Individuals who receive deferred action will not be placed into removal proceedings or removed from the United States for a specified period of time. Individuals filing Form I-821D **must also file** Form I-765, Application for Employment Authorization, **and Form I-765WS**, Form I-765 Worksheet.

## Number of Pages

Form 7; Instructions 14.

## Edition Date

01/09/17.  Previous edition dated 06/04/14 is also accepted. You can find the edition date at the bottom of the page on the form and instructions.

## Where to File

Where you file depends on your state of residence; check our Filing Addresses for Consideration of Deferred Action for Childhood Arrivals for the correct mailing address.

### Filing Tips for Form I-821D, Consideration of Deferred Action for Childhood Arrivals

Complete **all sections** of the form. The form will be rejected if these fields are missing:

- Part 1 – Information About You
    - Initial Request or Renewal Request
    - Expiration date of most recent period of DACA (renewals only)
    - Family Name
    - U.S. Mailing Address
    - Alien Registration Number (renewals only)

- ○ Date of Birth
- Part 4 – Criminal, National Security, and Public Safety Information (for initial and renewal requests)
    - ○ Questions 1 – 7 must be marked "Yes" or "No"

**Don't forget to sign your form! We will reject any unsigned form.**

## Filing Fee

The fee to request consideration of deferred action for childhood arrivals, including employment authorization and biometric services, is $495, and cannot be waived.

## Special Instructions

**Since you will file your forms at a USCIS Lockbox facility:**

- We recommend reading our [Lockbox Filing Tips](#).
- To **receive an e-Notification** when your forms have been accepted, complete [Form G-1145, E-Notification of Application/Petition Acceptance](#) and clip it to the front of the Form I-821D.

**To ensure your request is accepted for processing:**

- Sign the forms.
- Submit the correct fees.
- Send the documentation required by the form instructions.

### Direct Filing Addresses for Form I-821D, Consideration of Deferred Action for Childhood Arrivals

| I live in … | For U.S. Postal Service | For FedEx, UPS, and DHL deliveries |
|---|---|---|
| Arizona, California | USCIS Phoenix Lockbox Facility USCIS P.O. Box 20700 Phoenix, AZ 85036-0700 | USCIS Phoenix Lockbox Facility USCIS Attn: DACA 1820 E. Skyharbor Circle S Suite 100 Phoenix, AZ 85034 |
| Alaska, Alabama, Arkansas, Florida, Guam, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Missouri, Mississippi, Montana, North Dakota, Nebraska, New Mexico, Oklahoma, Puerto Rico, South Dakota, Tennessee, Texas, Utah, U.S. Virgin Islands, or Wyoming. | USCIS Dallas Lockbox Facility USCIS P.O. Box 660045 Dallas, TX 75266-0045 | USCIS Dallas Lockbox Facility USCIS ATTN: DACA 2501 S. State Hwy.121, Business Suite 400 Lewisville, TX 75067 |
| Colorado, Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Massachusetts, Maryland, Maine, Michigan, Nevada, North Carolina, New Hampshire, New Jersey, New York, Ohio, Oregon, Pennsylvania, Rhode Island, South Carolina, Virginia, Vermont, Washington, Wisconsin, or West Virginia. | USCIS Chicago Lockbox Facility USCIS P.O. Box 5757 Chicago, IL 60680-5757 | USCIS Chicago Lockbox Facility USCIS Attn: DACA 131 S. Dearborn – 3rd Floor Chicago, IL 60603-5517 |

Case 1:17-cv-05228-NGG-VMS   Document 12-17   Filed 09/08/17   Page 4 of 4 PageID #: 274

This page can be found at https://www.uscis.gov/I-821D

Last Reviewed/Updated: 08/28/2017