# EXHIBIT 19

# How will USCIS evaluate my request for renewal of DACA:

You may be considered for renewal of DACA if you met the guidelines for consideration of Initial DACA AND you:

1. Did not depart the United States on or after Aug. 15, 2012, without advance parole;

2. Have continuously resided in the United States since you submitted your most recent request for DACA that was approved up to the present time; and

3. Have not been convicted of a felony, a significant misdemeanor, or three or more misdemeanors, and do not otherwise pose a threat to national security or public safety.

These guidelines must be met for consideration of DACA renewal. USCIS retains the ultimate discretion to determine whether deferred action is appropriate in any given case even if the guidelines are met.

## Not what you're looking for?

Ask your question here          Search

## Similar Questions

If I am no longer in school, can I still request to renew my DACA?

What guidelines must I meet to be considered for deferred action for childhood arrivals (DACA)?

Can my deferred action under the DACA process be terminated before it expires?