# EXHIBIT 23

**U.S. Citizenship and Immigration Services**

# I-131, Application for Travel Document

- Form I-131 (PDF, 436 KB)
- Instructions for Form I-131 (PDF, 267 KB)
- Form G-1145, E-Notification of Application/Petition Acceptance (PDF, 229 KB)

## Purpose of Form

To apply for a re-entry permit, refugee travel document or advance parole travel document, to include parole into the U.S. for humanitarian reasons.

## Number of Pages

Form 5; Instructions 15.

## Edition Date

12/23/16. No previous editions accepted. You can find the edition date at the bottom of the page on the Form and Instructions.

## Where to File

Please check the Filing Addresses for Form I-131 for information on where to mail your application.

### Filing Tips for Form I-131, Application for Travel Document

Complete **all sections** of the form. The form will be rejected if these fields are missing:

- Part 1 – Information About You

  - Family Name
  - Physical Address
  - Date of Birth

- Part 2 – Application Type

  - 1.a. – 1.f.
  - Family Name (If 1.f. selected)
  - Physical Address (If 1.f. selected)

Sign the form at **Part 8, Item Number 1.a., Signature of Applicant**. The fillable version of Form I-131 now includes a "Don't forget to sign!" message and an arrow pointing to the signature box as a reminder for when you print the completed form for mailing. If there is no signature in **Part 8**, we will reject the form and return it to you.

## Filing Fee

See Special Instructions.

## Special Instructions

Note: You do not need to pay an additional fee for Form I-131 if:

- You are filing Form I-131 Application Type B or D;
- You filed a Form I-485 with a fee on/after July 30, 2007; and
- Your Form I-485 is still pending.

| I am applying for a re-entry permit (Application Type A) and I am: | Form Fee | Biometric Services | Total |
|---|---|---|---|
| 13 or younger | $575 | $0 | $575 |
| 14 to 79 | $575 | $85 | $660 |
| 80 or older | $575 | $0 | $575 |

| I am applying for a refugee travel document (Application Types B and C) and I am: | Form Fee | Biometric Services | Total |
|---|---|---|---|
| 13 or younger | $105 | $0 | $105 |
| 14 or 15 | $105 | $85 | $190 |
| 16 to 79 | $135 | $85 | $220 |
| 80 or older | $135 | $0 | $135 |

| I am applying for an advance parole document (Application Types D, E, and F): | Form Fee | Biometric Services | Total |
|---|---|---|---|
| Advance Parole – Type D (pending I-Form I-485; pending Form I-821; or approved Form I-821D) | $575 | $0 | $575 |
| Advance Parole – Type E (humanitarian parole) | $575 | $0 | $575 |
| Advance Parole – Type F (humanitarian parole) | $575 | $0 | $575 |

Case 1:17-cv-05228-NGG-VMS   Document 12-23   Filed 09/08/17   Page 4 of 4 PageID #: 574   9/6/17, 8:11 AM

To ensure your Form I-131 is accepted for processing:

- Fill out the form completely and accurately
- Sign the form
- Pay the correct filing fee
- We recommend reading our Lockbox Filing Tips.
- To receive an **e-Notification** when your Form I-131 has been accepted, complete Form G-1145, E-Notification of Application/Petition Acceptance and clip it to the front of your application.

**Deferred Action for Childhood Arrivals:** You cannot apply for advance parole while your request for deferred action is still pending. If you leave the United States while your request for consideration of deferred action is pending, your deferred action request will be denied.

Once USCIS approves your request for consideration of deferred action, you may file Form I-131 to request advance parole to travel outside of the United States. If you travel outside the United States without first receiving advance parole, USCIS will automatically terminate your deferred action. You must submit Form I-131 with specific documentation depending on the agency that deferred action in your case. If USCIS deferred action in your case, submit a copy of your Form I-797, Notice of Action. If U.S. Immigration and Customs Enforcement (ICE) deferred action in your case, submit a copy of the ICE order, notice, or letter. USCIS will only grant advance parole if your travel abroad will be for educational, employment, or humanitarian purposes. You must indicate the purpose on the Form I-131 as described below:

- Educational purposes, such as semester abroad programs or academic research;
- Employment purposes, such as overseas assignments, interviews, conferences, training, or meetings with clients; or
- Humanitarian purposes, such as travel to obtain medical treatment, attend funeral services for a family member, or visit an ailing relative.

Travel for vacation is not a valid purpose.

You may not file Form I-131 online. Please check the Direct Filing Addresses for Form I-131 for information on where to mail your application.

For additional information about travel outside the United States and filing for advance parole, read Deferred Action for Childhood Arrivals: Travel Documents.



Last Reviewed/Updated: 06/07/2017