# EXHIBIT 26

USCIS - Help Center - Answer for If USCIS does not exercise deferred action in my case, will I be placed in removal proceedings? 9/8/17, 8:09 AM

Case 1:17-cv-05228-NGG-VMS   Document 12-26   Filed 09/08/17   Page 2 of 3 PageID #: 581

# If USCIS does not exercise deferred action in my case, will I be placed in removal proceedings?

If you have submitted a request for consideration of DACA and USCIS decides not to defer action in your case, USCIS will apply its policy guidance governing the referral of cases to ICE and the issuance of Notices to Appear (NTA). If your case does not involve a criminal offense, fraud, or a threat to national security or public safety, your case will not be referred to ICE for purposes of removal proceedings except where DHS determines there are exceptional circumstances. For more detailed information on the applicable NTA policy, visit www.uscis.gov/NTA. If after a review of the totality of circumstances USCIS determines to defer action in your case, USCIS will likewise exercise its discretion and will not issue you an NTA.

## Not what you're looking for?

Ask your question here    Search

## Similar Questions

**If my DACA case is referred to ICE for immigration enforcement purposes or if I receive an NTA, will information related to my family members and guardians also be referred to ICE for immigration enforcement purposes?**

Case 1:17-cv-05228-NGG-VMS   Document 12-26   Filed 09/08/17   Page 3 of 3 PageID #: 582

USCIS - Help Center - Answer for If USCIS does not exercise deferred action in my case, will I be placed in removal proceedings?                                         9/3/17, 8:09 AM

Can my deferred action under the DACA process be terminated before it expires?

Will USCIS use information provided in my request for a provisional unlawful presence waiver to place me in removal proceedings?