# EXHIBIT 27

USCIS - Help Center - Answer for If my DACA case is referred to ICE fo... https://my.uscis.gov/helpcenter/article/if-my-daca-case-is-referred-to-ice-...

# If my DACA case is referred to ICE for immigration enforcement purposes or if I receive an NTA, will information related to my family members and guardians also be referred to ICE for immigration enforcement purposes?

If your case is referred to ICE for purposes of immigration enforcement or you receive an NTA, information related to your family members or guardians that is contained in your request will not be referred to ICE for purposes of immigration enforcement against family members or guardians. However, that information may be shared with national security and law enforcement agencies, including ICE and CBP, for purposes other than removal, including for assistance in the consideration of DACA, to identify or prevent fraudulent claims, for national security purposes, or for the investigation or prosecution of a criminal offense.

This policy, which may be modified, superseded, or rescinded at any time without notice, is not intended to, does not, and may not be relied upon to create any right or benefit, substantive or procedural, enforceable at law by any party in any administrative, civil, or criminal matter

## Not what you're looking for?

Ask your question here                    Search

## Similar Questions

Will the information I share in my request for consideration of DACA be used for immigration enforcement purposes?

If USCIS does not exercise deferred action in my case, will I be placed in removal proceedings?

If I provide my employee with information regarding his or her employment to support a request for consideration of DACA, will that information be used for immigration enforcement purposes against me and/or my company?