# EXHIBIT 28

# If I provide my employee with information regarding his or her employment to support a request for consideration of DACA, will that information be used for immigration enforcement purposes against me and/or my company?

You may, as you determine appropriate, provide individuals requesting DACA with documentation which verifies their employment. This information will not be shared with ICE for civil immigration enforcement purposes under section 274A of the Immigration and Nationality Act (relating to unlawful employment) unless there is evidence of egregious violations of criminal statutes or widespread abuses

## Not what you're looking for?

Ask your question here                                         Search

## Similar Questions

If my DACA case is referred to ICE for immigration enforcement purposes or if I receive an NTA, will information related to my family members and guardians also be referred to ICE for immigration enforcement purposes?

Will the information I share in my request for consideration of DACA be used for immigration enforcement purposes?

Do I need to provide additional documents when I request renewal of deferred action under DACA?