# EXHIBIT 30

Feedback   Like 12.2M

Monday, Sep 4th 2017 2PM **82°F**    5PM **83°F**    **5-Day Forecast**

# Daily**Mail**
.com

**Home** | U.K. | **News** | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | **Columnists**

Latest Headlines | **News** | World News | Arts | Headlines | Pictures | Most read | Wires                    Login

# Trump signals he's softening on immigration as he says he's 'working on a plan' that will make DREAMers 'very happy'

- **Called the plight of children known as DREAMers who were brought into the country illegally by their relatives 'a very tough situation'**
- **Indicated that he's thinking about letting them stay and said his administration will have a plan in the next couple months**
- **Suggested he'd increase the number of visas available to high-skilled workers**

By FRANCESCA CHAMBERS, WHITE HOUSE CORRESPONDENT FOR DAILYMAIL.COM
**PUBLISHED:** 12:52 EDT, 18 January 2017 | **UPDATED:** 15:10 EDT, 18 January 2017

**551**
shares

**362**
View comments

President-elect **Donald Trump** says his administration is working on a plan that will make illegal immigrant children 'very happy,' and it will done in the next couple months.

Trump reiterated his plans to build a wall along the border with Mexico and crack down on unlawful immigration.

But he called the plight of children known as DREAMers, who were brought into the country illegally by their relatives 'a very tough situation,' indicating in an interview with Fox & Friends that he's thinking about letting them stay.

Site ○ Web   Enter your search

Advertisement

Like
Daily Mail

Follow
@DailyMail

Follow
Daily Mail

+1
Daily Mail







**President-elect Donald Trump says his administration is working on a plan that will make illegal immigrant children 'very happy,' and it will done in the next couple months**

The president-elect said in the course of his campaign for the White House that illegal immigrants of all ages would be sent out of the country. Only the 'good' ones would be allowed to return, Trump stated.

He vowed to overturn **President Obama's** executive orders directing immigration officials to focus their efforts on deporting criminals, shielding children through his Deferred Action for Childhood Arrivals program.

After some pleading from exiting President Barack Obama and immigration reform advocates, including some Republicans in Congress, Trump seemed to soften his stance.

He told Time Magazine in early December that he wanted to 'work something out' for illegal immigrant children, known as DREAMers.

'I want Dreamers for our children also. We're going to work something out. On a humanitarian basis it's a very tough situation,' he said. 'We're going to work something out that's going to make people happy and proud. But that's a very tough situation.'

**SHARE THIS ARTICLE**

**551** shares

**RELATED ARTICLES**


Chelsea Manning commutation is 'partisan politics at its...


Al Sharpton defends John Lewis' claim and says the process...

A QUARTER of Democrats in the House say they'll stand with...

'The people are seeing "big stuff"' boasts Trump as German...

Trump revealed this morning in an interview of Fox & Friends in response to a viewer question about the creation of a 'legal status to work for non-criminal, undocumented citizens brought here as children' that his team was working on this issue.

'We're working on a plan right now. And that plan, over the next two to three months, is going to come out,' he said. 'And it's a plan that's going to be very firm, but it's going to be a lot of heart'

morning sickness while world learns the duchess is expecting her THIRD baby



'I told her I'd be happier single': John Legend reveals he once tried to DUMP wife Chrissy Teigen... but she wouldn't let him end the relationship



EXCLUSIVE: 'I've given up my dream of a gastric bypass': Human Ken Doll Rodrigo Alves reveals he's started going to the gym after docs issued warning



'We have different opinions': Kylie Jenner addresses frosty relationship with sister Kendall... but admits they get along 'most of the time'



Still enjoying summer! Modern Family star Sarah Hyland, 26, has some bikini fun as she sunbathes with friends during Labor Day weekend



Cristiano Ronaldo's pregnant girlfriend Georgina Rodriguez flaunts her derriere in bikini snap... after posting touching tribute to soccer star's family



'I've taken over a year off because of my family situation': Angelina Jolie addresses Brad Pitt marital split as she confirms her return to acting



Drinks are on me! Conor McGregor (still sporting a black eye) enjoys wild party for his friend's wedding after earning $130m in fight with Floyd Mayweather



'That's not feminism, that's being a ho': Sharon Osbourne slams Kim Kardashian's claims that her sexy outfits are helpful for women's rights



They ruled New York nightlife in '80s and '90s with glitter, glamour and shocking antics before a grisly murder spelled their downfall - so where are the Club Kids now?



Yes Man! Handsome Jim Carrey cleans up his act as he ditches the bushy beard and rocks clean-cut appearance at



Trump again said it's 'a very tough situation' - 'but I think they're going to end up being very happy,' he added.

'We're going to have great people coming into our country, people that love our country. And we're also going to have people coming into our country merit-based.'

The incoming president suggested he'd increase the number of visas available to high-skilled workers, mentioning the inability of Harvard grads to get cleared to stay and work in Silicon Valley.

'We're going to have great people and people of great talent coming into our country. We're going to have, also, merit-based. And that's so important. We don't have that right now,' he stated.

At a briefing for press later in the morning Trump spokesman Sean Spicer said Trump has a 'very robust' schedule planned for his first few weeks in office and it includes a review of the immigration process.

'He is first and foremost focused on people who are here and may cause a safety issue,' Spicer said after he was asked about DACA.

Regardless of one's stance on immigration, he observed, 'I think you can admit, we've got a problem.'

**Trump says he does not want to wait to build Mexico wall**

**Venice Film Festival**
Looks like his old self




0:00 / 0:52

ADVERTISING


Having a rear-ly good time! Blac Chyna shows off ample sideboob and shapely derriere as she puts on a dizzying display in a skintight striped jumpsuit


Specs appeal: Selena Gomez sports geek chic glasses and an oversized tee as she grabs breakfast in NYC after Instagram hack drama


On a wave! Fall Out Boy's Pete Wentz shows off his buff body as he goes shirtless to celebrate Labor Day at the beach in Malibu with his sweet sons


The world's best-dressed baby bump! As Duchess of Cambridge announces her third pregnancy FEMAIL looks back at Kate's maternity outfits


'She spends too much time on Twitter!' Martina Navratilova's wife reveals what it's like being married to tennis

star (and why she hates
her 'butch' hats)

## Share or comment on this article

**551**
shares

Sponsored Links by Taboola



**Glasses-Lovers Are Going Crazy Over This Website**
GlassesUSA.com



**The Sweatshirt Designed by an Apple Engineer That's Bringing Manufacturing Ba…**
Business Insider | American Giant



**She Was Bullied All Her Life, Now She's Making Headlines**
HopeShared



**Iconic 'Pretty Woman' Scene Has One Ridiculous Flaw No One Noticed**
IFLMyLife



**2016's Worst College in New York.**
NowBuzz.me



**23 Baby Names Parents Say They Regret Giving Their Kids**
CafeMom



**Do You Come From Royal Blood? Your Last Name May Tell You.**
Ancestry

**31 Shelter Dogs The Moment They Got Adopted**
HeadCramp

**Experienced Insulin Users Should Read These Tips**
Livestrong for Healthline



Julianne Moore, 56, shows off her age-defying beauty in a sheer black bra as Liv Tyler, 40, parades her stunning body in sizzling lingerie campaign



