# EXHIBIT 38

Donald J. Trump on Twitter: "The protesters in New Mexico were thugs w...flag. The rally inside was big and beautiful, but outside, criminals!"  9/3/17, 10:11 AM

Case 1:17-cv-05228-NGG-VMS   Document 12-38   Filed 09/08/17   Page 2 of 2 PageID #: 825

✕



Donald J. Trump ✓
@realDonaldTrump

Follow

The protesters in New Mexico were thugs who were flying the Mexican flag. The rally inside was big and beautiful, but outside, criminals!

6:39 AM - 25 May 2016

**12,237** Retweets  **33,359** Likes

💬 4.9K    🔁 12K    ♥ 33K



**Alvin S. Brown, Esq.** @USTaxAttorney · 25 May 2016
Replying to @realDonaldTrump
American want to know why and how Trump is evading the payment of federal income taxes that we all pay.

💬 81    🔁 67    ♥ 228



**Christian Thalacker** @JP_Revere · 25 May 2016
surely @YourAnonCentral could clear this up?

@realDolaldTrump @realDonaldTrump

💬 1    🔁 1    ♥ 1



**Anonymous** @YourAnonCentral · 25 May 2016
While @realDonaldTrump's taxes are exciting, his personal connection to child trafficker J. Esptein is even more. @JP_Revere @USTaxAttorney

💬 9    🔁 102    ♥ 68