# EXHIBIT 39



### Donald J. Trump
@realDonaldTrump

Follow

# Many of the thugs that attacked the peaceful Trump supporters in San Jose were illegals. They burned the American flag and laughed at police

6:04 AM - 4 Jun 2016

**12,246** Retweets **27,364** Likes

💬 3.9K　🔁 12K　♡ 27K

---



**Sean Keats** @seankeats · 4 Jun 2016
Replying to @realDonaldTrump
@KazmierskiR Trump is being blamed for the violence perpetrated by the other side.

💬 3　🔁 5　♡ 8



**BEAR** @streetbear57 · 4 Jun 2016
Yeah, that's just hilarious. Like a fat person blaming the fork.

💬 2　🔁 2　♡ 6



**RedeemedPatriot6** @HRClintonPrison · 4 Jun 2016
That damn fork. & last week my car backed out of the garage all by itself, went out & got drunk&now I have a DWI.

💬 3　🔁 4　♡ 5



**BEAR** @streetbear57 · 4 Jun 2016
indeed. I was raised to be responsible for my own actions. But, when you have a LEADER that always blames. 🤔

💬 2　🔁 2　♡ 2



**RedeemedPatriot6** @HRClintonPrison · 4 Jun 2016
He said "not my fault" same week TEN US servicemembers lost, then blamed a general for his ISIS FUBAR.

💬 2　🔁 1　♡ 3