# EXHIBIT 43

Comments | Subscribe Starting at 99 cents | Members Sign In

ADRIAN WALKER

# 'Passionate' Trump fans behind homeless man's beating?

162

 

SUFFOLK COUNTY DISTRICT ATTORNEY'S OFFICE

Scott Leader (left) and Steve Leader (right).



By **Adrian Walker**  GLOBE COLUMNIST  AUGUST 21, 2015

The anti-immigrant sentiments at the heart of Donald Trump's presidential campaign hit home for Boston early Wednesday, and the leading GOP candidate wasn't nearly as

One free article left. Subscribe now →

contrite about it as he should have been.

According to police, a 58-year-old Mexican immigrant sleeping outside the JFK/UMass MBTA station was attacked by two South Boston brothers who were on their way home from a Red Sox game. State Police say Steven and Scott Leader both urinated on the man and beat him with a metal pole.

After they were arrested, one of them admiringly quoted his political hero. "Donald Trump was right; all these illegals need to be deported," Scott Leader said.



Obviously, Trump isn't personally responsible for the alleged behavior of two men in another state. But his reaction to hearing of the alleged beating of a Hispanic man was hardly worthy of a candidate for the Oval Office.

Get **Fast Forward** in your inbox:
Forget yesterday's news. Get what you need today in this early-morning email.

[Enter email address]  [Sign Up]

"It would be a shame. . . . I will say that people who are following me are very passionate. They love this country and they want this country to be great again. They are passionate."

**One free article left.** Subscribe now →

Comments



View Story

# South Boston brothers allegedly beat homeless man

One of the South Boston brothers accused of beating and urinating on the victim said he was inspired in part by Donald Trump.

**Mexico condemns beating of citizen**

---

Got that? They're passionate. But allegedly urinating on a homeless, sleeping man and breaking his ribs has nothing to do with making America great again. Quite the opposite, actually.

Nor would "passion" excuse such heinous behavior. But such distinctions might be too nuanced for the hard-charging Trump campaign.

In post-arrest interviews with the police, one of the men also whined that he and his brother were arrested because they are white, while immigrants are never arrested. In that, they echoed the twisted sense of victimization one hears from immigrant-bashers everywhere. Foreigners are taking over our country. They get to break the law. We're victims. Trump should be embarrassed to be the hero of such people, but his has been a shame-free campaign.

As it happens, it is the Leader brothers who may have been skirting the law. When

One free article left. Subscribe now →

McCormack housing development. Their name does not appear on any lease, but they were apparently living with their mother, a tenant there who hadn't disclosed their residence.

Boston Housing Authority administrator Bill McGonagle said Thursday the agency will begin proceedings to evict their mother — and, by extension, her sons — from public housing.



That decisive action is commendable. But it won't do much to stem the tide of anti-immigrant feeling that is being legitimized in the course of this hideous presidential campaign. Trump entered the race pledging to purge the country of Mexican criminals and rapists, and his rhetoric has gotten no less strident since then. Among other ideas, he has called for doing away with citizenship as a birthright, which he says will make it easier to deport families. He wants to build a fence at the US-Mexico border, though he has waffled on his initial declaration that he would somehow force Mexico to pay for it.

Much of this is plainly ridiculous, but he has struck a chord with people looking for someone to give voice to their rage and hate. Resentment has a way of finding an audience.

"The words that people use on the campaign trail, on the floors of Congress, on the nightly news, and in their living rooms have consequences," said Robert Trestan of the Anti-Defamation League. "The climate of bias and hostility against immigrants that has emerged in recent weeks is unproductive for the immigration debate and can pave the way for people to act on bigotry and prejudice."

Trump isn't likely to become president, but that doesn't make his brand of politics any less disgraceful. He doesn't seem to care much, but far from the spotlight Trump finds so addictive, some of his passionate supporters seem emboldened to act on long-simmering

**One free article left. Subscribe now →**

*Adrian Walker is a Globe columnist. He can be reached at [walker@globe.com](walker@globe.com). Follow him on Twitter [@Adrian_Walker](@Adrian_Walker).*

Comments

SHOW 162 COMMENTS

One free article left. Subscribe now →

Comments

## Most Popular In Metro



### When do you pay $13.45 for a $7.66 McDonald's meal? When you're a millennial.

Millennials are spending big to have burgers, sushi, rice bowls, etc. delivered. Cooking? Who can be bothered? MORE...



### BC grad breaks Appalachian Trail record with final push of 37 sleepless hours

Joe McConaughy completed the 2,190-mile trail in 45 days, 12 hours, 15 minutes. That's an average of about 48 miles a day. MORE...



