# EXHIBIT 44

# The Washington Post

## Post Politics

# Trump on immigration: There are 'bad hombres' in the United States

By **Katie Zezima**   October 19, 2016

Donald Trump, talking about immigration, said there are some "bad hombres" in the United States.

"We have some bad hombres here, and we're going to get them out," Trump said during the final presidential debate.

Building a wall along the U.S.-Mexico border has been a central tenet of Trump's campaign. Trump has said he wants to deport the 11 million undocumented immigrants in the country, but last month said he would prioritize the deportation of 5 million to 6.5 million people.

"One of my first acts will be to get all of the drug lords, all of the bad ones — we have some bad, bad people in this country that have to go out," Trump said. He argued that building a wall will help stem the tide of heroin into the United States, something experts said is unlikely.

Trump said once the border is secured, "we'll make a determination as to the rest."

Case 1:17-cv-05228-NGG-VMS   Document 12-44   Filed 09/08/17   Page 3 of 3 PageID #: 878

Katie Zezima is a national correspondent covering drugs, guns, gambling and vice in America. She covered the 2016 election and the Obama White House for The Post. 🐦 Follow @katiezez



A podcast from The Post's politics team

Listen on Apple Podcasts.

Listen on Stitcher.