# EXHIBIT 55

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et. al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, *et. al.*,<br><br>Defendants, | No. 1:17-CV-5228 |

# DECLARATION OF ALEJANDRA PEREZ

I, Alejandra Perez, hereby declare as follows:

1. I arrived in the United States in 2006 when I was twelve years old. I moved to South Seattle three years later, in 2009, when I was fifteen.

2. I first-applied for Deferred Action for Childhood Arrivals (DACA) in November 2012 and received it in February 2013. At the time, I was a first year student at the University of Washington Bothell. After receiving work authorization, I was able to work as a Social Justice Organizer on campus, where I organized events, facilitated dialogues, and created professional development trainings for the entire campus community.

3. I also worked every summer while in college. I worked at Cleveland High School, my alma mater, as a Program Coordinator for Project 206, a summer transition program for incoming 9th graders.

4. As a DACA recipient with employment authorization, I was also able to apply for a Social Security number (SSN).

5. Receiving an SSN was incredibly important for me and my family. I was able to apply for several credit cards and build my credit. After building my credit, I purchased cars for both me and my family.

6. So far, I have purchased three cars and I pay car tabs with the Washington Department of Licensing on each one. Every year, the cost of the three car tabs total approximately $1,082.50 per year.

7. Most recently, my credit has allowed me and my brother, also a DACA recipient, to purchase a home for our family in South Seattle. We closed on the house in March 2017. According to my files, I will pay $1,397.41 in property taxes to King County,

DECLARATION OF ALEJANDRA PEREZ - 1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Washington in 2017. Going forward, my property taxes will be approximately $2,395.56 per year.

8. Since graduating from the University of Washington - Bothell in 2016 with with a double major in Society, Ethics, and Human Behavior and American and Ethnic Studies, Since June 2016, I've worked as a College & Career Success Coordinator for the Community Center for Education Results, supporting the Road Map Project. In that capacity, I work with school districts and community partners in creating equitable tools and resources for low-income students and students of color in South King County to access postsecondary education and earn a degree or credential.

9. My plan is to continue working at the non-profit. It allows me to earn money, which I can then spend to support my family.

10. I've renewed my DACA status twice since I first applied. My current DACA status expires in February 2019.

11. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Alejandra Perez* (signature)
Alejandra Perez

Place signed: Seattle, WA
City, State

Date: 09/01/2017

DECLARATION OF ALEJANDRA PEREZ - 2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744