# EXHIBIT 56

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

STATE OF NEW YORK, *et. al.*,

       Plaintiffs,

  v.

DONALD TRUMP, *et. al.*,

       Defendants,

No. 1:17-CV-5228

1

## DECLARATION OF PAUL QUINONEZ FIGUEROA

2

I, Paul Quinonez, hereby declare as follows:

3   1. I am an employee of the State of Washington. I work as a Legislative Aide to

4   Representative Shelley Kloba (1st Leg. District).

5   2. As a Legislative Aide, I work in Olympia, Washington during the legislative sessions

6   and am responsible for running the office budget, issuing districtwide newsletters,

7   tracking bills, and managing the office. I also routinely take meetings with

8   constitutents and lobbyists.

9   3. In order to be effective at my job, I served as a session aide in 2016 and then received

10  a week-long training before the most recent legislative session in 2017. Since the end

11  of the 2017 legislative session, I've continued to receive monthly one-day trainings.

12  4. It has taken about one year to get acquainted with the civic associations, city officials

13  and lobbyists related to my legislative member's committee assignments. However, I

14  am now deeply familiar with the history and concerns of the district and its

15  constituents.

16  5. I work out of the district office in Bothell when the state legislature is not in session. I

17  spend much of my time there assisting constituents navigate our state agencies and

18  resources. For example, I help constituents navigate the Department of Labor &

19  Industries when they apply for unemployment benefits, or the Department of Social

20  and Health Services when senior citizens seek appropriate assisted living services.

21  6. I am able to do this job because I am a recipient of Deferred Action for Childhood

22  Arrivals ("DACA"), which generally grants work authorization to immigrants who

23  arrived in the United States as children, who do not have criminal records, and are in

24  school or graduated from high school.

25

26

DECLARATION OF PAUL QUINONEZ
FIGUEROA G. - 1

7.  I moved to the United States when I was seven years old. When DACA was first-created, I was undocumented and considering whether it made sense to attend college. Without DACA, college made little financial sense if I could not work afterwards.

8.  However, DACA changed this and made it possible for me to use a college degree once I graduated.

9.  In early 2013, I applied for DACA. I attended Gonzaga University in Spokane, Washington and graduated in 2015 with a double major in political science and economics.

10. After college, I was able to apply for advance parole as a DACA recipient. With advance parole, I was able to not only study abroad in Mexico City, but I was also able to visit family I had not seen for over a decade in Mexico.

11. Since 2013, I have applied for renewal twice. My current DACA status will expire in 2019. I plan to work for the State of Washington for as long as I am work authorized.

12. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Paul Quinonez

Place signed: _Seattle, Washington_
                    City, State

Date: __9/3/2017_____

DECLARATION OF PAUL QUINONEZ
FIGUEROA G. - 2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744