# EXHIBIT 59

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

---

STATE OF NEW YORK, *et. al.*,

        Plaintiffs,

    v.

DONALD TRUMP, *et. al.*,

        Defendants,

No. 1:17-CV-5228

1

2                        **DECLARATION OF REBECCA THOMPSON**

3        I, Rebecca Thompson, declare the following to be true and correct under penalty of

4    perjury under the laws of the state of Washington.

5        1.      I am over the age of 18, competent to testify, and make the following statements

6    based on my personal knowledge.

7        2.      I currently work as Director of Student Financial Assistance for the Washington

8    Student Achievement Council (WSAC). I have held this position since July 1, 2015.

9        3.      I am familiar with the federal government's Deferred Action for Childhood

10   Arrivals (DACA) policy, which is an immigration-related policy that was adopted in June 2012.

11       4.      My job responsibilities include oversight of Washington State's higher education

12   financial aid programs, including the Washington State Need Grant (SNG), Washington State

13   Work-Study (SWS), and College Bound Scholarship (CBS).

14       5.      DACA students can apply for Washington State financial aid programs using a

15   free application form known as the Washington Application for State Financial Aid (WASFA)

16   that WSAC administers.

17       6.      Although noncitizens are generally ineligible for CBS, SWS and resident

18   ("in-state") tuition rates many students fitting this description are eligible for SWS, CBS, and

19   resident tuition rates because of the protections afforded by DACA, so long as they meet the

20   residency requirements established by Washington State law.

21       7.      The WASFA permits applicants to self-disclose their Deferred Action for

22   Childhood Arrivals (DACA) designation for the purpose of determining eligibility for in-state

23   tuition and state financial aid programs.

24       8.      Tuition for qualifying DACA students at institutions of higher education in

25   Washington State is at the residential or "in-state" rate.

26

DECLARATION OF REBECCA                          1        ATTORNEY GENERAL OF WASHINGTON
THOMPSON                                                     332 French Administration Building
                                                                      PO Box 641031
                                                                 Pullman, WA 99164-1031
                                                                      (509) 335-2636

1    9.    WSAC is aware of at least 1443 DACA students attending institutions of higher

2   education who also applied for financial aid in Washington State as of the 2016-17 school year.

3   Dated this 5th day of September 2017 in *Tacoma*, Washington.

4

5

6   Rebecca Thompson
    Director of Student Financial Assistance
7   Washington Student Achievement Council

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF REBECCA                    2                    ATTORNEY GENERAL OF WASHINGTON
THOMPSON                                                           332 French Administration Building
                                                                            PO Box 641031
                                                                         Pullman, WA 99164-1031
                                                                            (509) 335-2636