# EXHIBIT 60

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

STATE OF NEW YORK, *et. al.*,

        Plaintiffs,

    v.

DONALD TRUMP, *et. al.*,

        Defendants,

No. 1:17-CV-5228

## DECLARATION OF REINA GUEVARA

I, Reina Guevara, hereby declare as follows:

1. My name is Reina Guevara.  I am 26 years old.  I live in Dorchester, Massachusetts.

2. I have personal knowledge of the matters set forth below.

3. I was born in Yucuaiquin, El Salvador during the civil war.  When I was very young, my mother's life was threatened and she had to flee for the United States.  I stayed in El Salvador and lived with my grandparents.  The civil war ended but El Salvador was still not safe. When I was 10 years old I was sexually assaulted.  My life was in danger.  My mother brought me to the United States to keep me safe.  I was 11 when I arrived here.

4. Before DACA, my life was difficult and complicated.  I had to start working when I was 15 years old to help support my family, but without a work permit I could only get jobs that paid less than minimum wage.  About 9 years ago, I was detained by Immigration and Customs Enforcement and given a deportation order.  I lived in constant fear that I would be separated from my mother and family again.

5. I applied for DACA as soon as I could in 2012.  Receiving DACA changed my life.  I was able to get a work permit and a social security card.  I was able to find a better job to help my family.  I pay state and federal taxes.  I have also been able to plan for my future.

6. I attended Bunker Hill Community College on a scholarship.  I would not have received the scholarship without DACA.

7. I graduated from Bunker Hill last year and am now attending UMass Boston.  I'm studying philosophy and public policy.

1

8.  I just started a job as the Development Director of the Student Immigration Movement.  After

college, I want to continue working in the non-profit sector helping undocumented

immigrants navigate the process to access higher education.

9.  I couldn't have accomplished any of these things without DACA.  Because of DACA, I pay

in-state tuition at UMass.  I also receive a partial scholarship that requires me to take a

certain number of credits each semester.  Without in-state tuition, I couldn't afford to keep up

with the credit requirements, I would lose my scholarship, and would have to drop out of

school.

10. If I lost DACA, my deportation order would be effective again.  I would be at immediate risk

of being separated from my family and sent back to El Salvador.

11. My mother brought me to the United States because I wasn't safe in El Salvador.  I haven't

been back to El Salvador in 16 years.

12. Boston is my home.  My family is here.  I work and go to school here.  My future is here.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of September, 2017.

Reina Guevara

2