# EXHIBIT 66



UIC　　　FIND PEOPLE　　　DEPARTMENTS A-Z　　　LIBRARY　　　ATHLETICS





### Home
Definitions

Admissions and Forms

Campus Committees and Student Organizations

News and Announcements

Illinois DREAM Act

Tuition and Fees

Financial Aid and Scholarships

Confidentiality and Privacy

Academics

Resources for Academic Advisors

Contact Us

## Resources for Undocumented Students

*We are in the process of adding resources on campus to student legal services and the counseling center in order to be able to assist students, faculty and staff with their questions and other needs concerning the changes in the DACA program. The UIC Centers for Cultural Understanding are opening their doors to provide space for students to meet and talk. Student Affairs and the the U&I Care network can provide assistance to students experiencing personal difficulties, no matter the situation. Please also keep in mind that student health insurance covers many services relating to physical and mental health.*

*UIC does not collect any information on a student's DACA status and we will continue to protect all other confidential student and employee information to the fullest extent allowed by law. The UIC Police will not inquire about or detain community members based solely on immigration status.*

*If you are on campus and federal law enforcement agents, such as the United States Immigration and Customs Enforcement (ICE), ask to speak with you, or present you with paperwork or a warrant, our legal experts suggest that you contact UIC Police immediately at 312-355-5555. Generally, you are not required to respond to questions or provide information, and if you are obligated in any way, the UIC Police will be able to help you make that determination.*

The purpose of this website is to provide information and resources to current and prospective students and their families regarding enrollment and services provided at UIC for undocumented immigrants. This site is being updated often.

Whether you're thinking about applying to UIC or you are already a student, there are various programs to help you transition to and succeed at UIC.

UIC provides support services — from academic and personal counseling, to financial aid and legal referrals— that can help you balance being a part/full-time student while handling other day-to-day challenges you may face.

The Office of Diversity and Inclusion, upholds the mission and vision of UIC and its commitment to diversity.  We respect and value the different backgrounds of our diverse scholars and community. The University of Illinois at Chicago (UIC) seeks to provide services to support each student to successfully matriculate to degree completion.

Please select on the menu items on the left to navigate the site and find answers to your questions. We encourage you to visit this page often for additional information and updates.

[ **UIC STUDENT RESOURCES** ]  [ **EXTERNAL RESOURCES** ]

© Copyright 2014-2017 The Board of Trustees of the University of Illinois

Case 1:17-cv-05228-NGG-VMS   Document 12-66   Filed 09/08/17   Page 3 of 3 PageID #: 1111

  

Disability Resources
Emergency Information
Privacy Policy
Contact the Webmaster