# EXHIBIT 67

Case 1:17-cv-05228-NGG-VMS   Document 12-67   Filed 09/08/17   Page 2 of 3 PageID #: 1113



## Undocumented, DACA, or Dreamers

Diversity is a core value (http://illinoisstate.edu/diversity/) at Illinois State University, and we welcome all applicants regardless of citizenship status. Undocumented students, with or without Deferred Action for Childhood Arrivals (DACA), who apply to Illinois State are treated identically to any other U.S. citizen or permanent resident.

### Paying for College

Download our Resources for Undocumented Students (/downloads/UndocumentedStudentsFA.pdf) to learn about the financial aid process and how to find scholarships.

## Applying

Undocumented students should follow the same application procedure (/apply/) as everyone else.

- When answering the citizenship question, undocumented students should select "undocumented."
- We do not require a Social Security number or proof of residency to apply. Undocumented students should leave the Social Security question blank.

## Tuition

By applying as a student from Illinois and meeting specific criteria, undocumented students may be eligible for the in-state tuition rate. Undocumented students will be asked to complete an affidavit (/downloads/affidavit-rev2.pdf). The affidavit is *not required* for an admissions decision but is necessary to secure in-state tuition.

## Financial Aid

We do not require that undocumented students submit a FAFSA (https://fafsa.ed.gov/) (Free Application for Federal Student Aid) or CSS Profile. Submitting a FAFSA would help determine the financial need of each family when being screened for a potential Illinois State departmental scholarship. The citizenship or immigration status of the parents' does not affect the eligibility for Federal student aid. In fact, the FAFSA doesn't even ask about your parents' status.

Learn more in the U.S. Department of Education's *Supporting Undocumented Youth* resource guide (http://www2.ed.gov/about/overview/focus/supporting-undocumented-youth.pdf), including a list of available scholarships (http://www2.ed.gov/about/overview/focus/supporting-undocumented-youth.pdf#page=39).

### Merit-based scholarships

The review process is the same for all students regardless of citizenship status.

### Need-based aid

State and federal laws prohibit Illinois State from awarding need-based state or federal aid to undocumented students.

### Departmental scholarships

Undocumented students are eligible for Illinois State departmental scholarships if they meet the scholarship's minimum requirements. Requirements will vary, and most do not require citizenship.

## Supporting Students

Illinois State's Committee Assisting Undocumented Student Achievement (http://latinostudies.illinoisstate.edu/students/causa.php) (CAUSA) is a student, faculty, and staff organization that seeks to promote awareness about undocumented students on campus.

## Questions?

Undocumented students with questions are encouraged to contact these designated staff members in the Financial Aid Office, University College (Advising), Office of Admissions, and Student Health Services (Health Insurance Contact):

**Sharon Carr**
Specialist, Financial Aid Office
(309) 438-2231
secarr@IllinoisState.edu (mailto:secarr@IllinoisState.edu)

**Janet Claus**
Academic Advisor, University College
(309) 438-7604
jlclaus@IllinoisState.edu (mailto:jlclaus@IllinoisState.edu)

**Debbie Lamb**
Associate Director, Office of Admissions
(309) 438-3524
dtlamb@IllinoisState.edu (mailto:dtlamb@IllinoisState.edu)

**Jason Hartzler**
Student Health Services, Student Health Insurance Manager
(309) 438-2516
jehartzl@IllinoisState.edu (mailto:jehartzl@IllinoisState.edu)

Office Hours:
8 a.m.-4:30 p.m., Monday-Friday

Office of Admissions
201 Hovey Hall
Campus Box 2200
Normal, Il 61790-2200
Phone: (309) 438-2181
Toll-free: (800) 366-2478
Admissions@IllinoisState.edu

© 2017 Illinois State University
Privacy Statements • Appropriate Use Policy

Higher Learning Commission Statement of Accreditation Status