# EXHIBIT 73



## UH and state leaders respond to DACA program termination

UH News › Administrative › UH and state leaders…

September 5, 2017     UH News     0 Comments



The University of Hawaiʻi, Hawaiʻi's congressional delegation and others are calling for support of recipients of the Deferred Action for Childhood Arrivals (DACA) program after today's announcement by the Trump administration that the program will end in 2018. DACA provides temporary protected status and work authorization to young undocumented immigrants who were brought to the United States as minors. Currently, there are 13 DACA students enrolled for classes in fall 2017 at UH's 10 campuses.

### UH reaffirms commitment to undocumented and all students

*UH President David Lassner shared a message on September 5 to students, faculty and staff of the UH campuses.*

To our UH System ʻohana,

Today the Attorney General of the United States announced the termination in six months of the Deferred Action for Childhood Arrivals (DACA) program. The University of Hawaiʻi remains steadfast in our commitment to serve all members of our community, regardless of citizenship status.

Well over four years ago the UH Board of Regents adopted a policy to extend eligibility for resident tuition rates to undocumented students, including but not limited to those who have filed for DACA. I remain on record, with hundreds of my fellow college and university presidents, in public support of DACA. Over the next months we will strengthen our urging of Congress to extend the DACA program and protect the dreamers of our state and our nation.

Our undocumented students are an integral part of our community and will continue to be extended all the rights, privileges and services available to our students, from application through graduation.

The university provides a wide array of support services for all of our students. Students, or others, who experience intimidation or harassment should report it to campus authorities, and those who need assistance coping should reach out to campus support services, such as counseling centers.

As our state's only public higher education system we have a deep responsibility to provide high-quality affordable education to advance all our people, our communities and our islands. That mission requires that we support and celebrate diversity, respect and caring. We must overcome hate and intolerance even as we support free speech and free expression. It is clear that UH, like universities around the country, is entering uncharted territory. Our clear and firm adherence to our values in challenging times is more essential than ever.

Aloha,
David Lassner

## State leaders call to protect the DREAMers

› Senator Mazie K. Hirono, Hawaiʻi Attorney General Doug Chin and Clare Hanusz from the Hawaiʻi Coalition for Civil Rights spoke out on the importance of protecting Deferred Action for Childhood Arrivals (DACA) recipients. Read the full statement.
› Senator Brian Schatz statement
› Congresswoman Tulsi Gabbard statement
› Congresswoman Colleen Hanabusa statement

## APLU urges Congress to take swift action to protect DACA participants

*Association of Public and Land-grant Universities (APLU) President Peter McPherson sent a letter expressing strong support for swift congressional action that would, at a minimum, codify the provisions of the Deferred Action for Childhood Arrivals (DACA) policy into law.*

Prompt passage of legislation to, at a minimum, codify DACA protections into law would mitigate the incredible disruption that DACA termination would otherwise have on these young people's lives and would allow them to continue their vital contributions to workplaces, college campuses and communities across the country.

APLU is a research, policy and advocacy organization dedicated to strengthening and advancing the work of public universities. Annually, its 194 U.S. member campuses enroll 4 million undergraduates and 1.2 million graduate students, award 1.1 million degrees, employ 1 million faculty and staff, and conduct $40.7 billion in university-based research. Many young people with DACA status are working hard in furtherance of their academic pursuits at our member institutions.

Read the full letter.

Print this article

Hawaii Community College | home | Honolulu Community College
Kapiolani Community College | Kauai Community College | Leeward Community College
UH Community Colleges | UH Hilo | UH Manoa | UH Maui College | UH System
UH West Oahu | Windward Community College

**Share this:**

Facebook | Twitter | Google | Pinterest

### You may also be interested in these news stories

2017 legislative budget update | 2016 legislature budget recap by VP Kalbert Young | Photos: Congratulations UH graduates!

## Leave a Reply

Your email address will not be published. Required fields are marked *

Name *                          Email *

Case 1:17-cv-05228-NGG-VMS   Document 12-73   Filed 09/08/17   Page 4 of 4 PageID #: 1145

Website

Comment

Post Comment

☐ Notify me of follow-up comments by email.
☐ Notify me of new posts by email.