# EXHIBIT 80



**National and State Estimates of Populations Eligible for Defered Action for Childhood Arrivals (DACA) Program, 2016**

| State | Total DACA-Eligible Population | Immediately Eligible Population | Eligible But for Education | Eligible in the Future |
|---|---|---|---|---|
| United States | 1,932,000 | 1,307,000 | 398,000 | 228,000 |
| California | 561,000 | 379,000 | 120,000 | 62,000 |
| Texas | 271,000 | 177,000 | 57,000 | 37,000 |
| New York | 107,000 | 76,000 | 21,000 | 10,000 |
| Florida | 102,000 | 72,000 | 20,000 | 10,000 |
| Illinois | 96,000 | 68,000 | 18,000 | 9,000 |
| Georgia | 73,000 | 47,000 | 17,000 | 8,000 |
| New Jersey | 71,000 | 53,000 | 11,000 | 7,000 |
| North Carolina | 66,000 | 41,000 | 16,000 | 8,000 |
| Arizona | 52,000 | 35,000 | 11,000 | 6,000 |
| Washington | 43,000 | 27,000 | 10,000 | 7,000 |
| Virginia | 40,000 | 30,000 | 6,000 | 4,000 |
| Maryland | 34,000 | 24,000 | 6,000 | 4,000 |
| Colorado | 33,000 | 23,000 | 6,000 | 4,000 |
| Nevada | 25,000 | 16,000 | 6,000 | 3,000 |
| Oregon | 24,000 | 15,000 | 6,000 | 4,000 |
| Massachusetts | 23,000 | 19,000 | 2,000 | 2,000 |
| Tennessee | 23,000 | 14,000 | 6,000 | 3,000 |
| Pennsylvania | 21,000 | 15,000 | 3,000 | 2,000 |
| Indiana | 18,000 | 11,000 | 4,000 | 4,000 |
| Utah | 17,000 | 11,000 | 3,000 | 3,000 |
| Oklahoma | 17,000 | 10,000 | 4,000 | 2,000 |
| Minnesota | 16,000 | 10,000 | 3,000 | 2,000 |
| South Carolina | 16,000 | 10,000 | 4,000 | 2,000 |
| Michigan | 15,000 | 10,000 | 3,000 | 2,000 |
| New Mexico | 15,000 | 10,000 | 2,000 | 3,000 |
| Connecticut | 15,000 | 11,000 | 2,000 | <2,000 |

| | | | | |
|---|---|---|---|---|
| Alabama | 15,000 | 9,000 | 4,000 | 2,000 |
| Wisconsin | 14,000 | 10,000 | 2,000 | 2,000 |
| Ohio | 13,000 | 9,000 | 2,000 | 2,000 |
| Kansas | 12,000 | 8,000 | 3,000 | <2,000 |
| Arkansas | 12,000 | 8,000 | 3,000 | <2,000 |
| Missouri | 10,000 | 6,000 | 2,000 | 2,000 |
| Kentucky | 9,000 | 6,000 | 2,000 | <2,000 |
| Louisiana | 8,000 | 5,000 | <2,000 | <2,000 |
| Nebraska | 6,000 | 4,000 | <2,000 | <2,000 |
| Iowa | 6,000 | 4,000 | <2,000 | <1,000 |
| Idaho | 6,000 | 4,000 | <2,000 | <1,000 |
| Rhode Island | 5,000 | 3,000 | <2,000 | <1,000 |
| Mississippi | 5,000 | 3,000 | 2,000 | <1,000 |
| Delaware | 4,000 | 3,000 | <1,000 | <1,000 |
| Hawaii | 2,000 | 2,000 | <1,000 | <1,000 |

*Notes:* 1) These estimates of unauthorized immigrants considered eligible for the DACA program are based on characteristics available in the analyzed U.S. Census Bure... might not be eligible due to disqualifying criminal convictions, lack of continuous U.S. residence, or other factors that could not be modeled in the data. Note that these es... commonly accepted benchmarks from other research studies to determine the size of the unauthorized population and response rates to surveys. These estimates have t... sampling and coverage errors as any other survey-based estimates that rely on American Community Survey (ACS) or other Census Bureau data.

2) MPI estimates of the DACA-eligible population as of 2016 include unauthorized immigrant youth who had been in the United States since 2007, were under the age of ... of their arrival in the United States, and were under the age of 31 as of 2012. Three populations are estimated: (1) Immediately eligible youth met both age and education... they were ages 15 to 34 in 2016 and were either enrolled in school or had at least a high school diploma or equivalent). (2) Youth eligible but for education were those ag... 2016 who met the other requirements but did not have a high school diploma or equivalent and were not enrolled in school. (3) Children eligible in the future met the age-... requirements but were ages 7 to 14 in 2016, and will become eligible when they reach age 15 provided they stay in school. To capture the population eligible to apply in 2... 2014 data, MPI included those ages 13 and 14 in 2014 (ages 15 and 16 in 2016) in the estimates; most of this group was considered to be immediately eligible, but a sma... percent) was placed in the eligible-but-for education group, assuming they dropped out of high school at the same rate as Latino students nationwide.
3) Totals may not add up due to rounding.

*Sources:* Migration Policy Institute (MPI) analysis of U.S. Census Bureau data from the 2014 American Community Survey (ACS), 2010-14 ACS pooled, and the 2008 Su... and Program Participation (SIPP) with legal status assignments by James Bachmeier and Colin Hammar of Temple University and Jennifer Van Hook of The Pennsylvani... University, Population Research Institute.

*Acknowledgments & Methodology*

James Bachmeier and Colin Hammar at Temple University analyzed the data on legal status of immigrants that provide the basis for these estimates. Jennifer Van Hook ... Pennsylvania State University advised in developing the methodology.

For more detail on the methodology, see *DACA at the Two-Year Mark: A National and State Profile of Youth Eligible and Applying for Deferred Action* (Washington, DC:
www.migrationpolicy.org/research/daca-two-year-mark-national-and-state-profile-youth-eligible-and-applying-deferred-action

eau data; some
timates use
the same

16 at the time
al criteria (i.e.,
es 15 to 34 in
at-arrival
016 using
all share (12

rvey of Income
ia State

at The

MPI, 2014),