# EXHIBIT 81

NUMBERS, FACTS AND TRENDS SHAPING YOUR WORLD                                                                ABOUT    FOLLOW    DONATE



Hispanic Trends

MENU                                          RESEARCH AREAS                                          SEARCH

NOVEMBER 3, 2016

# U.S. unauthorized immigration population estimates

SHOW DATA FOR    Unauthorized immigrant total

### Estimated unauthorized immigrant population, by state, 2014

California has by far the largest number of unauthorized immigrants, about 2.3 million in 2014. About six-in-ten unauthorized immigrants live in the six states with the largest populations of unauthorized immigrants —California, Florida, Illinois, New Jersey, New York and Texas. See our report: Overall Number of U.S. Unauthorized Immigrants Holds Steady Since 2009 (http://www.pewhispanic.org/2016/09/20/overall-number-of-u-s-unauthorized-immigrants-holds-steady-since-2009/)



Note: Population figures are rounded. See methodology (www.pewhispanic.org/2016/09/20/methodology-10/) for rounding rules.
Source: Pew Research Center estimates for 2014 based on augmented American Community Survey data from Integrated Public Use Microdata Series (IPUMS).

| State | | Unauthorized immigrant population, 2014 | Unauthorized immigrant share of population, 2014 | Unauthorized Share of immigrant population, 2014 | Unauthorized immigrant share of labor force, 2014 | Share of K-12 students with unauthorized immigrant parent(s), 2014 | Share Mexican of unauthorized immigrants, 2014 | Change in unauthorized immigrant population, 2009-2014 |
|---|---|---|---|---|---|---|---|---|
| | Total | 11,100,000 | 3.5% | 26% | 5.0% | 7.3% | 52% | n.s. |

