# EXHIBIT 83

Case 1:17-cv-05228-NGG-VMS   Document 12-83   Filed 09/08/17   Page 2 of 2 PageID #: 1200

# OUR 17 CAMPUSES

The University of North Carolina's 17 campuses extend from the state's mountains to the coast. Nearly 225,000 students are enrolled at 16 universities and the NC School of Science and Mathematics, the country's first public residential high school for gifted students. Each year, we graduate more than 30,000 students from over 200 academic degree programs. Our graduates emerge as leaders, creators and researchers, prepared to connect with and give back to the communities that have supported UNC for more than two centuries.

Click on a campus below to visit its website.

Explore our County Connections Map to learn how UNC teaching, research and service touches every part of our state.

1. Appalachian State University
2. East Carolina University
3. Elizabeth City State University
4. Fayetteville State University
5. North Carolina A&T State University
6. North Carolina Central University
7. North Carolina State University
8. UNC Asheville
9. UNC-Chapel Hill
10. UNC Charlotte
11. UNC Greensboro
12. UNC Pembroke
13. UNC Wilmington
14. UNC School of the Arts
15. Western Carolina University
16. Winston-Salem State University
17. NC School of Science and Mathematics

**IN THIS SECTION**

UNC-TV Campus Profiles

**Also See**

Prospective Students

Degree Finder (API)

UNC Data Dashboard

Find People

Contact Us