# EXHIBIT 86

http://www.rtp.org/main/index.php?pid=178&sec=1  Go  AUG JAN JUL
29 captures ◀ 02 ▶
4 Nov 2007 - 5 Mar 2017  2009 2011 2012

Home | Contact Us | Login



About RTP     Locate in RTP     Your RTP     How Do I

## The Future of Great Ideas

One of the oldest and largest science parks in North America, The Research Triangle Park (RTP) is a 7,000 acre development that is home to more than 170 companies employing over 42,000 full-time knowledge workers and an estimated 10,000 contract employees. Located at the core of the Raleigh-Durham-Cary CSA (Combined Statistical Area), RTP is a globally prominent high-technology research and development center that serves as an economic driver for the region.

RTP is home to a broad spectrum of companies -- from Fortune 100 multinational research and development operations, to university spin-outs and start-up operations. In addition, a number of U.S. federal agencies have a presence in the Park.

### Other RTP Resources

- Where is RTP?
- Briefing Center
- RTP Companies
- Park Management
- RTP History

## RTP Impacts

Of the several hundred research and science parks operating in the United States today, RTP is the oldest continuously operating one, ranked among the largest and successfully growing parks globally.

RTP has been and continues to be a model for innovation, education, and economic development that has been applied around the world. It is home to winners of the Nobel and Pulitzer prizes, as well as recipients of the U.S. Presidential Award and National Science Foundation Awards. Some of the most profound discoveries of the 20th century have been influenced by scientists and researchers working in RTP, including the invention of the Universal Product Code (UPC) and 3D ultrasound technology.

Copyright © 2007, Research Triangle Foundation of North Carolina     Privacy | Legal | Print