# EXHIBIT 91

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, *et. al.*, <br><br> Defendants, | No. 1:17-CV-5228 |

Pursuant to 28 U.S.C. § 1746(2), I, <u>Kimberly Ann Garza</u>, hereby declare as follows:

1. I am over the age of eighteen and competent to testify herein.

2. I am employed at Big Bend Community College. My job title is Vice-President of Human Resources & Labor. In this position, I report to the college President and have administrative responsibility for developing, implementing and maintaining a full range of human resource programs and services including planning, recruitment, benefits, leaves, compensation, contracts, classification, training, disciplinary actions, affirmative action/equal employment opportunities, employee and labor relations, complaint investigations, and adherence to applicable laws and regulations.

3. There are at least 1 full-time and 3 part-time employees at Big Bend Community College who are recipients of Deferred Action for Childhood Arrivals (DACA).

4. These employees provide direct services to students in areas such as academic support, financial aid, and student programs.

5. Big Bend Community College spends time and resources to recruit, hire, train, and supervise employees. When any employee departs, it creates disruption for our agency and costs us time and resources to replace and train that person.

6. The termination of DACA will be disruptive to operations, have a negative impact on the students we serve, and cause us to expend additional resources.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1 day of September, 2017

_____
[Name]

DECLARATION OF Kimberly Ann Garza     1     ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744