# EXHIBIT 94



# NEW MEXICO
## Benefits from International Students

| | |
|---|---|
| **FINANCIAL CONTRIBUTION** | $91.2 million |
| **JOBS SUPPORTED** | 972 |
| **INTERNATIONAL STUDENTS ENROLLED** | 3,767 |

### TOP HIGHER EDUCATION INSTITUTIONS (DOLLARS AND JOBS)

1. University of New Mexico - Main Campus, Albuquerque
   $38.1 million supporting 454 jobs
2. New Mexico State University - Main Campus, Las Cruces
   $32.0 million supporting 397 jobs
3. New Mexico Institute of Mining and Technology, Socorro
   $4.9 million supporting 28 jobs
4. Western New Mexico University, Silver City
   $4.0 million supporting 23 jobs
5. Saint John's College, Santa Fe
   $3.6 million supporting 22 jobs
6. Eastern New Mexico University - Main Campus, Portales
   $2.2 million supporting 12 jobs
7. New Mexico State University - Dona Ana, Las Cruces
   $1.8 million supporting 10 jobs
8. New Mexico Highlands University, Las Vegas
   $1.8 million supporting 10 jobs
9. New Mexico Military Institute, Roswell
   $1.1 million supporting 6 jobs
10. New Mexico State University - Alamogordo, Alamogordo
    $1.0 million supporting 6 jobs

### THE NATIONAL BENEFITS BEYOND NEW MEXICO

International students studying at U.S. colleges and universities contribute $32.8 billion and support 400,812 jobs to the U.S. economy.* For every seven international students enrolled, three U.S. jobs are created and supported by spending occurring in the higher education, accommodation, dining, retail, transportation, telecommunications and health insurance sectors.

The economic contributions of international students are in addition to the immeasurable academic and cultural value these students bring to our campuses and local communities. For a more detailed analysis, access NAFSA's *International Student Economic Value Tool* at nafsa.org/economicvalue.

**CONTACT**
Rachel Banks
Director, Public Policy
202.737.3699 x 2556
rachelb@nafsa.org

* Sources used in NAFSA economic analysis: U.S. Department of Education, U.S. Department of Commerce, and Institute of International Education for 2015-2016 Academic Year.

## NEW MEXICO HIGHER EDUCATION INSTITUTIONS (DOLLARS AND JOBS)

For a more detailed analysis, access NAFSA's *International Student Economic Value Tool* at **nafsa.org/economicvalue**.

| RANK | INSTITUTION | DOLLARS | JOBS |
| --- | --- | --- | --- |
| 1 | University of New Mexico - Main Campus, Albuquerque | $38.1 million | 454 |
| 2 | New Mexico State University - Main Campus, Las Cruces | $32.0 million | 397 |
| 3 | New Mexico Institute of Mining and Technology, Socorro | $4.9 million | 28 |
| 4 | Western New Mexico University, Silver City | $4.0 million | 23 |
| 5 | Saint John's College, Santa Fe | $3.6 million | 22 |
| 6 | Eastern New Mexico University - Main Campus, Portales | $2.2 million | 12 |
| 7 | New Mexico State University - Dona Ana, Las Cruces | $1.8 million | 10 |
| 8 | New Mexico Highlands University, Las Vegas | $1.8 million | 10 |
| 9 | New Mexico Military Institute, Roswell | $1.1 million | 6 |
| 10 | New Mexico State University - Alamogordo, Alamogordo | $1.0 million | 6 |
| 11 | University of the Southwest, Hobbs | $353,081 | 2 |
| 12 | New Mexico State University - Grants, Grants | $161,795 | 1 |
| 13 | Eastern New Mexico University - Roswell, Roswell | $93,859 | 1 |