# EXHIBIT 99

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et. al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, *et. al.*,<br><br>    Defendants, | No. 1:17-CV-5228 |

# DECLARATION OF CHANCELLOR KRISTINA M. JOHNSON

Pursuant to 28 U.S.C. § 1746(2), I, Kristina M. Johnson, hereby declare as follows:

1. I am the Chancellor of the State University of New York ("SUNY" or "university").

2. I have compiled the information in the statements set forth below through SUNY personnel who have assisted me in gathering this information from SUNY campuses.

3. SUNY is the largest comprehensive university system in the United States, comprised of 64 institutions including research universities, academic medical centers, liberal arts colleges, community colleges, colleges of technology and an online learning network. Each year SUNY students and faculty across the state make significant contributions to research in the fields of medicine, engineering, technology, among others.

4. SUNY educates approximately 440,000 students in more than 7,500 degree and certificate programs and nearly 2 million in workforce and professional development programs. SUNY draws students from every state in the United States and 160 nations around the world. SUNY employs more than 90,000 faculty and staff and has over 3 million alumni worldwide.

5. SUNY was founded as a university of opportunity, educating all, including those who would not be admitted to other institutions of higher education because of their race, religion or national origin. As a public university system, SUNY's core mission is to ensure that all of its students, whatever their background, have access to high-quality education and training that develops the skills and knowledge necessary to build a rewarding life and career.

ATTORNEY GENERAL OF NEW YORK
120 Broadway
New York, NY 10271-0332

6. On January 24, 2017, SUNY demonstrated its continuing commitment to diversity, equity, and inclusion when the SUNY Board of Trustees passed a resolution affirming its strong support for the rights of undocumented students and, in particular, the continuation of the DACA program (attached as Exhibit A).

7. The repeal of DACA would affect SUNY students who are attempting to start, continue or complete their education. As a result of the repeal of DACA, SUNY students who are DACA grantees would lose work authorizations they received under the DACA program. If DACA grantee students lose their work authorizations, they risk losing their jobs and potentially, the ability to pay for their education.

8. In addition, DACA grantee students could face an increased risk of being arrested and placed in deportation proceedings after DACA is repealed.

9. Overall, repealing DACA would undermine SUNY's unwavering commitment to diversity, equity and inclusion and could cause SUNY and New York State harm.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 6th day of September, 2017

    /s/ Kristina Johnson
    Kristina M. Johnson
    Chancellor, State University of New York

ATTORNEY GENERAL OF NEW YORK
120 Broadway
New York, NY 10271-0332