# EXHIBIT 100

Case 1:17-cv-05228-NGG-VMS   Document 12-100   Filed 09/08/17   Page 2 of 4 PageID #: 1428



## QuickFacts
### selected: **New Mexico**

QuickFacts provides statistics for all states and counties, and for cities and towns with a **population of 5,000 or more**.

**Table**

| All Topics | New Mexico |
| --- | --- |
| **Foreign born persons, percent, 2011-2015** | **9.8%** |
| 👤 PEOPLE | |
| **Population** | |
| Population estimates, July 1, 2016, (V2016) | 2,081,015 |
| Population estimates base, April 1, 2010, (V2016) | 2,059,198 |
| Population, percent change - April 1, 2010 (estimates base) to July 1, 2016, (V2016) | 1.1% |
| Population, Census, April 1, 2010 | 2,059,179 |
| **Age and Sex** | |
| Persons under 5 years, percent, July 1, 2016, (V2016) | 6.2% |
| Persons under 5 years, percent, April 1, 2010 | 7.0% |
| Persons under 18 years, percent, July 1, 2016, (V2016) | 23.6% |
| Persons under 18 years, percent, April 1, 2010 | 25.2% |
| Persons 65 years and over, percent, July 1, 2016, (V2016) | 16.5% |
| Persons 65 years and over, percent, April 1, 2010 | 13.2% |
| Female persons, percent, July 1, 2016, (V2016) | 50.5% |
| Female persons, percent, April 1, 2010 | 50.6% |
| **Race and Hispanic Origin** | |
| White alone, percent, July 1, 2016, (V2016)   (a) | 82.6% |
| White alone, percent, April 1, 2010   (a) | 68.4% |
| Black or African American alone, percent, July 1, 2016, (V2016)   (a) | 2.5% |
| Black or African American alone, percent, April 1, 2010   (a) | 2.1% |
| American Indian and Alaska Native alone, percent, July 1, 2016, (V2016)   (a) | 10.6% |
| American Indian and Alaska Native alone, percent, April 1, 2010   (a) | 9.4% |
| Asian alone, percent, July 1, 2016, (V2016)   (a) | 1.7% |
| Asian alone, percent, April 1, 2010   (a) | 1.4% |
| Native Hawaiian and Other Pacific Islander alone, percent, July 1, 2016, (V2016)   (a) | 0.2% |
| Native Hawaiian and Other Pacific Islander alone, percent, April 1, 2010   (a) | 0.1% |
| Two or More Races, percent, July 1, 2016, (V2016) | 2.5% |
| Two or More Races, percent, April 1, 2010 | 3.7% |
| Hispanic or Latino, percent, July 1, 2016, (V2016)   (b) | 48.5% |
| Hispanic or Latino, percent, April 1, 2010   (b) | 46.3% |
| White alone, not Hispanic or Latino, percent, July 1, 2016, (V2016) | 38.1% |
| White alone, not Hispanic or Latino, percent, April 1, 2010 | 40.5% |
| **Population Characteristics** | |
| Veterans, 2011-2015 | 164,157 |
| **Foreign born persons, percent, 2011-2015** | **9.8%** |
| **Housing** | |
| Housing units, July 1, 2016, (V2016) | 917,568 |
| Housing units, April 1, 2010 | 901,388 |
| Owner-occupied housing unit rate, 2011-2015 | 68.1% |
| Median value of owner-occupied housing units, 2011-2015 | $160,300 |
| Median selected monthly owner costs -with a mortgage, 2011-2015 | $1,227 |
| Median selected monthly owner costs -without a mortgage, 2011-2015 | $327 |
| Median gross rent, 2011-2015 | $777 |
| Building permits, 2016 | 4,863[1] |

Case 1:17-cv-05228-NGG-VMS   Document 12-100   Filed 09/08/17   Page 3 of 4 PageID #: 1429

### Families & Living Arrangements

| | |
|---|---|
| Households, 2011-2015 | 763,603 |
| Persons per household, 2011-2015 | 2.67 |
| Living in same house 1 year ago, percent of persons age 1 year+, 2011-2015 | 85.7% |
| Language other than English spoken at home, percent of persons age 5 years+, 2011-2015 | 35.7% |

