# EXHIBIT 101



Published on *migrationpolicy.org* (http://www.migrationpolicy.org)

Home >

# New Mexico

| Demographics & Social | 2015 | | 2000 | | 1990 | |
|---|---|---|---|---|---|---|
| **Demographics** | Foreign Born | U.S. Born | Foreign Born | U.S. Born | Foreign Born | U.S. Born |
| **Number** | 196,955 | 1,888,154 | 149,606 | 1,669,440 | 80,514 | 1,434,555 |
| **% Foreign Born** | 9.4% | | 8.2% | | 5.3% | |
| **Population Change over Time** | | | | | | |
| % change: 2000-2015 | 31.6% | 13.1% | | | | |
| % change: 1990-2000 | 85.8% | 16.4% | | | | |
| **Race (%)** | | | | | | |
| One race | 98.0% | 96.5% | | | | |
| White | 67.6% | 74.0% | | | | |
| Black or African American | 2.0% | 2.3% | | | | |
| American Indian and Alaska Native | 0.2% | 10.2% | | | | |
| Asian | 9.4% | 0.6% | | | | |
| Native Hawaiian and other Pacific Islander | 0.0% | 0.0% | | | | |
| Other race | 18.9% | 9.2% | | | | |
| Two or more races | 2.0% | 3.5% | | | | |
| **Latino Origin (of any race)** | | | | | | |
| Number | 149,777 | 851,487 | | | | |
| % Latino | 76.0% | 45.1% | | | | |
| **Age Groups (%)** | | | | | | |
| Under 5 | 0.5% | 7.1% | | | | |
| 5-17 | 5.8% | 18.7% | | | | |

| Demographics | Foreign Born | U.S. Born | Foreign Born | U.S. Born | Foreign Born | U.S. Born |
|---|---|---|---|---|---|---|
| 18-64 | 79.0% | 58.2% | | | | |
| 65 and older | 14.6% | 16.0% | | | | |
| **Median Age** | 44.5 | 36 | | | | |
| **Gender (% female)** | 50.2% | 50.4% | | | | |
| **Marital Status (15 and older) (%)** | | | | | | |
| Never married | 20.6% | 35.9% | | | | |
| Married | 61.5% | 42.9% | | | | |
| Separated, divorced, or widowed | 17.8% | 21.3% | | | | |

| | Foreign Born | | Foreign Born | | Foreign Born | |
|---|---|---|---|---|---|---|
| **Place of Birth** | Number | % | Number | % | Number | % |
| **Region of Birth (excluding born at sea)** | 196,955 | 100% | 149,606 | 100% | 78,212 | 100% |
| Born in Africa | 3,796 | 1.9% | 1,118 | 0.7% | 781 | 1.0% |
| Born in Asia | 22,972 | 11.7% | 14,330 | 9.6% | 9,569 | 12.2% |
| Born in Europe | 14,829 | 7.5% | 15,286 | 10.2% | 11,331 | 14.5% |
| Born in Latin America (South America, Central America, Mexico, and the Caribbean) | 151,452 | 76.9% | 114,858 | 76.8% | 53,967 | 69.0% |
| Born in Northern America (Canada, Bermuda, Greenland, and St. Pierre and Miquelon) | 3,338 | 1.7% | 3,364 | 2.2% | 2,235 | 2.9% |
| Born in Oceania | 568 | 0.3% | 650 | 0.4% | 329 | 0.4% |
| **Detailed Region/Country of Birth** | 196,955 | 100% | | | | |
| **Europe** | 14,829 | 7.5% | | | | |
| Northern Europe | 3,221 | 1.6% | | | | |
| United Kingdom | 2,742 | 1.4% | | | | |
| Ireland | 47 | 0.0% | | | | |
| Other Northern Europe | 432 | 0.2% | | | | |
| Western Europe | 6,144 | 3.1% | | | | |
| France | 1,076 | 0.5% | | | | |
| Germany | 4,363 | 2.2% | | | | |
| Other Western Europe | 705 | 0.4% | | | | |

Case 1:17-cv-05228-NGG-VMS   Document 12-101   Filed 09/08/17   Page 4 of 8 PageID #: 1434

| Place of Birth | Number | % | Number | % | Number | % |
|---|---|---|---|---|---|---|
| Southern Europe | 1,692 | 0.9% | | | | |
| Italy | 716 | 0.4% | | | | |
| Portugal | 0 | 0.0% | | | | |
| Other Southern Europe | 976 | 0.5% | | | | |
| Eastern Europe | 3,772 | 1.9% | | | | |
| Poland | 168 | 0.1% | | | | |
| Russia | 1,034 | 0.5% | | | | |
| Other Eastern Europe | 2,570 | 1.3% | | | | |
| Other Europe (no country specified) | 0 | 0.0% | | | | |
| **Asia** | 22,972 | 11.7% | | | | |
| Eastern Asia | 7,096 | 3.6% | | | | |
| China | 4,531 | 2.3% | | | | |
| China, excluding Taiwan | 4,019 | 2.0% | | | | |
| Taiwan | 512 | 0.3% | | | | |
| Japan | 788 | 0.4% | | | | |
| Korea | 1,777 | 0.9% | | | | |
| Other Eastern Asia | 0 | 0.0% | | | | |
| South Central Asia | 5,614 | 2.9% | | | | |
| India | 2,609 | 1.3% | | | | |
| Iran | 860 | 0.4% | | | | |
| Other South Central Asia | 2,145 | 1.1% | | | | |
| Southeastern Asia | 8,597 | 4.4% | | | | |
| Philippines | 2,938 | 1.5% | | | | |
| Vietnam | 3,767 | 1.9% | | | | |
| Other Southeastern Asia | 1,892 | 1.0% | | | | |
| Western Asia | 1,471 | 0.7% | | | | |
| Israel | 244 | 0.1% | | | | |

