# EXHIBIT 105

Case 1:17-cv-05228-NGG-VMS   Document 12-105   Filed 09/08/17   Page 1 of 2 PageID #: 1494

