IN **UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>              Plaintiffs,<br><br>     v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>              Defendants. | CIVIL ACTION NO. 17-cv-5228<br><br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Eric T. Schneiderman, Attorney General of the State of New York, by Ajay Saini, Assistant Attorney General, shall appear as an attorney for the Plaintiff New York State.  The undersigned certifies that she is admitted to practice in this Court.

Dated:    New York, New York
              September 8, 2017

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York


By: /S
Ajay Saini
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-8714