UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>           Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>           Defendants. | Civil Action No. 17-cv-5228-NGG-JO |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ari Biernoff, Assistant Attorney General with the New Mexico Office of the Attorney General, and a member of the bar of this Court, hereby enters his appearance in this action on behalf of Plaintiff the State of New Mexico.

Respectfully Submitted,

HECTOR H. BALDERAS
New Mexico Attorney General

By: */s/ Ari Biernoff*

Ari Biernoff
Assistant Attorney General
Post Office Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4058 Telephone
(505) 490-4881 Facsimile
abiernoff@nmag.gov

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing Entry of Appearance on September 8, 2017, using the CM/ECF System, which will send notification to all counsel of record.

*/s/ Ari Biernoff*