AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-05228 |
| Donald Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Washington                                                                           .

Date:  09/11/2017

/s/ Robert W. Ferguson
*Attorney's signature*

Robert Ferguson WSBA #26004
*Printed name and bar number*

PO Box 40100
Olympia, WA 98504

*Address*

chamenew@atg.wa.gov
*E-mail address*

(206) 464-7744
*Telephone number*

(206) 464-6451
*FAX number*