## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official Capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA, <br><br> Defendants. | CIVIL ACTION NO. 17-cv-5228 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Thomas J. Donovan, Jr., Attorney General of the State of Vermont, by Benjamin D. Battles, Solicitor General, shall appear as an attorney for the Plaintiff State of Vermont. The undersigned certifies that he is admitted to practice in this Court.

Dated:   Montpelier, Vermont
         September 11, 2017

STATE OF VERMONT

THOMAS J. DONOVAN, JR.
ATTORNEY GENERAL

By:     */s/* Benjamin D. Battles
           Benjamin D. Battles
           Solicitor General
           Office of the Attorney General
           109 State Street
           Montpelier, VT 05609-1001
           (802) 828-5500
           benjamin.battles@vermont.gov

*Counsel for the State of Vermont*