UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

States of New York, Massachusetts, Washington Connecticut, Delaware, District of Columbia, Hawaii, Illinois, Iowa, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont and Virginia

                    Plaintiffs,

    v.

Donald Trump, in his official capacity as President of the United States; U.S. Department of Homeland Security; Elaine C. Duke, in her official capacity; U.S. Citizenship and Immigration Services; U.S. Immigration and Customs Enforcement; and the United States of America.

-------------------------------------------------------X

AFFIDAVIT OF
**MARSHA J. CHIEN**
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*
1:17-cv-05228

State of New York
County of Kings

MARSHA J. CHIEN, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of the Washington State Attorney General's Office.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the States of Washington and California.
4. There are no pending disciplinary proceedings against me in any State or Federal Court.
5. I have not been convicted of a felony.
6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.
7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff State of Washington.

Dated: September 11, 2017

                                                   _____
                                                   Signature of Movant
                                                   Firm Name: Washington State Attorney General's Office
                                                   Address:
                                                   800 Fifth Avenue, Suite 2000
                                                   Seattle, WA 98104
                                                   Email:  marshac@atg.wa.gov
                                                   Phone:  (206) 464-7744