**THE STATE BAR OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617   TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

September 7, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARSHA JADE CHIEN, #275238 was admitted to the practice of law in this state by the Supreme Court of California on January 13, 2011; that from the date of admission to February 1, 2011, she was an ACTIVE member of the State Bar of California; that on February 1, 2011, she transferred at her request to the INACTIVE status; that from that date to September 19, 2012, she was an INACTIVE member of the State Bar of California; that on September 19, 2012, she transferred at her request to the ACTIVE status; that from that date to December 15, 2016, she was an ACTIVE member of the State Bar of California; that on December 15, 2016, she transferred at her request to the INACTIVE status; that she has been since that date, and is at date hereof, an INACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

NOTE: *Only ACTIVE members of the State Bar of California are entitled to practice law in California. (See Sections 6006 and 6125, et seq., Business and Professions Code.)*