UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MATTHEW R. MCGUIRE

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE
1:17-cv-05228

-----------------------------------------------------------X

TO: Opposing Counsel
U.S. Dep't of Justice
950 Penn Ave., NW, Wash., DC  20530-0001

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Office of the Attorney General of Virginia and a member in good standing of the bar(s) of the State(s) of Virginia, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff/Defendant Commonwealth of Virginia. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 9/13/2017

*[signature]*

Signature of Movant
Firm Name Office of the Attorney General of Virginia
Address 202 North Ninth Street
Richmond, VA  23219
Email mmcguire@oag.state.va.us
Phone (804) 786-7773