UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>  Defendants. | CIVIL ACTION NO. 1:17-cv-05228<br><br>AFFIDAVIT OF MATTHEW R. MCGUIRE IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

State:  Virginia
City:   Richmond

MATTHEW R. MCGUIRE, being duly sworn, hereby deposes and says as follows:

　　1.　　I am the Acting Deputy Solicitor General of the Office of the Attorney General of Virginia.

　　2.　　I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

　　3.　　As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the Commonwealth of Virginia.

　　4.　　There are no pending disciplinary proceedings against me in any State or Federal Court.

　　5.　　I have not been convicted of a felony.

　　6.　　I have not been censured, suspended, disbarred or denied admission or readmission by any court.

　　7.　　Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff Commonwealth of Virginia.

1

DATED: SEPTEMBER 13, 2017

_____
Matthew R. McGuire
Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219
mmcguire@oag.state.va.us
(804) 786-7773