# Supreme Court of Virginia

AT RICHMOND

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

Matthew Robert McGuire

was admitted to practice as an attorney and counsellor at the bar of this Court on September 16, 2015.

I further certify that so far as the records of this office are concerned, Matthew Robert McGuire is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 8th day of September
A.D. 2017

By: _____
*Deputy Clerk*