UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Tania Maestas

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

17-cv-5228

----------------------------------------------------------X

TO:   Opposing Counsel

_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of New Mexico Office of the Attorney General and a member in good standing of the bar(s) of the State(s) of New Mexico, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff/Defendant Plaintiff. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 09/13/2017

Tania Maestas
Digitally signed by Tania Maestas
DN: cn=Tania Maestas, o=NMOAG, ou=Civil Affairs, email=tmaestas@nmag.gov, c=US
Date: 2017.09.07 08:34:13 -06'00'

Signature of Movant
Firm Name: New Mexico Office of the Attorney General
Address: 408 Galisteo Street
          Santa Fe, NM  87501
Email: tmaestas@nmag.gov
Phone: (505) 490-4048