UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

                                                 AFFIDAVIT OF  TANIA MAESTAS
                                                 IN SUPPORT OF MOTION TO
                                                 ADMIT COUNSEL *PRO HAC VICE*
                                                 17-cv-5228

--------------------------------------------------------X

State of New York
County of Kings

  Tania Maestas_____, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of  the NM Office of the Attorney General_____.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of New Mexico_____.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **have not** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]_____

_____

_____

_____

_____

6. I [circle one] **have** or **have not** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]_____

_____

_____

_____

_____

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/Defendant  Plaintiff                          .

Dated:  September 13, 2017                       _____
                                                                Signature of Movant
                                                                Firm Name NM Office of the Attorney General
                                                                Address 408 Galisteo Street          
                                                                 Santa Fe, NM  87501                 
                                                                Email tmaestas@nmag.gov            
                                                                Phone (505) 490-4048                 

2