# IN THE SUPREME COURT OF HAWAI'I,

In the Matter of

**DONNA HAUNANI KALAMA**
................................................................
Attorney at Law.

................................................................

## CERTIFICATE OF STANDING

I, JoAnn Y. Takeuchi, clerk of the Supreme Court of the State of Hawai'i, do hereby certify that **DONNA HAUNANI KALAMA** is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai'i on October 29, 1993; She is an active member of the bar of Hawai'i in good standing.

DATED: Honolulu, Hawai'i, September 12, 2017

*[signature]*
Clerk, Supreme Court of Hawai'i.