## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| States of New York, Massachusetts, Washington, Connecticut, Delaware, District of Columbia, Hawaii, Illinois, Iowa, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont and Virginia,<br><br>Plaintiffs,<br><br>v.<br><br>Donald Trump, in his official capacity as President of the United States; U.S. Department of Homeland Security; Elaine C. Duke, in her official capacity; U.S. Citizenship and Immigration Services; U.S. Immigration and Customs Enforcement; and the United States of America,<br><br>Defendants. | AFFIDAVIT OF<br>**DONNA H. KALAMA**<br>IN SUPPORT OF MOTION TO<br>ADMIT COUNSEL *PRO HAC VICE*<br>1:17-cv-05228 |

State of New York
County of Kings

DONNA H. KALAMA, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of the Department of the Attorney General, State of Hawaii.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Hawaii.
4. There are no pending disciplinary proceedings against me in any State or Federal Court.
5. I have not been convicted of a felony.
6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.
7. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff State of Hawaii.

Dated: September 13, 2017

_____
Signature of Movant
Firm Name: Department of the Attorney
           General, State of Hawaii
Address: 425 Queen Street
         Honolulu, HI 96813
Email: donna.h.kalama@hawaii.gov
Phone: (808) 586-1224