UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

*NEW YORK et al.*

v.

*TRUMP et al*

AFFIDAVIT OF **GENEVIEVE NADEAU**
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*

**1:17-CV-05228**

------------------------------------------------------X

State of New York
County of Kings

**GENEVIEVE NADEAU**, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of **MASSACHUSETTS ATTORNEY GENERAL'S OFFICE**

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of **MA, D.C., NY, and CA**.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **have not** been convicted of a felony. [If you circled "have," please describe facts and circumstances.] _____

_____

_____

_____

6. I [circle one] **have** or **have not** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.] _____

_____

_____

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/~~Defendant~~ COMMONWEALTH OF MASSACHUSETTS

Dated: Sept. 13, 2017

_Genevieve Nadeau_
Signature of Movant
Firm Name ATTORNEY GENERAL'S OFFICE
Address ONE ASHBURTON PL.
BOSTON, MA 02108
Email genevieve.nadeau@state.ma.us
Phone 617-963-2121

2