AFFIDAVIT OF SERVICE
OF

Complaint, Summons, Exhibits, and Letters to Judge

**STATE OF NEW YORK:**  Bureau: CRB

**COUNTY OF NEW YORK:**

I,   Investigator Brian Metz   , being duly sworn, deposes and says:

That on September 13, 2017   at   271A Cadman Plaza East 7th Floor

City of  Brooklyn         State of  New York        , deponent served the above

on  US Attorney's Office, Rosa Martinez                at   2:30 pm       hours by:

1. **INDIVIDUAL**
   ☐ (a) Delivering a true copy thereof to
      personally. Deponent knew the person so served to be the person described in said document(s).

   ☐ (b) Delivering a true copy to
      a person of suitable age and discretion, at person's actual place of business, dwelling place, or usual place of residence.

      Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of residence at
      and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

   ☐ (c) Affixing a true copy to the door of person's actual place of business, dwelling place, or usual place of residence. Deponent was unable, with due diligence, to find the person named therein or a person of suitable age and discretion, having called there:
      On           at           hours
      On           at           hours
      On           at           hours

      Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of residence at
      and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

2. **CORPORATION:**
   ☐ Serving the above on  US Attorney's Office, Rosa Martinez     Corporation, personally, who deponent knows to be the said corporation, by delivering a true copy thereof with
      Rosa Martinez                       an officer of said corporation or
      other agent authorized to receive service for said corporation.

**DESCRIPTION:** Deponent describes the individual served as follows:
   Sex: Female     Hair: Black
   Skin: Brown     Approx. Age: 45 yrs
   Approx. Ht.: 5'2"   Approx Wt.: 150 lbs

Signature _____

Sworn to before me this  14th  day of  September  , 2017

Notary Public  Melissa E. Coffey

MELISSA E COFFEY
Notary Public - State of New York
NO. 01CO6269832
Qualified in Richmond County
My Commission Expires 10/09/2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA, <br><br> Defendants. | CIVIL ACTION NO. 17-cv-5228 |

**DECLARATION OF SERVICE**

1. I, Sharon Martin, the undersigned, am over the age of 18 and not a party to this lawsuit. I am a secretary for the Civil Rights Bureau of the New York State Office of the Attorney General, which represents Plaintiff, the State of New York, in the above captioned case.

2. On September 13, 2017, I effectuated service on the Defendant Elaine C. Duke, in her official capacity as Acting Secretary of Department of Homeland Security, by sending the following documents via certified mail to Elaine C. Duke:

1

- Summonses for all Defendants, ECF No. 2
- Complaint, ECF, No. 1
- Complaint Exhibits and Exhibit List, ECF No. 12
- Letter Requesting Case Reassignment, ECF No. 8
- Cover Letter for Courtesy Copy of Exhibits

3. On September 13, 2017, I effectuated service on Defendant U.S. Department of Homeland Security Office by sending the following documents via certified mail to Acting General Counsel, Joseph Maher:

- Summonses for all Defendants, ECF No. 2
- Complaint, ECF, No. 1
- Complaint Exhibits and Exhibit List, ECF No. 12
- Letter Requesting Case Reassignment, ECF No. 8
- Cover Letter for Courtesy Copy of Exhibits

4. On September 13, 2017, I effectuated service on Defendant Donald Trump by sending the following documents via certified mail to Donald Trump, in his official capacity as President of the United States:

- Summonses for all Defendants, ECF No. 2
- Complaint, ECF, No. 1
- Complaint Exhibits and Exhibit List, ECF No. 12
- Letter Requesting Case Reassignment, ECF No. 8
- Cover Letter for Courtesy Copy of Exhibits

5. On September 13, 2017, I effectuated service on Defendant Immigration and Customs Enforcement by sending the following documents via certified mail to the Immigration and

Customs Enforcement, Varick Street Service Processing Center – Office of Chief Counsel (New York):

- Summonses for all Defendants, ECF No. 2
- Complaint, ECF, No. 1
- Complaint Exhibits and Exhibit List, ECF No. 12
- Letter Requesting Case Reassignment, ECF No. 8
- Cover Letter for Courtesy Copy of Exhibits

6. On September 13, 2017, I effectuated service on Defendant U.S. Citizenship And Immigration Services ("USCIS") by sending the following documents via certified mail to USCIS Headquarters in Washington, D.C.:

- Summonses for all Defendants, ECF No. 2
- Complaint, ECF, No. 1
- Complaint Exhibits and Exhibit List, ECF No. 12
- Letter Requesting Case Reassignment, ECF No. 8
- Cover Letter for Courtesy Copy of Exhibits

7. On September 13, 2017, I effectuated service on Defendant USCIS by sending the following documents via certified mail to the USCIS, New York City Field Office to Barbara Felska, Deputy Field Office Director:

- Summonses for all Defendants, ECF No. 2
- Complaint, ECF, No. 1
- Complaint Exhibits and Exhibit List, ECF No. 12
- Letter Requesting Case Reassignment, ECF No. 8
- Cover Letter for Courtesy Copy of Exhibits

8. On September 13, 2017, I effectuated service on Defendant United States of America by sending the following documents via certified mail to the United States Of America Attorney General of the United States, U.S. Department of Justice:

- Summonses for all Defendants, ECF No. 2
- Complaint, ECF, No. 1
- Complaint Exhibits and Exhibit List, ECF No. 12
- Letter Requesting Case Reassignment, ECF No. 8
- Cover Letter for Courtesy Copy of Exhibits

9. I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

DATED: September 14, 2017

/s/ Sharon Martin
Sharon Martin
Civil Rights Bureau
Office of the New York State Attorney General
120 Broadway, 23rd Floor
New York, New York 10271
Sharon.Martin@ag.ny.gov
Tel. (212) 416-6348
Fax (212) 416-8074

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was e-filed by Plaintiffs on September 14, 2017. Notice of this electronic filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. A true and correct copy of the foregoing document was sent by first-class mail, postage prepaid, to:

1. U.S. Department of Homeland Security
   Attn: Acting Secretary of Department of Homeland Security, Elaine C. Duke
   3801 Nebraska Ave NW
   Washington, D.C. 20016

2. U.S. Department of Homeland Security
   Office of the General Counsel
   Attn: Acting General Counsel, Joseph Maher
   3801 Nebraska Ave NW
   Washington, D.C. 20016

3. Donald Trump, in his official capacity as President of the United States
   The White House
   1600 Pennsylvania Avenue, NW
   Washington D.C. 20500

4. Immigration and Customs Enforcement
   Varick Street Service Processing Center – Office of Chief Counsel (New York)
   201 Varick Street, Room 1130
   New York, NY, 10014
   Phone: (212) 863-3550

5. The United States Of America
   Attorney General of the United States

    U.S. Department of Justice

    950 Pennsylvania Avenue, NW

    Washington, D.C. 20530-0001

6. USCIS - New York City Field Office

    Attn: Barbara Felska, Deputy Field Office Director

    26 Federal Plaza, 3rd Floor, Room 3-120

    New York, NY 10278

7. USCIS Headquarters

    20 Massachusetts Avenue

    Washington, D.C. 20529