UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>    Defendants. | Civil Action No. 17-cv-5228-NGG-JO |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Tania Maestas, Deputy Attorney General with the New Mexico Office of the Attorney General, has been admitted or otherwise authorized to practice in this court and I hereby enter my appearance in this action on behalf of Plaintiff, the State of New Mexico.

              Respectfully Submitted,

              HECTOR H. BALDERAS
              New Mexico Attorney General

              By: */s/ Tania Maestas*

              Tania Maestas
              Deputy Attorney General
              P.O. Drawer 1508
              Santa Fe, NM 87504-1508
              (505) 490-4048 Telephone
              (505) 717-3600 Facsimile
              tmaestas@nmag.gov

## CERTIFICATE OF SERVICE

I certify that, I filed the foregoing **Notice of Appearance** on this 14th day of September, 2017, using the CM/ECF System, which will send notification to all counsel of record.

              */s/ Tania Maestas*