UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Mark F. Kohler

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE
1:17cv05228

-------------------------------------------------------------X

TO: Opposing Counsel
U.S. Department of Justice
950 Penn Ave., N.W. Washington, DC 20530-0001

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Connecticut Office of the Attorney General and a member in good standing of the bar(s) of the State(s) of Connecticut, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff/Defendant State of Connecticut. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 9-15-17

Signature of Movant
Firm Name Connecticut Office of the Attorney General
Address 55 Elm St., P.O. Box 120
Hartford, CT 06141-0120
Email Mark.Kohler@ct.gov
Phone 860-808-5177

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
STATE OF NEW YORK, ET AL.  CIVIL NO. 1:17cv05228

v.

DONALD TRUMP, ET AL.  AFFIDAVIT OF
MARK F. KOHLER
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*

-------------------------------------------------------X

State of Connecticut
County of Hartford

Mark F. Kohler, being duly sworn, hereby deposes and says as follows:

1. I am an assistant attorney general with the Connecticut Office of the Attorney General.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of Connecticut.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I **have not** been convicted of a felony.

6. I **have not** been censured, suspended, disbarred or denied admission or readmission by any court.

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff State of Connecticut.

Dated: 9-15-17

Signature of Movant
Firm Name Connecticut Office of the Attorney General
Address 55 Elm Street, P.O. Box 120, Hartford, CT 06141-0120
Email Mark.Kohler@ct.gov
Phone 860-808-5020

2

# State of Connecticut
# Supreme Court

I, **Carolyn C. Ziogas**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify, that, in the Superior Court at **Hartford** on the **25th** day of **November, 1987**

**Mark Francis Kohler**

of

**North Haven, Connecticut**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.

In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day **September 14, 2017**



Carolyn C. Ziogas
Chief Clerk