UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
States of New York, Massachusetts, Washington
Connecticut, Delaware, District of Columbia, Hawaii,
Illinois, Iowa, New Mexico, North Carolina, Oregon,
Pennsylvania, Rhode Island, Vermont and Virginia

           AFFIDAVIT OF
           ANNA CRANE
           IN SUPPORT OF MOTION TO
           ADMIT
           COUNSEL *PRO HAC VICE*
           1:17-cv-05228

v.

Donald Trump, in his official capacity as President
of the United States; U.S. Department of Homeland
Security; Elaine C. Duke, in her official capacity;
U.S. Citizenship and Immigration Services; U.S.
Immigration and Customs Enforcement; and the
United States of America.

-------------------------------------------------------------------X

State of New York
County of Kings

ANNA CRANE, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Office of the Illinois Attorney General.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of Illinois.
4. There are no pending disciplinary proceedings against me in any state or Federal Court.
5. I have not been convicted of a felony.
6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.
7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate pro hac vice in this one case for Plaintiff State of Illinois.

Dated: 9/15/2017

           *[signature]*
           Signature of Movant
           Firm Name:   Office of the Illinois Attorney General
           Address:      100 W. Randolph St., 11th Floor
                              Chicago, IL 60601
           Email:        acrane@atg.state.il.us
           Phone:       312-814-5028