AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| State Of New York, et al, | ) |
| *Plaintiff* | ) |
| v. | ) |
| Donald Trump, et al, | ) |
| *Defendant* | ) |

Case No.    1:17-cv-05228-NGG-JO

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Commonwealth of Virginia                                                                                  .

Date:       09/18/2017

/s/ Matthew R. McGuire
*Attorney's signature*

Matthew R. McGuire, VSB #84194
*Printed name and bar number*

Office of the Attorney General
202 N. Ninth Street
Richmond, Virginia  23219
*Address*

mmcguire@oag.state.va.us
*E-mail address*

(804) 786-7773
*Telephone number*

(804) 371-0200
*FAX number*