AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| State of New York, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-cv-05228 |
| Donald Trump, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COMMONWEALTH OF MASSACHUSETTS                                                                         .

Date:   09/18/2017

/s/ Genevieve C. Nadeau
*Attorney's signature*

Genevieve C. Nadeau (Mass. #677566)
*Printed name and bar number*

One Ashburton Place, 18th Floor
Boston, MA 02108

*Address*

genevieve.nadeau@state.ma.us
*E-mail address*

(617) 963-2121
*Telephone number*

(617) 727-5762
*FAX number*