UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

New York et al.

v.

Trump et al.

AFFIDAVIT OF _Abigail Taylor_
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*
_1:17-CV-05228_

-----------------------------------------------------------X

_Abigail Taylor_, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of _Mass. Office of the Attorney General_

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of _Massachusetts_.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **have not** (circled) been convicted of a felony. [If you circled "have," please describe facts and circumstances.]

6. I [circle one] **have** or **have not** (circled) been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/~~Defendant~~ Commonwealth of Massachusetts

Dated: 9/15/2017

_____
Signature of Movant
Firm Name MA Office of the Attorney
Address One Ashburton Place, 18 General
Boston, MA 02108
Email abigail.taylor@state.ma.us
Phone 617-963-2232