AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-05228 |
| Donald Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Illinois.

Date: 09/19/2017

/s/ Anna P. Crane
*Attorney's signature*

Anna P. Crane (Reg #: 6312594)
*Printed name and bar number*

100 W. Randolph St., 11th Floor
Chicago, IL 60601

*Address*

acrane@atg.state.il.us
*E-mail address*

(312) 814-5028
*Telephone number*

(312) 814-5727
*FAX number*