AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:17-cv-05228 |
| Donald Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COMMONWEALTH OF MASSACHUSETTS                                                                      .

Date:      09/19/2017                                              /s/ Abigail B. Taylor
                                                                        *Attorney's signature*


                                                              Abigail B. Taylor (Mass. #670648)
                                                                        *Printed name and bar number*


                                                              One Ashburton Place, 18th Floor
                                                              Boston, MA 02108
                                                                        *Address*

                                                              abigail.taylor@state.ma.us
                                                                        *E-mail address*

                                                              (617) 963-2232
                                                                        *Telephone number*

                                                              (617) 727-5762
                                                                        *FAX number*