UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,** | CIVIL ACTION NO. 17-CV-5228 |
| Plaintiffs, | |
| v. | |
| **DONALD TRUMP, in his official Capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; And the UNITED STATES OF AMERICA,** | NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE |
| Defendants. | |

TO:   Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the Iowa Attorney General's Office and a member in good standing of the bar of the State of Iowa, as

attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff State of Iowa.  There are no pending disciplinary proceedings against me in any State or Federal court.

        **Respectfully submitted,**

        **THOMAS J. MILLER**
        **Attorney General of the State of Iowa**


        **By:**    **/s/ Nathan Blake**
                  **Deputy Attorney General**
                  **Office of the Iowa Attorney General**
                  **1305 E. Walnut Street, 2nd Floor**
                  **Des Moines, IA 50319**
                  [Nathan.Blake@Iowa.gov](mailto:Nathan.Blake@Iowa.gov)
                  **Tel. (515) 281-4325**