UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA, <br><br>      Plaintiffs, <br><br>v. <br><br>DONALD TRUMP, in his official Capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; And the UNITED STATES OF AMERICA, <br><br>      Defendants. | CIVIL ACTION NO. 17-CV-5228 <br><br><br><br><br><br><br><br><br><br>AFFIDAVIT OF NATHAN BLAKE IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

Nathan Blake, being duly sworn, hereby deposes and says as follows:

1. I am Deputy Attorney General with the Iowa Attorney General's Office.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Iowa.

**4.**     There are no pending disciplinary proceedings against me in any State or Federal Court.

**5.**     I have not been convicted of a felony.

**6.**     I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

**7.**     Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff State of Iowa.

**Dated: September 19, 2017**

                        **By:**     **/s/ Nathan Blake**
                                 **Deputy Attorney General**
                                 **Office of the Iowa Attorney General**
                                 **1305 E. Walnut Street, 2nd Floor**
                                 **Des Moines, IA 50319**
                                 [Nathan.Blake@Iowa.gov](mailto:Nathan.Blake@Iowa.gov)
                                 **Tel. (515) 281-4325**