UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
STATES OF NEW YORK, MASSACHUSETTS,
WASHINGTON, CONNECTICUT, DELAWARE,
DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA,
NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA,
RHODE ISLAND, VERMONT, and VIRGINIA,
Plaintiffs,

V.

DONALD TRUMP, in his official capacity as President of the United States;
U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity;
U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;
and the UNITED STATES OF AMERICA,
--------------------------------------------------------X

AFFIDAVIT OF Michael W. Field
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*
17-cv-5228

___Michael W. Field_____, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of ____State of Rhode Island Attorney General's Office____.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of____Rhode Island_____.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **have not** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]_____

_____

_____

_____

6. I [circle one] **have** or **have not** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]_____

_____

_____

_____

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/Defendant ____State of Rhode Island____.

Dated: ____15 September 2017____

*Michael W. Field*
_____
Signature of Movant
Firm Name____Rhode Island Attorney General's Office
Address_____150 South Main Street____
_____Providence, RI 02903____
Email_____mfield@riag.ri.gov____
Phone_____(401) 274-4400____

2