UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,
Plaintiffs,
v.
DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and ~~the~~ UNITED STATES OF AMERICA,
--------------------------------------------------------X

AFFIDAVIT OF __Adam D. Roach__
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*

17-cv-5228

__Adam D. Roach__, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of __State of Rhode Island Attorney General's Office__.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of __Rhode Island__.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **[have not]** been convicted of a felony. [If you circled "have," please describe facts and circumstances.] _____

_____

_____

_____

6. I [circle one] **have** or **[have not]** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.] _____

_____

_____

_____

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/Defendant ____Rhode Island____.

Dated: ____15 September 2017____

*Adam D. Roach*
Signature of Movant
Firm Name____Rhode Island Attorney General's Office
Address____150 South Main Street
          Providence, RI 02903
Email____aroach@riag.ri.gov
Phone____(401) 274-4400

2