UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
States of New York, Masachusetts, Washington
Connecticut, Delaware, District of Columbia, Hawaii,
Illinois, Iowa, New Mexico, North Carolina, Oregon,    AFFIDAVIT OF __Rebecca T. Partington__
Pennsylvania, Rhode Island, Vermont and Virginia       IN SUPPORT OF MOTION TO
                                            Plaintiffs,   ADMIT COUNSEL *PRO HAC VICE*
                                                        __1:17-cv-05228__
v.

Donald Trump, in his official capacity as President of the United States;
U.S. Department of Homeland Security; Elaine C. Duke, in her official capacity;
U.S. Citizenship and Immigration Services; U.S. Immigration and Customs Enforcement;
and the United States of America.
-------------------------------------------------------X
State of New York
County of Kings

   __Rebecca T. Partington__, being duly sworn, hereby deposes and says as follows: Michael W. Field

1. I am an associate with the law firm of ___State of Rhode Island Attorney General's Office___.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of___Rhode Island___.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **(have not)** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]_____

_____

_____

_____

6. I [circle one] **have** or **(have not)** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]_____

_____

_____

_____

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/Defendant ___State of Rhode Island___.

Dated: ___15 September 2017___

*Rebecca T. Partington*
_____
Signature of Movant
Firm Name___Rhode Island Attorney General's Office
Address___150 South Main Street___
___Providence, RI 02903___
Email___rpartington@riag.ri.gov___
Phone___(401) 274-4400___