UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA, <br><br>                    Plaintiffs, <br><br>         v. <br><br> DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA, <br><br>                    Defendants. | CIVIL ACTION NO. 17-cv-5228 <br><br> NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Peter F. Kilmartin, Attorney General of the State of Rhode Island, by Adam D. Roach, Special Assistant Attorney General, shall appear as an attorney for the Plaintiff State of Rhode Island. The undersigned certifies that he is admitted to practice in this Court.

Dated:      Providence, Rhode Island
            September 26, 2017

1

PETER F. KILMARTIN
Attorney General of the State of Rhode Island


By: __/s/ Adam D. Roach_____
Adam D. Roach
Special Assistant Attorney General
150 South Main Street
Providence, RI  02903
(401) 274-4400
aroach@riag.ri.gov