UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>      Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>      Defendants. | CIVIL ACTION NO. 17-cv-5228<br><br>NOTICE OF APPEARANCE |

  PLEASE TAKE NOTICE that Peter F. Kilmartin, Attorney General of the State of Rhode Island, by Michael W. Field, Assistant Attorney General, shall appear as an attorney for the Plaintiff State of Rhode Island. The undersigned certifies that he is admitted to practice in this Court.

Dated:  Providence, Rhode Island
     September 26, 2017

PETER F. KILMARTIN
Attorney General of the State of Rhode Island


By:  /s/ *Michael W. Field*
Michael W. Field
Assistant Attorney General
150 South Main Street
Providence, RI  02903
(401) 274-4400
mfield@riag.ri.gov