UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

**New York, et al. v. Trump, et al.**

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE
17-cv-5228

-----------------------------------------------------------X

TO:   Opposing Counsel
      U.S. Dept. of Justice, 950 Penn. Ave. NW
      Washington, DC 20530

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Pennsylvania Office of Attorney General and a member in good standing of the bar(s) of the State(s) of Pennsylvania and the District of Columbia, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff/~~Defendant~~ Commonwealth of Pennsylvania. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 10/3/2017

Signature of Movant
Firm Name Pennsylvania Office of Attorney General
Address Strawberry Square, 16th Floor
Harrisburg, PA 17120
Email mfischer@attorneygeneral.gov
Phone (215) 560-2402