UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

STATE OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,

Plaintiffs,

v.

DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,

Defendants.

**AFFIDAVIT OF MICHAEL FISCHER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

No. 1:17-CV-5228

---

Michael J. Fischer, being duly sworn, hereby deposes and says as follows:

1. I am a Chief Deputy Attorney General with the Pennsylvania Office of Attorney General.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.
3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bars of the Commonwealth of Pennsylvania and the District of Columbia.
4. There are no pending disciplinary proceedings against me in any State or Federal Court.
5. I have not been convicted of a felony.
6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.
7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff Commonwealth of Pennsylvania.

Dated: October 3, 2017

Michael J. Fischer
Pennsylvania Office of Attorney General
Strawberry Square, 16th Floor
Harrisburg, PA 17120
mfischer@attorneygeneral.gov
Phone: (215) 560-2402