

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Michael John Fischer, Esq.*

**DATE OF ADMISSION**

*September 7, 2016*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated:  September 22, 2017**

John W. Person Jr., Esq.
Deputy Prothonotary