UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>                Plaintiffs,<br>   v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>                Defendants. | No. 1:17-CV-5228-NGG-JO<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Josh Shapiro, Attorney General of the Commonwealth of Pennsylvania, by Michael Fischer, Chief Deputy Attorney General, shall appear as attorney for Plaintiff Commonwealth of Pennsylvania. The undersigned certifies that he has been admitted *pro hac vice* in this matter.

                                          JOSH SHAPIRO
                                          Attorney General of the Commonwealth of Pennsylvania

                                          */s Michael J. Fischer*
                                          Michael J. Fischer
                                          Chief Deputy Attorney General
                                          Office of Attorney General
                                          16th Floor, Strawberry Square
                                          Harrisburg, PA 17120
                                          (215) 560-2402
                                          mfischer@attorneygeneral.gov

October 4, 2017

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

<u>/s Michael J. Fischer</u>
Michael J. Fischer

October 4, 2017