# DECLARATIONS AND EXHIBIT LIST (INDIVIDUAL EXHIBITS WILL BE UPLOADED IN SEPARATE FILING)

| Exhibit # | Title |
|---|---|
| 1 | Updated USCIS, Consideration of Deferred Action for Childhood Arrivals Fiscal Years 2012-2017, June 8, 2017 |
| 2 | Memorandum from Secretary John Kelly to Keven McAleenan, Acting CBP Commissioner, *Enforcement of the Immigration Laws to Serve the National Interest*, Feb. 20, 2017 |
| 3 | Decl. Essig, Wiehe and Hill (Expert; Institute on Taxation and Economic Policy) |
| 4 | Decl. Ike Brannon (Expert; CATO Institute) |
| 5 | Decl. Tom Wong (Expert; Associate Professor UCSD) |
| 6 | Decl. Cesar Andrade (DACA Grantee; NY) |
| 7 | Mass. Dept. of Higher Education Memorandum, *Residency Status for Tuition Classification Purposes – Deferred Action for Childhood Arrivals*, Nov. 21, 2012 |
| 8 | Decl. Paul Mutty (Starbucks) |
| 9 | Mass. Registry of Motor Vehicles, *Social Security Number (SSN) Requirements* |
| 10 | *Q&A: DHS Implementation of the Executive Order on Enhancing Public Safety in the Interior of the United States*, Feb. 21, 2017 |
| 11 | Decl. Viridiana Carrizales (Teach for America) |
| 12 | Decl. James B. Milliken (CUNY) |
| 13 | Memorandum from Janet Napolitano, Sec'y of Homeland Security, to Alejandro Mayorkas, Director, U.S. Citizenship and Immigration Servs., *Exercising* |

|  | |
|---|---|
|  | *Prosecutorial Discretion With Respect to Individuals Who Came to the United States as Children*, June 15, 2012 |
| 14 | USCIS Help Center, *DACA FAQs* |
| 15 | Letter from Secretary Jeh Charles Johnson to Rep. Judy Chu, Dec. 30, 2016 |
| 16 | USCIS Help Center, *How do I request consideration of DACA?* |
| 17 | USCIS, I-821D, *Consideration of Deferred Action for Childhood Arrivals* |
| 18 | (DHS, *National Standard Operating Procedures (SOP): Deferred Action for Childhood Arrivals*, Apr. 4, 2013 |
| 19 | USCIS Help Center, *How will USCIS evaluate my request for renewal of DACA?* |
| 20 | Ike Brannon, *The Economic and Fiscal Impact of Repealing DACA*, the Cato Institute, Jan. 18, 2017 |
| 21 | Tom Wong, *et al*., *DACA Grantees' Economic and Educational Gains Continue to Grow*, Center for American Progress, Aug. 28, 2017 |
| 22 | Tom Wong *et al*., *New Study of DACA Beneficiaries Shows Positive Economic and Educational Outcomes*, Center for American Progress, Oct. 18, 2016 |
| 23 | Memorandum from Secretary John Kelly to Keven McAleenan, Acting CBP Commissioner, *Rescission of November 20, 2014 Memorandum Providing for Deferred Action for Parents of Americans and Lawful Permanent Residents*, June 15, 2017 |
| 24 | USCIS, DACA Approval Notice |
| 25 | USCIS Help Center, *Will the information I share in my request for DACA be used for immigration enforcement purposes?* |
| 26 | USCIS Help Center, *If USCIS does not exercise deferred action in my case, will I be placed in removal proceedings?* |
| 27 | USCIS Help Center, *If my DACA case is referred to ICE for immigration enforcement purposes or if I receive an NTA, will information related to my family members and guardians also be referred to ICE for immigration enforcement purposes?* |

| | |
|---|---|
| 28 | USCIS Help Center, *If I provide my employee with information regarding his or her employment to support a request for consideration of DACA, will that information be used for immigration enforcement purposes against me and/or my company?* |
| 29 | Michael Scherer, *Person of the Year 2016*, Time Magazine, Dec. 6, 2016 |
| 30 | Francesca Chambers, *Trump signals he's softening on immigration as he says he's 'working on a plan' that will make DREAMers 'very happy,'* Daily Mail, Jan. 18, 2017 |
| 31 | CNN, *Transcript of CNN Town Hall with Speaker Paul Ryan*, Jan. 12, 2017 |
| 32 | ABC News, *Transcript of ABC News anchor David Muir interview with Donald Trump*, Jan. 25, 2017 |
| 33 | Ted Hesson & Seung Min Kim, *Wary Democrats Look to Kelly for Answers on Immigration*, Politico, Mar. 29, 2017 |
| 34 | The Associated Press, Interview Transcript, Apr. 21, 2017 |
| 35 | Washington Post, *Transcript of Donald Trump's Presidential Bid Announcement*, June 16, 2015 |
| 36 | Andrew O'Reilly, *At GOP debate, Trump says 'stupid' U.S. leaders are being duped by Mexico*, Fox News, Aug. 6, 2015 |
| 37 | Phillip Rucker, *First, Trump booted Univision anchor Jorge Ramos out of his news conference. Then things got interesting*, The Washington Post, Aug. 25, 2015 |
| 38 | Donald Trump, "The protestors in New Mexico were thugs who were flying the Mexican Flag," Twitter, May 25, 2016 |
| 39 | Donald Trump, "Many of the thugs that attacked peaceful Trump supporters in San Jose were illegals," Twitter, June 4, 2016 |
| 40 | Jose A. DelReal and Katie Zezima, *Trump's personal, racially tinged attacks on federal judge alarm legal experts*, The Washington Post, June 1, 2016 |

