# EXHIBIT 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

## Declaration of Ike Brannon

1. I am currently an economist who is president of the consulting firm Capital Policy Analytics. I also have an affiliation with the Cato Institute.

2. I received my MA and Ph.D. in Economics from Indiana University.

3. I was an economics professor in the University of Wisconsin System from 1994-2002. In 2001 I was given tenure and promoted to associate professor.

4. Since then I have worked in Washington DC, for (in order) the Office of Management and Budget, the Congressional Joint Economic Committee, THe Senate Finance Committee, The U.S. Treasury, and the House Energy and Commerce Committee.

5. In 2008 I was chief economist for the John McCain for president campaign.

6. My coauthor, Logan Albright, received his Master's Degree in economics in 2011 from Georgia State University, and has worked as a policy analyst in Washington, DC for the last five years, including positions at think tanks and policy organizations such as the American Action Forum, FreedomWorks, Free the People, and Capital Policy Analytics.

7. Whereas the President has expressed a desire to end Deferred Action for Childhood Arrivals (DACA) program, we conducted a thorough investigation of the economic and fiscal costs that such action would impose on the federal government, and to the economy as a whole and published that research in January 2017.

8. We recently updated this analysis to break down these costs by state, using survey data from DACA recipients.

9. My co-author Logan Albright and I began our analysis by comparing DACA recipients to those immigrants who hold H-1B visas. These are high-skilled, well-educated immigrants who are demographically analogous to DACA students, all of whom must necessarily enroll in higher education programs in order to be eligible.

10. The average DACA recipient is 22 years old, employed, and a student. 17 percent of them are on track to complete an advanced degree. The college attrition rate of DACA recipients is miniscule compared to domestic students, an indication of the exceptional

caliber of the DACA students. H-1B holders are generally between 25 and 34, employed, and most have completed degrees. In short, we posit that they look like what DACA recipients will look like in a few years' time.

11. We begin our analysis by using a study from the Hoover Institute[1] on the economic impact of expanding the H-1B visa program as our baseline. We adjusted that estimate by the difference in the number of recipients and the difference in income. To conform to Congressional budget procedures we compiled a ten year aggregate cost.

12. We determined that, if DACA recipients were completely analogous to H-1B holders, their removal would constitute a budgetary loss of $127 billion and a GDP loss of $512 billion.

13. We adjusted for the fact that DACA recipients, being younger and not completely done with their education, earn on average roughly 43 percent of what H-1B holders earn. What's more, the population of DACA recipients is about 750,000, compared to the 660,000 H-1B holders the Hoover study examined, so we adjusted for these differences.

14. From this, we determined that, over a ten-year window, a repeal of DACA would cost the federal government $60 billion in lost revenue, and the economy as a whole $215 billion in lost GDP.

15. As a way of confirming our result, we consulted a study from the National Research Council that estimated the average long-term fiscal impact for immigrants who remain in the country for an extended period of time. This result coincided with our own nearly perfectly ($59.3 billion versus our $60 billion).

16. There are DACA recipients in 35 states and the District of Columbia. Using survey data from the Center for American Progress,[2] we estimated the total cost of repealing DACA for each of the relevant states, based on the proportion of DACA recipients who live locally.

---

[1] Thomas Church, Estimating the Economic and Budgetary Effects of New H1-B Visas in the Senate Gang of Eight's Proposed Immigration Bill, Hoover Institution (May 7, 2013)

[2] Tom K. Wong, National Immigration Law Center, and Center for American Progress, Results from National Survey of DACA recipients,

17. Of the 50 states, California will bear the highest cost, with over 30 percent of DACA recipients. Factoring in budgetary and economic effects, California's total cost over a ten year window would be $84.2 billion (See Table 1).

18. It is important to note that these estimates are conservative, as DACA recipients will likely end up being more productive than their current salaries indicate, as they age and complete their degrees. Nor does this analysis factor in the enforcement cost of physically deporting recipients, should the program be eliminated.

19. In summary, the repeal or rollback of the DACA program would have a significant and negative fiscal and economic impact on the country, and would disproportionately affect the various states in which DACA recipients are most prevalent.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and complete to the best of my knowledge.

_____
Ike Brannon, Ph.D.

8/31/2017
_____
Date

**Table 1: Cost of DACA Repeal By State 2018-2028**

| State | Budget Cost (Millions $) | Economic Cost (Millions $) | Total Cost (Millions $) |
|---|---|---|---|
| AL | 258 | 924.5 | 1,182.5 |
| AZ | 2,826 | 10,126.5 | 12,952.5 |
| CA | 18,372 | 65,833 | 84,205 |
| CO | 768 | 2,752 | 3,520 |
| CT | 642 | 2,300.5 | 2,942.5 |
| DC | 900 | 3,225 | 4,125 |
| DE | 258 | 924.5 | 1,182.5 |

| | | | |
|---|---|---|---|
| FL | 5,910 | 21,177.5 | 27,087.5 |
| GA | 1,158 | 4,149.5 | 5,307.5 |
| HI | 126 | 451.5 | 577.5 |
| IA | 258 | 924.5 | 1,182.5 |
| IL | 1,926 | 6,901.5 | 8,827.5 |
| IN | 642 | 2,300.5 | 2,942.5 |
| KS | 384 | 1,376 | 1,760 |
| MA | 258 | 924.5 | 1,182.5 |
| MD | 642 | 2,300.5 | 2,942.5 |
| MI | 768 | 2752 | 3,520 |
| MN | 126 | 451.5 | 577.5 |
| MO | 126 | 451.5 | 577.5 |
| NE | 126 | 451.5 | 577.5 |
| NJ | 384 | 1,376 | 1,760 |
| NM | 258 | 924.5 | 1,182.5 |
| NV | 126 | 451.5 | 577.5 |
| NY | 10,794 | 38,678.5 | 49,472.5 |
| NC | 2,184 | 7,826 | 10,010 |
| OH | 126 | 451.5 | 577.5 |
| OK | 126 | 451.5 | 577.5 |
| OR | 384 | 1376 | 1,760 |
| PA | 258 | 924.5 | 1,182.5 |
| SC | 258 | 924.5 | 1,182.5 |
| TN | 258 | 924.5 | 1,182.5 |

| | | | |
|---|---|---|---|
| TX | 5,142 | 18,425.5 | 23,567.5 |
| UT | 384 | 1,376 | 1,760 |
| VA | 1,026 | 3,676.5 | 4,702.5 |
| WA | 1,800 | 6,450 | 8,250 |