# EXHIBIT 11

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et. al.*, <br><br> Defendants, | No. 1:17-CV-5228 <br><br> **DECLARATION** |

Pursuant to 28 U.S.C. § 1746(2), I, Viridiana Carrizales, hereby declare as follows:

1. I am over the age of 18. I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently thereto.
2. I am the Managing Director of DACA Corps Member Support at Teach For America (TFA).
3. Teach For America finds, develops, and supports a diverse network of leaders who expand opportunity for children from classrooms, schools, and every sector and field that shapes the broader systems in which schools operate. We recruit remarkable and diverse individuals to become teachers in low-income communities. They commit to teach for two years and are hired by our partner public schools across the country. During these two years, they are called TFA corps members. Since 1990, when our program began, we have brought over 56,000 talented teachers and leaders to classrooms in low-income communities across America, including New York, Colorado, Connecticut, Massachusetts, New Mexico, and Illinois as well as five other states.
4. Teach For America is a tax-exempt organization under section 501(c)(3) of the Internal Revenue Code. While we operate in 53 regions within 36 states and the District of Columbia, we are only incorporated in one state, Connecticut, where we were incorporated as a nonprofit corporation in 1989. TFA is managed and controlled by a Board of Directors; a Chief Executive Officer supervises, manages and controls the general day-to-day administration of TFA, subject to the oversight of the Board. Our headquarters is in New York City.
5. Deferred Action For Childhood Arrivals (DACA) allows qualified young adults to apply for DACA status and receive renewable, two-year work permits and temporary relief from deportation. DACA is life-altering for young immigrants, who are able to work, obtain driver's licenses, get health insurance, open bank accounts and provide for their families.

6. As one of our nation's leading recruiters of teachers in receipt of DACA for public schools, Teach For America has an interest in maintaining DACA because it allows talented, diverse college graduates to serve as teachers and leaders.
7. In 2013, Teach For America was among the first organizations to recruit college graduates with DACA status into the workforce. Our first DACA cohort consisted of two teachers hired in one district.
8. Since 2013, our DACA cohort has grown.  Nationwide, in 2017, 190 Teach For America alumni and corps members with DACA status are working in classrooms to expand educational opportunities for more than 6,000 students in 11 states. Another 10 DACA alumni are promoting equity in the nonprofit, corporate, and higher education sectors, including one enrolled in medical school and one on staff at Teach For America.
9. In the state of New York, there are currently 11 DACA TFA corps members and 2 DACA TFA alumni.  Twelve of the thirteen TFA New York corps members and alumni still teach in the classroom, and one is part of TFA staff.  All 12 corps members and alumni impact over 540 students in New York.
10. TFA DACA corps member and alumni presence in other relevant states: in Colorado, there are currently 2 TFA corps members and 11 TFA alumni; in Connecticut, 2 TFA corps members; in Illinois, 7 current TFA corps members and 3 alumni; in Massachusetts, 2 TFA corps members; in New Mexico, 1 TFA corps member and 1 alum.
11. In keeping with TFA's mission, our DACA teachers work in shortage-area subjects and hard-to-staff schools. Some examples (we withheld last names for privacy reasons): Vanessa teaches social studies in a high-poverty New York City school. Priscilla teaches science just ten minutes from the border of Mexico. Many of our DACA teachers are bilingual, or they bring Ivy League educations to the classroom.  Many others serve as role models and navigators for students who face the intersecting challenges of poverty and undocumented status.
12. If DACA ends, or the administration stops approving or renewing DACA applications, DACA teachers and leaders, including 190 TFA alumni and corps members with DACA status, would lose their ability to work and would be at risk of deportation—a far cry from the pathway to citizenship these individuals deserve.  Ending DACA would severely undercut TFA's national effort to increase academic success among all students, but particularly undocumented students, since we've learned that DACA teachers provide tremendous help to undocumented youth as they navigate the barriers they face; students would lose the chance to connect with teachers who mirror their life experiences and act as remarkable role models.
13. Ending DACA without a solution in place would have other far-reaching impacts on our students and communities.  Many K-12 students in the United States are undocumented or have one undocumented parent at home.  If DACA is rescinded, they will lose the legal pathway to driver's licenses, jobs, and higher education. They could be separated from their families or deported to countries they've never known as home.
14. Teach For America is proud of the impact our DACA leaders have made on our corps, communities, and country. We will continue to provide them legal assistance and financial support during this time of uncertainty.

Date: 9/29/2017

_____
Viridiana Carrizales