# EXHIBIT 25

# Will the information I share in my request for consideration of DACA be used for immigration enforcement purposes?

Information provided in this request is protected from disclosure to ICE and CBP for the purpose of immigration enforcement proceedings unless the requestor meets the criteria for the issuance of a Notice To Appear or a referral to ICE under the criteria set forth in USCIS' Notice to Appear guidance (www.uscis.gov/NTA). Individuals whose cases are deferred pursuant to DACA will not be referred to ICE. The information may be shared with national security and law enforcement agencies, including ICE and CBP, for purposes other than removal, including for assistance in the consideration of DACA, to identify or prevent fraudulent claims, for national security purposes, or for the investigation or prosecution of a criminal offense. The above information sharing policy covers family members and guardians, in addition to the requestor. This policy, which may be modified, superseded, or rescinded at any time without notice, is not intended to, does not, and may not be relied upon to create any right or benefit, substantive or procedural, enforceable by law by any party in any administrative, civil, or criminal matter.

## Not what you're looking for?



Ask your question here                                          Search

USCIS - Help Center — Answer for Will the information I share in my f... consideration of DACA be used for immigration enforcement purposes? 9/3/17, 8:07 AM

Case 1:17-cv-05228-NGG-VMS   Document 55-25   Filed 10/04/17   Page 3 of 3 PageID #: 2153

## Similar Questions

If my DACA case is referred to ICE for immigration enforcement purposes or if I receive an NTA, will information related to my family members and guardians also be referred to ICE for immigration enforcement purposes?

If USCIS does not exercise deferred action in my case, will I be placed in removal proceedings?

If I meet the guidelines for consideration of DACA and am encountered by U.S. Customs and Border Protection (CBP) or U.S. Immigration and Customs Enforcement (ICE), will I be placed into removal proceedings?