# EXHIBIT 30

Feedback  Like 12.2M                    **Monday, Sep 4th 2017** 2PM **82°F**    5PM **83°F**   **5-Day Forecast**

# Daily Mail
.com

| Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists |

Latest Headlines | News | World News | Arts | Headlines | Pictures | Most read | Wires                    Login

# Trump signals he's softening on immigration as he says he's 'working on a plan' that will make DREAMers 'very happy'

- **Called the plight of children known as DREAMers who were brought into the country illegally by their relatives 'a very tough situation'**
- **Indicated that he's thinking about letting them stay and said his administration will have a plan in the next couple months**
- **Suggested he'd increase the number of visas available to high-skilled workers**

By FRANCESCA CHAMBERS, WHITE HOUSE CORRESPONDENT FOR DAILYMAIL.COM
**PUBLISHED:** 12:52 EDT, 18 January 2017 | **UPDATED:** 15:10 EDT, 18 January 2017

**551**
shares

**362**
View comments

President-elect **Donald Trump** says his administration is working on a plan that will make illegal immigrant children 'very happy,' and it will done in the next couple months.

Trump reiterated his plans to build a wall along the border with Mexico and crack down on unlawful immigration.

But he called the plight of children known as DREAMers, who were brought into the country illegally by their relatives 'a very tough situation,' indicating in an interview with Fox & Friends that he's thinking about letting them stay.

Site ○ Web  Enter your search

Advertisement

Like
Daily Mail

Follow
@DailyMail

Follow
Daily Mail

+1
Daily Mail







**President-elect Donald Trump says his administration is working on a plan that will make illegal immigrant children 'very happy,' and it will done in the next couple months**

The president-elect said in the course of his campaign for the White House that illegal immigrants of all ages would be sent out of the country. Only the 'good' ones would be allowed to return, Trump stated.

He vowed to overturn **President Obama's** executive orders directing immigration officials to focus their efforts on deporting criminals, shielding children through his Deferred Action for Childhood Arrivals program.

After some pleading from exiting President Barack Obama and immigration reform advocates, including some Republicans in Congress, Trump seemed to soften his stance.

He told Time Magazine in early December that he wanted to 'work something out' for illegal immigrant children, known as DREAMers.

'I want Dreamers for our children also. We're going to work something out. On a humanitarian basis it's a very tough situation,' he said. 'We're going to work something out that's going to make people happy and proud. But that's a very tough situation.'

**SHARE THIS ARTICLE**

**551** shares

**RELATED ARTICLES**

 Chelsea Manning commutation is 'partisan politics at its...

 A QUARTER of Democrats in the House say they'll stand with...

Al Sharpton defends John Lewis' claim and says the process...

'The people are seeing "big stuff"' boasts Trump as German...

Trump revealed this morning in an interview of Fox & Friends in response to a viewer question about the creation of a 'legal status to work for non-criminal, undocumented citizens brought here as children' that his team was working on this issue.

'We're working on a plan right now. And that plan, over the next two to three months, is going to come out,' he said. 'And it's a plan that's going to be very firm, but it's going to be a lot of heart'


morning sickness while world learns the duchess is expecting her THIRD baby


'I told her I'd be happier single': John Legend reveals he once tried to DUMP wife Chrissy Teigen... but she wouldn't let him end the relationship


EXCLUSIVE: 'I've given up my dream of a gastric bypass': Human Ken Doll Rodrigo Alves reveals he's started going to the gym after docs issued warning


'We have different opinions': Kylie Jenner addresses frosty relationship with sister Kendall... but admits they get along 'most of the time'


Still enjoying summer! Modern Family star Sarah Hyland, 26, has some bikini fun as she sunbathes with friends during Labor Day weekend


Cristiano Ronaldo's pregnant girlfriend Georgina Rodriguez flaunts her derriere in bikini snap... after posting touching tribute to soccer star's family


'I've taken over a year off because of my family situation': Angelina Jolie addresses Brad Pitt marital split as she confirms her return to acting


Drinks are on me! Conor McGregor (still sporting a black eye) enjoys wild party for his friend's wedding after earning $130m in fight with Floyd Mayweather


'That's not feminism, that's being a ho': Sharon Osbourne slams Kim Kardashian's claims that her sexy outfits are helpful for women's rights


They ruled New York nightlife in '80s and '90s with glitter, glamour and shocking antics before a grisly murder spelled their downfall - so where are the Club Kids now?


Yes Man! Handsome Jim Carrey cleans up his act as he ditches the bushy beard and rocks clean-cut appearance at

Trump again said it's 'a very tough situation' - 'but I think they're going to end up being very happy,' he added.

'We're going to have great people coming into our country, people that love our country. And we're also going to have people coming into our country merit-based.'

The incoming president suggested he'd increase the number of visas available to high-skilled workers, mentioning the inability of Harvard grads to get cleared to stay and work in Silicon Valley.

'We're going to have great people and people of great talent coming into our country. We're going to have, also, merit-based. And that's so important. We don't have that right now,' he stated.

At a briefing for press later in the morning Trump spokesman Sean Spicer said Trump has a 'very robust' schedule planned for his first few weeks in office and it includes a review of the immigration process.

'He is first and foremost focused on people who are here and may cause a safety issue,' Spicer said after he was asked about DACA.

Regardless of one's stance on immigration, he observed, 'I think you can admit, we've got a problem.'

**Trump says he does not want to wait to build Mexico wall**


Venice Film Festival
Looks like his old self



0:00 / 0:52

⚙

ADVERTISING


▶ Having a rear-ly good time! Blac Chyna shows off ample sideboob and shapely derriere as she puts on a dizzying display in a skintight striped jumpsuit


▶ Specs appeal: Selena Gomez sports geek chic glasses and an oversized tee as she grabs breakfast in NYC after Instagram hack drama


▶ On a wave! Fall Out Boy's Pete Wentz shows off his buff body as he goes shirtless to celebrate Labor Day at the beach in Malibu with his sweet sons


▶ The world's best-dressed baby bump! As Duchess of Cambridge announces her third pregnancy FEMAIL looks back at Kate's maternity outfits


▶ 'She spends too much time on Twitter!' Martina Navratilova's wife reveals what it's like being married to tennis



star (and why she hates her 'butch' hats)

