# EXHIBIT 38



### Donald J. Trump ✓
@realDonaldTrump

Follow

The protesters in New Mexico were thugs who were flying the Mexican flag. The rally inside was big and beautiful, but outside, criminals!

6:39 AM - 25 May 2016

**12,237** Retweets  **33,359** Likes



💬 4.9K   🔁 12K   ♥ 33K

---

**Alvin S. Brown, Esq.** @USTaxAttorney · 25 May 2016
Replying to @realDonaldTrump
American want to know why and how Trump is evading the payment of federal income taxes that we all pay.



💬 81   🔁 67   ♥ 228

**Christian Thalacker** @JP_Revere · 25 May 2016
surely @YourAnonCentral could clear this up?

@realDolaldTrump @realDonaldTrump



💬 1   🔁 1   ♥ 1

**Anonymous** @YourAnonCentral · 25 May 2016
While @realDonaldTrump's taxes are exciting, his personal connection to child trafficker J. Esptein is even more. @JP_Revere @USTaxAttorney



💬 9   🔁 102   ♥ 68