# EXHIBIT 39

**Donald J. Trump** @realDonaldTrump

Follow

Many of the thugs that attacked the peaceful Trump supporters in San Jose were illegals. They burned the American flag and laughed at police

6:04 AM - 4 Jun 2016

**12,246** Retweets **27,364** Likes

3.9K 12K 27K

**Sean Keats** @seankeats · 4 Jun 2016

Replying to @realDonaldTrump

@KazmierskiR Trump is being blamed for the violence perpetrated by the other side.

3 5 8

**BEAR** @streetbear57 · 4 Jun 2016

Yeah, that's just hilarious. Like a fat person blaming the fork.

2 2 6

**RedeemedPatriot6** @HRClintonPrison · 4 Jun 2016

That damn fork. & last week my car backed out of the garage all by itself, went out & got drunk&now I have a DWI.

3 4 5

**BEAR** @streetbear57 · 4 Jun 2016

indeed. I was raised to be responsible for my own actions. But, when you have a LEADER that always blames. 🤔

2 2 2

**RedeemedPatriot6** @HRClintonPrison · 4 Jun 2016

He said "not my fault" same week TEN US servicemembers lost, then blamed a general for his ISIS FUBAR.

2 1 3

