# EXHIBIT 48

10/4/2017 Donald J. Trump on Twitter: Congress now has 6 months to legalize DACA (something the Obama Administration was unable to do). If they ca…

Case 1:17-cv-05228-NGG-VMS Document 55-48 Filed 10/04/17 Page 2 of 2 PageID #: 2541



 **Donald J. Trump** ✓
@realDonaldTrump

Follow ∨

Congress now has 6 months to legalize DACA (something the Obama Administration was unable to do). If they can't, I will revisit this issue!

5:38 PM - 5 Sep 2017

**24,201** Retweets **92,819** Likes 

💬 40K  ⟲ 24K  ♡ 93K

 **DCResisterBee** @DC_Resister_Bee · Sep 6     ∨
Replying to @realDonaldTrump
Trump rescinds #DACA

800,000 young adults + kids at risk of deportation

Can't "revisit" racism

