# EXHIBIT 50

**Donald J. Trump**
@realDonaldTrump

Follow

Does anybody really want to throw out good, educated and accomplished young people who have jobs, some serving in the military? Really!.....

3:28 AM - 14 Sep 2017

**18,441** Retweets **82,905** Likes

43K 18K 83K

**American Pride** @usaforyoubruv · Sep 14
Replying to @realDonaldTrump
If u have to make a choice, that's the only ones to keep although it's unfair to those who waited years and spent a fortune to come legally

17 31 266

**American Pride** @usaforyoubruv · Sep 14
They already broke the law by coming here illegally. What other laws did they break to find work? False SSNs, not paying tax etc.

61 87 457

**American Pride** @usaforyoubruv · Sep 14
They were given benefits like free college and were prioritized ahead of American kids. That's unfair. American kids had and have dreams too

53 105 488

**American Pride** @usaforyoubruv · Sep 14
majority were not vetted & many may be working with kids or vulnerable adults. That's a concern. Tough rules needed. No criminal record

22 37 216

**Romo** @romod1997 · Sep 14
Daca can't receive anything from the government. They have to go through a long process to get it. They can't have criminal records

