# EXHIBIT 55

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

STATES OF NEW YORK,
MASSACHUSETTS,
WASHINGTON, COLORADO,
CONNECTICUT, DELAWARE,
DISTRICT OF COLUMBIA,
HAWAII, ILLINOIS, IOWA, NEW
MEXICO, NORTH CAROLINA,
OREGON, PENNSYLVANIA,
RHODE ISLAND, VERMONT, and
VIRGINIA,

     Plaintiffs,

  v.

DONALD TRUMP, in his official
capacity as President of the United
States; U.S. DEPARTMENT OF
HOMELAND SECURITY; ELAINE
C. DUKE, in her official capacity; U.S.
CITIZENSHIP AND IMMIGRATION
SERVICES; U.S. IMMIGRATION
AND CUSTOMS ENFORCEMENT;
and the UNITED STATES OF
AMERICA,

     Defendants.

CIVIL ACTION NO. 1:17-cv-05228
(NGG) (JO)

## DECLARATION OF ALEJANDRA PEREZ

I, Alejandra Perez, hereby declare as follows:

1. I arrived in the United States in 2006 when I was twelve years old. I moved to South Seattle three years later, in 2009, when I was fifteen.

2. I first-applied for Deferred Action for Childhood Arrivals (DACA) in November 2012 and received it in February 2013. At the time, I was a first year student at the University of Washington Bothell.  After receiving work authorization, I was able to work as a Social Justice Organizer on campus, where I organized events, facilitated dialogues, and created professional development trainings for the entire campus community.

3. I also worked every summer while in college. I worked at Cleveland High School, my alma mater, as a Program Coordinator for Project 206, a summer transition program for incoming 9th graders.

4. As a DACA recipient with employment authorization, I was also able to apply for a Social Security number (SSN).

5. Receiving an SSN was incredibly important for me and my family. I was able to apply for several credit cards and build my credit. After building my credit, I purchased cars for both me and my family.

6. So far, I have purchased three cars and I pay car tabs with the Washington Department of Licensing on each one.  Every year, the cost of the three car tabs total approximately $1,082.50 per year.

7. Most recently, my credit has allowed me and my brother, also a DACA recipient, to purchase a home for our family in South Seattle. We closed on the house in March 2017. According to my files, I will pay $1,397.41 in property taxes to King County,

DECLARATION OF ALEJANDRA PEREZ - 1

Washington in 2017. Going forward, my property taxes will be approximately $2,395.56 per year.

8. Since graduating from the University of Washington - Bothell in 2016 with with a double major in Society, Ethics, and Human Behavior and American and Ethnic Studies, Since June 2016, I've worked as a College & Career Success Coordinator for the Community Center for Education Results, supporting the Road Map Project. In that capacity, I work with school districts and community partners in creating equitable tools and resources for low-income students and students of color in South King County to access postsecondary education and earn a degree or credential.

9. My plan is to continue working at the non-profit. It allows me to earn money, which I can then spend to support my family.

10. I've renewed my DACA status twice since I first applied. My current DACA status expires in February 2019.

11. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_Alejandra Perez_
Alejandra Perez

Place signed: Seattle, WA
City, State

Date: 09/01/2017

DECLARATION OF ALEJANDRA PEREZ - 2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744