# EXHIBIT 57

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>                Plaintiffs,<br><br>     v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>                Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

DECLARATION OF PHILIP A. BALLINGER

I, PHILIP A. BALLINGER, state as follows:

1. I am over the age of eighteen and competent to testify herein.

2. I am the Associate Vice Provost for Enrollment and Undergraduate Admissions at the University of Washington in Seattle, Washington. I have been employed by the University of Washington ("University") in admissions since 2003. I have been a college admissions professional for over 25 years in both public and private institutions of higher education.

3. As the Associate Vice Provost for Enrollment and Undergraduate Admissions, I am responsible for undergraduate admissions and the development and implementation of undergraduate admission and enrollment policies at the University. I also provide leadership and management of the offices of Admissions, Financial Aid, the Office of the University Registrar, and International Student Services.

4. While the University does not keep centralized records of students who may be eligible for or registered in the Deferred Action for Childhood Arrivals (DACA) program, based on interactions that I and others on my staff have had with our enrolled and newly-admitted students, I am confident that more than a hundred students enrolled at the University during the 2016-2017 academic year were DACA participants, and that more than a hundred applicants who have confirmed an intent to enroll here starting Autumn Quarter 2017 (for the 2017-2018 academic year) are eligible for, or participating in, the program.

5. It is my understanding that if the DACA program is discontinued, many of the currently enrolled and newly admitted University students who are participating in (or eligible to participate in) the program will likely not be able to continue with their studies here. They will lose their ability to work legally, and therefore lose the ability to support themselves while studying. Many will also have an understandable fear that they may be deported. (Even a

delayed termination of the program will obviously greatly heighten this fear.) In the course of my career, I have witnessed many times the negative effects that this type of stress can have on a student's ability to thrive in a rigorous academic environment like the University. Admission to the University is exceptionally competitive -- all these students have had to work incredibly hard just to get here, and the University's academic programs are challenging even for our very brightest students. The prospect of having all that effort go to waste would no doubt be devastating, and may cause many of these students to simply give up and drop out.

6. If these students are not able to continue with their education because DACA is rescinded, I am concerned that the University community will lose the significant contributions that these students are able to make to the overall academic experience here on campus. Based on my years of experience as a university admissions and enrollment professional engaged in the development of higher education admissions policies, I (together with most of my peers in my profession) have come to recognize the value of having, in every class cohort, students who bring a variety of perspectives and life experiences into the academic community. Having a student body with a diversity of viewpoints and backgrounds fosters a robust learning environment for all. DACA eligible students inherently have a set of life experiences and perspectives that are very different from those of other students. Many, if not most of them, are the first in their families to attend college, and they enrich our community by being able to share with their classmates - in a variety of settings both in and out of the classroom - their life

//
//
//
//
//

experiences and the unique understandings they have gained by virtue of those experiences.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 5th day of September 2017.

*/s/ Philip A. Ballinger*
PHILIP A. BALLINGER