# EXHIBIT 60

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA, <br><br>      Plaintiffs, <br><br>  v. <br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA, <br><br>      Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

# DECLARATION OF REINA GUEVARA

I, Reina Guevara, hereby declare as follows:

1. My name is Reina Guevara. I am 26 years old. I live in Dorchester, Massachusetts.

2. I have personal knowledge of the matters set forth below.

3. I was born in Yucuaiquin, El Salvador during the civil war. When I was very young, my mother's life was threatened and she had to flee for the United States. I stayed in El Salvador and lived with my grandparents. The civil war ended but El Salvador was still not safe. When I was 10 years old I was sexually assaulted. My life was in danger. My mother brought me to the United States to keep me safe. I was 11 when I arrived here.

4. Before DACA, my life was difficult and complicated. I had to start working when I was 15 years old to help support my family, but without a work permit I could only get jobs that paid less than minimum wage. About 9 years ago, I was detained by Immigration and Customs Enforcement and given a deportation order. I lived in constant fear that I would be separated from my mother and family again.

5. I applied for DACA as soon as I could in 2012. Receiving DACA changed my life. I was able to get a work permit and a social security card. I was able to find a better job to help my family. I pay state and federal taxes. I have also been able to plan for my future.

6. I attended Bunker Hill Community College on a scholarship. I would not have received the scholarship without DACA.

7. I graduated from Bunker Hill last year and am now attending UMass Boston. I'm studying philosophy and public policy.

8. I just started a job as the Development Director of the Student Immigration Movement. After college, I want to continue working in the non-profit sector helping undocumented immigrants navigate the process to access higher education.

9. I couldn't have accomplished any of these things without DACA. Because of DACA, I pay in-state tuition at UMass. I also receive a partial scholarship that requires me to take a certain number of credits each semester. Without in-state tuition, I couldn't afford to keep up with the credit requirements, I would lose my scholarship, and would have to drop out of school.

10. If I lost DACA, my deportation order would be effective again. I would be at immediate risk of being separated from my family and sent back to El Salvador.

11. My mother brought me to the United States because I wasn't safe in El Salvador. I haven't been back to El Salvador in 16 years.

12. Boston is my home. My family is here. I work and go to school here. My future is here.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of September, 2017.

_Reina Guevara_ (signature)

Reina Guevara