# EXHIBIT 62

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>      Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>      Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

Pursuant to 28 U.S.C. § 1746(2), I, E. Alexandra Monroe hereby declare as follows:

1. I am over the age of eighteen and competent to testify herein.

2. I am employed at the Washington State Department of Ecology (Ecology) as the Labor Relations and Personnel Operations Manager. I am responsible for providing human resources and labor relations consultation, advice, and services to agency staff and managers, both directly and through a team of human resource consultants, and for providing overall management of the day-to-day personnel operations of the agency.

3. There is at least 1 employee at Ecology who is a recipient of Deferred Action for Childhood Arrivals (DACA).

4. The DACA recipient is employed as an Information Technology Specialist 3, Application Developer, in the Environmental Systems Support unit of the Agency's Information Technology (IT) Services Office. The employee supports the development of complex environmental information systems, using development tools to develop, test, implement, and maintain highly efficient code that delivers the IT systems required by the business of the agency. These systems are relied upon by Agency staff, management, legislators, partner-agencies, and the public to identify, analyze, and reflect the state of the environment in Washington State.

5. Ecology's mission is to protect, preserve, and enhance Washington's environment for current and future generations, with the goals to protect and restore land, air and water; prevent pollution; promote healthy communities and natural resources; and deliver efficient and effective services. A strong technology infrastructure is essential in order for Ecology to meet its mission and goals and information technology specialists are vital to developing, managing, and maintaining that infrastructure. Ecology spends significant time and resources to recruit, hire, train, and supervise its employees. When any employee departs, it creates disruption for our agency and costs us time and resources to replace and train that person. Failure to retain qualified IT specialists to manage agency technology puts the timeliness of IT projects and the Agency's ability to successfully perform its critical day to day work at risk.

6. The termination of DACA will be disruptive to operations and cause us to expend additional resources.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of September, 2017

*E. Alexandra Monroe* (signature)

E. Alexandra Monroe

DECLARATION OF E. ALEXANDRA MONROE    1    ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744