# EXHIBIT 63

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>                Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>                Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

Pursuant to 28 U.S.C. § 1746(2), I, Ayesha Blackwell-Hawkins, hereby declare as follows:

1. I am over the age of eighteen and competent to testify.

2. I am Senior Manager of Mobile Talent and Immigration Strategy at Amazon.com, Inc. and its subsidiaries ("Amazon"). I am responsible for managing the company's global immigration strategy in various countries where Amazon operates. Prior to this role, I led the team that is responsible for providing immigration support for employees and their dependent families and ensuring lawful immigration to and from the various countries in which Amazon operates. I have been employed at Amazon since 2009.

3. Amazon employs more than 40,000 employees in the State of Washington and more than 200,000 employees in the United States.

4. At least nine Amazon employees are grantees under the Deferred Action for Childhood Arrivals program ("DACA"), and we believe, like most large US companies, there are many more. These employees are located in several different states, including Washington and California, and work in a wide range of technical and non-technical job families, from software development to procurement. If these employees lose their status and are deported, Amazon will suffer injury.

5. Amazon has always been committed to equal rights, tolerance, and diversity - and we always will be. As we've grown the company, we've worked hard to attract talented people from all over the world, and we believe this is one of the things that makes Amazon great - a diverse workforce with diverse backgrounds, ideas, and points of view helps us build better products and services for customers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of September, 2017

_____
Ayesha Blackwell-Hawkins

DECLARATION OF AYESHA BLACKWELL-HAWKINS   1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744