# EXHIBIT 67

Case 1:17-cv-65235-NGC-VMS   Document 55-47   Filed 10/04/17   Page 2 of 30 PageID #: 2637



# 2015-2016 Annual Report

THE UNIVERSITY OF IOWA | Pomerantz Career Center





**MISSION STATEMENT**

*Helping Hawkeyes to become leaders in their careers and communities.*

**VISION STATEMENT**

*To create an engaged, career-centered campus that prepares students for lifelong professional success.*

# Table of Contents

**2** Mission Statement

**3** UI Student Facts

**5** Career Advancement

**8** Special Programming

**9** Experiential Education

**10** Top Internship Sites

**11** Community Involvement

**13** Dual Career Services

**14** Academic and Leadership Programs

**17** Career Leadership Academy

**20** Corporate and Community Relations

**21** Employer Relations and Events

**21** Recruiting Statistics

**21** Employer Relations Program Participants

**25** 2015-2016 Annual Graduate Survey

**28** Fortune 500 Companies

Staff from the Center traveled more than
**17,000**
miles to conduct employer outreach

**8,000**
students participated in career-related workshops & programs

**5,900+**
student advising sessions conducted by Peer Advisors, Career Advisors and staff

**415,156**
visits to careers.uiowa.edu

# 2015-2016 Quick Facts

University of Iowa Pomerantz Career Center

**4,800**
Total interviews were hosted on campus

a combined
**2,700**
students attended Four career fairs held

**400+**
students participated in the Career Leadership Academy

**13,000**
job, internship, student employment and volunteer opportunities were posted on HireaHawk.com

**1,500**
students enrolled in Career Center courses



# University of Iowa

Fall 2015 Enrollment Report for Undergraduates from Tippie College of Business, Colleges of Education, Engineering, Liberal Arts and Sciences (CLAS), and Nursing: UI Registrar (Fall 2015)

www.registrar.uiowa.edu

| | College of Business | College of Education | College of Engineering | College of Liberal Arts & Sciences | College of Nursing |
|---|---|---|---|---|---|
| **GENDER** | | | | | |
| Men | 1,439 | 55 | 1,982 | 7,434 | 31 |
| Women | 897 | 274 | 695 | 9,297 | 758 |
| Transgender | - | - | - | 18 | - |
| **ORIGIN** | | | | | |
| Resident of Iowa | 1,074 | - | 1,311 | 9,305 | 505 |
| Non-resident of Iowa | 1,262 | - | 1,366 | 7,446 | 306 |
| **ETHNICITY** | | | | | |
| American Indian or Native Alaskan | 2 | - | 4 | 24 | 1 |
| African American | 27 | 3 | 56 | 637 | 5 |
| Hispanic | 87 | 25 | 141 | 1,373 | 28 |
| Asian | 54 | 5 | 152 | 638 | 15 |
| 2 or More | 38 | 8 | 74 | 471 | 6 |
| Native Hawaiian or Pacific Islander | 2 | 0 | 5 | 13 | 3 |
| Total Minority | 210 | 41 | 432 | 3,156 | 58 |
| Foreign | 383 | 0 | 188 | 2,051 | 9 |

STUDENTS WITH DISABILITIES TOTAL: 631

# Career Advancement

One of the first career-related decisions students make is regarding their major. Assistance in choosing a major that will start them on a career plan is important. Career Advisors help students with major choices and evaluation of career interests through multiple techniques, including assessments and self-relfection.

Later in a student's college career, interview preparation, networking, personal branding and negotiation may be part of career-related conversations with Career Advisors.

## ADVISING
Walk-in sessions and internship/program/career advising appointments from Aug 1, 2015-July 15, 2016

## PROGRAMS PRESENTED
from Aug 1, 2015-July 15, 2016

**5,909**
total advising appointments

**8,619**
attendees
**333**
at total programs presented

**3,903**
scheduled appointments
(Career Advisors)

**284**
programs presented by Career Advisors
(7,879 attendees)

**2,006**
walk-in sessions
(Peer Advisors)

**49**
programs presented by Peer Advisors
(740 attendees)

# Career Advancement

## From the Center's exit survey of advisees

**99.5%** of students reported their primary needs were met during advising or walk-in advising.

**99.5%** of students would recommend Pomerantz Career Center to a friend.

*Most students reported feeling confused or overwhelmed before their appointment and confident or informed following their appointment.*



### Monica Ahrens

MATHEMATICS, MAY 2016

"I decided late in my sophomore year of college to graduate a year early and pursue graduate school. Being so young put me in a place where I wasn't sure how to navigate the process of applications, resumes and personal statements. Going to the career center and having Jamie help me through this process was such a blessing. I am very thankful to the Career Center for their help."

# Career Advancement



## Student Feedback on Career Advising:

*"I really like my advisor (Mallory). She is really great. I believe she can help me better my experience at Iowa, and my career seems to look brighter."*

*"Sara was the best advisor that I have met with at the UI. She was encouraging, kind and really knew what she was talking about. She helped me to find exactly what I was looking for and more. I will definitely recommend her to other students!"*

*"I feel way better about my career and backup career. Jenny was very helpful!"*

*"Crystal was a HUGE help in making my resume stronger."*

## Student Feedback on Peer Advisors:

*"Megan and Dan were seriously awesome and helped me tremendously! They are the best, and I can't wait to come back and, hopefully, tell them I got the internship I applied for."*

*"I was surprised at the quick process I got as a walk-in. I met with someone who helped me right away. Thanks!"*

*"I think it really helped me a lot for answering my questions about resumes and cover letters and also the application process. I feel more comfortable doing these now."*

*"I like the walk-in hours provided by the Pomerantz Career Center. This is pretty convenient."*

# Special Programing and Services

As the needs and career goals of students change, so do the programs offered through the Pomerantz Career Center.





## Career Series for International Students:

Each semester, the center does a series of workshops to help students new to the United States and the UI campus to prepare for their job and internship search.

**Topics included:**
• Competitive Resumes & Cover Letters
• Prepare for the Job & Internship Fair
• Interviewing to Impress
• Job & Internship Search Strategies
• Career Exploration
• Networking & Self-Marketing Skills
• Work Visa Options After Graduation
• Considering and Applying to Grad Schools

# Experiential Education

Gaining experience outside of the classroom is essential for the success of students as they look to complement the skills they are gaining in the academic setting. An internship or other experiential opportunity is one of the most important activities students can participate in to prepare for a successful transition to the workplace.

