# EXHIBIT 68

**IOWA STATE UNIVERSITY**
**6-Month Post Graduation Status - Bachelor Recipients**
**Graduates from Summer 2014/Fall 2014/Spring 2015**

| COLLEGE | Number of Grads | Respondents | No Response/ Information | Employed[2] | Employment Location[7] | | | | Type Professional Employment[3] | Further Education[4] | Further Education Location[7] | | | | Type | | | Summary Post-Graduation Status | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | In Iowa | Out of Iowa | International | Location Unknown | | | In Iowa | Out of Iowa | International | Location Unknown | Additional Undergradate | Graduate School | Professional School | Placed[5] | Seeking[6] | Not Seeking |
| AgLS in-state[1] | 793 | 763 | 30 | 658 | 509 | 145 | 4 | 0 | 619 | 85 | 62 | 21 | 2 | 0 | 7 | 50 | 28 | 743 | 14 | 6 |
| Percent Respondents | | 96.2% | 3.8% | 86.2% | 77.4% | 22.0% | 0.6% | 0.0% | 94.1% | 11.1% | 72.9% | 24.7% | 2.4% | 0.0% | 8.2% | 58.8% | 32.9% | 97.4% | 1.8% | 0.8% |
| AgLS out-of-state | 192 | 179 | 13 | 129 | 46 | 83 | 0 | 0 | 121 | 39 | 10 | 26 | 3 | 0 | 3 | 27 | 9 | 168 | 4 | 7 |
| Percent Respondents | | 93.2% | 6.8% | 72.1% | 35.7% | 64.3% | 0.0% | 0.0% | 93.8% | 21.8% | 25.6% | 66.7% | 7.7% | 0.0% | 7.7% | 69.2% | 23.1% | 93.9% | 2.2% | 3.9% |
| AgLS international | 21 | 18 | 3 | 9 | 2 | 2 | 5 | 0 | 8 | 8 | 2 | 2 | 4 | 0 | 0 | 7 | 1 | 17 | 1 | 0 |
| Percent Respondents | | 85.7% | 14.3% | 50.0% | 22.2% | 22.2% | 55.6% | 0.0% | 88.9% | 44.4% | 25.0% | 25.0% | 50.0% | 0.0% | 0.0% | 87.5% | 12.5% | 94.4% | 5.6% | 0.0% |
| AgLS Sub-Total | 1,006 | 960 | 46 | 796 | 557 | 230 | 9 | 0 | 748 | 132 | 74 | 49 | 9 | 0 | 10 | 84 | 38 | 928 | 19 | 13 |
| Percent Respondents | | 95.4% | 4.6% | 82.9% | 70.0% | 28.9% | 1.1% | 0.0% | 94.0% | 13.8% | 56.1% | 37.1% | 6.8% | 0.0% | 7.6% | 63.6% | 28.8% | 96.7% | 2.0% | 1.4% |
| Business in-state | 552 | 526 | 26 | 481 | 295 | 143 | 2 | 41 | 460 | 29 | 17 | 4 | 3 | 5 | 0 | 24 | 5 | 510 | 13 | 3 |
| Percent Respondents | | 95.3% | 4.7% | 91.4% | 61.3% | 29.7% | 0.4% | 8.5% | 95.6% | 5.5% | 58.6% | 13.8% | 10.3% | 17.2% | 0.0% | 82.8% | 17.2% | 97.0% | 2.5% | 0.6% |
| Business out-of-state | 200 | 189 | 11 | 175 | 36 | 120 | 1 | 18 | 167 | 6 | 2 | 1 | 0 | 3 | 1 | 5 | 0 | 181 | 4 | 4 |
| Percent Respondents | | 94.5% | 5.5% | 92.6% | 20.6% | 68.6% | 0.6% | 10.3% | 95.4% | 3.2% | 33.3% | 16.7% | 0.0% | 50.0% | 16.7% | 83.3% | 0.0% | 95.8% | 2.1% | 2.1% |
| Business international | 150 | 116 | 34 | 52 | 13 | 11 | 18 | 10 | 48 | 52 | 13 | 13 | 9 | 17 | 0 | 52 | 0 | 104 | 9 | 3 |
| Percent Respondents | | 77.3% | 22.7% | 44.8% | 25.0% | 21.2% | 34.6% | 19.2% | 92.3% | 44.8% | 25.0% | 25.0% | 17.3% | 32.7% | 0.0% | 100.0% | 0.0% | 89.7% | 7.8% | 2.6% |
