# EXHIBIT 71

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>                Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>                Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

**DECLARATION OF I.T.**

I, I.T., declare as follows:

1. My name is I.T. I am 18 years old and a student at the Massachusetts Institute of Technology in Cambridge, Massachusetts.

2. I have personal knowledge of the matters set forth below.

3. I was born in Monterrey, Mexico, and was brought to the United States by my parents when I was 8 years old. I was too young to understand what was going on, but my parents tell me that they were really struggling financially in Mexico and came to the U.S. to try to make a better living. My father, for example, was making less than $20 a week working in Mexico, and was having a very hard time supporting our family.

4. We lived in South Carolina for almost two years, and then moved to Houston, Texas, where I went to middle and high school.

5. I applied for and received DACA status at the beginning of 2017. I applied for DACA because I needed to get a job to help support my family.

6. Receiving DACA status has helped me enormously. I was able to get a social security number, which allowed me to get a paid internship at AT&T and a job as a cook in a restaurant. I was also able to get my driver's license, which allowed me to get to and from work.

7. I don't know if I would have been able to attend college without DACA. College is expensive, and working has allowed me to help pay for college and support my family.

8. I applied to MIT because I am passionate about engineering and making the world a better place. Someday I would like to work for NASA, Boeing, or perhaps the Air Force, inventing ways to make people's lives better through technology. I could also see myself founding my

1

own company and applying for patents. I am particularly interested in autonomous equipment and ways to help aircraft travel at the speed of sound without using so much fuel.

9. Losing DACA status would make my life extraordinarily difficult. I would lose my social security card and my driver's license, and therefore my ability to work and support myself and my family through school. I would also face the threat of deportation, which would destroy my future at MIT and send me back to a country that I left when I was a little boy.

10. DACA helps so many students. I know so many young people whose lives have been changed through the program. We are good people, with good intentions. We only want to make a better life for ourselves.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4 day of September, 2017.

_I.T_

I.T.