# EXHIBIT 72

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

## DECLARATION OF RENATA BORGES TEODORO

I, Renata Borges Teodoro, declare as follows:

1. My name is Renata Borges Teodoro. I am 29 years old and currently live in Dorchester, Massachusetts.

2. I have personal knowledge of the matters set forth below.

3. My parents are from Brazil. I was brought to the United States when I was six years old. Soon after we arrived, my family moved to Massachusetts to be near to the large Brazilian community here. I have lived in Massachusetts for more than 20 years.

4. The DACA program has changed my life. I applied for DACA the day it became available in 2012. My application was approved in March 2013, and since then I have been able to get a work permit, a social security number, a credit card, and in-state tuition at the University of Massachusetts-Boston. I was also able to receive health insurance through my work for the first time, which allowed me to obtain critical health services that I had been putting off because I didn't have insurance.

5. I graduated in May 2017 from UMass-Boston with a Bachelor's Degree in Philosophy and Public Policy. I likely would not have finished my degree without DACA, since it allowed me to pay a reduced tuition rate and also to get a job on campus, which allowed me to attend school full-time rather than working elsewhere.

6. I recently received a renewal of my DACA status until July 2019, and am currently looking for a job to put my degree to good use. I am passionate about immigrants' rights, community development, and higher education, and I hope someday to work for a foundation that funds community-based nonprofit work.

1

7. Obtaining DACA status also allowed me to travel outside the country for the first time since I was brought here as a child. My family now lives in Brazil, and for years I was unable to visit them. With DACA, however, I was able to apply for advanced parole and I have visited them four times since 2013. Those reunions have been unbelievably special to me.

8. If DACA status were taken away, life would become extraordinarily hard for me. I would lose my work permit, my social security number, and my ability to travel. I would probably not be able to find a decent job, since almost all jobs that require a college degree also require a work permit.

9. I would also face the prospect of imminent deportation. How can I build a life for myself if I am afraid of being deported?

10. I was brought to this country at age 6. The United States is really all I know. I have paid taxes for years. I have gone to school and earned my degree. I have strived to do everything right. DACA has provided me with an opportunity to build a life here. Rescinding it now would take all that away.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __1__ day of September, 2017.

_____
Renata Borges Teodoro