# EXHIBIT 73

Case 1:17-cv-05228-NGG-VMS   Document 55-73   Filed 10/04/17   Page 2 of 8 PageID #: 2693



# CAREER *Ready*

**95% Success**

984   Unique Employers Hired UNI Grads
7047  Jobs Posted in 2015-2016
500+  Employers Visited UNI

**UNI Career Services** | **2016**

# UNI EXPERIENCE



**70%** Related Experience
70% of UNI students graduate with related experience through internships, field experiences, and student teaching

**74%** Involved as Students
74% were involved as students in student organizations and community service.

**90%** Work While in College
90% worked at least part-time with most working between 16-20 hours/week



**95% SUCCESS**
95% of UNI graduates were successful in their First Destination Goal within 6 months of graduation

## EXECUTIVE OVERVIEW



**78% Employed Full-Time**

**86% Knowledge Rate**

**12% Continued Education**

- 3% Employed Part-Time
- >1% Military
- 5% Still seeking
- 1% Other, Not Seeking

## READY TO LEAD

In UNI's Office of Career Services, our research and practice has allowed us to develop a roadmap for success. While each student's path is unique, our research has found that students who maintain a 3+2+2 ratio across the areas of academics, professional experiences and leadership are, in fact, career ready.

The skills, as identified by the National Association of Colleges and Employers, include:

**ACADEMIC 3 PREPRO**

**LEADERSHIP 2 LEADERSHIP**

**PREPRO 2 ACADEMIC**

- Critical Thinking/Problem Solving
- Oral/Written Communication
- Teamwork/Collaboration
- IT Application
- Leadership
- Professionalism/Work Ethic
- Career Management

UNI students can check on their preperation by using the UNI Professional Development Assessment, a tool created at UNI to provide a check-up on progress toward a career goal at uni.edu/careerservices/trends

## IOWA FOCUSED

92% of students from Iowa stayed in Iowa (4/5 total). The grads who left Iowa landed in 46 different states.

## $42k AVG. WAGE

$42k average wage
$40k median wage
*(self-reported)*



## Experiential Education at UNI

- 36% Internship: For Credit
- 30% No Experiential Education Reported
- 30% Curriculum Required Experience (student teaching, field experience, etc.)
- 4% Internship: Transcript Notation

**79%** Paid Internships

**$13.80** Average Wage

**25 hr/wk** Average Hours



## UNI Student Employment

**5406 Students Employed**
UNI students make up the largest employment group at UNI providing the campus with 45k+ Labor hours.

**$8.16** Average Wage

**8.8** Avg. Hours/Week
Hours range from 4 - 20

### UNI Grad AH/W*

- 0: 10%
- 5-10: 11%
- 11-15: 25%
- 16-20: 26%
- 21-29: 15%
- 30+: 13%

* Average Hours/Week (AH/W) Self-Reported, includes both campus jobs and off-campus employment

## Top Lists

### Destination of UNI Grads
1. Des Moines Area (16%)
2. Cedar Falls/Waterloo (15%)
3. Cedar Rapids Area (6%)
4. Dubuque Area (3%)
5. Minneapolis, MN (2%)
   Denver, CO (2%)
   Chicago, IL (2%)
   Quad Cities (2%)

### Most Hires in 2016
UNI students were hired by **984 unique employers.** Below is the list of employers who hired multiple graduates.

(Alphabetical, top 25)
AEA 267
AEA Grant Wood
AmeriCorps
Ankeny Comm. Schools
Banno by JHA
Cedar Rapids Comm Schools
Council Bluffs Comm Schools
Davenport Comm Schools
Deloitte
Des Moines Public Schools
Ernst & Young
Hy-Vee
Iowa City Comm Schools
John Deere
Lutheran Services in Iowa
Mason City Schools
Mercy Medical Centers
PwC
Principal Financial Group
RSM
Target Corporation
Transamerica
Veridian Comm Credit Union
Waterloo Comm Schools
Wells Fargo

### Continuing Ed Program Types
1. Masters Program (55%)
2. Professional/Doctoral (26%)
3. Associates/Certificate (11%)
4. 2nd Bachelors (6%)
5. Other Education Training (2%)

### Continuing Ed Destination
(Alphabetical, top 10)
Allen College
Arizona State University
Creighton University
Des Moines University
Iowa State University
Minnesota State University
Palmer College of Chiropractic
University of Iowa
University of Northern Iowa
University of Wisconsin



