# EXHIBIT 79

10/4/2017                    Denver Public Schools says ending DACA would have "catastrophic" effect – The Denver Post

POLITICS  >  NATIONAL POLITICS

# Denver Public Schools says ending DACA would have "catastrophic" effect

DPS superintendent says program has brought many teachers to its classrooms



RJ Sangosti, The Denver Post

Denver Public School's Superintendent Tom Boasberg eats lunch with students at Cowell Elementary's Summer SLAM Program, July 18, 2016.

By **MONTE WHALEY** | mwhaley@denverpost.com | The Denver Post
PUBLISHED: August 31, 2017 at 12:21 pm | UPDATED: August 31, 2017 at 4:49 pm

Officials with Denver Public Schools on Thursday warned that ending the federal program that offers protections to children brought to the U.S. illegally would have "catastrophic" implications for Denver schools and the broader community.

DPS was the first school district in the nation to hire teachers under Deferred Action for Childhood Arrivals, said DPS Superintendent Tom Boasberg. Many are outstanding teachers who relate well to students new to the United States, he said, and deporting them would be "catastrophic for DPS and the city of Denver."

"The DACA program has helped bring wonderfully talented and critically needed teachers to our classrooms and has provided peace of mind and legal status to thousands of immigrant children and families who make our city and our schools great," Boasberg said.

More than 85 Denver principals also signed a guest editorial for The Denver Post, defending the DACA program, in which participants are protected from deportation proceedings and can receive a temporary work permit but are not given lawful status.

Roughly 17,000 DACA recipients live in Colorado. The program is under fire from the White House and 10 state attorneys general, who have threatened to move forward with a lawsuit by Sept. 5 if President Donald Trump doesn't cancel the program first.

---

TAGS:     **DACA**,     **DACA IN COLORADO**,
**DENVER PUBLIC SCHOOLS**,     **U.S. IMMIGRATION POLICY**

| Monte Whaley of The Denver Post | **Monte Whaley**<br>Monte Whaley is a Palisade native who covers education and other interesting topics for The Denver Post. |

Follow Monte Whaley **@montewhaley**

SPONSORED CONTENT

## Everyone Who's Left the Trump Administration So Far

BY VANITY FAIR

VANITY FAIR

CLICK FOR DIGITAL & HOME
DELIVERY - 60% OFF