# EXHIBIT 82

10/4/2017 Department of Homeland Security Acting Secretary Elaine Duke Reminds Eligible DACA Recipients to File Renewal Requests | Homeland Sec…

Case 1:17-cv-05228-NGG-VMS   Document 55-82   Filed 10/04/17   Page 2 of 3 PageID #: 2740



Official website of the Department of Homeland Security



U.S. Department of Homeland Security

# Department of Homeland Security Acting Secretary Elaine Duke Reminds Eligible DACA Recipients to File Renewal Requests

Release Date: October 3, 2017

For Immediate Release
Office of the Press Secretary
Contact: 202-282-8010

WASHINGTON – Based on the Department of Homeland Security's (DHS) parameters for an orderly wind-down of the Deferred Action for Childhood Arrivals (DACA) policy, eligible DACA recipients have until this Thursday, October 5th to properly file their renewal request and associated application for employment authorization to U.S. Citizenship and Immigration Services (USCIS).

Eligible individuals are DACA recipients whose DACA and work authorization expire between Sept. 5, 2017, and March 5, 2018, inclusive. Of the approximately 154,200 individuals whose DACA is set to expire between Sept. 5, 2017, and March 5, 2018, just over 106,000 either have renewal requests currently pending with USCIS, or have already had USCIS adjudicate their renewal request.

"For individuals who are still eligible to request renewal of their deferred action under DACA, but have not yet done so, I urge you to make this a priority. The renewal process is quicker than an initial request and requires minimal documentation, so take the time now to fill out and properly file your renewal request.  It is imperative that USCIS physically receives your request by October 5th, " said Acting Secretary Duke. "With respect to the devastation of Hurricane Maria and the lack of communications and infrastructure for a prolonged period of time, I have directed USCIS to consider on a case-by-case basis DACA requests received from

10/4/2017 Department of Homeland Security Acting Secretary Elaine Duke Reminds Eligible DACA Recipients to File Renewal Requests | Homeland Sec…

Case 1:17-cv-05228-NGG-VMS   Document 55-82   Filed 10/04/17   Page 3 of 3 PageID #: 2741

U.S. Virgin Islands and Puerto Rico residents. As of today, fewer than 20 current recipients from the U.S. Virgin Islands and Puerto Rico have yet to renew with USCIS."

DACA recipients wanting to renew should complete and sign the [Consideration of Deferred Action for Childhood Arrivals (https://www.uscis.gov/i-821d)](https://www.uscis.gov/i-821d) (Form I-821D) and the [Application for Employment Authorization (https://www.uscis.gov/i-765)](https://www.uscis.gov/i-765) (Form I-765). Renewal requestors do not need to submit additional evidence at the time they request a renewal unless the requestor has new documents involving removal proceedings or criminal history that they did not already submit to USCIS in a previously approved DACA request. USCIS also has a call center and detailed online resources to help submit requests successfully. For additional information, see the [USCIS DACA Renewal Tip Sheet (https://uscis.gov/daca2017)](https://uscis.gov/daca2017).

As previously announced, USCIS will accept renewal requests from eligible individuals through Oct. 5, 2017. These requests must be properly filed and physically received by the agency at the proper filing location no later than Oct. 5.

### 

Topics:  [Deferred Action (/topics/deferred-action)](/topics/deferred-action), [Immigration and Citizenship Services (/topics/immigration-and-citizenship-services)](/topics/immigration-and-citizenship-services)

Keywords:  [Acting Secretary Elaine Duke (/keywords/acting-secretary-elaine-duke)](/keywords/acting-secretary-elaine-duke), [DACA (/keywords/daca)](/keywords/daca), [Deferred Action for Childhood Arrivals (/keywords/deferred-action-childhood-arrivals)](/keywords/deferred-action-childhood-arrivals), [USCIS (/keywords/uscis)](/keywords/uscis)

Last Published Date: October 4, 2017