# EXHIBIT 84

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et. al.*,<br>　　　　　Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, *et. al.*,<br>　　　　　Defendants. | No. 1:17-CV-5228<br><br>**DECLARATION OF<br>SETH KALVERT** |

Pursuant to 28 U.S.C. § 1746(2), I, Seth Kalvert, hereby declare as follows:

I am over the age of eighteen and competent to testify.

1.　　I am the Senior Vice President, General Counsel, and Secretary of non-party TripAdvisor LLC ("TripAdvisor" or the "Company"). TripAdvisor is a Delaware limited liability company, with headquarters located at 400 First Avenue, Needham, MA 02494, where I work. The information contained herein is based on my personal knowledge or the knowledge of my coworkers who provided this information at my direction, and, if called as a witness, I could testify competently thereto.

2.　　TripAdvisor, by and through its subsidiaries, operates the world's largest travel website, located at www.tripadvisor.com and other country-specific domains featuring localized versions of the site, enabling travelers to plan and book their travel. The TripAdvisor branded websites, which reach an average of 390 million monthly unique visitors, host reviews of hotels, restaurants and attractions in all 50 states, as well as throughout the world. TripAdvisor offers advice from millions of travelers, including more than 435 million reviews and opinions covering 6.8 million accommodations, restaurants and attractions. TripAdvisor is a global company headquartered here in Massachusetts.

3.　　On September 5, 2017, TripAdvisor was made aware that the Department of Homeland Security had issued a memorandum (the "Memorandum") ending portions of the Deferred Action for Childhood Arrivals Program ("DACA").

1

4.  It is TripAdvisor's view that the Memorandum could have a negative impact on our Company's business and work force.

5.  TripAdvisor runs a worldwide business that seeks to enable travelers from all over the world to plan, book and review their travel to other places all over the world. In doing so, TripAdvisor places a very high value on attracting the best talent from all over the world. Our products, our services and our customers all benefit from our accessing the highest talent pool available and the diversity of backgrounds and heritages of TripAdvisor's workforce.

6.  TripAdvisor employs nearly 1,800 individuals in the United States and more than 1,000 individuals in the Commonwealth of Massachusetts.

7.  Based on an initial review, TripAdvisor has at least four employees who are beneficiaries under the DACA program. Three of those employees are based in Massachusetts and one is based in Nevada. If these employees lose their status and are deported, TripAdvisor will suffer a number of harms.

8.  These employees work in the Company's Engineering, Ad Operations, Sales and Customer Care departments. One employee in the position of a Software Engineer has multiple years of experience and is responsible for developing and understanding production quality software. Additionally, said Software Engineer regularly manages and mentors junior engineers, and is required to understand, and be able to communicate, complex technical problems. The U.S. market for a software engineer at this level is highly-competitive because there are not enough qualified individuals to fill the available roles. As a result, the time to replace just one individual is upwards of four months and talent search costs can exceed $35,000.

9.  Employees in TripAdvisor's Ad Operations and Sales departments are highly-skilled in communication and have superior analytical and technical expertise. Both positions require higher education and multiple years of experience in the applicable areas. The withdrawal of the DACA program will not only affect TripAdvisor's current operations, but will also negatively impact future operations, because of the already limited market of eligible candidates.

10. TripAdvisor's Talent Acquisition and Human Resources Departments spend considerable resources in recruiting and hiring the best and most highly-qualified individuals. Furthermore, once hired, TripAdvisor invests in retaining these valuable employees whose skills, diverse backgrounds and knowledge contribute to TripAdvisor's ability to provide a world-class product and customer service experience. In addition to serving TripAdvisor with the technical know-how and expertise required to perform their roles, these employees are also an integral part of the TripAdvisor community, regularly engaging in philanthropic endeavors and community-based events alongside their co-workers.

11. The loss of DACA work authorization for TripAdvisor employees would harm our business in a number of ways, including through the disruption of ongoing projects, costs associated with recruiting new employees to attempt to fill the employees' previous positions, and business disruptions and delays associated with the loss of valuable, knowledgeable and dedicated employees.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 2, 2017.

_____
Seth Kalvert