# EXHIBIT 85

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>         Plaintiffs,<br><br>   v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>         Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

Declaration of David Swenson With Regard to the Proposed Elimination of the Deferred Action for Childhood Arrivals (DACA) Program

1.  I currently work as a community and regional economist in the Department of Economics at Iowa State University, and I am a lecturer in the School of Urban and Regional Planning at The University of Iowa. I have been employed at Iowa State University since 1989 and at The University of Iowa since 2001.

2.  I possess an M.A. in Political Science from the University of South Dakota and an M.A. in Urban and Regional Planning from The University of Iowa.

3.  As a community and regional analyst at Iowa State University, I conduct impact studies of various positive or negative shocks to the Iowa economy. I have been doing this kind of regional economic evaluation since the mid 1980s.  I specialize in Iowa rural economies and the Midwest, overall.

4.  With regard to the proposal by the president to end the Deferred Action for Childhood Arrivals (DACA) program, I offer these analysis-based perspectives on that initiative as they pertain to Iowa's economy and its public spending:

5.  Given national statistics indicating the age at which a DACA recipient entered the country, we can infer public education costs associated with educating these recipients as school children. Iowa has 2,798 recipients (see https://www.americanprogress.org/issues/immigration/news/2017/07/21/436419/new-threat-daca-cost-states-billions-dollars/).  Assuming the average recipient was educated in Iowa public schools for at least six elementary and high school years, the state of Iowa's investment in their education, given current levels of spending, would have been the equivalent of $100.9 million, and when combined with local government costs, cumulative total education spending would have been $149.1 million.  This represents a substantial investment in human capital and productive capacity. (see https://www.legis.iowa.gov/DOCS/lsaReports/k12Education/historical_per_Pupil.pdf for current education costs in Iowa).

6.   Given national statistics that indicate that 65 percent of DACA recipients are currently in school, and of those totals, 83 percent are pursuing associates or bachelor's degrees and 17 percent advanced degrees, the support for these students at state of Iowa higher education institutions would be substantial. (see https://cdn.americanprogress.org/content/uploads/2017/08/27164928/Wong-Et-Al-New-DACA-Survey-2017-Codebook.pdf on education assumptions).   Assuming 50 percent of DACA in higher education are seeking associate's degrees and another 50 percent bachelor's degrees or higher, the state of Iowa's annual investment in these recipients would be $12.1 annually.  This also is a substantial amount of annual public investment in human capital that will yield jobs and lifetime earnings levels that are substantially higher than non-DACA peers.

7. The economic impact of wholesale deportation of DACA recipients has been estimated based on Center for American Progress studies on the topic (see https://www.americanprogress.org/issues/immigration/reports/2016/09/21/144363/the-economic-impacts-of-removing-unauthorized-immigrant-workers/ and https://www.americanprogress.org/issues/immigration/news/2016/10/18/146290/new-study-of-daca-beneficiaries-shows-positive-economic-and-educational-outcomes/). That research indicates the state of Iowa has 2,434 DACA recipients who are employed (87 percent of DACA recipients) and who collectively stimulate 188.5 million in gross domestic product annually ($77,444 per worker) in constant 2013 amounts. Brought forward to present dollar values, this would be the equivalent of $201.0 million in 2017 (and $82,569 per worker).

8. There are twin factors at work with regard to calculating the economic impacts of DACA recipients in the workforce. First, DACA workers, like any other worker, stimulate GDP in so far as their labor generates economic product resulting in labor income to those workers, profits to proprietors, and investment income for investors. Secondly, DACA workers induce economic activity by converting their labor incomes into household consumption. Using statistics from the Wong et al., 2017 DACA Study and applying insights from that evaluation to the Iowa DACA population (https://cdn.americanprogress.org/content/uploads/2017/08/27164928/Wong-Et-Al-New-DACA-Survey-2017-Codebook.pdf), estimates can be made of the household consumption economic contribution of DACA recipients. Assuming a median age of 25, 87 percent of DACA recipients in the workforce, and that average annual earnings for those age 25 or under was $36,232 and 41,621 for those older than 25, total labor income for this group in Iowa would be $94.75 million.

9. Were DACA to result in a complete loss of that labor income and employment, the Iowa economy would, by definition, shrink. Its labor force would certainly contract as it is a fact that Iowa is at or on the cusp of full employment, and both industrial production and consumption would decline. On just the household consumption side, a loss of these worker-consumer households' incomes would yield a negative, multiplied-through economic impact. Utilizing a current input-output model of the Iowa economy maintained at Iowa State University, a reduction of household income of $94.75 million would cost the state economy 781 additional jobholders earning $30.54 million in labor income once all multiplied-through effects were tallied. The state's GDP would contract by $55.83 million as a result of this lost consumption.

10. Wholesale repeal of DACA resulting in deportation would have a substantial negative economic impact on the Iowa economy. The state's economy would initially contract until in-migration or natural labor force growth offset the consequences of the policy decision.

I declare that the analysis contained in this declaration and the statements made are true and complete to the best of my knowledge

David Swenson
29 September 2017