# EXHIBIT 95

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>      Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>      Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

I, Aldo Alan Solano Mendez, declare:

1. I have personal knowledge of the matter stated herein.

2. I work as a community organizer for the Oregon Latino Health Coalition where I was able to be part of the team that advocated for SB 558, Cover All Kids. My current employment is dependent on my status as a Deferred Action for Childhood Arrivals (DACA) recipient.

3. Previously, I worked as a Field Organizer for Accion Politica PCUNista and as a Program Coordinator for the Capaces Leadership Institute, contributing to the transformation of a more equitable and inclusive Oregon.

4. I pay income taxes in Oregon from my employment. I am 24 years old.

5. My family and I moved to Woodburn, Oregon when I was six years old from Colima, Mexico. I grew up in Nuevo Amanecer, one of Farmworker Housing Development Corporation's ("FHDC") affordable housing communities.

6. At age 15, I started volunteering at FHDC's after school program and later interned for the Fund Development Department, creating a pathway to a career in community development and a passion for social equity. In 2011, I graduated from Woodburn High School. I attended Chemeketa Community College for a year through a scholarship program that existed at the time.

7. In August of 2012, I became one of the first Oregonians to apply for the DACA program. My application was approved later that year, and I have remained in the program ever since. My deferred action status expires in October of 2018 if it is not renewed. In addition to the community organizing jobs mentioned above I have worked in a variety of jobs in Oregon since entering the DACA program, including retail, working in a call center, and working at a library. I paid taxes on my earnings from each of those jobs.

Page 2 -   DECLARATION OF ALDO SOLANO
          JND/a2c/8480099-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

8. I have recently moved to Portland, Oregon from Woodburn, Oregon, and plan to attend Portland Community College this fall or winter. I plan to study nursing. If DACA ends, however, I may need to change that plan. If I cannot work, I cannot afford to attend school.

9. I have not been to back to Mexico since I was 10 years old. I have a younger sister and an older brother in the DACA program. My siblings have young children who are U.S. citizens. I am very concerned that if the program ends my family will be separated.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED September 5, 2017.

_____
ALDO ALAN SOLANO MENDEZ

Page 3 -   DECLARATION OF ALDO SOLANO
JND/a2c/8480099-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000