# EXHIBIT 97

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>      Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>      Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

**Declaration of Mary R. Jeka**

I, Mary R. Jeka, subject to perjury, state as follows:

1. I am the Senior Vice President and General Counsel at Tufts University. In that capacity, I have personal knowledge of the facts to which I attest in this Declaration.

2. The Trustees of Tufts College, known to the public as Tufts University, is a nonprofit institution of higher education in Massachusetts. Tufts University was granted a Charter in 1852 and opened in 1855. Tufts' mission, as adopted by the Board of Trustees in 2013, is to be a "student-centered research university dedicated to the education and application of knowledge, committed to providing transformational experiences for students and faculty in an inclusive and collaborative environment where creative scholars generate bold ideas, innovate in the face of complex challenges, and distinguish themselves as active citizens of the world."

3. Tufts University is comprised of the following schools and a college: the School of Arts & Sciences, the School of Engineering, the School of Medicine, the Sackler School of Graduate Biomedical Sciences, the School of Dental Medicine, the Friedman School of Nutrition Sciences and Policy, the Fletcher School of Law and Diplomacy, the Cummings School of Veterinary Medicine and the Jonathan M. Tisch College of Civic Life. Approximately 11,500 students are currently enrolled in Tufts' degree or certificate programs across its many undergraduate, graduate, and professional schools.

4. Tufts' core values include a commitment to equal opportunity, inclusion, accessibility, and diversity. Consequently, Tufts welcomes all undergraduate applicants regardless of citizenship status. Undocumented students, with or without Deferred Action for Childhood Arrivals (DACA), who apply to Tufts are treated identically to any other U.S. citizen or permanent resident. (http://admissions.tufts.edu/applu/first-year-students/undocumented-students/).

5. Tufts University is proud to welcome DACA and undocumented students and recognizes that many DACA and undocumented students must overcome enormous challenges to gain acceptance here. Their commitment to attend and graduate from Tufts speaks to their resilience and determination. Tufts takes pride in the diversity of its university community and DACA and undocumented students bring critical perspectives, insights and experiences to our academic and campus life.

6. Tufts is committed to invest in the success of DACA and undocumented students. To that end, Tufts provides financial aid, free immigration law clinics, and resource support to DACA students so that they can participate fully in educational and co-curricular programming.

7. Despite the university's efforts to support DACA and undocumented students, their immigration status can pose significant barriers to educational access. For example, typically, 40 to 45 percent of Tufts undergraduates study abroad. Before studying abroad, DACA students must secure advanced parole, which allows them to travel outside the United States without losing their DACA status. This year, Tufts was pleased to support its first DACA student who planned to study abroad this spring. Unfortunately, due to the elimination of the DACA program and the cancellation of advance parole, this student can no longer study abroad without risking his DACA status and potential deportation.

8. Terminating the DACA program raises these and many other Hobson's choices for our 26 DACA students. By eliminating the important protections granted under the DACA program, these students will all soon be placed in an undocumented status. Such a position entails the constant fear of deportation, hardships from limited employment opportunities and great uncertainty about their future. Elimination of the program jeopardizes the ability of these students to fully participate in the Tufts community.

9. Tufts DACA students are clear about what the elimination of the DACA program means for them and for us:

    > *Without DACA, there's a certain loss of hope in the notion that I'll one day be able to apply all that I've learned at Tufts University to the country that I love dearly.*

    --Tufts DACA Student
    Anonymous

10. Tufts faculty members can attest to the importance of this program and the contributions made by its recipients in their classrooms and our community as a whole:

    a. *Before DACA, undocumented immigrants--even those with higher education--could not translate their academic achievement into professional success. Lack of legal status was a "master status", in sociological speak, that flattened their chances for success and destroyed their Americanized beliefs that hard work will pay off. After DACA was enacted in 2012, various national studies show its recipients have seen massive improvements in educational attainment, employment, income, and mental health. At Tufts, it means they become eligible to work and take internships crucial to their development and preparation for the future. They live, study, and work with less fear than before; as their teacher and advisor, I can literally "see" their mental health and optimism improved, and their stress abated, while their counterparts without DACA struggle more. Eliminating DACA will rank among the most harmful*

2

> *stains on American history. I am proud to work at Tufts, however, an institution that will continue its work of recruiting, accepting, supporting, and educating undocumented students whether they have DACA or not. This is one of the most important human and civil rights issues of our time.*

--Helen B. Marrow, PhD
Associate Professor of Sociology
Author of New Destination Dreaming: Immigration, Race, and Legal Status in the Rural American South

> b. *Ending DACA without a pathway to permanent residency or citizenship is cruel and un-American. I know several young people, some are my students, whose lives have been utterly transformed by DACA. Suddenly, they had access to driver's licenses, jobs, and higher education. They had a chance at a life. But most importantly, they stopped being so afraid. I know this fear and uncertainty too well. I came to the United States from the Philippines when I was three years old. It wasn't until I was in high school that I found out I was undocumented and our family was mixed-status. We worked on fixing this complicated administrative issue and got lucky when the president at the time, Ronald Reagan, showed leadership and compassion by signing the Immigration and Control Act of 1986. We were granted amnesty and began the process of gaining US citizenship, which I did not have until almost ten years later, after I graduated college. Even though I was on a pathway to citizenship, I did not feel comfortable until the swearing-in ceremony. I teach writing at my alma mater and I am full of respect for my students who continue to work and study amidst this demoralizing news. I urge Congress to protect the Dreamers, who are Americans except on paper.*

--Grace Talusan
Lecturer, English Department

11. Tufts President Anthony P. Monaco has strongly supported both our DACA and undocumented students. He has joined with fellow presidents in calling for the continuation of the DACA program- http://president.tufts.edu/blog/2016/11/30/supporting-and-protecting-our-daca-and-undocumented-students/ Under his leadership, Tufts will continue in its commitment to provide DACA students with the resources they need to learn and thrive at Tufts.  As he stated in a letter of support to the community, following the September 5, 2017 announcement eliminating the DACA program:

> *Since our founding, Tufts has been rooted in the values of inclusion and diversity. These values—so important to our community—have prompted us to join with other colleges and universities in calling for the*

3

*continuation of the DACA program. Tufts strongly opposes terminating DACA, and I promise that we will continue to advocate in court and with elected leaders to communicate our unwavering support of the program.*

*DACA and undocumented students have often overcome enormous challenges to study at Tufts. They can be proud of their accomplishments, and we are grateful for their contributions to the university community. We will continue to honor our commitment to our DACA and undocumented students, providing them with our unequivocal support so they can receive the quality education that they well deserve. I believe this support is in the very best tradition of Tufts as a university.*

--Anthony P. Monaco
President, Tufts University


SIGNED UNDER THE PENALTY OF PERJURY THIS 6TH DAY OF SEPTEMBER 2017.

_____

Mary R. Jeka
TUFTS UNIVERSITY
Senior Vice President and General Counsel

4