# EXHIBIT 100

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>                Plaintiffs,<br><br>      v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>                Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

1. I came to the U.S. when I was 11 years old from Mexico with my mother and brother.

2. I grew up in Keizer, Oregon and graduated from McNary High School in 2011.

3. I was one of the first Oregonians to apply for the Deferred Action for Childhood Arrivals (DACA) program when the application opened in August 2012. My application was approved in October of 2012, and I have remained in the program ever since. My deferred action status expires in September of 2018 if it is not renewed.

4. After my DACA status was approved, in the winter of 2012, I enrolled at Chemeketa Community College. I was also able to get paid job as a community organizer with Causa. I pay taxes in Oregon. During my time as a community organizer with Causa, I worked on issues related to driver cards and tuition equity (eligibility for in-state tuition for undocumented students).

5. In the fall of 2013 I enrolled at the University of Oregon. I also applied and became a Wayne Morse Scholar at the Wayne Morse Center for Law and Politics majoring in economics. I was not receiving any state or federal financial aid.

6. In Winter of 2015 I got a job working full time for Wells Fargo Bank. I took a leave of absence from the University of Oregon in order to pursue this employment. In 2016 I moved to Key Bank, as a full time relationship manager. Within Key Bank, I have been offered the opportunity to begin investment license training, paid for by the bank, in mid-September of this year. My job at Key Bank is dependent on maintaining my DACA status.

7. I have taken advantage of the advance parol program through DACA to visit Mexico for one week in 2015 at the invitation President of Mexico in order to participate in an educational and cultural program to help build a stronger relationship between the United States and Mexico. Other than that, I have not been back to Mexico since I left when I was 11. I have a brother and sister also in the DACA program. My brother has a child who is a U.S. citizen. I

Page 2 -   DECLARATION OF HUGO NICOLAS
          JND/a2c/8480083-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

am concerned that if the program ends, my family might not be split up, not be able to sustain themselves, and not be able to obtain education.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED September 5, 2017.

_____
HUGO DANIEL NICOLAS MUNOS

Page 3 -   DECLARATION OF HUGO NICOLAS
          JND/a2c/8480083-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000