# EXHIBIT 101

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>                Plaintiffs,<br><br>     v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>                Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

I, Fatima Preciado, declare:

1. I am 19 years old and a sophomore at Portland State University ("PSU") majoring in Political Science. I have personal knowledge of the matter stated herein. I came to the United States with my parents from Michoacán, Mexico when I was 4 years old. I grew up in Salem, Oregon and graduated from McKay High School. I aspire to graduate from PSU and become a lawyer. I have been awarded scholarships from PSU and outside organizations such Kaiser Permanente, the Boys and Girls Club. This year I was awarded the Presidential Scholarship from PSU.

2. I have been involved in the Oregon community in many ways. I have volunteered many hours to register voters and have worked on voter turnout. After the November elections, worried about the future of Deferred Action for Childhood Arrivals ("DACA"), I told my story on OPB's Think Out Loud, and on KGW, KATU, and other local media outlets, speaking up for those who were too afraid.

3. I filed for DACA program in 2013 because my mother needed help and, after approval, I was able to get a work permit. I was also able to get an Oregon driver's license. I worked as a waitress in a restaurant in Salem. I have worked as a paid intern with ~~CAUSA~~ CAUSA F.P.M, Oregon's Latino immigrant rights organization and paid income taxes Oregon. Currently I am employed by PSU in the undergraduate admissions office and as a student ambassador. There are also paid positions.

4. My deferred status expires in April 2019. My family has been living in Oregon for 17 years and I have not been back to Mexico. I have never met my relatives in Mexico. I have two other siblings with DACA deferrals and my youngest sibling, who is 7, was born in the United States and is a citizen. I'm afraid that if the DACA program ends, my family will be split up. I am also afraid that if the DACA program ends, it will be more difficult for me to complete my education on time because, although I currently have scholarships that will cover tuition for 12 credits per term, I need to take more than that in order to graduate on time in four years.

Page 2 -   DECLARATION OF FATIMA PRECIADO
JND/a2c/8480091-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Currently, I am paying out of pocket for the extra credits I need to graduate on time, I would likely not be able to do that if the DACA program ended and I could no longer work legally. I will also have more trouble paying for housing, food, books and other expenses, and may need to move home and commute to school in order to conserve costs.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: September 1, 2017.

_____
FATIMA PRECIADO

Page 3 -   DECLARATION OF FATIMA PRECIADO
JND/a2c/8480091-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000