# EXHIBIT 102

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

Declaration of Javier A. Juarez

1. My name is Javier A Juarez, I am 28 years old, and I reside in Cranston, RI.
2. I have personal knowledge of the matters set forth below.
3. I was born in Peru where I lived until the age of ten prior to moving to Cranston, Rhode Island.
4. I grew up in Cranston, I graduated from Cranston elementary, middle and high School.
5. I went to the Community College of Rhode Island and graduated with an Associate's degree in General Studies. I also was granted a path to Rhode Island College to finish a bachelor's degree.
6. I applied for DACA soon after it was announced in 2012. I received DACA and a work permit. I immediately began to work to save money and help my parents with their home bills. DACA allowed me to work, pay taxes, and drive a vehicle.
7. Because of DACA, I was able to obtain a job with benefits such as insurance and a 401k. I was able to save enough money to return to school and finish my bachelor's degree at Rhode Island College.
8. DACA allowed me to pay taxes, rent an apartment, pay for tuition and purchase an automobile.
9. I was able to graduate Rhode Island College with a Bachelor's degree in American History in May of 2017.
10. On June of 2017, I was accepted to Brown University to pursue a Master's degree in American studies where I will be exposed to an ivy league curriculum which will help me become a better candidate to law school.
11. I am planning on applying to Harvard, Yale, Roger Williams University, and Stanford.
12. As the current situation stands, I will not be able to take out loans for law school because my work authorization will expire on December 18th of 2018.
13. Due to this, my dreams of becoming a lawyer and going to law school have been destroyed.
14. Fear of deportation has caused me and my family great physical and mental stress and has deprived me to focus on the education that I seek.

I declare under penalty of perjury that the foregoing is true and correct.
September 27, 2017

Javier A. Juarez