# EXHIBIT 103

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>      Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>      Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

Declaration of Krissia Rivera Perla

1. My name is Krissia Rivera Perla, I am 24 years old, and I reside in Providence, RI where I attend medical school.
2. I have personal knowledge of the matters set forth below.
3. I was born in El Salvador where I lived until the age of eight prior to moving to Silver Spring, MD.
4. I grew up in Silver Spring, MD and attended Montgomery County Public Schools from 3rd to 7th grade. I enrolled at St. Andrew's Episcopal School, a prestigious private school in Potomac, MD in 8th grade and graduated as Salutatorian in 2011. The president's son currently attends St. Andrew's and walks the same halls I once did.
5. I applied for DACA soon after it was announced. I received DACA my freshman year as a student at Brown University. DACA allowed me to work on campus, pay taxes, and work at my first pre-medical internship in Richmond, VA.
6. After graduating from Brown University in 2015 with a Biology (Cell and Molecular) Bachelor of Science degree, DACA allowed me to work as a Research Assistant at Johns Hopkins Hospital in Baltimore, MD. My work there in the Department of Neurology and Neurosurgery allowed me to publish a first-author publication titled "Fibrinolytic for Treatment of Intraventricular Hemorrhage: A Meta-Analysis and Systematic Review". I worked at Johns Hopkins Hospital for 22 months while applying to medical school. DACA allowed me to pay taxes, rent an apartment in downtown Baltimore and purchase a car.
7. I was accepted to The Warren Alpert Medical School of Brown University where I am currently a first year medical student. Over the next four years I aspire to develop into a physician-advocate and promote the wellbeing of the people of the United States.
8. As the current situation stands, I am not able to continue onto medical residencies post-graduation since medical residencies require a work permit. Unless new legislation is passed, I will lose my work permit in 2019 and will be unable to apply to medical residency programs and continue to contribute to this country intellectually and monetarily, or via providing medical care after four years of medical school.
9. According to the Association of American Medical Colleges, as of 2017 the United States is experiencing a shortage of 40,800 physicians. Without new legislation, I and approximately 100 other DACAmented medical students and residents would be unable to work despite having MD degrees, thus further contributing to the physician shortage.

I declare under penalty of perjury that the foregoing is true and correct.
September 20, 2017

Krissia M. Rivera Perla