# EXHIBIT 104

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>                Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>                Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

## DECLARATION OF G.L.

I, G.L, declare as follows:

1. I am over the age of eighteen. I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently thereto.

2. In 2002, when I was 11 years old, I came to the United States from Honduras with my mother who was fleeing domestic violence.

3. I am a resident of Richmond, Virginia.

4. I gave birth to my child who was born in the United States.

5. In 2012, the year that the Deferred Action for Childhood Arrivals ("DACA") was enacted, I applied for DACA and attained DACA status. Subsequently, I received a social security number and work authorization, which allowed me to be employed.

6. Currently, I am employed as a receptionist and taking night classes at an online college. I couldn't have achieved any of these things without DACA.

7. Any revocation of DACA would have a huge impact on my life. I will be unable to provide for myself or my child financially or afford to continue to pursue my educational goals.

8. I want to have an opportunity to give back to this country, and to the communities that have supported me throughout my life. Allowing DACA to continue would allow me to continue to live, work, and contribute to the economy and communities of America which is my home.

Executed on: September 27, 2017

_G.L._

G.L.