# EXHIBIT 106

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>      Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>      Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

# DECLARATION OF ALLYSON SURIA

I, Allyson Suria, declare as follows:

1. I am over the age of eighteen. I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently thereto.

2. I am a twenty-one year old resident living in Virginia. Virginia is my home.

3. In 2004, when I was 8 years old, I came to the United States from El Salvador.

4. I graduated from high school in Arlington, Virginia where I was an Honor student.

5. In 2012, I applied for DACA and attained DACA status. Subsequently, I received a social security number for work authorization and a work permit, which allowed to have access to previously unattainable employment opportunities, and a financial option to enroll in an institution of higher education paying in-state tuition. I was able to obtain my driver's license, open my first bank account, and obtain my first internship at my local Credit Union as a part-time job and eventually work my way to become the Executive Assistant. Most importantly, I was able to let go of the fear of being deported at any minute.

6. I am currently enrolled in Northern Virginia Community College where I am majoring in Business Administration with a concentration in Finance. My educational goal is to transfer to George Mason University in the next year. I am also currently employed as the Executive Assistant at Arlington Community Federal Credit Union. I could not have achieved any of these things without DACA.

7. Any revocation of DACA would have a huge negative impact in my life. My entire life will change. I will be unable to provide for myself financially or afford to continue to pursue my educational goals. I will lose my job at organization that I have come to love in my three year tenure. I will be forced to pay out of state tuition rates to complete my

education. I will lose my healthcare. Finally, I will lose the hope and protection from deportation and return to the shadows that make life so difficult.

8. I want to have an opportunity to give back to this country, and to the communities, and academic institutions that have supported me throughout my life. The American culture is engraved in my blood and I share the same values of Liberty and Freedom that many American citizens hold dear. Allowing DACA to continue would allow me to continue to live, work, and contribute to the economy and communities of America which is my home.

Executed on: September 28, 2017

_____
Allyson Suria