# EXHIBIT 107

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>      Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>      Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

# DECLARATION OF DANIELIS ANDREA DOS SANTOS TORREZ

I, Danielis Andrea Dos Santos Torrez, declare as follows:

1. I am over the age of eighteen. I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently thereto.
2. I am a twenty-three year old resident living in Richmond, Virginia.
3. In 1994, when I was 3 months old, I came to the United States from Venezuela. I have been living in Virginia since 2005.
4. I graduated from a Virginia high school in 2012 at the age of 18, the same year that the Deferred Action for Childhood Arrivals ("DACA") was enacted.
5. In 2012, I applied for DACA and attained DACA status. Subsequently, I received a social security number for work authorization and a work permit, which allowed to have access to previously unattainable employment opportunities, and a financial option to enroll in an institution of higher education paying in-state tuition. I enrolled as a student at John Tyler Community College and also began to work as a dental assistant. I couldn't have achieved any of these things without DACA.
6. I am currently employed as a dental assistant at a dental office in Virginia.
7. During the year of 2016 my DACA renewal was delayed for three months and my employer had to put me on leave until the renewal process was completed. When that happened, I felt like my world crashed around me because I was unable to pay my bills. It was an extremely stressful situation.
8. If DACA is repealed, my world will crash around me again, but with no hope of renewal. Without DACA status, I will be unable to provide for myself financially or afford to

continue to pursue my educational goals. I will also feel betrayed by my country I call home: I did what I was asked to do by my government when I came out from the shadows and allowed myself to be known as an undocumented individual in order to attain DACA status, but now this information I shared with my government will harm me if DACA is repealed. I am no less American than a person born in the United States; Virginia is my home.

9. I want to have an opportunity to give back to this country, and to the communities, and academic institutions that have supported me throughout my life. Allowing DACA to continue would allow me to continue to live, work, and contribute to the economy and communities of America where I have spent all of my life.

Executed on: September 27, 2017

_____
Danielis Andrea Dos Santos Torrez