# EXHIBIT 109

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>                Plaintiffs,<br><br>     v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>                Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

## DECLARATION OF NEW CASTLE COUNTY EXECUTIVE MATTHEW MEYER

I, Matthew Meyer, declare as follows:

1. I am over the age of eighteen and competent to testify.
2. I am the duly elected chief executive of the Government of New Castle County Delaware.
3. As of July 1, 2017 New Castle County employs 2,162 active employees.
4. New Castle County provides a variety of services to more than 559,000 residents.[1]
5. New Castle County is committed to a population that is ethnically, racially and religiously diverse. New Castle County encourages all residents, regardless of race, ethnicity, nationality, or citizenship, to learn in the County libraries, play in the County

---

[1] FY2017 Comprehensive Annual Financial Report

sports leagues, enroll their children in the County summer camps, attend County events and freely engage with New Castle County Public Safety personnel. Full access and participation promotes healthy, strong, livable communities.

6. The termination of DACA will have a chilling effect on public safety. The cooperation of all persons, including those without documentation, is essential to achieve the County's goals of protection of life and property and improving the quality of life for the people of New Castle County. The assistance of the County's immigrant community is essential to prevent and solve crimes and maintain public order, safety and security in the entire County. Assistance from any person, whether documented or not, who is a victim of, or a witness to, a crime is vital to providing safety to all of our residents.

7. It is fundamental that all people of New Castle County have unabridged access to County Services, regardless of their citizenship or immigration status. New Castle County has experienced a complete termination in the participation of Hispanic youth ages 8-18 in New Castle County's Urban Soccer League since the Administration announced its intention to retreat from the promises to Dreamers. More than 500 Hispanic youth, comprising 48 soccer teams, have ceased participating in the County's programs.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

_____
Matthew Meyer, New Castle County Executive