# EXHIBIT 116

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA, | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |
| Plaintiffs, | |
| v. | |
| DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA, | |
| Defendants. | |

I, Laura Carothers Graham, hereby declare as follows:

1.      I am the Managing Attorney for the Delaware Medical-Legal Partnership & Immigration Program in the Delaware Community Legal Aid Society, Inc. ("CLASI").

2.      CLASI provides equal access to justice and has been improving lives since 1946 by providing free civil legal services to marginalized communities.

3.      CLASI is committed to racial and ethnic fairness in the delivery of our services.

4.      As the Managing Attorney for the Delaware Medical-Legal Partnership & Immigration Program, my work with CLASI is to represent immigrant victims of crimes, abuse, and neglect, as well as clients referred through our Medical-Legal Partnerships.  Our immigration program is funded by the Federal Office of Violence Against Women, and the State Criminal Justice Council, and we provide immigration services related to the U visa for victims of crime, the T visa for victims of human trafficking, Violence Against Women Act Petitions for victims of family violence, and Special Immigrant Juvenile Petitions for dependent minors who have been abused, abandoned or neglected by their parent(s).  Our Medical-Legal Partnership Program partners with several Delaware health-care providers in order to screen for and represent patient-clients on civil legal issues related to the social determinants of their health, including immigration legal issues beyond the scope of the cases enumerated above.

5.      CLASI has 22 attorneys and 49 staff members.  Seven attorneys handle immigration cases in the Immigration and Medical-Legal Partnership Program.  Twenty percent of CLASI staff are bilingual in the English and Spanish languages.

6.      Currently, CLASI of Delaware handles approximately 150 immigration related cases annually.

7.      Upon information and belief, the State of Delaware bar only has a few practicing immigration attorneys.

8.      The rescission of the Deferred Action for Childhood Arrivals ("DACA") will have a sizable impact on the CLASI's Medical-Legal Partnership caseload and limited resources.  CLASI may have to revise its intake of legal representation if the rescission of DACA creates a significant number of immigrant related cases.

9.      I am also the chair of the immigration committee of the Domestic Violence Coordinating Council ("DVCC").  DVCC was created by statute, at 13 *Del. C.* § 2101 *et seq*, in 1993 in order to improve Delaware's response to domestic violence.

10.     In a September 12, 2017 meeting of the DVCC immigration committee, several members of Delaware law enforcement expressed concern about the termination of DACA and the chilling effect that will have on non-Citizens availing themselves to the criminal justice system when they are victims.  Law enforcement's expressed concern mirrors what I am experiencing in my immigration cases.

11.    In Delaware, there has been significant decrease in numbers of non-English speaking victims that sought law enforcement help since the election of the current Administration.  The Delaware figures correlate with the national figures on this issue.

12.    Delaware's total Protection from Abuse ("PFA") filings – civil petitions seeking a stay away order and ancillary relief for victims of family violence – have increased since last year, but those numbers drop when focusing on non-English speaking victims. Based upon data provided by the Delaware Family Court, from January to April 30, 2016: 931 PFA petitions were filed.  From January to April 30, 2017: 1055 PFAs were filed.  However, the Domestic Violence Advocacy Program ("DVAP") reports PFA inquiries and filings for non-English speaking victims have decreased.  Per DVAP, from January to May 2016: 247 Spanish-speaking victims inquired about the PFA process, and 22 filed PFA petitions.  Whereas from January to May 2017: 197 Spanish-speaking victims inquired about the PFA process, and only 7 filed PFA petitions.  Thus one can surmise that while the general population of Delaware has increasingly filed PFA petitions, the number of PFAs filed by non-English speaking Delawareans have significantly decreased.

13.    In my legal practice, I have experienced that immigrant victims are rejecting legal advice and are declining to seek law enforcement or Family Court recourse to protect themselves, and often their children, from their assailants, out of fear of federal immigration enforcement or deportation. Specifically, some of my clients, and non-Citizens who have consulted with CLASI about their rights, have avoided seeking PFA orders or contacting law enforcement regarding crimes, because of fear of deportation and federal immigration enforcement.  Some of my immigrant victims have expressed such significant concern regarding deportation and immigration enforcement that they will not attend court appearances because this Administration has indicated that it may arrest and seek to deport people near and around courthouses and other public spaces, which were previously not utilized in enforcement actions.  That has an outsized effect on the safety of our Delaware community, because when non-Citizens are fearful to report the crimes against them, law enforcement is unable to effectively investigate crimes, rendering all of the Delaware community less safe.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this **27**th day of September, 2017.

Laura Carothers Graham
Managing Attorney
Delaware    Medical-Legal    Partnership    &
Immigration Program
Delaware Community Legal Aid Society, Inc.