# EXHIBIT 123

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>                Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>                Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

## DECLARATION OF JUDY MOHR PETERSON, PhD

I, JUDY MOHR PETERSON, do declare and would competently testify as follows:

1. I am the Administrator of the Med-QUEST Division, Department of Human Services, State of Hawaii. I have held the position since July 1 2015.

2. I have personal knowledge of the matters set forth herein, or for those matters for which I do not have personal knowledge, I have reviewed information gathered from Med-QUEST records or by Med-QUEST employees.

3. The Med-QUEST Division provides eligible low-income adults and children access to health and medical coverage through managed care plans. Med-QUEST administers Hawaii's Medicaid program, QUEST Integration.

4. I am aware of DACA, and the recent announcement that the DACA program is being terminated.

5. The termination of DACA will likely cause more people to rely on state-funded and/or state administered public health care and other benefits, and thus impose additional costs on Hawaii.

6. Through Hawaii's state-administered Medicaid One-Time Emergency services, Med-QUEST reimburses hospitals for emergency and urgent services provided to qualifying uninsured Hawaii patients. This would include DACA grantees, who may be eligible for the Medicaid One-Time Emergency services even though they are not U.S. citizens.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, September 29, 2017.

JUDY MOHR PETERSON, PhD