# EXHIBIT 127

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>　　　　　　　　Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

# DECLARATION OF PETER BLAKE

Pursuant to 28 U.S.C. § 1746 (2), I, Peter Blake, hereby declare as follows:

1. I am the Director of the State Council of Higher Education for Virginia ("SCHEV"), a position I have held since 2012. Prior to holding my position, I served as Deputy Secretary of Education, and then Secretary of Education in Virginia, and also the Vice Chancellor of Workforce Development Services for the Virginia Community College System. I have personal knowledge of the matters set forth below or have knowledge of those matters based on my review of information and records gathered by members of my staff.

2. SCHEV is Virginia's coordinating body for higher education. SCHEV's mission as outlined in the Code of Virginia is to advocate and promote the development and operation of an educationally and economically sound, vigorous, progressive, and coordinated system of higher education in Virginia and to lead state-level strategic planning and policy development and implementation based on research and analysis.[1] SCHEV administers a variety of educational programs that benefit students, faculty, parents, and taxpayers. SCHEV serves as a catalyst to promote greater access, quality, affordability, and accountability throughout the system.

3. Each Institution of Higher Education in Virginia is committed to admitting, enrolling, and teaching students, within the existing legal framework, regardless of their national origin or immigration or citizenship status.

---

[1] *Code of Virginia* §23.1-200

4. Many Institutions of Higher Education in Virginia have students presently enrolled in their educational program who are participants in the Citizenship and Immigration Services' Deferred Action Childhood Arrivals ("DACA") program. SCHEV estimates that there were over one thousand three hundred DACA students enrolled at public Institutions of Higher Education in Virginia in the 2016-2017 school year.

5. The DACA program provides benefits to Institutions of Higher Education in Virginia, its DACA student population, and the rest of the Virginia community. The DACA program has provided an important cohort of Virginia students with legal protections and financial opportunities that have enhanced their ability to take full advantage of education programs in Institutions of Higher Learning in Virginia.[2] DACA furthers SCHEV's 2016 Virginia Plan for Higher Education and its goal to be the best educated state by 2030.[3] The Plan highlights the value of postsecondary education as a means to support the prosperity of Virginia, its citizens and its regions, supporting well-trained Virginia graduates to go on to employment in professions needed in the state.

---

[2] DACA students domiciled in Virginia are eligible to apply for in-state tuition. See http://www.schev.edu/docs/default-source/tuition-aid-section/financial-aid/dacafaqs.pdf.

[3] State Council of Higher Education for Virginia (2017, January) The Virginia Plan for Higher Education: Annual Report for 2016 to the General Assembly. Retrieved from http://www.schev.edu/docs/default-source/virginia-plan/Reports-and-Updates/annualreport2016finalad3eb850bece61aeb256ff000079de01.pdf.

6. For as long as they have active DACA protection, DACA participating students in Virginia Institutions of Higher Education can pursue their courses of study and fully invest themselves in their educational endeavors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on: September 27, 2017

_____
Peter Blake