# EXHIBIT 133

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>                Plaintiffs,<br><br>     v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>                Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

## DECLARATION OF DR. DIMITRIOS PACHIS

Pursuant to 28 U.S.C. 1746, I, Dr. Dimitrios Pachis, having been duly sworn, depose and say, based on my personal knowledge and belief:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am Interim Provost and Vice President for Academic Affairs at Eastern Connecticut State University ("ECSU" or "the University"). I have held this position since June 2015. Before becoming its Provost, I was a Professor of Economics at ECSU since 1988.

1

3. As Provost, I oversee the academic programs and faculty of the University, direct the work of the entire teaching faculty of the University, oversee administrative programs, guide future direction of academic programs, assure a faculty and professional workforce capable of high-level performance, assure the fiscal soundness of the University's academic operations, contribute to the long-term vitality of the University, and provide continuity in University direction by serving as an integral member of the Office of the President and, when delegated, functioning on behalf of the President in the President's absence.

4. I have personal knowledge of the matters set forth below or, with respect to those matters for which I do not have personal knowledge, I have reviewed information gathered from ECSU records by others within the organization.

5. Since 2016, ECSU has worked closely with a private foundation, TheDream.US Opportunity Scholarship Program, which assists students who are beneficiaries of the Deferred Action for Childhood Arrivals (DACA) program. TheDream.US foundation provides funding of up to $80,000 over four years to DACA grantees to help them obtain Bachelor's Degrees at ECSU. *See generally* http://www.courant.com/politics/hc-undocumented-students-scholarship-20160510-story.html.

6. ECSU is one of two colleges in the nation that have agreed to provide an affordable college education to DREAMers, who live in locked-out states in conjunction with TheDream.US foundation. http://www.thedream.us/opportunityscholarship/. Locked-out states are those states where DACA grantees reside but which have refused to offer higher educational opportunities to undocumented young people, even ones that have lived in their states for years.

7. ECSU welcomes these out-of-state "locked-out" DACA students as well as our own Connecticut resident DACA students.

8. Since 2016, ECSU has enrolled 109 undergraduate students who are beneficiaries of the DACA program. This group of ECSU DACA students is comprised of out-of-state students who come to ECSU because of ECSU's unique and intentional investment in DACA students and in-state students.

9. In the most recent complete academic year, 2016-2017, ECSU enrolled 42 out-of-state DACA students and 5 in-state students. In the current academic year, 2017-2018, ECSU has enrolled 51 out-of-state DACA students and 11 in-state students.

10. These DACA students contribute significantly to the financial health of ECSU. ECSU has a two-tiered tuition and fees structure: one for in-state students and another for out-of-state students. Some students from other New England states may also qualify for an out-of-state tuition rate that is markedly reduced. In academic year 2017-2018, ECSU's tuition and fees for in-state students is approximately $11,000, whereas for out-of-state students the charge is closer to $24,000. When you add in housing and board, the amounts rise to nearly $24,000 for in-state and $37,000 for out-of-state.

11. TheDream.US Opportunity Scholarship Fund contributes significant funds to ECSU in the form of direct payments for DACA grantees. For out-of-state DACA students from the locked-out states TheDream.US foundation provides a $20,000 per year scholarship to cover tuition, fees, and on-campus housing and meals for four years provided the grantee agrees to live on ECSU campus.

12. For in-state DACA students from Connecticut, TheDream.US foundation provides a $7,500 per year scholarship to partially cover tuition, fees, books and supplies for four

years. The in-state grantees are not required to live on ECSU campus to qualify for the scholarship.

13. TheDream.US foundation flat payments to ECSU for the out-of-state DACA students cover the University required tuition and fees, but do not cover expenses related to books, supplies, healthcare, transportation and other personal expenses. As a result, many DACA students must work at jobs both on and off campus in order to afford to attend ECSU. If the DACA program is terminated and DACA students lose their ability to work legally in the United States, this will have immediate negative effects on their ability to continue their ECSU education.

