# EXHIBIT 137

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>                Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>                Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

## DECLARATION OF DONALD STRANEY

I, DONALD STRANEY, do declare and would competently testify as follows:

1.  I am the Vice President for Academic Planning and Policy for the University of Hawai'i System ("UH"). I have over 38 years in higher education experience including 7 years as the Chancellor of the University of Hawai'i at Hilo and 8 years as the Dean of the College of Science and professor of biology at California State Polytechnic University, Pomona. As the Vice President for Academic Planning and Policy, I provide executive leadership in setting forth the system wide academic vision and goals for the university.

2.  I have personal knowledge of the matters set forth herein, or for those matters which I do not have personal knowledge, I have reviewed information gathered from UH records or databases by UH employees.

3.  UH was founded in 1907 and today it includes 3 universities, 7 community colleges, and community based learning centers across Hawai'i. For Fall 2017, more than 51,000 students are enrolled at UH. UH has awarded more than 11,000 degrees for each of the last four academic years to local, national, and international students.

4.  UH is steadfast in its commitment to serve all members of our community, regardless of citizenship status.

5.  Over three years ago, the UH Board of Regents adopted a policy to extend eligibility for resident tuition rates to undocumented students, including but not limited to those who have filed for Deferred Action for Childhood Arrivals ("DACA").

6.  Presently, there are 16 students who have reported their DACA status to UH and who are pursing various degrees at multiple UH campuses.

7. UH's undocumented students are an integral part of the UH community. If DACA is terminated abruptly it will have a negative effect upon UH and its faculty and students. Without the benefit of in-state tuition rates, DACA students may have to withdraw from UH and discontinue their education. Upon information and belief, these students will face possible arrest and deportation despite their contributions to UH and to our broader community.

8. In academia, the loss of culturally diverse students with different life experiences reduces the quality of classroom discussions and impedes the development of new perspectives and ideas for other students and faculty.

9. If our undocumented students must withdraw from our university, UH will lose its educational and financial investment in these students who we believe will benefit and serve the local, national, and international workforce.

10. Terminating DACA will harm UH and its commitment to provide environments in which faculty, staff and students can discover, examine critically, and preserve and transmit the knowledge, wisdom, and values that will help ensure the survival of and quality of life for present and future generations.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

DATED: Honolulu, Hawai'i, _September 26_, 2017.

_Donald O. Straney_
DONALD O. STRANEY