# EXHIBIT 139

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>                Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>                Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

## Declaration of Dr. Larry H. Dietz

I, Dr. Larry H. Dietz, hereby declare and affirm:

1. I am the President of Illinois State University ("ISU") and have been employed in this capacity since March 2014. Before serving as President, I was employed in 2011 as the Vice President of Student Affairs. Prior to that position, I served as vice chancellor for Student Affairs at Southern Illinois University Carbondale (SIUC) for 10 years and have served in other leadership positions at University of Missouri-Kansas City and Iowa State University for 28.

2. I have personal knowledge of the facts set forth below, or, with respect to those matters for which I do not have personal knowledge, I have reviewed information gathered from University records by others within the organization.

3. Illinois State University is a body corporate and politic of the State of Illinois located in Normal, Illinois. Illinois State University was founded in 1857 as the first public institution of higher education in the state. ISU's motto is "gladly we learn and teach." As a public university, ISU's mission calls for the University to work as a diverse community of scholars with a commitment to fostering a small-college atmosphere with large-university opportunities.

4. Diversity is a core value at Illinois State University, and the University welcomes all applicants regardless of citizenship status to attract the most talented and committed students. Undocumented students or "dreamers," with or without participation in the Deferred Action for Childhood Arrivals ("DACA"), who apply to ISU are treated identically to any other U.S. citizen or permanent resident. DACA recipients, and all undocumented students, who complete at least three years of high school in Illinois (or recognized equivalent) are eligible for in-state tuition under Illinois law, 110 ILCS 675/20-88. Should DACA be repealed, the

likelihood that undocumented students would continue to apply and enroll in the University would be significantly diminished.

5. ISU has a total enrollment of 20,784 undergraduate and graduate students for the fall of 2017 coming from Illinois, 46 states, and more than 72 different countries. ISU has undocumented students presently enrolled in the University, some of whom are participants in the DACA program. ISU also employs DACA recipients in a variety of different roles at the University.

6. The repeal of DACA would affect ISU students starting and completing their education. The loss of the DACA program may jeopardize the ability of students who are DACA grantees to pay for their education and access financial-aid opportunities available to them. In addition, the repeal and current limitations on the DACA program may prevent the ability of DACA recipients to access and participate in study-abroad programs, research projects, other educational opportunities, as well as scholarly work and travel opportunities. The repeal of DACA could also jeopardize faculty, scholars, and staff who may lose work authorizations under the DACA program.

7. Overall, repealing DACA could undermine ISU's efforts to support our University community's ability to meet challenges, not in a climate of fear, but in a spirit of collegiality and community.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 26th day of September, 2017.

_____
Dr. Larry H. Dietz
President, Illinois State University