# EXHIBIT 140

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>      Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>      Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

## Declaration
## of
## Eric R. Jensen

I, Eric R. Jensen, hereby declare and affirm:

1.  I am over the age of 18 and have personal knowledge of the matters set forth below and I am competent to testify about them.

2.  I am President and Professor of Economics at Illinois Wesleyan University ("Illinois Wesleyan"). I have been employed by Illinois Wesleyan since November 1, 2015. Prior to coming to Illinois Wesleyan, I was Provost at Hamline University and prior to that I was professor of economics and public policy at the College of William and Mary for 30 years serving as director of the Thomas Jefferson Program in Public Policy for 8 of those years.

3.  Illinois Wesleyan University is an independent, residential, liberal arts university founded in 1850 with a College of Liberal Arts, a School of Fine Arts and a School of Nursing. Illinois Wesleyan has an enrollment of 1,771with almost 480 students of color or from other countrie

4.  A liberal education at Illinois Wesleyan fosters creativity, critical thinking, effective communication, strength of character and a spirit of inquiry. Our curriculum deepens the specialized knowledge of a discipline with a comprehensive world-view. The Illinois Wesleyan experience affords the greatest possibilities for realizing individual potential while preparing students for democratic citizenship and life in a global society. As the University pursues this ideal for all of our students, we help students to follow a wide range of career and life paths, offering diverse curricula in liberal arts, fine arts and professional programs as well as opportunities for interdisciplinary study and off-campus learning. The University through our policies, programs and practices is committed to diversity, social justice and environmental

sustainability. A tightly knit, supportive university community, together with a variety of opportunities for close interaction with excellent faculty, both challenges and supports students in their personal and intellectual development.

5. The University welcomes students regardless of their national origin, immigration or citizenship status, and regardless of their status as a DACA recipient or as undocumented. Applications of DACA students are considered in the same manner as all other students.

6. Illinois Wesleyan University remains strongly committed to providing a supportive environment in which each of our students can become confident, participatory members of a global society. We define ourselves as a diverse, inclusive and welcoming campus, with the understanding that education in the context of diversity – whether of nationality, race, religion, thought or any of the other forms that diversity may take – creates the richest learning environment. The University would be immeasurably affected by rescission of DACA. We have 6 students enrolled at the University who identified as undocumented and are subject to potential harmful effects of ending DACA.

7. Two of our DACA students are important to note. One arrived in the United States from Mexico when he was 1.5 years old and the other arrived from Poland when he was 2 years old. Both of these students come from families that have worked hard, paid their taxes, worked to make a better life for their families. They are both economic majors and successful student-athletes. Eliminating their DACA status would end their ability to legally work in the United States and subject them to removal from the country at any time. It is likely that at least some of our DACA students would cease engagement with public institutions, including their enrollment at IWU. Not only would the resulting drop in enrollment directly affect these students, but it would also damage the University community as a whole. These students bring a

valuable perspective to our classes and meetings based on their unique life experiences and commitment to obtaining an education.

8. Elimination of the DACA program would put at risk the ability of current students to fully participate in their college education. Students would be subjected, on a daily basis, to the stresses of the fear of deportation and lack of employment. By losing work authorization, many students would lose summer and part-time jobs that enable them to continue to pay tuition and cover expenses like food, housing, and textbooks. In addition, students would no longer be able to participate in study abroad programs, because they would not be granted leave to visit other countries. For some, this may be a requirement for their major.

9. Elimination of DACA would undermine the University's commitment to serving as a welcoming campus supportive of a diverse learning environment. No longer will the University be able to embrace diversity to the extent it has been able to under DACA. Rescission of DACA will effectively negate our ability to welcome everyone regardless of immigration status. It will also deprive the University of high-achieving students who have often demonstrated a commitment to hard work and to pursuing a college education and successful professional life.

10. As one of our DACA students stated "It (the rescission) hurts a lot. All you know is America, you are part of this culture now, you have all your friends here and the thought you could be sent back is just scary." This action does not represent true American values.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and complete to the best of my knowledge.

Dated this 26 day of September, 2017.

_____
Eric R. Jensen