# EXHIBIT 142

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>                Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>                Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

## DECLARATION OF VERNESE EDGHILL-WALDEN

I, Vernese Edghill-Walden, declare as follows:

1. I am the Chief Diversity Officer and Senior Associate Vice President for Academic Diversity at Northern Illinois University ("NIU" or "University"). I have been employed at the University in this capacity since 2015.

2. I am over the age of 18 and competent to testify herein. I have either personal knowledge of the matters set forth below or, with respect to those matters for which I do not have personal knowledge, I have reviewed information gathered from records by others within NIU.

3. Northern Illinois University is a nationally accredited public university located in the State of Illinois. NIU is classified as a Research University (high research activity) by the Carnegie Foundation for the Advancement of Teaching, and is a member of the Association of Public and Land-Grant Universities.

4. NIU contributes to the advancement of knowledge for the benefit of the people of the region, the state, the nation and the world. To this end, the mission of the University is to promote excellence and engagement in teaching and learning, research and scholarship, creativity and artistry, and outreach and service. In pursuing this vision and fulfilling its mission, the University values, among other important principles:

    - A community of diverse people, ideas, services, and scholarly endeavors in a climate of respect for the intrinsic dignity of each individual;

    - Access for a broad spectrum of students to high quality undergraduate, graduate, and professional programs that prepare them to be lifelong learners and productive, socially conscious citizens;

    - Student success supported through academic and co-curricular programming and activities;

- Commitment to a public purpose addressing regional, state, national, and global challenges and opportunities.

5. NIU proactively fosters an inclusive culture for all, including more than 200 undocumented students at the University, and carries a commitment of continued support to the students and employees of NIU, and their educational pursuits, regardless of immigration status.

6. On September 5, 2017, U.S. Attorney General Jeff Sessions, on behalf of the President of the United States Donald J. Trump, announced the termination of the Deferred Action for Childhood Arrivals (DACA) program. The DACA program allowed those who immigrated to the United States as children to remain in the country and receive work or travel authorization for a period of time if certain criteria were met.

7. That same day, Acting President Lisa Freeman issued a statement to the NIU community entitled "NIU Stands with Our DACA Students." A copy of that statement is attached to this declaration as Document No. 1.

8. At its regular meeting on September 14, 2017, the Board of Trustees of Northern Illinois University unanimously adopted a resolution entitled "Solidary Support from the Board of Trustees of Northern Illinois University Regarding the Deferred Action for Childhood Arrivals (DACA) Program." A copy of that resolution is attached as Document No. 2.

9. Dr. Freeman's statement to the NIU community and the resolution of the Board of Trustees demonstrate a strong commitment of support to the students and employees of Northern Illinois University, including those who may be participants in the DACA program.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of September, 2017.

*[signature]*

Vernese Edghill-Walden

| | |
|---|---|
| **From:** | Acting President Lisa Freeman |
| **Sent:** | Tuesday, September 5, 2017 12:58 PM |
| **To:** | Acting President Lisa Freeman |
| **Subject:** | NIU Stands with Our DACA Students |



### NIU Stands with Our DACA Students

---

**September 5, 2017**

Dear Students, Faculty and Staff:

In response to today's decision from the White House, I want to reassure our community that everyone at NIU is committed to *all of our students* and their educational pursuits, as well as to our employees, regardless of their immigration status.

The Deferred Action for Childhood Arrivals (DACA) program allowed undocumented immigrants who arrived in the United States as children to come forward safely to request (A) to remain in the country and (B) to receive work authorization. If granted, those allowances were good for a period of two years and subject to renewal if the applicants met a series of guidelines. Participants were not eligible to receive federal or state financial aid for higher education here in Illinois and were required to pursue other avenues to finance their education.

Earlier today, Attorney General Jeff Sessions, on behalf of President Trump, announced the termination of the DACA program, stating that it will immediately begin winding down with limited renewals and no new applications for legal status being considered after today. As details and clarity emerge, we will update the [FAQ page](#) for our students and have staff available at both the [Center for Latino and Latin American Studies](#) and the [Latino Resource Center](#) to help our students understand and navigate information and options.

