# EXHIBIT 143

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>      Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>      Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

**Declaration of Executive Vice President and Vice President for Academic Affairs Barbara J. Wilson**

I, Barbara J. Wilson, hereby declare and affirm as follows:

1. I am of full legal age and competent to testify herein.

2. I am the Executive Vice President and Vice President for Academic Affairs of the University of Illinois System ("U of I System" or "System").

3. I have compiled the information in the statements set forth below through U of I System personnel who have assisted me in gathering this information from our three universities.

4. The U of I System is comprised of three best-in-class universities, a major healthcare enterprise with a hospital and clinics that provide care for largely underserved populations, an Extension network that takes our leading-edge scholarship to every corner of our state, and a growing online learning network. The System includes Tier 1 research universities in Urbana-Champaign and Chicago that make significant contributions to breakthrough discovery that drives innovation, progress and economic development in the fields of engineering, medicine, technology and the arts, among many others.

5. The System is Illinois' largest educator and has seen enrollment grow for five straight years, to a record 83,000-plus students in undergraduate, graduate and professional programs that include many ranked among the nation's best. The System transforms the lives of students and alters the trajectory of families, with 24 percent of all students coming from underrepresented ethnic and racial groups and about 23 percent of undergraduates identifying as first-generation students. A global reputation for academic excellence attracts students from every state in our nation and 136 countries around the world. The System employs nearly 25,000 faculty and staff, and awards more than 20,000 degrees every year, adding to its network of more than 700,000 alumni worldwide.

6. The U of I System grew from the land-grant movement that redefined higher education and led America's evolution from an agrarian society to the industrial revolution to today's electronic digital age. The University of Illinois at Urbana-Champaign is an original land-grant campus, created to open the doors of higher education to the children from all socioeconomic backgrounds. In the 150 years since, as it grew from a single campus to three, the System has never wavered from that core mission – ensuring a high-quality, life-changing education for every deserving student, regardless of her or his background.

7. The Deferred Action for Childhood Arrivals (DACA) policy reflects the U of I System's bedrock commitment to access and opportunity, supporting qualified undocumented students and nurturing the talents that will help lift their lives and their communities.

8. The repeal of DACA could affect more than 350 students and nearly 100 employees across the U of I System. Students who are now DACA grantees could lose their work authorizations, which could cost them their jobs and ability to pay for their education.

9. As a result of repeal, DACA grantee students also could face an increased risk of arrest and deportation from the country they call home.

10. Repealing DACA runs counter to the spirit of opportunity and inclusion that has made U.S. higher education a model for the world. The collective interests of our state and nation are best served by unlocking the talents of every deserving student and providing a diverse campus culture that prepares our graduates to excel in an increasingly global workplace.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct. Executed on this 27th day of September 2017.

*[signature]*

Barbara J. Wilson

Executive Vice President and Vice President for Academic Affairs

2