# EXHIBIT 147

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>                Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>                Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

**DECLARATION OF SONYA STEPHENS**

I, Sonya Stephens, declare as follows:

1. I am Sonya Stephens, Acting President at Mount Holyoke College, a highly selective, nondenominational, residential, research liberal arts college for women, located in South Hadley, Massachusetts.

2. I have either personal knowledge of the matters set forth below or, with respect to those matters for which I do not have personal knowledge, I have reviewed information gathered from College records by others within the institution.

3. Mount Holyoke was founded in 1837 and is the first of the historic Seven Sisters. Mount Holyoke's mission is to provide an intellectually adventurous education in the liberal arts and sciences through academic programs recognized internationally for their excellence and range; to draw students from all backgrounds into an exceptionally diverse and inclusive learning community with a highly accomplished, committed, and responsive faculty and staff; to continue building on the College's historic legacy of leadership in the education of women; and to prepare students, through a liberal education integrating curriculum and careers, for lives of thoughtful, effective, and purposeful engagement in the world.

4. Our 2,202 students hail from 47 states and 57 countries. Twenty-seven percent of MHC students are international citizens, and 27 percent of domestic students identify as African American, Asian American, Latina, Native American or multiracial. Fifty-seven percent of incoming first-year students were in the top 10 percent of their high school classes.

5. Access for low- and moderate-income students and for students from underrepresented groups is central to Mount Holyoke's mission. In fact, 65 percent of our students this past year received need-based aid, with average packages of grants, scholarships, and loans exceeding $38,000, and more than 26 percent of our domestic students received Pell Grants. Overall, Mount Holyoke provides its students with more than $44 million a year in need-based financial aid with funds drawn from the endowment and annual giving to the College. That figure represents nearly one-third of the College's annual budget.

6. We currently have some known DACA students on campus. We have graduated 12 students in the past four years who were undocumented or known participants in the DACA program.

7. At Mount Holyoke College, our mission is to draw students from all backgrounds into an exceptionally diverse and inclusive learning environment and to prepare them for purposeful engagement in the world. Our community is enriched by the experiences and intellectual contributions of talented DACA students who must often overcome great obstacles and demonstrate significant perseverance to pursue their studies and their goals.

8. Elimination of the DACA program will likely bring immediate economic and other hardships to students here who are under DACA protection. These hardships will likely include loss of access to on-campus employment opportunities and educational financing options as well as a possible inability to remain in the nation to continue their Mount Holyoke educations.

9. DACA has proven itself to be of significant benefit not only to hundreds of thousands of students, but also to the nation as a whole. The program provides access to educational and employment opportunities for students, while building pathways for them to pursue the American dream. In the process, they become fully engaged contributors to the economies and communities in which they live and work and demonstrate their dedication to this country and its ideals.

10. Furthermore, in addition to the significant anxieties the Trump Administration's recent announcements about the DACA program have caused for DACA recipients (and for their loved ones, friends, and acquaintances), many members of the Mount Holyoke community, the American public, and the world community are dismayed that rescission of the DACA program represents a profound breaking of faith on the part of our national government with some of the most vulnerable members of our society. Betrayals of this sort do long-term damage to trust in our government and its leaders at a time when wise, humane, and forthright leadership is sorely needed.

I declare under the penalty of perjury the foregoing is true and correct.

Executed this 27 day of September, 2017

*Sonya C Stephens*

Sonya Stephens
Acting President
Mount Holyoke College