# EXHIBIT 148

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>      Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>      Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

## DECLARATION OF RALPH C. MARTIN, II

I, Ralph C. Martin, II, declare as follows:

1. I am the Senior Vice President and General Counsel at Northeastern University. In this capacity, I have compiled the information in the statements set forth below through Northeastern University personnel.

2. Founded in 1898, Northeastern University ("Northeastern" or "the University") is a global, experiential, research university built on a tradition of engagement with the world, creating a distinctive approach to education and research. Northeastern offers a comprehensive range of undergraduate and graduate programs leading to degrees through the doctorate in nine colleges and schools, and select advanced degrees at campuses in Charlotte, Seattle, Silicon Valley, and Toronto.

3. Northeastern is proud to have one of the most diverse university populations in the country. In Fall 2016, 35,696 students were enrolled throughout the University's five campuses and through its online programs. The student body represents 50 states and 140 countries. International students comprise nearly 30 percent of the overall enrollment— one of the largest international student populations in the country—with less than 20 percent being full-time degree-seeking undergraduates.

4. Experiential learning, anchored by our renowned cooperative education program ("co-op"), lies at the heart of academic life at Northeastern. The integration of study with professional work, research, and service in 136 countries around the world gives students real-world opportunities and responsibilities. Students explore their path, acquire a deeper grasp of their studies, and develop an understanding essential to lifelong achievement.

5. Northeastern encourages all students interested in studying at the University to apply for admission. All admitted students, regardless of immigration status, are considered for private, merit-based scholarships. The University is committed to investing in the success of the Deferred Action for Childhood Arrivals ("DACA") program. Northeastern provides a dedicated resource office that is available to all students, including DACA students. Through the University's law school and partnerships with the external community, Northeastern also provides resources to support DACA students in their participation in academic and co-curricular activities.

6. Terminating the DACA program will have a negative impact on our community. Rescission of the DACA program will halt DACA students from receiving the full Northeastern educational experience, centered on experiential and global, lifelong learning. Students without DACA status will be prohibited from enrolling in co-op, global study abroad, or other experiential opportunities, and DACA students who are already enrolled will have their participation disrupted due to the loss of work and travel authorization.

7. Northeastern strongly stands against the elimination of the DACA program. As stated by Northeastern President Joseph E. Aoun on Sept. 4 in a message to the University community, "Our countless different backgrounds, beliefs, and identities are the foundation of Northeastern's excellence and our most precious resource."

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 25th day of September, 2017

Ralph C. Martin, II
Senior Vice President and General Counsel
Northeastern University