# EXHIBIT 149

Case 1:17-cv-05228-NGG-VMS   Document 55-149   Filed 10/04/17   Page 2 of 2 PageID #: 3129




New Mexico Independent Community Colleges

September 8, 2017

Dear :

The New Mexico Council of University Presidents (NMCUP), the New Mexico Association of Community Colleges (NMACC), and New Mexico Independent Community Colleges (NMICC) urges each member of our congressional delegation to stand with our students and employees who are part of the Deferred Action for Childhood Arrivals Program, also known as DACA. Our country has made a promise to these individuals, and we believe promises should be kept. We strongly urge Congress to pass legislation that will authorize deportation protections that DACA provides. Immediate action is necessary to avoid huge disruption to both these students and our colleges.

In all, more than 800,000 individuals are part of the DACA program, which was created more than five years ago as a way to provide protection from deportation to certain individuals who were brought to the United States as children by their parents. For many of our DACA students and employees, the U.S. is the only country they know. They have lived here as long as they can remember, and they are an important part of our culture and our future.

One of our most important responsibilities is to provide a safe and caring community where all students can focus on learning and where all faculty and staff know that they are valued and supported.

We hope Congress can come together swiftly to address this crucial issue. Long-term, we will work with our congressional delegation and others to ensure our DACA students and employees can continue their education and/or employment and participate fully in our universities and our society. Please let us know if there is any way we can be of help in this process.

Sincerely,

Garrey Carruthers, Ph.D.
Chair, Council of University Presidents
Chancellor, New Mexico State University

Dr. Rebecca K. Rowley
Chair, New Mexico Independent Community College
President, Clovis Community College

Dr. John B. Gratton
Chair, New Mexico Association of Community Colleges
President, New Mexico State University Carlsbad