# EXHIBIT 153

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA, | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |
| Plaintiffs, | |
| v. | |
| DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA, | |
| Defendants. | |

## DECLARATION OF LACY KARPILO

Pursuant to 28 U.S.C. § 1746(2), I, Lacy Karpilo, hereby declare as follows:

1. I am over the age of 18. I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently thereto.

2. I am the Vice President for Student Affairs of Eastern Oregon University ("EOU"), a position that I have held since February 2017. As Vice President for Student Affairs, I serve as one of the President of EOU's senior staff members and the chief student services officer which includes oversight of the following departments: Admissions, Title IX, Student Conduct, Residence Life, Student Involvement, International Programs, Multicultural Center, Student Health and Counseling, the Learning Center, and TRIO Student Support Services (TRIO programs are federal outreach and student services programs designed to identify and provide services for individuals from disadvantaged backgrounds). I have worked in higher education in several other capacities for approximately the last fifteen years. I was the Associate Vice Chancellor for Student Access, Advising, and Transition, for the University of Alaska Anchorage from 2013 until 2016; the Director of Residence Life at the same institution from 2009 to 2013; the Assistant Director of Residence Life at the University of Puget Sound from 2007 to 2009; and I worked at Colorado State University in Fort Collins from 2005 to 2007 and the Art Institute of Colorado in Denver from 2002 through 2005. I obtained my bachelor's degree (BA) in psychology from Occidental College in 2000. I obtained a master's degree (MA) in counseling psychology from the University of Denver in 2002. Finally, I obtained my doctorate (Ph.D.) in education and human resources from Colorado State University in 2008.

3. Eastern Oregon University ("EOU") is a public university located in La Grande, Oregon. EOU's mission is to guide students' inquiry through integrated, high-quality liberal arts and professional programs that lead to responsible and reflective action in a diverse and interconnected world. EOU was founded in 1929 and serves as a regional University and center for education, culture, and scholarship. Enrollment at EOU is 3,176 students.

Page 2 - DECLARATION OF LACY KARPILO
J1B/n2c/8499284-v2

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

4.      EOU is a partner institution of TheDream.US, a non-profit organization that
provides scholarships to assist Deferred Action for Childhood Arrivals ("DACA") recipient
students to attend higher education intuitions. Recipients of TheDream.US National Scholarship
are inherently motivated and resilient students who want to earn a college degree and make a
difference in the world. At this time, EOU participates in TheDream.US National Scholarship
program only for Oregon-resident students. Currently there are many TheDream.US National
Scholarship recipients enrolled at EOU. EOU's TheDream.US National Scholarships recipients
are high achieving students with an average high school GPA of 3.36.

5.      EOU does not specifically collect data or track the number of DACA recipient
students enrolled at EOU. However, EOU is subject to Oregon's "tuition equity" law, codified at
Or. Rev. Stat. § 352.287. Under that statute, an Oregon public university "shall exempt a student
who is not a citizen or a lawful permanent resident of the United States from paying nonresident
tuition and fees for enrollment" if the student meets certain criteria. Currently, a number of
students at EOU pay in-state tuition and fees, pursuant to the tuition equity law. Although EOU
does not know the exact number, I am personally aware that many of those tuition-equity
students are in fact DACA recipients.

6.      I am aware that EOU currently employs many DACA recipient students as
student workers and at least one DACA recipient non-student in a professional level position.

7.      The rescission of the DACA program harms EOU in several ways. First, it harms
EOU tuition revenues derived from currently-enrolled students. Full-time students at EOU pay
in-state tuition of $7,020 per academic year, and mandatory fees of $1,449 per academic year,
for a total of $8,469 per academic year. Although some DACA recipient students may choose to
continue their education at EOU, it is highly likely that DACA recipient students will
discontinue their studies. DACA recipients are unable to access federal student aid. As a result,
they must use other means to afford their education which, for most, includes part-time or full-
time employment. Without DACA, those students are ineligible for employment which will

Page 3 -   DECLARATION OF LACY KARPILO
           J1B/a2c/8499284-v2

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

significantly impact their ability to pay for college and many will be unable to pursue their education. Accordingly, for every currently-enrolled DACA recipient student that either drops out or is forced out by rescission, EOU will lose significant revenue per academic year.

8. Second, it is likely that rescission will harm EOU's tuition revenues derived from future students, *i.e.*, those who would have qualified for DACA. EOU is a small public institution; therefore, small decreases in recruitment numbers significantly impact EOU's tuition revenue.

9. Third, rescission also harms EOU's offices and/or departments that rely on DACA recipient employees, both as student workers and professional staff members.

10. Fourth, rescission harms EOU's educational mission. EOU believes that cultural diversity introduces EOU students, staff, and faculty to new experiences, enriches and broadens perspectives, and stimulates new ideas and possibilities which is at the heart of our mission. The loss of DACA recipient students represents a loss of diversity at EOU, and, therefore, a harm to EOU's educational mission.

11. Finally, I am aware, from my personal interactions with DACA recipient students, that rescission is a source of tremendous stress, and a grave threat to our students' mental and emotional health. This represents not only a harm to our individual students' wellbeing; it also further undermines EOU's ability to fulfill its educational mission, because it distracts from students being able to focus on their education and successfully completing their degree.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED September __18__, 2017.

LACY KARPILO

Page 4 -  DECLARATION OF LACY KARPILO
J1B/a2c/8499284-v2

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000