# EXHIBIT 158

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>                Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>                Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

## DECLARATION OF MARJORIE TRUEBLOOD-GAMBLE

Pursuant to 28 U.S.C. § 1746(2), I, Marjorie Trueblood-Gamble, hereby declare as follows:

1. I am over the age of 18. I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently thereto.

2. I am the Director of Diversity and Inclusion, and Title IX Coordinator, for Southern Oregon University ("SOU"). As Director of Diversity and Inclusion, my duties are to provide strategic advice to senior leadership pertaining to diversity-related issues, especially as they relate to policy and procedure. Through this role I collaborate with others to develop and implement initiatives to foster a more inclusive and equitable campus. As Title IX Coordinator, my duties are to oversee our proceedings, under federal law, related to allegations of sexual and gender-based discrimination and to ensure that such proceedings are fair and impartial. I began my current position three years ago. Prior to that, I was the SOU Associate Director for Student Life and Inclusion for approximately three years. I also worked in higher education prior to that, in Ohio, as the Assistant Director of Multicultural Affairs and Admissions at Kenyon College, a position that I held from 2007 through 2011. Prior to that, I worked throughout 2006 at Earlham College in Richmond Indiana, as an Area Director. I earned my bachelor's degree (BA) in psychology at Earlham College in 2004, and I earned my master's degree (MA) in executive development for non-profit management from Ball State University in 2006.

3. SOU is a public liberal arts college located in Ashland, Oregon. SOU has a most recently tabulated (Fall 2016) student enrollment of 6,088, including 4,295 fulltime students. SOU is an inclusive campus community dedicated to student success, intellectual growth, and responsible global citizenship. SOU is committed to providing its students with a challenging and practical liberal arts education centered on student learning, accessibility, and civic engagement; academic programs, partnerships, public service, outreach, sustainable practices, and economic development activities that address regional needs such as health and human services, business, and education; and outstanding programs that draw on and enrich our unique

Page 2 - DECLARATION OF MARJORIE TRUEBLOOD-GAMBLE
J1B/a2c/8490661-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

arts community and bioregion. According to the most recently available data (2016), 837 of SOU's 6,088 students self-identify as racial or ethnic minorities—539 of which identify as Hispanic.

4. SOU does not specifically collect data or track the number of Deferred Action for Childhood Arrivals ("DACA") recipient students enrolled at SOU. However, I am aware of several DACA students who have disclosed their status to myself or other SOU employees during the administration of their educational services at SOU. In addition, SOU is subject to Oregon's "tuition equity" law, codified at Or. Rev. Stat. § 352.287. Under that statute, an Oregon public university "shall exempt a student who is not a citizen or a lawful permanent resident of the United States from paying nonresident tuition and fees for enrollment" if the student meets certain criteria. SOU currently has several students who pay in-state tuition and fees pursuant to the exemption provided under the tuition equity law. Although SOU does not know the exact number of its DACA students, I am aware that at least half of SOU's tuition-equity students are in fact DACA recipients.

5. SOU also employs DACA recipients. Currently, there is at least one DACA recipient employed by SOU.

6. The rescission of the DACA program harms SOU in a variety of ways. First, it harms SOU's revenues derived from currently-enrolled students. DACA recipient students taking 15 credits per term at the base resident tuition rate pay approximately $9,266 in tuition and mandatory fees per academic year. Although some DACA recipient students may elect to continue their education at SOU, it is highly likely that some DACA recipient students will drop out, either upon or in anticipation of rescission. It is likely that DACA recipient students who are no longer able to work—either at SOU or elsewhere in the community—will be unable to continue to afford higher education and will leave the university. In addition, it makes little sense for DACA recipient students to continue their education when they are subject to arrest and deportation, and when they cannot apply their education by working in the community. And

Page 3 - DECLARATION OF MARJORIE TRUEBLOOD-GAMBLE
J1B/a2c/8490661-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

obviously, any student who actually is arrested and deported will be unable to continue their education at SOU. Thus, for every full time DACA recipient student that either drops out, or is forced out, as a result of DACA rescission, SOU will lose at least $9,266 annually.

7.  In recent years, SOU has frequently experienced either flat enrollment or lower enrollment. For this reason, SOU's financial stability relies in part on the retention and completion of its entire student population. The revenue lost due to the departure of one or more DACA students would not likely be replaced by the enrollment of a non-DACA student; rather it would instead likely result in a loss of the revenue otherwise provided by the departing DACA student.

8.  Second, it is likely that DACA rescission will harm SOU's future revenues. Prospective students who lose their DACA recipient status are likely to be deterred from applying to and enrolling at SOU. Such students likely will elect not to expend the resources to obtain an education at SOU when they are unable to finance their education through work, or to apply their education by working in the United States after graduation. The threat of arrest and deportation likely will also deter such students from expending the resources to seek higher education.

9.  Third, DACA rescission harms SOU's educational mission. SOU is an inclusive campus dedicated to student success, intellectual growth, and responsible global citizenship. We believe that without diversity, including the diversity citizenship and perspective that our DACA students add to our campus, the educational process and experience for all of our students will be diminished.

10. Fourth, DACA rescission is likely to harm SOU's relationship with its non-DACA tuition equity students. We know that many students on our campus are greatly concerned about the increase of xenophobic behaviors on college campuses and beyond. The rescission of DACA not only heightens the concerns felt by our DACA students, but it causes emotional distress to other students concerned that their culture, lifestyle or perspective will be

Page 4 -   DECLARATION OF MARJORIE TRUEBLOOD-GAMBLE
J1B/a2c/8490661-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

the next one slated to be marginalized by government action, and it leaves them questioning SOU's willingness and ability to support students born outside and within the United States.

11. Fifth, DACA rescission is likely to impact outreach programs for students not yet enrolled in higher education. We have a number of outreach programs that support Southern Oregon's growing Hispanic population, including DACA students and students who have members of their families that are DACA recipients. SOU has spent the past six years cultivating educational programs that serve the region's growing Hispanic population. This includes our Pirates to Raiders, Bulldogs to Raiders, Cesar Chavez Leadership Conference, and Academia Latina programs, among others. Each of these programs is designed, in part, to teach young Hispanic students that attending college is achievable and to connect them with SOU as a college of choice. I noticed during our summer outreach programs that there was increased anxiety amongst the prospective students—they were questioning what educational opportunities they might have and whether they would truly be welcomed at SOU. The rescission of DACA has the potential of causing these prospective SOU students, with whom we have fostered relationships for up to six years, to be diverted away from SOU and entirely away from higher education.

12. Sixth, I am aware that DACA recipient students at SOU have been very distressed since the election and inauguration of President Trump. Although I have not personally met with DACA recipient students since President Trump announced the discontinuation of the DACA program, such students are certain to be even more distressed now. This distress not only harms

Page 5 - DECLARATION OF MARJORIE TRUEBLOOD-GAMBLE
J1B/a2c/8490661-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

our DACA recipient students' subjective wellbeing—it also further harms SOU's educational mission, because it distracts them from their studies.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED September 20, 2017.

MARJORIE TRUEBLOOD-GAMBLE

Page 6 - DECLARATION OF MARJORIE TRUEBLOOD-GAMBLE
J1B/a2c/8490661-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000