# EXHIBIT 159

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA, | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |
|            Plaintiffs, | |
|      v. | |
| DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA, | |
|            Defendants. | |

Pursuant to 28 U.S.C. § 1746(2), I, Dennis Galvan, hereby declare as follows:

1.  I am over the age of 18. I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently thereto.

2.  I am employed by the University of Oregon ("U of O") and serve as Vice Provost for International Affairs and Professor in the Political Science and International Studies Departments. I am also the Executive Director of the Global Studies Institute, which promotes international research, teaching, and outreach at the University of Oregon.

3.  The University of Oregon is a public research university whose mission statement includes the U of O's "devotion to educating the whole person, and fostering the next generation of transformational leaders and informed participants in the global community. Through these pursuits, we enhance the social, cultural, physical, and economic wellbeing of our students, Oregon, the nation, and the world. * * * We value our diversity and seek to foster equity and inclusion in a welcoming, safe, and respectful community. * * *"

4.  The University of Oregon has a current enrollment of approximately 23,630 students. U of O is committed to equitable student success, which includes a commitment to educational access for Deferred Action for Childhood Arrivals ("DACA") recipients – also known as "Dreamers." The University of Oregon does not specifically collect data or track the number of DACA recipient students enrolled at U of O. However, U of O is subject to Oregon's "tuition equity" law, codified at Or. Rev. Stat. § 352.287. Under that statute, an Oregon public university "shall exempt a student who is not a citizen or a lawful permanent resident of the United States from paying nonresident tuition and fees for enrollment" if the student meets certain criteria. *Id.* at (1).

5.  Currently there are approximately 20 students at U of O who pay in-state tuition and fees, pursuant to the tuition equity law, and U of O believes most if not all of those students are DACA recipients. U of O estimates at least 100 additional students may also be DACA

Page 2 -   DECLARATION OF DENNIS GALVAN
     KEB/a2c/8497503-v1

recipients. If those students were to drop out as a result of the rescission of DACA, U of O would experience a loss of their tuition revenue.

6.      In addition to the loss of DACA recipient students, the University of Oregon expects it would see a chilling effect on future enrollment at U of O of students who would have been DACA eligible, as the risk-benefit calculation of attending university shifts. Fear-based dropping-out of college depresses human capital development, undermines the overall skill level of the Oregon workforce, and diminishes the ability of Oregon to meet its growing need for skilled positions which require higher education. Decreasing college education opportunities weakens economic development in a state in which 25% of all jobs are international trade dependent and thereby require global education skills.

7.      The cancellation of DACA may also create a secondary chilling effect on the enrollment of students who have various kinds of ambiguous documentation status.   These students may also eschew university enrollment in order to avoid risky exposure. For example, potential students who are asylum seekers, recipients of official asylum status, those born in the United States (but to undocumented parents), or who come from a family of mixed documentation status, may avoid engagement with the U of O altogether.

8.      The University of Oregon has been working hard to expand diversity in our student population, with considerable outreach to the state's growing Latino population, which is numerically largest in the Portland area. We can expect worried families and students, both DACA recipients, and from populations that feel profiled and targeted by current policies (e.g., Latinos, African-Americans, Muslims, immigrants in general) to take steps to lower their risk exposure. This may include avoiding contact with government entities, such as public universities, and staying closer to home for schooling (for many potential U of O students from populations mentioned above, home is the Portland area). Excellent students who might benefit from programs only found in Oregon at the University of Oregon – such as sustainable

Page 3 -   DECLARATION OF DENNIS GALVAN
        KEB/a2c/8497503-v1

agriculture, sports business, and certain science disciplines – will be prevented from pursuing their educational dreams, and the U of O will be deprived of those students.

9.     DACA cancellation weakens the educational mission of the University of Oregon because it saps one of our most critical resources: diversity. Our classrooms, labs, formal debates and informal discussions will be less well-informed, less engaged with the real world, and less educationally effective. Consequently, the rest of our student body will be less well-prepared for the reality of a multicultural workforce as a result of the systemic exclusion of students raised in the United States by non-documented parents. As the University of Oregon's President Schill noted, "our many differences enrich this institution's learning environment, enhance the student experience, and are essential to our mission of teaching, research, and service." Michael H. Schill, *Statement on DACA and Support for Students* (Sept. 4, 2017), *available at* https://president.uoregon.edu/statement-daca-and-support-students. DACA cancellation undermines that mission.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED September 15, 2017.

_____
DENNIS GALVAN

Page 4 -   DECLARATION OF DENNIS GALVAN
KEB/a2c/8497503-v1