# EXHIBIT 162



# COMMUNITY COLLEGE

### OF RHODE ISLAND

**Office of the President**

September 28, 2017

Statement of Meghan Hughes, Ph.D

I am the President of the Community College of Rhode Island ("CCRI") and have held this position since February 2016. I am deeply committed to the mission of CCRI and am proud of one of our greatest strengths – the diversity of our students, many of whom are low-income and the first in their families to attend college.

CCRI stands proudly and firmly in support of our community members and their families who are affected by the revocation of the Deferred Action for Childhood Arrivals (DACA) program.

Equity and inclusion are at the core of our community's values. Last fall, CCRI joined more than 600 colleges and universities in signing a letter supporting the DACA program. Our college once again reaffirms our passionate commitment to equity and inclusion. To know our mission statement is to know the depths of this commitment:

*"The Community College of Rhode Island is the state's only public comprehensive associate degree-granting institution. We provide affordable open access to higher education at locations throughout the state. Our primary mission is to offer recent high school graduates and returning adults the opportunity to acquire the knowledge and skills necessary for intellectual, professional and personal growth through an array of academic, career and lifelong learning programs. We meet the wide-ranging educational needs of our diverse student population, building on our rich tradition of excellence in teaching and our dedication to all students with the ability and motivation to succeed. We set high academic standards necessary for transfer and career success, champion diversity, respond to community needs, and contribute to our state's economic development and the region's workforce."*

We serve almost 15,000 thousand students. For many, the opportunity to seek postsecondary education is unprecedented in their families. Many are the first members of their families to attend college. Many are first generation Americans, making them part of our country's strong tradition of immigration. This tradition defines the very heart of who we have been and who we must continue to be.

Our students come from diverse backgrounds, cultures, and life experiences. They come to CCRI to obtain an affordable education that will improve their lives and the lives of their families. This diversity makes CCRI, both socially and academically, a dynamic and inspiring educational and work environment. Our students and employees benefit from the diversity of experiences and perspectives from the classroom to the lunchroom.

We believe that a diverse and educated workforce results in a stronger state that is poised for continued growth. CCRI contributes significantly to that diverse and educated workforce-nearly 90% of our students stay in Rhode Island and raise their families here after graduation. Our students and graduates contribute economically and personally to communities throughout the state. They are an integral part of the state's social, employment, and economic fabric. They are Rhode Island.

CCRI is in the early days of reaching even more Rhode Islanders through Rhode Island Promise, a state-funded program that would increase the number of educated Rhode Islanders. This program provides two years of free education at CCRI for first-time, full-time Rhode Island high school graduates. The goal of the program is to develop a more educated workforce contributing to Rhode Island's economy, which would include those with DACA status.

Rescinding DACA also means the state loses the economic benefits of this educated workforce. As an example, the Center for American Progress' earlier study, "The Economic Impacts of Removing Unauthorized Immigrant Workers," found that the economic impact of passing the Dream Act, and placing all of the potentially immediately eligible workers on a path to legal status, would be significant. Over a decade, the GDP gains from the Dream Act could be as high as a cumulative $400 billion. If individuals completed the educational requirements, the gains could be as high as a cumulative $1 trillion. While that study looked at the impact of the Dream Act, it is a helpful analysis for considering the economic impact of DACA.

The rescinding of DACA has wide-ranging impact on our CCRI community: it has impacted our current DACA students because their planned futures are no longer possible; it has also impacted DACA alumni who are living and working in the state; and it has impacted those who had not yet become DACA eligible, and are not yet at CCRI, but whose futures would have included DACA and higher education. These are individuals who would likely have contributed to the state's educated workforce and to the state's economy, but will be unable to do so.

The rescinding of DACA has impacted, and will continue to impact, all of our incredible students whose personal and intellectual growth has benefitted by learning from, and interacting with, their DACA peers.

The rescinding of DACA has impacted our committed employees who believe in our mission. Our employees are dedicated to the personal and intellectual growth of our DACA students. We believe in these amazing students and mourn the contributions we know they would have made to our community and to our state.

The rescinding of DACA has caused us to pause and reflect on our mission statement. By doing so, we affirm those words and strengthen our dedication to our community and to the mission of the college, which is more relevant and important than ever.

Meghan Hughes, Ph.D.
President