# EXHIBIT 163

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>      Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>      Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |



## DECLARATION OF FRANK SANCHEZ, PRESIDENT, RHODE ISLAND COLLEGE

I am the President of Rhode Island College (RIC), a four-year public college located in Providence, Rhode Island. RIC was founded in 1854 as the first public college in Rhode Island and has, since that time, been a leader in providing quality, affordable education to students from Rhode Island and beyond. RIC has a history of delivering quality higher education in innovative ways, with programs and practices well ahead of its time.

At RIC, our goal is to prepare students to be engaged citizens, able to meet tomorrow's workforce demands by ensuring they have the support, skills and opportunities necessary to thrive. We know that an extraordinary collegiate experience includes top-notch academic programs, significant learning opportunities beyond the classroom and state-of-the-art facilities. Moreover, a quality student experience must offer an environment in which all ideas, experiences, thoughts and backgrounds are valued and welcomed.

More than 8,000 students attend RIC in nearly 90 undergraduate and graduate programs, 32 percent of whom are students of color. Nearly 15 percent of our student body is LatinX. We are proud that nearly 50 percent are first generation college students, and we place a special emphasis on attracting and retaining these students who enrich and enhance our campus, our community, our state and, our nation. It is our firm belief that education elevates individuals and society, fosters innovation and progress and, ultimately is responsible for the leadership position the United States has attained among nations.

RIC has a diverse student body, made up of a lively, curious, passionate, interested blend of students from a wide variety of circumstances. This diversity is in the DNA of the college -- we celebrate our differences and learn from them. Every RIC student benefits from this diversity and we believe our graduates leave college with a better understanding of our collective differences, with an empathy that elevates civil discourse generally and embodies all of the principles this country holds dear.

Among our student body are a number students who participate in the Deferred Action for Childhood Arrivals program (DACA), or Dreamers. Our systems do not permit us to provide an exact number of enrolled DACA students, but I am aware that we have such students at RIC. These Dreamers are valuable members of our community and our family. Our college is enriched by the presence of these young people and proud to play a part in their efforts to better themselves and their adopted home. These students exemplify dedication and hard work and are an integral and vital part of the fabric of our college. We are proud to play a part in their pursuit of the American Dream.



# RHODE ISLAND COLLEGE
## OFFICE OF THE PRESIDENT

Our Dreamer graduates contribute to society in positive and beneficial ways as responsible, informed and enlightened citizens. We are especially proud, as a state school, that a majority of RIC graduates remain in Rhode Island and contribute to our economy, political processes, and the intellectual and civil discourse in the state by instilling in their families the same core values that RIC celebrates.

Given the importance of our Dreamer students to the college, the consistency of the DACA program with RIC's core values, mission and objectives, and the benefit to the state and the nation that these students' presence provides, I am deeply concerned by the potential negative consequences of a discontinuation of the DACA program. Such an event would be anathema to RIC's core values and would directly conflict with our effort to be an inclusive, welcoming campus that represents hope and opportunity to all individuals.

The exclusion of any such student deprives the college of important perspective, has financial impacts in loss of scholarship and other financial aid support, and negatively impacts enrollment of existing and potential Dreamers who would be unable to enroll without fear of negative consequences, including potential deportation and otherwise. It is our earnest and fervent hope, both on the college's behalf and on behalf of potentially affected students, that the DACA program's protection not be interrupted.

Beyond the college, termination of the DACA program will negatively impact potential students and deprive our state and nation of the benefits young Dreamers who graduate from college provide, with lasting and impactful consequences for future generations.

RIC is deeply committed to educating Dreamers, students with extraordinary drive, heart and soul who seek to become valuable and contributing members of our society, in turn bettering themselves and their families. As part of our RIC family, these students are cherished, welcomed and encouraged. The negative consequence of terminating the DACA program would be a painful loss to the college, the state and the nation.

At RIC, serving DACA students is not a political issue. It is our educational mission.

_____  
Dr. Frank D. Sánchez  
President

Date: 9-28-17

600 Mt. Pleasant Avenue · Providence, RI 02908-1996 · (401) 456-8101 · TTY/TDD: 711

www.ric.edu