# EXHIBIT 164

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>      Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>      Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

## DECLARATION OF DONALD J. FARISH, Ph.D., J.D.

I, DONALD J. FARISH, Ph.D., J.D., state as follows:

1. I am over the age of eighteen and competent to testify herein.
2. I am the President of Roger Williams University and have held this position since June 2011. Prior to holding this position, I served as President at Rowan University in Glassboro, New Jersey from 1998 to 2011; and prior to 1998, I held various academic and administrative positions at Sonoma State University, University of Rhode Island, and University of Missouri.
3. As President of Roger Williams University ("University"), I am responsible for developing and implementing the strategic plan for the University, in consultation with the Board of Trustees. The University offers studies through its undergraduate, graduate, law, and continuing studies programs, and has a current enrollment of approximately 6,500 students.
4. The University's vision draws its inspiration from our namesake, Roger Williams, who advocated for freedom of conscience, equality and tolerance to help improve his community. The University prides itself on being an innovative, forward-thinking institution devoted to strengthening society through engaged teaching and learning.
5. Among the University's goals and missions is to make a quality education possible through investments in excellence in faculty, facilities and technology; working with local and global communities to address problems that matter most to society; preparing all our students to fulfill their potential as lifelong learners, professionals and citizens; hiring faculty and staff, and recruiting students, who mirror the diversity of our region; and welcoming and valuing all expressions of identity and diversity, and actively promoting inclusion and preparing students to challenge societal norms and to thrive in a culturally diverse and global society.
6. While the University does not keep centralized records of students who may be eligible for or registered in the Deferred Action for Childhood Arrivals ("DACA") program, based on interaction that I have had with staff and students, I have personal knowledge of six students presently enrolled at the University during the 2017-2018 academic year who are DACA participants.
7. It is my understanding that if the DACA program is discontinued, many of the currently enrolled students who are participating in (or eligible to participate in) the DACA program will likely not be able to continue with their studies at the University. They will lose their ability to work legally, and therefore lose the ability to support themselves while studying. Many will also have an understandable fear that they may be deported. (Even a delayed termination of the program will obviously greatly heighten this fear). If the DACA program is discontinued, I would also expect that persons who are presently DACA-eligible will not enroll in the University.

8. Terminating the DACA program will have a negative impact on the University, its students and faculty. DACA recipients enrolled at the University are eligible for various scholarships or other financial assistance. Without access to this financial assistance, and with the likelihood that they will not be able to work legally upon graduating, some DACA beneficiaries may not apply or may discontinue their enrollment in the University.

9. If new DACA students do not enroll, or current DACA students are forced to drop out, the University will lose the benefit of the special contributions and perspectives that these young adults bring to our campus as both students and alumni. If current DACA students are forced to drop out, the University will also lose the value of the financial assistance and other resources the University has invested in educating students who ultimately are not able to graduate.

10. In the course of my career, I have witnessed many times the negative effects that this type of stress can have on a student's ability to thrive in a rigorous academic environment like the University. All these students have had to work incredibly hard just to get here, and the University's academic programs are challenging. The prospect of having all that effort go to waste would be devastating, and may cause many of these students simply to discontinue their educational pursuits.

11. Based on my years of experience as an education administrator engaged in the development of higher education policies, I have come to recognize the value of having in every class, students who bring a variety of perspectives and life experiences in the academic community. Having a student body with a diversity of viewpoints and backgrounds fosters a robust learning environment for all. DACA eligible students inherently have a set of life experiences and perspectives that are very different from those of other students, and thus contribute to the diversity and education of the University community. Many, if not most, of the DACA-eligible students, are the first in their families to attend college, and they enrich our community by being able to share with their classmates their experiences and the unique understanding they have gained by virtue of those experiences. These experiences enhance the University mission.

12. Overall, repealing DACA would undermine the University's unwavering commitment and mission to diversity, equality, and inclusion and would cause the University harm.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Date this 18th day of September, 2017.

*[signature]*

Donald J. Farish, Ph.D., J.D.