# EXHIBIT 165

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>      Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>      Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

**Declaration of Robyn Linde, Ph.D.**

I, Robyn Linde, Ph.D., state the following:

1. I am over the age of eighteen and competent to testify herein.
2. I am an associate professor of political science at Rhode Island College, a position that I have held since June 2016. From 2011 until June 2016, I was an assistant professor of political science at Rhode Island College. I am also the director of the college's International Nongovernmental Organizations Studies (INGOS) program, a position that I have held since 2011.
3. As a professor and the director of an academic program, I teach undergraduate students about global politics, human rights, INGOS, social movements, and international law. I also serve as a representative to the Faculty Council, advise many student organizations, and serve as an academic adviser to students in the Department of Political Science and INGOS.
4. As an educator at Rhode Island College, I have many students that have been and are currently affected by federal immigration policies. The most recent announcement by the Trump administration that the DACA (Deferred Action for Childhood Arrivals) program will end has had an impact on my students' lives by creating an atmosphere of insecurity, both among students and among their families and friends. If these students' DACA status is revoked, they will lose the ability to be legally employed or obtain financial aid, and may be forced to end their formal education at the college.
5. I am committed to supporting all of my students regardless of their documentation status. I am committed to educating all students that enroll in my courses. I believe that Rhode Island College and the state at large benefit greatly from the ingenuity, hard work, and intellectual contributions of immigrants, and that ending DACA goes against both our values and our interests.

Robyn Linde, PhD