# EXHIBIT 171

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>                Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>                Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

**Declaration of Stephanie Park**

Pursuant to 28 U.S.C. § 1746(2), I, Stephanie Park, hereby declare as follows:

1. I am over the age of 18. I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently thereto.

2. I am a 24-year-old New York City resident.

3. In 1998, I came to the United States from South Korea on a tourist visa. My visa expired in 1999.

4. I was five years old at the time of my arrival in the United States. I moved with my family to Riverdale, New York, and I have lived in New York City ever since.

5. I first learned of my undocumented status while in middle school. For the next several years, I experienced significant amounts of anxiety. While my peers were considering colleges and careers, I was uncertain whether I would be able to go to college, or whether I could pursue a career when the only jobs available to me paid less than minimum wage.

6. I kept my immigration status secret. At that time, I did not think I could speak out about what it meant to be undocumented, and I did not think that I could advocate for myself.

7. As I was completing my schooling in Riverdale, I began applying to colleges. I found that many colleges I wanted to attend could not provide me with financial assistance or scholarships because of my undocumented status. As a result of these financial constraints, I found that I could not attend those colleges.

8. Fortunately, the Macaulay Honors College awarded me a full tuition scholarship to attend the City University of New York ("CUNY"), Hunter College. The Macaulay Honors College awards full tuition scholarships to New Yorkers with outstanding academic and personal achievements.

Obtaining this full tuition scholarship was essential to ensuring that I could go to college and pursue my dreams.

9. At Hunter, I majored in English, History, and Media Studies. The Deferred Action for Childhood Arrivals ("DACA") program did not exist until my sophomore year at Hunter College. During my first year, I had no social security number, limited resources and limited job opportunities. I couldn't obtain an internship or employment, and I was nervous that even after I graduated I would not be able to work.

10. DACA was enacted in 2012, and I applied for the program that same year. After I obtained DACA status, I received a social security number and work authorization. For the first time in my life, I found that I could apply for and obtain the employment and internship opportunities that I really wanted.

11. In 2015, I graduated from Hunter College with a bachelor's degree in English, History and Media Studies. While at Hunter, I discovered that I wanted to pursue a career fighting for immigrants' rights and justice. I wanted to help undocumented immigrants come out of the shadows.

12. After graduation, the Immigrant Justice Corp. ("IJC") awarded me a two-year Community Fellowship. IJC fellowships place exceptional college graduates at host organizations across New York City, and trains those fellows to provide guidance and advocacy to immigrant communities at those organizations. The fellowships also provide full salary and health insurance.

13. Through the Community Fellowship I was placed at MinKwon Center for Community Action, a non-profit designed to provide a range of advocacy, social, cultural and legal services to Korean American, Asian American and other immigrant communities in New York. My role at MinKwon involved working with and helping to resolve immigration issues of undocumented

Asian Americans, and to oversee all DACA related cases in the organization. To that end, I obtained accreditation from the Board of Immigration Appeals ("BIA") to provide legal services.

14. In addition to this direct legal service work, I have also worked on grassroots organizing while at MinKwon. I have become a core member of the Asian American Dream Coalition ("AADC"). AADC works to empower and organize undocumented Asian American youth, and to encourage that population to speak out against inequities. As a core member of the AADC, I was involved in developing the organization's mission statement, and putting out monthly newsletters.

15. In 2016, I also became the Secretary of the Board of United We Dream ("UWD"), the largest immigrant youth led organization in the nation. UWD organizes and advocates for the dignity and fair treatment of immigrant youth and families, regardless of immigration status. I joined UWD because I wanted to encourage undocumented immigrant youth not to be afraid or ashamed, and I wanted to work on organizing this diverse population so that we can effectively make our voices heard. While at UWD I have worked on planning the organization's biennial conference, and I will continue participating in organization's various activities.

16. My two-year fellowship with IJC is ending in September 2017. I plan to continue working on immigrants' rights and justice issues. I want to continue organizing immigrant groups, and to encourage undocumented individuals to be unashamed and unafraid of their status.

17. I renewed my DACA status in June 2017 for the duration of at least the next two years.

18. Revoking DACA will significantly impact my life. Without DACA status, I will lose my employment authorization. I will be unable to pursue a career furthering immigrants' rights

and justice, despite having worked hard to obtain a college degree and fellowship to reach that goal.  I will be subject to financial insecurity, as the only jobs that will be available for me are those that pay under the table, most likely for less than minimum wage.  I will be unable to obtain health insurance from my employer, and I will likely be uninsured.

19. The United States is the only home I've ever known. I want to work hard to make my community here a better one.  DACA gave me a chance to do that.  Even without DACA, I will continue fighting for immigrant justice.  However, without DACA there will be far more uncertainty in my life.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of September, 2017

_____/s_____

Stephanie Park