# EXHIBIT 173

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>      Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>      Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO) |

**Pursuant to 28 U.S.C. §1746(2), I, Windy Dejesus Hidalgo Hernandez, hereby declare as follows:**

1. I am 27 years old. I was born in the Dominican Republic, but have lived in the United States since 2003, when I was 13, first in Connecticut, and, since 2006, in New York City.

2. On March 14, 2016 the United States Department of Homeland Security granted me Deferred Action for Childhood Arrivals (DACA), along with work authorization.

3. I work as a cook at Cuevas Deli & Grocery in Bronx, NY. I have been working there for over a year, but have over 6 years of experience working in delis. I work an average of 48 hours a week, and earn approximately $22,000 per year. I live alone, but help to support my mother, a United States Lawful Permanent Resident, with my income.

4. My hope is to be able to continue working so that, in the future, I can save enough money to be able to open my own deli.

5. If DACA is terminated, I will lose the right to work lawfully in the United States. This will cause me to lose my job, my employer to lose a valuable employee, and my mother to lose my financial support.

6. Also, losing DACA means that I will potentially face removal from the United States and permanent separation from my mother and the country that has been my home for the last fourteen years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12 day of September, 2017

_____
Windy Dejesus Hidalgo Hernandez