# EXHIBIT 179

Last updated September 2017



# School Leader's Guide to the 2017 Accountability Determinations

*This guide is intended to help district and school leaders understand Massachusetts' accountability measures, and provides an explanation of the information contained in 2017 district and school accountability reports. For questions, please call (781) 338-3550 or email esea@doe.mass.edu.*

## Contents

Overview of Massachusetts' accountability measures..................................................................2
Changes to 2017 accountability reporting ...............................................................................2
Accountability determinations for schools and districts administering Next-Generation MCAS assessments ......................................................................................................................2
   Classification of schools .....................................................................................................3
   Classification of districts ....................................................................................................4
Accountability determinations for high schools...........................................................................5
   Progress and Performance Index (PPI) ...................................................................................5
      Reporting groups ........................................................................................................5
      Annual PPI ................................................................................................................5
      Cumulative PPI ..........................................................................................................11
      Accountability reporting and the economically disadvantaged subgroup ..................................11
   Percentiles.....................................................................................................................12
      School percentiles.......................................................................................................12
      Subgroup percentiles ...................................................................................................13
   Framework for accountability and assistance ..........................................................................13
      Classification of high schools .........................................................................................13
      Movement between levels .............................................................................................16
Understanding district and school accountability reports .............................................................17
   School accountability reports .............................................................................................17
   District accountability reports .............................................................................................18
District and school reconfigurations and accountability determinations ...........................................18
Discrepancies and appeals....................................................................................................19
   Discrepancies .................................................................................................................19
   Appeals........................................................................................................................19
Resources.........................................................................................................................20
Appendix A: Criteria for awarding Progress and Performance Index (PPI) points (high schools only)...21
Appendix B: Methodology for identifying Level 3, 4, and 5 high schools...........................................22
Appendix C: Accountability and assistance levels and required actions.............................................25

## Overview of Massachusetts' accountability measures

In February 2012, Massachusetts was granted flexibility from certain No Child Left Behind (NCLB) requirements. Prior to seeking this flexibility, the Commonwealth's districts and schools were assessed based on both the state's five-level framework for accountability and assistance and the requirements of NCLB. The 2012-13 school year marked the first year of Massachusetts' implementation of a unified system for classifying districts and schools.

Massachusetts' accountability system measures each district and school's progress toward the goal of reducing proficiency gaps by half between the 2010-11 and 2016-17 school years. Massachusetts uses the Progress and Performance Index (PPI) and school percentiles to classify schools into one of five accountability and assistance levels. Schools making sufficient progress toward narrowing proficiency gaps are classified into Level 1, while the state's lowest performing schools are classified into Levels 4 and 5.

## Changes to 2017 accountability reporting

In November 2015, the Board of Elementary and Secondary Education voted to launch development of the next-generation student assessment program for Massachusetts, building upon the best elements of the legacy MCAS (Massachusetts Comprehensive Assessment System) and PARCC (Partnership for Advancement of Readiness for College and Careers) tests that were previously administered. In spring 2017, Massachusetts schools administered Next-Generation MCAS assessments in English language arts (ELA) and mathematics for the first time to all students in grades 3-8.

Anticipating the shift to the new assessment, the Board's vote included the requirement that districts and schools administering Next-Generation MCAS assessments in grades 3-8 in spring 2017 would not have their accountability results negatively impacted based on those test scores. That decision is reflected in the amended state accountability regulations[1] that the Board adopted at its April 2017 meeting. The regulations allow ESE to refrain from placing certain schools into Levels 1-3 at the beginning of the 2017-18 school year, as described in detail below.

## Accountability determinations for schools and districts administering Next-Generation MCAS assessments

The amended regulations change the way accountability determinations are made for districts and schools that administered 2017 Next-Generation MCAS tests in grades 3-8. Also impacted are those districts and schools that serve a combination of grades 3-8 and 9-12 (e.g., middle/high schools or K-12 schools that administered Next-Generation MCAS tests in grades 3-8 *and* legacy MCAS tests in grade 10).

---

[1] Among other matters, the regulations (*603 CMR 2.00: Accountability and Assistance for School Districts and Schools*) describe Massachusetts' framework for district accountability and assistance and the process for placing schools into Levels 1-5.

## Classification of schools

Schools administering Next-Generation MCAS tests are assigned a 2017 accountability and assistance level according to the following rules:

- *Schools with assessment participation rates below 90 percent are placed into Level 3.* Participation rates are calculated separately for English language arts (ELA), mathematics, and science for schools and subgroups that enroll 20 or more students in tested grades, and include student participation in MCAS and ACCESS for English language learners (ELLs) tests. In 2017, participation is calculated two ways for use in accountability determinations. First, the 2017 participation rate for each subgroup in each subject area test is calculated. If the actual 2017 participation rate is lower than 90 percent for any group in any subject, that rate is compared to the average of the most recent two years of assessment participation data for that group and subject. The higher of the two resulting rates is factored into the school's 2017 accountability determination.

- *Schools that serve a combination of grades 3-8 and 9-12 that have persistently low graduation rates are placed into Level 3.* "Persistently low" is defined as a 2016 four-year cohort graduation of less than 67 percent and 2015, 2014, and 2013 five-year cohort graduation rates of less than 70 percent. This applies to the school as a whole and to individual subgroups.

- *Current Level 4 and Level 5 schools that administered the new assessment that meet the required exit criteria in 2017 are eligible to be exited, but will not be assigned a new accountability and assistance level.* Level 4 and 5 schools that do not meet exit criteria will maintain their accountability and assistance level. New Level 4 and Level 5 school designations may still be made at the discretion of the Commissioner of Elementary and Secondary Education.

All other schools that administered Next-Generation MCAS tests that meet participation and graduation rate requirements are not assigned an accountability and assistance level, school percentile, or PPI. Accountability determinations for schools that administered Next-Generation MCAS tests in 2017 are presented in the table below.

Last updated September 2017

Table 1: 2017 School classifications and potential reasons

| Level | Reason | Description |
|---|---|---|
| No level | *Students in grades 3-8 participated in 2017 Next Generation MCAS tests* | Schools administering the Next-Generation MCAS assessment in grades 3-8 that do not otherwise meet the criteria for Levels 3-5 |
| Level 3 | *Very low assessment participation (less than 90%)* | Schools with less than 90 percent participation for any group in any subject that do not otherwise meet the criteria for classification into Levels 4-5 |
| | *Persistently low graduation rates for one or more groups* | Schools in which one or more groups in the school has a 2016 four-year cohort graduation of less than 67 percent and 2015, 2014, and 2013 five-year cohort graduation rates of less than 70 percent that do not otherwise meet the criteria for classification into Levels 4-5 |
| Level 4 | *Among lowest achieving and least improving schools* | Schools classified into Level 4 by the Commissioner |
| Level 5 | *Chronically underperforming school* | Schools classified into Level 5 by the Commissioner |

## Classification of districts

Districts that administered Next-Generation MCAS tests in grades 3-8 will not be assigned an accountability and assistance level in 2017, with the following exceptions:

- *Districts with assessment participation rates below 90 percent are placed into Level 3.* Participation rates are calculated separately for ELA, mathematics, and science for districts and subgroups that enroll 20 or more students in tested grades, and include participation in MCAS and ACCESS for ELLs tests. The same two-step approach to calculating school-level participation rates is also applied to district participation.
- *Districts that were previously classified into Level 4 or Level 5 by the Board of Elementary and Secondary Education will maintain their designation until further action is taken by the Board.* New Level 4 and Level 5 designations may still be made at the discretion of the Board.

District accountability determinations for 2017 are presented in the table below.

Table 2: 2017 District classifications and potential reasons

| Level | Reason | Description |
|---|---|---|
| No level | *Students in grades 3-8 participated in 2017 Next Generation MCAS tests* | Districts administering the Next-Generation MCAS assessment in grades 3-8 that do not otherwise meet the criteria for Levels 3-5 |
| Level 3 | *Very low assessment participation (less than 90%)* | Districts with less than 90 percent participation for any group in any subject that do not otherwise meet the criteria for classification into Levels 4-5 |
| Level 4 | *Underperforming district* | Districts classified into Level 4 by the Board |
| Level 5 | *Chronically underperforming district* | Districts classified into Level 5 by the Board |

## Accountability determinations for high schools

Accountability reporting for schools in which the only tested grade is grade 10 (hereafter referred to as "high schools") and any school that did not administer Next-Generation MCAS assessments in 2017 remains unchanged. Progress and performance index (PPI) data, school percentiles, accountability and assistance levels, and other related accountability indicators are reported according to normal rules, as described in the remainder of this document.

