

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ERIC T. SCHNEIDERMAN**
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU
LOURDES M. ROSADO, BUREAU CHIEF

October 10, 2017

**VIA ECF**

The Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *State of New York, et al. v. Donald Trump, et al.,* 17-cv-5228 (NGG) (JO)
               *Batalla Vidal, et al., v. Baran, et al.*, 16-cv-4756 (NGG) (JO)

Dear Judge Orenstein:

    Plaintiff States in the above-captioned matter respectfully submit this letter in response to Defendants' objection to the deposition of Gene Hamilton, Counselor to Acting Secretary Duke. (ECF No. 57). Plaintiff States agree with and join in the *Batalla Vidal* Plaintiffs' October 10, 2017 letter in response to Defendants' objection. 16-cv-4756 (ECF No. 79).  We respectfully request the Court to apply these arguments, as appropriate, to any other depositions noticed by the State Plaintiffs in this matter.

    In addition, Plaintiff States note that the administrative record Defendants' produced on October 6, 2017, (ECF No. 56) is incomplete under 5 U.S.C. Sec. 706.  As indicated in our October 3, 2017 letter (ECF No. 49), a complete administrative record comprises all materials that an agency "directly or indirectly considered" in rendering its decision. *See, e.g.*, *Comprehensive Cmty. Dev. Corp. v. Sebelius*, 890 F. Supp. 2d 305, 308 (S.D.N.Y. 2012) (stating administrative record includes materials "that the agency decision-makers directly or indirectly considered"). To date, Defendants have failed to produce a complete administrative record. The States will be prepared to address these deficiencies with the Court at tomorrow's discovery conference.

                                 Respectfully submitted,

                                   /s/Lourdes M. Rosado
                                 Lourdes M. Rosado, Bureau Chief
                                 Civil Rights Bureau

|  |  |
|---|---|
|  | Office of the New York State Attorney General<br>120 Broadway, 23rd Floor<br>New York, New York 10271<br>Lourdes.Rosado@ag.ny.gov<br>Tel. (212) 416-8252<br>Fax (212) 416-8074 |
| Genevieve C. Nadeau (*pro hac vice*)<br>Assistant Attorney General<br>Office of the Attorney General of Massachusetts<br>One Ashburton Place<br>Boston, MA 02108<br>genevieve.nadeau@state.ma.us<br>Tel. (617) 727-2200 | Colleen M. Melody (*pro hac vice*)<br>Civil Rights Unit Chief<br>Office of the Attorney General of Washington<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>ColleenM1@atg.wa.gov<br>Tel. (206) 464-7744 |

*Attorneys for Plaintiff States*

cc:   Counsel for all parties (by ECF)