UNITED STATES DISTRICT COURT           CIVIL CONFERENCE
EASTERN DISTRICT OF NEW YORK       MINUTE ORDER

BEFORE:    JAMES ORENSTEIN            DATE:      <u>10/11/2017</u>
           U.S. MAGISTRATE JUDGE        TIME:       <u>2:00 p.m.</u>

*Martin Batalla Vidal, et al. v. Elaine C. Duke, et al.*, 16-CV-4756 (NGG) (JO)
*State of New York, et al. v. Donald Trump, et al.*, 17-CV-5228 (NGG) (JO)

TYPE OF CONFERENCE: <u>Status</u>

APPEARANCES:

| | |
|---|---|
| *Batalla Vidal* Plaintiffs | <u>Marisol Orihuela, Joshua Rosenthal, Victoria Roeck (in person); Susanna Evarts, Michael J. Wishnie, Karen C. Tumlin, Justin B. Cox, Jessica Hanson, Mayra B. Joachin (by telephone)</u> |
| *State of New York* Plaintiffs | <u>Sania W. Khan, Diane O. Lucas (in person); Marsha Chien, Genevieve C. Nadeau, Abigail Taylor (by telephone)</u> |
| Defendants | <u>Stephen M. Pezzi</u> |

SCHEDULING:
1.      The next <u>status</u> conference will be held on <u>October 25, 2017, at 2:00 p.m.</u>
2.      A further <u>status</u> conference will be held on <u>November 8, 2017, at 2:00 p.m.</u>
3.      A further <u>status</u> conference will be held on <u>November 30, 2017, at 2:00 p.m.</u>
4.      A further <u>status</u> conference will be held on <u>December 13, 2017, at 2:00 p.m.</u>

SUMMARY:

1.      The conference previously scheduled for November 29, 2017, was adjourned to November 30, 2017, at 2:00 p.m.

2.      I provided information to the parties about former colleagues and friends of mine who are involved in the litigation. I see no need to disqualify myself *sua sponte*, but any party seeking my disqualification on the basis of that information may file a motion by October 18, 2017.

3.      As set forth on the record, I overruled the defendants' objections to the depositions of Donald Neufeld and Gene Hamilton. Other discovery disputes were not ripe for resolution today. The plaintiffs shall file a letter motion to compel the defendants to complete their production of the administrative record by October 13, 2017, and the defendants shall respond by October 16, 2017.

SO ORDERED

_____/s/_____
JAMES ORENSTEIN
U.S. Magistrate Judge