UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

—————————————————————————X

STATE OF NEW YORK, MASSACHUSETTS,
WASHINGTON, COLORADO, CONNECTICUT,
DELAWARE, DISTRICT OF COLUMBIA, HAWAII,
ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA,
OREGON, PENNSYLVANIA, RHODE ISLAND,
VERMONT, and VIRGINIA,

                        Plaintiffs,

    -against-

DONALD TRUMP, in his official capacity as President of
the United States; U.S. DEPARTMENT OF HOMELAND
SECURITY; ELAINE C. DUKE, in her official capacity;
U.S CITIZENSHIP AND IMMIGRATION SERVICES;
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;
and the UNITED STATES OF AMERICA,

                        Defendants.

—————————————————————————X

NOTICE OF MOTION TO
ADMIT COUNSEL
*PRO HAC VICE*

NO. 1:17-CV-5228

| | |
|---|---|
| Brad Rosenberg, Esquire<br>Kate Bailey, Esquire<br>Stephen M. Pezzi, Esquire<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW<br>Washington, DC 20530 | Joseph A. Marutollo, Esquire<br>U.S. Attorney's Office<br>271 Cadman Plaza East<br>Brooklyn, NY 11201 |

       PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York for an Order allowing the admission of movant, Executive Deputy Attorney General Jonathan Scott Goldman of the Pennsylvania Office of Attorney General and a member of good standing of the bar(s) of the State(s) of Pennsylvania and New

Jersey, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff Commonwealth of Pennsylvania. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

Dated: 10/12/17

/s/ Jonathan Scott Goldman
JONATHAN SCOTT GOLDMAN
Executive Deputy Attorney General
Pennsylvania Office of Attorney General
Civil Law Division
15th Floor, Strawberry Square
Harrisburg PA  17120
(717) 787-8058
jgoldman@attorneygeneral.gov