UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――X

STATE OF NEW YORK, MASSACHUSETTS,
WASHINGTON, COLORADO, CONNECTICUT,
DELAWARE, DISTRICT OF COLUMBIA, HAWAII,
ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA,
OREGON, PENNSYLVANIA, RHODE ISLAND,
VERMONT, and VIRGINIA,

                                         Plaintiffs,

-against-

DONALD TRUMP, in his official capacity as President of
the United States; U.S. DEPARTMENT OF HOMELAND
SECURITY; ELAINE C. DUKE, in her official capacity;
U.S CITIZENSHIP AND IMMIGRATION SERVICES;
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;
and the UNITED STATES OF AMERICA,

                                         Defendants.

―――――――――――――――――――――――――――X

AFFIDAVIT OF
JONATHAN SCOTT
GOLDMAN IN SUPPORT
OF MOTION TO ADMIT
COUNSEL *PRO HAC VICE*

NO. 1:17-CV-5228

JONATHAN SCOTT GOLDMAN, being duly sworn, hereby deposes and says as follows:

1. I am an Executive Deputy Attorney General of the Pennsylvania Office of Attorney General.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of Pennsylvania and New Jersey.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff Commonwealth of Pennsylvania.

Dated: 10/12/17

JONATHAN SCOTT GOLDMAN
Executive Deputy Attorney General
Pennsylvania Office of Attorney General
Civil Law Division
15th Floor, Strawberry Square
Harrisburg PA  17120
(717) 787-8058
jgoldman@attorneygeneral.gov

Sworn to and Subscribed to Before Me this 12th day of October, 2017.

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MELISSA M. RITZMAN, Notary Public
Dauphin County, City of Harrisburg
My Commission Expires April 29, 2020

2



𝔖upreme 𝔈ourt of 𝔓ennsylvania

## CERTIFICATE OF GOOD STANDING

*Jonathan Scott Goldman, Esq.*

### DATE OF ADMISSION

*November 29, 2004*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 14, 2017

_____
Elizabeth E. Zisk
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **JONATHAN SCOTT GOLDMAN** (No. **024232004**) was constituted and appointed an Attorney at Law of New Jersey on **November 19, 2004** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **20TH** day of **September**, 20 **17**

*Clerk of the Supreme Court*

-453a-