AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

State of New York, et al., )
*Plaintiff* )
v. ) Case No.   1:17-cv-05228-NGG-JO
Donald Trump, et al., )
*Defendant* )

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Oregon

Date:   10/20/2017

/s/ Brian de Haan
*Attorney's signature*

Brian A. de Haan, #4565396
*Printed name and bar number*

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
*Address*

brian.a.dehaan@doj.state.or.us
*E-mail address*

(971) 673-1880
*Telephone number*

(971) 673-5000
*FAX number*