

**U.S. Department of Justice**
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530

October 25, 2017

**By ECF and Fax**
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  *Batalla Vidal, et al., v. Baran, et al.*, 16-cv-4756 (NGG) (JO)
          *State of New York, et al., v. Donald Trump, et al.*, 17-cv-5228 (NGG) (JO)

Dear Judge Garaufis:

    Pursuant to the Court's October 24, 2017 briefing schedule, Defendants will file and serve by noon on October 27, 2017 a brief in support of a motion to dismiss these actions. Defendants respectfully request permission to exceed by up to 15 pages Your Honor's 25-page limit for memoranda of law. This page enlargement is necessary in order for Defendants to fully present their dismissal arguments in these cases. Defendants do not expect their memorandum of law to exceed 40 pages. Plaintiffs' counsel do not oppose this request.

    Defendants thank the Court for its consideration of this request.

                              Respectfully submitted,

                              CHAD A. READLER
                              Acting Assistant Attorney General

                              BRIDGET M. ROHDE
                              Acting United States Attorney

                              BRETT A. SHUMATE
                              Deputy Assistant Attorney General

                              JENNIFER D. RICKETTS
                              Director, Federal Programs Branch

                              JOHN R. TYLER
                              Assistant Branch Director

                              BRAD P. ROSENBERG
                              Senior Trial Counsel

>*/s/ Stephen M. Pezzi*
>STEPHEN M. PEZZI (D.C. Bar #995500)
>KATE BAILEY
>Trial Attorneys
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., N.W.
>Washington, DC  20530
>Tel.:  (202) 305-8576
>Fax:  (202) 616-8470
>Email:  stephen.pezzi@usdoj.gov
>
>JOSEPH A. MARUTOLLO
>Assistant U.S. Attorney
>United States Attorney's Office
>Eastern District of New York
>271-A Cadman Plaza East, 7th Floor
>Brooklyn, NY  11201
>Tel:  (718) 254-6288
>Fax:  (718) 254-7489
>Email:  joseph.marutollo@usdoj.gov
>
>*Counsel for Defendants*

CC:

All Counsel of Record (by ECF)