UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State of DELAWARE, et., al. | AFFIDAVIT OF Aaron R. Goldstein |
| | IN SUPPORT OF MOTION TO |
| v. | ADMIT COUNSEL *PRO HAC VICE* |
| | 1:17-cv-05228 (NGG) (JO) |
| DONALD TRUMP, et., al. | |

Aaron R. Goldstein, being duly sworn, hereby deposes and says as follows:

1. I am an attorney with the law firm of Delaware Department of Justice.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of Delaware.

4. There are no pending disciplinary proceeding against me in my State of Federal Court.

5. I **have not** been convicted of a felony.

6. I **have not** been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for the Plaintiff/Defendant State of Delaware

Dated: 10/27/2017

_____
Signature of Movant
Delaware Department of Justice
820 North French Street, 6th Floor
Wilmington, DE 19801
Aaron.goldstein@state.de.us
(302) 577-8400