UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Aleine Cohen

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

1:17-cv-05228

-----------------------------------------------------------X

TO:   Opposing Counsel
      **U.S. Department of Justice**
      950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of **Delaware Department of Justice** and a member in good standing of the bar(s) of the State(s) of **Delaware and Pennsylvania**, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff/Defendant **State of Delaware**. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: **10/27/2017**

*Aleine Cohen*
Signature of Movant
Firm Name **Delaware Department of Justice**
Address **820 North French Street, 6th Floor**
**Wilmington, DE 19801**
Email **aleine.cohen@state.de.us**
Phone **(302) 577-8400**

# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Aleine M. Cohen,** was admitted to practice as an attorney in the Courts of this State on **December 10, 2007** and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court at Dover this 5TH day of October 2017.

Lisa A. Dolph
Clerk of the Supreme Court



Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Aleine Michelle Cohen, Esq.*

DATE OF ADMISSION

*June 6, 2014*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 17, 2017

John W. Person Jr., Esq.
Deputy Prothonotary