UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State of DELAWARE, et., al.<br><br>v.<br><br>DONALD TRUMP, et., al. | AFFIDAVIT OF **ALEINE M. COHEN**<br>IN SUPPORT OF MOTION TO<br>ADMIT COUNSEL *PRO HAC VICE*<br>1:17-cv-05228 (NGG) (JO) |

Aleine M. Cohen, being duly sworn, hereby deposes and says as follows:

1. I am an attorney with the law firm of Delaware Department of Justice.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of Delaware and Pennsylvania.

4. There are no pending disciplinary proceeding against me in my State of Federal Court.

5. I **have not** been convicted of a felony.

6. I **have not** been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for the Plaintiff/Defendant State of Delaware

Dated: 10/27/2017

*/s/ Aleine Cohen*
Signature of Movant
Delaware Department of Justice
820 North French Street, 6th Floor
Wilmington, DE 19801
Aleine.cohen@state.de.us
(302) 577-8400