AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| State of New York et al<br>*Plaintiff*<br>v.<br>Donald Trump et al<br>*Defendant* | Case No.  1:17-cv-05228-NGG-JO |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Delaware

Date: 10/30/2017

*Attorney's signature*

Aaron R. Goldstein  (ID No. 3735)
*Printed name and bar number*
Delaware Department of Justce
8201 North French Street, 6th Floor
Wilmington, DE 19801

*Address*

aaron.goldstein@state.de.us
*E-mail address*

(302) 577-8400
*Telephone number*

(302) 577-6630
*FAX number*