AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

State of New York et al )
*Plaintiff* )
v. ) Case No. 1:17-cv-05228-NGG-JO
Donald Trump et al )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Delaware

Date: 10/30/2017

*Attorney's signature*

Aleine M. Cohen (DE ID #5053); (PA ID #317946)
*Printed name and bar number*
Delaware Department of Justce
8201 North French Street, 6th Floor
Wilmington, DE 19801

*Address*

aleine.cohen@state.de.us
*E-mail address*

(302) 577-8400
*Telephone number*

(302) 577-6630
*FAX number*