**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Letter with the Clerk of the Court through the ECF system on October 31, 2017, which system provided a copy of the notice to all parties.

<u>/s/ Sania W. Khan</u>

Sania W. Khan