## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2017, a true and correct copy of the foregoing Memorandum of Law in Opposition to Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) was filed electronically. A copy of this filing has been sent by e-mail to all parties pursuant to the Parties' electronic service agreement. Parties may also access this filing through the Court's CM/ECF system.

        Lourdes M. Rosado
        Bureau Chief, Civil Rights Bureau
        New York State Office of the Attorney General
        120 Broadway, 23rd Floor
        New York, New York 10271
        (212) 416-8252 Direct
        (212) 416-6030 Fax
        E-mail Address: Lourdes.Rosado@ag.ny.gov