UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>      Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official Capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; And the UNITED STATES OF AMERICA,<br><br>      Defendants. | CIVIL ACTION NO. 17-CV-5228<br><br><br><br><br><br><br><br><br><br>MOTION FOR REFUND OF PAYMENT |

COMES NOW the State of Iowa, by undersigned counsel, and states:

1.    On September 19, 2017, while filing the State of Iowa's Motion for Leave to Appear Pro Hac Vice, and entering the credit card information associated with this office, the back button was pressed which then made it necessary to reinput the credit card information.

2.    By doing so, two $150 charges were made upon this credit card identified as Pay.gov Tracking ID: 264UA181 and Pay.gov Tracking ID: 264UAELB.

**WHEREFORE, the State of Iowa asks for reversal of one of the above charges.**

        **Respectfully submitted,**

        **THOMAS J. MILLER**
        **Attorney General of the State of Iowa**

**By:**    **/s/ Nathan Blake**
        **Deputy Attorney General**
        **Office of the Iowa Attorney General**
        **1305 E. Walnut Street, 2nd Floor**
        **Des Moines, IA 50319**
        **Nathan.Blake@Iowa.gov**
        **Tel. (515) 281-4325**