UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,** | CIVIL ACTION NO. 17-CV-5228 |
| Plaintiffs, | |
| v. | |
| **DONALD TRUMP, in his official Capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; And the UNITED STATES OF AMERICA,** | MOTION FOR REFUND OF PAYMENT |
| | 0207-9840378 |
| **Defendants.** | |

COMES NOW the State of Iowa, by undersigned counsel, and states:

1.     On September 19, 2017, while filing the State of Iowa's Motion for Leave to Appear Pro Hac Vice, and entering the credit card information associated with this office, the back button was pressed which then made it necessary to reinput the credit card information.

2.     By doing so, two $150 charges were made upon this credit card identified as Pay.gov Tracking ID: 264UA181 and Pay.gov Tracking ID: 264UAELB.

WHEREFORE, the State of Iowa asks for reversal of one of the above charges.

Respectfully submitted,

THOMAS J. MILLER
Attorney General of the State of Iowa

By: /s/ Nathan Blake
Deputy Attorney General
Office of the Iowa Attorney General
1305 E. Walnut Street, 2nd Floor
Des Moines, IA 50319
Nathan.Blake@Iowa.gov
Tel. (515) 281-4325

This application is approved. The attorney has made the following payments ;
1:17-cv-05228-NGG-JO       Blake, Nathanael       2017-09-19 16:09:06   Motion for Leave to Appear Pro Hac Vice(1:17-cv-05228-NGG-JO) [motion aphvN] ( 150.00)CreditCard    0207-9840251 $ 150.00

1:17-cv-05228-NGG-JO       Blake, Nathanael       2017-09-19 16:26:20   Motion for Leave to Appear Pro Hac Vice(1:17-cv-05228-NGG-JO) [motion aphvN] ( 150.00)CreditCard    0207-9840378 $ 150.00.
Payment with receipt number 0207-9840251 shuld be refunded to the attorney.

APPROVED ON

11/15/2017

DOUGLAS C. PALMER
CLERK OF COURT

By: August Marziliano, Operations Manager