UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>    Plaintiffs,<br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>    Defendants. | AFFIDAVIT OF **SARAH WESTON** IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*<br><br>17-CV-5228 |

State of New York
County of Kings

SARAH WESTON, being duly sworn, hereby deposes and says as follows:

1. I am an Assistant Attorney General with the Oregon Department of Justice.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Oregon.
4. There are no pending disciplinary proceedings against me in any State or Federal Court.
5. I have not been convicted of a felony.
6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7.  Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff State of Oregon.

Dated: November 13, 2017

_____
Signature of Movant
Firm Name:  Oregon Department of Justice
Address:  100 SW Market Street
          Portland, OR  97201
Email:  sarah.weston@doj.state.or.us
Phone:  (971) 673-1880