UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Julio A. Thompson

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE
1:17-cv-05228

-----------------------------------------------------------X

TO:   Opposing Counsel
      U.S. Department of Justice
      950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of State of Vermont Office of the Attorney General and a member in good standing of the bar(s) of the State(s) of Vermont, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff/Defendant State of Vermont. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 11/30/2017

Signature of Movant
Firm Name: State of Vermont Office of the Attorney General
Address: 109 State Street
Montpelier, VT 05609-1001
Email: julio.thompson@vermont.gov
Phone: 802-828-3186