

# VERMONT SUPREME COURT

## CERTIFICATE OF ADMISSION AND GOOD STANDING

This is to **CERTIFY** that **Julio A. Thompson**, **#4264** was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State by the Vermont Supreme Court on the 8th day of November, 2005.

This is to **FURTHER CERTIFY** that the said **Julio A. Thompson, Esq.** is on active status and is in good standing according to the records of this Court.

Dated at Montpelier, Vermont, this 29th day of November, 2017.

Emily Wetherell
Deputy Clerk