UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

States of New York, Massachusetts, Washington
Connecticut, Delaware, District of Columbia, Hawaii,
Illinois, Iowa, New Mexico, North Carolina, Oregon,
Pennsylvania, Rhode Island, Vermont and Virginia

                     Plaintiffs,

   v.

Donald Trump, in his official capacity as President
of the United States; U.S. Department of Homeland
Security; Elaine C. Duke, in her official capacity;
U.S. Citizenship and Immigration Services; U.S.
Immigration and Customs Enforcement; and the
United States of America.

                     Defendants.
-------------------------------------------------------X

AFFIDAVIT OF
**JULIO A. THOMPSON**
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*
1:17-cv-05228

<u>JULIO A. THOMPSON</u>, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of <u>the State of Vermont Office of the Attorney General</u>.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the <u>State of Vermont</u>.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for <u>Plaintiff State of Vermont</u>.

Dated: November 30, 2017

NOTARIZED

Signature of Movant Julio A. Thompson
Firm Name: State of Vermont
              Office of the Attorney General
Address:  109 State Street
              Montpelier, VT 05609-1001
Email:  julio.thompson@vermont.gov
Phone:  (802) 828-3186