

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ERIC T. SCHNEIDERMAN**
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU
LOURDES M. ROSADO, BUREAU CHIEF

December 11, 2017

**BY ELECTRONIC FILING**
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
United States Courthouse
Room 1416 S
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   *New York et al. v. Trump et al.*, Civ. No. 17-cv-5228 (NGG) (JO)

Dear Judge Garaufis:

Plaintiff States submit this letter in the above-captioned matter, to inform the Court of their intention to file a motion for preliminary injunction, and to request a page-extension for that motion. Pursuant to the Court's October 2, 2017 briefing schedule, Plaintiff States will file and serve their motion for a preliminary injunction on December 15, 2017. Plaintiffs respectfully request leave to file a memorandum of law in support of their motion for a preliminary injunction that exceeds the 25-page limit set out in Your Honor's Individual Rules. Plaintiff States request an extension of 15 pages, which would amount to a total of 40 pages. Defendants consent to this request.

Respectfully submitted,

*/s Lourdes M. Rosado*
Lourdes M. Rosado
Bureau Chief, Civil Rights Bureau
New York State Office of the Attorney General
120 Broadway, 23rd Floor
New York, New York 10271
(212) 416-8252 Direct
(212) 416-6030 Fax

E-mail Address: Lourdes.Rosado@ag.ny.gov

cc: Defendants' Counsel (via ECF)
    *Batalla Vidal* Plaintiffs' Counsel (via electronic mail)