UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STATE OF NEW YORK, et al.,

        Plaintiffs

v.

DONALD TRUMP, et al.,

        Defendants.

CASE NO. 1:17-cv-05228

AFFIDAVIT OF
ROBERT S. CHANG
IN SUPPORT OF MOTION TO ADMIT
COUNSEL PRO HAC VICE

ROBERT S. CHANG, being duly sworn, hereby deposes and says as follows:

1. I am executive director of the Fred T. Korematsu Center for Law and Equality, Professor of Law at Seattle University School of Law, and a member of the Ronald A. Peterson Law Clinic at Seattle University School of Law.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Washington.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case as counsel for *amici curiae* Fred T. Korematsu Center for Law and Equality and individual historians.

Dated: December 14, 2017

_____
Robert S. Chang
Ronald A. Peterson Law Clinic
Seattle University School of Law
1215 East Columbia St.
Seattle, WA 98122
changro@seattleu.edu
(206) 398-4025

State of Washington
County of King

I certify that I know or have satisfactory evidence that __Robert S. Chang__ is the person who appeared before me, and said person acknowledged that (he/she) signed this instrument and acknowledged it to be (his/her) free and voluntary act for the uses and purposes mentioned in the instrument.

Dated: __December 14, 2017__

_____
(Signature)

(Seal or stamp)

[Notary seal: LORI A LAMB, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 10-09-21]

__NOTARY PUBLIC__
Title

My appointment expires __10/09/21__