# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION  )

OF  )

ROBERT S. CHANG  )

TO PRACTICE IN THE COURTS OF THIS STATE  )

)
)
)
)
)
)

BAR NO. 44083

**CERTIFICATE**

**OF**

**GOOD STANDING**

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**ROBERT S. CHANG**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the

Courts of the State of Washington on November 7, 2011, and is now and has continuously since that date

been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of said Court this 11th day of
December, 2017.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court