## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>                    Plaintiffs,<br><br>          v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>                    Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG) (JO)<br><br><br>**PLAINTIFF STATES' NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION** |

TO DEFENDANTS DONALD TRUMP, in his official capacity as President of the United States, U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA, COLLECTIVELY "DEFENDANTS," AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, based upon the attached Memorandum of Law in Support of Plaintiff States' Motion for a Preliminary Injunction, Plaintiff States move to preliminarily enjoin Defendants from executing the September 5, 2017 memorandum which terminates the Deferred Action for Childhood Arrivals ("DACA") program ("the termination"). Plaintiff States will demonstrate, both in the attached Memorandum of Law and on January 18, 2018—the hearing date set for this motion—that (1) they are likely to succeed on the merits of their claims under the Administrative Procedure Act ("APA"), 5 U.S.C. § 706(2)(A), the Regulatory Flexibility Act ("RFA"), 5 U.S.C. §§ 601-612, and the equal protection guarantee of the United States Constitution; (2) the termination will cause irreparable harm to Plaintiff States; and (3) the public interest and the balance of the equities weigh in favor of preliminary relief in the form of a return to the status quo which existed prior to the Termination.

Plaintiff States note that the Court ordered Defendants to complete the administrative record (ECF. NO. 65). Defendants' compliance with that ruling has been stayed by the Second Circuit,[1] and Defendants' petition for mandamus relief is also pending before the Second Circuit. Nevertheless, as provided in this Court's scheduling order (ECF. NO. 46) and due to the immediacy caused by Defendants' arbitrary and capricious decision to terminate DACA by March 5, 2018, Plaintiff States currently move for preliminary relief on an incomplete administrative record, the discovery obtained prior to the Second Circuit's stay, and the exhibits and declarations submitted in connection with this motion. Plaintiff States will supplement this motion upon completion of the administrative record or if further discovery uncovers relevant information.

---

[1] Discovery has also been stayed by the United States Supreme Court in other cases challenging DACA before the U.S. district court in the Northern District of California. *See Regents of Univ. of California v. DHS*, No. 17-cv-05211 (N.D. Cal. filed Sept. 8, 2017); *State of California v. DHS*, No. 17-cv-05235 (N.D. Cal. filed Sept. 11, 2017); *City of San Jose v. Trump*, No. 17-cv-05329 (N.D. Cal. filed Sept. 14, 2017); *Garcia v. United States of America*, No 17-cv-05380 (N.D. Cal. filed Sept. 18, 2017); *County of Santa Clara v. Trump*, No. 17-cv-05813 (N.D. Cal. filed Oct. 10, 2017).

Plaintiff States' Memorandum of Law, based on the current record, demonstrates that Plaintiff States are likely to succeed on the merits of their claims that the termination was arbitrary and capricious and an abuse of discretion, in violation of the APA, the RFA, and the equal protection guarantee of the United States Constitution. Plaintiff States seek preliminary injunctive relief at this time.

DATED: New York, New York
        December 15, 2017

**ERIC T. SCHNEIDERMAN**
Attorney General of the State of New York

By:    */s Lourdes M. Rosado*
        Lourdes M. Rosado, Bureau Chief
        Brooke Tucker, Assistant Attorney
        General*
        Sania Khan, Assistant Attorney General
        Diane Lucas, Assistant Attorney General
        Ajay Saini, Assistant Attorney General
        Alex Finkelstein, Volunteer Assistant
        Attorney General
        Civil Rights Bureau
        Office of the New York State Attorney
        General
        120 Broadway, 23rd Floor
        New York, NY 10271
        Lourdes.Rosado@ag.ny.gov
        Sania.Khan@ag.ny.gov
        Diane.Lucas@ag.ny.gov
        Ajay.Saini@ag.ny.gov
        Tel. (212) 416-6348
        Fax (212) 416-8074

**MAURA HEALEY**
Attorney General for the Commonwealth of
Massachusetts

By:   */s Abigail B. Taylor*
       Jonathan B. Miller
       Genevieve C. Nadeau (*pro hac vice*)
       Abigail B. Taylor (*pro hac vice*)
       Assistant Attorneys General
       Office of the Attorney General
       One Ashburton Place
       Boston, MA 02108
       Jonathan.Miller@state.ma.us
       Genevieve.Nadeau@state.ma.us
       Abigail.Taylor@state.ma.us
       Tel. (617) 727-2200

**BOB FERGUSON**
Attorney General of the State Washington

By:   */s Robert W Ferguson*
       Robert W. Ferguson (*pro hac vice*)
       Attorney General
       Colleen M. Melody (*pro hac vice*)
       Civil Rights Unit Chief
       Marsha Chien (*pro hac vice*)
       Assistant Attorney General
       Office of the Attorney General
       800 Fifth Avenue, Suite 2000
       Seattle, WA 98104
       ColleenM1@atg.wa.gov
       MarshaC@atg.wa.gov
       Tel. (206) 464-7744

**GEORGE JEPSEN**
Attorney General of the State of Connecticut

By:   */s Mark K. Kohler*
       Mark F. Kohler (*pro hac vice*)
       Assistant Attorney General
       Connecticut Office of the Attorney
       General
       55 Elm Street, P.O. Box 120
       Hartford, CT 06106
       Mark.Kohler@ct.gov
       Tel. (860) 808-5020

**KARL A. RACINE**
Attorney General for the District of Columbia

By:   */s Robyn R. Bender*
       Robyn R. Bender*
       Deputy Attorney General
       Public Advocacy Division
       441 4th Street, NW
       Suite 650 North
       Washington, DC 20001
       Robyn.Bender@dc.gov
       Tel. (202) 724-6610
       Fax (202) 730-0650

