**DECLARATIONS AND EXHIBIT LIST CITED IN PLAINTIFF STATES' MOTION FOR PRELIMINARY INJUNCTION**

| Exhibit Number | Exhibit Name |
|---|---|
| 1 | Decl. Shobha Wadhia (Expert: Clinical Professor of Law Penn. State Univ.) |
| 2 | Updated USCIS, Consideration of Deferred Action for Childhood Arrivals Fiscal Years 2012-2017, June 8, 2017 |
| 3 | Transcript of Depostion of James McCament, Deputy Director of USCIS, Oct. 17, 2017 |
| 4 | Decl. Cesar Andrade (DACA Grantee; NY) |
| 5 | Decl. Hina Naveed (DACA Grantee; NY) |
| 6 | Decl. Milton Eduardo Ramirez Cuevas (DACA Grantee; OR) |
| 7 | Decl. Cairo Mendes (DACA Grantee; MA) |
| 8 | Decl. Renata Teodoro (DACA Grantee; MA) |
| 9 | Decl. Javier Juarez (DACA Grantee; RI) |
| 10 | Decl. Tom Wong (Expert; Associate Professor UCSD) |
| 11 | Ike Brannon, *The Economic and Fiscal Impact of Repealing DACA*, The Cato Institute, Jan. 18, 2017 |
| 12 | Decl. Ayesha-Blackwell Hawkins (Amazon) |
| 13 | Decl. Seth Kalvert (TripAdvisor) |
| 14 | Decl. Jeffrey Igneri (Local Burger) |
| 15 | Decl Jacob Tingen (Tingen & Williams, PLLC) |
| 16 | Decl. Jonathan Schwartz (Univision) |
| 17 | Decl. Lucila Loera (Washington State University) |
| 18 | Decl. Heatwole (University of Massachusetts) |
| 19 | Decl. Alexandra Monroe (Washington State Department of Ecology) |
| 20 | Decl. Kaplan (Washington State Department of Social and Health Services) |
| 21 | Decl. Rich Jones (Washington State Office of the Treasurer) |
| 22 | Decl. Sarah Conly (Washington Department of Veterans Affairs) |
| 23 | Decl. Alfred Mathewson and Sergio Pareja (University of New Mexico School of Law) |
| 24 | Decl. Clark, et al. (Massachusetts State University Presidents) |
| 25 | Decl. Susan Herbst (University of Connecticut) |
| 26 | Decl. Dimitrios Pachis (Eastern Connecticut State University) |
| 27 | Decl. Karen Hardwick (University of the District of Columbia) |

| 28 | Tom Wong, *et al.*, *DACA Grantees' Economic and Educational Gains Continue to Grow*, Center for American Progress,  Aug. 28, 2017; |
| 29 | Tom Wong *et al.*, *New Study of DACA Beneficiaries Shows Positive Economic and Educational Outcomes*, Center for American Progress, Oct. 18, 2016; |
| 30 | Nicole Prchal Svajlenka, et. al., *A New Threat to DACA Could Cost States Billions of Dollar*, Center for American Progress, July 21, 2017 |
| 31 | Misha Hill and Meg Wiehe, *State & Local Contributions of Young Undocumented Immigrants*, Institute on Taxation & Economic Policy, April 25, 2017 |
| 32 | Transcript of Depostion of Gene Hamilton, Deputy Chief of Staff for Policy, DHS, Oct. 20, 2017 |
| 33 | Transcript of Deposition of James Nealon, Under Secretary Office of Strategy, Policy, and Plans, DHS, Oct. 13, 2017 |
| 34 | Transcript of Deposition of Phillip Miller, Assistant Director of Field Operations for Enforcment and Removal Operations, ICE, Oct. 18, 2017 |
| 35 | Transcript of Deposition of Donald Neufeld, Associate Director, Service Center Operations Directorate, Oct. 18, 2017 |
| 36 | Juliet Eilperin, *Zinke backs shrinking more national monuments and shifting management of 10*, Washington Post (Dec. 5, 2017) |
| 37 | Donald J. Trump, "Congress now has 6 months to legalize DACA," Twitter, Sept. 5, 2017 |
| 38 | Decl. Dr. Stephen Pitti (Expert: Professor of History and American Studies, Yale University) |
| 39 | (DOJ, *Attorney General Sessions Delivers Remarks on DACA, Prepared Remarks*, Sept. 5, 2017 |
| 40 | Ltr. from Att'y Gen. Xavier Becerra *et al*. to President Donald Trump, at 3, July 21, 2017 |
| 41 | USCIS Help Center, *DACA FAQs* |
| 42 | USCIS Help Center, *How will USCIS evaluate my request for renewal of DACA?* |
| 43 | USCIS, DACA Approval Notice |
| 44 | Ted Hesson & Seung Min Kim, *Wary Democrats Look to Kelly for Answers on Immigration*, Politico, Mar. 29, 2017 |

