AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| State of New York, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:17-cv-05228-NGG-JO |
| Donald Trump, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Individual Historians and the Fred T. Korematsu Center for Law and Equality      .

Date:    12/19/2017

                                                                             s/ Robert S. Chang
                                                                             *Attorney's signature*

                                                                             Robert S. Chang, WSBA #44083
                                                                             *Printed name and bar number*

                                                                             1215 East Columbia Street
                                                                             Seattle, WA 98122

                                                                             *Address*

                                                                             changro@seattleu.edu
                                                                             *E-mail address*

                                                                             (206) 398-4025
                                                                             *Telephone number*

                                                                             (206) 398-4036
                                                                             *FAX number*