UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Defendants. | Case No. 1:17-cv-05228-NGG-JO<br><br>**NOTICE OF APPEARANCE OF MICHAEL A. GUERRA, ESQ.** |

**TO THE COURT AND ABOVE-CAPTIONED PARTIES:**

　　**PLEASE TAKE NOTICE** that Michael A. Guerra, Esq., of Venable LLP, 1270 Avenue of the Americas, 24th Floor, New York, New York 10020, shall appear as counsel for Proposed Amicus the Lawyers' Committee for Civil Rights Under Law in the above-captioned matter.

Dated: New York, New York
　　　　December 19, 2017

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: /s/_____
　　　　　　　　　　　　　　　　　　　　　　Michael A. Guerra, Esq.
　　　　　　　　　　　　　　　　　　　Venable LLP
　　　　　　　　　　　　　　　　　　　Rockefeller Center
　　　　　　　　　　　　　　　　　　　1270 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　Twenty-Fourth Floor
　　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　　Telephone:  212.307.5500

Fax:  212.307.5598
E-Mail: maguerra@venable.com

TO:   All Counsel of Record
      **(BY ECF)**