# I<small>KE</small> B<small>RANNON</small>, P<small>H</small>.D.

2012 Wyoming Avenue NW, #301, Washington, DC 20009 ● (202) 232-3148 ●
[Ike@capitalpolicyanalytics.com](mailto:Ike@capitalpolicyanalytics.com)

## Professional Experience

*President, Capital Policy Analytics* **2012-present**
- Runs a consultancy that provides policy research for trade associations, multinational corporations, consortiums, and various government and non-profit entitites.
  - Co-authored over two dozen major studies in 2017.

*Visiting Fellow, Cato Institute 2015-present*
- Write, appear on media, and give talks

*Visiting Fellow, George W. Bush Institute, 2012-2015.*
- Write, appear on media, and give talks

**Director of Economic Policy & Government Relations, American Action Forum 2011-2012**
- Supervise research staff and coordinate Forum research agenda
- Organize Forum events on and off Capitol Hill
- Maintain an independent research agenda & represent the Forum in the media

**Chief Economist, House Energy & Commerce Committee, U.S. Congress,**
2009-2011
- Advise Committee members on energy, healthcare, and regulatory matters
- Assist Republican Members with scoring requests pertinent to legislation

**Senior Adviser for Tax Policy, Republican Policy Committee, U.S. Senate**       2009
- Advised staffers and members on tax and savings issues
- Presented and coordinated briefings to staffers and members on policy issues

**Senior Adviser and Chief Economist, John McCain 2008**       2008
- Coordinated debate preparation for candidates
- Directed outreach with surrogates in battleground states
- Coordinated outside advisers on tax, budget, and financial regulatory issues

**United States Treasury, Senior Adviser for Tax Policy**       2007-2008
- Contributed to Administration's economic stimulus & subprime crisis plan
- Helped to coordinate Administration efforts to reform corporate tax code

**The Honorable Orrin G. Hatch,** *United States Senator, Washington DC*       2005-2007
*Principal Economic Adviser, Senate Finance Committee*
- Prepared legislation pertinent to tax and investment policy
- Helped create legislation encouraging use of automatic enrollment in 401(k)s

**The Joint Economic Committee of Congress** (Senator Robert F. Bennett, Chair**)**
*Chief Economist*                                                                                                  *2004-2005*
*Senior Economist*                                                                                                *2002-2004*
- Managed and supervised the research of a staff of 15
- Wrote and edited published reports and internal memos for Members and staff

**Office of Management and Budget, Executive Office of the President**          2001-2002
*Senior Economist, Office of Information and Regulatory Affairs*
- Analyzed major regulations promulgated by federal agencies
- Informed White House on major research areas pertinent to cost-benefit analysis

**Department of Economics, University of Wisconsin, Oshkosh, WI**
*Associate Professor of Economics (tenured)*                                                     2000-2002
*Assistant Professor of Economics*                                                                    1994-2000
- Recipient of college teaching award
- Research Associate with the Wisconsin Policy Research Institute, 1999-2001

## Leadership Positions
- Director of the Prosperity Caucus, a group of over 200 economists in DC     2003-
- Director/Founder of the Savings and Retirement Forum                                    2009-
- Director for the Tax Economists' Forum, a biweekly seminar group              2006-

## Education/Background
- Ph.D., M.A., Economics, Indiana University, Bloomington, IN
- B.A., Math, Economics, Spanish, Augustana College, Rock Island, IL
    - Augustana College Young Alumni of the year, 2004.
- Native of Peoria, Illinois
- Moderate fluency in Spanish

## Publications and Research

Over 400 publications in last decade--see attached list.