UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

---

| | |
|---|---|
| MARTIN JONATHAN BATALLA VIDAL, et al., | |
| Plaintiffs, | |
| - against - | **16 Civ. 4756 (NGG) (JO)** |
| ELAINE C. DUKE, Acting Secretary, Department of Homeland Security, et al., | |
| Defendants. | |

---

| | |
|---|---|
| STATE OF NEW YORK, et al., | |
| Plaintiffs, | |
| - against - | **17 Civ. 5228 (NGG) (JO)** |
| DONALD TRUMP, President of the United States, et al., | |
| Defendants. | |

---

## NOTICE OF APPEARANCE

Peter Karanjia
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW
Suite 800
Washington, D.C. 20006
Tel: (202) 973-4256
peterkaranjia@dwt.com

*Attorney for Amicus Curiae United We Dream*

PLEASE TAKE NOTICE that Peter Karanjia, a partner with DAVIS WRIGHT TREMAINE LLP, hereby requests that the Court enter his appearance as attorney for above-named proposed *amicus curiae* United We Dream and requests that all further papers and pleadings served or filed in the two above-captioned cases be served upon the undersigned at the address stated below.

Dated: Washington, D.C.  
December 20, 2017

DAVIS WRIGHT TREMAINE LLP

By: _/s/ Peter Karanjia_

Peter Karanjia  
1919 Pennsylvania Avenue, NW  
Suite 800  
Washington, D.C. 20006  
Tel.: (202) 973-4256  
Email: peterkaranjia@dwt.com

*Attorney for United We Dream*