UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STATE OF NEW YORK, ET AL.

v.

DONALD TRUMP, PRESIDENT OF
THE UNITED STATES, ET AL.

AFFIDAVIT OF ANDREW J. PINCUS
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*
NO. 17-CV-5228 (NGG)(JO)

------------------------------------------------------------X

ANDREW J. PINCUS, being duly sworn, hereby deposes and says as follows:

1. I am an ~~associate~~ PARTNER with the law firm of MAYER BROWN LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of NEW YORK & DISTRICT OF COLUMBIA.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] have or **have not** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]

6. I [circle one] have or **have not** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for ~~Plaintiff/Defendant~~ AMICI CURIAE.

Dated: 12/19/2017

Signature of Movant
Firm Name MAYER BROWN LLP
Address 1999 K ST NW
WASHINGTON DC 20006
Email APINCUS@MAYERBROWN.COM
Phone 202 263 3220

NOTARIZED

District of Columbia

Subscribed and sworn to before me, in my presence, this 19th day of December, 2017 by Andrew Pincus

_____, Notary Public
My Commission Expires: 4/14/19

2