UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

*STATE of New York, et al.*

v.

*Donald Trump, President of the
United States, et al.*

----------------------------------------------------------------X

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

No: *17-CV-5228 (NGG) (Jo)*

TO:     Opposing Counsel

_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion

and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to

Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern

Districts of New York for an Order allowing the admission of movant, a member of the firm of

*Mayer Brown LLP*_____ and a member in good standing of the bar(s) of the State(s)

of _____*New York*_____, as attorney pro hac vice to argue or try this case

in whole or in part as counsel for ~~Plaintiff/Defendant~~ _*amici Curiae*_____.

There are no pending disciplinary proceedings against me in any State or Federal court. (If there

are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: *12/18/2017*

_____
Signature of Movant
Firm Name *Mayer Brown LLP*
Address *1221 Avenue of the Americas*
         *New York, NY 10020*
Email *kLin@mayerbrown.com*
Phone *212-506-2538*