UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
State of New York, et al.

v.

Donald Trump, President of the
United States, et al.
----------------------------------------------------------X

AFFIDAVIT OF **Karen Lin**
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*
**17-CV-5228 (NGG)(JO)**

**Karen Lin**, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of **Mayer Brown LLP**.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of **New York**.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **(have not)** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]

6. I [circle one] **have** or **(have not)** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for ~~Plaintiff/Defendant~~ _amici curiae_.

Dated: 12/18/17

_[signature]_
Signature of Movant
Firm Name  Mayer Brown LLP
Address  1221 Avenue of the Americas
   New York, NY 10020
Email  klin@mayerbrown.com
Phone  212-506-2538

NOTARIZED

DENISE TREASURE
Notary Public, State of New York
No. 01TR5065211
Qualified in Queens County
Commission Expires September 3, 2018

_Denise Treasure,_
_Notary_

2