Howard Sokol
howard.sokol@hklaw.com
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
(212) 513-3200 (telephone)
(212) 385-9010 (facsimile)

*Counsel for Amicus Curiae
Government of the United Mexican States*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STATES OF NEW YORK, MASSACHUSETTS, *et al.*,

           Plaintiffs,

v.

DONALD TRUMP, in his official capacity as President of the United States, *et al.*,

           Defendants.

ECF Case

Case No.: 17-cv-5228 (NGG) (JO)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, Howard Sokol, of the firm of Holland & Knight LLP, hereby appears in the above-captioned action on behalf of *Amicus Curiae* Government of the United Mexican States and, accordingly, respectfully requests that he be electronically served (at his e-mail address, listed above and below) with a copy of any and all future pleadings, filings and submissions to the Court.

Dated: December 20, 2017
      New York New York

By: /s/ Howard Sokol
      howard.sokol@hklaw.com