**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------- X
:
STATE OF NEW YORK, et al.,                    :
                                       Civil Action  No. 1:17-cv-05228 (NGG) (JO)
            Plaintiffs,            :

                 v.                         :

DONALD TRUMP, et al.,                         :

            Defendants.
---------------------------------------- X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William J. Schwartz of Cooley LLP hereby requests that the Court enter his appearance as counsel for *amici curiae* Partnership for Educational Justice, DelawareCAN: The Delaware Campaign for Achievement Now, HawaiiKidsCAN, NewMexicoKidsCAN, and Virginia Excels, and requests that all further papers and pleadings served or filed in the above-captioned case be served upon the undersigned at the address below.

Dated: December 21, 2017                           Respectfully submitted,

                                                       */s/ William J. Schwartz*
                                                       COOLEY LLP
                                                       William J. Schwartz (WJS8462)
                                                       1114 Avenue of the Americas
                                                       New York, NY 10036
                                                       (212) 479-6470
                                                       wschwartz@cooley.com

                                                       *Attorney for Partnership for Educational*
                                                      *Justice, DelawareCAN: The Delaware*
                                                      *Campaign for Achievement Now,*
                                                      *HawaiiKidsCAN, NewMexicoKidsCAN, and*
                                                      *Virginia Excels*

## CERTIFICATE OF SERVICE

I, William J. Schwartz, certify that on December 21, 2017, I caused the foregoing NOTICE OF APPEARANCE to be filed with the Clerk of the Court and served upon all counsel of record via the CM/ECF system.

*/s/ William J. Schwartz*
William J. Schwartz