**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------- X
                                                              :
STATE OF NEW YORK, et al.,                    :

                  Plaintiffs,         :
                                      Civil Action  No. 1:17-cv-05228 (NGG) (JO)
                 v.                       :

DONALD TRUMP, et al.,                            :

                Defendants.
------------------------------------- X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Kaitland Kennelly of Cooley LLP hereby requests that the Court enter her appearance as counsel for *amici curiae* Partnership for Educational Justice, DelawareCAN: The Delaware Campaign for Achievement Now, HawaiiKidsCAN, NewMexicoKidsCAN, and Virginia Excels, and requests that all further papers and pleadings served or filed in the above-captioned case be served upon the undersigned at the address below.

Dated: December 21, 2017                 Respectfully submitted,


                                             */s/ Kaitland Kennelly*
                                 COOLEY LLP
                                 Kaitland Kennelly (KK9574)
                                 1114 Avenue of the Americas
                                 New York, NY 10036
                                 (212) 479-6470
                                 kkennelly@cooley.com

                               *Attorney for Partnership for Educational*
                               *Justice, DelawareCAN: The Delaware*
                               *Campaign for Achievement Now,*
                               *HawaiiKidsCAN, NewMexicoKidsCAN, and*
                               *Virginia Excels*

**CERTIFICATE OF SERVICE**

I, Kaitland Kennelly, certify that on December 21, 2017, I caused the foregoing NOTICE

OF APPEARANCE to be filed with the Clerk of the Court and served upon all counsel of record

via the CM/ECF system.

/s/ Kaitland Kennelly
Kaitland Kennelly