**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>              Plaintiffs,<br><br>  v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>              Defendants. | CIVIL ACTION NO. 1:17-cv-05228-NGG-JO |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Steven E. Obus hereby appears in the above-captioned action on behalf of New York University as *amicus curiae*.  The undersigned certifies that he is admitted to practice in this Court.

Dated:  December 21, 2017
       New York, New York

Respectfully submitted,

PROSKAUER ROSE LLP

By:  */s/ Steven E. Obus*
      Steven E. Obus

Eleven Times Square
New York, New York 10036
(212) 969-3000
SObus@proskauer.com

Counsel for *Amicus Curiae*
New York University