UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

STATE OF NEW YORK et al.,                                    AFFIDAVIT OF ASHLEY FERGUSON
                                                             IN SUPPORT OF MOTION TO
                                Plaintiffs,                  ADMIT COUNSEL *PRO HAC VICE*
                                                             1:17-cv-05228-NGG-JO
                -against-

DONALD TRUMP et al.,

                                Defendants.
-------------------------------------------------------X


ASHLEY FERGUSON, being duly sworn, hereby deposes and says as follows:

1.  I am an associate with the law firm of Proskauer Rose LLP.
2.  I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.
3.  As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of New York.
4.  There are no pending disciplinary proceedings against me in any State or Federal Court.
5.  I have not been convicted of a felony.
6.  I have not been censured, suspended, disbarred or denied admission or readmission by any court.
7.  Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for New York University (as *amicus curiae*).


Dated: December 21, 2017

                                                _____
                                                Signature of Movant Ashley Ferguson
                                                Firm Name:   Proskauer Rose LLP
                                                Address:     Eleven Times Square
                                                             New York, NY 10036
                                                Email:       aferguson@proskauer.com
                                                Phone:       (212)969-3674


NOTARIZED

EDWARD S. KORNREICH
Notary Public, State of New York
No. 02K04822594
Qualified in New York County
Commission Expires April 30, 20