# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

STATE OF NEW YORK et al.,

        Plaintiffs,

    v.

DONALD TRUMP, President of the United States, et al.,

        Defendants.

Case No. 17-CV-5228 (NGG) (JO)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Rory K. Schneider, of Mayer Brown LLP, hereby appears in the above-captioned action on behalf of *Amici Curiae* 114 U.S.-Based Companies and accordingly requests that he be electronically served with a copy of any and all future pleadings, filings and submissions to the Court.

Dated: December 21, 2017

Respectfully Submitted,

By: */s/ Rory K. Schneider*

Rory K. Schneider (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020-1001
(212) 506-2500
rschneider@mayerbrown.com

*Counsel for* Amici Curiae

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 21, 2017, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system.

                                          */s/ Rory K. Schneider*
                                            Rory K. Schneider