UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

STATE OF NEW YORK et al.,

                Plaintiffs,

       -against-

DONALD TRUMP et al.,

                Defendants.
-------------------------------------------------------X

AFFIDAVIT OF MELISSA DIGRANDE
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*
1:17-cv-05228-NGG-JO

MELISSA DIGRANDE, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Proskauer Rose LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of New York.
4. There are no pending disciplinary proceedings against me in any State or Federal Court.
5. I have not been convicted of a felony.
6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.
7. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for New York University (as *amicus curiae*).

Dated: December 21, 2017

                                          Signature of Movant Melissa DiGrande
                                          Firm Name: Proskauer Rose LLP
                                          Address: Eleven Times Square
                                          New York, NY 10036
                                          Email: mdigrande@proskauer.com
                                          Phone: (212)969-3626

NOTARIZED

MENCHU M. MAGSINO
Notary Public, State of New York
No. 01MA4988782
Qualified in Kings County
Commission Expires Nov. 18, 2021