UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

State of New York et al. v. Trump et al.,

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE
17-cv-5228

------------------------------------------------------------X

TO:   Opposing Counsel
      STEPHEN M. PEZZI
      KATE BAILEY

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Holland & Knight LLP and a member in good standing of the bar(s) of the State(s) of Florida and the District of Columbia, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff/Defendant Amicus Curiae the Government of the United Mexican States. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 12/20/2017

*[signature]*

Signature of Movant
Firm Name Holland & Knight LLP
Address 800 17th Street, NW Suite 1100
Washington, DC 20037
Email leon.fresco@hklaw.com
Phone (202)469-5129