UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

STATE OF NEW YORK et al.,　　　　　　　AFFIDAVIT OF LEON FRESCO
　　　　　　　　　　　　　　　　　　　　IN SUPPORT OF MOTION TO
　　　　　　　　　　　Plaintiffs,　　　　ADMIT COUNSEL PRO HAC VICE
v.　　　　　　　　　　　　　　　　　　　17-CV-5228

DONALD TRUMP, President of the United States, et al.,
　　　　　　　　　　　Defendants
-------------------------------------------------------X

LEON FRESCO, being duly sworn, hereby deposes and says as follows:

1. I am a Partner with the law firm of Holland & Knight LLP

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of Florida and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **have not** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]

6. I [circle one] **have** or **have not** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/Defendant Amicus Curiae the Government of the United Mexican States  .

Dated: 12/20/2017

Signature of Movant
Firm Name  Holland & Knight LLP
Address  800 17th Street, NW Suite 1100, Washington, DC 20006
Email   leon.fresco@hklaw.com
Phone   (202)469-5129


District of Columbia  }
Washington, DC        }


The foregoing instrument was acknowledged before me this day of December, 20 17, by Leon Fresco, who is personally known to me, and who did take an oath that the content hereof is true and correct.
(Seal)

Notary Public, District of Columbia
My Commission Expires:

HENRIETTA J. ELLIS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires September 30, 2019

Signature

2