

### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, *JULIO A. CASTILLO*, Clerk of the District of Columbia Court of Appeals, do hereby certify that

# LEON FRESCO

was on **JANUARY 9, 2017** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **DECEMBER 21, 2017**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### LEON FRESCO

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **October 7, 2003**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this December 12, 2017.*

*Clerk of the Supreme Court of Florida.*