**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>            Plaintiffs,<br><br>   v.<br><br>DONALD TRUMP, *et al.*,<br><br>            Defendants. | CASE No. 1:17-cv-05228-NGG-JO |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Michael J. Dundas hereby appears in the above-captioned action on behalf of the City of Los Angeles as *amicus curiae*. The undersigned certifies that he is admitted to practice in this Court.

Dated:  December 21, 2017            Respectfully Submitted,

                                                            By:  _____/s/ *Michael J. Dundas*_____
                                                                      **MICHAEL J. DUNDAS**
                                                                Los Angeles City Attorney's Office
                                                          200 N. Main Street, 700 City Hall East
                                                                    Los Angeles, CA 90012
                                                                    mike.dundas@lacity.org
                                                                        (213) 978-8130