UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STATE OF NEW YORK, et al.,

                            Plaintiffs,

     Case No.: 17-CV-5228 (NGG) (JO)

  -against-

DONALD TRUMP, President of the United States,     **NOTICE OF APPEARANCE**
et al.,.

                           Defendants.
-----------------------------------------------------------------X

PLEASE TAKE NOTICE that John B. Harris, of Frankfurt Kurnit Klein & Selz, P.C., hereby appears in the above-captioned action on behalf of the Anti-Defamation League as *amicus curiae*.

Dated: New York, New York
       December 21, 2017

                                     FRANKFURT KURNIT KLEIN & SELZ, P.C.

                                     By:  /s/ John B. Harris
                                         John B. Harris
                                         488 Madison Ave., 10th Floor
                                         New York, New York 10022
                                         (212) 980-0120

                                         Attorneys for *Amicus Curiae* the Anti-
                                            Defamation League