UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

William D. Coston

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

1:17-cv-05228

------------------------------------------------------------X

TO:   ~~Opposing Counsel~~
      All Counsel of Record

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of **Venable LLP** and a member in good standing of the bar(s) of the State(s) of **the District of Columbia**, as attorney pro hac vice to argue or try this case in whole or in part as counsel for ~~Plaintiff/Defendant~~ Amicus **Lawyers' Committee for Civil Rights Under Law**. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: December 21, 2017

*[signature]*
Signature of Movant
Firm Name Venable LLP
Address 600 Massachusetts Ave NW
Washington, DC 20001
Email WDCoston@Venable.com
Phone (202) 344-4000

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this 21 day of December, 2017

Cheryl Y. Cross, Notary Public, D.C.
My commission expires February 28, 2022.