UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              :
STATES OF NEW YORK,                                           :
MASSACHUSETTS,                                                :   Case No. 1:17-cv-05228-NGG-JO
WASHINGTON, CONNECTICUT,                                      :
DELAWARE, DISTRICT OF                                         :
COLUMBIA, HAWAII, ILLINOIS,                                   :
IOWA, NEW MEXICO, NORTH                                       :   **AFFIDAVIT OF WILLIAM D.**
CAROLINA, OREGON,                                             :   **COSTON IN SUPPORT OF**
PENNSYLVANIA, RHODE ISLAND,                                   :   **MOTION TO ADMIT COUNSEL**
VERMONT, and VIRGINIA,                                        :   **PRO HAC VICE**
                                                              :
                              Plaintiffs,                     :
                                                              :
        v.                                                    :

DONALD TRUMP, in his official
capacity as President of the United
States; U.S. DEPARTMENT OF
HOMELAND SECURITY; ELAINE
C. DUKE, in her official capacity; U.S.
CITIZENHIP AND IMMIGRATION
SERVICES; U.S. IMMIGRATION
AND CUSTOMS ENFORCEMENT;
and the UNITED STATES OF AMERICA,


                              Defendants.
------------------------------------------------------------- x

William D. Coston, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Venable LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the
   above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good
   standing of the Bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

1

5. I **have not** been convicted of a felony.

6. I **have not** been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for Amicus, Lawyers' Committee for Civil Rights Under Law.

Dated: December 21, 2017

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this 21 day of December , 2017

Cheryl Y. Cross, Notary Public, D.C.
My commission expires February 28, 2022.

**VENABLE LLP**

By: _____
William D. Coston
600 Massachusetts Ave NW
Washington, DC 20001
Tel: 202.344.4000
Fax: 202.344.8300
Email: WDCoston@Venable.com