UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,

     Plaintiffs,

v.

DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,

     Defendants.

-------------------------------------------------------------- x

Case No. 1:17-cv-05228-NGG-JO

**AFFIDAVIT OF SAMEER P. SHEIKH IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Sameer P. Sheikh, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Venable LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

1

7. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for Amicus, Lawyers' Committee for Civil Rights Under Law.

Dated: December 21, 2017

By:

**VENABLE LLP**

*[signature]*

Sameer P. Sheikh
600 Massachusetts Ave NW
Washington, DC 20001
Tel: 202.344.4168
Fax: 202.344.8300
Email: SPSheikh@Venable.com

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this  21  day of  December , 2017

Cheryl Y. Cross, Notary Public, D.C.
My commission expires February 28, 2022.

*[notary seal: CHERYL Y. CROSS, NOTARY PUBLIC, EXP. 2-28-22, DISTRICT OF COLUMBIA]*