## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

STATES OF NEW YORK, MASSACHUSETTS,
WASHINGTON, COLORADO, CONNECTICUT,
DELAWARE, DISTRICT OF COLUMBIA, HAWAII,
ILLINOIS, IOWA, NEW MEXICO, NORTH
CAROLINA, OREGON, PENNSYLVANIA, RHODE
ISLAND, VERMONT, and VIRGINIA,

                    Plaintiffs,

            v.                                                  CIVIL ACTION NO. 1:17-cv-
                                                                05228-NGG-JO
DONALD TRUMP, in his official capacity as President
of the United States; U.S. DEPARTMENT OF
HOMELAND SECURITY; ELAINE C. DUKE, in her
official capacity; U.S. CITIZENSHIP AND
IMMIGRATION SERVICES; U.S. IMMIGRATION
AND CUSTOMS ENFORCEMENT; and the UNITED
STATES OF AMERICA,

                    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ashley C. Ferguson hereby appears in the above-

captioned action on behalf of *amicus curiae* New York University.  The undersigned certifies

that she is authorized to practice in this Court and requests that notice of electronic filing of all

papers in the above-captioned action be transmitted to her at the address below.

Dated: December 21, 2017                      Respectfully submitted,
       New York, New York

                                              */s/ Ashley C. Ferguson*
                                              Ashley C. Ferguson
                                              PROSKAUER ROSE LLP
                                              Eleven Times Square
                                              New York, New York 10036
                                              (212) 969-3000
                                              AFerguson@proskauer.com

                                              Counsel for *Amicus Curiae*
                                              New York University