# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>                Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>                Defendants. | CIVIL ACTION NO. 1:17-cv-05228-NGG-JO |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Seth D. Fiur hereby appears in the above-captioned action on behalf of *amicus curiae* New York University. The undersigned certifies that he is authorized to practice in this Court and requests that notice of electronic filing of all papers in the above-captioned action be transmitted to him at the address below.

Dated: December 21, 2017
       New York, New York

Respectfully submitted,

*/s/ Seth D. Fiur*
Seth D. Fiur
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
SFiur@proskauer.com

Counsel for *Amicus Curiae*
New York University