**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>Defendants. | CIVIL ACTION NO. 1:17-cv-05228-NGG-JO |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Shiloh A. Rainwater hereby appears in the above-captioned action on behalf of *amicus curiae* New York University.  The undersigned certifies that he is authorized to practice in this Court and requests that notice of electronic filing of all papers in the above-captioned action be transmitted to him at the address below.

Dated: December 21, 2017
       New York, New York

Respectfully submitted,

*/s/ Shiloh A. Rainwater*
Shiloh A. Rainwater
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
SRainwater@proskauer.com

Counsel for *Amicus Curiae*
New York University