# APPENDIX A
# LIST OF AMICUS CURIAE

| Identity of *Amici* | Description of Organization and Interest |
|---|---|
| LatinoJustice PRLDEF | LatinoJustice PRLDEF is a national nonprofit civil rights legal defense fund that has engaged in impact law reform litigation, advocacy, and education to defend the civil and constitutional rights of Latinos since 1972. We champion an equitable society through advancing Latino civil engagement, developing new leaders, and protecting the civil rights and equal protection of the greater pan-latino community in immigrants' rights, education, and employment. LatinoJustice opposes the federal government's recent administrative action rescinding deferred action for childhood arrivals that had provided relief from fear of deportations for thousands of Latino students and DREAMers, which had also allowed them the opportunity to pursue higher education and licensed professional careers, and other employment. |
| Alianza Americas | Alianza Americas is a national network of Latin American immigrant-led and immigrant serving organizations working to bring about a more inclusive, equitable and sustainable way of life for Latino immigrant communities living in the United States and across the Americas. Its forty-five organizational members represent more than 100,000 families across 12 US states.  Many of those families include individuals who are beneficiaries of the Deferred Action for Childhood Arrivals (DACA) program as well as Temporary Protected Status, and who have become deeply integrated into the economic and social fabric of our nation.  Since its founding in 2004, Alianza Americas has advocated for systemic solutions to our obsolete, inhumane and dysfunctional Immigration policy. As a part of this work, we have lifted up the cases of groups of immigrants who live and work in the US, often over many years, without the benefit of immigrant visas. The case of young immigrants, who were brought to the US as children, and who have grown up here without immigration status, is a particularly meritorious case.  Alianza Americas emphasizes the urgent need to keep in place the DACA program, as well as in the need for a legislative solution that will allow these young immigrants to apply for immigrant visas in order to formalize their condition as valued and permanent residents of our communities. |
| Arab American Institute | Established in 1985, the Arab American Institute (AAI) is a non-profit, nonpartisan national leadership organization. AAI represents the policy and community interests of Arab Americans and encourages the direct participation of Arab Americans in political and civic life in the United States. AAI strives to serve as a central resource to government officials, the media, political leaders, and community groups on a variety of public policy issues that concern Arab Americans and U.S.–Arab relations. |

| | |
|---|---|
| The Asian American Legal Defense and Education Fund | The Asian American Legal Defense and Education Fund (AALDEF), founded in 1974, is a national organization that protects and promotes the civil rights of Asian Americans. By combining litigation, advocacy, education, and organizing, AALDEF works with Asian American communities across the country to secure human rights for all. AALDEF advocates for fair immigration policies that recognize the human rights of undocumented immigrants in the United States, promote family reunification, enforce worker protections for all, eliminate racial and ethnic profiling, and end other discriminatory practices that violate due process. Since 2012, we have provided legal assistance to undocumented Asian immigrants who are or may be eligible for the Deferred Action for Childhood Arrivals (DACA) program. These individuals and many other Asian immigrants will be adversely impacted by the termination of DACA. |
| Asian American Bar Association of New York (AABANY) | The Asian American Bar Association of New York (AABANY) was formed in 1989 as a not-for-profit corporation to represent the interests of New York Asian American attorneys, judges, law professors, legal professionals, legal assistants or paralegals and law students. The mission of AABANY is to improve the study and practice of law, and the fair administration of justice for all by ensuring the meaningful participation of Asian Americans in the legal profession. AABANY, principally through its Immigration Committee, has been active in protecting and supporting the rights of immigrants through pro bono DACA clinics staffed by AABANY volunteers, "know your rights" programs and collaborative efforts with other bar associations and community groups. AABANY, principally through its Immigration Committee, supports immigration law practitioners of Asian American decent, many of whom have or are representing DACA beneficiaries and aliens in removal proceedings. |
| Submitting Jointly:<br><br>Asian Americans Advancing Justice;<br><br>Asian Americans Advancing Justice-Asian Law Caucus; | Asian Americans Advancing Justice and Asian Americans Advancing Justice-Asian Law Caucus, are part of a national affiliation of five nonprofit, nonpartisan civil rights. Members of Advancing Justice routinely file amicus curiae briefs in cases in the Supreme Court and other courts nationwide. Through direct services, impact litigation, policy advocacy, leadership development, and capacity building, the Advancing Justice affiliates advocate for marginalized members of the Asian American, Native Hawaiian, Pacific Islander and other underserved communities, including immigrant members of those communities. The aforementioned Advancing Justice affiliates have engaged in direct legal services as well as policy advocacy for individuals eligible for DACA since the inception of the program. |
| ASPIRA | ASPIRA is the only national organization dedicated exclusively to the education of Latino youth. Its mission is to promote the development of the Latino community through advocacy and the education and leadership development of its youth. ASPIRA has ASPIRA Associates and Affiliates in seven states (Delaware, Illinois, Florida, Massachusetts, New Jersey, New York, Pennsylvania) and Puerto Rico, as well as formal partnerships with over 30 regional and local organizations across the country. Founded in 1961, ASPIRA serves over 45,000 students each year in after-school academic enrichment, tutoring, mentoring, career and college counseling, SAT/ACT Prep, and leadership development programs geared at reducing the exceedingly high Latino drop-out rate and motivating and assisting students to enter higher in after-school academic enrichment, tutoring, mentoring, career and college counseling, SAT/ACT Prep, and leadership |

