UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

STATES OF MASSACHUSETTS, *et al.*,

    Plaintiffs,

 v.

DONALD TRUMP, *et al.*,

    Defendants.

Case No. 1:17-CV-05228 (NGG) (JO)

---

**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF JENNIFER SOKOLER**

  Pursuant to Local Civil Rule 1.3(c), I, Jennifer Sokoler, hereby move for admission *pro hac vice* to appear on behalf of *amici* Brown University, California Institute of Technology, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, George Washington University, Georgetown University, Harvard University, Massachusetts Institute of Technology, Northwestern University, Stanford University, University of Chicago, University of Pennsylvania, Vanderbilt University, Washington University in St. Louis, and Yale University.

  In support of this application, annexed hereto is the Declaration of Jennifer Sokoler, Esq., and Certificates of Good Standing from the New York Court of Appeals verifying that I am a member in good standing of the bar of New York. This motion is also accompanied by payment to the Clerk of this Court of the total fee of two-hundred dollars ($200.00). A proposed Order is attached.

Dated:  December 22, 2017

Respectfully submitted,

*Jennifer B. Sokoler*
_____
Jennifer Sokoler
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
(212) 326-2000  Direct
(212) 326-2061  Facsimile
jsokoler@omm.com

Attorneys for *Amici*