**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

STATE OF NEW YORK, et al.,
    *Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,
    *Defendants*.

NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Case No. 1:17-cv-5228-NGG-JO

To: Opposing Counsel,
 U.S. Department of Justice,
 950 Pennsylvania Avenue, NW, Washington, DC 20530

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Gupta Wessler PLLC, and a member in good standing of the bar of the District of Columbia, as attorney pro hac vice to argue or try this case in whole or in part as counsel for *Amici Curiae* Service Employees International Union, American Federation of State, County and Municipal Employees, the Communications Workers of America, United Farm Workers of America, and the International Union of Painters and Allied Trades. There are no pending disciplinary proceedings against me in any State or Federal court.

              Respectfully submitted,

December 22, 2017         */s/ Deepak Gupta*
                Deepak Gupta
                Gupta Wessler PLLC
                1900 L Street, NW, Suite 312
                Washington, DC 20036
                (202) 888-1741
                (202) 888-7792 (fax)
                *deepak@guptawessler.com*