UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- X
                                      :
STATE OF NEW YORK, et al.,            :
                                      :
                        Plaintiffs,   :
                                      :   Civil Action No. 1:17-cv-05228 (NGG) (JO)
              v.                      :
                                      :
DONALD TRUMP, et al.,                 :
                                      :
                        Defendants.   :
------------------------------------- X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kara Wilson of Cooley LLP, a member of good standing of the Court, hereby requests that the Court enter her appearance as counsel for *amici curiae* Asian Law Alliance, Brooklyn Defender Services, Canal Alliance, Centro Legal de la Raza, Children's Law Center of Massachusetts (CLCM), Community Legal Services in East Palo Alto (CLSEPA), Dolores Street Community Services, East Bay Sanctuary Covenant, Heartland Alliance's National Immigrant Justice Center (NIJC), Hebrew Immigrant Aid Society (HIAS) Pennsylvania, Immigrant Legal Resource Center (ILRC), Justice Center of Southeast Massachusetts, Just Neighbors, Legal Aid Justice Center (LAJC), The Legal Aid Society of San Mateo County (LASSMC), Legal Services for Children (LSC), Massachusetts Law Reform Institute (MLRI), National Justice for Our Neighbors, New York Legal Assistance Group (NYLAG), Northwest Immigrant Rights Project, OneJustice, Rocky Mountain Immigrant Advocacy Network (RMIAN), Services, Immigrant Rights, and Education Network (SIREN) (collectively "Legal Services Organizations"), and requests that all further papers and pleadings served or filed in the above-captioned case be served upon the undersigned at the address below.

Dated: December 22, 2017                              Respectfully submitted,


                                              */s/ Kara C. Wilson*  
COOLEY LLP  
Kara C. Wilson  
3175 Hanover Street  
Palo Alto, CA 94304  
(650) 843-5000  
kwilson@cooley.com

*Attorney for Amici Curiae Legal Services Organizations*