UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- X
                                                       :

STATE OF NEW YORK, et al.,               :

                 Plaintiffs,             :
                                                       Civil Action  No. 1:17-cv-05228 (NGG) (JO)
                   v.                          :

DONALD TRUMP, et al.,                 :

                 Defendants.
------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

PLEASE TAKE NOTICE, pursuant to Local Rule 1.3(d) of this Court, of the change of address of Kara C. Wilson of Cooley LLP, counsel for *amici curiae* Asian Law Alliance, Brooklyn Defender Services, Canal Alliance, Centro Legal de la Raza, Children's Law Center of Massachusetts (CLCM), Community Legal Services in East Palo Alto (CLSEPA), Dolores Street Community Services, East Bay Sanctuary Covenant, Heartland Alliance's National Immigrant Justice Center (NIJC), Hebrew Immigrant Aid Society (HIAS) Pennsylvania, Immigrant Legal Resource Center (ILRC), Justice Center of Southeast Massachusetts, Just Neighbors, Legal Aid Justice Center (LAJC), The Legal Aid Society of San Mateo County (LASSMC), Legal Services for Children (LSC), Massachusetts Law Reform Institute (MLRI), National Justice for Our Neighbors, New York Legal Assistance Group (NYLAG), Northwest Immigrant Rights Project, OneJustice, Rocky Mountain Immigrant Advocacy Network (RMIAN), Services, Immigrant Rights, and Education Network (SIREN) (collectively "Legal Services Organizations").

Old Address:

Cooley LLP
1114 Avenue of the Americas
New York, NY 10036

New Address:

Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304

Dated: December 22, 2017          Respectfully submitted,


         */s/ Kara C. Wilson* _____
         COOLEY LLP
         Kara C. Wilson
         3175 Hanover Street
         Palo Alto, CA 94304
         (650) 843-5000
         kwilson@cooley.com

         *Attorney for Amici Curiae Legal Services Organizations*