UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- X
                                      :
STATE OF NEW YORK, et al.,            :
                                      :
                         Plaintiffs,  :
                                      :   Civil Action No. 1:17-cv-05228 (NGG) (JO)
                  v.                  :
                                      :
DONALD TRUMP, et al.,                 :
                                      :
                         Defendants.  :
------------------------------------- X

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for *amici curiae* Asian Law Alliance, Brooklyn Defender Services, Canal Alliance, Centro Legal de la Raza, Children's Law Center of Massachusetts (CLCM), Community Legal Services in East Palo Alto (CLSEPA), Dolores Street Community Services, East Bay Sanctuary Covenant, Heartland Alliance's National Immigrant Justice Center (NIJC), Hebrew Immigrant Aid Society (HIAS) Pennsylvania, Immigrant Legal Resource Center (ILRC), Justice Center of Southeast Massachusetts, Just Neighbors, Legal Aid Justice Center (LAJC), The Legal Aid Society of San Mateo County (LASSMC), Legal Services for Children (LSC), Massachusetts Law Reform Institute (MLRI), National Justice for Our Neighbors, New York Legal Assistance Group (NYLAG), Northwest Immigrant Rights Project, OneJustice, Rocky Mountain Immigrant Advocacy Network (RMIAN), Services, Immigrant Rights, and Education Network (SIREN) (collectively "Legal Services Organizations") certifies that *amici* are non-profit legal services organizations and therefore are not publicly held corporations that issue stock.

Dated: December 22, 2017                            Respectfully submitted,

                                                     */s/ Kara C. Wilson*
                                                        Kara C. Wilson

                                                      COOLEY LLP
                                                      Maureen P. Alger
                                                      Monique R. Sherman
                                                      Kara C. Wilson
                                                      Joan R. Li
                                                      3175 Hanover Street
                                                      Palo Alto, CA 94304
                                                      (650) 843-5000

                                                      *Attorneys for Amici Curiae Legal Services Organizations*