## APPENDIX A

## IDENTITY AND INTERESTS OF AMICI

### 1. Albuquerque Insight Meditation Center

Albuquerque Insight Meditation Center (AIMC) is a community that aspires to end suffering through the realization of the Buddha's teachings. AIMC extends refuge to all who seek the liberating teachings of the Buddha and offers non-fear, protection and compassion to all living beings. Immigrants covered by DACA fear the loss of its protection. Even though the USA is their home, they face the risk of being deported to the countries where they were born and where their lives may be in danger. DACA recipients are part of our community, they are our neighbors, our friends, our colleagues and our members. We stand with them, for their safety, protection and the end of suffering.

### 2. Albuquerque Monthly Meeting of the Religious Society of Friends (Quakers)

Albuquerque Monthly Meeting of the Religious Society of Friends is a Quaker Meeting for Worship in Albuquerque, New Mexico, affiliated with Intermountain Yearly Meeting, a community of Quaker Meetings and individual Friends situated within the Intermountain West. In unity with the shared testimonies of Friends within IMYM, we affirm that "Our witness to the world comes from our perception of the Divine Spirit moving through us (IMYM Faith and Practice, Advice 1 on Integrity, p. 130)." "Recognizing the oneness of humanity in God, we affirm fellowship with all people (Id., Advice 2 on Integrity,, p. 131)." "We affirm that our first allegiance is to our experience of the Divine.  If this conflicts with any compulsion of the state, our country is served best when we remain true to our higher loyalty (Id., Advice 1 on Peace, p. 132.)."  Indeed, "We [must] refuse to join in actions that denigrate others or lead to their victimization (Id., Advice 4 on Peace, p. 133.)."  Albuquerque Meeting has long been troubled by the treatment of refugees and migrants within the US and in the borderlands.  In 2014, we committed ourselves ". . . to assure that the humanity of every migrant to our borders is honored and that all are treated with compassion and dignity, regardless of what their legal status may ultimately be determined to be." (AMM minute 2014.8.3).  We care about DACA recipients because they are threatened with an assault on their humanity. We cannot be faithful to the Light that Spirit has granted us and ignore what is being done in our name to these brothers and sisters.

### 3. American Association of Jewish Lawyers and Jurists (AALJ)

The AAJLJ is a membership association of lawyers and jurists open to all members of the professions regardless of religion. It is an affiliate of the International Association of Jewish Lawyers and Jurists, which is based in Israel and was founded by the late Justice Arthur Goldberg of the United States Supreme Court and the late Justice Haim Cohen of the Supreme Court of Israel.  The mission of the AAJLJ includes representation of the American Jewish Community in regard to legal issues and controversies that implicate the interests of that community.  The Association carries out that mission through advocacy in the public arena and in the courts, educational programs, and representation of individuals whose religious and other human rights have been threatened or abridged. As a minority that has historically faced exclusion from the United States and other countries during times of dire peril, the Jewish

1

community strongly supports the role of the United States as a refuge from tyranny, war and oppression.

## 4. American Friends Service Committee

The American Friends Service Committee ("AFSC") is a Quaker organization whose work is shaped by its spiritual framework and based on the belief in the worth of every person, and faith in the power of love to overcome violence and injustice.  Founded in 1917, AFSC has programs throughout the United States that work with immigrants, including many DACA grantees, through legal representation, leadership training, community organizing, and policy advocacy.  AFSC's offices in Florida, Iowa and New Jersey represent and provide a voice for many vulnerable immigrant populations, including immigrant detainees, survivors of domestic violence and other crimes, asylum seekers, individuals who have faced long struggles to obtain legal status, and immigrant children and youth.  These three programs have represented hundreds of DACA grantees since the DACA program was introduced in 2012.  In addition, AFSC programs across the United States have engaged in organizing and advocacy with and on behalf of young immigrants in their quest for a path to a permanent and secure immigration status for themselves, their families and their communities.

## 5. Ansche Chesed, New York City

We are a Conservative synagogue on Manhattan's Upper West Side, ritually traditional, intellectually vibrant and socially progressive. We believe in protecting all the vulnerable of society, those who need emotional, spiritual and economic sustenance in the face of those who would exploit them.  And we believe that society needs Dreamers.

## 6. Arch Street United Methodist Church

Arch Street United Methodist Church (ASUMC) is an historic congregation located in the Center Square neighborhood of Philadelphia.  Established in 1862 – before Philadelphia's City Hall was built, ASUMC is located at the crossroads of center city and, as such, has one of the most diverse congregations in Philadelphia.  ASUMC's vision is to be a welcoming Christian community that inspires openness, understanding and reconciliation both within the congregation and in the community-at-large. Our mission is to love God and neighbor by nurturing individuals on their spiritual journeys, encouraging creativity in faithful service, strengthening relationships and promoting justice.  ASUMC is a multi-racial, multi-ethnic, multi-class, LGBTQIA and immigrant welcoming faith community.  As a founding member of POWER (Philadelphians Organized to Witness Empower and Rebuild) an interfaith network of 60 congregations, ASUMC is in constant contact and community with Muslims, Jews, Roman Catholics, other Protestants, Quakers and Ethical Humanists.  Through the New Sanctuary Movement and the Nationalities Service Center of Philadelphia, ASUMC further expands its connections with persons from all over the world, representing a wide variety of cultural and religious expressions. ASUMC is a seasoned interfaith and cross-cultural partner and finds great joy in building and sustaining compassionate connections across all borders.

Arch Street United Methodist Church is pleased to sign on to the DACA Amicus Brief on Behalf of Religious Organizations.  We do so an act of faith in following the teaching of our

sacred texts to welcome the stranger and to love our neighbor.  In addition, we hold the strong opinion that the termination of DACA and the deportation of all those under the provisions of DACA would be inhumane, unjust and in direct violations of basic human rights.

**7.   Capital Area Muslim Bar Association**

The Capital Area Muslim Bar Association (CAMBA) is a voluntary bar association in the Washington , DC metro area with a diverse membership.  CAMBA's mission includes fostering a sense of fellowship amongst diverse Muslim legal professionals and amplifying our collective voice to impact legal issues affecting the Muslim community. CAMBA's objectives include addressing legal issues affecting the community at large and their related impact on the Muslim American community, and educating and advocating for constitutional, civil, and human rights for all persons.

**8.   Catholic Charities Community Services of the Archdiocese of New York**

Since 1949, Catholic Charities Community Services of the Archdiocese of New York (CCCS) has provided direct human and legal services to over 170,000 people each year from all parts of New York City and the Lower Hudson Valley. These services are offered to all New Yorkers in need, regardless of their religious beliefs, because our work is grounded in the dignity of each person and in the building of a just and compassionate society, especially for the most vulnerable among us. CCCS is a leading provider of immigration legal, resettlement, and integration assistance in its service area, providing direct legal services to individuals, families, workers, and children seeking stability and reunification, including application assistance, clinical consultation, and direct court representation, hotline and referral information to over 70,000 callers each year, case management assistance, reception, reunification integration, employment and ESL assistance to refugees, asylees and other documented and undocumented newcomers, and to all those seeking protection, including over 3,000 unaccompanied minors each year.

**9.   Central Pacific Conference of the United Church of Christ**

The Central Pacific Conference (CPC) is a community of United Church of Christ congregations in Oregon, southern Idaho and southern Washington.  In this family of 45 congregations, our shared commitment is to ministry and mission.  The CPC provides spiritual and material resources and encouragement to all our 7,600 members. We put purposes and programs into action by drawing on the experience and talents of all the conference members, both lay people and clergy.   The CPC assists and encourages local congregations and their members in working together to explore, communicate, support and pursue the ministry and mission of the church, and provides a channel for effective relationships with the UCC and with other faith communities.

At its Annual Meeting in September 2016, the Central Pacific Conference of the United Church of Christ declared itself to be an "Immigrant Welcoming Conference" which encourages the development of policies dedicated to facilitating the respectful welcome and inclusion of all immigrants into Oregon, Idaho, and Washington.  The Central Pacific Conference was a co-sponsor of the United Church of Christ General Synod Resolution calling upon the United

Church of Christ to declare itself an Immigrant Welcoming Denomination; the resolution passed with an overwhelming vote with 97% of delegates in favor.

## 10. Church Council of Greater Seattle

The Church Council of Greater Seattle is a membership organization of 320 congregations from 16 Christian denominations in Martin Luther King Jr. County and South Snohomish County in the State of Washington. Founded in 1919, we have worked for nearly a century to forge ecumenical and interreligious relationships and to serve vulnerable and marginalized populations in our midst. We believe in the inherent dignity and worth of every human being as a child of God. We believe that God's love has no exclusions. We are proud to have opposed the internment of Japanese-Americans during World War II and to have continued to minister to them during and after the war. We played an important role in ending redlining in the City of Seattle as part of our legacy of seeking a society built upon equity and social justice.

