# APPENDIX A

*Amici* include the following legal services organizations:

**Asian Law Alliance** is a community law office that provides individual legal assistance, community legal education, and community advocacy in the Asian Pacific Islander community and immigrant community in the County of Santa Clara, California.  Asian Law Alliance helps individuals, especially those who have limited English proficiency, obtain justice in the immigration system.

**Brooklyn Defender Services** (BDS) provides multi-disciplinary and client-centered criminal, family, and immigration defense, as well as civil legal services, social work support and advocacy, in nearly 40,000 cases in Brooklyn every year.  In 2016 alone, BDS handled more than 1,500 immigration matters across a full spectrum of services, including removal defense and DACA applications.

**Canal Alliance** provides comprehensive immigration legal services in Marin County, California, and strives to eliminate barriers to legal integration for the low-income immigrant population.  Canal Alliance provides legal consultations and educational programs to ensure its clients receive the resources and support they need while developing critical skills for long-term success.

**Centro Legal de la Raza** is a comprehensive legal services organization that protects and advances the rights of immigrant, low-income, and Latino communities in northern California through bilingual legal representation, education, and advocacy.  Centro Legal de la Raza's immigration practice focuses on serving the needs of the most vulnerable community members, including undocumented immigrants, families, and DACA recipients.

**Children's Law Center of Massachusetts** (CLCM) provides legal representation to low-income children and youth throughout the Commonwealth in child welfare, education, immigration, delinquency, and mental health matters. CLCM's immigration practice focuses on serving the needs of the most vulnerable children and youth of our communities, including unaccompanied minors, children seeking asylum, and DACA recipients.

**Community Legal Services in East Palo Alto** (CLSEPA) provides legal services to low-income individuals and families in East Palo Alto, California, and beyond.  Its practice areas include immigration, housing, workers' rights, and records clearance.  CLSEPA provides immigration services to low-income families and youth, and has focused on navigating complex petitions for DACA.

**Dolores Street Community Services** strives to improve individuals' lives and affect broader social change through advocacy and community organizing efforts.  Dolores Street Community Services' Deportation Defense & Legal Advocacy Program specializes in deportation defense in complex cases, and provides legal services to other immigrant community members, including DACA recipients.

**East Bay Sanctuary Covenant** provides protection and advocacy to low-income and indigent refugees and immigrants.  East Bay Sanctuary Covenant provides immigrants and refugees with

a variety of legal services and representation, including DACA applications, and also provides educational programs to educate and assist clients to advocate for their own rights.

**Heartland Alliance's National Immigrant Justice Center** (NIJC) provides direct legal services to and advocates for immigrants, refugees, and asylum seekers. NIJC engages in policy reform, impact litigation, and public education by blending individual client advocacy with broad-based systemic change. NIJC attorneys provide consultation and legal representation in a wide variety of immigration matters, including DACA applications.

**Hebrew Immigrant Aid Society (HIAS) Pennsylvania** provides services to more than 2,500 persons per year and have served immigrants and refugees for 135 years. HIAS Pennsylvania's legal services program serves immigrant youth through its immigrant youth advocacy initiative, its immigrant victims of domestic violence initiative, and its Latino Outreach Immigration Services initiative. Through these initiatives, HIAS has assisted DACA-eligible youth in applying for DACA when no other remedies were available.

**Immigrant Legal Resource Center** (ILRC) is a national nonprofit resource center that provides immigration legal trainings, technical assistance, and educational materials. ILRC attorneys conduct trainings and provide technical support to immigration practitioners assisting individuals in the DACA application process, and advocate at the federal level for a broadly inclusive DACA program.

**Justice Center of Southeast Massachusetts** provides legal services to low-income individuals throughout southeastern Massachusetts. The Justice Center provides services across a broad range of legal issues including housing, education, family law, benefits, and immigration. The immigration unit works with low-income immigrants, including those facing deportation, on a variety of relief applications including DACA.

**Just Neighbors** provides immigration legal services, including assistance with DACA applications, to low-income immigrants and refugees in northern Virginia, especially to those who are most vulnerable. Just Neighbors partners with other nonprofit organizations, community volunteers, and pro bono attorneys to empower their clients and educate the community about current immigration laws and policies.

**Legal Aid Justice Center** (LAJC) provides legal advice, referrals, and direct legal representation to thousands of low-income individuals in Virginia. Since 2012, LAJC has helped over 300 immigrant youth obtain or renew DACA. LAJC also brought a lawsuit that ultimately led to the Commonwealth of Virginia recognizing in-state tuition status for DACA beneficiaries, and helped dozens of DACA students with related problems such as access to education and in-state tuition, drivers' licenses, employment issues, and access to housing and credit.

**The Legal Aid Society of San Mateo County** (LASSMC) provides legal services to San Mateo County, California residents in areas including housing, health, public benefits, education, domestic violence, and immigration. Through the Linking Immigrants to Benefits, Resources & Education (LIBRE) project, LASSMC collaborates with community partners to educate the immigrant community about safety net services and immigration opportunities. LASSMC helps

teen parent families, youth, and other low-income immigrants apply for DACA and other forms of immigration relief.

**Legal Services for Children** (LSC) provides free legal representation and assistance to children and youth in northern California, working to empower clients and actively involve them in critical decisions that impact their lives.  LSC represents youth, including DACA recipients, in immigration cases.

**Massachusetts Law Reform Institute** (MLRI) advances economic, racial, and social justice through legal action, policy advocacy, coalition building, and community outreach. MLRI's legal initiatives include litigation and administrative advocacy to ensure access to in-state tuition, state merit scholarships, and state financial aid for college-bound DACA recipients as well as training and technical assistance for legal services lawyers who represent DACA recipients.

**National Justice for Our Neighbors** provides free or low-cost immigration legal services for low-income immigrants. National Justice for Our Neighbors supports seventeen Justice for Our Neighbors sites across the country and operates more than 40 clinics nationally.  Attorneys assist clients with deportation defense and applications for asylum, DACA, family-based visas, Special Immigrant Juvenile Status, and U visas.

**New York Legal Assistance Group** (NYLAG) provides legal assistance to New York City's poor and near poor in the areas of government benefits, family law, immigration, disability rights, housing law, special education, and consumer debt, among others.  NYLAG's Immigrant Protection Unit (IPU) provides individuals in New York's low-income immigrant communities, including DACA recipients, with assistance securing or continuing lawful status in the United States.

**Northwest Immigrant Rights Project** advocates for immigrants in Washington State through direct legal services, systemic advocacy, and community education.  Northwest Immigrant Rights Project provides legal representation in areas such as asylum, DACA, family-based petitions, U visas for survivors of domestic violence and other crimes, naturalization, Special Immigrant Juvenile Status, and deportation defense.

**OneJustice** serves as an innovation lab on legal services and works with law schools and students, the private legal sector, and legal service nonprofits to provide legal assistance to those in need.  OneJustice programs include pro bono projects to bring immigration legal services to immigrants, including DACA-eligible youth, living in rural communities.

**Rocky Mountain Immigrant Advocacy Network** (RMIAN) works to ensure equal access to justice for adults in immigration detention and for immigrant children in Colorado and the Mountain West region.  Its DACA Project provides outreach about DACA and quality legal representation to DACA-eligible youth.

**Services, Immigrant Rights, and Education Network** (SIREN) empowers low-income immigrants and refugees in Silicon Valley through legal services, policy advocacy, community education, and community organizing.  Through its Immigration Legal Services Program (ILSP), SIREN provides consultations and application assistance in a wide range of immigration areas, including DACA renewals, family-based petitions, removal defense, and U visas.