UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Defendants. | Case No. 1:17-cv-05228-NGG-JO<br><br><br>**NOTICE OF APPEARANCE OF WILLIAM D. COSTON** |

**TO THE COURT AND ABOVE-CAPTIONED PARTIES:**

　　**PLEASE TAKE NOTICE** that William D. Coston, of Venable LLP, 600 Massachusetts Ave NW, Washington, DC, 2001, shall appear as counsel for *Amicus Curiae* the Lawyers' Committee for Civil Rights Under Law in the above-captioned matter.

Dated: December 27, 2017
　　　　Washington, DC

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: */s/ William D. Coston*_____
　　　　　　　　　　　　　　　　　　　　William D. Coston
　　　　　　　　　　　　　　　　　　Venable LLP
　　　　　　　　　　　　　　　　　　600 Massachusetts Ave NW
　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　Telephone:  202.344.4000
　　　　　　　　　　　　　　　　　　Fax:  202.344.8300
　　　　　　　　　　　　　　　　　　E-Mail: WDCoston@Venable.com

TO: All Counsel of Record
**(BY ECF)**