UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>          Plaintiffs,<br><br>      v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>          Defendants. | Case No. 1:17-cv-05228-NGG-JO<br><br><br><br>**NOTICE OF APPEARANCE OF MARTIN L. SAAD** |

**TO THE COURT AND ABOVE-CAPTIONED PARTIES:**

**PLEASE TAKE NOTICE** that Martin L. Saad, of Venable LLP, 600 Massachusetts Ave NW, Washington, DC, 2001, shall appear as counsel for *Amicus Curiae* the Lawyers' Committee for Civil Rights Under Law in the above-captioned matter.

Dated:  December 27, 2017
      Washington, DC

                    Respectfully submitted,

                    By: */s/ Martin L. Saad*_____
                      Martin L. Saad
                    Venable LLP
                    600 Massachusetts Ave NW
                    Washington, DC 20001
                    Telephone:  202.344.4000
                    Fax:  202.344.8300
                    E-Mail: MLSaad@Venable.com

TO:    All Counsel of Record
        **(BY ECF)**