UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

State of New York, et al.                    AFFIDAVIT OF <u>Danielle Gray</u>
                                             IN SUPPORT OF MOTION TO
v.                                           ADMIT COUNSEL *PRO HAC*
                                             *VICE*
Donald Trump, et al.                         1:17-cv-05228

-----------------------------------------------------------------X

<u>      Danielle Gray          </u>, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of <u>   O'Melveny & Myers LLP         </u>.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of <u>  New York                        </u>.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **have not** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]_____

_____

_____

_____

6. I [circle one] **have** or **have not** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]_____

_____

_____

_____

1

7.      Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/Defendant <u>Amici Eighteen Universities</u> .

Dated: <u>12/28/17</u>

*[Signature]*

Signature of Movant
Firm Name <u>O'Melveny & Myers LLP</u>
Address <u>7 Times Square</u>
<u>         New York, NY 10036</u>
Email <u>jsokoler@omm.com</u>
Phone <u>212-326-2000</u>

MAUREEN DEVANE
Notary Public, State of New York
No. 01DE6092988
Qualified in Bronx County
Commission Expires 5/27/2019

NOTARIZED

*[Signature: Maureen Devane]*