UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

State of New York, et al.

v.

Donald Trump, et al.

-----------------------------------------------------------X

AFFIDAVIT OF Jennifer Sokoler IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*
1:17-cv-05228

Jennifer Sokoler, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of O'Melveny & Myers LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of New York.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **have not** [circled] been convicted of a felony. [If you circled "have," please describe facts and circumstances.] ______________________________

6. I [circle one] **have** or **have not** [circled] been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.] ______________________________

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for ~~Plaintiff/Defendant~~ Amici Eighteen Universities.

Dated: 12/27/2017

Signature of Movant
Firm Name O'Melveny & Myers LLP
Address 7 Times Square
New York, NY 10036
Email jsokoler@omm.com
Phone 212-326-2000

NOTARIZED

MAUREEN DEVANE
Notary Public, State of New York
No. 01DE6092988
Qualified in Bronx County
Commission Expires 5/27/2019