**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*, | |
| Plaintiffs, | |
| v. | No. 16-cv-4756 (NGG) (JO) |
| KIRSTJEN M. NIELSEN, in her official capacity as Secretary of Homeland Security, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, | |
| Plaintiffs, | |
| v. | No. 17-cv-5228 (NGG) (JO) |
| DONALD TRUMP, in his official capacity as President of the United States, *et al.*, | |
| Defendants. | |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of all Defendants.

RACHAEL WESTMORELAND
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Room 6143
Washington, D.C. 20530
(202) 514-1280
rachael.westmoreland@usdoj.gov

Dated: December 28, 2017                Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

BRIDGET M. ROHDE
Acting United States Attorney

BRETT A. SHUMATE
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Branch Director

BRAD P. ROSENBERG
Senior Trial Counsel

*/s/ Rachael L. Westmoreland*
RACHAEL L. WESTMORELAND
(GA Bar #539498)
STEPHEN M. PEZZI
KATE BAILEY
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel.:  (202) 514-1280
Fax:  (202) 616-8470
Email: rachael.westmoreland@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY  11201
Tel:  (718) 254-6288
Fax:  (718) 254-7489
Email:  joseph.marutollo@usdoj.gov

*Counsel for Defendants*