STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ERIC T. SCHNEIDERMAN**
 ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU
LOURDES M. ROSADO, BUREAU CHIEF

December 29, 2017

**BY ELECTRONIC FILING**
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
United States Courthouse
Room 1416 S
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    *New York et al. v. Trump et al.*, 17-cv-5228
             Format for January 18, 2018 oral argument

Dear Judge Garaufis:

      Plaintiff States in the above-captioned matter write this letter to request clarification on certain logistics for the oral argument scheduled for January 18, 2018 on the pending motions in these matters.[1] In order to be fully prepared to present argument in the format most helpful to the Court, Plaintiff States respectfully request guidance on the following questions:

- The start time of the hearing;
- The order in which the pending motions will be heard;
- The time allocated for each motion to be heard; and
- The overall format of the argument. Specifically, will the Court follow a traditional argument format—i.e., the movant argues first, then the opposing party, and the movant has the opportunity for rebuttal—for each of the pending motions? Or does the Court plan to follow another format?

---

[1] Currently pending before the Court are the motions in the above-captioned matter, as well as in *Batalla Vidal et al., v. Baran et al.*, 16-cv-04756. Specifically, both Plaintiffs' motions for a preliminary injunction; the *Batalla Vidal* Plaintiffs' motion for class certification; and Defendants' motions to dismiss both matters for failure to state a claim.

    Plaintiff States appreciate any guidance Your Honor can provide on these questions as this information will allow us to prepare so as to make the best use of the Court's time. The *Batalla Vidal* Plaintiffs and Defendants do not object to this request.

    Thank you.

                                      Respectfully submitted,

                                      */s Lourdes M. Rosado*
                                    Lourdes M. Rosado
                                    Bureau Chief, Civil Rights Bureau
                                    New York State Office of the Attorney General
                                    120 Broadway, 23rd Floor
                                    New York, New York 10271
                                    (212) 416-8252 Direct
                                    (212) 416-6030 Fax
                                    E-mail Address: Lourdes.Rosado@ag.ny.gov

                                    *Counsel for Plaintiff States*

cc:     Counsel for *Batalla Vidal* Plaintiffs (By ECF)
          Counsel for Defendants (By ECF)