STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ERIC T. SCHNEIDERMAN**
 ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU
LOURDES M. ROSADO, BUREAU CHIEF

December 30, 2017

**BY ELECTRONIC FILING**
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
United States Courthouse
Room 1416 S
225 Cadman Plaza East
Brooklyn, New York 11201

    RE:   *New York et al. v. Trump et al.,* **17-cv-5228 (NGG) (JO)**

Dear Judge Garaufis:

    Earlier this morning, Plaintiffs in *Batalla Vidal, et al., v. Nielsen, et al.*, 16-cv-4756 (NGG) (JO) filed a letter with the Court (16-cv-4756, ECF 221), in response to Defendants' motion to stay discovery and record completion pending disposition of their motion to certify in the *Batalla Vidal* and *State of New York v. Trump* matters (16-cv-4756, ECF No. 220; 17-cv-5228, ECF 186).

    Plaintiff States now write to advise the Court that we join in the position and representations articulated in the letter filed by the *Batalla Vidal* Plaintiffs (16-cv-4756, ECF 221) with respect to Defendants' motion.

    Thank you.

       Respectfully submitted,

       */s Lourdes M. Rosado*
       Lourdes M. Rosado
       Bureau Chief, Civil Rights Bureau
       New York State Office of the Attorney General
       120 Broadway, 23rd Floor
       New York, New York 10271
       (212) 416-8252 Direct
       (212) 416-6030 Fax
       E-mail Address: Lourdes.Rosado@ag.ny.gov

       *Counsel for Plaintiff States*

cc:    Counsel for *Batalla Vidal* Plaintiffs (By ECF)
       Counsel for Defendants (By ECF)