Taylor Swift files trademarks for lines from controversial song and album to sell on merchandise - including snake rings for $60 and 'I love TS' from video



Tupac revealed he knew killer on DEATHBED - but cops didn't care because they couldn't be bothered to solve crime, claims new documentary



'Oh s**t': Victoria Beckham curses as she makes a mishap during beauty video... before donning a face mask and promising fans the 'most kissable' lips

World reacts to news of third royal baby with hilarious tweets - and point out soccer fan William's paternity leave could coincide with World Cup

## MOST WATCHED NEWS VIDEOS

Embed this </>

Piers Morgan clashes with transgender model

Sculptures are set on fire at Burning Man

Wayne Rooney drink-drive girl partying on

'We'll see': Trump on military action against

Mattis threatens massive military

Heart-stopping moment cars pile up in shocking

Kirsty Gallacher arrives at court on drink-driving

Princess Mako performing royal duties



Advertisement

**YOU MAY LIKE**

Sponsored Links by Taboola

**Found After 73 Years Hidden Underground. B…**
DirectExpose

**Visual Explanation of Deep Vein Thrombosis**
WebMD

**How This Vitamin Coffee Is Turning US Moms Int…**
VitaCup

**MOST READ NEWS**

   

**Worried Wayne Rooney 'fights to**  **Married Oklahoma man, 41, who**  **'There is not much of our old Becky**  **Tearful Sky Sports presenter Kirsty**  'You' load

 **Comments 357**
Share what you think

| Newest | Oldest | Best rated | Worst rated |

View all

The comments below have not been moderated.

 ddnlj, Atlanta, United States, 7 months ago

Liar liar pants on fire

Click to rate    0    0

 ElmoFreen, Fort Lauderdale, United States, 7 months ago

Wasn't my first choice. Since the Hildabeast was running, he was the only choice. The Russian hacking, it turns out, was removing Ted Cruz. This I can believe.

Click to rate    4    0

opticview, International Space Centre, Åland Islands, 7 months ago

The only consistent thing about Donald Trump is his inconsistency

Click to rate    19    4

HKUSA, New York, United States, 7 months ago

NO deals for the illegals already here until the border is secured.

Click to rate    19    13

 tornadobelt, Kansas, United States, 7 months ago

That "0" mouth makes him look like a cat's as s h o l e with a nose.

Click to rate    9    5



 **Miranda Lambert leads nominations for Country Music Awards with five nods as Taylor Swift and Carrie Underwood also get recognized**
Big night getting closer

 **What's going on? Justin Bieber's ex Sahara Ray posts bizarre bikini-clad video ...after shocking fans with her drastically changed appearance**

 **Plaid'll do! Rita Ora cuts an eclectic figure in striking frill-detailed blazer and cargo pants in Paris... following passionate performance at Grenfell event in UK**

 **More in love than ever! Hugh Jackman and wife Deborra Lee-Furness look smitten as they pose beachside in Australia**
He's 48, she's 61

 **Happy Bey-Day! Jay-Z leads Made In America festival crowd in Philadelphia in serenading wife Beyoncé for her 36th birthday**

 **John Legend is seeking white and 'out of shape' actors to play Trump supporters for his new music video**




**yamadog**, Dallas, United States, 7 months ago

No! Send those illegals back like you promised!!!!!!!!!

Click to rate    **17**    **17**

**Steffie31**, Lake Tear of the Clouds, United States, 7 months ago

Hahaha, sucker.

Click to rate    **15**    **6**

**queens lace**, upnorth, United States, 7 months ago

Trump does not decide alone who gets to stay and who has to go. We are a democracy in case he forgets he doesn't RULE like a KING he will NEVER be KING. Egomaniac bragger..

Click to rate    **22**    **7**

**Yoyo66**, Mahwah, United States, 7 months ago

Obama proved that to be not the fact by selective enforcement and his pen.

Click to rate    **9**    **5**

**steverino**, Annapolis, 7 months ago

Cool your jets dems. Would you rather have had an extreme right wing Ted Cruz?

Click to rate    **7**    **6**

**Candy Bars**, The Edge, United States, 7 months ago

We'd rather keep Obama forever.

Click to rate    **21**    **19**

**yamadog**, Dallas, United States, 7 months ago

Where is Cruz hiding? Have not seen him? He got nothing to bi###tch about now.

Click to rate    **3**    **2**

**RTW1**, East Coast, United States, 7 months ago

Ask Pat Buchanan to be in charge of immigration and give him a free hand. Things will be straightened out lickety-split!

Click to rate    **10**    **6**

**Candy Bars**, The Edge, United States, 7 months ago

He's probably doing this because all of his chosen cabinet members would lose all their hired help at their homes. You know, all the illegals that are working in their homes.

Click to rate    **21**    **7**

View all

The views expressed in the contents above are those of our users and do not necessarily reflect the views of MailOnline.

We are no longer accepting comments on this article.

## MORE TOP STORIES

Singer put out an unusual request

> **'Wipe your feet'! Adorable five-year-old girl schools Prince Harry in etiquette as he visits veterans' homes in Manchester**
> Royal got a lesson

> **First glimpse of Prince Gabriel! Carl Philip and Sofia of Sweden introduce their baby son to the world - as he's named Duke of Dalecarlia**

> **Now things are heating up! Kendall Jenner bares midriff on beach as she is spotted hanging with NBA star Blake Griffin for FIFTH day in a row**

> **Birthday girl Kaia Gerber looks chic in striped top and denim shorts as she indulges in ice cream with her brother Presley for sweet 16 celebration**

Advertisement

> **'I did my homework for you guys!' Ariana Grande thrills fans when she does Australian accent at Melbourne**




show after banning bags after Manchester attack

REVEALED: The seemingly innocent Disney film that inspired Stephen King to become the horror genre legend responsible for creating Pennywise the clown

Former Spice Girl Mel C breaks down in tears on TV show after revealing how she had 'lost people' to deadly brain cancer
Emotional moment

Leggy Eva Longoria, 42, grapples with her cleavage as she flashes her bra in a plunging maxi dress during idyllic Greek getaway with husband José Bastón

Getting it white! Modern Family's Ariel Winter looks stunning in tube top as she shares behind-the-scene peek from photo shoot
Went on social media

'I doubt they'll stop at three!' Pregnant Kate's uncle Gary predicts Duchess and William could follow in Queen Elizabeth's footsteps by having FOUR children

'It's a big loss': Caitlyn Jenner confesses she hasn't spoken to Kim Kardashian for NINE months and was worried her children 'would gang up on her'

Better sleeve right now! Kirsten Dunst turns heads with VERY quirky ruffled jumpsuit as she leads glamour at Woodshock photocall at Venice Film Festival