### Kitten rescued from Ted Williams Tunnel

State Police shut down traffic on the Interstate 90 tunnel Sunday while the Animal Rescue League of Boston worked to rescue the cat. MORE...



### Trump was on the menu at annual Labor Day breakfast in Boston

The breakfast is the traditional start of the fall campaign season in Boston. MORE...



### How worried should New England be about Hurricane Irma?

As of Friday morning, Irma is a Category 2 hurricane. MORE...



### Mass. Maritime Academy training ship to join Texas recovery effort

The school's training ship will serve as temporary housing for between 400 to 600 federal workers. MORE...

**One free article left.** Subscribe now →



### Comments
### A class on civil discourse aims to teach us to be nice

More than 100 people were at a forum in Maine about how to be civil while discussing politics, a notion that may seem to be fanciful in today's atmosphere. **MORE...**



### Boston police arrest Stow teen in crash that injured two

A 17-year-old from Stow faces multiple charges in connection with a crash in Brighton Sunday night that sent two pedestrians to area hospitals with non-life threatening injuries, police said. **MORE...**



### BU lecturers strive for higher wages and better working conditions

About 250 instructors unionized through Service Employees International Union Local 509 earlier this year. **MORE...**



### Sometimes joking around is serious business

Dorchester's own Paul Elwell does stand-up comedy and writes jokes. Here's one about the eclipse: "Just what the country needed, another cover-up." **MORE...**



### Mayan Queen IV superyacht pulls into Boston Harbor

For the second time this summer, a billionaire boater has pulled his superyacht into Boston Harbor for a little R&R. **MORE...**



### Robert F. Kennedy saw conspiracy in JFK's assassination

Robert F. Kennedy took on some of the Kennedy Administration's hardest tasks, ones that created dangerous foes, and after the assassination, RFK wondered if one of them had done it. **MORE...**

### Chinese immersion charter school, again seeking expansion, remains dogged by

One free article left. **Subscribe now →**



### critics
Comments

The Pioneer Valley Chinese Immersion Charter School's new expansion application is the latest salvo in a nearly decade-long drive. MORE...



### 13 years later, a family's heartbreaking search continues

Thirteen winters ago, Maura Murray crashed her car on a sharp turn in N.H. When a cruiser arrived shortly after, she was gone. MORE...



### How bad is Harvey, compared to Katrina?

Whether Harvey will have the same far-reaching impact on the American psyche depends a lot on how the aftermath is handled. MORE...



### Most Boston charter schools reject performance-based pay for teachers

Most of the schools now use traditional pay scales, according to University of Washington research. MORE...



### Bernie Sanders blasts Trump over DACA

The Vermont senator spoke at a Labor Day breakfast in New Hampshire. MORE...

### Dorsal fin sighting forces 3 beach closures in Westport

Three beaches in Westport are closed until further notice on Labor Day after two fishermen reported seeing a large dorsal fin near Gooseberry Island. MORE...



### Infectious-disease doctors join fight against opioid addiction

Traditionally, doctors have focused on getting rid of the infection, while paying little heed to the chronic illness that led to it — opioid use disorder. MORE...

One free article left. Subscribe now →

| Most Viewed Comments | Most Commented | Most Shared |
|---|---|---|

A hockey pro dies, and the coach he said raped him is free

Cruise ships elicit fear of paradise lost in Bar Harbor

NFL season offers a lot to look forward to

Giancarlo Stanton is just what the Red Sox need

Religion is constant part of Elizabeth Warren's life

How do you like the Red Sox' chances come October?

Gary Washburn: Kyrie Irving is confident in his decision and himself

Patriots trade quarterback Jacoby Brissett to Colts

Brandon Bolden, D.J. Foster among Patriots' cuts

North Korea says it's conducted a nuclear test

**Real journalists. Real journalism.**  Subscribe to The Boston Globe today.

### Subscribe Now

Digital Access
Home Delivery

### My Account

Log in
Manage my Account
Mobile Customer Service
Sign Up For Newsletters

### Contact

Help
FAQs
Globe newsroom
Advertise
Order Back Issues

### Social

Facebook
Twitter
Google+

### More

ePaper
News in Education
Archives
Privacy policy
Terms of service
Terms of purchase
Your Ad Choices
Work at Boston Globe Media

**One free article left.** Subscribe now →

Comments    © 2017 Boston Globe Media Partners, LLC

**One free article left. Subscribe now →**