| State | Unauthorized immigrant population, 2014 | Unauthorized immigrant share of population, 2014 | Unauthorized Share of immigrant population, 2014 | Unauthorized immigrant share of labor force, 2014 | Share of K-12 students with unauthorized immigrant parent(s), 2014 | Share Mexican of unauthorized immigrants, 2014 | Change in unauthorized immigrant population, 2009-2014 |
|---|---|---|---|---|---|---|---|
| Total | 11,100,000 | 3.5% | 26% | 5.0% | 7.3% | 52% | n.s. |
| Alabama | 65,000 | 1.3% | 39% | 1.8% | 2.8% | 52% | -15,000 |
| Alaska | 10,000 | 1.3% | 17% | 1.9% | 2.4% | 13% | n.s. |
| Arizona | 325,000 | 4.9% | 35% | 6.6% | 12.2% | 81% | n.s. |
| Arkansas | 70,000 | 2.4% | 48% | 3.5% | 6.0% | 70% | n.s. |
| California | 2,350,000 | 6.0% | 22% | 9.0% | 12.3% | 71% | -190,000 |
| Colorado | 200,000 | 3.8% | 37% | 4.9% | 10.2% | 72% | n.s. |
| Connecticut | 120,000 | 3.4% | 24% | 4.7% | 5.5% | 18% | n.s. |
| Delaware | 25,000 | 2.7% | 31% | 4.0% | 4.2% | 43% | n.s. |
| District of Columbia | 25,000 | 3.9% | 26% | 4.9% | 6.6% | 3% | n.s. |
| Florida | 850,000 | 4.2% | 20% | 6.2% | 7.6% | 19% | n.s. |
| Georgia | 375,000 | 3.6% | 36% | 5.2% | 8.4% | 56% | -55,000 |
| Hawaii | 45,000 | 3.2% | 18% | 4.6% | 5.2% | 3% | n.s. |
| Idaho | 45,000 | 2.7% | 42% | 4.0% | 6.8% | 87% | n.s. |
| Illinois | 450,000 | 3.5% | 24% | 5.0% | 7.2% | 71% | -55,000 |
| Indiana | 110,000 | 1.6% | 32% | 2.2% | 3.5% | 63% | n.s. |
| Iowa | 40,000 | 1.3% | 26% | 1.8% | 3.2% | 62% | n.s. |
| Kansas | 75,000 | 2.5% | 35% | 3.4% | 6.7% | 74% | -20,000 |
| Kentucky | 50,000 | 1.1% | 30% | 1.7% | 2.1% | 50% | n.s. |
| Louisiana | 70,000 | 1.5% | 36% | 2.2% | 2.2% | 39% | 15,000 |
| Maine | <5,000 | 0.3% | 8% | 0.4% | 0.4% | N.A. | n.s. |
| Maryland | 250,000 | 4.2% | 27% | 5.9% | 7.5% | 11% | n.s. |
| Massachusetts | 210,000 | 3.1% | 19% | 4.0% | 4.6% | 2% | 35,000 |
| Michigan | 130,000 | 1.3% | 20% | 1.7% | 2.3% | 35% | n.s. |
| Minnesota | 100,000 | 1.9% | 23% | 2.7% | 3.8% | 45% | n.s. |
| Mississippi | 25,000 | 0.8% | 37% | 1.3% | 1.3% | 69% | n.s. |
| Missouri | 55,000 | 0.9% | 24% | 1.3% | 1.8% | 39% | n.s. |
| Montana | <5,000 | 0.3% | 14% | 0.4% | 0.1% | N.A. | n.s. |
| Nebraska | 45,000 | 2.5% | 38% | 3.2% | 6.7% | 61% | n.s. |
| Nevada | 210,000 | 7.2% | 36% | 10.4% | 17.6% | 70% | -30,000 |
| New Hampshire | 10,000 | 0.8% | 14% | 1.0% | 1.3% | 2% | n.s. |
| New Jersey | 500,000 | 5.4% | 24% | 7.9% | 7.6% | 24% | 45,000 |
| New Mexico | 85,000 | 4.0% | 37% | 5.6% | 10.1% | 91% | n.s. |
| New York | 775,000 | 3.9% | 17% | 5.9% | 6.0% | 25% | n.s. |
| North Carolina | 350,000 | 3.4% | 43% | 5.0% | 8.7% | 60% | n.s. |
| North Dakota | <5,000 | 0.5% | 13% | 0.7% | 0.7% | N.A. | n.s. |
| Ohio | 95,000 | 0.8% | 19% | 1.1% | 1.5% | 28% | n.s. |
| Oklahoma | 95,000 | 2.4% | 41% | 3.4% | 6.3% | 71% | n.s. |
| Oregon | 130,000 | 3.2% | 32% | 4.8% | 8.6% | 71% | n.s. |
| Pennsylvania | 180,000 | 1.4% | 22% | 2.0% | 2.6% | 20% | 50,000 |
| Rhode Island | 30,000 | 2.9% | 21% | 4.0% | 6.4% | 6% | n.s. |
| South Carolina | 85,000 | 1.8% | 37% | 2.6% | 3.9% | 64% | -15,000 |
| South Dakota | 5,000 | 0.6% | 21% | 0.8% | 0.6% | 22% | n.s. |
| Tennessee | 120,000 | 1.9% | 37% | 2.8% | 3.9% | 49% | n.s. |
| Texas | 1,650,000 | 6.1% | 35% | 8.5% | 13.4% | 71% | n.s. |
| Utah | 100,000 | 3.5% | 39% | 5.4% | 7.4% | 72% | n.s. |
| Vermont | <5,000 | 0.3% | 8% | 0.3% | 0.0% | N.A. | n.s. |
| Virginia | 300,000 | 3.5% | 28% | 5.0% | 6.5% | 14% | 35,000 |
| Washington | 250,000 | 3.6% | 27% | 5.0% | 8.8% | 52% | 40,000 |
| West Virginia | <5,000 | 0.2% | 15% | 0.2% | 0.3% | N.A. | n.s. |
| Wisconsin | 80,000 | 1.3% | 27% | 1.9% | 3.2% | 74% | n.s. |
| Wyoming | 5,000 | 1.0% | 27% | 1.4% | 2.3% | 58% | n.s. |

Note: All numbers are rounded independently and are not adjusted to sum to the total U.S. figure or other totals. Percents and Change calculated from unrounded numbers. See Methodology (http://www.pewhispanic.org/2016/09/20/methodology-10/) for rounding rules. Significant changes are based on 90% confidence interval.

"N.A." – Not available. Base of percent is too small to produce a reliable estimate.

"n.s." – Change is not statistically significant.

Download data on unauthorized immigrants in the U.S., 2014 (//assets.pewresearch.org/interactives/hispanic/2016/interactive-unauthorized-immigrants/Unauthorized%20immigrants%20in%20the%20U.S.%20interactive%20table.xlsx) .

Source: Pew Research Center estimates for 2009 and 2014 based on augmented American

EMBED </>                                                                           © PEW RESEARCH CENTER