### Education

| | |
|---|---|
| High school graduate or higher, percent of persons age 25 years+, 2011-2015 | 84.2% |
| Bachelor's degree or higher, percent of persons age 25 years+, 2011-2015 | 26.3% |

### Health

| | |
|---|---|
| With a disability, under age 65 years, percent, 2011-2015 | 10.1% |
| Persons without health insurance, under age 65 years, percent | ⏷ 12.8% |

### Economy

| | |
|---|---|
| In civilian labor force, total, percent of population age 16 years+, 2011-2015 | 59.1% |
| In civilian labor force, female, percent of population age 16 years+, 2011-2015 | 54.9% |
| Total accommodation and food services sales, 2012 ($1,000)   (c) | 4,349,672 |
| Total health care and social assistance receipts/revenue, 2012 ($1,000)   (c) | 11,236,630 |
| Total manufacturers shipments, 2012 ($1,000)   (c) | 29,102,352 |
| Total merchant wholesaler sales, 2012 ($1,000)   (c) | 10,720,363 |
| Total retail sales, 2012 ($1,000)   (c) | 25,179,274 |
| Total retail sales per capita, 2012   (c) | $12,073 |

### Transportation

| | |
|---|---|
| Mean travel time to work (minutes), workers age 16 years+, 2011-2015 | 21.6 |

### Income & Poverty

| | |
|---|---|
| Median household income (in 2015 dollars), 2011-2015 | $44,963 |
| Per capita income in past 12 months (in 2015 dollars), 2011-2015 | $24,012 |
| Persons in poverty, percent | ⏷ 20.4% |

## BUSINESSES

### Businesses

| | |
|---|---|
| Total employer establishments, 2015 | 43,793[1] |
| Total employment, 2015 | 626,284[1] |
| Total annual payroll, 2015 ($1,000) | 25,145,307[1] |
| Total employment, percent change, 2014-2015 | 3.9%[1] |
| Total nonemployer establishments, 2015 | 121,279 |
| All firms, 2012 | 151,363 |
| Men-owned firms, 2012 | 71,132 |
| Women-owned firms, 2012 | 59,044 |
| Minority-owned firms, 2012 | 60,622 |
| Nonminority-owned firms, 2012 | 83,857 |
| Veteran-owned firms, 2012 | 14,096 |
| Nonveteran-owned firms, 2012 | 128,693 |

## GEOGRAPHY

### Geography

| | |
|---|---|
| Population per square mile, 2010 | 17.0 |
| Land area in square miles, 2010 | 121,298.15 |
| FIPS Code | 35 |

Case 1:17-cv-05228-NGG-VMS   Document 12-100   Filed 09/08/17   Page 4 of 4 PageID #: 1430

**Value Notes**

1.   Includes data not distributed by county.

⚠   This geographic level of poverty and health estimates are not comparable to other geographic levels of these estimates

Some estimates presented here come from sample data, and thus have sampling errors that may render some apparent differences between geographies statistically indistinguishable. Click the (
left of each row in TABLE view to learn about sampling error.

The vintage year (e.g., V2016) refers to the final year of the series (2010 thru 2016). *Different vintage years of estimates are not comparable.*

**Fact Notes**

(a)   Includes persons reporting only one race
(b)   Hispanics may be of any race, so also are included in applicable race categories
(c)   Economic Census - Puerto Rico data are not comparable to U.S. Economic Census data

**Value Flags**

D    Suppressed to avoid disclosure of confidential information
F    Fewer than 25 firms
FN   Footnote on this item in place of data
NA   Not available
S    Suppressed; does not meet publication standards
X    Not applicable
Z    Value greater than zero but less than half unit of measure shown
-    Either no or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in
interval of an open ended distribution.

QuickFacts data are derived from: Population Estimates, American Community Survey, Census of Population and Housing, Current Population Survey, Small Area SHealth Insurance Estimates, S
Poverty Estimates, State and County Housing Unit Estimates, County Business Patterns, Nonemployer Statistics, Economic Census, Survey of Business Owners, Building Permits.