| Place of Birth | Number | % | Number | % | Number | % |
|---|---|---|---|---|---|---|
| Lebanon | 263 | 0.1% | | | | |
| Other Western Asia | 964 | 0.5% | | | | |
| Other Asia (no country specified) | 194 | 0.1% | | | | |
| **Africa** | 3,796 | 1.9% | | | | |
| Eastern Africa | 750 | 0.4% | | | | |
| Northern Africa | 44 | 0.0% | | | | |
| Western Africa | 1,544 | 0.8% | | | | |
| Middle and Southern Africa | 729 | 0.4% | | | | |
| Other Africa (no country specified) | 729 | 0.4% | | | | |
| **Oceania** | 568 | 0.3% | | | | |
| Australia and New Zealand subregion | 494 | 0.3% | | | | |
| Oceania (no country specified) | 74 | 0.0% | | | | |
| **Americas** | 154,790 | 78.6% | | | | |
| Latin America | 151,452 | 76.9% | | | | |
| Caribbean | 4,225 | 2.1% | | | | |
| Cuba | 2,514 | 1.3% | | | | |
| Jamaica | 463 | 0.2% | | | | |
| Other Caribbean | 1,248 | 0.6% | | | | |
| Central America | 144,371 | 73.3% | | | | |
| Mexico | 139,358 | 70.8% | | | | |
| El Salvador | 2,102 | 1.1% | | | | |
| Other Central America | 2,911 | 1.5% | | | | |
| South America | 2,856 | 1.5% | | | | |
| Brazil | 435 | 0.2% | | | | |
| Colombia | 700 | 0.4% | | | | |
| Other South America | 1,721 | 0.9% | | | | |
| Northern America | 3,338 | 1.7% | | | | |

| Place of Birth | Number | % | Number | % | Number | % |
|---|---|---|---|---|---|---|
| Canada | 3,338 | 1.7% | | | | |
| Other Northern America | 0 | 0.0% | | | | |

**Period of Entry into U.S.**

| | | | | | | |
|---|---|---|---|---|---|---|
| Before 1990 | 68,859 | 35.0% | | | | |
| 1990-1999 | 47,638 | 24.2% | | | | |
| 2000-2009 | 53,495 | 27.2% | | | | |
| Since 2010 | 26,963 | 13.7% | | | | |

| | Foreign Born | | Foreign Born | | Foreign Born | |
|---|---|---|---|---|---|---|
| **Naturalization** | Number | % | Number | % | Number | % |
| **Foreign Born by U.S. Citizenship Status** | 196,955 | 100% | 149,606 | 100% | 80,514 | 100% |
| Naturalized citizens | 71,581 | 36.3% | 52,103 | 34.8% | 31,915 | 39.6% |
| Noncitizens | 125,374 | 63.7% | 97,503 | 65.2% | 48,599 | 60.4% |
| **Naturalized Citizens by Period of Naturalization** | 71,581 | 100% | | | | |
| Before 1980 | 11,455 | 16.0% | | | | |
| 1980-1989 | 8,647 | 12.1% | | | | |
| 1990-1999 | 17,197 | 24.0% | | | | |
| 2000-2009 | 17,961 | 25.1% | | | | |
| Since 2010 | 16,321 | 22.8% | | | | |

| **Fertility** | Foreign Born | U.S. Born | Foreign Born | U.S. Born | Foreign Born | U.S. Born |
|---|---|---|---|---|---|---|
| **Female Population (ages 15-50)** | 55,797 | 411,332 | | | | |
| Women (ages 15-50) who gave birth in the last 12 months | 2,545 | 21,867 | | | | |
| % married among women who gave birth | 72.9% | 53.9% | | | | |
| % unmarried (never married, divorced, or widowed) among women who gave birth | 27.1% | 46.1% | | | | |

| **Household and Family Size** | Foreign Born | U.S. Born | Foreign Born | U.S. Born | Foreign Born | U.S. Born |
|---|---|---|---|---|---|---|
| **Average household size** | 3.41 | 2.59 | | | | |
| **Average family size** | 4.00 | 3.32 | | | | |
| | Population | | Population | | Population | |