| | |
|---|---|
| 41 | CBS News, Transcript of Face the Nation, June 5, 2016 |
| 42 | Michelle Ye Hee Lee, *Trump supporters' false claim that Trump U judge is a member of a pro-immigrant group*, The Washington Post, June 7, 2016 |
| 43 | Adrian Walker, *'Passionate' Trump fans behind homeless man's beating?*, The Boston Globe, Aug. 21, 2015 |
| 44 | Katie Zezima, *Trump on immigration: There are 'bad hombres' in the United States*, The Washington Post, Aug. 30, 2017 |
| 45 | Greg Miller *et. al.*, *Full Transcripts of Trump's Calls with Mexico and Australia*, The Washington Post, Aug. 3, 2017 |
| 46 | Julie Hirschfield Davis and Maggie Haberman, *Trump Pardons Joe Arpaio, Who Became Face of Crackdown on Illegal Immigration*, The N.Y. Times, Aug. 25, 2017 |
| 47 | Josh Saul, *Jeff Sessions Always Wanted to Deport Undocumented Immigrant Youth. Now He Can*, Newsweek, Sept. 5, 2017 |
| 48 | Donald J. Trump, "Congress now has 6 months to legalize DACA," Twitter, Sept. 5, 2017 |
| 49 | Adam Shaw, *Sessions defends immigration policies after reported 'DREAMer' deportation*, Fox News, Apr. 19, 2017 |
| 50 | Donald J. Trump, "Does anybody really want to throw out good, educated and accomplished young people who have jobs," Twitter, Sept. 14, 2017 |
| 51 | DHS, *Privacy Policy 2017-01 Questions & Answers,* Apr. 27, 2017 |
| 52 | Decl. Mostofi (NYC Mayor's Office of Immigrant Affairs) |
| 53 | Nicole Prchal Svajlenka, et. al., *A New Threat to DACA Could Cost States Billions of Dollar*, Center for American Progress (July 21, 2017) |
| 54 | Misha Hill and Meg Wiehe, *State & Local Contributions of Young Undocumented Immigrants*, Institute on Taxation & Economic Policy (April 25, 2017) |

| 55 | Decl. Alejandra Perez (DACA Grantee; WA) |
|---|---|
| 56 | Decl. Paul Quinonez (DACA Grantee; WA) |
| 57 | Decl. Phil Ballinger (University of Washington) |
| 58 | Decl. Lucila Loera (Washington State University) |
| 59 | Decl. Rebecca Thompson (Washington Student Achievement Council) |
| 60 | Decl. Reina Guevara (DACA Grantee; MA) |
| 61 | Decl. Heatwole (University of Massachusetts) |
| 62 | Decl. Alexandra Monroe (Washington State Department of Ecology) |
| 63 | Decl. Ayesha-Blackwell Hawkins (Amazon) |
| 64 | Decl. Camilla Glatt (Columbia Basin College) |
| 65 | Decl. Kaplan (Washington State Department of Social and Health Services) |
| 66 | Scott Gross, *DSU immigrant students fear Trump's DACA decision*, Delawareonline, Sept. 2, 2017 |
| 67 | The University of Iowa Pomerantz Career Center, 2015-2016 Annual Report |
| 68 | Iowa State University 6-Month Post Graduation Status, 2014-2015 |
| 69 | Decl. Cairo Mendes (DACA Grantee; MA) |
| 70 | Decl. I.V. (DACA Grantee; MA) |
| 71 | Decl. I.T. (DACA Grantee; MA) |
| 72 | Decl. Renata Teodoro (DACA Grantee; MA) |
| 73 | Career Ready, University of Northern Iowa Career Services, 2016 |
| 74 | Memorandum from Acting Secretary Elaine Kelly to James McCament, Acting Director of U.S. Citizenship and Immigration Services, *Rescission of Deferred Action for Childhood Arrivals*, September 5, 2017 |
| 75 | DOJ, *Attorney General Sessions Delivers Remarks on DACA*, Prepared Remarks, Sept. 5, 2017 |
| 76 | (Executive Order 13768, "Enhancing Public Safety in the Interior of the United States," Jan. 25, 2017 |
| 77 | Office of Health Insurance Program, *Children's Health Insurance Program Reauthorization Act (CHIPRA) Expanded Coverage for Certain Qualified and PRUCOL Aliens*, May 7, 2013 |
| 78 | Colorado Department of Health Care Policy and Financing letter dated June 28, 2005 |