**Share or comment on this article**

**551**
shares

Sponsored Links by Taboola



**Glasses-Lovers Are Going Crazy Over This Website**
GlassesUSA.com



**The Sweatshirt Designed by an Apple Engineer That's Bringing Manufacturing Ba…**
Business Insider | American Giant



**She Was Bullied All Her Life, Now She's Making Headlines**
HopeShared



**Iconic 'Pretty Woman' Scene Has One Ridiculous Flaw No One Noticed**
IFLMyLife



**2016's Worst College in New York.**
NowBuzz.me



**23 Baby Names Parents Say They Regret Giving Their Kids**
CafeMom



**Do You Come From Royal Blood? Your Last Name May Tell You.**
Ancestry

**31 Shelter Dogs The Moment They Got Adopted**
HeadCramp

**Experienced Insulin Users Should Read These Tips**
Livestrong for Healthline

**MOST WATCHED NEWS VIDEOS**

Embed this ⟨/⟩

Piers Morgan clashes with transgender model

Sculptures are set on fire at Burning Man

Wayne Rooney drink-drive girl partying on

'We'll see': Trump on military action against

Mattis threatens massive military

Heart-stopping moment cars pile up in shocking

Kirsty Gallacher arrives at court on drink-driving

Princess Mako performing royal duties



▶ Julianne Moore, 56, shows off her age-defying beauty in a sheer black bra as Liv Tyler, 40, parades her stunning body in sizzling lingerie campaign



▶ Taylor Swift files trademarks for lines from controversial song and album to sell on merchandise - including snake rings for $60 and 'I love TS' from video



▶ Tupac revealed he knew killer on DEATHBED - but cops didn't care because they couldn't be bothered to solve crime, claims new documentary



▶ 'Oh s**t': Victoria Beckham curses as she makes a mishap during beauty video... before donning a face mask and promising fans the 'most kissable' lips



▶ World reacts to news of third royal baby with hilarious tweets - and point out soccer fan William's paternity leave could coincide with World Cup




Case 1:17-cv-05228-NGG-VMS   Document 55-30   Filed 10/04/17   Page 6 of 35 PageID #: 2209

Advertisement

## YOU MAY LIKE

Sponsored Links by Taboola

**Found After 73 Years Hidden Underground. B…**
DirectExpose

**Visual Explanation of Deep Vein Thrombosis**
WebMD

**How This Vitamin Coffee Is Turning US Moms Int…**
VitaCup

### MOST READ NEWS

● ● ● ●

   

**Worried Wayne Rooney 'fights to**

**Married Oklahoma man, 41, who**

**'There is not much of our old Becky**

**Tearful Sky Sports presenter Kirsty**

'You' load

## Comments 357

Share what you think

| Newest | Oldest | Best rated | Worst rated |

View all

The comments below have not been moderated.



ddnlj, Atlanta, United States, 7 months ago

Liar liar pants on fire

Click to rate    0    0



ElmoFreen, Fort Lauderdale, United States, 7 months ago

Wasn't my first choice. Since the Hildabeast was running, he was the only choice. The Russian hacking, it turns out, was removing Ted Cruz. This can believe.

Click to rate    4    0



opticview, International Space Centre, Åland Islands, 7 months ago

The only consistent thing about Donald Trump is his inconsistency

Click to rate    19    4



HKUSA, New York, United States, 7 months ago

NO deals for the illegals already here until the border is secured.

Click to rate    19    13



tornadobelt, Kansas, United States, 7 months ago

That "0" mouth makes him look like a cat's as s h o l e with a nose.

Click to rate    9    5

▸ **Miranda Lambert leads nominations for Country Music Awards with five nods as Taylor Swift and Carrie Underwood also get recognized**
Big night getting closer



▸ **What's going on? Justin Bieber's ex Sahara Ray posts bizarre bikini-clad video ...after shocking fans with her drastically changed appearance**



▸ **Plaid'll do! Rita Ora cuts an eclectic figure in striking frill-detailed blazer and cargo pants in Paris... following passionate performance at Grenfell event in UK**



▸ **More in love than ever! Hugh Jackman and wife Deborra Lee-Furness look smitten as they pose beachside in Australia**
He's 48, she's 61



▸ **Happy Bey-Day! Jay-Z leads Made In America festival crowd in Philadelphia in serenading wife Beyoncé for her 36th birthday**



▸ **John Legend is seeking white and 'out of shape' actors to play Trump supporters for his new music video**



 

Case 1:17-cv-05228-NGG-VMS    Document 55-30    Filed 10/04/17    Page 7 of 35 PageID #: 2210



**yamadog**, Dallas, United States, 7 months ago

No! Send those illegals back like you promised!!!!!!!!!

Click to rate    **17**    **17**

**Steffie31**, Lake Tear of the Clouds, United States, 7 months ago

Hahaha, sucker.

Click to rate    **15**    **6**

**queens lace**, upnorth, United States, 7 months ago

Trump does not decide alone who gets to stay and who has to go. We are a democracy in case he forgets he doesn't RULE like a KING he will NEVER be KING. Egomaniac bragger..

Click to rate    **22**    **7**

**Yoyo66**, Mahwah, United States, 7 months ago

Obama proved that to be not the fact by selective enforcement and his pen.

Click to rate    **9**    **5**

**steverino**, Annapolis, 7 months ago

Cool your jets dems. Would you rather have had an extreme right wing Ted Cruz?

Click to rate    **7**    **6**

**Candy Bars**, The Edge, United States, 7 months ago

We'd rather keep Obama forever.

Click to rate    **21**    **19**

**yamadog**, Dallas, United States, 7 months ago

Where is Cruz hiding? Have not seen him? He got nothing to bi###tch about now.

Click to rate    **3**    **2**

**RTW1**, East Coast, United States, 7 months ago

Ask Pat Buchanan to be in charge of immigration and give him a free hand. Things will be straightened out lickety-split!

Click to rate    **10**    **6**

**Candy Bars**, The Edge, United States, 7 months ago

He's probably doing this because all of his chosen cabinet members would lose all their hired help at their homes. You know, all the illegals that are working in their homes.

Click to rate    **21**    **7**

View all

The views expressed in the contents above are those of our users and do not necessarily reflect the views of MailOnline.

We are no longer accepting comments on this article.

**MORE TOP STORIES**

Singer put out an unusual request

▶ **'Wipe your feet'! Adorable five-year-old girl schools Prince Harry in etiquette as he visits veterans' homes in Manchester**
Royal got a lesson

▶ **First glimpse of Prince Gabriel! Carl Philip and Sofia of Sweden introduce their baby son to the world - as he's named Duke of Dalecarlia**

▶ **Now things are heating up! Kendall Jenner bares midriff on beach as she is spotted hanging with NBA star Blake Griffin for FIFTH day in a row**

▶ **Birthday girl Kaia Gerber looks chic in striped top and denim shorts as she indulges in ice cream with her brother Presley for sweet 16 celebration**

Advertisement

▶ **'I did my homework for you guys!' Ariana Grande thrills fans when she does Australian accent at Melbourne**




show after banning
bags after Manchester
attack

REVEALED: The
seemingly innocent
Disney film that inspired
Stephen King to
become the horror
genre legend
responsible for creating
Pennywise the clown

Former Spice Girl Mel
C breaks down in tears
on TV show after
revealing how she had
'lost people' to deadly
brain cancer
Emotional moment