The Pomerantz Career Center offers both for-credit and not-for-credit options (such as a 0-credit internship notation) to students as a way to recognize their experiences.





**3,019**
Internships recorded in 2015-2016

## 2015-2016 Internship Data

| Semester | Online Survey | Zero-Credit | PCC Credit | UI Dept. | TOTAL |
|---|---|---|---|---|---|
| Fall 2015 | 46 | 48 | 30 | 881 | 1,005 |
| Spring 2016 | 18 | 86 | 56 | 1,004 | 1,164 |
| Summer 2016 | 216 | 151 | 50 | 433 | 850 |
| TOTAL | 280 | 285 | 136 | 2,318 | 3,019 |
| | From HireaHawk.com | From MyUI | | | |



Top Internship Sites 2015-2016

ACT
AEGON
Aegon Asset Management
AEGON USA Realty Advisors, LLC.
Aerotek
AgReliant Genetics
All American Concrete, Inc.
Altoona Campus Kids Klub
Amazon
American Hotel Register
Amphenol AITC
Angela Burke
AOL
Apple
Apple Hill Center for Chamber Music
AroundCampus Group, The
AT&T

Athletico
Baltimore City Paper
Barracuda Networks
Bayer HealthCare Pharmaceuticals Inc.
BMO Harris Bank
brainpup
Brenda Nations
Bridgestone Retail Operations, LLC
Bright Futures Chiropractic/ Bonfire Fitness
Burkhart Marketing Associates
Cadence Design System
Camp Adventure Youth Services
Campus Activities Board
CCM Think Impact
Chicago Woman Magazine
Circuit Court of Cook County

City of Coralville
City of Iowa City
Coalition for the Homeless
Coldwell Banker, Prestige Midwest Realtors
Colgate Palmolive
CollegeFashionista
Colony Brands Inc.
Communication Studies Student Association
Community 1st Credit Union
Cook Appraisal
Coolfire Studios
Country Stampede
Crowd Surf
Crystal Flower Shop, Inc.
CUNA Mutual Group
Delirio Films
Deloitte LLP

Disney
District Office of Congresswoman Cheri Bustos
Domestic Violence Intervention Program
Dreamfield Venture
Dubuque County Attorney
Empowered Fitness
Entertainment Cruises
Ernst & Young LLP
ESD Studios
ETS
Exile Brewing Company
Farm Bureau
Farm Bureau Financial Services
FBL Financial Group, Inc.
Fesler Auto Mall
First Bank of the Lake
First Congregational Church

First National Bank of Iowa
First Presbyterian Church, Davenport
Fitness Xpress
Frerichs Law Office
Futurewei Technologies Inc.
Gender, Women's and Sexuality Studies
Genentech
General Electric
Goldman Sachs
GreatMoods
Habitat for Humanity Quad Cities
HACAP, Inc.
Hawkeye Brokerage Center
Higher Learning Technologies
Hiscox USA
HNI Corporation

Honkamp Krueger & Co., P.C.
Huawei
Northwestern Mutual
Prelude Behavioral Services
PricewaterhouseCoopers
Rockwell Collins
RSM
Summer of the Arts
Target Stores
Terry, Lockridge & Dunn
The Principal Financial Group
Transamerica
U.S. Food and Drug Administration
UI Hospitals and Clinics
UI Foundation
University of Iowa
Walmart Pharmacy



# Community Involvement

Beyond the classroom and activities, Hawkeyes are involved in service and service-learning through independent volunteering, structured classroom service and alternative spring break. Students from Iowa make an impact in the immediate area and across the globe through service to those in need.

Related activities from the Community Involvement Log, hosted in HireaHawk.com.

July 1, 2015 to June 30, 2016

**Total Involvement**
48,486 TOTAL HOURS
5,953 ENTRIES

**Philanthropy**
2,977 TOTAL HOURS
442 ENTRIES

**Nonprofit Internship**
1,047 TOTAL HOURS
23 ENTRIES

**Volunteering**
42,293 TOTAL HOURS
5,411 ENTRIES

**Alternative Spring Break**
816 TOTAL HOURS
33 ENTRIES

**Service-Learning Course**
1,353 TOTAL HOURS
44 ENTRIES

## Community Involvement

### Volunteer and Service Site Examples:

Better Earth Textile Recycling
Iowa State Registry for Interpreters for the Deaf
Ronald McDonald House
Aurora Health Care Psychiatric Hospital
Bur Oak Land Trust
United Action for Youth
Courage League Sports
Brain Injury Alliance for Iowa
Immigrant Rights Network of Iowa
Four Oaks Family & Children's Services
Sholom Home
Midwest Music Therapy
Des Moines Hospice
Free Medical Clinic
Fury Friends Refuge
Cedar Rapids Community School District

**TOP 5 MAJORS RECORDING THE MOST COMMUNITY INVOLVEMENT HOURS:**
Psychology
Health & Human Physiology
Communication Studies
Pre-Business
Nursing





## Student Response on their Experiences:

"It is a humbling experience to work with those who are less fortunate. It got me out of the bubble of Iowa City and helped me understand that there are many larger problems in this world than I have imagined."—**AUSTIN**

"I have a better understanding of the difference between cultures and can better communicate with people from different backgrounds. It also strengthened my leadership ability."—**YANNING**

"I learned the importance of working for something greater than yourself. Our environment is not something to take light heartedly. There is a great sense of satisfaction when you are able to improve an area that will last much longer than you will. Knowing that what we created will be there for future students to enjoy gives all of us great satisfaction."—**WILLIAM**

"I learned how to solve problems, effectively communicate to a large audience, and I accomplished my personal goal of giving back to the community." —**ZAREEF**

# Dual Career Services

In 2015-16, Dual Career Services (DCS) assisted seven of the 13 colleges and academic units with recruiting and hiring hiring. 48 accompanying partners were assisted with job searches. 22 continued services into 2016.

- The DCS also provided **25** limited-service appointments to individuals who did not meet the criteria for full service.
- **30** employers (including the University of Iowa and the UIHC) in seven cities hired DCS clients, with starting salaries of the successfully hired clients totaling approximately $1.4 million or an average of $53,846 per hire.



Staff met with **39** prospective candidates by referral from departments for information about services.