| Business Sub-Total | 902 | 831 | 71 | 708 | 344 | 274 | 21 | 69 | 675 | 87 | 32 | 18 | 12 | 25 | 1 | 81 | 5 | 795 | 26 | 10 |
| Percent Respondents | | 92.1% | 7.9% | 85.2% | 48.6% | 38.7% | 3.0% | 9.7% | 95.3% | 10.5% | 36.8% | 20.7% | 13.8% | 28.7% | 1.1% | 93.1% | 5.7% | 95.7% | 3.1% | 1.2% |
| Design in-state | 211 | 184 | 27 | 155 | 85 | 61 | 1 | 8 | 150 | 19 | 14 | 4 | 1 | 0 | 2 | 17 | 0 | 174 | 10 | 0 |
| Percent Respondents | | 87.2% | 12.8% | 84.2% | 54.8% | 39.4% | 0.6% | 5.2% | 96.8% | 10.3% | 73.7% | 21.1% | 5.3% | 0.0% | 10.5% | 89.5% | 0.0% | 94.6% | 5.4% | 0.0% |
| Design out-of-state | 117 | 107 | 10 | 94 | 12 | 74 | 1 | 7 | 91 | 10 | 3 | 7 | 0 | 0 | 1 | 9 | 0 | 104 | 3 | 0 |
| Percent Respondents | | 91.5% | 8.5% | 87.9% | 12.8% | 78.7% | 1.1% | 7.4% | 96.8% | 9.3% | 30.0% | 70.0% | 0.0% | 0.0% | 10.0% | 90.0% | 0.0% | 97.2% | 2.8% | 0.0% |
| Design international | 33 | 23 | 10 | 13 | 3 | 8 | 1 | 1 | 11 | 10 | 0 | 10 | 0 | 0 | 0 | 10 | 0 | 23 | 0 | 0 |
| Percent Respondents | | 69.7% | 30.3% | 56.5% | 23.1% | 61.5% | 7.7% | 7.7% | 84.6% | 43.5% | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 100.0% | 0.0% | 100.0% | 0.0% | 0.0% |
| Design Sub-Total | 361 | 314 | 47 | 262 | 100 | 143 | 3 | 16 | 252 | 39 | 17 | 21 | 1 | 0 | 3 | 36 | 0 | 301 | 13 | 0 |
| Percent Respondents | | 87.0% | 13.0% | 83.4% | 38.2% | 54.6% | 1.1% | 6.1% | 96.2% | 12.4% | 43.6% | 53.8% | 2.6% | 0.0% | 7.7% | 92.3% | 0.0% | 95.9% | 4.1% | 0.0% |
| Engineering in-state | 598 | 472 | 126 | 413 | 188 | 184 | 1 | 40 | 409 | 49 | 2 | 2 | 0 | 45 | 0 | 49 | 0 | 462 | 10 | 0 |
| Percent Respondents | | 78.9% | 21.1% | 87.5% | 45.5% | 44.6% | 0.2% | 9.7% | 99.0% | 10.4% | 4.1% | 4.1% | 0.0% | 91.8% | 0.0% | 100.0% | 0.0% | 97.9% | 2.1% | 0.0% |
| Engineering out-of-state | 379 | 288 | 91 | 244 | 56 | 168 | 0 | 20 | 244 | 35 | 3 | 1 | 0 | 31 | 0 | 35 | 0 | 279 | 8 | 1 |
| Percent Respondents | | 76.0% | 24.0% | 84.7% | 23.0% | 68.9% | 0.0% | 8.2% | 100.0% | 12.2% | 8.6% | 2.9% | 0.0% | 88.6% | 0.0% | 100.0% | 0.0% | 96.9% | 2.8% | 0.3% |
| Engineering international | 176 | 87 | 89 | 20 | 3 | 3 | 1 | 13 | 20 | 65 | 3 | 4 | 0 | 58 | 0 | 65 | 0 | 85 | 2 | 0 |
| Percent Respondents | | 49.4% | 50.6% | 23.0% | 15.0% | 15.0% | 5.0% | 65.0% | 100.0% | 74.7% | 4.6% | 6.2% | 0.0% | 89.2% | 0.0% | 100.0% | 0.0% | 97.7% | 2.3% | 0.0% |
| Engr Sub-total | 1,153 | 847 | 306 | 677 | 247 | 355 | 2 | 73 | 673 | 149 | 8 | 7 | 0 | 134 | 0 | 149 | 0 | 826 | 20 | 1 |
| Percent Respondents | | 73.5% | 26.5% | 79.9% | 36.5% | 52.4% | 0.3% | 10.8% | 99.4% | 17.6% | 5.4% | 4.7% | 0.0% | 89.9% | 0.0% | 100.0% | 0.0% | 97.5% | 2.4% | 0.1% |