### UNI's Largest Recruitment Events

1. **Fall 2015 Job & Internship Fair**
   1249 Candidates | 189 Employers

2. **Spring 2016 Job & Internship Fair**
   1033 Candidates | 146 Employers

3. **UNI Overseas Teacher Fair**
   501 Candidates | 141 Schools

4. **UNI Teaching Fair**
   267 Candidates | 66 Schools



## Community Focused
**[C] 60% of UNI Grads | $38,270**

| | | |
|---|---|---|
| C1 | **Education: Teaching** | 32% of UNI Grads | $37,565 |
| C2 | **Education: Services & Admin** | 9% of UNI Grads | $44,046 |
| C3 | **Health & Wellness** | 9% of UNI Grads | $43,293 |
| C4 | **Non-Profit & Social Services** | 8% of UNI Grads | $28,099 |
| C5 | **Community & Government** | 2% of UNI Grads | $38,667 |



## Business & Industry
**[B] 28% of UNI Grads | $40,160**

| | | |
|---|---|---|
| B1 | **Accounting & Financial Services** | 11% of UNI Grads | $49,811 |
| B2 | **Sales, Customer Care, & Retail** | 10% of UNI Grads | $31,068 |
| B3 | **Operations & Supply Mgmt** | 3% of UNI Grads | $41,604 |
| B4 | **Marketing & Advertising** | 2% of UNI Grads | $36,400 |
| B5 | **Sports, Entertainment, & Events** | 2% of UNI Grads | $27,580 |



## S.T.E.M.
Science, Technology, Engineering, and Math
**[S] 9% of UNI Grads | $40,321**

| | | |
|---|---|---|
| S1 | **Manufacturing & Engineering** | 3% of UNI Grads | $54,889 |
| S2 | **Information Technology** | 3% of UNI Grads | $53,590 |
| S3 | **Research & Analytics** | 2% of UNI Grads | $35,400 |
| S4 | **Construction & Trades** | 1% of UNI Grads | $48,975 |



## Arts
**[A1] 3% of UNI Grads | $32,540**

## Why Not List Salary by Major?

It seems to be a common request to know what majors have the highest salaries. The challenge with this way of thinking is that most majors are not monolithic in job function or industry. Since 2/3 of all jobs posted at UNI do not specify a preferred major, a better measure of earning potential is by job function and industry.

To source potential earnings, identify the top job function of each department and match to the listings on this page. These are for undergraduate programs only.

**For the record:**
- Highest $54,889 for Manufacturing & Engineering
- Lowest: $27,580 for Sports, Entertainment, & Events

### Data Collection
Data is collected by UNI Career Services one month prior to graduation and is completed 6 months post graduation. Data collection follows the standards established by the National Association of Colleges and Employers (NACE).

**Report Includes Following Classes:**
- August 2015
- December 2015
- May 2016

**Collection Methods:**
- Social Media (47%)
- Survey (25%)
- Phone Call (18%)
- Employer/Department Report (7%)
- Iowa Board of Education (3%)

### Definition of Terms
**Success:** Percent of graduates who identified meeting First Destination Goals.

**Knowledge:** Graduates for who UNI has reasonable information regarding post graduation plans.

**Employed:** Includes professional positions that are full-time, part-time professional, substitute, and other forms of employment.

**Continuing Education:** Any student who pursued further academic training including certificates, associates/trade, bachelors, masters, professional, and doctorate programs.

**Other:** Represents military service, entreprenuers, pro/semi-pro athletes, performers, and those not seeking employment for any reason.