14. I know from my personal interactions with ECSU students that DACA students have an acute need to be able to work while in school because they lack other financial resources. In-state DACA students are not eligible for the $20,000 TheDream.US foundation grant, and they cannot obtain financial aid such as Pell grants. They need to work and earn money legally in order to remain enrolled in ECSU.

15. ECSU students, including our DACA students, make a significant positive contribution to the State of Connecticut both while attending ECSU and upon graduation. In-state and out-of-state DACA students, like all of ECSU students live on campus and in the local community and pay state and local sales taxes, rents, purchase meals, groceries and household items.

16. The most recent figures that I have reviewed indicate that between 85% - 87% of ECSU's approximate 1200 graduates each year remain in Connecticut upon graduation. Each ECSU student contributes to the growth and vitality of Connecticut's economy because ECSU students go on to professions of critical importance to growth industries in

4

Connecticut's economy such as business, biomedical sciences, health care, social work, criminology, early childhood education, elementary and secondary education and other important fields of employment.

17. ECSU and the State of Connecticut would experience a quantifiable economic loss if DACA students are forced to withdraw from ECSU before completing their degrees or if new DACA students are no longer permitted to enroll at ECSU.

18. Under the current scholarship program with the TheDream.US foundation, ECSU stands to lose $1,964,000 in payments for the 2017-18 academic year and for each of the following two academic years if DACA students are forced to withdraw. That amount would be even greater if no new DACA students are not permitted to enroll in fall of 2018.

19. The State of Connecticut will also suffer a diminished return on its investment if enrolled DACA students are forced to leave before completing their degrees.

20. The State of Connecticut covers nearly a third of the on-going cost of educating each ECSU student, as well as costs related to construction and renovation of most campus facilities. Thus, students' tuition and fees payments do not cover the full actual costs when one factors, faculty and staff compensation packages as well as cost of facilities. A student who fails to complete their degree at ECSU does not provide the same benefit and return to the State as one who graduates with a degree.

21. Students who are unable to complete their education have less positive economic futures both short term and long term. They have a diminished ability to repay loans, obtain higher wages and fully contribute to Connecticut's economy,

5

22. Connecticut is working hard to build a knowledge economy. In today's economy educating, attracting and retaining highly educated skilled people is the only path to sustainable economic strength and resilience. Today and in the foreseeable future, the states that are going to thrive are the ones with the most educated workforce. Our DACA students are exactly the type of exceptional students and people that Connecticut needs of to grow.

23. Our DACA students have GPA's that are well above that of the average ECSU student. Moreover, they have demonstrated a profound commitment to their education and future. For example, this September 2017, 100% of our DACA students from last year returned to ECSU. In my experience, this is a highly unusual retention rate for any subgroup of students. The DACA students that come to ECSU are the top students in their high school classes. I expect many of these students will go on to obtain higher professional degrees.

24. Beyond the clear and quantifiable economic harm that the State of Connecticut taxpayers and ECSU will experience if DACA is terminated, there are some intangible but nonetheless significant losses that will be felt throughout the ECSU community and the State. In my personal experience observing and working with ECSU's DACA population I have been struck by their work ethic and desire to contribute to their community. Many of these students are incredibly dedicated, active and intelligent and have grown into leaders in the ECSU community. In my professional opinion, the true measure of the loss of these students would be incalculable for ECSU. Not only would the students be deprived the opportunity to realize their full potential but we will all lose from not having them as leaders, teachers, and researchers of tomorrow in Connecticut. While their

numbers at ECSU are relatively small, they have an outsized impact and I expect that, as they grow and learn, they will do the same for the State of Connecticut - if they are permitted to complete their education and remain here.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Dimitrios Pachis*
DR. DIMITRIOS PACHIS

DATED: SEPTEMBER 22, 2017

*Darren Nosal, Notary*
*9-22-17*

**DARREN NOSAL**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES DEC. 31, 2021

7