Today's federal action will understandably cause concern, confusion and even anger for many of our undocumented students, their families and the faculty, staff and students who

are their advocates and allies. I want to be clear that NIU stands with our students, regardless of their immigration status. Moreover, we are committed to admitting and retaining students regardless of status or nationality. We will also continue to support undocumented students through privately funded scholarships; student support groups and faculty advocates; counseling and consultation services; academic and cultural resource centers; and Ally training on how to best advocate for undocumented students.

NIU encourages our elected officials to reach a legislative solution quickly that enables each of our students and graduates to work, participate meaningfully in our society and contribute to the economic health of our state and nation. If you want your voice heard on this matter, engage with the student-led organization DREAM Action NIU to learn how to advocate on its behalf with state and federal legislators.

In this dynamic time, undocumented students and employees at NIU might be shouldering fears about their future and families. They are deserving of your kindness, respect and encouragement.

To our undocumented students: You belong at NIU. We want you here, and we are prepared to help you navigate how to continue on your educational journey. Continue to go to class. Refuse to let this action interfere with your goals. You are here to earn an education so that you can better yourselves: When you are educated, informed and engaged, you are just what our nation needs. Tap into the offerings and leadership available in our Resource Centers – they are welcoming to all students, faculty and staff in need of guidance and dialogue.

NIU will continue to take measures to support and assist our undocumented community, and I encourage students, faculty and staff to continue to communicate with the university on important legal and social issues that affect these Huskies. Our commitment to being a diverse, inclusive and welcoming university will not waver.

Go Huskies,

*[signature: Lisa Freeman]*

Lisa Freeman
Acting President

---

Northern Illinois University
1425 W. Lincoln Hwy., DeKalb, IL 60115 | 815-753-1000

© 2017 Board of Trustees of Northern Illinois University.
All rights reserved | Privacy Policy

Document No. 1

Case 1:17-cv-05228-NGG-VMS   Document 55-142   Filed 10/04/17   Page 7 of 7 PageID #: 3097

**Agenda Item 9.b.**  *Action*
**September 14, 2017**

# RESOLUTION

## SOLIDARY SUPPORT FROM THE BOARD OF TRUSTEES OF NORTHERN ILLINOIS UNIVERSITY REGARDING THE DEFERRED ACTION FOR CHILDHOOD ARRIVALS (DACA) PROGRAM

**WHEREAS**, the Deferred Action for Childhood Arrivals (DACA) program was established in 2012 and allowed those who immigrated to the United States as children younger than the age of 16 prior to 2007, to remain in the country and obtain work permits on a renewable basis if they met a series of criteria;

**WHEREAS**, on Tuesday, September 5, 2017, President Trump initiated an executive order to end DACA, affecting the lives of more than 800,000 immigrants; and

**WHEREAS**, the State of Illinois has joined at least 15 other states in challenging the recent federal legislation that serves to overturn the protection measures of the DACA program; and

**WHEREAS**, Northern Illinois University (NIU) Acting President Lisa Freeman has issued a clear and swift response of commitment of continued support to all NIU students and their educational pursuits, as well as employees, regardless of their immigration status; and

**WHEREAS**, NIU proactively fosters an inclusive culture for all – including more than 200 undocumented students, who are seeking a path to citizenship as well as economic and societal stability; and

**WHEREAS**, NIU is taking a transparent position of solidarity in standing with our undocumented students and employees, in vowing to continue to offer resources and forums to address the inevitable repercussions of the White House actions to rescind DACA,

**THEREFORE, BE IT RESOLVED** that the Board of Trustees of Northern Illinois University supports legislative actions to create a pathway for citizenship for DACA participants; and we strongly encourage all local, state and national citizens to support our position of solidarity;

**BE IT FURTHER RESOLVED** that this RESOLUTION be sent to Illinois lawmakers and a copy of this document be placed in the official files of the Board of Trustees as part of the permanent record of the University and the great State of Illinois and as a lasting testament of the voice of this body, which believes in due process rights for all and the tenets of the United States Constitution.

Adopted in a regular meeting assembled this *14th* day of **September, 2017**.

**BOARD OF TRUSTEES OF**
**NORTHERN ILLINOIS UNIVERSITY**

*Wheeler G. Coleman*
*Chair*

*John R. Butler*
*Secretary*