### Progress and Performance Index (PPI)

The PPI combines information about narrowing proficiency gaps, growth, and graduation and dropout rates into a number between 0 and 100. A PPI of 75 or higher indicates that a group or school is on track toward meeting its proficiency gap-narrowing goals. All high schools and groups with sufficient data are assigned an annual PPI based on two years of data and a cumulative PPI based on at least three annual PPIs. The cumulative PPI generally represents a performance trend over four years.

**Reporting groups**

High school accountability reports include PPIs for the "all students" group and for eleven subgroups, including: high needs students, economically disadvantaged students, students with disabilities, current and former English language learners (ELLs), and up to seven racial and ethnic groups.

The Massachusetts Department of Elementary and Secondary Education (ESE) began reporting data for the economically disadvantaged subgroup in 2015. Unlike the low income subgroup, which was reported through 2014 and was determined based on a student's eligibility for free or reduced-price lunch, the economically disadvantaged group only includes those students who participate in one or more of the following state-administered programs: the Supplemental Nutrition Assistance Program (SNAP); Transitional Assistance for Families with Dependent Children (TAFDC); the Department of Children and Families' (DCF) foster care program; and MassHealth (Medicaid). Students in the economically disadvantaged subgroup are also included in the high needs subgroup.

The high needs group is an unduplicated count of all students in a school or district belonging to at least one of the following individual subgroups: students with disabilities, ELL and Former ELL students, and economically disadvantaged students. The inclusion of the high needs group in accountability determinations holds more schools accountable for the performance of students belonging to historically disadvantaged groups.

If a particular student group does not meet the minimum size (20 students in the aggregate or for a given subgroup), a PPI will not be reported for that group. ESE determines student groups based on enrollment information provided by districts though the Student Information Management System (SIMS) data collection process.

**Annual PPI**

Last updated September 2017

## Indicators and targets

A high school or subgroup's annual PPI is a measure of improvement toward its own targets over a two-year period on up to seven core indicators:

· *Narrowing proficiency gaps in English language arts (ELA), mathematics, and science:*

A school or subgroup's "proficiency gap" is the distance between the group's 2011 Composite Performance Index (CPI) and a CPI of 100. The goal for all schools and groups is to halve that gap in the six-year period between 2011 and 2017.

The CPI is a 100-point index that assigns 100, 75, 50, 25, or 0 points to each high school student participating in MCAS and MCAS-Alternate Assessment tests based on their achievement. The CPI is a measure of the extent to which all students are progressing toward proficiency. When all students in a group score Proficient or Advanced, the group's CPI will be 100. CPIs are generated separately for ELA, mathematics, and science, and at all levels – state, district, school, and subgroup. The CPI is calculated by first multiplying the number of students at each MCAS/MCAS-Alt achievement level by the number of points corresponding to that level. The total points for each achievement level are then added together, and divided by the total number of students in the group. The result is a number between 0 and 100, which constitutes the CPI for that subject and group. The table below shows a sample CPI calculation for a group of 40 students.

**Table 3: Sample CPI calculation**

| MCAS Achievement Level (Scaled Score Range) | MCAS-Alt Achievement Level | Points per Student | # of Students | Total Points |
|---|---|---|---|---|
| *Proficient* or *Advanced* (240-280) | *Progressing* (certain disabilities)[2] | 100 | 25 | 2500 |
| *Needs Improvement – High* (230-238) | *Progressing*[3] or *Emerging* | 75 | 5 | 375 |
| *Needs Improvement – Low* (220-228) | *Awareness* | 50 | 5 | 250 |
| *Warning/Failing – High* (210-218) | *Portfolio Incomplete* | 25 | 4 | 100 |
| *Warning/Failing – Low* (200-208) | *Portfolio not Submitted* | 0 | 1 | 0 |
| | | **Total** | **40** | **3225** |
| | | **CPI (3225 ÷ 40)** | **80.6** | |

Table 4 below demonstrates how to calculate the proficiency gap-narrowing targets for two sample student groups. Group 1's starting point is a 2011 baseline CPI of 64. A CPI of 100 represents

---

[2] Students with the following disabilities who score *Progressing* on MCAS-Alt may be awarded 100 CPI points: Intellectual, Sensory/Deaf and Blind, Multiple Disabilities, Autism, and Developmental Delay

[3] Students with the following disabilities who score *Progressing* on MCAS-Alt may be awarded 75 CPI points: Sensory/Hard of Hearing or Deaf, Communication, Sensory/Vision Impairment or Blind, Emotional, Physical, Health, Specific Learning Disabilities, Neurological

proficiency for all students in the group. Therefore, the group's proficiency gap is represented by 100 minus 64, or 36 CPI points. Half of that figure is 18 points. The state goal is to halve proficiency gaps by the 2016-17 school year; consequently, the CPI for Group 1 must, at a minimum, increase by 3 points each year to be on track toward a CPI of 82 by 2016-17 (64 + 18 = 82). A similar calculation is also shown for Group 2.

**Table 4: Sample proficiency gap-narrowing target calculation**

| Calculating the gap-narrowing target | Group 1 | Group 2 |
|---|---|---|
| 1.   Obtain the group's **2011 CPI** (the baseline for the 2017 target) | 64 | 76 |
| 2.   Calculate the **proficiency gap** (100 minus 2011 CPI) | 36 | 24 |
| 3.   Calculate the **gap-narrowing target** (proficiency gap divided by 2) | 18 | 12 |
| 4.   Calculate the **2017 target** (2011 CPI plus gap-halving target) | 82 | 88 |
| 5.   Calculate **annual targets*** (gap-halving target divided by 6 years) | 3 | 2 |

* A group's annual targets between 2011 and 2017 are fixed; interim targets between 2011 and 2017 are not adjusted based on the group's actual achievement across those years.

Table 5 provides a visual representation of the student achievement targets calculated for both groups in Table 4 above. Note that if both groups successfully halve proficiency gaps in six years, the distance between the groups – the achievement gap – will also be reduced by half.

**Table 5: Sample proficiency gap-narrowing targets**



| | 2011 (Baseline) | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|
| Group 1 | 64 | 67 | 70 | 73 | 76 | 79 | 82 |
| Group 2 | 76 | 78 | 80 | 82 | 84 | 86 | 88 |

- *Growth in ELA and mathematics:*

   All high schools and subgroups are expected to demonstrate growth in student achievement each year between 2011 and 2017. ESE uses median Student Growth Percentiles (SGPs) to measure how achievement for a group of students has grown or changed over time.

   ESE reports transitional SGPs for schools that administered ELA and mathematics PARCC tests in 2015 and 2016. Transitional SGPs are calculated separately for ELA and mathematics, and are used in the calculation of state, district, school, and subgroup results. Transitional SGPs measure the growth of all grade 10 students who took MCAS in spring 2017 based on the grade 8 MCAS and PARCC scores of their academic peers.

The goal for all groups is to achieve or exceed a transitional SGP of at least one point above the historical state median of 50. Groups with a median transitional SGP of 51 or higher receive full credit for this PPI indicator.

Groups can also earn full credit for decreasing the percentage of students who are not proficient by 10 percent or more from the previous year. Known as *Safe Harbor*, this calculation is done separately for ELA and mathematics, and is similar to the extra credit calculation for reducing the percentage of student scoring *Warning/Failing* described later in this document.

· *Cohort graduation rate:*

In 2017, the four-year cohort graduation rate target is 80 percent and the five-year cohort target is 85 percent. For accountability determinations in any given year, the cohort graduation rate from the prior school year is used. For example, 2017 accountability determinations for the four-year rate use data from 2016; determinations for the five-year rate use data from 2015. Graduation rates from 2016 and 2015 cohorts are used in accountability determinations because this allows ESE to use a data set that has been thoroughly reviewed by district and ESE staff. ESE will not have complete graduation rate data for the 2017 cohort until late 2017, after the October SIMS reporting period and the 2017 cohort data review period have closed.