**DOUGLAS S. CHIN**
Attorney General of the State of Hawaii

By:    */s Donna H. Kalama*
         Donna H. Kalama (*pro hac vice*)
         Deputy Attorney General
         State of Hawaii, Department of the
         Attorney General
         425 Queen Street
         Honolulu, HI 96813
         Donna.H.Kalama@hawaii.gov
         Tel. (808) 586-1224

**LISA MADIGAN**
Attorney General of the State of Illinois

By:    */s Anna P. Crane*
         Anna P. Crane, Assistant Attorney
         General (*pro hac vice*)
         Karyn L. Bass Ehler,
         Chief, Civil Rights Bureau
         Harpreet Khera, Deputy Bureau Chief,
         Special Litigation Bureau
         Caitlyn McEllis, Assistant Attorney
         General
         Jeff VanDam, Assistant Attorney Genera
         Civil Rights Bureau
         Office of the Illinois Attorney General
         100 W. Randolph Street
         Chicago, IL 60601
         Anna.Crane@atg.state.il.us
         Tel. (312) 814-3400
         Fax (312) 814-3212

**THOMAS J. MILLER**
Attorney General of the State of Iowa

By:    */s Nathan Blake*
         Nathan Blake (*pro hac vice*)
         Deputy Attorney General
         Office of the Attorney General of Iowa
         1305 E. Walnut Street
         Des Moines, IA 50319
         Nathan.Blake@iowa.gov
         Tel. (515) 281-4325
         Fax (515) 281-4209

**HECTOR H. BALDERAS**
Attorney General of the State of New Mexico

By:    */s Tania Maestas*
         Tania Maestas, (*pro hac vice*)
         Deputy Attorney General
         Ari Biernoff, Assistant Attorney General
         Jennie Lusk, Assistant Attorney General
         New Mexico Office of the Attorney
         General
         408 Galisteo St.
         Santa Fe, NM 87501
         ABiernoff@nmag.gov
         Tel. (505) 490-4060
         Fax (505) 490-4883

**MATTHEW DENN**
Attorney General of the State of Delaware

By:   */s Aleine Cohen*
        Aaron Goldstein*
        State Solicitor
        Aleine Cohen*
        Deputy Attorney General
        Delaware Department of Justice
        820 N. French St.
        Wilmington, DE 19801
        Aaron.Goldstein@state.de.us
        Aleine.Cohen@state.de.us
        Tel. (302) 577-8400

**PETER KILMARTIN**
Attorney General of the State of Rhode Island

By:   */s Rebecca T. Partington*
        Rebecca T. Partington (*pro hac vice*)
        Chief, Civil Division
        Michael W. Field (*pro hac vice*)
        Assistant Attorney General
        Adam D. Roach (*pro hac vice*)
        Special Assistant Attorney General
        RI Office of the Attorney General
        150 South Main Street
        Providence, RI 02903
        RPartington@riag.ri.gov
        MField@riag.ri.gov
        ARoach@riag.ri.gov
        Tel. (401) 274-4400

**JOSH STEIN**
Attorney General of the State of North Carolina

By:   */s Sripriya Narasimhan*
        Sripriya Narasimhan*
        North Carolina Department of Justice
        114 W. Edenton Street
        Raleigh, NC 27603
        SNarasimhan@ncdoj.gov
        Tel. (919) 716-6400

**ELLEN F. ROSENBLUM**
Attorney General of the State of Oregon

By:   */s Brian De Haan*
        Brian De Haan*
        Assistant Attorney General
        Trial Attorney
        Brian.A.DeHaan@doj.state.or.us
        Tel. (971) 673-1880
        Fax (971) 673-5000

6

**JOSH SHAPIRO**
Attorney General of the Commonwealth of
Pennsylvania

By:   */s Jonathan Scott Goldman*
      Jonathan Scott Goldman*
      Executive Deputy Attorney General,
      Civil Law Division
      Michael J. Fischer, (*pro hac vice*)
      Chief Deputy Attorney General, Impact
      Litigation Section
      Office of Attorney General
      16th Floor, Strawberry Square
      Harrisburg, PA 17120
      MFischer@attorneygeneral.gov
      Tel. (717) 787-3391

**MARK R. HERRING**
Attorney General of the Commonwealth of
Virginia

By:   */s Matthew R. McGuire*
      Matthew R. McGuire (*pro hac vice*)
      Acting Deputy Solicitor General
      202 North Ninth Street
      Richmond, VA 23219
      MMcguire@oag.state.va.us
      Tel. (804) 786-7773

**THOMAS J. DONOVAN, JR.**
Attorney General of the State of Vermont

By:   */s Benjamin D. Battles*
      Benjamin D. Battles, (*pro hac vice*)
      Solicitor General
      Julio A. Thompson*, Assistant Attorney
      General, Civil Rights Unit
      Office of the Vermont Attorney General
      109 State Street
      Montpelier, VT 05609
      Benjamin.Battles@vermont.gov
      Tel. (802) 828-5500
      Fax (802) 828-3187

**JOHN W. HICKENLOOPER**
Governor of the State of Colorado

By:   */s Jacki Cooper Melmed*
      Jacki Cooper Melmed
      Special Assistant Attorney General*
      Chief Legal Counsel
      136 State Capitol Building
      Denver, Colorado 80203
      Jackic.Melmed@state.co.us
      Tel. (303) 866-3788
      (* Limited Appointment)