| 45 | Tom Jawetz and Nichole Prchal Svajlenka, *Thousands of DACA Recipients Are Already Losing Their Protection From Deportation*, Nov. 9 2017 |
| 46 | Decl. Luis Zayas (Expert: Professor of Psychiatry, Dell Medical School Univ. of Texas) |
| 47 | Decl. Dana Rubin (DACA Grantee; MA) |
| 48 | Decl. Anarelly Morales (DACA Grantee, NY) |
| 49 | Decl. Hugo Nicolas (DACA Grantee; OR) |
| 50 | Decl. G.L. (DACA Grantee; VA) |
| 51 | Decl. Laura Carothers Graham (Delaware Community Legal Aid Society, Inc.) |
| 52 | Decl. Thomas Ambrosino and Mary Bourque (City of Chelsea, MA) |
| 53 | Decl. of Marcelo Suarez-Orozco (Expert: Wasserman Dean of the Graduate School of Education and Information Studies, UCLA) |
| 54 | Decl. Ku (Expert: Professor of Health Policy and Management, George Washington Univ) |
| 55 | Decl. Michael Bzdyra (Connecticut Department of Motor Vehicles) |
| 56 | Decl. Jesse White (Secretary of State of the State of Illinois) |
| 57 | Mass. Registry of Motor Vehicles, *Social Security Number (SSN) Requirements*) |
| 58 | Attorney General Advisory Letter to Acting Commissioner K. Eric Boyette, Jan. 17, 2013) |
| 59 | Decl. of Rossana Rosado (NY Secretary of State) |
| 60 | Decl. Alejandra Perez (DACA Grantee; WA) |
| 61 | Decl. Gloria Oduyoye (DACA Grantee; VA) |
| 62 | Decl. I.V. (DACA Grantee; MA) |
| 63 | Decl. I.T. (DACA Grantee; MA) |
| 64 | Decl. Kristin M. Johnson (SUNY) |
| 65 | Decl. Camilla Glatt (Columbia Basin College) |
| 66 | Decl. Emily Schuh (City of Anacortes, WA) |
| 67 | Decl. Kim Ann Garza (Big Bend Community College) |
| 68 | Decl. Viridiana Carrizales (Teach for America) |
| 69 | Decl. Mostofi (NYC Mayor's Office of Immigrant Affairs) |
| 70 | Decl. Judy Kennedy (City of Newburgh, NY) |
| 71 | Decl. James B. Milliken (CUNY) |
| 72 | Decl. Phil Ballinger (University of Washington) |
| 73 | Decl. Mary R. Jeka (Tufts) |
| 74 | Decl. Juan Salgado (City Colleges of Chicago) |
| 75 | Decl. Barbara Wilson (University of Illinois System) |
| 76 | Decl. Reina Guevara (DACA Grantee; MA) |

| 77 | Decl. Fatima Preciado (DACA Grantee; OR) |
|---|---|
| 78 | Decl. Allyson Suria (DACA Grantee; VA) |
| 79 | Decl. Danielis Andrea Dos Santos Torrez (DACA Grantee; VA) |
| 80 | Decl. Rick Miranda (Colorado State University) |
| 81 | Decl. Ryan James Hagemann (Western Oregon University) |
| 82 | Decl. Marjorie Trueblood-Gamble (Southern Oregon University) |
| 83 | Decl. Charlene Alexander (Oregon State University) |
| 84 | Decl. Christina Ridder (Portland State University) |
| 85 | Decl. Dennis Galvan (University of Oregon) |
| 86 | Decl. Larry Dietz (Illinois State University) |
| 87 | Ltr from Shobha Wadhia *et al*. to President Donald Trump, Aug. 14, 2017 |
| 88 | Decl. Biddy Martin (Amherst College) |
| 89 | Decl. Sonya Stephens (Mount Holyoke College) |
| 90 | Decl. Richard M. Locke (Brown University) |
| 91 | Decl. Donald Straney (University of Hawaii) |
| 92 | Decl. Taylor Reveley III (College of William and Mary) |
| 93 | Decl. Judy Mohr Peterson (Hawaii Department of Human Services) |
| 94 | Decl. Stephen Groff (Delaware Division of Medicaid and Medical Assistance) |
| 95 | Decl. Claudia Schlosberg (D.C. Dept of Health Care Finance) |
| 96 | Decl. Ike Brannon (Expert; CATO Institute) |
| 97 | Decl. Essig, Wiehe and Hill (Expert; Institute on Taxation and Economic Policy) |
| 98 | Decl. Margaret Callahan (Loyola University of Chicago) |
| 99 | Decl. Paul Roth (University of New Mexico Health Sciences Center) |
| 100 | Decl. Alice Cuprill-Comas (Oregon Health and Science University) |
| 101 | Decl. Thomas Sullivan (University of Vermont) |
| 102 | Decl. Krissia Perla (DACA Grantee; RI) |
| 103 | Decl. Paul Mutty (Starbucks) |
| 104 | Decl. Martin Shively, Microsoft |
| 105 | Decl. Natalicia Tracy (Brazilian Workers Center) |
| 106 | Decl. Luis Cortes Romero (Barrera Legal Group, PLLC) |
| 107 | Decl. Adam Greenberg (Warby Parker) |
| 108 | Decl. Pinsky (Association for a Better New York) |
| 109 | Decl. Basil I. Gooden (Secretary of Agriculture and Forestry for the Commonwealth of Virginia) |
| 110 | Letter from Secretary Jeh Charles Johnson to Rep. Judy Chu, Dec. 30, 2016 |
| 111 | Decl. Aldo Alan Solano Mendez (DACA Grantee; OR) |

4

| 112 | Donald J. Trump, "Does anybody really want to throw out good educated and accomplished young people," Twitter, Sept. 14, 2017 |
|---|---|