| | |
|---|---|
| | development programs geared at reducing the exceedingly high Latino drop-out rate and motivating and assisting students to enter higher education. It also reaches over 5,000 parents and young adults with a host of programs, including GED, parental engagement, and financial literacy programs. Through its signature program, the ASPIRA Leadership Development Clubs, ASPIRA reaches young Latinos in over 200 high schools in low-income inner-city schools in 76 communities around the country. ASPIRA operates thirteen charter schools in Delaware, Florida, Illinois, and Pennsylvania with over 10,000 elementary, middle, and high school students. Over 95% of Aspirantes (ASPIRA youth) complete high school and 90% go on to college, and it has an alumni base of over 500,000 Latinos. |
| Council on American-Islamic Relations | The Council on American-Islamic Relations (CAIR) is the largest American Muslim civil liberties nonprofit organization in the nation. CAIR's mission is to enhance understanding of Islam, encourage dialogue, protect civil liberties, empower American Muslims, and build coalitions that promote justice and mutual understanding. CAIR is a leading expert on issues of importance to the American Muslim community, including issues of civil and immigrants' rights. The organization is headquartered in Washington, D.C. and has 30 chapters in 22 states across the nation. |
| CUNY DREAMers | CUNY DREAMers, is a student-led organization representing the needs and aspirations of over 6000 immigrant students in the City University of New York community. Founded by undocumented students, we organize, advocate and support all progressive policies that protect and provide opportunities to undocumented Americans. We believe that by making higher education more accessible, we will advance the cause of equality for all undocumented Americans. CUNY DREAMers' mission is to build a network of support that will help with the college retention and successful graduation of undocumented students. We have organized and advocated for equal access to higher education since 2013. Under the leadership of immigrant youth, we've been able to conduct various constructive workshops, public forums, leadership and advocacy training and annual conferences in order to further our mission. |
| Dream Action Coalition | The Dream Action Coalition's (DRM) mission is to advocate for just immigration policies by confronting decision-makers and empowering and educating our immigrant communities and allies across the country. We seek to change policies that affect the lives of immigrant families using our understanding of the legislative, regulatory, and political process; combining traditional and social media technology with advocacy for rapid response communications; building partnerships that enable us to mobilize across the country; building leadership in local communities; promoting civic engagement and bring awareness to the American public by telling the stories of our community. As an undocumented led organization and one of the key organizations who initially pressed the White House to take executive action on immigration, the efforts to continue the deportation relief is imperative both to the co-founders of DRM who are also DACA recipients as well as our constituency of supporters who are also undocumented or DACA recipients. DRM has organized forums to educate immigrant communities on the new policies as well as continuing our work to reform immigration laws and regulations. |