DACA is a win-win that has allowed families to stay intact, while creating a pathway forward for many in order to strengthen our economy and build up our community fabric. Removing DACA will tear apart grantees from loved ones. It is our ministry and responsibility to not allow the marginalization of this community and to affirm their voices and self-determination for an inclusive, viable future, which will be beneficial for the integrity of the United States. The moral and humane solution is to allow those who have benefitted from DACA to become United States citizens toward the end of Comprehensive Immigration Reform.

## 11. Church of Our Redeemer in Lexington, Massachusetts

The Church of Our Redeemer in Lexington, Massachusetts serves a parish community made up of people from many nations and ethnicities. We seek to foster a thriving community in Lexington and beyond by building relationships across differences and forming ministers of the Gospel. The decision to end DACA would impact individuals and families who reside in our parishes and broader communities. Ending residency for those currently protected by the DREAM Act would move our country further away from the principles of justice that we seek as people of faith. We are committed, as people of faith, to working together with other responsible leaders to justly address the immediate needs of the people affected by this action and ensure long-term solutions for communities impacted by exclusionary policies. We stand with Dreamers in Massachusetts and across America and implore the courts to represent those most impacted by refusing to put the termination memo into effect.

## 12. Congregation B'nai Jeshurun (New York City)

For nearly two centuries, Congregation B'nai Jeshurun (NYC) has been at the forefront of American Jewish life. As we move into our third century, our vision is focused on the spiritual work of transformation: of ourselves, our community of nearly 1700 member households, and of the larger world. We believe that as a faith community we are called upon to hold ourselves, each other, and our elected leaders accountable for sustaining the core values of our nation, and to bring to bear the moral values of our Jewish tradition and teachings for the benefit of all. For many years, these beliefs have manifest through engagement in the growing global refugee crisis, and efforts to assist immigrants and refugees in New York City. As such,

we strongly support the goals of the DACA program, and we are proud to join this brief to help ensure that the rights of all immigrants and refugees, regardless of race, religion, gender identity, sexual orientation, financial status, or country of origin, are treated fairly and equally, and with respect and dignity, by the American government.

**13. Congregation Beit Simchat Torah**

Congregation Beit Simchat Torah (CBST) is a bold spiritual community of love and resistance that embodies a progressive voice within Judaism.  Founded in 1973, CBST attracts and welcomes gay men, lesbians, bisexuals, transgender, queer and straight individuals and families who share common values.  Passionate, provocative, and deeply Jewish, CBST champions a Judaism that rejoices in diversity, denounces social injustice wherever it exists, and strives for human rights for all people.

CBST is a community of immigrants and refugees and descendants of immigrants and refugees. We see those being targeted as part of our community and our neighbors, not our enemies.  We are reminded of the words from the book of Leviticus that command us to welcome the stranger because we, too, were once strangers in a strange land. As LGBTQ people and Jews, we know the dangers of demonization, and we embrace resistance and love as our response. We cannot be silent.  CBST stands committed to furthering social justice and equality for all people. We work within the congregation, take public action and lend our names and voices to a variety of social and humanitarian causes.

After the 2016 presidential election, CBST made a commitment to amplify its social justice initiatives and as part of that promise, we joined the New Sanctuary Coalition of New York City.  We are partnering with them on education, training and support for the immigrant community in the tri-state area. CBST members regularly support immigrants facing ICE hearings and check-ins by attending meetings with DHS officials. We are committed to fighting for justice and for the humane treatment of all people.

**14. Council of Churches of the City of New York**

The Council of Churches of the City of New York was organized in 1895 and serves through the Christian denominations having ministry in the five boroughs of New York City.  Its Board of Directors is composed of the bishops and chief executives of the member denominational judicatories which, collectively, are related to thousands of Christian congregations in the City. The Council, like its member denominations and affiliated congregations, are vitally concerned for the well-being of all persons created by God and residing in God's Household, the inhabited earth.  In particular, we are concerned for the protection and legal status of immigrants, especially those who arrived in this nation as children without documentation.

**15. Council on American-Islamic Relations – Michigan Chapter**

CAIR-MI's mission is to enhance the understanding of Islam, encourage dialogue, protect civil liberties, empower American Muslims and build coalitions that promote justice and mutual understanding through education, mediation, media and the law.  CAIR-MI has been

serving the entire state of Michigan since 2000 with an emphasis on Metro Detroit, Flint/Saginaw, Ann Arbor/Jackson, Lansing, Kalamazoo/Battle Creek, and Grand Rapids/Muskegon.

In addition to legal services CAIR-MI Safe Spaces program aims to proactively produce and implement legal policies and best practices with a variety of institutions to prevent incidents of bias and discrimination before they occur. Through the Safe Spaces Program, CAIR-MI has successfully drafted and implemented legal policies and best practices at a variety of institutions including law enforcement, universities, schools, correctional facilities, government agencies and several corporations throughout Michigan. Our Safe Spaces program also engages in youth outreach and engagement and anti-bullying programs.

CAIR-MI opposes the DACA termination memo based on its intent to deport individuals who have spent the majority of their lives in the US many of whom know no other home. These individuals directly benefit our programs by engaging in outreach and providing diverse voices in various programs and internships with our legal and safe spaces programs. The loss of the individual and collective voices, ideas and actions provided by DACA recipients would result in harm to our mission and programming.

## 16. Council on American-Islamic Relations – New Jersey Chapter

The Council on American-Islamic Relations (CAIR) is the largest Islamic civil liberties and advocacy group in the United States. Its mission is to enhance the understanding of Islam, encourage dialogue, protect civil liberties, empower American Muslims, and build coalitions that promote justice and mutual understanding. The demand for our services has grown tremendously. From restrictions placed on Muslims to practice their religion, to profiling and discrimination stemming from a lack of understanding of Islam, CAIR-NJ aims to provide that relief to the Muslim population in New Jersey. Protecting the rights of New Jersey's Muslims is at the core of CAIR-NJ's mission. CAIR-NJ also provides know your rights workshops for our constituents to teach them about their fundamental rights guaranteed to them under the Constitution. We work vigorously to educate on behalf of community members experiencing discrimination and remedy cases through in-person negotiations, from filing charges of discrimination, letter writing, and actively litigating in court. Cases range from employment, public accommodation and school discrimination, to hate crimes and governmental religious/racial profiling. CAIR-NJ's civil rights department counsels, mediates and advocates on behalf of Muslims and others who have experienced religious discrimination, defamation or hate crimes. The department works to protect and defend the constitutional rights of American Muslims, thereby supporting the rights of all Americans.

CAIR-NJ opposes the DACA termination memo based on its intended mission of potentially deporting 800,000 young undocumented individuals who have spent their entire lives in the United States.

## 17. Council on American-Islamic Relations – New York Chapter

The Council on American-Islamic Relations, New York Inc. ("CAIR-NY") is a leading Muslim civil rights organization, defending, representing, and educating nearly one million

Muslims in the New York area.  CAIR-NY's mission is to protect civil liberties, empower American Muslims, and build coalitions that promote justice and mutual understanding. Through legal representation, education, media relations, and advocacy, CAIR–NY empowers the American Muslim community and encourages their participation in political and social activism.  CAIR–NY counsels, mediates, and advocates on behalf of Muslims and others who have experienced discrimination, harassment, or hate crimes.  Our lawyers work to protect and defend the constitutional rights of American Muslims, thus supporting the rights of all Americans.

**18. Cuba Presbyterian Church (Presbyterian Church, USA), Cuba, New Mexico**

Cuba Presbyterian Church (Presbyterian Church, USA), Cuba, NM is a small, traditional congregation in a northern New Mexico village.  It was established in 1889 in a multi-cultural community made up of Spanish and Mexican settlers among the diverse Native American tribal communities – Navajo, Jicarilla Apache, and the nineteen Pueblos; along with the Anglo American presence which came into the area in the 1870s.  We are keenly aware that we are all immigrants, and feel called to assure others the opportunities our families have had.  Our mission as a church is to spread God's loving message to all regardless of race or national origin.  Ending the DACA program has spread fear among some in the area, which overshadows and impairs the Christian message we are living in this community.

**19. Degrees of Change**

Degrees of Change is a faith-based organization located in Tacoma, Washington that helps communities and colleges equip students to learn together through college and lead together back home.  Degrees of Change partners with six Christian community-based organizations and twelve Christian colleges, serving more than 700 students across five states (WA, OR, MN, IL and IN).  The curriculum that our community partners deliver to students integrates Christian perspectives and teaching on leadership, diversity and community development.  The Executive Order to end DACA has led more than 60 of our scholars and alumni to question their worth and their safety in this country.  Deportation has ripped apart several of our scholars' families.  Our college partners are struggling to provide financial aid to these scholars, and several scholars have dropped out of college because they can no longer afford it.  Degrees of Change has made efforts to support immigrants facing deportation through our public messaging and national conversations with our scholars and community partners.