Mel B bares her behind and puts on eye-popping display in sheer gown... as she shrugs off explosive 'drug' claims made by ex Stephen Belafonte

'It's fantastic!' Prince Harry reveals his delight at the news William and Kate are expecting their third baby with a thumbs up and a grin as he visits Manchester

Danish Crown Princess Mary dazzles in baby pink gown as she presents at

Carlsberg Foundation
award ceremony in
Copenhagen

▶ Nicole Richie goes
makeup-free as she
opts for a low-key look
during shopping trip in
Hollywood
Mom-of-two, 35, was
seen at bookstore

▶ REVEALED: Last
words of tragic INXS
star Michael Hutchence
scrawled on note paper
and found hidden in a
bank vault...20 years
after his death

▶ Duchess' third
pregnancy means a
sibling for George and
Charlotte is set to arrive
in late April - and the
bookies favorite is
already a girl

▶ New royal baby will
see Prince Harry
pushed down to sixth in
line to the throne... but
law change means
Princess Charlotte will
stay as fourth

Advertisement

▶ What is the Duchess'
condition? Pregnant
Kate suffers from
extreme morning
sickness that strikes

just 1% of women and
can be DEADLY

'It's embarrassing!'
Michael Jackson's son
Prince, 20, admits he
can't sing or dance...
and reveals King Of Pop
used to terrify him with
the Thriller video

Captain America's best
friend! Avengers star
Chris Evans reunites
with beloved rescue dog
Dodger after 10 weeks
apart in heartfelt video

Gigi Hadid and her
mom Yolanda join the
model's One Direction
beau Zayn Malik and his
mother Trisha
celebrating Eid al-Adha
with happy family selfie

Rapper Lil Wayne
hospitalized after being
found unconscious in
Chicago hotel room due
to seizure
Had been set to perform
in Las Vegas Sunday

The journey of love:
'Hot Felon' Jeremy
Meeks packs on the
PDA with leggy
girlfriend Chloe Green
at LAX as they prepare
to jet to Israel for
pilgrimage

Miami heat! Blac
Chyna shows off
serious cleavage in
TWO revealing bathing
suits on Instagram
She sure knows how to
get people fired up

Stalker who is banned
from going within 100
yards of Keira
Knightley's home
threatens her husband
and CHILD in a series of
chilling tweets

Leggy Kimberly
Stewart stuns in sexy
summer button-down
minidress as she
indulges her sweet
tooth with a trip to a
bakery in Los Angeles

'He just sits and eats!':
George Clooney raves
about his 'moose' son
Alexander and his
voracious appetite in
candid interview about
his twins

Enlightened! Paris
Jackson flaunts her new
chakras tattoos in
series of topless social
media postings

Case 1:17-cv-05228-NGG-VMS    Document 12-30    Filed 09/08/17    Page 11 of 35 PageID #: 640

Displayed body in VERY
revealing pictures

▶ **Welcome to the world**
**Prince Gabriel!**
**Sweden's royals join**
**proud dad Carl Philip**
**for a thanksgiving**
**service to celebrate his**
**newborn son**

▶ **Taylor Swift's fans**
**claim her new song**
**Ready For It? reveals**
**love for boyfriend Joe**
**Alwyn and disses her**
**famous exes Calvin and**
**Tom**

▶ **Big Bang Theory**
**finally gives a glimpse**
**at what happens after**
**Sheldon's shock**
**proposal to Amy... as**
**Leonard ruins the**
**romantic moment**
Fans have been waiting

▶ **'If it isn't meant to be,**
**then it isn't': Stunning**
**Victoria's Secret model**
**Bridget Malcolm pens**
**emotional journal entry**
**about dealing with**
**rejection**

▶ **'Delighted' Queen**
**Elizabeth and Prince**
**Philip officially open a**
**new suspension bridge**
**in Queensferry,**
**Scotland, after royal**
**baby announcement**

▶ **Was this the moment**
**Kate hinted she was**
**pregnant? Duchess told**
**William 'We'll just have**
**to have more babies'**
**during  tour of Poland**
**seven weeks ago**

▶ **Nicole Scherzinger, 39,**
**shows off her ample**
**assets in a bright bikini**
**as she sexily sports**
**unbuttoned shirt on the**
**beach in Spanish island**
**of Ibiza**

▶ **'None of these women**
**were show ponies!':**
**Sharon Osbourne**
**reveals Ozzy cheated on**
**her with SIX WOMEN**
**including a Russian**
**teenager**

▶ **Brooklyn Beckham's**
**former squeeze**
**Madison Beer sets**
**pulses racing in**
**plunging leather bralette**
**and jeans as she enjoys**
**glam night out in LA**

▶ **Radiant Katie Holmes**
**is effortlessly chic in**
**white skinny jeans and**
**trainers as she takes**
**her stylish daughter**

**Suri, 11, to a funfair in Los Angeles**

▶ **Chic Selena Gomez clutches onto her beau The Weeknd's hand as they put on a smitten display during low-key dinner date in New York City**

▶ **They were laughing away': Chris Hemsworth reunited with Charlize Theron at Mayweather McGregor fight... and wife Elsa Pataky 'approved'**

▶ **Holy guacamole! Lorde causes a stir in avocado-green jumpsuit as she prances onstage at Vancouver show**
Cinched in her waist with a black belt

▶ **Like father like son! Josh Duhamel and his boy Axl wear shorts and T-shirts as they go on lunch outing in Los Angeles**
Looked adorable

▶ **'Still got my head spinning': Ciara cannot contain her excitement as Russell Wilson 'shuts down' Seattle Art Museum for a romantic date night**

▶ **Leaving on a jet plane! Christina Aguilera is all smiles as she arrives at LAX hand-in-hand with fiance Matthew Rutler**
Christina rocked a black baseball cap

▶ **The Prince George effect strikes again! Sales of shorts for schoolboys rocket in UK as parents are inspired by young royal ahead of new school year**

▶ **Storybook life! Channing Tatum's daughter Everly dresses like a princess in pink gown as they go to a bookstore in LA**
Daddy's girl

▶ **King of the swingers! Beaming Orlando Bloom takes a gleeful selfie as he enjoys a ride during carnival trip with blonde companion**
Showing his fun side

▶ **'It was a wake-up call': Emotional Kylie Jenner reveals she grew closer to dad Caitlyn after best friend Jordyn Woods**

**lost her own father**
Took dad for granted

▶ **'Afterparty on the mound': Lady Gaga looks glamorous on baseball diamond after historic performance at Fenway Park in Boston**
Took to Instagram

▶ **Pregnancy style! Jessica Alba shows off baby bump in white tank top as she stays cool in LA heat with gray fedora and shades**
As fashionable as ever

▶ **Out and a-pout! Comedian Janeane Garofalo, 52, shows fuller lips in NYC...after admitting she gets Botox 'twice a year'**
Self-declared Botox fan

▶ **Double oh heaven! Silver fox Pierce Brosnan looks tanned and lean in unbuttoned shirt during Malibu outing**
He's still got it!