| Children under 18 | Number | % | Number | % | Number | % |
|---|---|---|---|---|---|---|
| **Children with Foreign- and Native-Born Parents** | | | | | | |
| Children under age 18 with | 471,392 | 100% | 480,691 | 100% | 425,685 | 100% |
| Only native parent(s) | 368,199 | 78.1% | 396,926 | 82.6% | 374,157 | 87.9% |
| One or more foreign-born parents | 103,193 | 21.9% | 83,765 | 17.4% | 51,528 | 12.1% |
| Child is native | 92,270 | 19.6% | 67,417 | 14.0% | 42,489 | 10.0% |
| Child is foreign born | 10,923 | 2.3% | 16,348 | 3.4% | 9,039 | 2.1% |
| Children under age 6 with | 155,557 | 100% | 147,040 | 100% | 145,509 | 100% |
| Only native parent(s) | 125,335 | 80.6% | 119,898 | 81.5% | 128,751 | 88.5% |
| One or more foreign-born parents | 30,222 | 19.4% | 27,142 | 18.5% | 16,758 | 11.5% |
| Child is native | 29,143 | 18.7% | 24,742 | 16.8% | 15,405 | 10.6% |
| Child is foreign born | 1,079 | 0.7% | 2,400 | 1.6% | 1,353 | 0.9% |
| Children between ages 6 and 17 with | 315,835 | 100% | 333,651 | 100% | 280,176 | 100% |
| Only native parent(s) | 242,864 | 76.9% | 277,028 | 83.0% | 245,406 | 87.6% |
| One or more foreign-born parents | 72,971 | 23.1% | 56,623 | 17.0% | 34,770 | 12.4% |
| Child is native | 63,127 | 20.0% | 42,675 | 12.8% | 27,084 | 9.7% |
| Child is foreign born | 9,844 | 3.1% | 13,948 | 4.2% | 7,686 | 2.7% |
| **Children in Low-Income Families** | 253,576 | 100% | 247,086 | 100% | 231,099 | 100% |
| Only native parents | 185,533 | 73.2% | 188,317 | 76.2% | 194,142 | 84.0% |
| One or more foreign-born parents | 68,043 | 26.8% | 58,769 | 23.8% | 36,957 | 16.0% |

*Sources:* Migration Policy Institute tabulations of data from the U.S. Census Bureau's American Community Survey (ACS) and Decennial Census. Unless stated otherwise, 2015 data are from the one-year ACS file. For information about ACS definitions, methodology, sampling error, and nonsampling error, click here. Estimates from 1990 and 2000 Decennial Census data as well as ACS microdata are from Steven Ruggles, Matthew Sobek, Trent Alexander, Catherine A. Fitch, Ronald Goeken, Patricia Kelly Hall, Miriam King, and Chad Ronnander, "Integrated Public Use Microdata Series: Version 4.0" (Machine-readable database, Minnesota Population Center [producer and distributor], 2011).

*Definitions*

- The term "foreign born" refers to people residing in the United States at the time of the population survey who were not U.S. citizens at birth. The foreign-born population includes naturalized U.S. citizens, lawful permanent immigrants (or green-card holders), refugees and asylees, certain legal nonimmigrants (including those on student, work, or some other temporary visas), and persons residing in the country without authorization.
- The term "U.S. born" refers to people residing in the United States who were U.S. citizens in one of three categories: people born in one of the 50 states or the District of Columbia; people born in U.S. Insular Areas such as Puerto Rico or Guam; or people who were born abroad to at least one U.S. citizen parent.
- The term "low-income families" refers to families with annual incomes below 200 percent of the federal poverty threshold.

*Data-related notes*

- The letter N indicates that an estimate could not be provided by the Census Bureau because the number of sample cases was too small for this state.

Case 1:17-cv-05228-NGG-VMS   Document 12-101   Filed 09/08/17   Page 8 of 8 PageID #: 1438

- For "Median Age" and "Household Size": Data for Alaska, Maine, Montana, North Dakota, South Dakota, Vermont, West Virginia, and Wyoming are from the U.S. Census Bureau's pooled 2011-2015 American Community Survey (ACS). Data for the United States overall and for the remaining states are from the 2015 ACS.
- Region of birth: For 1990, 2000, and current ACS year, the total for the region of birth of the foreign born is different from the total foreign born. This is because the 1990 total excludes those who did not report a country of birth and those born at sea, while the 2000 census and the current ACS year totals exclude those born at sea.
- Countries of birth: These are the largest countries of birth reported by the Census Bureau. Some countries are only listed as part of a larger geographic region. For example, those born in Somalia are included only among those born in Eastern Africa. Therefore, a few states may have larger populations of foreign-born persons born in countries not listed individually in census data. For each of the three years, countries of birth reflect geographic boundaries as of that year.
- Beginning with the 2014 ACS, the Census Bureau is excluding children of same-sex married couples from the total number of children. This means that the total number of children may be smaller than in previous years.
- Children of immigrants: Refers only to children under age 18 who resided with at least one parent. These figures do not include children under age 18 who reside in a home with no parents.

**Source URL:** http://www.migrationpolicy.org/data/state-profiles/state/demographics/NM