| | |
|---|---|
| 79 | Whaley, *Denver Public Schools say ending DACA would have "catastrophic" effect*, Denver Post, Aug. 31, 2017 |
| 80 | Heather Boushey and Sarah Jane Glynn, *There Are Significant Business Costs to Replacing Employees*, Center for American Progress, November 16, 2012 |
| 81 | Decl. Pinsky (Association for a Better New York) |
| 82 | DHS Press Release, *Department of Homeland Security Acting Secretary Elaine Duke Reminds Eligible DACA Recipients to File Renewal Requests,* October 3, 2017 |
| 83 | Decl. Caplan (Massachusetts Executive Office of Health and Human Services) |
| 84 | Decl. Seth Kalvert (TripAdvisor) |
| 85 | Decl. David Swenson (Expert; Iowa State University) |
| 86 | Decl. Shoba Sivaprasad Wadhia (Expert; Penn. State University) |
| 87 | Decl. Dana Rubin (DACA Grantee; MA) |
| 88 | Tal Kopan & Jim Acosta, *Admin Memo: DACA recipients should prepare for departure from the United States*, CNN, Sept. 5, 2017 |
| 89 | DHS, *Frequently Asked Questions: Rescission of Deferred Action for Childhood Arrivals,* Sept. 5, 2017 |
| 90 | Decl. Martin Shively, Microsoft |
| 91 | Decl. Kim Ann Garza (Big Bend Community College)) |
| 92 | Decl. Rich Jones (Washington State Office of the Treasurer) |
| 93 | Mass. Dept. of Higher Education, *Time to Lead, The Need for Excellence in Public Higher Education*, Sept. 2012 |
| 94 | Decl. Milton Eduardo Ramirez Cuevas (DACA Grantee; OR) |
| 95 | Decl. Aldo Alan Solano Mendez (DACA Grantee; OR) |
| 96 | Decl. Lars Peter Knoth Madsen (Harvard) |
| 97 | Decl. Mary R. Jeka (Tufts) |
| 98 | Decl. Hina Naveed (DACA Grantee; NY) |

| | |
|---|---|
| 99 | Decl. Kristin M. Johnson (SUNY) |
| 100 | Decl. Hugo Nicolas (DACA Grantee; OR) |
| 101 | Decl. Fatima Preciado (DACA Grantee; OR) |
| 102 | Decl. Javier Juarez (DACA Grantee; RI) |
| 103 | Decl. Krissia Perla (DACA Grantee; RI) |
| 104 | Decl. G.L. (DACA Grantee; VA) |
| 105 | Decl. Gloria Oduyoye (DACA Grantee; VA) |
| 106 | Decl. Allyson Suria (DACA Grantee; VA) |
| 107 | Decl. Danielis Andrea Dos Santos Torrez (DACA Grantee; VA) |
| 108 | Decl. R.L. Hughes (Georgetown Police Department) |
| 109 | Decl. Matthew Meyer (New Castle County, DE) |
| 110 | Decl. Claudia Schlosberg (D.C. Dept of Health Care Finance) |
| 111 | Decl. Thomas Ambrosino and Mary Bourque (City of Chelsea, MA) |
| 112 | Decl. Barbara Kanninen (Arlington School Board, VA) |
| 113 | Decl. Emily Schuh (City of Anacortes, WA) |
| 114 | Decl. John Prescott (Association of American Medical Colleges) |
| 115 | Decl. Ryan Tack-Hooper (ACLU of Delaware) |
| 116 | Decl. Laura Carothers Graham (Delaware Community Legal Aid Society, Inc.) |
| 117 | Decl. Natalicia Tracy (Brazilian Workers Center) |
| 118 | Decl. Jeffrey Igneri (Local Burger) |
| 119 | Decl Jacob Tingen (Tingen & Williams, PLLC) |
| 120 | Decl. Luis Cortes Romero (Barrera Legal Group, PLLC) |
| 121 | Decl. Michael Bzdyra (Connecticut Department of Motor Vehicles) |
| 122 | Decl. Stephen Groff (Delaware Division of Medicaid and Medical Assistance) |
| 123 | Decl. Judy Mohr Peterson (Hawaii Department of Human Services) |
| 124 | Decl. Luis P. Salaveria (Hawaii Department of Business, Economic Development and Tourism) |
| 125 | Decl. Jesse White (Secretary of State of the State of Illinois) |
| 126 | Decl. Tobias Read (Treasurer of the State of Oregon) |