Leggy Eva Longoria,
42, grapples with her
cleavage as she flashes
her bra in a plunging
maxi dress during
idyllic Greek getaway
with husband José
Bastón

Getting it white!
Modern Family's Ariel
Winter looks stunning in
tube top as she shares
behind-the-scene peek
from photo shoot
Went on social media

'I doubt they'll stop at
three!' Pregnant Kate's
uncle Gary predicts
Duchess and William
could follow in Queen
Elizabeth's footsteps by
having FOUR children

'It's a big loss': Caitlyn
Jenner confesses she
hasn't spoken to Kim
Kardashian for NINE
months and was
worried her children
'would gang up on her'

Better sleeve right
now! Kirsten Dunst
turns heads with VERY
quirky ruffled jumpsuit
as she leads glamour at
Woodshock photocall at
Venice Film Festival

Mel B bares her behind
and puts on eye-
popping display in
sheer gown... as she
shrugs off explosive
'drug' claims made by
ex Stephen Belafonte

'It's fantastic!' Prince
Harry reveals his delight
at the news William and
Kate are expecting their
third baby with a
thumbs up and a grin as
he visits Manchester

Danish Crown
Princess Mary dazzles
in baby pink gown as
she presents at

Case 1:17-cv-05228-NGG-VMS   Document 55-30   Filed 10/04/17   Page 9 of 35 PageID #: 2212

Carlsberg Foundation
award ceremony in
Copenhagen

Nicole Richie goes
makeup-free as she
opts for a low-key look
during shopping trip in
Hollywood
Mom-of-two, 35, was
seen at bookstore

REVEALED: Last
words of tragic INXS
star Michael Hutchence
scrawled on note paper
and found hidden in a
bank vault...20 years
after his death

Duchess' third
pregnancy means a
sibling for George and
Charlotte is set to arrive
in late April - and the
bookies favorite is
already a girl

New royal baby will
see Prince Harry
pushed down to sixth in
line to the throne... but
law change means
Princess Charlotte will
stay as fourth

Advertisement

What is the Duchess'
condition? Pregnant
Kate suffers from
extreme morning
sickness that strikes

just 1% of women and can be DEADLY

▸ 'It's embarrassing!' Michael Jackson's son Prince, 20, admits he can't sing or dance... and reveals King Of Pop used to terrify him with the Thriller video

▸ Captain America's best friend! Avengers star Chris Evans reunites with beloved rescue dog Dodger after 10 weeks apart in heartfelt video

▸ Gigi Hadid and her mom Yolanda join the model's One Direction beau Zayn Malik and his mother Trisha celebrating Eid al-Adha with happy family selfie

▸ Rapper Lil Wayne hospitalized after being found unconscious in Chicago hotel room due to seizure
Had been set to perform in Las Vegas Sunday

▸ The journey of love: 'Hot Felon' Jeremy Meeks packs on the PDA with leggy girlfriend Chloe Green at LAX as they prepare to jet to Israel for pilgrimage

▸ Miami heat! Blac Chyna shows off serious cleavage in TWO revealing bathing suits on Instagram
She sure knows how to get people fired up

▸ Stalker who is banned from going within 100 yards of Keira Knightley's home threatens her husband and CHILD in a series of chilling tweets

▸ Leggy Kimberly Stewart stuns in sexy summer button-down minidress as she indulges her sweet tooth with a trip to a bakery in Los Angeles

▸ 'He just sits and eats!': George Clooney raves about his 'moose' son Alexander and his voracious appetite in candid interview about his twins

▸ Enlightened! Paris Jackson flaunts her new chakras tattoos in series of topless social media postings

Displayed body in VERY revealing pictures

▸ **Welcome to the world Prince Gabriel! Sweden's royals join proud dad Carl Philip for a thanksgiving service to celebrate his newborn son**

▸ **Taylor Swift's fans claim her new song Ready For It? reveals love for boyfriend Joe Alwyn and disses her famous exes Calvin and Tom**

▸ **Big Bang Theory finally gives a glimpse at what happens after Sheldon's shock proposal to Amy... as Leonard ruins the romantic moment**
Fans have been waiting

▸ **'If it isn't meant to be, then it isn't': Stunning Victoria's Secret model Bridget Malcolm pens emotional journal entry about dealing with rejection**

▸ **'Delighted' Queen Elizabeth and Prince Philip officially open a new suspension bridge in Queensferry, Scotland, after royal baby announcement**

▸ **Was this the moment Kate hinted she was pregnant? Duchess told William 'We'll just have to have more babies' during  tour of Poland seven weeks ago**

▸ **Nicole Scherzinger, 39, shows off her ample assets in a bright bikini as she sexily sports unbuttoned shirt on the beach in Spanish island of Ibiza**

▸ **'None of these women were show ponies!': Sharon Osbourne reveals Ozzy cheated on her with SIX WOMEN including a Russian teenager**

▸ **Brooklyn Beckham's former squeeze Madison Beer sets pulses racing in plunging leather bralette and jeans as she enjoys glam night out in LA**

▸ **Radiant Katie Holmes is effortlessly chic in white skinny jeans and trainers as she takes her stylish daughter**

Case 1:17-cv-05228-NGG-VMS   Document 55-30   Filed 10/04/17   Page 12 of 35 PageID #: 2215

Suri, 11, to a funfair in Los Angeles

Chic Selena Gomez clutches onto her beau The Weeknd's hand as they put on a smitten display during low-key dinner date in New York City

They were laughing away': Chris Hemsworth reunited with Charlize Theron at Mayweather McGregor fight... and wife Elsa Pataky 'approved'

Holy guacamole! Lorde causes a stir in avocado-green jumpsuit as she prances onstage at Vancouver show
Cinched in her waist with a black belt

Like father like son! Josh Duhamel and his boy Axl wear shorts and T-shirts as they go on lunch outing in Los Angeles
Looked adorable

'Still got my head spinning': Ciara cannot contain her excitement as Russell Wilson 'shuts down' Seattle Art Museum for a romantic date night

Leaving on a jet plane! Christina Aguilera is all smiles as she arrives at LAX hand-in-hand with fiance Matthew Rutler
Christina rocked a black baseball cap

The Prince George effect strikes again! Sales of shorts for schoolboys rocket in UK as parents are inspired by young royal ahead of new school year

Storybook life! Channing Tatum's daughter Everly dresses like a princess in pink gown as they go to a bookstore in LA
Daddy's girl

King of the swingers! Beaming Orlando Bloom takes a gleeful selfie as he enjoys a ride during carnival trip with blonde companion
Showing his fun side

'It was a wake-up call': Emotional Kylie Jenner reveals she grew closer to dad Caitlyn after best friend Jordyn Woods

**lost her own father**
Took dad for granted

**'Afterparty on the mound': Lady Gaga looks glamorous on baseball diamond after historic performance at Fenway Park in Boston**
Took to Instagram

**Pregnancy style! Jessica Alba shows off baby bump in white tank top as she stays cool in LA heat with gray fedora and shades**
As fashionable as ever

**Out and a-pout! Comedian Janeane Garofalo, 52, shows fuller lips in NYC...after admitting she gets Botox 'twice a year'**
Self-declared Botox fan

**Double oh heaven! Silver fox Pierce Brosnan looks tanned and lean in unbuttoned shirt during Malibu outing**
He's still got it!