*"We always like auditors with experience. We recruited one of our IT auditors as a dual career situation and it has worked out quite well for us."*—**TODD, UI INTERNAL AUDITING**

*"It was great to meet with you. I appreciated your candid insight and suggestions to help with my future."*
—**DCS CLIENT CR**

*"Thank you again for setting aside your time to meet with me last week. I appreciate your input and suggested changes to my resume and will be using that version moving forward. I felt that the information on the resume covered what I have done and am capable of doing."*
—**DCS CLIENT MD**

Case 1:17-cv-05228-NGG-VMS Document 55-67 Filed 10/04/17 Page 15 of 30 PageID #: 2650

# Academic and Leadership Programs

Pomerantz Career Center is continually looking for ways to offer services in different and innovative ways; one of those ways is through a traditional course setting. More than 1,000 students at the University of Iowa enroll each semester in more than 20 different courses offered through Pomerantz Career Center as well as a certificate in Leadership Studies.

These courses offer students an opportunity to interact with professionals from the community and beyond to learn about career paths and networking. Students take courses under the departments of Leadership Studies (LS) or Career Center Programs (CCP).



## Mark Zhu

ART—PHOTOGRAPHY AND FRENCH, MAY 2016 GRADUATE

"The Pomerantz Career Center has been a great asset to me throughout my college years. I always find myself coming here for advice on my resume and cover letters, as well as insights on academic and career choices. Amanda at the Career Center connected me to the Student Life Marketing + Design at the IMU, where I landed a student job as a photographer and have since worked there for 3 years. This job helped me discover my passion for photography and art and has had a great impact on my academic and career paths. During my last year of college, Amanda also guided me through the application process for graduate schools. In the fall of 2016, I will be attending Boston University for MFA in graphic design, and I'm really grateful to the Career Center for their resources and services that helped me achieve this."

# Academic and Leadership Programs

## Overall Fall 2015 - Summer 2016 Course Enrollment

| Course | F '15 | Sp '16 | Su '16 | Total |
|---|---|---|---|---|
| Job Search Strategies | 29 | 34 | 0 | 63 |
| Career Exploration | 77 | 106 | 0 | 183 |
| The Washington Center | 2 | 4 | 5 | 11 |
| Communication for the Workplace | 26 | 26 | 0 | 52 |
| Office Etiquette | 32 | 22 | 0 | 54 |
| Successful Teamwork | 30 | 25 | 0 | 55 |
| Suit Camp | 28 | 0 | 0 | 28 |
| Social Media for the Job Search | 85 | 86 | 47 | 218 |
| Advanced Job Search Skills | 36 | 26 | 0 | 62 |
| Moneywise | 44 | 49 | 34 | 127 |
| Strengths-Based Leadership | 11 | 10 | 0 | 21 |
| Culturally Intelligent Leadership | 12 | 0 | 0 | 12 |
| Graduate Admissions 101 | 33 | 25 | 0 | 58 |
| Perspectives on Leadership | 27 | 20 | 0 | 47 |
| Career Leadership Academy Part 1 | 103 | 141 | 22 | 266 |
| Career Leadership Academy Part 2 | 54 | 51 | 10 | 115 |
| Leadership Community Seminar | 22 | 0 | 0 | 22 |
| Academic Internship | 18 | 34 | 36 | 88 |
| Leadership Certificate Internship | 4 | 3 | 9 | 16 |

**TOTAL ENROLLMENT   1,498**

\* Data is from registrations in MAUI

**137** students were declared as pursuing the Certificate in Leadership Studies as of Summer 2016.



**26** students were conferred the Certificate in Leadership Studies during Fall 2015-Spring 2016

## Student Quotes About Courses

*"This class is one of the best I've taken so far. It's one of the classes that I wish was a 16-week class, and it's only a 6-week class. I've learned so much not just about teamwork but careers in general. I highly recommend this course to anyone at Iowa."* **(SUCCESSFUL TEAMWORK IN THE WORKPLACE)**

*"I've learned about so many resources in this class. This class would benefit nearly every college student."* **(CAREER EXPLORATION)**

*"I really liked this class, it helped me explore ideas on where I want to go in the future. It also showed me the best ways to look for jobs and interview for jobs as well as being a good working professional once getting a position."* **(JOB SEARCH STRATEGIES)**

*"This course was very informative and I learned a lot. I would recommend this course to anyone because managing personal finances is an essential skill in life."* **(MONEY WISE: PERSONAL FINANCE BASICS)**

# Academic and Leadership Programs

## 2015-16 Course Stats



### Professional Development Courses:

Upon completing the OFFICE ETIQUETTE FOR THE WORKPLACE course,

**98%**

of students who took the post-test were able to identify a strategy of how to work effectively with someone of a different generation within a workplace environment.

Upon completing the COMMUNICATION IN THE WORKPLACE course,

**93%**

of students who took the post-test were able to explain how both verbal and written communication can be interpreted in the workplace.

### Social Media for Your Jobs Search:

In the SOCIAL MEDIA FOR YOUR JOB SEARCH course, students' confidence in their ability to build a professional online presence increased from an average of 56% prior to the course to

**91%**

after completing the course, according to the pre- and post-test.



### Strengths-Based Leadership:

In the STRENGTHS-BASED LEADERSHIP course, students' confidence in their understanding of the process of developing strengths increased from an average of 64% prior to the course to

**93%**

after completing the course, according to the pre- and post-test.

### Suit Camp for the Job Search:

Upon completing the SUIT CAMP FOR THE JOB SEARCH course,

**95%**

of students who took the post-test were able to give examples of effective interviewing and networking techniques.





# Career Leadership Academy

When asked, employers continually ask for and recognize the importance of skills that add to the technical skills learned in academic classes. Skills like communication, analytical skills, teamwork and others rise to the top in what employers are seeking. One of the ways students can gain those skills to aid them on campus and beyond is through the Career Leadership Academy, a two-part academic course focused on employment and leadership.




**425**
students participated, representing 45 different majors

**27%**
of participants were International and minority students

## Top 5 Majors:

- Enterprise Leadership
- Business
- Communication Studies
- Sport and Recreation Management
- Interdepartmental Studies

**1,114**
—Total Number of CLA Alumni who have completed the entire program since program inception in January 2007

Case 1:17-cv-06226-AKG-VMS Document 65-67 Filed 10/04/17 Page 19 of 30 PageID #: 1454



## Service Projects and Community Partners Aided in Career Leadership Academy Courses

**Fall 2015:** Big Brothers Big Sisters, Iowa City Veterans Administration Hospital, Rape Victim Advocacy Program of Iowa City, Iowa City Animal Care and Adoption Center, Ronald McDonald House, Table to Table and Projects for Assistance in Transition from Homelessness (PATH)

**Spring 2016:** Iowa City's Shelter House, United Action for Youth, Tippie Build – Habitat for Humanity, Johnson County Crisis Center, Ronald McDonald House, and Habitat for Humanity

> CLA grads work in hundreds of different fields across the country from Portland, OR, to Boston, MA, and Salt Lake City, UT, to Orlando, FL. They are becoming everything—lawyers, doctors, engineers, teachers, account managers, entrepreneurs, etc.