**IOWA STATE UNIVERSITY, 2014-15, Bachelor, page 2**

| COLLEGE | Number of Grads | Respondents | No Response/ Information | Employment | | | | | | Further Education | | | | | | | | Summary Post-Graduation Status | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Location | | | | Type | | Location | | | | Type | | | | | |
| | | | | Employed | In Iowa | Out of Iowa | International | Employed Unknown | Professional Employment | Further Education | In Iowa | Out of Iowa | International | Futher Ed. Unknown | Additional Undergradate | Graduate School | Professional School | Placed | Seeking | Not Seeking |
| Human Sciences in-state | 720 | 655 | 65 | 483 | 350 | 115 | 4 | 14 | 403 | 125 | 72 | 41 | 0 | 12 | 55 | 33 | 37 | 608 | 46 | 1 |
| Percent Respondents | | 91.0% | 9.0% | 73.7% | 72.5% | 23.8% | 0.8% | 2.9% | 83.4% | 19.1% | 57.6% | 32.8% | 0.0% | 9.6% | 44.0% | 26.4% | 29.6% | 92.8% | 7.0% | 0.2% |
| Human Sciences out-of-state | 210 | 191 | 19 | 137 | 41 | 87 | 4 | 5 | 117 | 41 | 8 | 27 | 1 | 5 | 15 | 12 | 14 | 178 | 11 | 2 |
| Percent Respondents | | 91.0% | 9.0% | 71.7% | 29.9% | 63.5% | 2.9% | 3.6% | 85.4% | 21.5% | 19.5% | 65.9% | 2.4% | 12.2% | 36.6% | 29.3% | 34.1% | 93.2% | 5.8% | 1.0% |
| Human Sciences international | 18 | 12 | 6 | 8 | 4 | 3 | 1 | 0 | 7 | 4 | 1 | 0 | 0 | 3 | 2 | 2 | 0 | 12 | 0 | 0 |
| Percent Respondents | | 66.7% | 33.3% | 66.7% | 50.0% | 37.5% | 12.5% | 0.0% | 87.5% | 33.3% | 25.0% | 0.0% | 0.0% | 75.0% | 50.0% | 50.0% | 0.0% | 100.0% | 0.0% | 0.0% |
| Human Sciences Sub-total | 948 | 858 | 90 | 628 | 395 | 205 | 9 | 19 | 527 | 170 | 81 | 68 | 1 | 20 | 72 | 47 | 51 | 798 | 57 | 3 |
| Percent Respondents | | 90.5% | 9.5% | 73.2% | 62.9% | 32.6% | 1.4% | 3.0% | 83.9% | 19.8% | 47.6% | 40.0% | 0.6% | 11.8% | 42.4% | 27.6% | 30.0% | 93.0% | 6.6% | 0.3% |
| LAS in-state | 860 | 750 | 110 | 522 | 281 | 88 | 5 | 148 | 478 | 152 | 76 | 55 | 6 | 15 | 14 | 114 | 24 | 674 | 67 | 9 |
| Percent Respondents | | 87.2% | 12.8% | 69.6% | 53.8% | 16.9% | 1.0% | 28.4% | 91.6% | 20.3% | 50.0% | 36.2% | 3.9% | 9.9% | 9.2% | 75.0% | 15.8% | 89.9% | 8.9% | 1.2% |
| LAS out-of-state | 312 | 290 | 22 | 194 | 42 | 79 | 2 | 71 | 181 | 60 | 17 | 40 | 1 | 2 | 3 | 44 | 13 | 254 | 32 | 4 |
| Percent Respondents | | 92.9% | 7.1% | 66.9% | 21.6% | 40.7% | 1.0% | 36.6% | 93.3% | 20.7% | 28.3% | 66.7% | 1.7% | 3.3% | 5.0% | 73.3% | 21.7% | 87.6% | 11.0% | 1.4% |
| LAS international | 68 | 54 | 14 | 18 | 9 | 3 | 2 | 4 | 15 | 29 | 6 | 16 | 2 | 5 | 1 | 28 | 0 | 47 | 5 | 2 |
| Percent Respondents | | 79.4% | 20.6% | 33.3% | 50.0% | 16.7% | 11.1% | 22.2% | 83.3% | 53.7% | 20.7% | 55.2% | 6.9% | 17.2% | 3.4% | 96.6% | 0.0% | 87.0% | 9.3% | 3.7% |
| LAS Sub-total | 1,240 | 1,094 | 146 | 734 | 332 | 170 | 9 | 223 | 674 | 241 | 99 | 111 | 9 | 22 | 18 | 186 | 37 | 975 | 104 | 15 |
| Percent Respondents | | 88.2% | 11.8% | 67.1% | 45.2% | 23.2% | 1.2% | 30.4% | 91.8% | 22.0% | 41.1% | 46.1% | 3.7% | 9.1% | 7.5% | 77.2% | 15.4% | 89.1% | 9.5% | 1.4% |
| Total in-state | 3,734 | 3,350 | 384 | 2,712 | 1,708 | 736 | 17 | 251 | 2,519 | 459 | 243 | 127 | 12 | 77 | 78 | 287 | 94 | 3,171 | 160 | 19 |
| Percent Respondents | | 89.7% | 10.3% | 81.0% | 63.0% | 27.1% | 0.6% | 9.3% | 92.9% | 13.7% | 52.9% | 27.7% | 2.6% | 16.8% | 17.0% | 62.5% | 20.5% | 94.7% | 4.8% | 0.6% |
| Total out-of-state | 1,410 | 1,244 | 166 | 973 | 233 | 611 | 8 | 121 | 921 | 191 | 43 | 102 | 5 | 41 | 23 | 132 | 36 | 1,164 | 62 | 18 |
| Percent Respondents | | 88.2% | 11.8% | 78.2% | 23.9% | 62.8% | 0.8% | 12.4% | 94.7% | 15.4% | 22.5% | 53.4% | 2.6% | 21.5% | 12.0% | 69.1% | 18.8% | 93.6% | 5.0% | 1.4% |
| Total international | 466 | 310 | 156 | 120 | 34 | 30 | 28 | 28 | 109 | 168 | 25 | 45 | 15 | 83 | 3 | 164 | 1 | 288 | 17 | 5 |
| Percent Respondents | | 66.5% | 33.5% | 38.7% | 28.3% | 25.0% | 23.3% | 23.3% | 90.8% | 54.2% | 14.9% | 26.8% | 8.9% | 49.4% | 1.8% | 97.6% | 0.6% | 92.9% | 5.5% | 1.6% |
| TOTAL | 5,610 | 4,904 | 706 | 3,805 | 1,975 | 1,377 | 53 | 400 | 3,549 | 818 | 311 | 274 | 32 | 201 | 104 | 583 | 131 | 4,623 | 239 | 42 |
| Percent Respondents | | 87.4% | 12.6% | 77.6% | 51.9% | 36.2% | 1.4% | 10.5% | 93.3% | 16.7% | 38.0% | 33.5% | 3.9% | 24.6% | 12.7% | 71.3% | 16.0% | 94.3% | 4.9% | 0.9% |

**Summary of graduates' first destinations. Information collected by college career services offices via follow-up surveys conducted within 6 months of graduation**

[1] In-state, out-of-state, and international categories based on residency status while student

[2] Graduates responding to survey who had obtained full or part-time/temporary positions (percentage based only on respondents)

[3] Employed graduates securing professional or major-related employment (percentage based only on respondents)

[4] Graduates responding to survey who were pursuing further education (percentage based only on respondents)

[5] Graduates responding to survey who were either employed or pursuring further education (percentage based only on respondents)

[6] Graduates responding to survey who were still seeking major-related positions (percentage based only on respondents)

[7] Percentages under categories of 'Location' and 'Type' are based on those 'Employed' or continuing for 'Further education'

**IOWA STATE UNIVERSITY**
**6-Month Post Graduation Status - Masters Recipients**
**Graduates from Summer 2014/Fall 2014/Spring 2015**