**Related:** Based upon survey results, the percent of students who indicated their major led to a matching career.

**Function:** The top job functions of graduates from the department.

## Undergraduate Departments/Majors

| Department/Major | success % | grads | knowledge | employed | cont. ed | other | still seeking | related | function |
|---|---|---|---|---|---|---|---|---|---|
| **Accounting** | 98% | 111 | 97 \| 87% | 53 \| 55% | 36 \| 37% | 6 \| 6% | 2 \| 2% | 95% | B1, B2, B5 |
| **Art (Dept)** | 93% | 57 | 40 \| 70% | 32 \| 80% | 5 \| 13% | 0 \| 0% | 3 \| 8% | 78% | C1, A1, S2 |
| Art | 100% | 14 | 12 \| 86% | 12 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% | | |
| Art: History Emphasis | 92% | 16 | 12 \| 75% | 9 \| 75% | 2 \| 17% | 0 \| 0% | 1 \| 8% | | |
| Art: Studio BFA | 100% | 8 | 6 \| 75% | 5 \| 83% | 1 \| 17% | 0 \| 0% | 0 \| 0% | | |
| Art: Studio Emphasis | 80% | 18 | 10 \| 56% | 6 \| 60% | 2 \| 20% | 0 \| 0% | 2 \| 20% | | |
| Graphic Design | | 1 | 0 \| 0% | 0 \| | 0 \| | 0 \| | 0 \| | | |
| **Biology (Dept)** | 97% | 118 | 98 \| 83% | 52 \| 53% | 42 \| 43% | 1 \| 1% | 3 \| 3% | 84% | C3, S3, B2 |
| Biology | 99% | 97 | 82 \| 85% | 45 \| 55% | 35 \| 43% | 1 \| 1% | 1 \| 1% | | |
| Biology - Honors Research | 78% | 10 | 9 \| 90% | 3 \| 33% | 4 \| 44% | 0 \| 0% | 2 \| 22% | | |
| Biology: Biomedical | 100% | 9 | 7 \| 78% | 4 \| 57% | 3 \| 43% | 0 \| 0% | 0 \| 0% | | |
| Biology: Ecology & Systematics | | 1 | 0 \| 0% | 0 \| | 0 \| | 0 \| | 0 \| | | |
| Biotechnology | | 1 | 0 \| 0% | 0 \| | 0 \| | 0 \| | 0 \| | | |
| **Chemistry & Biochem (Dept)** | 95% | 45 | 37 \| 82% | 21 \| 57% | 13 \| 35% | 1 \| 3% | 2 \| 5% | 100% | C3, S3 |
| Biochemistry | 100% | 13 | 8 \| 62% | 5 \| 63% | 3 \| 38% | 0 \| 0% | 0 \| 0% | | |
| Chemistry | 93% | 31 | 28 \| 90% | 15 \| 54% | 10 \| 36% | 1 \| 4% | 2 \| 7% | | |
| Chemistry - Marketing | 100% | 1 | 1 \| 100% | 1 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% | | |
| **Comm. Sciences & Disorders** | 80% | 6 | 5 \| 83% | 3 \| 60% | 1 \| 20% | 0 \| 0% | 1 \| 20% | 95% | C3, C2 |
| **Communication Studies (Dept)** | 90% | 167 | 154 \| 92% | 125 \| 81% | 12 \| 8% | 1 \| 1% | 16 \| 10% | 81% | B2, B1, B4 |
| Communication | 85% | 75 | 67 \| 89% | 48 \| 72% | 8 \| 12% | 1 \| 1% | 10 \| 15% | | |
| Electronic Media | 75% | 4 | 4 \| 100% | 3 \| 75% | 0 \| 0% | 0 \| 0% | 1 \| 25% | | |
| General Comm | 100% | 3 | 3 \| 100% | 3 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% | | |
| Public Relations | 93% | 76 | 73 \| 96% | 64 \| 88% | 4 \| 5% | 0 \| 0% | 5 \| 7% | | |
| Interactive Digital Studies | 100% | 9 | 7 \| 78% | 7 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% | | |
| **Computer Science (Dept)** | 96% | 32 | 25 \| 78% | 23 \| 92% | 1 \| 4% | 0 \| 0% | 1 \| 4% | 100% | S2, B1 |
| Computer Science | 95% | 28 | 22 \| 79% | 20 \| 91% | 1 \| 5% | 0 \| 0% | 1 \| 5% | | |
| Networking & System Admin. | 100% | 4 | 3 \| 75% | 3 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% | | |
| **Curriculum & Instruction (Dept)** | 98% | 375 | 352 \| 94% | 335 \| 95% | 8 \| 2% | 1 \| 0% | 8 \| 2% | 96% | C1, B2, C2 |
| Early Childhood Education | 100% | 71 | 69 \| 97% | 68 \| 99% | 1 \| 1% | 0 \| 0% | 0 \| 0% | | |
| Educational Technology | 100% | 6 | 4 \| 67% | 4 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% | | |
| Elementary Education | 97% | 254 | 236 \| 93% | 222 \| 94% | 5 \| 2% | 1 \| 0% | 8 \| 3% | | |
| Middle Level Educ Dual Major | 100% | 44 | 43 \| 98% | 41 \| 95% | 2 \| 5% | 0 \| 0% | 0 \| 0% | | |
| **Earth Science (Dept)** | 100% | 15 | 13 \| 87% | 10 \| 77% | 2 \| 15% | 1 \| 8% | 0 \| 0% | 67% | C1, B1, B2 |
| Earth Science | 100% | 14 | 13 \| 93% | 10 \| 77% | 2 \| 15% | 1 \| 8% | 0 \| 0% | | |
| Geology | | 1 | 0 \| 0% | 0 \| | 0 \| | 0 \| | 0 \| | | |