High schools and subgroups will be awarded PPI points if they meet the Commonwealth's annual targets in a given year for either the four- or five-year cohort graduation rate, whichever is higher. If, in a given year, a group is below the annual target but improves from the prior year by 2.5 percent or more, it will receive partial credit. Graduation rates are only used in PPI calculations for schools serving grades 9-12.

· *Annual dropout rate:*

All high schools and subgroups are expected to halve the gap between their 2010 annual dropout rate, if one exists, and a rate of zero percent by the 2016-17 school year. For accountability determinations in any given year, the annual dropout rate from the prior year is used. For example, 2017 accountability determinations for the dropout rate use data from 2016. A group's annual target is calculated by halving the group's 2010 annual dropout rate and dividing by six. Dropout rates are only used in PPI calculations for schools serving grades 9-12.

**Table 6: Sample dropout rate target calculation**

| Calculating the dropout rate target | Group 1 |
|---|---|
| 1.   Obtain the group's **2010 dropout rate** (the baseline for the 2017 target) | 6.0 |
| 2.   Calculate the **2017 target** (2010 rate divided by 2) | 3.0 |
| 3.   Calculate **annual targets\*** (2010 rate divided by 6 years) | 0.5 |

*A group's annual targets between 2010 and 2017 are fixed; interim targets are not adjusted based on the group's actual rates across those years.

*Awarding PPI points*

An annual PPI is calculated for all groups that assessed a sufficient number of students in ELA and mathematics in the most recent year and one of the two prior years. This means that at a minimum, groups must have a sufficient number of students to calculate a CPI in ELA and math.

Groups are awarded 0, 25, 50, 75, or 100 points based on making improvement relative to the group's own annual target, with a score of 75 considered to be "on target" for a given indicator. The annual PPI is then calculated by dividing the sum of the points earned for all indicators by the number of core indicators (2-7).

Table 7: Awarding PPI points

| Points awarded | Rating |
| --- | --- |
| 100 | *Above Target* |
| 75 | *On Target* |
| 50 | *Improved Below Target* |
| 25 | *No Change* |
| 0 | *Declined* |
| - | *(Insufficient data or not applicable)* |

Each indicator comprising the PPI has criteria designed to provide credit to high performing schools or schools with high performing groups. For example, a school or group that has a CPI of 97.5 or higher, or met the CPI of the 90th percentile for all groups in the school type category, is automatically awarded 100 PPI points and an "On Target" rating even if the group's CPI declined from the prior year. Similarly, a school or group with a high graduation rate or a low dropout rate also receives credit.

*Extra credit*

There are several ways in which a group can earn extra credit toward its annual PPI calculation:

- *Improving student achievement:*

  A group is awarded extra credit for reducing the percentage of students scoring *Warning/Failing* and/or by increasing the percentage of students scoring *Advanced* by 10 percent or more on ELA, mathematics, or science MCAS tests.

- *Reengaging dropouts:*

  Schools serving high school grades can also earn extra credit points if they reengaged two or more dropouts in the previous school year. The dropout reengagement number is the count of high school dropouts that re-enroll in school for at least two consecutive SIMS collection periods or graduate or obtain a certificate of high school completion. This metric is a calculation of the official number of

high school dropouts[4] statewide from the previous four school years who returned to school in the 2015-16 school year. The reengaged student is credited to the school that re-enrolls/graduates them regardless of which school the student originally dropped out from. Extra credit points can be earned by the all students and high needs students groups only, and only at the school level.

- *Demonstrating strong growth in English language acquisition:*

  Extra credit is available to districts and schools serving English language learners (ELLs) who demonstrate strong growth on the ACCESS for ELLs English language proficiency assessment. With several years of ACCESS results available, student growth percentiles based on ACCESS (SGPAs) can be calculated using the same methodology currently used for student growth percentile (SGP) calculations based on our statewide ELA and mathematics assessments. Median SGPAs provide a clear signal as to how the ELLs in a particular school or district are increasing their English language proficiency compared to other ELLs statewide, with SGPAs of 60 or higher on the 100-point SGPA scale representing particularly strong gains as compared to other ELLs who have similar ACCESS score histories. Extra credit is awarded if the ELL subgroup in the school obtains a median SGPA of 60 or higher. Points are awarded to the ELL subgroup, the high needs subgroup, and the aggregate group. In order to receive this additional credit, the ELL subgroup must meet minimum group size requirements.

  Due to a delay in the availability of 2017 data, extra credit points for high growth on the ACCESS for ELLs assessment have not been awarded to any district, school, or group in the preliminary accountability reports. Extra credit points, if earned, will be included in official district and school accountability reports in fall 2017.

An additional 25 points are added to the total number of points for meeting each of these goals – up to 200 points – before dividing by the number of core indicators. Because of the potential to earn extra credit, the annual PPI for a group in a given year may exceed 100 points.

A sample extra credit calculation is in the table below.

**Table 8: Sample calculation of change in *Advanced* percentage**

| Calculating the percent change in students scoring *Advanced* on MCAS | Value |
|---|---|
| 2016 % Advanced | 25.0 |
| 2017 % Advanced | 28.0 |
| **Difference** (2017 % minus 2016 %) | 3.0 |
| **Difference divided by 2016 %** | 0.12 |
| **Percentage change** (Answer multiplied by 100) | 12.0 |
| Extra credit earned? | Yes |

---

[4] Dropouts are those students who dropped out of school between July 1 and June 30 of a given year and who did not return to school, graduate, or receive a GED by the following October 1.

## Cumulative PPI

A schools or subgroup's cumulative PPI is the average of its annual PPIs over the most recent four year period, weighting recent years the most (1-2-3-4). For a school to be considered to be making progress toward narrowing proficiency gaps, the cumulative PPI for all students and high needs students must be 75 or higher.

A cumulative PPI is calculated for a group if it has at least three annual PPIs, including an annual PPI for the most recent year. If a group is missing an annual PPI for one year, that year is left out of the weighting (e.g., 1-X-3-4). While a group's annual PPI can exceed 100 points, the cumulative PPI is always reported on a 100-point scale.

### Table 9: Sample PPI calculation

| Indicators | | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| English Language Arts | Narrowing proficiency gaps (CPI) | 50 | 50 | 75 | 100 |
| | Growth (SGP) | 0 | 25 | 50 | 75 |
| | Extra credit for decreasing % *Warning/Failing* (≥ 10%) | 0 | 25 | 0 | 0 |
| | Extra credit for increasing % *Advanced* (≥ 10%) | 0 | 0 | 25 | 0 |
| Mathematics | Narrowing proficiency gaps (CPI) | 75 | 50 | 100 | 75 |
| | Growth (SGP) | 50 | 50 | 75 | 100 |
| | Extra credit for decreasing % *Warning/Failing* (≥ 10%) | 0 | 0 | 0 | 25 |
| | Extra credit for increasing % *Advanced* (≥ 10%) | 0 | 0 | 0 | 0 |
| Science | Narrowing proficiency gaps (CPI) | 50 | 50 | 50 | 100 |
| | Extra credit for decreasing % *Warning/Failing* (≥ 10%) | 0 | 0 | 25 | 25 |
| | Extra credit for increasing % *Advanced* (≥ 10%) | 0 | 0 | 0 | 25 |
| High School | Annual dropout rate | 75 | 100 | 75 | 100 |
| | Cohort graduation rate | 75 | 75 | 75 | 75 |
| | Extra credit for reengaging dropouts (2 or more) | 0 | 0 | 0 | 25 |
| English Language Acquisition | Extra credit for high growth on ACCESS for ELLs assessment (Student Growth Percentile on ACCESS) | - | 0 | 0 | 25 |
| Points awarded for achievement, growth, and high school indicators | | 375 | 400 | 500 | 625 |
| Points awarded for extra credit | | 0 | 25 | 50 | 125 |
| Total points awarded | | 375 | 425 | 550 | 750 |
| Number of achievement, growth, and high school indicators | | 7 | 7 | 7 | 7 |
| **Annual PPI** | | **54** | **61** | **79** | **107** |
| **Cumulative PPI** (2014*1 + 2015*2 + 2016*3 + 2017*4) ÷ 10 | | 84 | | | |

### Accountability reporting and the economically disadvantaged subgroup

Since 2015, ESE no longer reports data for the low income student group, and instead reports data for the economically disadvantaged group. Because the State is the early years of using a new system for collecting poverty information, ESE has made a few adjustments to accountability calculations for both the economically disadvantaged and high needs subgroups.