| | |
|---|---|
| The Hispanic Association of Colleges and Universities | The Hispanic Association of Colleges and Universities (HACU), founded in 1986 and headquartered in San Antonio, TX, represents more than 470 colleges and universities committed to Hispanic higher education success in the U.S. and Puerto Rico. HACU's member institutions enroll two-thirds of the nation's Hispanic college students and six million students altogether. Many DACA students attend HACU member colleges and universities. The loss of opportunity to remain in the U.S. without threat of immediate deportation is already proving to be extremely disruptive to their educational pursuits. |
| The Hispanic National Bar Association | The membership of *amicus curiae* the Hispanic National Bar Association (the "HNBA") comprises thousands of Latino lawyers, law professors, law students, legal professionals, state and federal judges, legislators, and bar affiliates across the country. The HNBA supports Hispanic legal professionals and is committed to advocacy on issues of importance to the more than 54 million people of Hispanic heritage living in the United States. The HNBA regularly participates as *amicus* in cases concerning immigration matters. |
| Hispanic Federation, Inc. | The Hispanic Federation, Inc. is a nonprofit membership organization that works to empower and advance the Hispanic community through public policy advocacy, leadership development and community projects.<br><br>Established in 1990, Hispanic Federation (HF) has grown to become one of the premier Latino organizations in the nation. HF has a great organizational interest in the case, as a large number of HF's constituents are DACA beneficiaries or family members of DACA beneficiaries. Through its network of service agencies, HF's programs provide hundreds of individuals with Deferred Action for Childhood Arrivals (DACA) screenings and application assistance every year. HF also provides scholarships for the DACA application fees to financially needy applicants. HF sees the direct impact that legal presence and work authorization has on the lives of individuals with DACA, such as obtaining driver's licenses, health insurance, and furthering meaningful careers. |
| League of United Latin American Citizens | The League of United Latin American Citizens (LULAC) is the largest and oldest Latino civil rights organization in the United States. Our mission is to advance the economic condition, educational attainment, political influence, housing, health and civil rights of the Latino population of the United States and all those who reside within its borders. LULAC has active chapters or councils in the following plaintiff states: Arizona, Arkansas, Florida, Georgia, Indiana, Kansas, Louisiana, Michigan, Nevada, North Carolina, Ohio, Oklahoma, Tennessee, Texas, Utah and Wisconsin. In addition we operate the Hispanic Immigrant Integration Project in 8 states which includes helping immigrants apply for deferred action and will be expanding the program to 26 states to help immigrants apply for expanded Deferred Action for Childhood Arrivals and Deferred Action for Parental Accountability. |

| | |
|---|---|
| New York State Youth Leadership Council | The New York State Youth Leadership Council (NYSYLC) advances the leadership of undocumented youth in New York. We work to empower immigrant youth through leadership development, grassroots organizing, educational advancement, and self-expression. Our goal is to give undocumented youth the tools and space to create change in our communities. |
| Presente.org | Presente.org's mission is to advance Latino power and create winning campaigns that amplify Latino voices; expand the political imagination and traditional boundaries; and foster inspiration for freedom, equity, and justice for all. Founded in 2009, Presente's work was born out of the new context for online activism in the United States and across the world. Presente's core issue areas of immigrants' rights, environmental justice, and criminal justice, are topics that greatly affect the Latino community, Presente's 400,000+ members, and allies. Presente has worked tirelessly for the last 8 years to advocate for robust executive actions that could stem historic levels of deportations and separation of immigrant families. Presente's interest in the outcome of this case results from the reality that the protection of DACA would protect eligible individuals and their families from deportation and strengthen their ability to further contribute to their communities and the nation's economy. |
| RU Dreamers | RU Dreamers, founded in Spring 2016, is a student organization at Rutgers University-Newark that advocates for undocumented and DACAmented students on campus. The club, representing over 60 students, works with the Rutgers administration and staff as well as the student body to advocate for higher education for students without legal status.<br><br>A number of our students are affected by the Deferred Action for Childhood Arrivals (DACA) program. With authorized work permits and driver's licenses, these students work to afford tuition out of pocket and help pay bills to maintain their family and household. Most of our students drive to commute to school as well. Without DACA, these students are at risk of dropping out of school as they cannot afford tuition, transportation, fees, and/or their family's financial obligations. |
| UnidosUS | UnidosUS, formerly National Council of La Raza, is the nation's largest Hispanic civil rights and advocacy organization. Through its unique combination of expert research, advocacy, programs, and an Affiliate Network of nearly 300 community-based organizations who serve millions of citizens and immigrants annually, UnidosUS simultaneously challenges social, economic, and political barriers at the national and local levels. We support the Deferred Action for Childhood Arrivals (DACA) policy because it provides opportunity for relief for youth brought here as children, and generates economic and social benefit for those individuals and their families, and the country as a whole. Stipulations on the use and confidentiality of information submitted by recipients were an essential feature of this policy, and of the agreement they entered with and trusting in our government. The government must continue to observe that agreement. |