**20. DMV Sanctuary Congregation Network**

DMV Sanctuary Congregation Network (the network) is a network of 70 congregations of 17 religious traditions from DC, Maryland, and Northern Virginia.  The network works and provides support to immigrant community in the DMV area and works with local allies to advance sanctuary policies.  Our congregations have DACA-holders congregants who will be impacted by the ending of DACA.  In the face of hate and discrimination we are committed to showing love, compassion and hospitality.

**21. Dominican Development Center**

Dominican Development Center is a non-profit organization affiliated with Saint Lourdes Church/Second Community in Boston, Massachusetts.  We seek to develop and empower Dominican immigrants and immigrants representing all Latin American and Caribbean communities to take full participation on the civic life of this society. We strive to improve the quality of life of our members by promoting and organizing around issues that might impact our community, including but not limited to current laws, legal procedure, civic engagement, education, immigration reform, and human rights among others. The decision to end DACA would impact individuals and families who reside in our parishes and broader communities. Ending residency for those currently protected by the DREAM Act would move our country further away from the principles of justice that we see as people of faith. We add our voice to those asking the court to protect DREAMERs by not to allowing the termination order to go into effect.

**22. East End Temple (New York City)**

East End Temple is a Reform Jewish congregation located in lower Manhattan in New York City that is dedicated to issues regarding immigration and immigrants' rights.  With members of the congregation who are immigrants themselves or are descendants of recent immigrants, the congregation is particularly committed to the principle and commandment to welcome the stranger.

**23. Emgage Foundation**

Emgage Foundation is one of the nation's largest civic education and mobilization organizations for Muslim American voters.  We provide learning opportunities and events, including direct engagement with lawmakers, to increase the civic engagement of Muslim Americans and advance values that are important to us as Americans and as Muslims.  One of our core programs is Get Out The Vote in five electorally important states, including Florida, Virginia, Pennsylvania, Texas, and Michigan.  Our issue advocacy focuses on combating Islamophobia and hate crimes, social justice reform, improving our healthcare system, protecting immigrant and refugee communities, and advancing human rights globally.

**24. Episcopal City Mission**

Episcopal City Mission (ECM) fights for racial, economic and immigrant justice through building relationships of shared power with faith rooted communities, grass-roots organizations and community organizing movements in Massachusetts.  Our Episcopal/Anglican lens invites us to see all life as sacred and worthy of dignity and justice.  This understanding guides us as we face into the dynamics of power and enable access and liberation for all communities.  As the termination of DACA would deny access to those who are protected under the DREAM act we ardently ask that the court would not allow the termination order to go into effect

**25. Episcopal Diocese of Massachusetts**
**26. Episcopal Diocese of Western Massachusetts**

The Episcopal Dioceses of Massachusetts and the Diocese of Western Massachusetts serve 235 parishes across the state of Massachusetts. We seek to be Christ's presence of mercy, compassion, and hope in the communities we serve. The decision to end DACA would impact individuals and families who reside in our parishes and broader communities. Ending residency for those currently protected by the DREAM Act would move our country further away from the principles of justice that bind us together. We add our voice to those asking the court to protect our brother and sister DREAMERs by not allowing the termination order to go into effect.

**27. Episcopal Diocese of New York**

The Episcopal Diocese of New York includes 199 local congregations (parishes) with about 66,000 members, 72 deacons, 600 priests and three bishops—including the diocesan bishop, currently the Rt. Rev. Andrew M.L. Dietsche, who is our chief pastor. To Episcopalians it seems pretty clear what Christians are supposed to do. Jesus said "Thou shalt love the Lord thy God with all thy heart, and with all thy soul, and with all thy mind. This is the first and great commandment. "And the second is like unto it, Thou shalt love thy neighbor as thyself. On these two commandments hang all the law and the prophets." The first thing, then, after love of God—indeed the only thing— is to love our neighbors as ourselves. Not just some of them; not just the ones we feel comfortable with; not just the ones who have the same colored skin as us, or the same sexual preferences, or who don't smell; but every single one of them. In fact as Episcopalians, we believe that no Christian life can be complete if the person living it does obey this command and act on it.

To end the Deferred Action for Childhood Arrivals would endanger the lives of thousands of young people and their families and run contrary to the faith and moral traditions of our country. It is unfair to threaten the well-being of young people who arrived in our country as children through no choice of their own. Ending DACA without a similar replacement program will force these young people to face the future in this country with little access to education and employment, and ultimately, could very well lead to sending them to countries where they did not grow up, have few support structures, may not even speak the language and may be vulnerable to violence and persecution. Any of these scenarios, we believe, is cruel.

**28. Episcopal Society of Christ Church/The Christ Church Cathedral, Cincinnati, Ohio**

The Episcopal Society of Christ Church is a congregation of the Episcopal Church and is the Cathedral for the Episcopal Diocese of Southern Ohio. For 200 years, the Cathedral has worked in the Cincinnati community to combat poverty and has been involved, since its founding, in issues of social justice. The Cathedral carries out its missions through community grants, educational opportunities and direct mission work. For example, the Cathedral hosts "community forums" to educate the public on issues of social justice and also sponsors a 200 + person dinner every Tuesday for our friends who make their homes on the streets, offering not only food but also social services. Because of its tradition and continuing programs, the Cathedral is interested in helping those who face the prospect of deportation without just cause. The Cathedral is keenly aware of the perils faced by those who would be subject to such

deportation, including the breakup of families, the impact on economic well-being and the dangers faced in home countries.  For these reasons, the Cathedral has become involved in the sanctuary movement in Cincinnati.

## 29. Faith Action Network

Faith Action Network (FAN) is a statewide (Washington State) interfaith advocacy organization that educates, organizes, and mobilizes people of all faith traditions to take action on the critical social issues of our day.  One of those very current social issues regards the Deferred Action for Childhood Arrivals (DACA) program of the federal government.  FAN is deeply concerned about President Trump's decision to terminate this important protection program for those who came to this country as children by their parent(s) or family member many years ago.  It is morally reprehensible to think that these young people who know no other country than the USA will be deported by next March and sooner.  We all know that deportation means imprisonment, separation from family, loss of employment and income, and will put their lives at risk as they are forcibly displaced to another country.  FAN has advocated for those in this program (Dreamers) for many years at the state and congressional level to receive equal tuition/scholarship opportunities for college and other government benefits.  The Dreamers – as they are known – love this country, contribute to our economy with their skills and talents, and have – and we hope will continue to make our nation better, stronger, and more equitable.

## 30. First Christian Church (Disciples of Christ), Santa Fe, New Mexico

First Christian Church (Disciples of Christ), Santa Fe, is a small, friendly church community in the heart of Santa Fe.  Established over 75 years ago, First Christian Church continues the witness of the Disciples of Christ that stresses that EVERYONE is welcome. Our vision is to provide a place and opportunity for those seeking a deeper spiritual life.  We are passionate about being ecumenical, affirming, forgiving, cooperating, and allowing the freedom for each person to develop their own understanding and relationship with God. Our vision is to be a faithful, growing church that demonstrates true community, deep Christian spirituality and a passion for justice.   (Micah 6:8).   The Disciples of Christ movement nationally and internationally seeks to be a "movement for wholeness in a fragmented world." As we strive to live into our mission and vision for wholeness and welcome in a fragmented world, the termination of the DACA program challenges our ability to welcome and unite our community. Our community has included many immigrants over the years, including DACA beneficiaries whose lives have been stabilized by receiving legal recognition.  The termination of the DACA program is an impediment to our free practice of religion as a welcoming congregation seeking to bridge divides and create wholeness.  The lives of the young people who will not receive DACA will be profoundly hurt by this decision, which will hurt all of us.

## 31. First Congregational United Church of Christ (Albuquerque, New Mexico)

We are strong supporters of DACA. Our mission is to live God's love, justice, and inclusion and we believe that should be for all. We are currently offering sanctuary to a refugee at our church as a part of our faith commitment to the principle that "God's doors are open to all." It is a privilege to walk with one together in this journey toward a just immigration system.

**32. First Presbyterian Church of Santa Fe, New Mexico**

The congregation of FPC Santa Fe is inclusive and open to all regarding nationality, immigration status, ethnicity, social status or gender and sexual orientation.  We are a member of the Presbytery of Santa Fe and the Presbyterian Church (USA).   Our denomination has consistently and historically expressed support for the values, safety, gifts and perspectives for immigrants of all nations, and has also called for the ongoing support and protection of DACA recipients.