▶ **One Elle of a bargain! Make-up free star Fanning sports geek chic glasses as she hunts through the sale racks on shopping spree in New York**

▶ **'I'll be there cheering you on!' Prince Harry issues a rallying call to Invictus athletes ahead of this month's games in girlfriend Meghan's current base Toronto**

▶ **'Living like I'm 49 forever': Real Housewife Tamra Judge celebrates turning 50 in a bikini...after revealing skin cancer diagnosis**
Showed off bikini body

▶ **Natural beauty Catherine Zeta-Jones, 47, shows off her youthful complexion as she goes makeup-free for latest selfie**
In bed for the shot

▶ **Susan Sarandon, 70, steals the show in a plunging black dress as she poses with her sons at The Leisure Seeker premiere during Venice Film Festival**

▶ **The Braid-y Bunch: Leggy Alessandra Ambrosio goes makeup-free as she swaps her glossy blow dry for blonde plaits for fair**

outing with her children

▶ **The Beautiful People: Kendall Jenner keeps a low profile while Blake Griffin stands out in Marilyn Manson tee... as the pair step out for for yet another date night**

▶ **'Hungover': Victoria's Secret models Jasmine Tookes and Josephine Skriver go makeup-free they touch down in LA following wild weekend at Burning Man festival**

▶ **Who needs clothes! Shanina Shaik goes TOPLESS with shirtless fiance DJ Ruckus as they enjoy Burning Man festival**
In the Nevada desert

▶ **What did you do to your gorgeous hair? Zayn Malik shaves his head completely BALD in a new Instagram snap posted by his mom**
Shocked fans

▶ **Kaia Gerber looks just like mom Cindy Crawford, 51, as the budding model celebrates her 16th birthday in West Hollywood**

▶ **Tamara Ecclestone gazes adoringly at daughter Sofia, three, as she and newly-single sister Petra put on leggy displays as they arrive at LAX airport**

▶ **'It's going to be the party of the year': Alicia Vikander, 28, 'set to marry hunky beau Michael Fassbender, 40, in secret Ibiza ceremony next month'**

▶ **Crack a smile, Piers! Morgan sports agonized facial expression as he clutches the side of his torso after breaking three ribs during nasty fall**

▶ **'I've had enough, Mom!' Queen Elizabeth's great-graddaughter Mia Tindall throws big tantrum after THREE DAYS of watching Zara at horse event**

▶ **PICTURE EXCLUSIVE: Bikini-clad Corinne Olympios kisses mystery man at Vegas party... after apologizing**

to Bachelor In Paradise
co-star DeMario

▸ Daddy's home! Chris
Hemsworth celebrates
Australian Father's Day
with wife Elsa Pataky,
daughter India, five, and
twins Tristan and Sasha,
three

▸ Inside the final stop on
Prince Harry and
Meghan's romantic
African getaway: A
Zambia hideaway where
guests can dine at a
floating restaurant

▸ 'Team reunion': Wild
Thing Charlie Sheen
poses with Major
League co-stars Corbin
Bernsen and Tom
Berenger for 28 year
anniversary

▸ In the city of romance!
Jennifer Lawrence gives
rare peek of toned
tummy as she enjoys
boat ride with boyfriend
Darren Aronofsky in
Venice

▸ Is this the most lavish
wedding of 2017? Stars
join heir to $2.6bn
fashion empire Boohoo
for THREE DAY
extravaganza at villa
loved by George
Clooney

▸ 'Babes unite': Bald
Kate Hudson wears
trendy fedora and
statement shirt as she
takes mom Goldie Hawn
and beau Danny
Fujikawa to dinner

▸ Breakfast club! Olivia
Munn wears wild short
dress while meeting up
with Trevor Noah and
Cory Booker in NYC
The 37-year-old caught
up with famous friends

▸ Back to reality!
Chrissy Teigen flashes
bra in sheer top as she
and John Legend return
home from European
vacation... after
revealing alcohol battle

▸ Ice, ice baby! January
Jones beats the heat
with an icy treat as she
takes five-year-old son
Xander to a fair
Summery chic during the
Labor Day weekend

▸ A bikini type of day!
Stunning Sofia Richie
shows off her curves in
a two-piece as she
soaks up the sun in

Case 1:17-cv-05228-NGG-VMS   Document 12-30   Filed 09/08/17   Page 16 of 35 PageID #: 645

**Malibu**
Looked stunning

▸ **Pictured: Law And Order: SVU's Stephanie March shares photo from wedding to Dan Benton... two years after split from chef Bobby Flay**

▸ **Bumping along! Pregnant April Love Geary, 22, dresses baby belly in skimpy dress as she enjoys hot day out with Robin Thicke, 40, and his son**

▸ **'He won her a unicorn': Kourtney Kardashian shares sweet Instagram snaps of Mason, 7, and Penelope, 5, playing carnival games at the fair**

▸ **Magazine claims Margot Robbie, 27, 'plans to freeze her eggs as she puts dreams of motherhood on hold to further her career'**
Peak of her acting career

▸ **Romantic getaway! Lea Michele wears white as she jets out of Los Angeles with new beau Zandy Reich**
Declared her love for him online last week

▸ **'What year is it?' Twin Peaks: The Return ends 18-episode revival with Agent Cooper finding Laura Palmer**
Brought the serial drama full circle

▸ **Sheer delight! Rachel McCord wears no bra beneath tight white tank top at Malibu Chili Cook-Off**
She showed off her amazing legs

▸ **How Amal's makeup artist made her a walking advert: She reveals every lotion and potion used to preen Mrs Clooney**
Glammed up

▸ **Good genes: Liz Hurley's lad Damian attends black-tie ball with Susannah Constantine's daughter Esme**
Blossoming friendship

▸ **'Rest in peace': Actress Magda Szubanski shares her heartbreak as she reveals her painter**

mother Margaret, 92, has died

**Still on good terms! Hilary Duff wears low-cut shirt as she reunites with personal trainer ex Jason Walsh for a workout in LA**
They split last November

**'Obviously I'm super excited, words can't describe!': Venus Williams reacts to sister Serena welcoming baby girl with fiance Alexis Ohanian**

**'We love our morning walks': Caitlyn Jenner shares snap wearing bra top with leggings and holding new puppy**
Added a sun shade and a pair of sunglasses

**Doing their part: Jeremy Meeks and Chloe Green pack on the PDA while purchasing items in Target to give to Hurricane Harvey victims**

**'She's seriously considering it': Adele 'in talks for first Hollywood movie role in new film adaptation of iconic musical Oliver!'**
New direction?