| 127 | Decl. Peter Blake (State Council of Higher Education for Virginia) |
|---|---|
| 128 | Decl. Jonathan Womer (Rhode Island Office of Management and Budget) |
| 129 | Decl. Basil I. Gooden (Secretary of Agriculture and Forestry for the Commonwealth of Virginia) |
| 130 | Decl. Sarah Conly (Washington Department of Veterans Affairs) |
| 131 | Decl. Rick Miranda (Colorado State University) |
| 132 | Decl. Brenda Allen (University of Colorado Denver) |
| 133 | Decl. Dimitrios Pachis (Eastern Connecticut State University) |
| 134 | Decl. Susan Herbst (University of Connecticut) |
| 135 | Decl. Melissa Rakes (Delaware Technical Community College) |
| 136 | Decl. Karen Hardwick (University of the District of Columbia) |
| 137 | Decl. Donald Straney (University of Hawaii) |
| 138 | Decl. Juan Salgado (City Colleges of Chicago) |
| 139 | Decl. Larry Dietz (Illinois State University) |
| 140 | Decl. Eric Jensen (Illinois Wesleyan University) |
| 141 | Decl. Margaret Callahan (Loyola University of Chicago) |
| 142 | Decl. Vernese Edghill-Walden (Northern Illinois University) |
| 143 | Decl. Barbara Wilson (University of Illinois System) |
| 144 | Decl. Biddy Martin (Amherst College) |
| 145 | Decl. Ellen Kennedy (Massachusetts Community Colleges' Presidents' Council) |
| 146 | Decl. Clark, et al. (Massachusetts State University Presidents) |
| 147 | Decl. Sonya Stephens (Mount Holyoke College) |
| 148 | Decl. Ralph Martin II (Northeastern University) |
| 149 | Garry Carruthers and Rebecca Rowley, Letter from the New Mexico Council of University Presidents, New Mexico Association of Community Colleges, and the New Mexico Independent Community Colleges regarding the DACA program (Sept. 8, 2017) |
| 150 | Decl. Chaouki Abdallah (University of New Mexico) |
| 151 | Decl. Paul Roth (University of New Mexico Health Sciences Center) |

| | |
|---|---|
| 152 | Decl. Alfred Mathewson and Sergio Pareja (University of New Mexico School of Law) |
| 153 | Decl. Lacy Karpilo (Eastern Oregon University) |
| 154 | Decl. Alice Cuprill-Comas (Oregon Health and Science University) |
| 155 | Decl. Charlene Alexander (Oregon State University) |
| 156 | Decl. Mark Mitsui (Portland Community College) |
| 157 | Decl. Christina Ridder (Portland State University) |
| 158 | Decl. Marjorie Trueblood-Gamble (Southern Oregon University) |
| 159 | Decl. Dennis Galvan (University of Oregon) |
| 160 | Decl. Ryan James Hagemann (Western Oregon University) |
| 161 | Decl. Richard M. Locke (Brown University) |
| 162 | Meghan Hughes, Letter on behalf of Community College of Rhode Island, Sept. 28, 2017 |
| 163 | Decl. Frank Sanchez (Rhode Island College) |
| 164 | Decl. Donald Farish (Roger Williams University) |
| 165 | Decl. Robyn Linde (Rhode Island College) |
| 166 | Decl. Thomas Sullivan (University of Vermont) |
| 167 | Decl. Taylor Reveley III (College of William and Mary) |
| 168 | Decl. Angel Cabrera (George Mason University) |
| 169 | Decl. Adam Greenberg (Warby Parker) |
| 170 | Decl. Jonathan Schwartz (Univision) |
| 171 | Decl. Stephanie Park (DACA Grantee, NY) |
| 172 | Decl. Anarelly Morales (DACA Grantee, NY) |
| 173 | Decl. Hidalgo Hernandez (DACA Grantee; NY) |
| 174 | Decl. Kathryn Wylde (Partnership for New York City) |
| 175 | Attorney General Advisory Letter to Acting Commissioner J. Eric Boyette (Jan.17, 2013) |
| 176 | Decl. Judy Kennedy (City of Newburgh, NY) |
| 177 | Letter from Ken Paxton *et.al.* to Attorney General Jeff Sessions, June 29, 2017 |
| 178 | DACA Renewal Notice |
| 179 | Mass. Dep't of Early and Secondary Educ., *School Leader's Guide to the 2017 Accountability Determinations*, Sept. 2017 |