**One Elle of a bargain! Make-up free star Fanning sports geek chic glasses as she hunts through the sale racks on shopping spree in New York**

**'I'll be there cheering you on!' Prince Harry issues a rallying call to Invictus athletes ahead of this month's games in girlfriend Meghan's current base Toronto**

**'Living like I'm 49 forever': Real Housewife Tamra Judge celebrates turning 50 in a bikini...after revealing skin cancer diagnosis**
Showed off bikini body

**Natural beauty Catherine Zeta-Jones, 47, shows off her youthful complexion as she goes makeup-free for latest selfie**
In bed for the shot

**Susan Sarandon, 70, steals the show in a plunging black dress as she poses with her sons at The Leisure Seeker premiere during Venice Film Festival**

**The Braid-y Bunch: Leggy Alessandra Ambrosio goes makeup-free as she swaps her glossy blow dry for blonde plaits for fair**

outing with her children

▸ **The Beautiful People: Kendall Jenner keeps a low profile while Blake Griffin stands out in Marilyn Manson tee... as the pair step out for for yet another date night**

▸ **'Hungover': Victoria's Secret models Jasmine Tookes and Josephine Skriver go makeup-free they touch down in LA following wild weekend at Burning Man festival**

▸ **Who needs clothes! Shanina Shaik goes TOPLESS with shirtless fiance DJ Ruckus as they enjoy Burning Man festival**
In the Nevada desert

▸ **What did you do to your gorgeous hair? Zayn Malik shaves his head completely BALD in a new Instagram snap posted by his mom**
Shocked fans

▸ **Kaia Gerber looks just like mom Cindy Crawford, 51, as the budding model celebrates her 16th birthday in West Hollywood**

▸ **Tamara Ecclestone gazes adoringly at daughter Sofia, three, as she and newly-single sister Petra put on leggy displays as they arrive at LAX airport**

▸ **'It's going to be the party of the year': Alicia Vikander, 28, 'set to marry hunky beau Michael Fassbender, 40, in secret Ibiza ceremony next month'**

▸ **Crack a smile, Piers! Morgan sports agonized facial expression as he clutches the side of his torso after breaking three ribs during nasty fall**

▸ **'I've had enough, Mom!' Queen Elizabeth's great-graddaughter Mia Tindall throws big tantrum after THREE DAYS of watching Zara at horse event**

▸ **PICTURE EXCLUSIVE: Bikini-clad Corinne Olympios kisses mystery man at Vegas party... after apologizing**

to Bachelor In Paradise
co-star DeMario

Daddy's home! Chris
Hemsworth celebrates
Australian Father's Day
with wife Elsa Pataky,
daughter India, five, and
twins Tristan and Sasha,
three

Inside the final stop on
Prince Harry and
Meghan's romantic
African getaway: A
Zambia hideaway where
guests can dine at a
floating restaurant

'Team reunion': Wild
Thing Charlie Sheen
poses with Major
League co-stars Corbin
Bernsen and Tom
Berenger for 28 year
anniversary

In the city of romance!
Jennifer Lawrence gives
rare peek of toned
tummy as she enjoys
boat ride with boyfriend
Darren Aronofsky in
Venice

Is this the most lavish
wedding of 2017? Stars
join heir to $2.6bn
fashion empire Boohoo
for THREE DAY
extravaganza at villa
loved by George
Clooney

'Babes unite': Bald
Kate Hudson wears
trendy fedora and
statement shirt as she
takes mom Goldie Hawn
and beau Danny
Fujikawa to dinner

Breakfast club! Olivia
Munn wears wild short
dress while meeting up
with Trevor Noah and
Cory Booker in NYC
The 37-year-old caught
up with famous friends

Back to reality!
Chrissy Teigen flashes
bra in sheer top as she
and John Legend return
home from European
vacation... after
revealing alcohol battle

Ice, ice baby! January
Jones beats the heat
with an icy treat as she
takes five-year-old son
Xander to a fair
Summery chic during the
Labor Day weekend

A bikini type of day!
Stunning Sofia Richie
shows off her curves in
a two-piece as she
soaks up the sun in

**Malibu**
Looked stunning

▶ **Pictured: Law And Order: SVU's Stephanie March shares photo from wedding to Dan Benton... two years after split from chef Bobby Flay**

▶ **Bumping along! Pregnant April Love Geary, 22, dresses baby belly in skimpy dress as she enjoys hot day out with Robin Thicke, 40, and his son**

▶ **'He won her a unicorn': Kourtney Kardashian shares sweet Instagram snaps of Mason, 7, and Penelope, 5, playing carnival games at the fair**

▶ **Magazine claims Margot Robbie, 27, 'plans to freeze her eggs as she puts dreams of motherhood on hold to further her career'**
Peak of her acting career

▶ **Romantic getaway! Lea Michele wears white as she jets out of Los Angeles with new beau Zandy Reich**
Declared her love for him online last week

▶ **'What year is it?' Twin Peaks: The Return ends 18-episode revival with Agent Cooper finding Laura Palmer**
Brought the serial drama full circle

▶ **Sheer delight! Rachel McCord wears no bra beneath tight white tank top at Malibu Chili Cook-Off**
She showed off her amazing legs

▶ **How Amal's makeup artist made her a walking advert: She reveals every lotion and potion used to preen Mrs Clooney**
Glammed up

▶ **Good genes: Liz Hurley's lad Damian attends black-tie ball with Susannah Constantine's daughter Esme**
Blossoming friendship

▶ **'Rest in peace': Actress Magda Szubanski shares her heartbreak as she reveals her painter**

mother Margaret, 92, has died

▶ **Still on good terms! Hilary Duff wears low-cut shirt as she reunites with personal trainer ex Jason Walsh for a workout in LA**
They split last November

▶ **'Obviously I'm super excited, words can't describe!': Venus Williams reacts to sister Serena welcoming baby girl with fiance Alexis Ohanian**

▶ **'We love our morning walks': Caitlyn Jenner shares snap wearing bra top with leggings and holding new puppy**
Added a sun shade and a pair of sunglasses

▶ **Doing their part: Jeremy Meeks and Chloe Green pack on the PDA while purchasing items in Target to give to Hurricane Harvey victims**

▶ **'She's seriously considering it': Adele 'in talks for first Hollywood movie role in new film adaptation of iconic musical Oliver!'**
New direction?