## Sampling of Organizations where CLA Graduates Work

Acquity Group
American Academy of Pediatrics
American Cancer Society
Ameriprise
Anheuser-Busch
Brooksource
ConAgra Foods
Denver Area School District
Google
Hy-Vee

John Deere
Learfield Sports
Merrill Lynch
Northwestern Mutual
Pricewaterhouse Coopers
RAPP China
Rockwell Collins
State Farm
Target
UI Hospitals and Clinics
US Bank
..... and many, many more!

## Making Connections

**120** Employers have participated in program events with CLA students this year.



Case 1:17-cv-05228-NGG-VMS   Document 53-21   Filed 10/02/17   Page 20 of 30 PageID #: 4893

# Career Leadership Academy

## Sample of Learning Outcome Results

**94%** of students believe they can apply strategies to effectively solve problems

**96%** of students believe they can help groups work toward a common goal

**96%** of students believe they can articulate their personal leadership philosophy

**94%** of students believe they are able to work cooperatively with others

**90%** of students learned to discuss their transferable skills in an interview setting

**87.5%** of students felt they could apply their personal brand to anything related to the job search





## Most Impactful Thing Learned—Part 1 and 2

*"The most impactful thing that I learned was how to take advantage of networking skills. CLA has pushed me and given me more confidence in myself. It helped me embrace my skills and share them with others."*

*"By giving me an understanding of the many different personality and leadership styles, the different ages and generational gaps that one will encounter in the work world, and topics such as culture, networking and the identification of our own top skills."*

*"I think CLA has really taught me who I am as a person. Before the class, I did not have a firm grasp on my strengths, communication style or leadership qualities. Knowing who I am will enable me to effectively apply my skills to real world situations and provide me with the best opportunities to succeed in everything I do."*

# Corporate and Community Relations

Employer relationships are very important to the Pomerantz Career Center. These relationships allow organizations to find new talent to add to their team while also creating opportunities for Iowa undergraduates. Outreach and consulting to assist in on-campus branding is conducted annually with a range of employers both small and large, from a variety of industries.





## Major Cities Visited

MINNEAPOLIS, MN ●
MILWAUKEE, WI ●
OMAHA, NE ●
DES MOINES, IA ●
CHICAGO, IL ●
WASHINGTON, DC ●
INDIANAPOLIS, IN ●

**17,744**
MILES TRAVELED

## Employer Outreach

**105**
BUSINESS/ORGANIZATIONS VISITED

*Including:* Organizations of all sizes, start-ups, Government Agencies, non-profit and for-profits

## Community Outreach

PARTICIPATION AND INVOLVEMENT IN
**85**
COMMUNITY EVENTS

*Types of events include:* Chamber Events, Networking Events, Human Resources Meetings and Conferences, Regional and Workforce Round Tables, Employment Panels, Start-Up Events and Regional Workforce Events



**573**

Employers Recruiting On Campus

(Includes Career Fairs/ On-Campus Interviews/ Events)

# Employer Relations and Events

Through on-campus interviews, mock interviews, career fairs and other campus activities, employers and UI students are able to connect and discuss future opportunities.

## 2015-2016 On-Campus Recruiting Statistics

**4,798**

On-Campus Interviews (Includes Full-time/ Internships/Mock Interviews and College of Law interviews)

**12,958**

Jobs, Internships and Student Employment Opportunities Posted on HireaHawk.com (2016)

## Employer Relations Program Participants

Organizations that have participated in Career Fairs, On-Campus Interviewing and/or Mock Interviews in 2015-2016 include:

A.Y. McDonald Mfg. Co.
ABF Freight System, Inc.
Academy for Urban School Leadership
Academy for Urban School Leadership, Chicago Teacher Residency
Access Systems, Inc.
Ace Hardware Corporation
ACT
Advanced Technologies Group (ATG)
Aerotek
Affiliates Management Company
Aflac
Aflac Global Investors
AFN (Advantage Freight Network)
Agri-Industrial Plastics Company
AIM Group
Aldi
Aldine ISD
Alliant Energy
Allstate Insurance
ALPLA
Alzheimer's Association - East Central Iowa Chapter
American Internation Group (AIG)
American Junior Golf Association
American Marketing & Publishing
American Ordnance LLC
American Trust & Savings Bank
AmeriCorps NCCC
Andersen Corporation
Aon
Apex Systems

AppleTree Children's Center
Applied Predictive Technologies
Archdiocese of Dubuque
Archer Daniels Midland Company (ADM)
Armament Research, Development and Engineering Center
AroundCampus Group, The
ASC Communication, Inc.
ASPIRA Inc. of Illinois
Athena GTX
Athene USA (Formerly Aviva)
ATS Automation

Bank of America/Merrill Lynch
Bankers Trust
Barr Engineering Company
BASF
Baxalta Incorporated
Bazooka Farmstar
berganKDV
Berkley Technology Services
Berkshire Hathaway Homestate Companies
Bettendorf Community School District
Billion Automotive
Biotest Pharmaceuticals Corp.
BITCO
BKD, LLP (Formerly Wolf & Co)
Blain's Farm & Fleet
BMM Transportation

BMO Harris Bank
Boehringer-Ingelheim Vetmedica
Briarwood Health Care Center
Bridgestone Retail Operations, LLC
Brooksource
bswift
Buckle, Inc.
Buffalo Wild Wings
Bunchball
Burlington Community School District
Businessolver

C.H. Robinson
Cambrex
Cambridge Associates
Cambridge Educational Services
Cambridge Investment Research, Inc.
Camp Adventure Child and Youth Services
Cargill
Cartegraph
Cartwright School District
Casa Grande Elementary School District
Caterpillar Inc.
CDW Corporation
CEB
Cedar Rapids Metro
Cedar Rapids School District
Centerville School District
Centro, Inc.