| COLLEGE | Number of Grads | Respondents | No Response/ Information | Employed[2] | Employment Location[7] In Iowa | Out of Iowa | International | Location Unknown | Type Professional Employment[3] | Further Education[4] | Location[7] In Iowa | Out of Iowa | International | Location Unknown | Type Additional Undergradate | Graduate School | Professional School | Summary Post-Graduation Status Placed[5] | Seeking[6] | Not Seeking |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AgLS in-state[1] | 53 | 53 | 0 | 45 | 32 | 13 | 0 | 0 | 43 | 5 | 2 | 3 | 0 | 0 | 0 | 4 | 1 | 50 | 2 | 1 |
| Percent Respondents | | 100.0% | 0.0% | 84.9% | 71.1% | 28.9% | 0.0% | 0.0% | 95.6% | 9.4% | 40.0% | 60.0% | 0.0% | 0.0% | 0.0% | 80.0% | 20.0% | 94.3% | 3.8% | 1.9% |
| AgLS out-of-state | 44 | 44 | 0 | 36 | 4 | 31 | 1 | 0 | 36 | 5 | 2 | 2 | 1 | 0 | 0 | 5 | 0 | 41 | 1 | 2 |
| Percent Respondents | | 100.0% | 0.0% | 81.8% | 11.1% | 86.1% | 2.8% | 0.0% | 100.0% | 11.4% | 40.0% | 40.0% | 20.0% | 0.0% | 0.0% | 100.0% | 0.0% | 93.2% | 2.3% | 4.5% |
| AgLS international | 16 | 16 | 0 | 11 | 1 | 3 | 7 | 0 | 11 | 5 | 3 | 2 | 0 | 0 | 0 | 5 | 0 | 16 | 0 | 0 |
| Percent Respondents | | 100.0% | 0.0% | 68.8% | 9.1% | 27.3% | 63.6% | 0.0% | 100.0% | 31.3% | 60.0% | 40.0% | 0.0% | 0.0% | 0.0% | 100.0% | 0.0% | 100.0% | 0.0% | 0.0% |
| AgLS Sub-Total | 113 | 113 | 0 | 92 | 37 | 47 | 8 | 0 | 90 | 15 | 7 | 7 | 1 | 0 | 0 | 14 | 1 | 107 | 3 | 3 |
| Percent Respondents | | 100.0% | 0.0% | 81.4% | 40.2% | 51.1% | 8.7% | 0.0% | 97.8% | 13.3% | 46.7% | 46.7% | 6.7% | 0.0% | 0.0% | 93.3% | 6.7% | 94.7% | 2.7% | 2.7% |
| Business in-state | 51 | 51 | 0 | 51 | 43 | 8 | 0 | 0 | 51 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 51 | 0 | 0 |
| Percent Respondents | | 100.0% | 0.0% | 100.0% | 84.3% | 15.7% | 0.0% | 0.0% | 100.0% | 0.0% | | | | | | | | 100.0% | 0.0% | 0.0% |
| Business out-of-state | 6 | 6 | 0 | 6 | 2 | 4 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 |
| Percent Respondents | | 100.0% | 0.0% | 100.0% | 33.3% | 66.7% | 0.0% | 0.0% | 100.0% | 0.0% | | | | | | | | 100.0% | 0.0% | 0.0% |
| Business international | 39 | 29 | 10 | 25 | 14 | 10 | 1 | 0 | 25 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 26 | 2 | 1 |
| Percent Respondents | | 74.4% | 25.6% | 86.2% | 56.0% | 40.0% | 4.0% | 0.0% | 100.0% | 3.4% | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% | 0.0% | 89.7% | 6.9% | 3.4% |
| Business Sub-Total | 96 | 86 | 10 | 82 | 59 | 22 | 1 | 0 | 82 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 83 | 2 | 1 |
| Percent Respondents | | 89.6% | 10.4% | 95.3% | 72.0% | 26.8% | 1.2% | 0.0% | 100.0% | 1.2% | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% | 0.0% | 96.5% | 2.3% | 1.2% |
| Design in-state | 27 | 24 | 3 | 24 | 17 | 6 | 0 | 1 | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 | 0 | 0 |
| Percent Respondents | | 88.9% | 11.1% | 100.0% | 70.8% | 25.0% | 0.0% | 4.2% | 91.7% | 0.0% | | | | | | | | 100.0% | 0.0% | 0.0% |
| Design out-of-state | 10 | 10 | 0 | 10 | 6 | 4 | 0 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 |
| Percent Respondents | | 100.0% | 0.0% | 100.0% | 60.0% | 40.0% | 0.0% | 0.0% | 100.0% | 0.0% | | | | | | | | 100.0% | 0.0% | 0.0% |
| Design international | 32 | 26 | 6 | 21 | 8 | 10 | 3 | 0 | 21 | 3 | 2 | 1 | 0 | 0 | 0 | 3 | 0 | 24 | 0 | 2 |
| Percent Respondents | | 81.3% | 18.8% | 80.8% | 38.1% | 47.6% | 14.3% | 0.0% | 100.0% | 11.5% | 66.7% | 33.3% | 0.0% | 0.0% | 0.0% | 100.0% | 0.0% | 92.3% | 0.0% | 7.7% |
| Design Sub-Total | 69 | 60 | 9 | 55 | 31 | 20 | 3 | 1 | 53 | 3 | 2 | 1 | 0 | 0 | 0 | 3 | 0 | 58 | 0 | 2 |
| Percent Respondents | | 87.0% | 13.0% | 91.7% | 56.4% | 36.4% | 5.5% | 1.8% | 96.4% | 5.0% | 66.7% | 33.3% | 0.0% | 0.0% | 0.0% | 100.0% | 0.0% | 96.7% | 0.0% | 3.3% |
| Engineering in-state | 69 | 48 | 21 | 41 | 23 | 13 | 0 | 5 | 41 | 7 | 0 | 0 | 0 | 7 | 0 | 7 | 0 | 48 | 0 | 0 |
| Percent Respondents | | 69.6% | 30.4% | 85.4% | 56.1% | 31.7% | 0.0% | 12.2% | 100.0% | 14.6% | 0.0% | 0.0% | 0.0% | 100.0% | 0.0% | 100.0% | 0.0% | 100.0% | 0.0% | 0.0% |
| Engineering out-of-state | 66 | 46 | 20 | 38 | 5 | 23 | 0 | 10 | 38 | 7 | 0 | 3 | 0 | 4 | 0 | 7 | 0 | 45 | 1 | 0 |
| Percent Respondents | | 69.7% | 30.3% | 82.6% | 13.2% | 60.5% | 0.0% | 26.3% | 100.0% | 15.2% | 0.0% | 42.9% | 0.0% | 57.1% | 0.0% | 100.0% | 0.0% | 97.8% | 2.2% | 0.0% |
| Engineering international | 102 | 51 | 51 | 24 | 5 | 12 | 0 | 7 | 24 | 25 | 1 | 0 | 0 | 24 | 0 | 25 | 0 | 49 | 2 | 0 |
| Percent Respondents | | 50.0% | 50.0% | 47.1% | 20.8% | 50.0% | 0.0% | 29.2% | 100.0% | 49.0% | 4.0% | 0.0% | 0.0% | 96.0% | 0.0% | 100.0% | 0.0% | 96.1% | 3.9% | 0.0% |
| Engr Sub-total | 237 | 145 | 92 | 103 | 33 | 48 | 0 | 22 | 103 | 39 | 1 | 3 | 0 | 35 | 0 | 39 | 0 | 142 | 3 | 0 |
| Percent Respondents | | 61.2% | 38.8% | 71.0% | 32.0% | 46.6% | 0.0% | 21.4% | 100.0% | 26.9% | 2.6% | 7.7% | 0.0% | 89.7% | 0.0% | 100.0% | 0.0% | 97.9% | 2.1% | 0.0% |