| Department/Major | success % | grads | knowledge | employed | cont. ed | other | still seeking | related | function |
|---|---|---|---|---|---|---|---|---|---|
| **Economics (Dept)** | 97% | 37 | 33\|89% | 27\|82% | 3\|9% | 2\|6% | 1\|3% | 86% | B1, B2 |
| Economics | 100% | 11 | 10\|91% | 8\|80% | 2\|20% | 0\|0% | 0\|0% | | |
| Applied Economics | 88% | 8 | 8\|100% | 6\|75% | 1\|13% | 0\|0% | 1\|13% | | |
| Business Economics | 100% | 11 | 9\|82% | 7\|78% | 0\|0% | 2\|2 | 0\|0% | | |
| General Economics | 100% | 4 | 3\|75% | 3\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Quantitative Techniques | 100% | 3 | 3\|100% | 3\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| **Finance (Dept)** | 97% | 106 | 93\|88% | 78\|84% | 9\|10% | 3\|3% | 3\|3% | 81% | B1, B2, B4 |
| Finance | 100% | 12 | 11\|92% | 7\|64% | 2\|18% | 2\|18% | 0\|0% | | |
| Finance: Financial Management | 96% | 57 | 46\|81% | 40\|87% | 3\|7% | 1\|2% | 2\|4% | | |
| Finance: Financial Services | 100% | 6 | 6\|100% | 6\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Finance: Investments | 100% | 6 | 6\|100% | 4\|67% | 2\|33% | 0\|0% | 0\|0% | | |
| Real Estate | 96% | 25 | 24\|96% | 21\|88% | 2\|8% | 0\|0% | 1\|4% | | |
| **Geography (Dept)** | 100% | 5 | 5\|100% | 4\|80% | 1\|20% | 0\|0% | 0\|0% | 75% | C5, S1, S3 |
| GIS | 100% | 3 | 3\|100% | 3\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Geography | 100% | 2 | 2\|100% | 1\|50% | 1\|50% | 0\|0% | 0\|0% | | |
| **KAHHS, School of** | 97% | 239 | 205\|86% | 159\|78% | 37\|18% | 2\|1% | 7\|3% | 88% | C3, C4, B2 |
| Athletic Training | 100% | 21 | 18\|86% | 9\|50% | 9\|50% | 0\|0% | 0\|0% | | |
| Health Education | 94% | 17 | 16\|94% | 15\|94% | 0\|0% | 0\|0% | 1\|6% | | |
| Health Promotion: Environmental | 67% | 5 | 3\|60% | 2\|67% | 0\|0% | 0\|0% | 0\|0% | | |
| Health Promotion: Women's Health | 100% | 8 | 7\|88% | 7\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Leisure, Youth & Human Services | 94% | 74 | 69\|93% | 61\|88% | 3\|4% | 1\|1% | 4\|6% | | |
| Exercise Science | 98% | 77 | 61\|79% | 35\|57% | 24\|39% | 1\|2% | 1\|2% | | |
| Sports Psychology | 100% | 11 | 6\|55% | 6\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Physical Education | 96% | 26 | 25\|96% | 23\|92% | 1\|4% | 0\|0% | 1\|4% | | |
| **History (Dept)** | 86% | 51 | 44\|86% | 33\|75% | 5\|11% | 0\|0% | 6\|14% | 79% | C1, B2, A1 |
| **Dept. of Technology** | 99% | 96 | 76\|79% | 71\|93% | 1\|1% | 2\|3% | 1\|1% | 94% | S1, B4, S4 |
| Construction Management | 100% | 12 | 11\|92% | 11\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Electrical Eng Technology(EET) | 92% | 16 | 13\|81% | 12\|92% | 0\|0% | 0\|0% | 1\|8% | | |
| Graphic Technologies | 93% | 19 | 14\|74% | 14\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Manufacturing Tech: Advanced | 100% | 8 | 7\|88% | 6\|86% | 0\|0% | 1\|14% | 0\|0% | | |
| Mfg. Tech: Metal Casting | 100% | 7 | 7\|100% | 6\|86% | 0\|0% | 1\|14% | 0\|0% | | |
| Manufacturing Tech: Mfg Design | 100% | 10 | 10\|100% | 10\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Technology Education-Teaching | 100% | 5 | 4\|80% | 4\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Technology Management | 100% | 19 | 10\|53% | 8\|80% | 1\|10% | 1\|10% | 0\|0% | | |
| **Interdisciplinary (Dept)** | 95% | 67 | 55\|82% | 44\|80% | 6\|11% | 2\|4% | 3\|5% | 87% | B1, B2, C5 |
| Bachelor of Liberal Studies | 90% | 37 | 29\|78% | 21\|72% | 4\|14% | 1\|3% | 3\|10% | | |
| Environmental Science | 100% | 2 | 2\|100% | 1\|50% | 1\|50% | 0\|0% | 0\|0% | | |