Data related to achievement, improvement, and high school measures are reported for the economically disadvantaged group in 2015, 2016, and 2017. With three years of data for this group, 2016 and 2017 annual PPIs are calculated for any group that meets the minimum group size requirements. However, since the calculation of the cumulative PPI requires at least four years of data, cumulative PPIs for the economically disadvantaged group are not reported in 2017.

In 2015 ESE applied a "hold harmless" provision when calculating the annual PPI for the high needs group. The group's 2015 data was used to calculate the 2015 annual PPI, which was then compared to the high needs group's 2014 annual PPI. ESE assigned credit for whichever annual PPI was higher to the high needs group for 2015 and used that value in the 2015 cumulative PPI calculation. A 2015 annual PPI with an asterisk on the group-level detail of the accountability report signals that the 2014 annual PPI was higher than the 2015 annual PPI, and is used for both 2014 and 2015 in the cumulative PPI calculation.

## Percentiles

### School percentiles

School percentiles (1-99) are reported for high schools with at least four years of data. This number is an indication of the school's overall performance relative to other schools that serve the same or similar grades. State law requires ESE to classify a school into Level 3 if it is among the lowest performing 20 percent of schools relative to other schools of the same school type (percentiles 1-20).

### *The role of school types in calculating school percentiles*

All schools are classified into one of six school type categories based on the grades served by the school in the most recent year: (1) *Early Elementary*, usually schools ending in grades 1 or 2; (2) *Elementary*, usually schools serving grades K-5 or K-6; (3) *Elementary/Middle*, usually schools serving grades K-8; (4) *Middle*, usually schools serving grades 6-8 or 7-8; (5) *Middle/High or K-12*, usually schools serving grades 7-12 or K-12; and (6) *High*, usually schools serving grades 9-12. These categories are used to calculate percentiles and place schools into Level 3 if they are among the lowest performing 20 percent of schools within that school type category. School percentiles are not calculated for early elementary schools, schools ending in grade 3, or any school that administered the 2017 Next-Generation MCAS tests in grades 3-8.

### *Calculating school percentiles*

A high school must have four years of valid data, meaning that the school must have assessed at least 20 students in the aggregate over the most recent four year period to receive a school percentile. For each high school with valid data, ESE (A) calculates percentile ranks (1-99) for each achievement, improvement, and high school indicator as compared to other schools of the same school type, (B) calculates a mean (average) rank across each of the achievement, improvement, and high school indicators that places progressively more weight on data from more recent years (i.e., 1-2-3-4), (C) standardizes the relative value of the achievement, improvement, and high school means within each school type category so that they are comparable, and (D) combines these means, with the achievement

mean weighted more heavily than the improvement and high school means. A more detailed description of the school percentile calculation can be found in Appendix B of this document.

*Comparing cumulative PPIs and school percentiles*

While they share the same indicators (i.e., CPI, growth, graduation and dropout rates, and percent *Warning/Failing* and *Advanced*), school percentiles and cumulative PPIs are calculated differently because they are used for different purposes. The cumulative PPI is used to measure whether a school is on track towards reducing its proficiency gaps. Accordingly, PPI points are awarded to a school based on its *own* improvement toward its *own* state-set targets on each of the PPI indicators. On the other hand, percentiles are used to compare schools to other schools serving the same or similar grades. As such, percentiles are calculated by comparing each of these components for a school to other schools of the same school type. Because high schools are only being compared to other schools within the same school type category, it would not be accurate to use a school percentile to determine where a school falls relative to all other schools in the state.

Every school's percentile and PPI tell a different story. For example, high schools with lower percentiles but higher PPIs for all student groups are showing improvement over time. Schools with higher percentiles but lower PPIs are high performing in relation to other schools, but have more work to do to support student success.

**Subgroup percentiles**

Subgroup percentiles are used to determine a group's overall performance relative to groups in other schools that serve the same or similar grades. There are two kinds of subgroup percentiles, and both are calculated using the same methodology used to calculate school percentiles. The "in-group" percentile measures a group's overall performance relative to the performance of the same subgroup statewide within the same school type category (e.g., comparing the students with disabilities subgroup in one high school to all other students with disabilities subgroups in high schools statewide). The "all-subgroup" percentile measures a group's overall performance relative to the performance of all subgroups statewide within the same school type category (e.g., comparing the students with disabilities subgroup in one high school to all other subgroups in high schools statewide). Any school with one or more groups having both in-group and all-subgroup percentiles of 20 or lower are eligible for classification as a Level 3 *focus* school.

## Framework for accountability and assistance

The state's framework for accountability and assistance is a coherent structure for linking the state's accountability and assistance activities with districts based on their level of need.

**Classification of high schools**

All high schools with sufficient data, including charter schools, are classified into Levels 1-5, with schools that are meeting their gap-narrowing goals in Level 1 and those that require the most intervention and

assistance in Levels 3, 4, and 5. "Sufficient data" means that, at a minimum, at least 20 students in a school were assessed on ELA and mathematics MCAS tests.

## Performance

Approximately eighty percent of high schools are classified into Level 1 or 2 based on the cumulative PPI for all students and high needs students. For a school to be classified into Level 1, the cumulative PPI for all students and high needs students must be 75 or higher. If either or both of these two groups have a cumulative PPI of less than 75, the school is classified into Level 2.

A high school is classified into Level 3 if it is among the lowest performing 20 percent relative to other schools in its school type category statewide as measured by the school percentile, or if one or more subgroups in the school are among the lowest performing 20 percent of subgroups relative to all subgroups statewide. A high school with one or more very low performing subgroups is referred to as a Level 3 *focus* school. The lowest achieving, least improving Level 3 schools are candidates for classification into Levels 4 and 5, the most serious designations in Massachusetts' accountability system. The decision to classify a school into Level 4 or 5 is made by the Commissioner of Elementary and Secondary Education.

A small number of high schools each year are not classified into a level, including very small schools and schools without four years of sufficient data.

## Graduation rates

Beyond the performance-based reasons for classifying schools into Levels 1-5, any school serving grade 12 may also be automatically placed into Level 3 if it has persistently low graduation rates for any student group. "Persistently low" is defined as a 2016 four-year cohort graduation of less than 67 percent and 2015, 2014, and 2013 five-year cohort graduation rates of less than 70 percent.

## Assessment participation

In 2017, assessment participation is calculated two ways for use in high school accountability determinations. First, the 2017 participation rate for each subgroup in each subject area test is calculated. If the actual 2017 participation rate is lower than 95 percent for any group in any subject, that rate is compared to the average of the most recent two years of assessment participation data for that group and subject. The higher of the two resulting rates is factored into the assignment of the high school's 2017 accountability and assistance level according to the rules below.

Any high school with less than 95 percent participation for any student group on any of the assessments is ineligible for classification into Level 1 and is, at a minimum, classified into Level 2. Any high school with less than 90 percent participation for any student group is ineligible for classification into Levels 1 and 2. For accountability purposes, participation calculations include school and subgroup participation in MCAS and ACCESS for English language learners (ELLs) tests.

Participation requirements for each of the assessments are as follows:

- *Legacy and Next-Generation MCAS:*

Last updated September 2017

State law requires that all students in the tested grades who are educated with Massachusetts public funds participate in grade-level MCAS tests that correspond with the grade in which they are reported to the Department's Student Information Management System (SIMS). This includes students with disabilities, English language learners (ELLs), and out-placed students. As such, any student who is absent for one or more test sessions will be reported as a nonparticipant and will count against the participation calculation in the aggregate and in any subgroup of which the student is a member, with one exception: for students who are in their first year of U.S. schooling, schools have the option of administering ELA MCAS tests to first-year ELL students. However, first-year ELL students must participate in mathematics and science MCAS tests for diagnostic purposes. Their achievement results are not included in accountability calculations.