**33. First Presbyterian Church of Taos, New Mexico**

Our congregation's call to love God and our neighbors extend to all members of the Taos community, regardless of immigration status. We know and love immigrants and DACA recipients in our community, and we know that our church and our community is enhanced by their presence.  We believe that DACA is a humanitarian issue for our community and for all God's people.   Additionally, our denomination has consistently and historically expressed support for the values, safety, gifts, and perspectives of immigrants of all nations, and has called for the ongoing support and protection of all DACA recipients.  We sign onto this Amicus Brief in the spirit of Leviticus 19, which calls us not to oppress immigrants but to love each immigrant as ourselves, and in the Spirit of Matthew 25, in which Jesus reminds his disciples that when we welcome a stranger, we welcome Jesus Christ himself.

**34. First Unitarian Congregational Society in Brooklyn**

As a member congregation in the Unitarian Universalist Association, the First Unitarian Congregational Society in Brooklyn (First U Brooklyn) is committed to: the inherent worth and dignity of every person; justice, equity and compassion in human relations; and the goal of a world community with peace, liberty and justice and for all.  Consistent with these principles, First U Brooklyn has declared ourselves a sanctuary congregation, invoking the millennia-old tradition of a house of worship offering a safe space and time for individuals in need.  First U Brooklyn specifically offers safe space and time for immigrants and refugees to examine their options and make the soundest decisions when faced with possible deportation.

But Dreamers protected by DACA should have no need for sanctuary.  Our country has already recognized that it is just and appropriate to allow these young men and women, who came to this country at an early age and in good conscience, to make a life for themselves in the United States, just as so many of our ancestors did.   Terminating DACA now would unconscionably disrupt and threaten their lives and those of their families and loved ones.  The righteous path is for our country to maintain the commitments we have made to these young people under DACA.  While First U Brooklyn is proud to offer sanctuary to those in need, Dreamers should continue to be protected under DACA, and have no need of sanctuary.

**35. First United Presbyterian Church of Las Vegas, New Mexico**

Our inclusive congregation is a member of the Presbytery of Santa Fe and the Presbyterian Church (USA).  This denomination has historically supported the valuable gifts and perspectives of immigrants. The church has called for support of DACA recipients.  Our church

community stands for justice and, from that standpoint, we wish to protect the rights of all people—especially those most vulnerable. For this reason, we express our support of the Amicus Brief.

## 36. Global Justice Institute

The Global Justice Institute serves as the social justice arm of Metropolitan Community Churches, and works with LGBTQI activists and allies around the world to support projects for social change. One of our programs, ASAP (Asylum Seekers Assistance Program) has enabled LGBTQI people fleeing persecution to resettle in safer environments. We have consistently lobbied on behalf of DACA and those it supports.

## 37. Immanuel Presbyterian Church (Albuquerque, New Mexico)

The Immanuel Presbyterian Church is a community of ordinary people experiencing and actively sharing God's extraordinary love. Our inspiration for life is Jesus Christ. From that inspiration, we are committed to be spiritually alive and relevant to today's world, providing an atmosphere where both faith and doubts can be voiced. We are grounded in a transformational theology that calls us to equip Christians to carry their faith into the wider community. Our church is inclusive to all.

## 38. Interfaith Alliance of Iowa

Interfaith Alliance of Iowa is a progressive voice for people of faith and no religious affiliation in Iowa protecting religious freedom, ensuring religion is not misused to discriminate, championing individual rights, and uniting diverse voices to challenge extremism. We educate and advocate on many issues of social justice, but always leading through a lens of civility.

DACA is important to the fabric of our state because it has allowed Iowans – Dreamers - to come out of the shadows, live without fear, and contribute more fully to the communities in which they live. Dreamers only want to work, go to school, and be family in a secure community. They want to worship in safety. They want their children to get an education. They want to be good neighbors. As an organization, we believe in the American Dream and we believe that ensuring Dreamers can participate in our communities not only helps them but helps the communities in which they live.

## 39. Iowa Conference of the United Church of Christ

The Iowa Conference of the United Church of Christ is a regional association of 168 UCC congregations. In supporting this brief we are represented by our staff and Board of Directors. Our rationale for this support is theological and practical: Hospitality and welcome for neighbors – both long-time and newly arrived – is fundamental to our values and our identity. Our congregations were mostly formed 140 to 175 years ago – many by immigrants. We are convinced that the fabric of our communities is stronger today for the inclusion of those who came here as "outsiders" over a century ago; similarly we believe that our communities will be strengthened by the inclusion of immigrants newly in our midst, and are consequently strongly supportive of DACA.

**40. Islamic Society of Basking Ridge**

The Islamic Society of Basking Ridge is dedicated to providing Islamic religious, educational, cultural and social services to Muslims living or working in Somerset Hills, New Jersey, and the surrounding areas; providing these services in an open, diverse, inclusive and moderate environment, consistent with the Qur'an and Sunnah; and promoting interfaith and intra-faith dialogue in order to improve relations between Muslims and people of other faiths. We strongly believe as part of our religious outreach that our laws must be applied fairly and justly to all communities.  We feel that the children and young adults eligible for DACA and currently receiving its benefits are entitled to the equal protection of the law.

**41. Islamic Society of Central Jersey**

The ISCJ is an organization of Muslim Americans that was formed in 1975 that provides religious, educational and social services to its members, as well as to the community at large. The ISCJ established a place of worship in South Brunswick, NJ in the early 1980s.  The ISCJ aspires to be the anchor of a model community of practicing Muslims of diverse backgrounds, democratically governed, efficiently served, relating to one another with inclusiveness and tolerance, and interacting with neighbors and the community at large in an Islamic exemplary fashion.

The ISCJ is very concerned about the issues raised in this matter as it believes that the arbitrary rescission of DACA will certainly harm our diverse congregation and community by forcing members of organizations to leave the country or to live in fear. This action is contrary to the ISCJ's moral, spiritual and religious beliefs and practices.

**42. Lab/Shul**

Lab/Shul is an everybody friendly, artist-driven, God-optional, experimental community for sacred Jewish gatherings based in NYC and reaching the world.  The Lab/Shul community is dedicated to exploring, creating and celebrating innovative opportunities for contemplation, life cycle rituals, the arts, life-long learning and social justice.  We oppose the termination of the DACA program for three reasons:

1. Terminating DACA would prevent us from fully fulfilling our mission as a spiritual community that is "everybody friendly," including to immigrants and specifically DACA recipients.

2. Many of us are friends with or have worked with DACA recipients and we know them to be upstanding members of society that add to the cultural and economic fabric of the United States.

3. Most of our community identifies as Jewish.  It is commonly known that Jewish-American narratives are often stories of seeking refuge from tyranny in the freedom of the United States.  Just as the lives of our ancestors were at stake, the very lives of many of these DACA recipients are at stake.  Some of our ancestors arrived here documented, and some arrived undocumented, some were turned away - and later

13

murdered during the Holocaust.  Experience and the Torah teach us that the United States can and should welcome those who immigrate here because we were "once strangers in the land of Egypt" - that is, because we are also immigrants.

## 43. Legal Advocacy Project of Unitarian Universalist FaithAction of New Jersey

The Legal Advocacy Project of Unitarian Universalist FaithAction of New Jersey ("UU FaithAction NJ") is a New Jersey not-for-profit membership organization representing most of the Unitarian Universalist congregations of New Jersey.  Founded in 2009, UU FaithAction NJ gives voice to Unitarian Universalist humanitarian values in matters of public policy and justice advocacy in New Jersey.  Rooted in 250 years of free church tradition, Unitarian Universalists share a belief in right action, as opposed to right doctrine, as the basis of their core humanitarian values.  Its shared Principles and Purposes include a commitment to the inherent worth and dignity of every person; to justice, equity and compassion in human relations; and to the right of conscience and the use of the democratic process within its congregations and in society at large.

## 44. Lutheran Social Services of New York (LSSNY)

Lutheran Social Services of New York (LSSNY) has provided comprehensive social service programs to children and families for more than 130 years. LSSNY serves families in need across the New York metropolitan area and Long Island, offering a variety of programs, including foster care, family treatment rehabilitation, early childhood education and special education, immigration legal services, shelter and supportive services to unaccompanied minors, supportive housing and hunger prevention. LSSNY began in 1886 when 11 Lutheran congregations in the New York metropolitan area created an orphanage for children affected by a severe outbreak of influenza within the German communities of New York City.  The agency was among a group of Lutheran mission societies that served Lutherans who had immigrated to New York.  Over the years, LSSNY formed alliances with other Lutheran organizations and church bodies, and in the years since 1990 has expanded its programming to include community services (immigration legal, refugee services, hunger prevention), supportive housing for formerly homeless individuals, and education services.  Throughout this expansion, LSSNY's mission has remained the same: "Called by God, we encourage people to reach their full potential."  LSSNY works with local community partners to understand the needs of our neighbors, and to bridge the gap between what any one individual can accomplish on their own, and what they can achieve with the supportive care of our services.  LSSNY employs some 650 employees who work as counselors, teachers, caregivers and legal counsel, to strengthen the lives of those we serve.