**George Clooney and his radiant wife Amal look every inch the doting parents as they enjoy a relaxed day in Venice with their newborn twins**

**Back in their lingerie! Romee Strijd and Jasmine Tookes flash toned tummies as they share behind-the-scenes images from Victoria's Secret shoot**

**Ms Money Bag! Elle Fanning goes make up-free for a casual stroll around Manhattan while carrying a $2,200 designer clutch**
Covered up

**Blonde beach bunny! Charlotte McKinney shows sideboob as she wears sparkly tank top during girls' night out in Malibu**
Blonde bombshell

**She's on fire! Kelly Osbourne shows off new orange-flame hair as she steps out in Malibu**

She looked in fine spirits
on Saturday

**Missing Costa Rica!
Kim Kardashian shares
bikini photo from eight
months ago when she
was on vacation with
Khloe and Kylie**
Shared a flashback pic

**Judi Dench, 82, looks
the picture of elegance
in cream dress and
embroidered jacket as
she joins co-star Ali
Fazal at Victoria &
Abdul screening**

**'Very disappointing,
not cool!': Taylor Swift
is booed by fans as they
wait in rain to see her in
bridesmaid's outfit after
best friend's wedding**
Usually adored

**Lindsay Lohan flaunts
her slender legs and
slim physique in a red
slogan swimsuit as she
soaks up the sun during
her Mykonos getaway**
Looked happy

**'This didn't come from
me': John Legend
denies seeking 'out of
shape' extras for music
video featuring Trump
supporters**
New music video

**'More beautiful and
bada** every year!':
Eddie Cibrian gushes
over wife LeAnn Rimes
with Instagram tribute
on her 35th birthday**
Very happy message

**Staying fit while
pregnant! Jessica Alba
shows off baby bump
after gym session... as
she confesses she's
'satisfied' with Honest
success**

**Jeff Goldblum, 64, and
his wife Emilie
Livingston, 34, on the
red carpet at Kidnap
premiere during 43rd
Deauville American Film
Festival in France**

**Sleepy looking Selena
Gomez checks out
potential pets on casual
outing with boyfriend of
nine months The
Weeknd... after THAT
Instagram hack**

**Mel B's rumored
Beverly Hills cop lover
appears tense as he
leaves his home with
his wife of less than
year**

Both were still wearing
their wedding rings

▸ **Miley Cyrus wears**
**casual ensemble and**
**goes make-up free to**
**dinner with Liam**
**Hemsworth and his**
**parents....after rumors**
**the pair have wed**

▸ **Steely Dan co-founder**
**Walter Becker dies at**
**home aged 67**
With Donald Fagen, he
was genius behind
legendary band's classic
hits

▸ **Bright idea! Katie**
**Holmes wears hippie**
**chic yellow peasant**
**blouse as she grabs**
**lunch for two at**
**gourmet deli in Los**
**Angeles**
Was in good spirits

▸ **Well, if you got it!**
**Khloe Kardashian pulls**
**down her pants to**
**reveal toned tummy as**
**she takes Snapchat**
**clips in her bathroom**
One of several snaps

▸ **'I don't enjoy being**
**single': Angelina Jolie**
**makes heartbreaking**
**admission there is**
**'nothing nice' about**
**split from Brad Pitt**
**adding 'it's just hard'**

▸ **Game of knows! Ex**
**Spice Girl Geri Horner**
**hilariously attempts to**
**deliver infamous GoT**
**line as show star Kit**
**Harington can't contain**
**his laughter**

▸ **'Guacamole and rosé!':**
**Tori Spelling, 44, looks**
**thrilled as she takes her**
**five kids to $10k a night**
**hotel in Mexico... amid**
**persistent financial**
**woes**

▸ **George Michael's**
**beloved Golden**
**Labrador Abby still**
**pines for her master at**
**the late popstar's shrine**
**in north London**
Heartbreaking

▸ **The baby is here! Days**
**Of Our Lives' star Nadia**
**Bjorlin shares photo of**
**second son with**
**husband Grant Turnbull**
Posted a series of
Instagram photos

▸ **Hitman's Bodyguard**
**with Ryan Reynolds and**
**Samuel L Jackson leads**
**worst Labor Day box**
**office weekend since**

Case 1:17-cv-05228-NGG-VMS   Document 12-30   Filed 09/08/17   Page 20 of 35 PageID #: 649

the 1990s with only
$10m

▶ Did she get married
too? Hailey Baldwin
flashes diamond band
on ring finger during
coffee run on morning
after sister Alaia's
wedding

▶ PICTURE EXCLUSIVE:
Kate Moss cuts a
fashionable figure in
black dress as enjoys a
cigarette outside Ibiza
tattoo parlour alongside
daughter Lila Grace

▶ Pamela Anderson, 50,
cuts a ladylike figure in
a pretty floral print
dress as she touches
down in style in
Amsterdam
Ahead of the Comic Con
event

▶ Soccer stud David
Beckham dons hard hat
to tour luxury condo
development in NYC..
fueling speculation he is
searching for base
close to son Brooklyn

▶ That can't feel too
good! Paris Hilton
TAPES her breasts for
racy outfit as she
parties at Burning Man
festival in Nevada
Dressed the part

▶ A family affair!
Angelina Jolie brings all
six of her children with
her to the First They
Killed My Father
premiere at the Telluride
Film Festival

▶ Natalie Imbruglia cuts
a stylish figure in leg-
flaunting denim shirt
dress as she walks
hand-in-hand with new
beau Matt Fields around
London

▶ Fun in France! Jeff
Goldblum, 64, poses
with his wife, 34, and
two kids while being
honored during 43rd
Deauville American Film
Festival

▶ Sports chic Kate
Hudson covers her
buzzcut in a baseball
cap as she enjoys a
healthy juice after
gruelling gym workout
Hectic schedule

▶ Shaking off her
Reputation: Taylor Swift
lets best friend Abigail
Anderson take centre
stage as she acts as

▸ **bridesmaid at Martha's Vineyard wedding**

▸ **Wild child! Paris Jackson shows off new spiritual tattoo in topless photo...and breasts are covered up by strategically placed flower emojis**

▸ **George Clooney photobombs Matt Damon during night out in Italy... as he's presented with champagne engraved with his twins' names**

▸ **Age-defying Helen Mirren, 72, stuns in florals while eternal Judi Dench, 82, wows in a chic cream-colored ensemble at 74th Venice Film Festival**



Advertisement

**DON'T MISS**

▸ **Game of Vrooms: Kit Harington and Thrones**




co-star Liam
Cunningham share a
joke as they enjoy
Formula 1 track day
experience

▶ It's a nice day for an
(almost) royal wedding!
Glamorous Princess
Beatrice attends her
aunt Eliza's lavish
nuptials accompanied
by mom Sarah
Ferguson

▶ 'This breaks my heart':
YouTube star and 'worst
neighbor' Jake Paul
cleans up his image by
helping victims of
Hurricane Harvey in
Houston

▶ Pleased to meet you!
Sophie Wessex inspects
a donkey as she is
joined by daughter Lady
Louise at the Burghley
Horse Trials

▶ Smitten Avril Lavigne
can't hide her delight as
she holds hands with
new music producer
beau J.R. Rotem while
leaving dinner date in
West Hollywood

▶ Queen Elizabeth and
other royals attend
church as the family
settle back into their
Balmoral vacation
following the 20th
anniversary of Diana's
death