▶ **George Clooney and his radiant wife Amal look every inch the doting parents as they enjoy a relaxed day in Venice with their newborn twins**

▶ **Back in their lingerie! Romee Strijd and Jasmine Tookes flash toned tummies as they share behind-the-scenes images from Victoria's Secret shoot**

▶ **Ms Money Bag! Elle Fanning goes make up-free for a casual stroll around Manhattan while carrying a $2,200 designer clutch**
Covered up

▶ **Blonde beach bunny! Charlotte McKinney shows sideboob as she wears sparkly tank top during girls' night out in Malibu**
Blonde bombshell

▶ **She's on fire! Kelly Osbourne shows off new orange-flame hair as she steps out in Malibu**

Case 1:17-cv-05228-NGG-VMS   Document 55-30   Filed 10/04/17   Page 18 of 35 PageID #:
2221

She looked in fine spirits
on Saturday

▶ **Missing Costa Rica!
Kim Kardashian shares
bikini photo from eight
months ago when she
was on vacation with
Khloe and Kylie**
Shared a flashback pic

▶ **Judi Dench, 82, looks
the picture of elegance
in cream dress and
embroidered jacket as
she joins co-star Ali
Fazal at Victoria &
Abdul screening**

▶ **'Very disappointing,
not cool!': Taylor Swift
is booed by fans as they
wait in rain to see her in
bridesmaid's outfit after
best friend's wedding**
Usually adored

▶ **Lindsay Lohan flaunts
her slender legs and
slim physique in a red
slogan swimsuit as she
soaks up the sun during
her Mykonos getaway**
Looked happy

▶ **'This didn't come from
me': John Legend
denies seeking 'out of
shape' extras for music
video featuring Trump
supporters**
New music video

▶ **'More beautiful and
bada** every year!':
Eddie Cibrian gushes
over wife LeAnn Rimes
with Instagram tribute
on her 35th birthday**
Very happy message

▶ **Staying fit while
pregnant! Jessica Alba
shows off baby bump
after gym session... as
she confesses she's
'satisfied' with Honest
success**

▶ **Jeff Goldblum, 64, and
his wife Emilie
Livingston, 34, on the
red carpet at Kidnap
premiere during 43rd
Deauville American Film
Festival in France**

▶ **Sleepy looking Selena
Gomez checks out
potential pets on casual
outing with boyfriend of
nine months The
Weeknd... after THAT
Instagram hack**

▶ **Mel B's rumored
Beverly Hills cop lover
appears tense as he
leaves his home with
his wife of less than
year**

Both were still wearing their wedding rings

**Miley Cyrus wears casual ensemble and goes make-up free to dinner with Liam Hemsworth and his parents....after rumors the pair have wed**

**Steely Dan co-founder Walter Becker dies at home aged 67**
With Donald Fagen, he was genius behind legendary band's classic hits

**Bright idea! Katie Holmes wears hippie chic yellow peasant blouse as she grabs lunch for two at gourmet deli in Los Angeles**
Was in good spirits

**Well, if you got it! Khloe Kardashian pulls down her pants to reveal toned tummy as she takes Snapchat clips in her bathroom**
One of several snaps

**'I don't enjoy being single': Angelina Jolie makes heartbreaking admission there is 'nothing nice' about split from Brad Pitt adding 'it's just hard'**

**Game of knows! Ex Spice Girl Geri Horner hilariously attempts to deliver infamous GoT line as show star Kit Harington can't contain his laughter**

**'Guacamole and rosé!': Tori Spelling, 44, looks thrilled as she takes her five kids to $10k a night hotel in Mexico... amid persistent financial woes**

**George Michael's beloved Golden Labrador Abby still pines for her master at the late popstar's shrine in north London**
Heartbreaking

**The baby is here! Days Of Our Lives' star Nadia Bjorlin shares photo of second son with husband Grant Turnbull**
Posted a series of Instagram photos

**Hitman's Bodyguard with Ryan Reynolds and Samuel L Jackson leads worst Labor Day box office weekend since**

the 1990s with only $10m

▶ Did she get married too? Hailey Baldwin flashes diamond band on ring finger during coffee run on morning after sister Alaia's wedding

▶ PICTURE EXCLUSIVE: Kate Moss cuts a fashionable figure in black dress as enjoys a cigarette outside Ibiza tattoo parlour alongside daughter Lila Grace

▶ Pamela Anderson, 50, cuts a ladylike figure in a pretty floral print dress as she touches down in style in Amsterdam
Ahead of the Comic Con event

▶ Soccer stud David Beckham dons hard hat to tour luxury condo development in NYC.. fueling speculation he is searching for base close to son Brooklyn

▶ That can't feel too good! Paris Hilton TAPES her breasts for racy outfit as she parties at Burning Man festival in Nevada
Dressed the part

▶ A family affair! Angelina Jolie brings all six of her children with her to the First They Killed My Father premiere at the Telluride Film Festival

▶ Natalie Imbruglia cuts a stylish figure in leg-flaunting denim shirt dress as she walks hand-in-hand with new beau Matt Fields around London

▶ Fun in France! Jeff Goldblum, 64, poses with his wife, 34, and two kids while being honored during 43rd Deauville American Film Festival

▶ Sports chic Kate Hudson covers her buzzcut in a baseball cap as she enjoys a healthy juice after gruelling gym workout
Hectic schedule

▶ Shaking off her Reputation: Taylor Swift lets best friend Abigail Anderson take centre stage as she acts as

Case 1:17-cv-05228-NGG-VMS    Document 55-30    Filed 10/04/17    Page 21 of 35 PageID #:
2224

bridesmaid at Martha's
Vineyard wedding

Wild child! Paris
Jackson shows off new
spiritual tattoo in
topless photo...and
breasts are covered up
by strategically placed
flower emojis

George Clooney
photobombs Matt
Damon during night out
in Italy... as he's
presented with
champagne engraved
with his twins' names

Age-defying Helen
Mirren, 72, stuns in
florals while eternal Judi
Dench, 82, wows in a
chic cream-colored
ensemble at 74th Venice
Film Festival



Advertisement

**DON'T MISS**

Game of Vrooms: Kit
Harington and Thrones




co-star Liam
Cunningham share a
joke as they enjoy
Formula 1 track day
experience

It's a nice day for an
(almost) royal wedding!
Glamorous Princess
Beatrice attends her
aunt Eliza's lavish
nuptials accompanied
by mom Sarah
Ferguson

'This breaks my heart':
YouTube star and 'worst
neighbor' Jake Paul
cleans up his image by
helping victims of
Hurricane Harvey in
Houston

Pleased to meet you!
Sophie Wessex inspects
a donkey as she is
joined by daughter Lady
Louise at the Burghley
Horse Trials