Cerner Corporation
Chicago Apartment Finders
Chicago Public Schools
Chicago Twenty Something Inc.
ChildServe
Chubb
CIGNA Corporation
Citizens of the World Charter Schools Kansas City
City Year
CIVCO Medical Solutions
Clarion Highlander Hotel & Conference Center
Clear Creek Amana Community School District
Clearwater Analytics
Clifton Larson Allen
Clinton Community School District
CNA Insurance
Cobham Mission Systems
College Community School District
College Possible
College Pro Painters
Colony Brands Inc.
Columbus Junction Community School District
Community High School District 155
ConAgra Foods, Inc.
Converge Consulting
COOK, Inc.
Cortland Capital Market Services
COTG, a Xerox Company

Cottingham & Butler
COUNTRY Financial
Coyote Logistics
Crawford, Murphy & Tilly, Inc. (CMT)
CRST
Crystal Equation Corporation
CUNA Mutual Group

Davenport Community School District
Dayton Freight Lines
Deloitte LLP
DENSO International America
Des Moines Public Schools
Desert Sands Unified School District
Design Engineers
Dick's Sporting Goods
Digital Doc
Direct Supply
DivvyDOSE
Dunn Solutions Group
DuPont
Dyadic
Dynamite Ag
Eaton Corporation
Echo Global Logistics & Command Transportation

Continued ›››



Case 1:17-cv-05228-NGG-VMS   Document 55-67   Filed 10/04/17   Page 23 of 30 PageID #: 4918

# Employer Relations and Events

## Employer Relations Program Participants CONTINUED

Edgewood Chemical Biological Center
Egen Solutions
EKS&H
Eldorado Trading Group
EleMech
Elite Satellite
EMC Insurance Companies
English Valley Community School District
Enterprise Rent A Car - Heartland and Chicago
Entertainment Cruises
Epic
Ernst & Young
ESCO Group
Ethos Group

FactSet Research Systems
Fast Enterprises
Fastenal Company
Federal Bureau of Investigation
Federal Deposit Insurance Corporation (FDIC)
Federal Home Loan Bank of Des Moines
Federal Mogul Corporation
Federated Mutual Insurance Company
Fehr Graham
Fidelity & Guaranty Life
Fidelity Investments
First National Bank of Omaha
Fleet Feet Sports
FM Global
FoodCorps
Foth & Van Dyke LLC
Fountain Fort-Carson School District #8
Fresh Thyme Farmers Markets
Frontier Co-op

Frontier Natural Products
FTI Consulting

Galapagos Charter Schools
Gallup
Geater Machining and Manufacturing
GEICO
General Electric
General Mills-MN
Genova Technologies
Gerdau
Gilbane Building Company
Girl Scouts of Eastern Iowa and Western Illinois
Glendale Elementary School District #40
Glenwood Community School District
GNP Company
GoDaddy
Goldman Sachs
Goodwill of the Heartland
Google
Gordmans
Graco Inc.
Grantek Systems Integration
Grassroots Campaigns
GreatAmerica Financial Services
Greater Cedar Valley Alliance & Chamber
Greater Des Moines Partnership
Greater Dubuque Development Corporation
Green Iowa AmeriCorps
Grinnell Mutual Reinsurance Company
GROWMARK
Guardian Industries

Hach Company
Hall & Hall Engineers, Inc.
Hampton, Lenzini and Renwick Inc.

Hanley, Flight & Zimmerman
Hawkeye Brokerage Center
HawkeyePedershaab
Hawthorne Direct
HB Fuller
HBK Engineering, LLC
HDR Inc.
Henderson Products, Inc.
Herzog Technologies, Inc.
Hillphoenix Specialty Products
Hills Bank and Trust Company
Hirschbach Motor Lines
HNI Corporation
Holmes Murphy & Associates
Honkamp, Krueger, & Co
Hoopis Financial Group, a general agency of MassMutual
Hormel Foods Corporation
Houston Independent School District
HR Green
Hy-Vee, Inc.

IAC Group
IBM
ICONIQ Capital
IDNR Dam Safety Program
IDx LLC
iHeartMedia
IIW, P.C.
IMPACT
Innomatix LLC
Innovative Software Engineering
Insight Global, Inc.
Integrated DNA Technologies
International Paper, Cedar River Mill
Iowa 80 Group
Iowa Army National Guard
Iowa Bankers Association
Iowa Board of Educational Examiners
Iowa City Community School District

Iowa City Regina
Iowa County Engineer's Association
Iowa Department of Corrections
Iowa Department of Public Safety
Iowa Department of Transportation
Iowa Division Banking
Iowa Fertilizer Company
Iowa Insurance Division
Iowa Mutual Insurance Company
Iowa Natural Heritage Foundation
Iowa School for the Deaf/Iowa Educational Services for the Blind and Visually Impaired
Iowa Solutions
Iowa Valley School District

J.H. Findorff.com
Jewell Tool Technology
Jewel-Osco
John Deere
Johnson Controls Inc.
Joliet Township High School

Kansas Department of Transportation
Katecho
Kenilworth Science & Technology School
Kent Corporation
Kern High School District
Kforce, Inc.
Kiesling Associates
Kildeer District 96
Kimberly Clarke
KJWW Engineering Consultants
Kohl's Department Stores
Kohler Co.
KONE
KPMG LLP
Kum & Go
Kunkel & Associates, Inc.
Kwik Trip, Inc.

LattaHarris LLP
Laurel-Concord-Coleridge Schools
Lee Enterprises
Leepfrog Technologies
Legal and General Investment Management America
Leo Burnett Advertising
Levi, Ray & Shoup, Inc.
Liberty Public Schools
LightEdge Solutions
LimoLink, Inc.
Lincoln Financial Group
Lincoln Public Schools
Linn-Mar Community School District
Load Delivered Logistics
Lockton Companies
Lower Kuskokwim School District
LWBJ

Maine TWP High School District 207
Manhard Consulting
Manor Hall International School
Marco, Inc.
Marion Independent School District
Marion Process Solutions
Marriott International
Marsh and Mercer
Marshalltown Company
Mason City Community Schools District
Mass Markets (formerly TMOne and ERC)
Maurice Sporting Goods
MB Financial Bank
McAdam Financial Group
McClure Engineering
McGrath Automotive Group
McGraw-Hill Education
Mead Johnson Nutrition
Mediacom
Medirevv
Medix Staffing Solutions, Inc.