**IOWA STATE UNIVERSITY, 2014-15, Masters, page 2**

| COLLEGE | Number of Grads | Respondents | No Response/ Information | Employment |||||| Further Education |||||||| Summary Post-Graduation Status |||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Location |||| Type | | Location |||| Type ||| | | |
| | | | | Employed | In Iowa | Out of Iowa | International | Employed Unknown | Professional Employment | Further Education | In Iowa | Out of Iowa | International | Further Ed. Unknown | Additional Undergradate | Graduate School | Professional School | Placed | Seeking | Not Seeking |
| Human Sciences in-state | 104 | 102 | 2 | 88 | 76 | 11 | 0 | 1 | 85 | 11 | 8 | 2 | 0 | 1 | 2 | 7 | 2 | 99 | 2 | 1 |
| Percent Respondents | | 98.1% | 1.9% | 86.3% | 86.4% | 12.5% | 0.0% | 1.1% | 96.6% | 10.8% | 72.7% | 18.2% | 0.0% | 9.1% | 18.2% | 63.6% | 18.2% | 97.1% | 2.0% | 1.0% |
| Human Sciences out-of-state | 43 | 41 | 2 | 35 | 11 | 24 | 0 | 0 | 34 | 6 | 3 | 3 | 0 | 0 | 0 | 5 | 1 | 41 | 0 | 0 |
| Percent Respondents | | 95.3% | 4.7% | 85.4% | 31.4% | 68.6% | 0.0% | 0.0% | 97.1% | 14.6% | 50.0% | 50.0% | 0.0% | 0.0% | 0.0% | 83.3% | 16.7% | 100.0% | 0.0% | 0.0% |
| Human Sciences international | 25 | 23 | 2 | 11 | 4 | 2 | 4 | 1 | 9 | 9 | 6 | 1 | 2 | 0 | 0 | 9 | 0 | 20 | 3 | 0 |
| Percent Respondents | | 92.0% | 8.0% | 47.8% | 36.4% | 18.2% | 36.4% | 9.1% | 81.8% | 39.1% | 66.7% | 11.1% | 22.2% | 0.0% | 0.0% | 100.0% | 0.0% | 87.0% | 13.0% | 0.0% |
| Human Sciences Sub-total | 172 | 166 | 6 | 134 | 91 | 37 | 4 | 2 | 128 | 26 | 17 | 6 | 2 | 1 | 2 | 21 | 3 | 160 | 5 | 1 |
| Percent Respondents | | 96.5% | 3.5% | 80.7% | 67.9% | 27.6% | 3.0% | 1.5% | 95.5% | 15.7% | 65.4% | 23.1% | 7.7% | 3.8% | 7.7% | 80.8% | 11.5% | 96.4% | 3.0% | 0.6% |
| LAS in-state | 48 | 47 | 1 | 30 | 17 | 6 | 2 | 5 | 30 | 13 | 11 | 2 | 0 | 0 | 0 | 13 | 0 | 43 | 4 | 0 |
| Percent Respondents | | 97.9% | 2.1% | 63.8% | 56.7% | 20.0% | 6.7% | 16.7% | 100.0% | 27.7% | 84.6% | 15.4% | 0.0% | 0.0% | 0.0% | 100.0% | 0.0% | 91.5% | 8.5% | 0.0% |
| LAS out-of-state | 58 | 57 | 1 | 34 | 13 | 19 | 1 | 1 | 33 | 21 | 13 | 7 | 1 | 0 | 0 | 21 | 0 | 55 | 1 | 1 |
| Percent Respondents | | 98.3% | 1.7% | 59.6% | 38.2% | 55.9% | 2.9% | 2.9% | 97.1% | 36.8% | 61.9% | 33.3% | 4.8% | 0.0% | 0.0% | 100.0% | 0.0% | 96.5% | 1.8% | 1.8% |
| LAS international | 35 | 31 | 4 | 21 | 2 | 14 | 1 | 4 | 19 | 7 | 5 | 1 | 1 | 0 | 0 | 6 | 1 | 28 | 3 | 0 |
| Percent Respondents | | 88.6% | 11.4% | 67.7% | 9.5% | 66.7% | 4.8% | 19.0% | 90.5% | 22.6% | 71.4% | 14.3% | 14.3% | 0.0% | 0.0% | 85.7% | 14.3% | 90.3% | 9.7% | 0.0% |
| LAS Sub-total | 141 | 135 | 6 | 85 | 32 | 39 | 4 | 10 | 82 | 41 | 29 | 10 | 2 | 0 | 0 | 40 | 1 | 126 | 8 | 1 |
| Percent Respondents | | 95.7% | 4.3% | 63.0% | 37.6% | 45.9% | 4.7% | 11.8% | 96.5% | 30.4% | 70.7% | 24.4% | 4.9% | 0.0% | 0.0% | 97.6% | 2.4% | 93.3% | 5.9% | 0.7% |
| Vet Med in-state | 23 | 17 | 6 | 8 | 6 | 1 | 0 | 1 | 8 | 9 | 6 | 3 | 0 | 0 | 0 | 1 | 7 | 17 | 0 | 0 |
| Percent Respondents | | 73.9% | 26.1% | 47.1% | 75.0% | 12.5% | 0.0% | 12.5% | 100.0% | 52.9% | 66.7% | 33.3% | 0.0% | 0.0% | 0.0% | 11.1% | 77.8% | 100.0% | 0.0% | 0.0% |
| Vet Med out-of-state | 9 | 7 | 2 | 3 | 0 | 3 | 0 | 0 | 3 | 4 | 0 | 4 | 0 | 0 | 0 | 0 | 4 | 7 | 0 | 0 |
| Percent Respondents | | 77.8% | 22.2% | 42.9% | 0.0% | 100.0% | 0.0% | 0.0% | 100.0% | 57.1% | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% | 100.0% | 0.0% | 0.0% |
| Vet Med international | 6 | 1 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 |
| Percent Respondents | | 16.7% | 83.3% | 0.0% | | | | | | 100.0% | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 100.0% | 0.0% | 100.0% | 0.0% | 0.0% |
| Vet Med Sub-total | 38 | 25 | 13 | 11 | 6 | 4 | 0 | 1 | 11 | 14 | 6 | 8 | 0 | 0 | 0 | 2 | 11 | 25 | 0 | 0 |
| Percent Respondents | | 65.8% | 34.2% | 44.0% | 54.5% | 36.4% | 0.0% | 9.1% | 100.0% | 56.0% | 42.9% | 57.1% | 0.0% | 0.0% | 0.0% | 14.3% | 78.6% | 100.0% | 0.0% | 0.0% |
| Total in-state | 375 | 342 | 33 | 279 | 179 | 50 | 2 | 64 | 229 | 45 | 27 | 10 | 0 | 8 | 2 | 32 | 61 | 332 | 8 | 2 |
| Percent Respondents | | 91.2% | 8.8% | 81.6% | 64.2% | 17.9% | 0.7% | 22.9% | 82.1% | 13.2% | 60.0% | 22.2% | 0.0% | 17.8% | 4.4% | 71.1% | 135.6% | 97.1% | 2.3% | 0.6% |
| Total out-of-state | 236 | 211 | 25 | 158 | 43 | 104 | 2 | 17 | 154 | 43 | 18 | 19 | 2 | 4 | 0 | 38 | 11 | 205 | 3 | 3 |
| Percent Respondents | | 89.4% | 10.6% | 74.9% | 27.2% | 65.8% | 1.3% | 10.8% | 97.5% | 20.4% | 41.9% | 44.2% | 4.7% | 9.3% | 0.0% | 88.4% | 25.6% | 97.2% | 1.4% | 1.4% |
| Total international | 255 | 177 | 78 | 102 | 30 | 42 | 15 | 37 | 85 | 51 | 17 | 6 | 3 | 24 | 1 | 49 | 27 | 164 | 10 | 3 |
| Percent Respondents | | 69.4% | 30.6% | 57.6% | 29.4% | 41.2% | 14.7% | 36.3% | 83.3% | 28.8% | 33.3% | 11.8% | 5.9% | 47.1% | 2.0% | 96.1% | 52.9% | 92.7% | 5.6% | 1.7% |
| TOTAL | 866 | 730 | 136 | 539 | 252 | 196 | 19 | 118 | 468 | 139 | 62 | 35 | 5 | 36 | 3 | 119 | 99 | 701 | 21 | 8 |
| Percent Respondents | | 84.3% | 15.7% | 73.8% | 46.8% | 36.4% | 3.5% | 21.9% | 86.8% | 19.0% | 44.6% | 25.2% | 3.6% | 25.9% | 2.2% | 85.6% | 71.2% | 96.0% | 2.9% | 1.1% |