| General Studies | 100% | 21 | 17\|81% | 15\|88% | 1\|6% | 1\|6% | 0\|0% | | |
| Global Studies | 100% | 1 | 1\|100% | 1\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Humanities | 100% | 1 | 1\|100% | 1\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Individual Studies | 100% | 4 | 4\|100% | 4\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Philanthropy/Nonprofit Develop | 100% | 1 | 1\|100% | 1\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| **Languages & Lit. (Dept)** | 92% | 129 | 110\|85% | 86\|78% | 14\|13% | 1\|1% | 9\|8% | 84% | C1, B2, C3 |
| English | 84% | 64 | 55\|86% | 42\|76% | 3\|5% | 1\|2% | 9\|16% | | |
| French | 100% | 2 | 2\|100% | 2\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Spanish | 100% | 37 | 33\|89% | 23\|70% | 10\|30% | 0\|0% | 0\|0% | | |
| Tchg Eng to Spkrs of Othr Lang | 100% | 16 | 11\|69% | 11\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| TESOL/Spanish | 100% | 6 | 6\|100% | 6\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| WL&C - Dual: Spanish/German | 100% | 1 | 1\|100% | 1\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| WL&C - French: Business | 100% | 1 | 1\|100% | 0\|0% | 1\|100% | 0\|0% | 0\|0% | | |
| WL&C - German: Liberal Arts | 100% | 2 | 1\|50% | 1\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| **Management (Dept)** | 95% | 135 | 115\|85% | 103\|90% | 4\|3% | 2\|2% | 6\|5% | 88% | B3, B2, B1 |
| Business Teaching | 100% | 5 | 4\|80% | 4\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Management Information Systems | 100% | 42 | 34\|81% | 31\|91% | 2\|6% | 1\|3% | 0\|0% | | |
| Business Administration | 95% | 70 | 59\|84% | 55\|93% | 1\|2% | 0\|0% | 3\|5% | | |
| Human Resources | 79% | 14 | 14\|100% | 11\|79% | 0\|0% | 0\|0% | 3\|21% | | |
| Organizational Leadership | 100% | 4 | 4\|100% | 2\|50% | 2\|50% | 0\|0% | 0\|0% | | |
| **Marketing (Dept)** | 100% | 28 | 26\|93% | 23\|88% | 3\|12% | 0\|0% | 0\|0% | 94% | B2, B4, B3 |
| Marketing: Advertising | 100% | 4 | 4\|100% | 4\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Marketing: Global Marketing | 100% | 5 | 3\|60% | 3\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Marketing: Management | 100% | 16 | 16\|100% | 13\|81% | 3\|19% | 0\|0% | 0\|0% | | |
| Marketing: Sales & Advertising | 100% | 1 | 1\|100% | 1\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Marketing: Sales Management | 100% | 2 | 2\|100% | 2\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| **Mathematics (Dept)** | 100% | 49 | 46\|94% | 40\|87% | 5\|11% | 1\|2% | 0\|0% | 100% | C1, B1 |
| Actuarial Science | 100% | 18 | 16\|89% | 15\|94% | 1\|6% | 0\|0% | 0\|0% | | |
| Math for the Middle Grades 4-8 | 100% | 1 | 1\|100% | 1\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Mathematics | 100% | 9 | 8\|89% | 3\|38% | 4\|50% | 1\|12% | 0\|0% | | |
| Mathematics Teaching | 100% | 21 | 21\|100% | 21\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| **Music, School of** | 90% | 34 | 30\|88% | 25\|83% | 2\|7% | 0\|0% | 3\|10% | 83% | C1, B2, A1 |
| Composition - Theory | 100% | 1 | 1\|100% | 1\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Jazz Pedagogy | 100% | 1 | 1\|100% | 1\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Music | 50% | 2 | 2\|100% | 1\|50% | 0\|0% | 0\|0% | 1\|50% | | |
| Music Education: Instrumental | 100% | 7 | 7\|100% | 7\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Music Education: Choral/General | 100% | 5 | 4\|80% | 4\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Music Performance: Instramental | 67% | 4 | 3\|75% | 1\|33% | 1\|33% | 0\|0% | 1\|33% | | |