- *ACCESS for ELLs:*

  To comply with federal and state laws, all ELL students are required to participate in the ACCESS for ELLs English language acquisition assessment. ACCESS participation is required for all ELL students in addition to each of the MCAS tests scheduled for their grades, regardless of the program and services they are receiving. This includes first-year ELL students, who may be exempt from ELA MCAS testing in their first year of U.S. schooling. Any students designated in SIMS as an ELL or first-year ELL student that does not take ACCESS will be reported as a nonparticipant and will count against the participation calculation in the aggregate and in any subgroup of which the student is a member.

**Table 10: High school classifications and potential reasons**

| Level | Reason | Description |
|---|---|---|
| Insufficient data | *Insufficient data* | Very small schools or new schools |
| Level 1 | *Meeting gap narrowing goals* | Schools for which the cumulative PPI for all students and high needs students is 75 or higher that do not otherwise meet the criteria for classification into Levels 2-5 |
| Level 2 | *Not meeting gap narrowing goals* | Schools for which the cumulative PPI for all students and/or high needs students is 74 or lower that do not otherwise meet the criteria for classification into Levels 3-5 |
| | *Low assessment participation (less than 95%)* | Schools with less than 95 percent participation for any group in any subject that do not otherwise meet the criteria for classification into Levels 3-5 |
| Level 3 | *Among lowest performing 20% of schools* | Schools with school percentiles between 1 and 20 that do not otherwise meet the criteria for classification into Levels 4-5 |
| | *Among lowest performing 20% of subgroups* | Schools with one or more student subgroups (A) placing in the 20th percentile or lower relative to all subgroups in the state, and (B) placing in the 20th percentile or lower relative to that particular subgroup within the school type category, that do not otherwise meet the criteria for classification into Levels 4-5; designated *focus schools* |
| | *Among lowest performing 20% of schools and subgroups* | Schools meeting both of the above criteria that do not otherwise meet the criteria for classification into Levels 4-5; designated *focus schools* |
| | *Persistently low graduation rate for one or more groups* | Schools in which one or more groups in the school has a 2016 four-year cohort graduation of less than 67 percent and 2015, 2014, and 2013 five-year cohort graduation rates of less than 70 percent that do not otherwise meet the criteria for classification into Levels 4-5 |
| | *Very low assessment participation (less than 90%)* | Schools with less than 90 percent participation for any group in any subject that do not otherwise meet the criteria for classification into Levels 4-5 |
| Level 4 | *Among lowest achieving and least improving schools* | Level 3 schools classified into Level 4 by the Commissioner |
| Level 5 | *Chronically underperforming school* | Level 4 schools classified into Level 5 by the Commissioner |

### Commendation schools

A subset of Level 1 high schools are recognized as *Commendation schools* for their academic accomplishments. Commendation schools are identified for high achievement, high progress, and narrowing proficiency gaps. Schools that administered Next-Generation MCAS tests in grades 3-8 or reconfigured in any of the last four school years are not eligible for a commendation. Commendation schools are identified each fall when official district and school accountability results are released to the public.

### Movement between levels

In general, high schools can move between levels from year to year based on their PPIs for all students and high needs students, and their school percentile. A Level 4 or 5 school is designated as such by the

Commissioner of Elementary and Secondary Education, and can only be removed from Level 4 or 5 by the Commissioner. A Level 3 school can move to Level 2 or 1 if its school percentile is greater than 20, unless it is a Level 3 focus school. A Level 3 focus school, identified for the low performance of student subgroups, must meet the following criteria in order to exit Level 3:

a) the school's aggregate percentile is higher than 20;
b) identified subgroups have an annual PPI of 75 or higher for the current year;
c) identified subgroups have an in-group percentile of 21 or higher for the current year; *and*
d) no other groups in the school have been newly identified as focus groups.

## Understanding district and school accountability reports

Accountability reports for the state and its districts and schools are updated annually. They can be found on ESE's District and School Profiles website.

### School accountability reports

Accountability results for schools that administered 2017 Next-Generation MCAS tests in grades 3-8 are reported on a single page. The report gives general information about the school, including: the type of school (e.g., elementary), region, grades served, and Title I status; the school's accountability and assistance level; and the reason for the level classification. Detailed assessment participation rate data are also included for each subgroup and in each subject. School percentiles and cumulative PPI data are not reported for these schools. Once published, data related to the schools' MCAS results can be found on the school's assessment reports on the School and District Profiles website.

Accountability results for high schools are reported in three layers:

- The first layer gives general information about the school, including: the type of school (e.g., high school), region, grades served, and Title I status; the school's accountability and assistance level and the reason for the level classification; a percentile from 1-99 indicating the school's overall performance relative to other schools that serve the same or similar grades; the cumulative PPI for each group served by the school; and a notation indicating whether the group met or did not meet its PPI target.
- The second layer shows how the annual and cumulative PPIs for a particular group in the school were calculated, the subgroup percentiles for the selected group, and a summary of the group's ELA, mathematics, and science assessment participation rates over the last four years. This information can be accessed by clicking the name of a particular group on the first page of the report.
- The third layer shows detailed data for each indicator that comprises the PPI: narrowing proficiency gaps (ELA, mathematics, and science); growth (ELA and mathematics); the annual dropout rate; the cohort graduation rate; and extra credit (ELA, mathematics, and science achievement, dropout reengagement, and English language acquisition). The third layer also shows detailed ELA, mathematics, and science assessment participation rates for all groups in the school. To view this layer of the report, click the link titled "View Detailed 2017 Data" from the first layer, the link titled "View Detailed 2017 Data for Each Indicator" from the second layer, or the column heading for 2017

from the second layer. Detailed 2014, 2015, and 2016 data can also be accessed by clicking on the individual column headings on the second layer of the report.

## District accountability reports

Accountability results for districts will be reported the same way as for schools that administered Next-Generation MCAS tests, with three important differences:

- *Each district's report displays the district's determination of need for special education technical assistance or intervention.* The U.S. Department of Education requires Massachusetts to determine which districts (including single school districts) have specific needs for technical assistance or intervention in the area of special education. A district's determination is based on six categories: *Meets Requirements – Provisional (MRP); Meets Requirements (MR); Meets Requirements – At Risk (MRAR); Needs Technical Assistance (NTA); Needs Intervention (NI); and Needs Substantial Intervention (NSI).* For 2017 reporting, each district's special education determination has been held constant from 2016. This designation helps signal whether outcomes for all students in the district indicate progress, including that of students with disabilities, or whether technical assistance and/or intervention is needed to improve outcomes for all children, especially students with disabilities.
- *A percentile is not displayed.* ESE currently does not report district percentiles.
- *Summary information for each school in the district is listed at the bottom of the page.* The inclusion of this information allows interested parties to quickly access individual school reports.

In addition, there may also be a difference in some of the figures displayed in the district accountability report from those in the school accountability report(s). District accountability reports typically include data for more students than school reports:

- District reports include the assessment results of all students in the district, including those who are placed in private settings and educational collaboratives for the purpose of receiving special education or other services, while school reports only include students enrolled in the school.
- In some cases, a subgroup in a school may not qualify for an accountability determination because fewer than 20 students in the group were assessed on ELA, mathematics, or science tests, but when the assessment results for all of the students in the group across the district are combined, the group is large enough to be included on the district's report.
- District reports include all students enrolled in the district during the testing window, while calculations for an individual school only include students enrolled in the school as of October 1, 2016 and tested in the same school during the testing window (the period between the March and June SIMS submissions).

## District and school reconfigurations and accountability determinations

Each year a number of Massachusetts schools open, close, merge, split, and otherwise change the grades they serve, the typical student populations they serve, and/or their teaching staffs. With less frequency, districts may merge or be newly created. ESE has established business rules that govern how districts and schools that are new or have reconfigured grades are included in the state's accountability

Last updated September 2017

system. In general, ESE aims to ensure that accountability data accurately represent the past and present performance of an organization, and to report accountability data for as many districts and schools as possible in a given year.