## 45. Maryknoll Office for Global Concerns

Maryknoll Office for Global Concerns is the justice and peace advocacy office representing Maryknoll Missioners – Catholic priests, brothers, sisters and lay missioners- who work with the poor and marginalized in 40 countries around the world.  From their headquarters in Ossining, NY, Maryknoll Missioners have lived and worked with families in extreme poverty for many years in countries where DACA recipients originate.  Maryknoll Fathers and Brothers, Sisters, and Lay Missioners have acquired a deep understanding of the dire social, economic and environmental conditions that Dreamers would face if they were deported, as well as intimate

14

witness to the fragility and insecurity of living in the shadows without documents in the US. Deporting Dreamers to their countries of origin, where most have only weak or distant ties, would subject them to the same forces of poverty, violence, and instability their families originally fled and from which millions more still flee.  For these reasons we oppose the termination of DACA and seek a resolution of Dreamers' status that allows them a path to citizenship.

## 46. Metropolitan New York Synod of the Evangelical Lutheran Church in America

The Metropolitan New York Synod is the regional expression of the Evangelical Lutheran Church in America, a member church of the Lutheran World Federation—A Communion of Churches.  Lutherans are a diverse group of people, convinced that the Holy Spirit is leading us toward unity in the household of God.  As Lutherans, we are worshipping God, helping friends and neighbors, celebrating diversity, feeding the hungry, working for justice, and advocating for peace.  When we serve others and address social issues that affect the common good, we live out our Christian faith.  There are nearly 200 congregations across New York City, Long Island, and in the counties of Westchester, Putnam, Orange, Rockland, Sullivan and Dutchess.  The Rev. Dr. Robert Alan Rimbo serves as the Lutheran Bishop of the Metro New York area.

The Metropolitan New York Synod and, specifically, Bishop Robert Alan Rimbo, have been consistent supporters of Dreamers.  The termination of the DACA program is, to say the least, troubling.  These people whom some now wish to deport from the only homeland they know because of what can only be called the accidents of history and for no other reason – they just happened to be brought to our communities as their families searched for new hope – are model citizens.  They are the kinds of people we want to have as neighbors: health care professionals, artists, teachers, friends, mechanics, the list seems endless, and now, for reasons beyond our grasp they are being threatened with deportation.  We stand united against this and in support of DACA and the people it protects.  We, as people of faith, are prompted to pray for godly wisdom to prevail among the powers that be in our country, itself built on the hopes and dreams of immigrants.

## 47. Muslim Advocates

Muslim Advocates is a national legal advocacy and educational organization that works on the front lines of civil rights to guarantee freedom and justice for Americans of all faiths. Muslim Advocates advances these objectives through litigation and other legal advocacy, policy engagement, and civic education.  Muslim Advocates also serves as a legal resource for the American Muslim community, promoting the full and meaningful participation of Muslims in American public life.  The issues at stake in this case directly relate to Muslim Advocates' work fighting for civil-rights protections for American Muslim communities, which includes immigrants and persons who have benefited from the Deferred Action for Childhood Arrivals Program.

**48. Muslim Bar Association of New York**

Muslim Bar Association of New York ("MuBANY") is one of the nation's largest and most active professional associations for Muslim lawyers.  MuBANY provides a range of services for the legal community and for the larger Muslim community.  One of MuBANY's missions is to improve the position of the Muslim community at large which is comprised of significant number immigrants and, in particular DACA recipients.   MuBANY seeks to support the Muslim community and its significant immigrant contingent through community education, advancing and protecting the rights of Muslims in America, and creating an environment that helps guarantee the full, fair and equal representation of Muslims in American society.

**49. Muslim Public Affairs Council**

The Muslim Public Affairs Council (MPAC) is a community-based public affairs nonprofit working to promote and strengthen American pluralism by increasing understanding and improving policies that impact American Muslims. MPAC's vision is an America enriched by the vital contributions of American Muslims. MPAC participated as amicus curiae in cases concerning civil liberties (Boumediene v. Bush and al-Odah v. U.S. (U.S. 2007)); immigration (Donald Trump v. IRAP (U.S. 2017) and Arizona v. U.S. (U.S. 2012)); and religious liberties (Masterpiece Cakeshop v. Colorado Civil Rights Commission (U.S. 2017) and Holt v. Arkansas Dept. of Correction (U.S. 2014)).

**50. Muslim Urban Professionals (Muppies)**

Muslim Urban Professionals, (Muppies), is a nonprofit, charitable organization dedicated to empowering and advancing Muslim business professionals to be leaders in their careers and communities.  Its mission is to create a global community of diverse individuals who will support, challenge, and inspire one another by providing a platform for networking, mentorship, and career development.

Muppies represents an engaged group of Muslim professionals that believe immigrants and refugees are an integral part of the U.S. economy, adding over $1 trillion to the USA's GDP. Muslims contribute to the fabric of the US in diverse ways, such as driving innovation, creating new opportunities for employment, and promoting excellence through diversity and inclusion. We oppose any policy that results in a reduction of opportunity and inclusion for any individuals or groups.

**51. Muslims for Peace, Inc.**

Muslims for Peace, Inc.  ("MFP") is a New Jersey based non-profit that aims to bridge people from different religious and ethnic backgrounds through interfaith activities, such as presentations, seminars and discussions.  We also provide charitable support in the form of organizing food drives and organizing relief for disaster victims. Through our work, we aim to assist people of all faiths and ethnic backgrounds.  We stress tolerance, education and humane solutions to problems facing our communities.  We support DACA as a just and proper response to a humanitarian issue that otherwise has and will continue to divide and disrupt families and communities.

## 52. Muslims for Progressive Values

Muslims for Progressive Values is the oldest and only progressive and Muslim faith-based human rights organization in the U.S. founded in 2007.  We embody and advocate for the traditional Quranic values of social justice, an understanding that informs our positions on women's rights, LGBT inclusion, freedom of expression and freedom of and from belief.  As an organization that promotes diversity and inclusivity, we find the termination of DACA cruel to families and the antithesis to America's founding values.

## 53. National Council of Jewish Women

The National Council of Jewish Women (NCJW) is a grassroots organization of 90,000 volunteers and advocates who turn progressive ideals into action.  Inspired by Jewish values, NCJW strives for social justice by improving the quality of life for women, children, and families and by safeguarding individual rights and freedoms.  NCJW's Resolutions state that NCJW resolves to work for "Comprehensive, humane, and equitable immigration, refugee, asylum, and naturalization laws, policies, and practices that facilitate and expedite legal status and a path to citizenship for more individuals."  Consistent with our Principles and Resolutions, NCJW joins this brief.

## 54. NETWORK Lobby for Catholic Social Justice

NETWORK Lobby for Catholic Social Justice is a national organization founded by Catholic Sisters in 1972.  For 45 years we have worked at the intersection of faith and politics.  Our staff and extensive national membership include Dreamers all of whom have been effective and enthusiastic in their engagement with faith in the quest for justice.  If the administrative order is implemented our work in democratic education will be seriously impaired both in our central office in Washington, DC and around the nation.

## 55. New Jersey Interfaith Coalition

New Jersey Interfaith Coalition is non-partisan network of houses of worship, organizations, and individuals with the following mission: Promote houses of worship, non-political organizations and individuals to work together to honor and enrich diverse faiths and ethical practices.  Oppose intolerance and hate.  Foster a climate of positive mutual acceptance and appreciation for all, regardless of their faith, race, or sexual orientation.  Our guiding principles are to promote the adoption of the "Stand Up for the Other" pledge, especially among our own communities; encourage interfaith dialogue and collaboration; respond to acts of intolerance, bigotry, terrorism, and hate; sponsor and participate in events consistent with our mission and promote each other's events within our communities; and to promote other common actions consistent with our mission.

Our "Stand Up for the Other" pledge leads us to support DACA and oppose its termination just the same as we oppose bigotry, racism, anti-Semitism, and Islamophobia: "While interacting with members of my own faith, or ethnic, or gender community, or with others, if I hear hateful comments from anyone about members of any other community, I pledge to stand up for the other and speak up to challenge bigotry in any form."

**56. New Mexico Conference of Churches**

The New Mexico Conference of Churches is a statewide network of churches working for the wellbeing of New Mexico's peoples and environment. Our congregations welcome the gifts of all people in the name of Christ no matter their immigration status. Our member congregations, and the communities in which they serve, include DACA recipients and their families. We call for ongoing support and protection of DACA recipients.