▶ Hot Right Now! Rita
Ora rakes in a whopping
£5million in 2016 thanks
to lucrative
endorsement deals and
TV work... despite
releasing no new music

▶ Leonardo DiCaprio is
'hot favorite to replace
Jared Leto in the role of
iconic Batman villain in
upcoming origin movie'
which could be directed
by Martin Scorsese

▶ Beyonce shows her
support for Cardi B in
Daisy Dukes at Made In
America festival... where
sister Solange and
husband Jay-Z are also
performing

▶ Noomi Rapace debuts
newly-dyed candyfloss
pink pixie crop... as she
praises 'angel' Amy
Winehouse for helping
her through difficult
times

▶ Japanese princess
gives up her royal
status to marry a piano-
loving commoner she

**fell for because of his 'bright smiles like the sun'**
True love

**Elsa Pataky reveals she is ready to return to work after three years while being at-home with daughter India, five, and twins Tristan and Sasha, three**

**Glamorous Lily Collins commands attention in a striped mini dress and sultry thigh-high suede boots as she enjoys dinner in West Hollywood**

**'It was not written to terrorize anyone'! Robert Lopez, the man behind Frozen's infectious tune Let It Go says the song wasn't meant to drive parents crazy**

**Not sure if blondes have more fun, Robert? Dapper Pattinson continues to display his slight light streak for Good Time screening at film festival in France**

**Their BFF! Kristen Stewart and girlfriend Stella Maxwell hit the New York City streets with newly adopted canine Trip**
Fur baby

**Scott Disick steps out with mystery girl at chili festival... and nearly runs into Kourtney Kardashian at same event**
Back to his old ways

**'Happy three years!': Robin Thicke's pregnant girlfriend April Love Geary, 22, celebrates anniversary with sweet and summery photo**
Expecting a child

**Sister act! Hailey Baldwin glams it up as she serves as maid of honor for sibling Alaia's wedding alongside bridesmaid Ireland**
Alaia is married

**'I ain't dead yet mother f**ckers!' WWE legend Ric Flair assures fans post-surgery he 'is back up and running'...after being in induced coma**
The man has spoken

**Kick off! Taylor Swift unveils peppy new song Ready For It during football game...after releasing revenge-**

themed Look What You
Made Me Do

Can't get enough of
each other? Kendall
Jenner and Blake Griffin
hang out for FOURTH
day in a row...as it's
revealed model is
'having fun'

The star attraction!
Emma Stone playfully
steals the limelight at
the Telluride Film
Festival in Colorado
She made sure she stood
out from the crowd

Fancy seeing you
here! Fans share selfies
with stars they've
spotted at airports, from
Harry Styles to Selena
Gomez
Autographs are a thing of
the past

Smitten Jamie Bell
wraps his arm around
wife Kate Mara at
Telluride Film Festival...
as they put on a loved-
up display a month after
secretly tying the knot

Très chic! Sienna
Miller is casually
glamorous in striped
Chanel tee and red
leather loafers as she
leaves another winning
performance of Cat On
A Hot Tin Roof

Hippie chic! Caitlyn
Jenner beats the heat in
flowing boho inspired
blouse for outing in
Malibu with gal pal
Enjoyed a low-key outing
with a pal

Helen Mirren, 72, stuns
in lace embellished
gown as socialite Hofit
Golan wields crutches
for The Leisure Seeker
premiere at Venice Film
Festival

Leggy Reese
Witherspoon embraces
summer chic in a flirty
thigh-skimming
gingham skirt and
denim jacket in Los
Angeles
Flirty blue skirt

Sizzling Rosie
Huntington-Whiteley
poses up a storm in first
campaign released
since she became first-
time mum to Jack Oscar
three months ago

Prince George's
school promises to

make the Duke and
Duchess of Cambridge
'feel secure' about
leaving their son as the
family prepare for his
first day

Ex-King Juan Carlos of
Spain 'resumes
romance with old flame'
to spark fresh
embarrassment for King
Felipe and Queen
Letizia
Former king

'I struggled with an
eating problem': Duck
Dynasty's Sadie
Robertson opens ups
about her self-
confessed 'dark' past

Matt Damon puts on
an affectionate display
with his wife Luciana
Barroso as the pair
attend the Suburbicon
screening at the 74th
Venice Film Festival

Love-love! Justin
Timberlake and Jessica
Biel kiss as they watch
Roger Federer and
Feliciano Lopez play at
the U.S. Open
Clearly a tennis fan

Casual Kitty! Lady
Spencer slips into work-
out gear as she takes a
stroll through London
following split from
property tycoon
Opted for a sporty look

'The next chapter!':
Madonna shares
drawing to announce
she's moved to
Portugal...as she talks
working on new music
and movie

'I think we may be the
new Burton and Taylor':
What Angelina told
friends as it's revealed
she and Brad Pitt are
'consciously re-
coupling'

He's here to stay!
Russell Crowe's ex-wife
Danielle Spencer and
beau Adam Long enjoy
a romantic stroll in
Sydney's Rose Bay
Well and truly moved-on

So in love! Kourtney
Kardashian, 38, wraps
her arms around beau
Younes Bendjima, 24, as
they kiss like teenagers
at Malibu carnival
Won her heart

George Clooney
makes a grand entrance
by speedboat with
stunning wife Amal clad
in plunging lilac gown

as he kicks off the 74th
Venice Film Festival

▶ 'I love you guys in
Houston': Justin Bieber
announces $25,000
donation to help victims
of Hurricane Harvey
Looked visibly shaken in
video

▶ Mel B 'took cocaine in
front of her children' as
she battled an addiction
to drugs and alcohol,
ex-Spice Girl's husband
claims in explosive
court papers

▶ Suits him! Vince
Vaughn smartens up in
tux as he attends Brawl
in Cell Block 99
screening with co-star
Jennifer Carpenter at
Venice Film Festival

▶ 'There was blood
spewing everywhere!':
Shannon Beador of Real
Housewives fame is
rushed to ER after blood
gushed from her nose
and EYE

▶ Seems like old times!
Lisa Rinna goes bra-
less in tank top...after
revealing she will be
BACK as Billie Reed on
Days Of Our Lives next
year

▶ 'Feeling the heat':
Kourtney Kardashian
strips down to her
sports bra as she poses
with sexy roommate
Larsa Pippen on a hike
in Calabasas

▶ Inside Harry and
Meghan's secret love
shack: How  Prince
whisked his actress
girlfriend away for a
wildlife safari to
celebrate her 36th

▶ Cheryl is to make a
sensational return to the
British X Factor a year
after vowing never to
appear on reality show
again
Making her comeback

▶ Beach bunny! Miley
Cyrus models Playboy
top as she strolls with
Liam Hemsworth in
Malibu after donating
$500K to Hurricane
Harvey victims

▶ Mermaid hair! Blac
Chyna debuts new wig
at LA airport as she jets
off to Atlanta to host yet
another party