Smitten Avril Lavigne
can't hide her delight as
she holds hands with
new music producer
beau J.R. Rotem while
leaving dinner date in
West Hollywood

Queen Elizabeth and
other royals attend
church as the family
settle back into their
Balmoral vacation
following the 20th
anniversary of Diana's
death

Hot Right Now! Rita
Ora rakes in a whopping
£5million in 2016 thanks
to lucrative
endorsement deals and
TV work... despite
releasing no new music

Leonardo DiCaprio is
'hot favorite to replace
Jared Leto in the role of
iconic Batman villain in
upcoming origin movie'
which could be directed
by Martin Scorsese

Beyonce shows her
support for Cardi B in
Daisy Dukes at Made In
America festival... where
sister Solange and
husband Jay-Z are also
performing

Noomi Rapace debuts
newly-dyed candyfloss
pink pixie crop... as she
praises 'angel' Amy
Winehouse for helping
her through difficult
times

Japanese princess
gives up her royal
status to marry a piano-
loving commoner she

**fell for because of his 'bright smiles like the sun'**
True love

**Elsa Pataky reveals she is ready to return to work after three years while being at-home with daughter India, five, and twins Tristan and Sasha, three**

**Glamorous Lily Collins commands attention in a striped mini dress and sultry thigh-high suede boots as she enjoys dinner in West Hollywood**

**'It was not written to terrorize anyone'! Robert Lopez, the man behind Frozen's infectious tune Let It Go says the song wasn't meant to drive parents crazy**

**Not sure if blondes have more fun, Robert? Dapper Pattinson continues to display his slight light streak for Good Time screening at film festival in France**

**Their BFF! Kristen Stewart and girlfriend Stella Maxwell hit the New York City streets with newly adopted canine Trip**
Fur baby

**Scott Disick steps out with mystery girl at chili festival... and nearly runs into Kourtney Kardashian at same event**
Back to his old ways

**'Happy three years!': Robin Thicke's pregnant girlfriend April Love Geary, 22, celebrates anniversary with sweet and summery photo**
Expecting a child

**Sister act! Hailey Baldwin glams it up as she serves as maid of honor for sibling Alaia's wedding alongside bridesmaid Ireland**
Alaia is married

**'I ain't dead yet mother f\*\*ckers!' WWE legend Ric Flair assures fans post-surgery he 'is back up and running'...after being in induced coma**
The man has spoken

**Kick off! Taylor Swift unveils peppy new song Ready For It during football game...after releasing revenge-**

themed Look What You
Made Me Do

Can't get enough of
each other? Kendall
Jenner and Blake Griffin
hang out for FOURTH
day in a row...as it's
revealed model is
'having fun'

The star attraction!
Emma Stone playfully
steals the limelight at
the Telluride Film
Festival in Colorado
She made sure she stood
out from the crowd

Fancy seeing you
here! Fans share selfies
with stars they've
spotted at airports, from
Harry Styles to Selena
Gomez
Autographs are a thing of
the past

Smitten Jamie Bell
wraps his arm around
wife Kate Mara at
Telluride Film Festival...
as they put on a loved-
up display a month after
secretly tying the knot

Très chic! Sienna
Miller is casually
glamorous in striped
Chanel tee and red
leather loafers as she
leaves another winning
performance of Cat On
A Hot Tin Roof

Hippie chic! Caitlyn
Jenner beats the heat in
flowing boho inspired
blouse for outing in
Malibu with gal pal
Enjoyed a low-key outing
with a pal

Helen Mirren, 72, stuns
in lace embellished
gown as socialite Hofit
Golan wields crutches
for The Leisure Seeker
premiere at Venice Film
Festival

Leggy Reese
Witherspoon embraces
summer chic in a flirty
thigh-skimming
gingham skirt and
denim jacket in Los
Angeles
Flirty blue skirt

Sizzling Rosie
Huntington-Whiteley
poses up a storm in first
campaign released
since she became first-
time mum to Jack Oscar
three months ago

Prince George's
school promises to

make the Duke and Duchess of Cambridge 'feel secure' about leaving their son as the family prepare for his first day

Ex-King Juan Carlos of Spain 'resumes romance with old flame' to spark fresh embarrassment for King Felipe and Queen Letizia
Former king

'I struggled with an eating problem': Duck Dynasty's Sadie Robertson opens ups about her self-confessed 'dark' past

Matt Damon puts on an affectionate display with his wife Luciana Barroso as the pair attend the Suburbicon screening at the 74th Venice Film Festival

Love-love! Justin Timberlake and Jessica Biel kiss as they watch Roger Federer and Feliciano Lopez play at the U.S. Open
Clearly a tennis fan

Casual Kitty! Lady Spencer slips into work-out gear as she takes a stroll through London following split from property tycoon
Opted for a sporty look

'The next chapter!': Madonna shares drawing to announce she's moved to Portugal...as she talks working on new music and movie

'I think we may be the new Burton and Taylor': What Angelina told friends as it's revealed she and Brad Pitt are 'consciously re-coupling'

He's here to stay! Russell Crowe's ex-wife Danielle Spencer and beau Adam Long enjoy a romantic stroll in Sydney's Rose Bay
Well and truly moved-on

So in love! Kourtney Kardashian, 38, wraps her arms around beau Younes Bendjima, 24, as they kiss like teenagers at Malibu carnival
Won her heart

George Clooney makes a grand entrance by speedboat with stunning wife Amal clad in plunging lilac gown

as he kicks off the 74th
Venice Film Festival

**'I love you guys in
Houston': Justin Bieber
announces $25,000
donation to help victims
of Hurricane Harvey**
Looked visibly shaken in
video

**Mel B 'took cocaine in
front of her children' as
she battled an addiction
to drugs and alcohol,
ex-Spice Girl's husband
claims in explosive
court papers**

**Suits him! Vince
Vaughn smartens up in
tux as he attends Brawl
in Cell Block 99
screening with co-star
Jennifer Carpenter at
Venice Film Festival**

**'There was blood
spewing everywhere!':
Shannon Beador of Real
Housewives fame is
rushed to ER after blood
gushed from her nose
and EYE**

**Seems like old times!
Lisa Rinna goes bra-
less in tank top...after
revealing she will be
BACK as Billie Reed on
Days Of Our Lives next
year**

**'Feeling the heat':
Kourtney Kardashian
strips down to her
sports bra as she poses
with sexy roommate
Larsa Pippen on a hike
in Calabasas**

**Inside Harry and
Meghan's secret love
shack: How  Prince
whisked his actress
girlfriend away for a
wildlife safari to
celebrate her 36th**

**Cheryl is to make a
sensational return to the
British X Factor a year
after vowing never to
appear on reality show
again**
Making her comeback