Menards, Inc.
Mercy Hospital
Merritt Research Services, LLC
MetaCommunications
MetLife Chicago
MHC Kenworth
Microsoft
MicroVention
MidAmerican Energy
Midwest Growth Properties - Hawkinsons
Midwest Professional Staffing
Millang Financial Group
Milliman
Minneapolis Financial Group
Minneapolis Police Department
MMS Consultants, Inc.
Modern Woodmen of America
MODUS Engineering
Moline
Momentum Staffing Group
Monsanto
Motorola Solutions, Inc.
Mount Vernon Community School District
MSA Professional Services
MSDSonline
Mt. Pleasant School District
Muscatine Community School District
Musco Sports Lighting, LLC
Mutual Of Omaha Financial Advisors - Iowa City, IA

Nanomedtrix
Nationwide Insurance
Neogen
New York Life Insurance Company
NextEra Energy
NISC
Noble Network of Charter Schools
North Scott Community School District

Northern Natural Gas
Northern Trust
Northwestern Mutual - The Effner Financial Group
Northwestern Mutual - The Goris Group Chicago
Northwestern Mutual- Des Moines
Northwestern Mutual Financial Network - The Zach Group
Norwalk
Nucor Buildings Group (American Buildings Company)
NXT Team

Office of the Iowa Secretary of State
Office Team
Old Brick
Oliver Wyman Actuarial Consulting LLC
Omaha Public Schools
OmniVista Solutions, Inc.
Oracle
OSO USMC
Otis Elevator Company
Ottumwa Community Schools
Owatonna Public Schools

Palmer Group
Pariveda Solutions
Parker Hannifin Corporation
Parker Unified School District
Pasadena Public Schools (Texas)
PCT Engineered Systems
Peace Corps
Pearson
Pella Corporation
Penske Truck Leasing
Pepsico
Pixar Animation Studios

Continued >>

# Employer Relations and Events

## Employer Relations Program Participants CONTINUED

Pleasant Valley Community School District
PLS Logistics Services
PMX Industries
Pollution Prevention Services
Price Industrial Electric, Inc.
PricewaterhouseCoopers (PWC)
Primerica
Principal Financial Group
Principal Financial Group - Iowa City
Produce Iowa
Produce Pro Software
Proven Business Systems
Prudential

QCI

R.S. Stover Company
Raining Rose
Ralston Public Schools
Real Capital Markets
Real Estate Research Corporation
Red Star Yeast Company
Renaissance Financial
Renewable Energy Group, Inc.
RFA Engineering
RGA Reinsurance Company
Rialto Unified School District
Rite-Hite Corporation
Robert Half International/ Accountemps
Rock Island Community School District
Rockwell Automation
Rockwell Collins
Roth & Company PC
RSM (Formerly McGladrey)
RTM Engineering Consultants
RTP COMPANY
Ruffalo Noel Levitz
Rush University Medical Center

Sabljak Raether Hogerton, Milwaukee
Safelite Group
Sammons Financial Group
Sam's Club
San Antonio ISD
SantosHuman, Inc.
Saydel Community School District
Scheider Electric
Schumacher Elevator Company
Scientific Games Interactive
Securian
Sedgwick
Sentry Insurance

Sequel Youth & Family Services
Shasta QA
Shaw Industries
Shearer's Snacks
Sherwin-Williams Company
Shive-Hattery
Shoemaker & Haaland
Siemens Product Lifecycle Management Software Inc.
Snyder & Associates
Sogeti USA
Solar Plastics, Inc.
Sonoma Partners
Source Allies, Inc.
Southeast Polk Community School District
Southwestern Advantage
Stanley Consultants
State Farm Insurance Companies
State of Iowa
State Street
Statistics & Control, Inc.
Stepan Company
Strand Associates, Inc.
Summer of the Arts
SWWC Service Cooperative
Synergy Associates

Tanager Place
Target (Stores and Distribution)
Target Corporation (HQ)
Tata Consultancy Services
Tate & Lyle
TaxACT
Teach for America
Team Staffing Solutions
TekSystems
Telepharm
Telligen
Terex Corporation
Textura Corporation
The Buckle
The Burke Group
The Gazette
The IMT Group
The Kraft Heinz Company
The LaSalle Network
The Procter & Gamble Company
The Washington Center for Internships and Academic Seminars
The Whiting-Turner Contracting Company
Thomas L. Cardella & Associates
Thrivent Financial

Tinker Air Force Base Civilian Employment
Tippie Full-Time MBA
TMC Transportation
Total Quality Logistics (TQL)
Townsquare Media
Transamerica
Trapeze Group
Travelers Companies, Inc.,
Trinity Consultants
Trinity Industries
TRISTAR Insurance Group
TrueNorth Companies
Trunk Company

U.S. Bank
U.S. Xpress Logistics
UI Center for Biocatalysis and Bioprocessing
UI College of Education
UI College of Law
UI College of Medicine
UI College of Public Health
UI Graduate College
UI Museum of Natural History
UI School of Urban and Regional Planning
UI Study Abroad Internships
UICCU
Uline
Union Pacific Railroad
United Fire Group
United Rentals
United States Liability Insurance Group
UnitedHealth Group
Universal Industries, Inc.
University of Chicago
UNO Charter School Network
Urban Teachers
US Air Force
US Army
US Army Chaplain Corps
US Army Corps of Engineers Rock Island District
US Army Corps of Engineers, Omaha District
US Army Healthcare
US Department of State
US Marine Corps Officer Programs
US Navy

Vail Systems, Inc.
Valent Biosciences Corporation
Van Meter

Vascular Solutions, Inc.
Verizon Wireless
Vermeer Manufacturing Company
Vibrant Credit Union (formerly Deere Employees Credit Union)
VIDA Diagnostics, Inc.
Viking Pump
Vizient
Von Maur
Voya

Wabtec Railway Electronics
Walgreens
Walmart Stores Inc.
Washington Elementary School District
Waterloo Community School District
Waukegan Community Unit School District No. 60
Wells Enterprises
Wells Fargo - Community Banking
Wells Fargo Consumer Lending Group
Wells Fargo Home Mortgage
Werner Enterprises
West Bend
West Des Moines Community School District
West Liberty Community School District
West Liberty Foods, LLC
Whirlpool Corporation - Amana Division
White Bear Lake Area Schools
Wichita Public Schools
Widefield School District 3
Willett, Hofmann & Associates, Inc.
William Blair
Williamsburg School District
Willis Towers Watson
Workiva

Xavier High School
XL Specialized Trailers

Yuma Union High School District #70

Zoetis



## Lauren Bannon

### FINANCE AND MARKETING, MAY 2016 GRADUATE

"Mock interviews and the career fair were crucial to my internship and full-time opportunities. The Career Center is a great go-to place, but even cooler is that they come to you. Sara Burden and other advisors have presented to various classes and orgs I'm involved with, and each time, I learn something new about the job/internship search. Without their expertise and aid, I and many other students would not have the same professional polish the University of Iowa and Tippie College of Business prides themselves on."