**Summary of graduates' first destinations.  Information collected by college career services offices via follow-up surveys conducted within 6 months of graduation**

[1] In-state, out-of-state, and international caetegories based on residency status while student

[2] Graduates responding to survey who had obtained full or part-time/temporary positions  (percentage based only on respondents)

[3] Employed graduates securing professional or major-related employment (percentage based only on respondents)

[4] Graduates responding to survey who were pursuing further education (percentage based only on respondents)

[5] Graduates responding to survey who were either employed or pursuring further education (percentage based only on respondents)

[6] Graduates responding to survey who were still seeking major-related positions  (percentage based only on respondents)

[7] Percentages under categories of 'Location' and 'Type' are based on those 'Employed' or continuing for 'Further education'

**IOWA STATE UNIVERSITY**
**6-Month Post Graduation Status - Doctoral Recipients**
**Graduates from Summer 2014/Fall 2014/Spring 2015**

| COLLEGE | Number of Grads | Respondents | No Response/ Information | Employed[2] | Employment Location[7] ||||  Type Professional Employment[3] | Further Education[4] | Further Education Location[7] |||| Type |||  Summary Post-Graduation Status |||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | In Iowa | Out of Iowa | International | Location Unknown | | | In Iowa | Out of Iowa | International | Location Unknown | Additional Undergradate | Graduate School | Professional School | Placed[5] | Seeking[6] | Not Seeking |
| AgLS in-state[1] | 13 | 13 | 0 | 13 | 10 | 3 | 0 | 0 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 0 | 0 |
| Percent Respondents | | 100.0% | 0.0% | 100.0% | 76.9% | 23.1% | 0.0% | 0.0% | 100.0% | 0.0% | | | | | | | | 100.0% | 0.0% | 0.0% |
| AgLS out-of-state | 18 | 16 | 2 | 16 | 3 | 11 | 2 | 0 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 0 | 0 |
| Percent Respondents | | 88.9% | 11.1% | 100.0% | 18.8% | 68.8% | 12.5% | 0.0% | 100.0% | 0.0% | | | | | | | | 100.0% | 0.0% | 0.0% |
| AgLS international | 26 | 26 | 0 | 25 | 8 | 7 | 10 | 0 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25 | 1 | 0 |
| Percent Respondents | | 100.0% | 0.0% | 96.2% | 32.0% | 28.0% | 40.0% | 0.0% | 100.0% | 0.0% | | | | | | | | 96.2% | 3.8% | 0.0% |
| AgLS Sub-Total | 57 | 55 | 2 | 54 | 21 | 21 | 12 | 0 | 54 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 54 | 1 | 0 |
| Percent Respondents | | 96.5% | 3.5% | 98.2% | 38.9% | 38.9% | 22.2% | 0.0% | 100.0% | 0.0% | | | | | | | | 98.2% | 1.8% | 0.0% |
| Business in-state | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Percent Respondents | | | | | | | | | | | | | | | | | | | | |
| Business out-of-state | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Percent Respondents | | | | | | | | | | | | | | | | | | | | |
| Business international | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Percent Respondents | | | | | | | | | | | | | | | | | | | | |
| Business Sub-Total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Percent Respondents | | | | | | | | | | | | | | | | | | | | |
| Design in-state | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Percent Respondents | | | | | | | | | | | | | | | | | | | | |
| Design out-of-state | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Percent Respondents | | | | | | | | | | | | | | | | | | | | |
| Design international | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Percent Respondents | | | | | | | | | | | | | | | | | | | | |
| Design Sub-Total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Percent Respondents | | | | | | | | | | | | | | | | | | | | |
| Engineering in-state | 14 | 11 | 3 | 11 | 4 | 4 | 1 | 2 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 0 | 0 |
| Percent Respondents | | 78.6% | 21.4% | 100.0% | 36.4% | 36.4% | 9.1% | 18.2% | 100.0% | 0.0% | | | | | | | | 100.0% | 0.0% | 0.0% |
| Engineering out-of-state | 15 | 12 | 3 | 11 | 2 | 7 | 0 | 2 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 1 | 0 |
| Percent Respondents | | 80.0% | 20.0% | 91.7% | 18.2% | 63.6% | 0.0% | 18.2% | 100.0% | 0.0% | | | | | | | | 91.7% | 8.3% | 0.0% |
| Engineering international | 52 | 34 | 18 | 34 | 7 | 17 | 1 | 9 | 34 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34 | 0 | 0 |
| Percent Respondents | | 65.4% | 34.6% | 100.0% | 20.6% | 50.0% | 2.9% | 26.5% | 100.0% | 0.0% | | | | | | | | 100.0% | 0.0% | 0.0% |
| Engr Sub-total | 81 | 57 | 24 | 56 | 13 | 28 | 2 | 13 | 56 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 56 | 1 | 0 |
| Percent Respondents | | 70.4% | 29.6% | 98.2% | 23.2% | 50.0% | 3.6% | 23.2% | 100.0% | 0.0% | | | | | | | | 98.2% | 1.8% | 0.0% |