| Music Performance: Vocal | 100% | 1 | 1\|100% | 1\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Music: Jazz Studies | | 1 | 0\|0% | 0 | 0 | 0 | 0 | | |
| Music: Music Technology | 100% | 1 | 1\|100% | 1\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Music: General Studies in Music | 90% | 11 | 10\|91% | 8\|80% | 1\|10% | 0\|0% | 1\|10% | | |
| **Phil. & Wrld Religions (Dept.)** | 75% | 20 | 16\|80% | 8\|50% | 4\|25% | 0\|0% | 4\|25% | 100% | B2, C4, C5 |
| Philosophy | 88% | 9 | 8\|89% | 3\|38% | 4\|50% | 0\|0% | 1\|12% | | |
| The Study of Religion | 63% | 11 | 8\|73% | 5\|63% | 0\|0% | 0\|0% | 3\|38% | | |
| **Physics (Dept)** | 67% | 5 | 3\|60% | 0\|0% | 2\|67% | 0\|0% | 1\|33% | 100% | B1 |
| **Political Science (Dept)** | 100% | 28 | 23\|82% | 19\|83% | 4\|17% | 0\|0% | 0\|0% | 100% | B1, A1, C4 |
| Political Communication | 100% | 2 | 1\|50% | 1\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Political Science | 100% | 17 | 16\|94% | 13\|81% | 3\|19% | 0\|0% | 0\|0% | | |
| Public Admin: Comm & Regnl Dev | 100% | 4 | 3\|75% | 3\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Public Admin: Econ & Finance | | 2 | 0\|0% | 0 | 0 | 0 | 0 | | |
| Public Admin: Human Resources | 100% | 3 | 3\|100% | 2\|67% | 1\|33% | 0\|0% | 0\|0% | | |
| **Psychology (Dept)** | 94% | 142 | 124\|87% | 81\|65% | 34\|27% | 2\|2% | 7\|6% | 64% | C4, B2, C3 |
| **School of Applied Human Sciences** | 92% | 116 | 97\|84% | 81\|84% | 7\|7% | 1\|1% | 8\|8% | 84% | C4, C3, C2 |
| Family Services | 86% | 75 | 58\|77% | 42\|72% | 7\|12% | 1\|2% | 8\|14% | | |
| Gerontology: Long Term Admin | 100% | 4 | 4\|100% | 4\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Gerontology: Social Sciences | 100% | 5 | 5\|100% | 5\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Interior Design | 100% | 16 | 16\|100% | 16\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Textile and Apparel | 100% | 16 | 14\|88% | 14\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| **Science and Science Education** | 100% | 31 | 31\|100% | 28\|90% | 3\|10% | 0\|0% | 0\|0% | 87% | C1 |
| Middle/Jr High School Science | 100% | 5 | 5\|100% | 5\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Social Science Teaching: Plan A | 100% | 1 | 1\|100% | 1\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Social Science Teaching: Plan B | 100% | 26 | 25\|96% | 22\|88% | 3\|12% | 0\|0% | 0\|0% | | |
| **Social Work (Dept)** | 88% | 59 | 51\|86% | 28\|55% | 16\|31% | 1\|2% | 6\|12% | 90% | C4, C5 |
| **Soc., Anthro., & Crim. (Dept)** | 87% | 141 | 106\|75% | 74\|70% | 18\|17% | 0\|0% | 14\|13% | 67% | C4, C5, B2 |
| Anthropology | 75% | 15 | 12\|80% | 6\|50% | 3\|25% | 0\|0% | 3\|25% | | |
| Criminology | 88% | 104 | 78\|75% | 60\|77% | 9\|12% | 0\|0% | 9\|12% | | |
| Sociology | 88% | 22 | 16\|73% | 8\|50% | 6\|38% | 0\|0% | 2\|13% | | |
| **Theatre (Dept)** | 82% | 16 | 11\|69% | 9\|82% | 0\|0% | 0\|0% | 2\|18% | 63% | A1, C1, B2 |
| Theatre | 100% | 1 | 1\|100% | 1\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Theatre Arts | 100% | 2 | 1\|50% | 1\|100% | 0\|0% | 0\|0% | 0\|0% | | |
| Theatre: Design & Production | 83% | 7 | 6\|86% | 5\|83% | 0\|0% | 0\|0% | 1\|17% | | |
| Theatre: Performance--Acting | 0% | 2 | 1\|50% | 0\|0% | 0\|0% | 0\|0% | 1\|50% | | |
| Theatre:Drama & Theatre Youth | 100% | 4 | 2\|50% | 2\|100% | 0\|0% | 0\|0% | 0\|0% | | |