ESE uses data from pre-existing districts and schools wherever possible to establish baselines upon which to measure performance and issue accountability determinations. When there is no valid and reliable way to establish baseline data, as in the case of a new Commonwealth charter school, a school is as having "insufficient data" in accountability reporting until such time that sufficient data exist.

## Discrepancies and appeals

ESE has a discrepancy reporting system in place which allows districts the opportunity to review their preliminary assessment data for accuracy before it is included in official accountability reports and released to the general public. In certain circumstances, ESE will also consider a school or district's appeal of their accountability determination.

### Discrepancies

Upon the release of the preliminary MCAS and accountability data, principals and schools leaders have the opportunity to review their schools' data and report potential discrepancies to ESE. Accountability calculations are performed using MCAS data aggregated by ESE's Student Assessment office. District and school leaders should review their preliminary accountability data with their MCAS and MCAS-Alt data. If a potential MCAS discrepancy is identified and is believed to negatively impact accountability results, it should be reported directly to ESE's Student Assessment Office and Measured Progress (ESE's assessment contractor) using the online MCAS discrepancy reporting tool available on the MCAS Service Center website. Before reporting any apparent discrepancies, district and school staff should carefully review the guidance materials posted on ESE's accountability and assessment web pages. The following information is *not* reportable via the MCAS discrepancy reporting tool:

· *ACCESS for ELLs data.* The reporting windows for these data closed in spring 2017; further corrections to these data will not be accepted.
· *Cohort graduation rate data and annual dropout rate data.* The reporting windows for these data closed in winter 2016; further corrections to these data will not be accepted.

The deadline for reporting assessment discrepancies was Thursday, August 24, 2017. Questions regarding MCAS should be directed to ESE's Student Assessment office at mcas@doe.mass.edu. Questions or concerns regarding preliminary accountability data should be directed to ESE's accountability reporting staff at esea@doe.mass.edu.

### Appeals

Beyond the correction of discrepancies, ESE has established a process for appealing a district or school's accountability determination. An appeal is a formal request to change an accountability determination that is based on factually correct data. Appeals should *not* be filed if:

- Related assessment discrepancies were previously reported to ESE's Student Assessment office, or
- The acceptance of the appeal will not improve the district or school's accountability and assistance level.

Appeals must be filed by the superintendent or a designee via email to esea@doe.mass.edu. Appeals submitted by September 30, 2017 will likely be addressed prior to the public release of accountability data; appeals filed after September 30 will be addressed when ESE updates official accountability reports in late fall. The final deadline for filing an accountability appeal is Tuesday, October 31, 2017.

## Resources

| | |
|---|---|
| Accountability guidance, lists, & tools | http://www.mass.gov/edu/government/departments-and-boards/ese/programs/accountability/reports/school-and-district-reports.html |
| Accountability reports | http://profiles.doe.mass.edu/state_report/accountability.aspx |
| ESE Security Portal | https://gateway.edu.state.ma.us/ |
| School/District Profiles | http://profiles.doe.mass.edu/ |

Last updated September 2017

## Appendix A: Criteria for awarding Progress and Performance Index (PPI) points (high schools only)

### Core Indicators (up to 7)

| | (A)<br>Achievement<br>A1, A2, A3<br>(ELA, Math, Science) | (B)<br>Growth/Improvement<br>B1, B2<br>(ELA, Math) | (C)<br>Cohort Graduation Rate<br>High Schools | (D)<br>Annual Dropout Rate |
|---|---|---|---|---|
| *Above Target (100 Points)* | · CPI of 97.5 or higher; or<br>· Met CPI of 90th percentile for all students in the school type category statewide; or<br>· Exceeded CPI target by more than 1.25 points | · Median SGP of 60 points or higher; or<br>· Median SGP improvement of 15 or more points from prior year | Four-or five-year rate of 95 percent or higher | · Dropout rate of 0 percent; or<br>· Met dropout rate of 90th percentile for all students in the school type category statewide; or<br>· Dropout rate of 3 or more percentage points below annual gap-halving target |
| *On Target (75 Points)* | · Within +/- 1.25 points of CPI target; or<br>· Met CPI of 90th percentile for the group in the school type category statewide; or<br>· Met CPI of 80th percentile for all students in the school type category statewide | · Median SGP between 51-59; or<br>· 10-14 median SGP point improvement; or<br>· Decreased non-proficient percent by 10 percent or more from prior year | · Met four-year rate target of 80 percent but was below 95 percent; or<br>· Met five-year rate target of 85 percent but was below 95 percent | · Met annual gap-halving target; or<br>· Met dropout rate of 90th percentile for the group in the school type category statewide; or<br>· Met dropout rate of 80th percentile for all students in the school type category statewide |
| *Improved Below Target (50 Points)* | Improved from prior year but below CPI target minus 1.25 points | · Median SGP of 41-50; or<br>· 1-9 point median SGP improvement from prior year (reported as Below Target) | Improvement in the four-year or five-year rate of 2.5 percentage points or more from prior year, but below target | Decrease of more than 0.5 percentage points from prior year, but below annual gap-halving target |
| *No Change (25 Points)* | · No change from prior year; or<br>· Up to 2.5 CPI point decline from prior year | Median SGP of 31-40 (reported as Below Target) | Within +/- 2.5 percentage points of prior four-year or five year rate | Within +/- 0.5 percentage points of prior year rate |
| *Declined (0 Points)* | Decline of more than 2.5 CPI points from prior year | Median SGP of 1-30 (reported as Below Target) | Decline of more than 2.5 percentage points from prior year | Increase of greater than 0.5 percentage points |

### Extra Credit Indicators (up to 7)

| | (E)<br>Progress at the Warning/Failing Level<br>E1, E2, E3<br>(ELA, Math, Science) | (F)<br>Progress at the Advanced Level<br>F1, F2, F3<br>(ELA, Math, Science) | (G)<br>English Language Proficiency<br>(All students, high needs, and ELL/Former ELL only) | (H)<br>Dropout Reengagement<br>High Schools<br>(All students and high needs only) |
|---|---|---|---|---|
| *Met Criteria (+25 Points)* | Decrease the percent of students scoring Warning/Failing by 10 percent or more from the prior year | Increase the percent of students scoring Advanced by 10 percent or more from the prior year | Demonstrate high growth on ACCESS for ELLs (SGPA of 60 or higher) | Reengage 2 or more students who dropped out of school in any of the previous four years |

### Calculating the Annual and Cumulative PPI

| Annual PPI Formula: | Cumulative PPI Formula: |
|---|---|
| Sum of points earned A-H divided by the number of indicators A-D | (Year 1 PPI + Year 2 PPI*2 + Year 3 PPI *3 + Year 4 PPI *4) / 10 |

## Appendix B: Methodology for identifying Level 3, 4, and 5 high schools

### State context

In accordance with state law, the Department of Elementary and Secondary Education (ESE) annually classifies the lowest performing 20 percent of schools into Level 3. The lowest achieving, least improving Level 3 schools are candidates for classification into Level 4 or 5, the most serious levels in the state's accountability system.[5]

### Federal context

Some schools are also classified into Level 3 for low subgroup performance or persistently low graduation rates. As a condition of Massachusetts' flexibility from certain No Child Left Behind (NCLB) requirements, ESE must identify schools with low subgroup performance over four years as well as schools with persistently low graduation rates. The U.S. Department of Education refers to these schools as "focus schools." Massachusetts schools meeting the federal definition of focus schools are classified into Level 3 and are known as Level 3 focus schools.

### 1. Identifying the pool of schools eligible for Level 3

In general, a school is included in the Level 3 eligibility pool if it has four years of sufficient achievement and improvement data in English language arts (ELA) and mathematics, including the most recent year, and serves one or more tested grades (3-8 and 10). Schools ending in grades PK, K, 1, 2, or 3 and schools without four years of data are excluded from the pool. Twenty percent of the pool of eligible schools in a given year are classified into Level 3 for the low performance of students in the aggregate. In 2016 that number was 312:

| | | |
|---|---|---|
| Total schools open in 2015-2016 | = | 1854 |
| Less 161 early elementary schools | = | 1693 |
| Less 133 small or new schools | = | 1560 |
| **20 percent of 1560 (rounded)** | = | **312** |

Because schools may also be classified into Level 3 for: *(a)* low performance of one or more student subgroups; *(b)* persistently low graduation rates; or *(c)* very low assessment participation rates, the total number of Level 3 schools in a given year may exceed 20 percent of all eligible schools. See section 5 below.