By our baptism, we are united in Christ and called to care for the least of these (Matthew 25:40) and to love our neighbors as ourselves (Matthew 22:39). DACA recipients, immigrants, and refugees are our neighbors and we are compelled by our faith to seek and serve Christ in each person. We believe that justice and peace are served when the rights of all people—especially vulnerable young people, immigrants and refugees--are protected.

**57. New Mexico Faith Coalition for Immigrant Justice**

The New Mexico Faith Coalition for Immigrant Justice is a faith based group that was formed over eight years ago as a response to attacks on our immigrant communities during the last administration. Since its formation, the Coalition has been deeply committed to supporting the immigrant families in New Mexico through the hardships of deportation and detention and has been outspoken against unjust and inhumane immigration laws, advocating for laws that reflect the higher values of the dignity of the person, unity of the family, richness in diversity, and the freedom of the pursuit of purpose. Among the many services we provide to the immigrant community are direct service: connecting families to legal and social resources, faith-based community education of immigrant issues, border awareness programs, micro-loans for immigration form submittals, court accompaniment for families, and refugee hospitality program: picking up and finding a place to stay for asylum seekers and asylees released from the Cibola detention center.

As a small organization with 3 part-time staff, two who are DACAmented, our efforts to work for immigrant justice and support the direct service needs of our migrant communities are inextricably tied to having a continuation of DACA or implementation of a Clean DREAM Act. While many of us who are allies have worked in this field for years or decades, it is only with the participation and leadership of the affected communities, particularly those who are undocumented or under threat of immigration enforcement, that we can strive to create better immigration laws and a more just system that supports the well-being of all.

**58. New Sanctuary Coalition of New York**

The New Sanctuary Coalition of New York is an interreligious grass roots organization in solidarity with families and communities who are striving to keep their loved ones together as we reimagine and implement ways to prevent and stop the detention and deportation of our loved ones.

**59. New Sanctuary Movement of Philadelphia**

New Sanctuary Movement of Philadelphia (NSM) is an interfaith, multi-cultural organization that works to build community across faith, ethnicity and class in our work to end injustices against immigrants regardless of immigration status, express radical welcome for all, and ensure that values of dignity, justice, and hospitality are lived out in practice and upheld in policy. Working with 28 congregations, NSM has three programs: Education and Leadership Development, Accompaniment, and Grassroots Organizing.

NSM opposes the termination of DACA because it will have a disastrous effect on many people in our member congregations and is a violation of our faith teachings. Terminating DACA not only impacts the 800,000 youth, but their parents and relatives. For example, we have a member from Honduras who has lived in the US for 30 years. She left Honduras and her family because of the poverty in her country. She slowly brought her family here, where they now have made a home. They are leaders in their church, have built families, and are all dedicated to improving their community. Two of her daughters have DACA, and the news of its termination was a crushing blow for her. All that she has sacrificed, all the 16 hour days at a sewing factory were for her children to have a better life. With the termination of DACA, it pulls away those dreams.

We work with the Latino and Indonesian community and have many DACA recipients who are leaders in their congregations and their community. In the Indonesian congregations, DACA is important because almost all of the young adults in some of the churches are DACA recipients. These recipients were brought here from Indonesia as children, many escaping anti-Christian persecution. They are college students, with a GPA of 3.5 or higher. They have jobs like working as a bank teller, and lawyer's assistant. One of them even enlisted in the army and without DACA he wouldn't have that opportunity. Without DACA they would be stripped of their work permit and these bright minds aren't able to contribute to our society and economy. Their future and ability to provide for their families would be taken away. Finally, NSM believes terminating DACA is immoral and violates the religious teachings to welcome the stranger and love our neighbor.

**60. New York Board of Rabbis**

The New York Board of Rabbis ("NYBR") is the largest and oldest interdenominational rabbinic organization in the world, representing the different streams of Jewish life in America. Our members serve communities in the Greater New York area and around the country. Established in 1881, the NYBR is the primary address for rabbis serving congregations, organizations, chaplaincies, communal service agencies, and schools. The Board seeks to enhance and expand the role of the Rabbinate for the betterment of the Jewish people and the world at large by providing its members with a spiritual environment and opportunities to grow professionally, promoting religious pluralism, and building bridges across denominations with other faiths. We are a central convener of multi-faith dialogues to promote increased understanding of one another and pursue avenues of common concern.

The Jewish community is an immigrant community spanning the history of America. From the first Jewish settlers who arrived in New Amsterdam in Lower Manhattan to the Jews

who have come to this great nation in recent years. We believe that America is a great nation because of its diversity and its robust immigrant history. The NYBR proudly collaborates with legal and advocacy groups to support Dreamers and to keep our Nation's doors open to those who seek refuge on our shores. Recently we partnered with UNICEF USA to help Syrian refugees who are living in the United States. Our tradition teaches us to "welcome the stranger," created in the image of God and a respected member of the human family.

## 61. New York Conference United Church of Christ

The New York Conference United Church of Christ consists of over 270 local churches and 30,000 members, encompassing the entirety of New York State. The Conference is one of thirty-eight regional bodies of the United Church of Christ. We are committed to being led by the Spirit to faithful witness, compassionate justice, and bold Christian leadership. Guided by this mission, the ministries of the New York Conference, in all its settings, respond to the Still Speaking God and the gospel call for peace and justice. Embracing the United Church of Christ's vision of "A Just World For All," we believe that the elimination of the Deferred Action for Childhood Arrivals Program is contrary to our faith, which affirms the dignity and worth of all people regardless of country of origin or extent of documentation. The gospel of Jesus Christ compels us to extend an extravagant welcome to all, so that all may experience a "more and better life than they ever dreamed of" (John 10:10 *The Message*). The New York Conference signs on to this brief in support of all the Dreamers who are not only members of our congregations but our neighbors and friends.

## 62. Pacific Northwest Conference of the United Church of Christ

The Pacific Northwest Conference of the United Church of Christ (PNCUCC) is an organization of approximately 80 churches in Washington State, North Idaho and Alaska. Our Constitution and Bylaws open with this scriptural guidance; "The Lord has told us what is good. What God requires of us is this: to do what is just, to show constant love, and to live in humble fellowship with our God." Out of this call from God, PNCUCC recently passed a resolution titled "A Call to Become Immigrant and Refugee Welcoming as a Conference and in Congregations." This resolution is based on the belief that every immigrant and refugee has inherent dignity and human rights; that every immigrant and refugee should be able to live in safety, to live without fear, and have access to basic necessities and opportunities. Our churches live this out through works of direct service, worship, and advocacy. The repeal of DACA would mean the government would stand between us and those we are called to serve. It would make it much more difficult, and in some cases impossible, for us to fulfill the mission we've discerned God is calling us to.

## 63. Presbytery of New York City

The Presbytery of New York City began with immigrants who came to America more than 350 years ago and remains the most diverse presbytery in the United States. The Presbytery continues to aid and build up, and give hope to past and present immigrants and their children in our 100 congregations in the City of New York. The call to end DACA is unjust to people we know in our congregations who have played by the rules previously asked and expected a more welcoming path to American citizenship. Bible studies have dwindled; businesses have closed;

DACA young adults have grown fearful and heard expulsive and assuming statements made to them with no basis in fact.  It feels to us as a people of faith like ethnic cleansing and a return to white nationalist rule that belies and interferes with our calling by God to minister to the sojourner, the immigrant, the refugee, the destitute, and to love all our neighbors as we love ourselves.

## 64. Queens Federation of Churches

The Queens Federation of Churches was organized in 1931 and is an ecumenical association of Christian churches located in the Borough of Queens, City of New York.  It is governed by a Board of Directors composed of equal number of clergy and lay members elected by the delegates of member congregations at an annual assembly meeting.  Over 390 local churches representing every major Christian denomination and many independent congregations participate in the Federation's ministry.  Our ecumenical ministry in the nation's most diverse county finds many congregations ministering to immigrants.  Our concern to protect their God-given right to be in our part of  the global household of God is paramount.  Therefore, especially, we strongly support legal status for those who came to this country as children.

## 65. Religious Institute

Founded in 2001, the Religious Institute is a multi-faith organization dedicated to advocating for sexual, gender, and reproductive health, education, and justice in faith communities and society.  With a network of more than 8,500 religious leaders and people of faith, the Religious Institute has a record of creating campaigns that mobilize thousands of religious leaders and hundreds of faith communities.  The Religious Institute also has long-standing partnerships with graduate theological schools, denominations, religious organizations, and sexual, gender, and reproductive justice organizations . In all our work, we offer prophetic, moral leadership at the intersection of religion and sexuality, gender, and reproductive health. As part of that prophetic leadership, we oppose the termination of the DACA program.  We hold that all people should be able to live and create families with dignity and respect, free from fear and state-based violence.  The sacred worth of all people is inherent and in no way dependent on performance, productivity, or so-called 'economic value.'