She is well known for her
bombshell curves

▶ **Retail therapy: Selena**
**Gomez is edgy in**
**leather motorcycle**
**jacket as she spends**
**day vintage shopping**
**with The Weeknd... after**
**Instagram scandal**

▶ **PETER HITCHENS:**
**Diana's greatest legacy**
**is the destruction of our**
**monarchy**
She destroyed the British
monarchy 20 years ago,
writes HITCHENS

▶ **Keeping Up With Kylie!**
**Ms Jenner shares**
**sizzling Instagram**
**portrait before jetting off**
**with best friend Jordyn**
**Woods**
Shared a sexy flashback

▶ **Naked Cara**
**Delevingne enjoys a**
**very racy romp with her**
**hunky co-star in sizzling**
**sex scene from new**
**movie Tulip Fever**
The movie was filmed
three years ago

▶ **Jennifer Lawrence, 27,**
**tries to keep a low**
**profile as she jets into**
**the Venice Film Festival**
**in summer frock with**
**director boyfriend**
**Darren Aronofsky, 48**

▶ **Julianne Moore stuns**
**in plunging Valentino**
**gown as she makes a**
**glamorous appearance**
**at 74th annual Venice**
**Film Festival premiere**
**of Suburbicon**

▶ **Beaming Mel B heads**
**to lawyer's office in**
**LA... amid ex-husband**
**Stephen Belafonte's**
**claims she has 'battled**
**with cocaine and**
**alcohol addiction' in**
**declaration**

▶ **Look away, Ashton!**
**Mila Kunis slips on sexy**
**blonde wig to lock lips**
**with co-star Sam**
**Heughan while filming**
**The Spy Who Dumped**
**Me**

▶ **Light my fire! Kirsten**
**Dunst strips down to**
**her bra to smoke in**
**moody promo for her**
**new film Woodshock**
The actress got into
character

▶ **Now that's an**
**entrance! Stranger**
**Things' Millie Bobby**
**Brown models futuristic**

Case 1:17-cv-05228-NGG-VMS   Document 12-30   Filed 09/08/17   Page 28 of 35 PageID #: 657

sunglasses and unusual
sweatshirt at Brazil
airport

▶ 'We've had an awfully
magical time:' X Factor
winners Alex Kinsey
and Sierra Deaton of the
band Alex & Sierra
announce they've split
Ended their partnership

▶ She won't be meeting
his kids? Kendall
Jenner 'having fun' in
LA with Blake Griffin as
they enjoy romantic
Italian dinner... but soon
she's back to NYC

▶ GIRL ABOUT TOWN:
Salma Hayek puts her
foot in it by showing off
her lavish designer
shoe collection on
Instagram before
quickly deleting the
post

▶ GIRL ABOUT TOWN:
Tetchy Nicole
Scherzinger bans
guests at the launch of
her new perfume for
mentioning 'ageing' and
'wrinkles'

▶ Model on the move!
Naomi Campbell
embraces summer in
seasonal white dress as
she touches down in
Venice
Exuded elegance

▶ New mum Amal
Clooney shows off her
sensational post-baby
body in dazzling blue
gown as she joins
husband George for
Venice date night

▶ Taylor Swift shows
support to victims of
Hurricane Harvey as she
donates to Houston
Food Bank in honor of
mother who attended
city's university

▶ Broccoli makes her
smile! Mila Kunis looks
happy after digging into
her greens on the
Amsterdam set of her
new comedy
Going for another hit

▶ Hair's looking at you!
Robert Pattinson shows
off buzzcut with a spot
of blonde... which looks
strikingly similar to ex
Kristen Stewart's
cropped coif

▶ No shirt required!
Bella Thorne leaves her
top and bra at home to
pose in a leopard-print
fur coat in latest

provocative social
media post

'She is beyond good
and evil': Kanye West
makes a statement with
bold T-shirt slogan... as
feud with Taylor Swift
continues to escalate
Celebrity spat continues

Emilia Clarke dazzles
in plunging gown as she
joins on-screen lover Kit
Harington for D&G
fragrance campaign...
following THAT
controversial sex scene

Princess Charlene
exudes classic glamour
as she joins her
husband Prince Albert
of Monaco and the royal
twins for annual end-of-
summer picnic

Michael Strahan's
'refusal to return to
Good Morning America
early from vacation for
Hurricane Harvey
coverage' leaves ABC
execs ' upset with him'

Malcolm In The
Middle's Frankie Muniz
cuts a cool figure
holding hands with
girlfriend as he is set to
compete in Dancing
With The Stars

Jada Pinkett, 45, wears
leather slacks at
airport... after revealing
husband Will Smith
taught her THAT
'grapefruit' sex
technique

Ink Masters star Chris
Blinston arrested for
felony domestic battery
after 'TWICE choking
daughter, 13, causing
her to stop breathing for
10 seconds'

'I lactated onto Richard
Chamberlain's bare
chest!' Jane Seymour
says breastfeeding
mishap during The
Thorn Birds audition
lost her the role

'It's really important
and should be
available': Olivia
Newton-John speaks for
the first time about how
'medical cannabis' is
helping her beat breast
cancer

'It was fun!': Javier
Bardem says he
enjoyed working with
Spanish siren wife
Penelope Cruz for

THIRD TIME as they
filmed Pablo Escobar
movie

Enjoying your
retirement, Philip? Duke
of Edinburgh and Queen
Elizabeth lead royal
party at Braemar
Gathering in Scotland

Emotional Jane Fonda,
79, dazzles as she
embraces Robert
Redford, 81, while
scooping Lifetime
Achievement awards at
Venice Film Festival

Ready for the
weekend! Jennie Garth,
45, looks effortlessly
glam in grey romper and
sheer shawl after
sweaty hike in Los
Angeles

'I was born with a
certain issue': Ryan
Phillippe discusses his
ongoing battle with
depression and reveals
he has 'no shame' over
the 'taboo' illness

Taylor Lautner parties
with Jason Kennedy's
wife Lauren Scruggs...
less than two months
after split with Carrie
Fisher's daughter Lourd

Matt Damon reveals
that Donald Trump's
cameo in Home Alone 2
only happened because
he DEMANDED a part be
written for him if film
used his building

EXCLUSIVE: Mel B
battled cocaine and
alcohol addiction and
agreed to take Antabuse
medication to ensure
she would be 'safe'
around her kids

Rita Ora gives
performance at Game 4
Grenfell charity match...
following her previous
emotional revelation
that the tower was her
'childhood haunt'

Sir Tom Jones, 77,
postpones his US tour
until next year on
'medical advice' ... as
his fans send him well
wishes for speedy
recovery

Thigh's the limit!
Michelle Obama shows
off a lot of leg in a wrap
skirt as she relaxes on a
yacht in Mallorca - after
covering up to work out

Case 1:17-cv-05228-NGG-VMS   Document 12-30   Filed 09/08/17   Page 31 of 35 PageID #: 660

in the blazing sun

▶ **Busty Joanna Krupa flaunts her sensational legs in split scarlet mini with sexy tailored blazer following TV appearance in her native Poland**
Dramatic appearance