**Beach bunny! Miley
Cyrus models Playboy
top as she strolls with
Liam Hemsworth in
Malibu after donating
$500K to Hurricane
Harvey victims**

**Mermaid hair! Blac
Chyna debuts new wig
at LA airport as she jets
off to Atlanta to host yet
another party**

She is well known for her
bombshell curves

**▸ Retail therapy: Selena
Gomez is edgy in
leather motorcycle
jacket as she spends
day vintage shopping
with The Weeknd... after
Instagram scandal**

**▸ PETER HITCHENS:
Diana's greatest legacy
is the destruction of our
monarchy**
She destroyed the British
monarchy 20 years ago,
writes HITCHENS

**▸ Keeping Up With Kylie!
Ms Jenner shares
sizzling Instagram
portrait before jetting off
with best friend Jordyn
Woods**
Shared a sexy flashback

**▸ Naked Cara
Delevingne enjoys a
very racy romp with her
hunky co-star in sizzling
sex scene from new
movie Tulip Fever**
The movie was filmed
three years ago

**▸ Jennifer Lawrence, 27,
tries to keep a low
profile as she jets into
the Venice Film Festival
in summer frock with
director boyfriend
Darren Aronofsky, 48**

**▸ Julianne Moore stuns
in plunging Valentino
gown as she makes a
glamorous appearance
at 74th annual Venice
Film Festival premiere
of Suburbicon**

**▸ Beaming Mel B heads
to lawyer's office in
LA... amid ex-husband
Stephen Belafonte's
claims she has 'battled
with cocaine and
alcohol addiction' in
declaration**

**▸ Look away, Ashton!
Mila Kunis slips on sexy
blonde wig to lock lips
with co-star Sam
Heughan while filming
The Spy Who Dumped
Me**

**▸ Light my fire! Kirsten
Dunst strips down to
her bra to smoke in
moody promo for her
new film Woodshock**
The actress got into
character

**▸ Now that's an
entrance! Stranger
Things' Millie Bobby
Brown models futuristic**



sunglasses and unusual
sweatshirt at Brazil
airport

**'We've had an awfully
magical time:' X Factor
winners Alex Kinsey
and Sierra Deaton of the
band Alex & Sierra
announce they've split**
Ended their partnership

**She won't be meeting
his kids? Kendall
Jenner 'having fun' in
LA with Blake Griffin as
they enjoy romantic
Italian dinner... but soon
she's back to NYC**

**GIRL ABOUT TOWN:
Salma Hayek puts her
foot in it by showing off
her lavish designer
shoe collection on
Instagram before
quickly deleting the
post**

**GIRL ABOUT TOWN:
Tetchy Nicole
Scherzinger bans
guests at the launch of
her new perfume for
mentioning 'ageing' and
'wrinkles'**

**Model on the move!
Naomi Campbell
embraces summer in
seasonal white dress as
she touches down in
Venice**
Exuded elegance

**New mum Amal
Clooney shows off her
sensational post-baby
body in dazzling blue
gown as she joins
husband George for
Venice date night**

**Taylor Swift shows
support to victims of
Hurricane Harvey as she
donates to Houston
Food Bank in honor of
mother who attended
city's university**

**Broccoli makes her
smile! Mila Kunis looks
happy after digging into
her greens on the
Amsterdam set of her
new comedy**
Going for another hit

**Hair's looking at you!
Robert Pattinson shows
off buzzcut with a spot
of blonde... which looks
strikingly similar to ex
Kristen Stewart's
cropped coif**

**No shirt required!
Bella Thorne leaves her
top and bra at home to
pose in a leopard-print
fur coat in latest**

provocative social media post

**'She is beyond good and evil': Kanye West makes a statement with bold T-shirt slogan... as feud with Taylor Swift continues to escalate**
Celebrity spat continues

**Emilia Clarke dazzles in plunging gown as she joins on-screen lover Kit Harington for D&G fragrance campaign... following THAT controversial sex scene**

**Princess Charlene exudes classic glamour as she joins her husband Prince Albert of Monaco and the royal twins for annual end-of-summer picnic**

**Michael Strahan's 'refusal to return to Good Morning America early from vacation for Hurricane Harvey coverage' leaves ABC execs ' upset with him'**

**Malcolm In The Middle's Frankie Muniz cuts a cool figure holding hands with girlfriend as he is set to compete in Dancing With The Stars**

**Jada Pinkett, 45, wears leather slacks at airport... after revealing husband Will Smith taught her THAT 'grapefruit' sex technique**

**Ink Masters star Chris Blinston arrested for felony domestic battery after 'TWICE choking daughter, 13, causing her to stop breathing for 10 seconds'**

**'I lactated onto Richard Chamberlain's bare chest!' Jane Seymour says breastfeeding mishap during The Thorn Birds audition lost her the role**

**'It's really important and should be available': Olivia Newton-John speaks for the first time about how 'medical cannabis' is helping her beat breast cancer**

**'It was fun!': Javier Bardem says he enjoyed working with Spanish siren wife Penelope Cruz for**

THIRD TIME as they filmed Pablo Escobar movie

Enjoying your retirement, Philip? Duke of Edinburgh and Queen Elizabeth lead royal party at Braemar Gathering in Scotland

Emotional Jane Fonda, 79, dazzles as she embraces Robert Redford, 81, while scooping Lifetime Achievement awards at Venice Film Festival

Ready for the weekend! Jennie Garth, 45, looks effortlessly glam in grey romper and sheer shawl after sweaty hike in Los Angeles

'I was born with a certain issue': Ryan Phillippe discusses his ongoing battle with depression and reveals he has 'no shame' over the 'taboo' illness

Taylor Lautner parties with Jason Kennedy's wife Lauren Scruggs... less than two months after split with Carrie Fisher's daughter Lourd

Matt Damon reveals that Donald Trump's cameo in Home Alone 2 only happened because he DEMANDED a part be written for him if film used his building

EXCLUSIVE: Mel B battled cocaine and alcohol addiction and agreed to take Antabuse medication to ensure she would be 'safe' around her kids

Rita Ora gives performance at Game 4 Grenfell charity match... following her previous emotional revelation that the tower was her 'childhood haunt'

Sir Tom Jones, 77, postpones his US tour until next year on 'medical advice' ... as his fans send him well wishes for speedy recovery

Thigh's the limit! Michelle Obama shows off a lot of leg in a wrap skirt as she relaxes on a yacht in Mallorca - after covering up to work out

in the blazing sun

▶ **Busty Joanna Krupa flaunts her sensational legs in split scarlet mini with sexy tailored blazer following TV appearance in her native Poland**
Dramatic appearance

▶ **Forgetting something? Madison Beer shows off her long legs in barely there tiny shorts while pumping gas in LA**
Madison Beer showed off her long, lean legs

▶ **Nothing up her sleeve! Minnie Driver shows off her toned arms in sleeveless top as she goes shopping in LA**
She has long been feted for her firm physique