Over **1,000** more positions were posted in 2016 thank 2015 in HireaHawk.com



## Employer Relations and Events

### Student comments:

*"The Fair was a great opportunity. Everyone should go at least once."*

*"The Fair felt laid back and the recruiters were welcoming and friendly."*

*"The Fair provides a good learning experience for students and the ability to have face time with companies you may otherwise not be able to contact."*

*"It's very informative and exciting to consider all of the post-college opportunities available to UI students."*

*"I liked the variety of employers. The atmosphere was very professional, and it was a great experience."*

## Career Fairs

Fall 2015-Spring 2016

**Diversity Networking Event**
*—Wednesday, September 23*
**52** students attended
**33** employers participated

**Fall Job & Internship Fair**
*—Thursday, September 24*
**1,494** students attended
**180** employers registered

**Actuary Science, Insurance & Risk Management Career Fair**
*—Wednesday, September 30*
**121** students attended
**40** employers participated

**Spring Job & Internship Fair**
*—Wednesday, February 24*
**1,038** students attended
**167** employers registered

**Educator Fair**
*—Friday, April 1*
**129** students attended
**58** districts registered



## Courtney Warren

ELEMENTARY EDUCATION, MAY 2016 GRADUATE

"The Pomerantz Career Center at the University of Iowa helps prepare students for life after college unlike any other school in Iowa. With the help of Melissa, my resume was concise, organized and professional. As a result, I was offered an interview, and later a career, with a school district who only saw "me" on paper. I strongly encourage all UI students to take full advantage of the many resources, support and advice offered through the Pomerantz Career Center to make the transition from college to adulthood a smooth one. "

Case 1:17-cv-05228-NGG-VMS Document 55-67 Filed 10/04/17 Page 26 of 30 PageID #: 3591



## Annual Graduate Survey

The Pomerantz Career Center contacts the recent graduates of five undergraduate colleges of The University of Iowa: Tippie College of Business, College of Liberal Arts & Sciences, College of Education, College of Engineering and College of Nursing. The graduates have an opportunity to complete the survey on the web or through a call center representative upon graduation. Alumni provide several key pieces of outcome information about their employment status. The outcome information tells whether they are:

-Employed and the industry, employer, job title, location and salary
-Continuing education and the level and location
-Not seeking employment and the reason
-Still seeking employment

# Annual Graduate Survey

## The University of Iowa First Destination Survey Results:
## Fall 2015—Summer 2016

**Collected by Pomerantz Career Center**

### Overall First Destination: Undergraduates

These are the results for 3,370 UI graduates out of 4,584 graduates during the period from Fall 2015 through Summer 2016 for the College of Liberal Arts & Sciences, College of Business, College of Engineering, College of Nursing and College of Education.

| UNDERGRADUATE STUDENTS | SUCCESS RATE | SEEKING |
|---|---|---|
| **F/P Employment** (2,423/3,370) | **71.9%** | |
| **Continuing Education** (666/3,370) | **19.7%** | |
| **Not Seeking Employment** (99/3,370) | **2.9%** | |
| **Seeking Employment** (182/3,370) | | **5.4%** |
| **Totals†** | **94.6%** | **5.4%** |

**AVERAGE SALARY = $45,430**
**MEDIAN SALARY = $44,000**

*† Total may not add up to 100% due to rounding off;*
*College of Nursing and Education does not graduate*
*students in summer semester.*

**JOB OFFERS ACCEPTED BY GEOGRAPHIC LOCATION**
States/Regions for reporting 2,247 UI Graduates Employed



OTHER MIDWEST–10%

IA–52%

IL–22%

- Iowa–**52%**
- Illinois–**22%**
- Other Midwest: Indiana, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, Wisconsin–**10%**

- MIDWEST REGION TOTAL –**83.0%**

- East—Connecticut, Delaware, District of Columbia, Maine, Maryland, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, Vermont–**2%**
- West—Alaska, California, Hawaii, Idaho, Montana, Nevada, Oregon, Utah, Washington, Wyoming–**3%**
- Southwest—Arizona, Colorado, New Mexico, Oklahoma, Texas–**4%**
- South: Alabama, Arkansas, Florida, Georgia, Kentucky, Louisiana, Mississippi, North Carolina, South Carolina, Tennessee, Virginia, West Virginia– **3%**
- International (All other countries, including US territories, other than the US & D.C.) –**2%**
- Unknown (No country reported) –**2%†**

# Annual Graduate Survey

## Tippie College of Business:

The response rate for the Tippie College of Business was 663 out of 840 graduates.

| UNDERGRADUATE STUDENTS | SUCCESS RATE | SEEKING |
|---|---|---|
| **F/P Employment** (555/663) | **83.7%** | |
| **Continuing Education** (77/663) | **11.6%** | |
| **Not Seeking Employment** (13/663) | **1.9%** | |
| **Seeking Employment** (18/663) | | **2.7%** |
| **Totals†** | **97.3%** | **2.7%** |

**AVERAGE SALARY = $48,447**
**MEDIAN SALARY = $49,000**





## College of Education:

The response rate for College of Education was 140 out of 174 graduates.

*Note: Those students who are counted as graduates from the College of Education are in turn recommended by the College of Education for teaching licensure in their respective state and receive their degree through the College of Liberal Arts & Sciences.*

| UNDERGRADUATE STUDENTS | SUCCESS RATE | SEEKING |
|---|---|---|
| **F/P Employment** (117/140) | **83.6%** | |
| **Continuing Education** (7/140) | **5%** | |
| **Not Seeking Employment** (3/140) | **2.1%** | |
| **Seeking Employment** (13/140) | | **9.3%** |
| **Totals†** | **90.7%** | **9.3%** |

**AVERAGE SALARY = $39,486**
**MEDIAN SALARY = $38,590**

## College of Engineering:

The response rate for College of Engineering was 286 out of 373 graduates.

| UNDERGRADUATE STUDENTS | SUCCESS RATE | SEEKING |
|---|---|---|
| **F/P Employment** (219/286) | **76.6%** | |
| **Continuing Education** (47/286) | **16.4%** | |
| **Not Seeking Employment** (2/286) | **.7%** | |
| **Seeking Employment** (18/286) | | **6.3%** |
| **Totals†** | **93.7%** | **6.3%** |