**IOWA STATE UNIVERSITY, 2014-15, Doctoral, page 2**

| COLLEGE | Number of Grads | Survey Respondents | No Response/ Information | Employment | | | | | | Further Education | | | | | | | | Summary Post-Graduation Status | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Location | | | | Type | | Location | | | | Type | | | | | |
| | | | | Employed | In Iowa | Out of Iowa | International | Employed Unknown | Professional Employment | Further Education | In Iowa | Out of Iowa | International | Futher Ed. Unknown | Additional Undergradate | Graduate School | Professional School | Placed | Seeking | Not Seeking |
| Human Sciences in-state | 17 | 17 | 0 | 16 | 14 | 2 | 0 | 0 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 1 | 0 |
| Percent Respondents | | 100.0% | 0.0% | 94.1% | 87.5% | 12.5% | 0.0% | 0.0% | 100.0% | 0.0% | | | | | | | | 94.1% | 5.9% | 0.0% |
| Human Sciences out-of-state | 8 | 8 | 0 | 8 | 3 | 5 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 |
| Percent Respondents | | 100.0% | 0.0% | 100.0% | 37.5% | 62.5% | 0.0% | 0.0% | 100.0% | 0.0% | | | | | | | | 100.0% | 0.0% | 0.0% |
| Human Sciences international | 14 | 13 | 1 | 12 | 4 | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 1 | 0 |
| Percent Respondents | | 92.9% | 7.1% | 92.3% | 33.3% | 50.0% | 16.7% | 0.0% | 0.0% | 0.0% | | | | | | | | 92.3% | 7.7% | 0.0% |
| Human Sciences Sub-total | 39 | 38 | 1 | 36 | 21 | 13 | 2 | 0 | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 36 | 2 | 0 |
| Percent Respondents | | 97.4% | 2.6% | 94.7% | 58.3% | 36.1% | 5.6% | 0.0% | 66.7% | 0.0% | | | | | | | | 94.7% | 5.3% | 0.0% |
| LAS in-state | 22 | 19 | 3 | 17 | 7 | 9 | 0 | 1 | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 1 | 1 |
| Percent Respondents | | 86.4% | 13.6% | 89.5% | 41.2% | 52.9% | 0.0% | 5.9% | 100.0% | 0.0% | | | | | | | | 89.5% | 5.3% | 5.3% |
| LAS out-of-state | 49 | 46 | 3 | 44 | 11 | 24 | 2 | 7 | 44 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 45 | 1 | 0 |
| Percent Respondents | | 93.9% | 6.1% | 95.7% | 25.0% | 54.5% | 4.5% | 15.9% | 100.0% | 2.2% | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 100.0% | 0.0% | 97.8% | 2.2% | 0.0% |
| LAS international | 61 | 58 | 3 | 55 | 7 | 36 | 5 | 7 | 55 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 56 | 1 | 1 |
| Percent Respondents | | 95.1% | 4.9% | 94.8% | 12.7% | 65.5% | 9.1% | 12.7% | 100.0% | 1.7% | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 100.0% | 0.0% | 96.6% | 1.7% | 1.7% |
| LAS Sub-total | 132 | 123 | 9 | 116 | 25 | 69 | 7 | 15 | 116 | 2 | 0 | 2 | 0 | 0 | 0 | 2 | 0 | 118 | 3 | 2 |
| Percent Respondents | | 93.2% | 6.8% | 94.3% | 21.6% | 59.5% | 6.0% | 12.9% | 100.0% | 1.6% | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 100.0% | 0.0% | 95.9% | 2.4% | 1.6% |
| Vet Med in-state | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| Percent Respondents | | 100.0% | 0.0% | 100.0% | 100.0% | 0.0% | 0.0% | 0.0% | 100.0% | 0.0% | | | | | | | | 100.0% | 0.0% | 0.0% |
| Vet Med out-of-state | 3 | 3 | 0 | 3 | 0 | 2 | 0 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 |
| Percent Respondents | | 100.0% | 0.0% | 100.0% | 0.0% | 66.7% | 0.0% | 33.3% | 100.0% | 0.0% | | | | | | | | 100.0% | 0.0% | 0.0% |
| Vet Med international | 2 | 2 | 0 | 2 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |
| Percent Respondents | | 100.0% | 0.0% | 100.0% | 0.0% | 0.0% | 100.0% | 0.0% | 100.0% | 0.0% | | | | | | | | 100.0% | 0.0% | 0.0% |
| Vet Med Sub-total | 6 | 6 | 0 | 6 | 1 | 2 | 2 | 1 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 |
| Percent Respondents | | 100.0% | 0.0% | 100.0% | 16.7% | 33.3% | 33.3% | 16.7% | 100.0% | 0.0% | | | | | | | | 100.0% | 0.0% | 0.0% |
| Total in-state | 66 | 61 | 5 | 58 | 36 | 18 | 1 | 3 | 58 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 58 | 2 | 1 |
| Percent Respondents | | 92.4% | 7.6% | 95.1% | 62.1% | 31.0% | 1.7% | 5.2% | 100.0% | 0.0% | | | | | | | | 95.1% | 3.3% | 1.6% |
| Total out-of-state | 90 | 85 | 5 | 82 | 19 | 49 | 4 | 10 | 82 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 83 | 2 | 0 |
| Percent Respondents | | 94.4% | 5.6% | 96.5% | 23.2% | 59.8% | 4.9% | 12.2% | 100.0% | 1.2% | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 100.0% | 0.0% | 97.6% | 2.4% | 0.0% |
| Total international | 153 | 133 | 20 | 128 | 26 | 66 | 20 | 16 | 116 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 129 | 3 | 1 |
| Percent Respondents | | 86.9% | 13.1% | 96.2% | 20.3% | 51.6% | 15.6% | 12.5% | 90.6% | 0.8% | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 100.0% | 0.0% | 97.0% | 2.3% | 0.8% |
| TOTAL | 309 | 279 | 30 | 268 | 81 | 133 | 25 | 29 | 256 | 2 | 0 | 2 | 0 | 0 | 0 | 2 | 0 | 270 | 7 | 2 |
| Percent Respondents | | 90.3% | 9.7% | 96.1% | 30.2% | 49.6% | 9.3% | 10.8% | 95.5% | 0.7% | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 100.0% | 0.0% | 96.8% | 2.5% | 0.7% |