| Graduate College | | | | | | |
|---|---|---|---|---|---|---|
| Graduate Department/Program | success % | grads | knowledge | employed | cont. ed | other | still seeking |
| Accounting | 100% | 14 | 14 \| 100% | 14 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Biology | 100% | 5 | 4 \| 80% | 4 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Business Administration (MBA) | 95% | 30 | 19 \| 63% | 18 \| 95% | 0 \| 0% | 0 \| 0% | 1 \| 5% |
| Speech-Language Pathology | 100% | 49 | 41 \| 84% | 39 \| 95% | 0 \| 0% | 2 \| 5% | 0 \| 0% |
| Communication Studies (Dept) | 100% | 10 | 8 \| 80% | 7 \| 88% | 1 \| 13% | 0 \| 0% | 0 \| 0% |
| Community Education | 100% | 2 | 2 \| 100% | 2 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| General Communication | 100% | 3 | 2 \| 67% | 2 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Organizational Communication | 100% | 2 | 2 \| 100% | 2 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Performance | 100% | 3 | 2 \| 67% | 1 \| 50% | 1 \| 50% | 0 \| 0% | 0 \| 0% |
| Computer Science | 100% | 1 | 1 \| 100% | 1 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Curriculum & Instruction (Dept) | 97% | 29 | 29 \| 100% | 28 \| 97% | 0 \| 0% | 0 \| 0% | 1 \| 3% |
| C & I: Education of the Gifted | 100% | 1 | 1 \| 100% | 1 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Early Childhood Education | 100% | 6 | 6 \| 100% | 6 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Education (Curr & Instr) | 83% | 6 | 6 \| 100% | 5 \| 83% | 0 \| 0% | 0 \| 0% | 1 \| 17% |
| Education (Leadership) | 100% | 1 | 1 \| 100% | 1 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| School Library Studies | 100% | 15 | 15 \| 100% | 15 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Principalship | 100% | 54 | 51 \| 94% | 51 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Ed. Psychology & Foundations | 96% | 29 | 27 \| 93% | 26 \| 96% | 1 \| 4% | 0 \| 0% | 1 \| 4% |
| Ed Psy: Cntxt & Tchnqs Assmnt | 88% | 8 | 8 \| 100% | 7 \| 88% | 0 \| 0% | 0 \| 0% | 1 \| 13% |
| Educ Psych - School Psych | 100% | 9 | 8 \| 89% | 8 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Educ Psych: Prof Dev for Tchrs | 100% | 12 | 11 \| 92% | 11 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Geography | 100% | 1 | 1 \| 100% | 0 \| 0% | 1 \| 100% | 0 \| 0% | 0 \| 0% |
| KAHHS, School of | 96% | 33 | 28 \| 85% | 22 \| 79% | 5 \| 18% | 0 \| 0% | 1 \| 4% |
| Athletic Training | 100% | 2 | 2 \| 100% | 1 \| 50% | 1 \| 50% | 0 \| 0% | 0 \| 0% |
| Hlth Ed: Community Health Educ | 100% | 3 | 3 \| 100% | 3 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Hlth Ed: Hlth Promo/Ftns Mngmt | | 1 | 0 \| 0% | 0 \| | 0 \| | 0 \| | 0 \| |
| Leisure,Youth & Human Services | 90% | 14 | 10 \| 71% | 9 \| 90% | 0 \| 0% | 0 \| 0% | 1 \| 10% |
| Phy Ed: Kinesiology | 100% | 10 | 10 \| 100% | 6 \| 60% | 4 \| 40% | 0 \| 0% | 0 \| 0% |
| Phy Ed: Scntfc Bases of Phy Ed | 100% | 2 | 2 \| 100% | 2 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Rehabilitation Studies | 100% | 1 | 1 \| 100% | 1 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| History (Dept) | 89% | 12 | 9 \| 75% | 5 \| 56% | 3 \| 33% | 0 \| 0% | 1 \| 11% |
| History | 80% | 8 | 5 \| 63% | 3 \| 60% | 1 \| 20% | 0 \| 0% | 1 \| 20% |
| History: Public History | 100% | 4 | 4 \| 100% | 2 \| 50% | 2 \| 50% | 0 \| 0% | 0 \| 0% |
| Dept. of Technology | 100% | 1 | 2 \| 200% | 2 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Technology: Manufacturing Tech | | 1 | 0 \| 0% | 0 \| | 0 \| | 0 \| | 0 \| |
| Technology: Manufctrng Materls | 100% | 2 | 2 \| 100% | 2 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Interdisciplinary (Dept) | 100% | 17 | 13 \| 76% | 13 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Philanthropy/Nonprofit Develop | 100% | 15 | 12 \| 80% | 12 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Women's and Gender Studies | 100% | 2 | 1 \| 50% | 1 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Languages & Literatures (Dept) | 95% | 25 | 20 \| 80% | 15 \| 75% | 4 \| 20% | 0 \| 0% | 1 \| 5% |
| English: Creative Writing | 100% | 4 | 4 \| 100% | 2 \| 50% | 2 \| 50% | 0 \| 0% | 0 \| 0% |
| English: Literature | 100% | 3 | 2 \| 67% | 2 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| French | | 1 | 0 \| 0% | 0 \| | 0 \| | 0 \| | 0 \| |
| Spanish | 100% | 2 | 2 \| 100% | 2 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Spanish: Teaching Emphasis | 100% | 2 | 1 \| 50% | 1 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Tchg Eng to Spkrs of Othr Lang | 100% | 10 | 8 \| 80% | 7 \| 88% | 1 \| 13% | 0 \| 0% | 0 \| 0% |
| TESOL/Spanish | 67% | 3 | 3 \| 100% | 1 \| 33% | 1 \| 33% | 0 \| 0% | 1 \| 33% |