### 2. Classifying the pool of eligible Level 3 schools into school types

ESE classifies all eligible schools into one of six school type categories:

---

[5] See M.G.L. Ch. 69 (1)(J) for statutory requirements and 603 CMR 2.00 for regulations.

- *Early Elementary* (usually schools ending in grades 1 or 2)
- *Elementary* (usually schools serving grades K-5 or K-6)
- *Elementary/Middle* (usually schools serving grades K-8)
- *Middle* (usually schools serving grades 6-8 or 7-8)
- *Middle/High/K-12* (usually schools serving grades 7-12 or K-12)
- *High* (usually schools serving grades 9-12)

The figures shown in the table below represent the number of schools that could be classified into Level 3 for low aggregate performance by school type in 2016. Level 4 and 5 schools within the lowest performing 20 percent of schools are counted toward the total. Note that in 2017, only high schools are eligible for a Level 3 classification based on performance.

| School type | # Schools | Percent | 20 Percent |
|---|---|---|---|
| Elementary (ES) | 808 | 52 | 162 |
| Elementary/Middle (ESMS) | 117 | 7 | 23 |
| Middle (MS) | 290 | 19 | 58 |
| Middle/High/K-12 (MSHS/K-12) | 87 | 6 | 17 |
| High (HS) | 258 | 16 | 52 |
| *Total* | *1560* | *100* | *312* |

## 3. Identifying achievement and improvement data included in Level 3 calculations

In 2017, school percentiles are calculated for high schools. School administering Next-Generation MCAS test in grades 3-8 are not assigned a school percentile.

The achievement data included in Level 3 calculations are:

- 2014, 2015, 2016, 2017 Composite Performance Index figures (ELA, mathematics, science)
- 2014, 2015, 2016, 2017 Percent Advanced (ELA, mathematics, science)
- 2014, 2015, 2016, 2017 Percent Warning/Failing (ELA, mathematics, science)

The improvement data included in Level 3 calculations are:

- 2014, 2015, 2016, 2017 Median Student Growth Percentiles (ELA, mathematics)

The high school data included in Level 3 calculations are:

- 2013, 2014, 2015, 2016 Annual Dropout Rate[6]
- 2016 Four-Year Cohort Graduation Rate[7]
- 2013, 2014, 2015 Five-Year Cohort Graduation Rate

---

[6] Annual dropout rates are incorporated into Level 3 calculations for schools serving any combination of grades 9-12.

[7] 4-and 5-year cohort graduation rates are incorporated into Level 3 calculations for schools ending in grade 12.

## 4. Ranking achievement and improvement data by school type

For each high school, percentile ranks (1-99) are calculated separately for each of the achievement and improvement indicators as compared to other high schools, with progressively more weight placed on data from more recent years (4-3-2-1). Percentile ranks (1-99) are also calculated separately for each of the graduation and dropout rate indicators as compared to all other high schools statewide, with progressively more weight placed on data from more recent years (4-3-2-1 for annual dropout rate indicators and 3-4-2-1 for graduation rate indicators). The averages of each school's achievement, improvement, and high school indicator percentiles are standardized separately. To calculate the overall school percentile, these three figures are combined, with achievement weighted at 50 percent, and the improvement and combined high school indicators each weighted at 25 percent. Schools with a mean rank at or below the 20th percentile (1-20) are classified into Level 3 for low aggregate performance.

The methodology described above is the same for identifying Level 3 high schools for low subgroup performance, with three exceptions. First, the subgroups identified must place among the lowest 20 percent of all subgroups in the school type as well as the lowest 20 percent of that particular subgroup within the school type. Second, all subgroups meeting these criteria are identified in proportion to their representation within their school type category. Third, all subgroups meeting these criteria must also be among the lowest performing 20 percent of all subgroups statewide.

## 5. Classifying schools into Level 3, 4, and 5

High schools are classified into Level 3 for low aggregate performance if they are among the lowest performing 20 percent relative to other schools of the same school type statewide. In addition, high schools are classified into Level 3 for low subgroup performance if one or more subgroups in the school are among the lowest 20 percent of subgroups statewide or one or more subgroups in the school has persistently low graduation rates over four consecutive years (2016 four-year cohort graduation rate less than 67 percent; 2015, 2014, and 2013 five-year cohort graduation rates less than 70 percent).

Schools can also be classified into Level 3 for very low participation rates on statewide tests. Any school that assesses less than 90 percent of any group in the school on the ELA, mathematics, or science tests cannot be classified higher than Level 3.

The state's lowest achieving, least improving Level 3 schools are candidates for classification into Level 4 at the discretion of the Commissioner of Elementary and Secondary Education. A Level 4 school may be classified into Level 5 by the Commissioner on behalf of the Board of Elementary and Secondary Education if it fails to improve, or if district conditions make it unlikely that the school will make significant improvement without a Level 5 designation.

## Appendix C: Accountability and assistance levels and required actions

Based on their accountability and assistance level, districts and schools must meet a number of annual planning, parent/guardian notification, and fiscal requirements. The tables below outline schools and district responsibilities at each level of the framework for district accountability and assistance.

### Required actions for districts and schools with insufficient data

| Insufficient data | | | |
|---|---|---|---|
| Occurs when | Planning requirements | Parent/guardian notification requirements | Fiscal requirements |
| A *school* is classified as having insufficient data if it is small, ends in grades 1 or 2, or does not have at least 4 consecutive years of assessment data<br><br>A *district* is classified as having insufficient data if it is small, ends in grades 1 or 2, or does not have at least 4 consecutive years of assessment data, unless the district was independently classified into Level 4 or 5 as a result of Board action.<br><br>Absent significant non-compliance issues, a district with insufficient data will have a determination of need for special education technical assistance or intervention of *Meets Requirements – Provisional (MRP)*. | Analyze disaggregated data for all student groups to ensure interventions and supports are appropriately aligned to address needs.<br><br>Review and revise district and school improvement plans with respect to the level of implementation of Massachusetts' *District Standards and Indicators* and the *Conditions for School Effectiveness*.<br><br>Consider using online district analysis, review, and assistance tools or feedback from a district review if the district was reviewed by ESE in 2016-17. | Disseminate the school report card to parents/guardians of all children once available. The notification must include the accountability and assistance level of the child's district and school; an explanation of what this designation means; an explanation of how parents can become involved in district and school improvement activities; and information about teacher quality and right-to-know requirements regarding teacher qualifications. | The district has no specific fiscal requirements linked to its accountability and assistance level if the district has insufficient data. |

## Required actions for districts and schools classified into Level 1

| Level 1 | | | |
|---|---|---|---|
| Occurs when | Planning requirements | Parent/guardian notification requirements | Fiscal requirements |
| A *school* is classified into Level 1 if the school's aggregate *and* high needs cumulative PPIs are 75 or higher and the assessment participation rate for all groups in the school is 95 percent or greater.<br><br>A *district* is classified into Level 1 if the most serious level of any school in the district is Level 1 and the assessment participation rate for all groups in the district is 95 percent or greater, unless the district was independently classified into Level 4 or 5 as a result of Board action.<br><br>Absent significant non-compliance issues, a Level 1 district's determination of need for special education technical assistance or intervention is *Meets Requirements (MR)*, indicating that outcomes for the district as a whole indicate positive progress. | Analyze disaggregated data for all student groups to ensure interventions and supports are appropriately aligned to address needs.<br><br>Review and revise district and school improvement plans with respect to the level of implementation of Massachusetts' *District Standards and Indicators* and the *Conditions for School Effectiveness.*<br><br>Consider using online district analysis, review, and assistance tools or feedback from a district review if the district was reviewed by ESE in 2016-17. | Disseminate the school report card to parents/guardians of all children once available. The notification must include the accountability and assistance level of the child's district and school; an explanation of what this designation means; an explanation of how parents can become involved in district and school improvement activities; and information about teacher quality and right-to-know requirements regarding teacher qualifications. | The district has no specific fiscal requirements linked to its accountability and assistance level if the district is classified into Level 1. |