## 66. Romemu

Romemu is a Jewish community that seeks to integrate body, mind, and soul in a progressive, fully egalitarian community committed to tikkun olam, or social action, and to service that flows from an identification with the sacredness of all life.  As a spiritual community grounded in the twin values of tikkun olam (social action) and a Divine connection meant to inspire us to live more holy and engaged lives, we feel that it is our duty and responsibility to speak out against injustice.   As a Jewish community engaged with our historical narratives, we know that a large part of our own story has been shaped by being refugees and foreigners in strange lands.  It is for this reason that the most repeated injunction in the Torah is the commandment to take care of and love the stranger.  We know from our own families and historical stories what it is like to be strangers, and we are grateful and loyal to this country for the opportunities and blessings that it has provided.  We have an obligation as religious, moral,

and compassionate individuals to make sure that America continues to be a place where those marginalized can find economic security, freedom, and hope.

For all of these reasons and many more, we object to the repeal of the DACA program. As a faith community, we must advocate for our at-risk brothers and sisters regardless of their religion, ethnicity, or country of origin. We believe in equality of opportunity for all.

### 67. Santa Fe Monthly Meeting of the Religious Society of Friends (Quakers)

DACA is important to our Meeting because as Quakers we are guided by the values of Equality and Community not only within our Meeting but also in the world around us. We care about DACA recipients because they are threatened with an assault on their humanity—tearing them away from their homes, often the only homes they know, uprooting them from their families, jeopardizing their education and employment and denying them their fundamental human dignity. We cannot be faithful to the Light that Spirit has granted us and ignore what is being done in our name to these brothers and sisters.

### 68. Second Presbyterian Church, Albuquerque, New Mexico

We support the principles of universal human rights and believe there is an onus of society to support the most vulnerable members of society. We find this consistent with biblical ethics and with ideals our country is founded on. Ending DACA would be an assault on vulnerable, contributing members of society and the consequences would be damaging to individuals, families, and our country.

### 69. Sikh Coalition

The Sikh Coalition is a community-based civil rights organization that defends civil liberties, including religious freedom, for all Americans. Our mission is to promote educational awareness and advocacy, and provide legal representation in moving towards a world where Sikhs and other religious minorities may freely practice their faith without bias and discrimination. We are the largest community-based Sikh civil rights organization in the United States. Since its inception on September 11, 2001, the Sikh Coalition has worked to defend civil rights and liberties for all people, empower the Sikh community, create an environment where Sikhs can lead a dignified life unhindered by bias or discrimination, and educate the broader community about Sikhism in order to promote cultural understanding and diversity. The Sikh Coalition has vindicated the rights of numerous Sikh Americans subjected to bias and discrimination because of their faith. Ensuring the rights of religious and other minorities is a cornerstone of the Sikh Coalition's work, including the individuals who would be affected by the rescission of DACA.

### 70. Sisterhood of Salaam Shalom

We are the only national grassroots organization dedicated to building trust, respect and relationships between Muslim and Jewish women. Based on those relationships, we commit to putting an end to hate of one another. It is not only an honor but the responsibility of the Sisterhood of Salaam Shalom to do whatever we can to make every child living in the US secure

and to make every parent, grandparent, sibling and other relative worry-free regarding the safety of their children and their whole family being able to live in what is supposed to be the greatest country in the world.

## 71. Society for the Advancement of Judaism

The Society for the Advancement of Judaism (SAJ) is a synagogue located on the Upper West Side, with about 400 individual members. Within our community we have a standing SOJAC (Social Action Justice Committee) and an Immigrant Rights Action Team that seek to organize our members in support of fair and just immigration policies and to stand up for immigrant rights. We are active members of the Synagogue Coalition for Refugees and Immigrants, a coalition of New York synagogues fighting for the rights and dignity of refugees and immigrants. We believe that Dreamers contribute greatly to our society and believe they should be given a pathway to citizenship.

## 72. St. Andrew Presbyterian Church in Albuquerque, New Mexico

Our congregation, founded in 1959, is part of the Presbytery of Santa Fe, Presbyterian Church (U.S.A.). Our mission is to proclaim and live the Good News of Jesus Christ by: listening to a loving God; celebrating our faith together; nurturing each other in Christian love and spiritual growth; working for social justice and peace; reaching out in compassionate service; and being stewards of all God's gifts.

In March 2017, St. Andrew Presbyterian Church declared itself to be an ally church to the Sanctuary Movement. Since then we have provided financial support and volunteers to the movement, offered educational forums about immigration and participated in acts of public witness in support of undocumented immigrants and immigration policy reform. We do so because as Christians we are called to love our neighbor as ourselves, and Jesus puts no limitation on our love of neighbor. The undocumented young people who are covered under DACA are our neighbors. The repeal of DACA would tear apart their families and our communities, causing irreparable harm.

## 73. St. Luke's Episcopal Church in Long Beach

St. Luke's Episcopal Church in Long Beach was the first parish to declare itself a sanctuary parish in the Episcopal Diocese of Los Angeles. St. Luke's sees our commitment of standing with the oppressed and fighting against systems of oppression as part of our baptismal covenant. We welcome everyone equally and enthusiastically. Whatever religious background, age, race, gender, sexual orientation, or economic status, we welcome all. Scripture is clear that we should welcome the stranger in our midst and love one another as ourselves. St. Luke's strives to be a beacon of hope to all immigrants and people who are marginalized by an unjust society.

## 74. St. Mark's Episcopal Church (Albuquerque, New Mexico)

St. Mark's Episcopal Church is committed to pursuing human rights and social justice for all people residing in our country and for this reason we call for the ongoing support of DACA

recipients.   It seems a cruel policy change to rescind protections and pathways to participation in our country for those who registered in good faith with our government.  We believe that our defining story and scriptures teach us to welcome the stranger and the sojourner in our land.  We value the lives of immigrants and know that their contributions to our economy, culture  and national life are invaluable.  We desire the continuation of DACA to ensure that these young people will be given the opportunity to thrive in safety so that they may offer their perspectives, ingenuity and creativity to our national life.  Our baptismal covenant includes the vow to "seek and serve Christ in all people, loving our neighbors as ourselves."   DACA recipients, immigrants, and refugees are our neighbors and we are compelled by our faith to seek and serve Christ in each one of them.   Our baptismal covenant also includes the vow to "strive for justice and peace and respect the dignity of every human person."  We believe that justice and peace are served when the rights of all people--especially vulnerable people, including immigrants and refugees, are protected.

## 75. St. Stephens' Episcopal Church in Boston

St. Stephens' Episcopal Church of Boston, MA serves the South End/Lower Roxbury Community.  We seek to meet the out-of-school time needs of young people and families in Boston and Chelsea.  The decision to end DACA would impact individuals and families who reside in our parishes and broader communities. Ending residency for those currently protected by the DREAM Act would move our country further away from the principles of justice that we seek as people of faith.  In addition, supporting those impacted by the ending of the DREAM act would add to our already demanding program load—thereby negatively affecting the entire community.   We add our voice to those asking the court to protect Dreamers by not to allowing the termination order to go into effect.

## 76. T'ruah: The Rabbinic Call for Human Rights

T'ruah: The Rabbinic Call for Human Rights is a network of 1,800 rabbis and cantors from all streams of Judaism that, together with the Jewish community, act on the Jewish imperative to respect and advance the human rights of all people.  Grounded in Torah and our Jewish historical experience and guided by the Universal Declaration of Human Rights, we call upon Jews to assert Jewish values by raising our voices and taking concrete steps to protect and expand human rights in North America, Israel, and the occupied Palestinian territories.  T'ruah's support of DACA is based in Jewish tradition and history.  The Torah teaches the obligation to love the immigrant, just as God loves and cares for the immigrant: "The ger (immigrant) who sojourns with you shall be like a citizen unto you, and you shall love this person as yourself, for you were gerim in the land of Egypt.  I am Adonai, your God." (Leviticus 19:34) The ancient rabbis taught that the city of Sodom was considered the epitome of evil because the residents made laws prohibiting kindness to strangers.  In addition, within the Jewish community, many families are alive today because of the relatively open immigration policies of the late 19th and early 20th centuries.  And too many Jews died after being trapped in Europe when the borders closed in 1924.  We understand the cruelty of forcing Dreamers back to the countries where they were born, but in many cases have never lived, and where — in some cases — their lives will be in danger.