▶ **Forgetting something? Madison Beer shows off her long legs in barely there tiny shorts while pumping gas in LA**
Madison Beer showed off her long, lean legs

▶ **Nothing up her sleeve! Minnie Driver shows off her toned arms in sleeveless top as she goes shopping in LA**
She has long been feted for her firm physique

▶ **Kim Kardashian's Hollywood role-playing app gets two new racy outfits she wore in real life... including THAT purple belly dancing number**

▶ **Is she fur real? Jennifer Lopez rocks outrageous coat as she holds hands with daughter Emme on set of new music video**
Busy mother of two

▶ **Bella Thorne steps out in a barely-there orange bikini top before flaunting her derriere and incredibly toned abs in a steamy workout video**

▶ **Glamourous Amal Clooney shows off her post-baby physique as she takes a romantic boat ride with husband George in Venice following birth of twins**

▶ **Make-up free Whitney Port shows off stunning post baby body in pullover and sweat pants on LA coffee run**
Looked stunning as she went for morning Joe

▶ **Sarah Silverman keeps it casual in combat boots and cropped jeans on solo stroll in New York City**
The 46-year-old was in a great mood

▶ **Sole searching! Sofia Richie makes unusual fashion statement as she goes completely BAREFOOT during**

outing in sheer and low-
cut black dress

Cheryl's ex Jean-
Bernard Fernandez-
Versini makes thinly-
veiled dig at her... as her
beau Liam Payne
gushes that she is
'superwoman'

'Why wasn't this in the
movie?!' Newly
unearthed Devil Wears
Prada scene changes
fans' view on the entire
movie - and Meryl
Streep's icy character

She's the mane
attraction! Chloe Grace
Moretz gets her tresses
touched up after
'confirming' reunion
with Brooklyn Beckham
New hairstyle

Pia Miller, Jesinta
Campbell and Anna
Heinrich reveal they
suffer from body
insecurities after
scrolling through their
social media feeds

The Hills mini-reunion!
Heidi Montag shows off
her burgeoning baby
belly in lace bodysuit as
old pal Kristin Cavallari
flaunts slim legs at pop-
up shop

Booty-ful! Vanessa
Hudgens flaunts her
pert derriere in pinstripe
pants as she fills up at
gas station in LA
Stepped out in style in
Los Angeles

A new boy! New Girl
star Hannah Simone
welcomes son with
husband Jesse
Giddings
The New Girl, 37, star has
given birth to a son with
husband Jesse

Leggy Ariel Winter
teams skimpy denim
shorts with thick leather
cowboy boots for
grocery run in LA...
despite sweltering 100F
degree heatwave

Top of the crops!
Sarah Hyland flaunts
her cleavage and very
slim figure as she
leaves the gym in LA
Actress showed off what
she's got in a crop top

Bella Thorne shows off
cleavage in a pink bra
as she writhes around
in her underwear in racy
Prince Fox video...

**before going braless in a leopard print jacket**

▶ **Specs appeal! Melissa Benoist hides superhero alter ego in geeky reporter outfit on Supergirl set**
The 28-year-old dressed as geeky reporter

| **Today's headlines** | **Most Read** |
|---|---|

 **Mum's the word! Kate spends the day with mother Carole as she battles severe morning sickness while world...**

 'I think I did it': Man, 28, tells 911 he awoke from dream and found his wife, 29, dead and blood all over...

 **Mother of 12-year-old girl discovered her daughter had been raped by 18-year-old after reading her DIARY**

 Female patient with brain injury raped at New York hospital where she was being treated

 **Tupac revealed that he knew his killer on his DEATHBED - but the cops didn't care because they couldn't be...**

 Hitler performed a sex act in a cinema as he watched a violent film about Austrians killing French troops,...

 **They ruled New York City nightlife in the '80s and '90s with glitter, glamor and outrageous antics before a...**

 Thousands of files containing details of US intelligence operatives with Top Secret clearance have been...

 **'We would not hesitate to bring them down': Iran reveals that it forced an American U2 spy plane to divert...**

 PIERS MORGAN: China could get rid of Kim Jong-un with one simple act AND the minimum loss of life, so why...

 **'Enough is enough!' UN ambassador Nikki Haley warns Security Council that Kim Jong-Un is 'begging for war'...**

 'If we fire, they will die': Kim Jong-un accuses Seoul's 'scabby sheep' army of being 'puppets' for Donald...

 **Hacking banks and selling endangered species, Viagra and crystal meth: How Kim Jong-un affords a nuclear...**

 Kim Song-un! North Korean dictator's former teachers reveal how he used to belt out German folk songs during...

 **Not so fast, Donald! Russia warns Trump not to start a fight with North Korea as China slams the US...**

 Hurricane Irma is a 'serious threat' to the U.S., say meteorologists, as the Category 3 storm barrels...

 **Mayor says Houston 'open for business' despite struggling to find drinking water, people not able to get...**

 Houston news exec loses it at Trump after the president attacks the media's coverage of Harvey and says they...

 **Moment kind-hearted Harvey volunteers are stopped from handing out supplies in Houston by aggressive law...**

 Trump bizarrely 'likes' a tweet that declares him 'just not presidential material' before blocking the...

**Do-little Congress returns to its**


**Washington dithering and will vote just a day later on Hurricane Harvey...**


Hurricane names Katrina and Andrew have killed the popularity of the baby names after the storms caused...


**Southeastern Idaho rocked by nearly 80 earthquakes in the past two days - and the swarm doesn't show signs...**


Democrats seize on reports that Trump will end DACA to blast anticipated termination of program as 'cruel'...


**Trump picks openly gay former diplomat and cancer survivor Ric Grenell as ambassador to Germany**


Revealed: Saudi Arabia gifted Trump with artwork of himself, multiple swords and daggers and tiger and...


**'We don't know why he did it, his friends aren't talking... maybe he was slipped something': Grief stricken...**


Are you Putin a ring on it? Vlad's rumoured partner flaunts a wedding band prompting speculation she and the...


**Is YOUR back pain psychological? Sufferers overestimate their discomfort, study reveals**

▶ **MORE HEADLINES**

Advertisement

FROM THE
MAKERS OF
CANDY CRUSH

**Farm Heroes Saga, the #4 Game on iTunes. Play it now!**



**more**

**Back to top**

| Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists |

Sitemap | Archive | Video Archive | Topics Index | Mobile Apps | Screensaver | RSS | Text-based site | Reader Prints | Our Papers | Top of page
Daily Mail | Mail on Sunday | This is Money
Metro | Jobsite | Mail Travel | Zoopla.co.uk | Prime Location

Published by Associated Newspapers Ltd
Part of the Daily Mail, The Mail on Sunday & Metro Media Group

© Associated Newspapers Ltd

Contact us    How to complain    Advertise with us    Contributors    Work with Us    Terms    Privacy policy & cookies ▷