▶ **Kim Kardashian's Hollywood role-playing app gets two new racy outfits she wore in real life... including THAT purple belly dancing number**

▶ **Is she fur real? Jennifer Lopez rocks outrageous coat as she holds hands with daughter Emme on set of new music video**
Busy mother of two

▶ **Bella Thorne steps out in a barely-there orange bikini top before flaunting her derriere and incredibly toned abs in a steamy workout video**

▶ **Glamourous Amal Clooney shows off her post-baby physique as she takes a romantic boat ride with husband George in Venice following birth of twins**

▶ **Make-up free Whitney Port shows off stunning post baby body in pullover and sweat pants on LA coffee run**
Looked stunning as she went for morning Joe

▶ **Sarah Silverman keeps it casual in combat boots and cropped jeans on solo stroll in New York City**
The 46-year-old was in a great mood

▶ **Sole searching! Sofia Richie makes unusual fashion statement as she goes completely BAREFOOT during**

Case 1:17-cv-05228-NGG-VMS   Document 55-30   Filed 10/04/17   Page 32 of 35 PageID #: 2235

outing in sheer and low-cut black dress

▶ Cheryl's ex Jean-Bernard Fernandez-Versini makes thinly-veiled dig at her... as her beau Liam Payne gushes that she is 'superwoman'

▶ 'Why wasn't this in the movie?!' Newly unearthed Devil Wears Prada scene changes fans' view on the entire movie - and Meryl Streep's icy character

▶ She's the mane attraction! Chloe Grace Moretz gets her tresses touched up after 'confirming' reunion with Brooklyn Beckham
New hairstyle

▶ Pia Miller, Jesinta Campbell and Anna Heinrich reveal they suffer from body insecurities after scrolling through their social media feeds

▶ The Hills mini-reunion! Heidi Montag shows off her burgeoning baby belly in lace bodysuit as old pal Kristin Cavallari flaunts slim legs at pop-up shop

▶ Booty-ful! Vanessa Hudgens flaunts her pert derriere in pinstripe pants as she fills up at gas station in LA
Stepped out in style in Los Angeles

▶ A new boy! New Girl star Hannah Simone welcomes son with husband Jesse Giddings
The New Girl. 37, star has given birth to a son with husband Jesse

▶ Leggy Ariel Winter teams skimpy denim shorts with thick leather cowboy boots for grocery run in LA... despite sweltering 100F degree heatwave

▶ Top of the crops! Sarah Hyland flaunts her cleavage and very slim figure as she leaves the gym in LA
Actress showed off what she's got in a crop top

▶ Bella Thorne shows off cleavage in a pink bra as she writhes around in her underwear in racy Prince Fox video...

**before going braless in a leopard print jacket**

▶ **Specs appeal! Melissa Benoist hides superhero alter ego in geeky reporter outfit on Supergirl set**
The 28-year-old dressed as geeky reporter

**Today's headlines** | **Most Read**

 **Mum's the word! Kate spends the day with mother Carole as she battles severe morning sickness while world...**

 'I think I did it': Man, 28, tells 911 he awoke from dream and found his wife, 29, dead and blood all over...

 **Mother of 12-year-old girl discovered her daughter had been raped by 18-year-old after reading her DIARY**

 Female patient with brain injury raped at New York hospital where she was being treated

 **Tupac revealed that he knew his killer on his DEATHBED - but the cops didn't care because they couldn't be...**

 Hitler performed a sex act in a cinema as he watched a violent film about Austrians killing French troops,...

 **They ruled New York City nightlife in the '80s and '90s with glitter, glamor and outrageous antics before a...**

 Thousands of files containing details of US intelligence operatives with Top Secret clearance have been...

 **'We would not hesitate to bring them down': Iran reveals that it forced an American U2 spy plane to divert...**

 PIERS MORGAN: China could get rid of Kim Jong-un with one simple act AND the minimum loss of life, so why...

 **'Enough is enough!' UN ambassador Nikki Haley warns Security Council that Kim Jong-Un is 'begging for war'...**

 'If we fire, they will die': Kim Jong-un accuses Seoul's 'scabby sheep' army of being 'puppets' for Donald...

 **Hacking banks and selling endangered species, Viagra and crystal meth: How Kim Jong-un affords a nuclear...**

 Kim Song-un! North Korean dictator's former teachers reveal how he used to belt out German folk songs during...

 **Not so fast, Donald! Russia warns Trump not to start a fight with North Korea as China slams the US...**

 Hurricane Irma is a 'serious threat' to the U.S., say meteorologists, as the Category 3 storm barrels...

 **Mayor says Houston 'open for business' despite struggling to find drinking water, people not able to get...**

 Houston news exec loses it at Trump after the president attacks the media's coverage of Harvey and says they...

 **Moment kind-hearted Harvey volunteers are stopped from handing out supplies in Houston by aggressive law...**

 Trump bizarrely 'likes' a tweet that declares him 'just not presidential material' before blocking the...

**Do-little Congress returns to its**


**Washington dithering and will vote just a day later on Hurricane Harvey...**


Hurricane names Katrina and Andrew have killed the popularity of the baby names after the storms caused...


**Southeastern Idaho rocked by nearly 80 earthquakes in the past two days - and the swarm doesn't show signs...**


Democrats seize on reports that Trump will end DACA to blast anticipated termination of program as 'cruel'...


**Trump picks openly gay former diplomat and cancer survivor Ric Grenell as ambassador to Germany**


Revealed: Saudi Arabia gifted Trump with artwork of himself, multiple swords and daggers and tiger and...


**'We don't know why he did it, his friends aren't talking... maybe he was slipped something': Grief stricken...**


Are you Putin a ring on it? Vlad's rumoured partner flaunts a wedding band prompting speculation she and the...


**Is YOUR back pain psychological? Sufferers overestimate their discomfort, study reveals**

▸ **MORE HEADLINES**

Advertisement

FROM THE
MAKERS OF
CANDY CRUSH

**Farm Heroes Saga, the #4 Game on iTunes. Play it now!**



**more**

Case 1:17-cv-05228-NGG-VMS   Document 55-30   Filed 10/04/17   Page 35 of 35 PageID #:
2238

**Back to top**

| Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists |

Sitemap | Archive | Video Archive | Topics Index | Mobile Apps | Screensaver | RSS | Text-based site | Reader Prints | Our Papers | Top of page
Daily Mail | Mail on Sunday | This is Money
Metro | Jobsite | Mail Travel | Zoopla.co.uk | Prime Location

Published by Associated Newspapers Ltd
Part of the Daily Mail, The Mail on Sunday & Metro Media Group

© Associated Newspapers Ltd

Contact us     How to complain     Advertise with us     Contributors     Work with Us     Terms     Privacy policy & cookies