**AVERAGE SALARY = $60,503**
**MEDIAN SALARY = $60,000**

*† Total may not add up to 100% due to rounding off; College of Nursing and Education does not graduate students in summer semester.*

# Annual Graduate Survey

## College of Liberal Arts & Sciences:

The response rate for College of Liberal Arts & Sciences was 2,112 out of 3,011 graduates.

| UNDERGRADUATE STUDENTS | SUCCESS RATE | SEEKING |
|---|---|---|
| F/P Employment (1,372/2,112) | 65% | |
| Continuing Education (529/2,112) | 25% | |
| Not Seeking Employment (80/2,112) | 3.8% | |
| Seeking Employment (131/2,112) | | 6.2% |
| Totals† | 93.8% | 6.2% |

**AVERAGE SALARY = $38,156**
**MEDIAN SALARY = $36,000**



## College of Nursing:

The response rate for College of Nursing was 169 out of 197 graduates.

| UNDERGRADUATE STUDENTS | SUCCESS RATE | SEEKING |
|---|---|---|
| F/P Employment (160/169) | 94.7% | |
| Continuing Education (6/169) | 3.6% | |
| Not Seeking Employment (1/169) | .6% | |
| Seeking Employment (2/169) | | 1.2% |
| Totals† | 98.8% | 1.2% |

**AVERAGE SALARY = $52,752**
**MEDIAN SALARY = $52,000**

*† Total may not add up to 100% due to rounding off; College of Nursing and Education does not graduate students in summer semester.*

## Fortune 500 Companies

### Hiring UI Students in 2015-2016

Abbott Laboratories
AbbVie
Aflac Incorporated
AGCO Corporation
Alphabet
Altria Group
Amazon.com
Ameriprise Financial
Anthem
Aramark
Archer-Daniels-Midland Company
Arthur J. Gallagher & Co.
Bank of America Corporation
Baxalta Incorporated
Baxter International
Best Buy Co.
C. H. Robinson Worldwide
Casey's General Stores
Caterpillar
CDW Corporation
CIGNA Corporation
ConAgra Foods
Costco Wholesale Corporation
CVS Health Corporation
Deere & Company
Discover Financial Services
DISH Network Corporation
Dollar Tree
EMC Corporation
FedEx Corporation
First American Financial Corporation
General Electric Company
General Mills

Genesis Healthcare
Hormel Foods Corporation
HP
J.C. Penney Company
JPMorgan Chase & Co.
Kellogg Company
Kohl's Corporation
Liberty Mutual Holding Company
Lockheed Martin Corporation
Marriott International
Massachusetts Mutual Life Insurance Company
McDonald's Corporation
Monsanto Company
Motorola Solutions
Mutual of Omaha Insurance Company
Nationwide Mutual Insurance Co.
Navistar International Corporation
New York Life Insurance Company
Nordstrom
Norfolk Southern Corporation
Northrop Grumman Corporation
Northwestern Mutual Life Insurance Company
Oracle Corporation
Pacific Life
PepsiCo
Pfizer
Principal Financial Group

Prudential Financial
Rockwell Automation
Rockwell Collins
St. Jude Medical
Starbucks Corporation
State Farm Insurance Cos.
State Street Corporation
Stryker Corporation
Supervalu
Target Corporation
The Allstate Corporation
The Goldman Sachs Group
The Kraft Heinz Company
The Procter & Gamble Company
The Sherwin-Williams Company
The Walt Disney Company
Thermo Fisher Scientific
Tyson Foods
Union Pacific Corporation
United Continental Holdings
United Parcel Service
UnitedHealth Group Incorporated
US Foods Holding Corp.
Verizon Communications
Voya Financial
W.W. Grainger
Walgreens Boots Alliance, Inc.
Wal-Mart Stores
Wells Fargo & Company



 **Pomerantz Career Center**

The University of Iowa
Marvin A. and Rose Lee
Pomerantz Career Center

Click here to access the
Pomerantz Career Center
Staff

Pomerantz Career Center

100 Pomerantz Center,
Suite C310

Iowa City, Iowa 52242

319-335-1023

www.careers.uiowa.edu

The University of Iowa prohibits discrimination in employment, educational programs, and activities on the basis of race, national origin, color, creed, religion, sex, age, disability, veteran status, sexual orientation, gender identity, or associational preference. The University also affirms its commitment to providing equal opportunities and equal access to University facilities. For additional information, contact the Office of Equal Opportunity and Diversity, (319) 335-0705.

# Top Full-Time Hiring Employers 2015-2016

7G Distributing
ACT
Aerotek
Aflac
Amazon
AmeriCorps
Ann & Robert H. Lurie Children's Hospital
Bank of America Merrill Lynch
Billion Automotive
BMO Harris Bank
Bread Garden Market
Businessolver
C.H. Robinson
Cedar Rapids Community School District
Cerner
Cigna
City of Coralville
Clear Creek Amana School District
College Community School District

Cottingham & Butler
Coyote Logistics
Deloitte
Echo Global Logistics
Edward Jones
EKS&H
Enterprise Holdings
Enterprise Rent-A-Car
Epic
Ernst & Young
Fast Enterprises
GEICO
Genesis Health Systems
Google
Groupon
Guaranteed Rate
hibu
Hills Bank
HNI
Holmes Murphy & Associates

Hon
Hy-Vee
IBM
Insight Global
Integrated DNA Technologies
Iowa City Community School District
JET Program
John Deere
Kforce Inc.
Kraft-Heinz
Lutheran General Hospital
Make-A-Wish
Mayo Clinic
Medtronic
Mercy Medical Center
Mercy Medical Center North Iowa
Meredith Corporation
MidWestOne Bank
Morningstar
Muscatine Community School District

Nationwide Insurance
Neighborhood Centers of Johnson County
Northwestern Memorial Hospital
Northwestern Mutual
Northwestern University
Pariveda Solutions
PepsiCo
Principal Financial Group
PwC
Robert Half
Rockwell Collins
RSM
Scheels
Sedgwick
Shive-Hattery
Siemens
Stryker
Systems Unlimited
Tanager Place

Target
TaxAct
TEKsystems
The University of Iowa
Toyota Financial Services
Transamerica
U.S. Air Force
U.S. Army
U.S. Bank
UI Hospitals and Clinics
United Airlines
United Fire Group
UnityPoint Health
UpRight Law
Vanguard
VelocityEHS
Wells Fargo
West Liberty Community School District
Yelp