**Summary of graduates' first destinations. Information collected by college career services offices via follow-up surveys conducted within 6 months of graduation**

[1] In-state, out-of-state, and international categories based on residency status while student

[2] Graduates responding to survey who had obtained full or part-time/temporary positions (percentage based only on respondents)

[3] Employed graduates securing professional or major-related employment (percentage based only on respondents)

[4] Graduates responding to survey who were pursuing further education (percentage based only on respondents)

[5] Graduates responding to survey who were either employed or pursuring further education (percentage based only on respondents)

[6] Graduates responding to survey who were still seeking major-related positions (percentage based only on respondents)

[7] Percentages under categories of 'Location' and 'Type' are based on those 'Employed' or continuing for 'Further education'

**IOWA STATE UNIVERSITY**
**6-Month Post Graduation Status - D.V.M. Recipients**
**Graduates from Summer 2014/Fall 2014/Spring 2015**

| COLLEGE | Number of Grads | Survey Respondents | No Information | Employed[2] | Employment — Location[7] — In Iowa | Out of Iowa | International | Location Unknown | Employment — Type — Professional Employment[3] | Further Education[4] | Further Education — Location[7] — In Iowa | Out of Iowa | International | Location Unknown | Further Education — Type — Additional Undergradate | Graduate School | Professional School | Summary — Placed[5] | Seeking[6] | Not Seeking |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vet Med in-state[1] | 65 | 36 | 29 | 30 | 6 | 24 | 0 | 6 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 | 0 | 1 |
| Percent Respondents | | 55.4% | 44.6% | 83.3% | 20.0% | 80.0% | 0.0% | 20.0% | 100.0% | 0.0% | | | | | | | | 83.3% | 0.0% | 2.8% |
| Vet Med out-of-state | 81 | 80 | 1 | 68 | 2 | 65 | 0 | 13 | 68 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 68 | 0 | 1 |
| Percent Respondents | | 98.8% | 1.2% | 85.0% | 2.9% | 95.6% | 0.0% | 19.1% | 100.0% | 0.0% | | | | | | | | 85.0% | 0.0% | 1.3% |
| Vet Med international | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Percent Respondents | | 0.0% | 100.0% | | | | | | | | | | | | | | | | | |
| Vet Med Total | 147 | 116 | 31 | 98 | 8 | 89 | 0 | 19 | 98 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 98 | 0 | 2 |
| Percent Respondents | | 78.9% | 21.1% | 84.5% | 8.2% | 90.8% | 0.0% | 19.4% | 100.0% | 0.0% | | | | | | | | 84.5% | 0.0% | 1.7% |

**Summary of graduates' first destinations.** Information collected by college career services offices via follow-up surveys conducted within 6 months of graduation

[1] In-state, out-of-state, and international categories based on residency status while student

[2] Graduates responding to survey who had obtained full or part-time/temporary positions (percentage based only on respondents)

[3] Employed graduates securing professional or major-related employment (percentage based only on respondents)

[4] Graduates responding to survey who were pursuing further education (percentage based only on respondents)

[5] Graduates responding to survey who were either employed or pursuring further education (percentage based only on respondents)

[6] Graduates responding to survey who were still seeking major-related positions (percentage based only on respondents)

[7] Percentages under categories of 'Location' and 'Type' are based on those 'Employed' or continuing for 'Further education'