| Graduate Department/Program | success % | grads | knowledge | employed | cont. ed | other | still seeking |
|---|---|---|---|---|---|---|---|
| Mathematics (Dept) | 100% | 19 | 17 \| 89% | 16 \| 94% | 1 \| 6% | 0 \| 0% | 0 \| 0% |
| Indstrl Math Cnt Quality Imprv | 100% | 1 | 1 \| 100% | 1 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Math for the Middle Grades 4-8 | 100% | 7 | 7 \| 100% | 7 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Mathematics: Math Emphasis | 100% | 2 | 1 \| 50% | 0 \| 0% | 1 \| 100% | 0 \| 0% | 0 \| 0% |
| Mathematics: Secondary Tchg | 100% | 9 | 8 \| 89% | 8 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Music, School of | 94% | 19 | 16 \| 84% | 13 \| 81% | 2 \| 13% | 0 \| 0% | 1 \| 6% |
| Composition | 0% | 1 | 1 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% | 1 \| 100% |
| Music | 100% | 3 | 2 \| 67% | 1 \| 50% | 1 \| 50% | 0 \| 0% | 0 \| 0% |
| Music Education | 100% | 9 | 9 \| 100% | 9 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Performance: Voice | 100% | 2 | 1 \| 50% | 1 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Piano Performance & Pedagogy | 100% | 2 | 1 \| 50% | 1 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Prfrmnce:Wnd/Prcssn/Kybrd/Strg | 100% | 2 | 2 \| 100% | 1 \| 50% | 1 \| 50% | 0 \| 0% | 0 \| 0% |
| Psychology (Dept) | 100% | 7 | 6 \| 86% | 3 \| 50% | 3 \| 50% | 0 \| 0% | 0 \| 0% |
| Psychology: Clinical Science | 100% | 2 | 2 \| 100% | 2 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Psychology: Social Psychology | 100% | 5 | 4 \| 80% | 1 \| 25% | 3 \| 75% | 0 \| 0% | 0 \| 0% |
| Science Education | 100% | 9 | 9 \| 100% | 9 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Social Science | 100% | 5 | 5 \| 100% | 5 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Special Education (Dept) | 100% | 16 | 13 \| 81% | 11 \| 85% | 2 \| 15% | 0 \| 0% | 0 \| 0% |
| Special Ed: Field Spclzation | 100% | 13 | 11 \| 85% | 9 \| 82% | 2 \| 18% | 0 \| 0% | 0 \| 0% |
| Special Education | 100% | 2 | 1 \| 50% | 1 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |
| Tchr Stdnts Visual Impairments | 100% | 1 | 1 \| 100% | 1 \| 100% | 0 \| 0% | 0 \| 0% | 0 \| 0% |

# College Overview