## Required actions for districts and schools classified into Level 2

| Level 2 | | | |
|---|---|---|---|
| **Occurs when** | **Planning requirements** | **Parent/guardian notification requirements** | **Fiscal requirements** |
| A *school* is classified into Level 2 if the school's aggregate *or* high needs cumulative PPIs are less than 75 or the assessment participation rate for any group in the school is between 90 and 94.9 percent.<br><br>A *district* is classified into Level 2 if the most serious level of any school in the district is Level 2 or the assessment participation rate for any group in the district is between 90 and 94.9 percent, unless the district was independently classified into Level 4 or 5 as a result of Board action.<br><br>Absent significant non-compliance issues, a Level 2 district's determination of need for special education technical assistance or intervention is *Meets Requirements – At Risk (MRAR)*, indicating that the district is considered to be making progress, but is "at risk" for not meeting the needs of students with disabilities. | Analyze disaggregated data for all student groups to ensure interventions and supports are appropriately aligned to address needs; review the performance of students with disabilities and consider improvement or capacity building activities, as appropriate.<br><br>Review and revise district and school improvement plans with respect to the level of implementation of Massachusetts' *District Standards and Indicators* and the *Conditions for School Effectiveness*.<br><br>Consider using online district analysis, review, and assistance tools or feedback from a district review if the district was reviewed by ESE in 2016-17. | Disseminate the school report card to parents/guardians of all children once available. The notification must include the accountability and assistance level of the child's district and school; an explanation of what this designation means; an explanation of how parents can become involved in district and school improvement activities; and information about teacher quality and right-to-know requirements regarding teacher qualifications. | Prioritize schools based on need and spend a prescribed portion of the district's Title I, Part A allocation (between 5 and 20 percent on a sliding scale determined by ESE) on interventions and supports that address the needs of the district's lowest-achieving students in its lowest-performing schools, either through an additional allocation of funds directly to schools, through a district reservation, or both, or both, as determined by the district. |

## Required actions for districts and schools classified into Level 3

| Level 3 | | | |
|---|---|---|---|
| Occurs when | Planning requirements | Parent/guardian notification requirements | Fiscal requirements |
| A *school* is classified into Level 3 if it places in the lowest 20 percent in the aggregate relative to other schools in the same school type category statewide; one or more subgroups in the school is among the lowest performing subgroups statewide; one or more subgroups in the school has persistently low graduation rates; or assessment participation rate for any group in the school is below 90 percent.

A *district* is classified into Level 3 if the most serious level of any school in the district is Level 3 or the assessment participation rate for any group in the district is less than 90 percent, unless the district was independently classified into Level 4 or 5 as a result of Board action.

A Level 3 district's determination of need for special education technical assistance or intervention is *Needs Technical Assistance (NTA)*, indicating that while areas of the district's performance may be positive, one or more schools are experiencing poor outcomes for students with disabilities and/or are having compliance issues. | Analyze disaggregated data for all student groups to ensure interventions and supports are appropriately aligned to address needs; review the performance of students with disabilities and consider improvement or capacity building activities, as appropriate.

Use the *Conditions for School Effectiveness Self-Assessment* or the *District Standards Self-Assessment* to review and revise district and school improvement plans with respect to the level of implementation of Massachusetts' *District Standards and Indicators* and the *Conditions for School Effectiveness.*

Consider using online district analysis, review, and assistance tools or feedback from a district review if the district was reviewed by ESE in 2016-17.

Consult with the District and School Assistance Center (DSAC) regarding the district's proposed supports and interventions for low-performing schools. | Disseminate the school report card to parents/guardians of all children once available. The notification must include the accountability and assistance level of the child's district and school; an explanation of what this designation means; an explanation of how parents can become involved in district and school improvement activities; and information about teacher quality and right-to-know requirements regarding teacher qualifications | Prioritize schools based on need and spend 20 percent of the district's Title I, Part A allocation on interventions and supports that address the needs of the district's lowest-achieving students in its lowest-performing schools, either through an additional allocation of funds directly to schools, through a district reservation, or both, as determined by the district.

ESE approves interventions and supports as proposed in district's Title I, Part A grant application.

ESE may direct funds under Individuals with Disabilities Education Act (IDEA) grant programs for specific improvement activities for students with disabilities. |

Last updated September 2017

## Required actions for districts and schools classified into Level 4

| Level 4 | | | |
|---|---|---|---|
| **Occurs when** | **Planning requirements** | **Parent/guardian notification requirements** | **Fiscal requirements** |
| A *school* may be classified into Level 4 if it is among the lowest-achieving and least-improving Level 3 schools statewide based on common grade levels and has been declared Level 4 by the Commissioner on behalf of the Board. | Implement (existing Level 4 schools) or develop for ESE approval (newly-identified Level 4 schools) a redesign plan that addresses rapid implementation of the *Conditions for School Effectiveness.* | Disseminate the school report card to parents/guardians of all children once available. The notification must include the accountability and assistance level of the child's district and school; an explanation of what this designation means; an explanation of how parents can become involved in district and school improvement activities; and information about teacher quality and right-to-know requirements regarding teacher qualifications. | Prioritize schools based on need and spend 25 percent of the district's Title I, Part A allocation on interventions and supports that address the needs of the district's lowest-achieving students in its lowest-performing schools, either through an additional allocation of funds directly to schools, through a district reservation, or both, as determined by the district. |
| A *district* is classified into Level 4 if the most serious level of any school in the district is Level 4. In addition, the Board may classify a district into Level 4 upon recommendation of the Commissioner.<br><br>A Level 4 district's determination of need for special education technical assistance or intervention is *Needs Intervention (NI),* indicating that the district has been identified as having significantly poor outcomes for students with disabilities and/or significant compliance issues requiring direct attention from ESE. | Collaborate with ESE to implement (existing Level 4 districts) or develop (newly-identified Level 4 districts) a Level 4 district plan to accelerate district improvement and strengthen its support and intervention efforts in its lowest-performing schools. | | A Level 4 district will have its use of the flexibility available under the maintenance of effort provisions of the IDEA prohibited and will be required to budget for special education at least as much state and/or local funds in the aggregate or per/pupil as it budgeted in the prior year. |

## Required actions for districts and schools classified into Level 5

| Level 5 | | | |
|---|---|---|---|
| Occurs when | Planning requirements | Parent/guardian notification requirements | Fiscal requirements |
| A *school* may be classified into Level 5 by the Commissioner on behalf of the Board at the expiration of its redesign plan if the school has failed to improve as required by the goals, benchmarks, or timetable of its turnaround plan; or if district conditions make it unlikely that the school will make significant improvement without a Level 5 designation.<br><br>A *district* is independently eligible for classification into Level 5 on the basis of a district review; the report of an ESE-appointed accountability monitor; a follow-up review report; quantitative indicators set out in state regulations; or failure of a Level 4 district to meet the ESE-approved benchmarks or goals in its improvement plan in a timely manner.<br><br>A Level 5 district's determination of need for special education technical assistance or intervention is *Needs Substantial Intervention (NSI)*, indicating that the district has persistent poor outcomes for students with disabilities and/or significant compliance issues requiring direct attention from ESE. | Operate under joint district-ESE governance. | Disseminate the school report card to parents/guardians of all children once available. The notification must include the accountability and assistance level of the child's district and school; an explanation of what this designation means; an explanation of how parents can become involved in district and school improvement activities; and information about teacher quality and right-to-know requirements regarding teacher qualifications. | Prioritize schools based on need and spend 25 percent of the district's Title I, Part A allocation on interventions and supports that address the needs of the district's lowest-achieving students in its lowest-performing schools, either through an additional allocation of funds directly to schools, through a district reservation, or both, as determined by the district and the receiver.<br><br>ESE may withhold, in whole or in part, any federal special education funds that it deems necessary until specific improvement actions are conducted.<br><br>A Level 5 district will have its use of the flexibility available under the maintenance of effort provisions of the IDEA prohibited and will be required to budget for special education at least as much state and/or local funds in the aggregate or per/pupil as it budgeted in the prior year. |