## 77. Temple Israel of the City of New York

Temple Israel of the City of New York, founded in 1870, is a Reform Jewish synagogue that welcomes all who choose to worship, study and celebrate within the Jewish community. Located on the Upper East Side on 75th street between Park and Lexington Avenues, we are a dynamic, inclusive neighborhood community.  As a family of families, we are committed to building a diverse and inclusive congregation united by humanitarian values as expressed in our Jewish religious, educational, justice and social activities, and through these activities to create a rich, vibrant Judaism that enriches the lives of our congregants and responds to the demands of modern life.

Temple Israel of the City of New York stands on  core Jewish values that affirm life and freedoms.  Our people have been immigrants and refugees in need of aid from our ancestral days to now, and across our world history one of the greatest homes we have ever found is the United States of America.  It is important to us that we keep America open as a land of opportunity for immigrants and refugees as it has been a promised land for so many. With that, to take away this great land of freedom from someone who has grown up in this country, is at home in this country, would be shameful and un-American; it goes against what makes America great, and to go back on this promise already made makes it even worse. The Torah tells us 36 times to aid the plight of the immigrant. Taking away the hand DACA has already extended is detrimental to our neighborhood, our New York City, our state, and country. We would see it reinstated immediately.

## 78. Temple Sinai (Washington, DC)

Temple Sinai is one of the largest Reform Jewish congregations in the Washington, DC area.  Organized in 1951, the congregation has over 1,200 member families.  The Temple Sinai community offers a great breadth of opportunities for participating in worship, programs, and services for all ages, as well as a remarkable Religious education program and NAEYC-accredited Nursery School.  The temple's mission statement and core values incorporate the primary reasons members belong to Temple Sinai – ritual observance, Jewish education, tikkun olam (repairing the world), belonging to a Jewish community and concern for Israel as a Jewish homeland.  Temple Sinai has a distinguished tradition in each of these areas, with our particular focus through the lens of Reform Judaism.

Temple Sinai is committed to working on immigration issues in our country. Our own Jewish history of displacement as well as the Biblical injunction to "welcome the stranger" guide us in our work to welcome refugees, support those facing deportation, and strongly oppose the suspension of DACA.

## 79. Town and Village Synagogue, New York, New York

Town and Village Synagogue is an egalitarian, traditional synagogue, affiliated with the Conservative Movement.   Located in lower Manhattan, NYC, T&V welcomes all people to share in its activities irrespective of gender, sexual orientation, race, ethnicity or religion.  In its strategic plan T&V identifies as one of its "Core Values" Gemilut Hasadim (loving kindness) "caring for one another; committed to social justice and Tikkun Olam (social responsibility);

25

engaged with our local and global communities for the betterment of all." It is joining in this Amicus to fulfill the Biblical precept that there be "one law for the citizen and for the stranger who dwells among you" (Exodus 12:49).

T&V oppose changes to the DACA program that will affect those brought here as children, some of whom are still attending school or higher education, or currently work here and who have known no other home than the United States. If DACA were to be terminated, these young people -- Americans in every respect but citizenship -- could be deported to dangerous countries they have never known, separated from their families, and forced to survive alone, many without even knowing the language. Members of the synagogue have attended workshops to help immigrants get their affairs in order should they face sudden arrest or deportation orders, as immigration policies are summarily changed.

**80. Trinity Church Wall Street**

Trinity Church Wall Street is a vibrant and growing Episcopal parish in Lower Manhattan. Guided by our core values of faith, integrity, inclusiveness, compassion, social justice and stewardship, Trinity's mission is to build our neighborhood, train leaders of Christian communities for the future, and help our partners become financially sustainable to support their ministries. Trinity is committed to serving the most vulnerable in our neighborhood and to advocating for justice on behalf of those whose voices are not heard, including immigrants and "Dreamers." We support fairness and safety for immigrants, whose contributions are essential to our city and our nation, and in that spirit, we oppose the termination of DACA.

We are concerned that ending DACA will mean that vulnerable people in our communities will be deported to countries they have little experience of, leaving dependent family members here; will lead them to live outside of the legal protections of New York City out of fear for their own safety; and will cause them to avoid the police, hospitals, schools, and other services designed for individual and public safety. Furthermore, the repeal of DACA is a turning back of policy that asked undocumented people to register with the government in return for a protected status. The fact that such registration is being used to target and deport them is a profound betrayal of trust by the U.S. government that should give pause to any immigrant to this country of immigrants.

**81. Union for Reform Judaism, including the Reform Jewish Voice of New York State**
**82. Central Conference of American Rabbis**
**83. Women of Reform Judaism**

The Union for Reform Judaism, whose 900 congregations across North America includes 1.5 million Reform Jews (including those that participate in Reform Jewish Voice of New York State), the Central Conference of American Rabbis (CCAR), whose membership includes more than 2000 Reform rabbis, and Women of Reform Judaism that represents more than 65,000 women in nearly 500 women's groups in North America and around the world, come to this issue rooted in both our Jewish tradition and our historical experience. Together, they lead us to support immigration policy that is compassionate and fair.

26

**84. Unitarian Universalist Mass Action Network**

Unitarian Universalist Mass Action Network is a state action network that works in coalition with interfaith partners and organizations led by those who are directly affected by injustice.   Our mission is to organize and mobilize Unitarian Universalists to confront oppression.   It is through our social justice work that we live our values and principles that define our faith.   One manifestation of oppression in which we deeply engage is immigrant rights.   The level of cruelty, ignorance and hateful attacks perpetrated on immigrant communities is an offensive affront to human values.   We are dedicated to confronting these attacks on families and the safety of our communities through building resistance networks.   We support the DACA program and DACA recipients as part of our overall support for all immigrants.   All families deserve the right remain together.   Young people who have grown up in the US, were educated in our school systems and are integral members of our communities deserve to have a pathway to a legal status that allows them to work and obtain a post-secondary education.   UU Mass Action works closely with many young leaders who have DACA status.   Their families and friends are here and the only country they know is the US.   Deporting these young people to a country where they typically know no one puts their lives in danger.   Tearing families apart and endangering lives is immoral.   We will not remain silent and allow this to occur.

**85. Visitation BVM Church in Philadelphia, Pennsylvania**

Visitation BVM is a multicultural Catholic parish located in the Kensington section of North Philadelphia.   The majority of our parishioners come from Puerto Rico, the Dominican Republic, México, Honduras, Ecuador and Vietnam.   Our mission is to preach Good News to an immigrant community who often struggle in their day to day living situations.   These challenges have only increased over the past year as some of our members have been detained or deported.

Many of our young adults are protected by DACA, including our Pastoral Outreach Assistant.   These young people call the United States their home.   Some have little to no memory of the countries where they were born.   They are in college or working as they strive to become productive members of society.   These Dreamers are nervous about their future and want to make their families and their lives here in the U.S. - the country they call home.

Our church is a member of the New Sanctuary Movement and we were very involved in the sanctuary effort of Angela Navarro two years ago.   We provided spiritual and material support to her and her family over the months she was in sanctuary.   The Archdiocese of Philadelphia does not allow Catholic Churches to offer sanctuary so we collaborated with a neighboring Presbyterian Church.   Our institution has not directly been the target of ICE raids but they have taken place in the neighborhood.

**86. West End Synagogue (New York City)**

West End Synagogue is a Reconstructionist congregation, affiliated with the Reconstructionist Movement.   Located on the Upper West Side of Manhattan, NYC, West End Synagogue is a diverse group of individuals and families committed to exploring Jewish life and creating an intellectually challenging, spiritually vibrant, and mutually supportive community. Utilizing the principles of Reconstructionist Judaism, we celebrate the richness and diversity of

Jewish tradition through study, prayer, meditation, music and tikkun olam, or acts of repairing the world.

West End Synagogue opposes changes to the DACA program that will affect those brought here as children. Many of these children are attending school, pursuing higher education, or working here and have known no other home than the United States. If DACA were to be terminated, these young people—Americans in every respect but citizenship -- could be deported to dangerous countries they have never known. They would be separated from their families, and forced to survive alone, many without even knowing the language. As immigrants, or children and grandchildren of immigrants who fled oppression, we are particularly sensitive to the situation of these young people who call the United States home. According to the Torah, "You shall treat the stranger as your own." Maintaining the DACA program is a critical step in this direction.

## 87. Westminster Presbyterian Church of Santa Fé

Our congregation is fully inclusive and affirming of all people regardless of nationality, immigration status, ethnicity, social status or gender and sexual orientation, and a member of the Presbytery of Santa Fé and the Presbyterian Church (USA). Our denomination has consistently and historically expressed support for the values, safety, gifts, and perspective for immigrants of all nations, and has also called for the ongoing support and protection of DACA recipients. By signing on to the Amicus Brief, we reiterate our belief that justice and peace are served when the rights of all people—especially vulnerable people, including immigrants and refugees, are protected.