# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

STATE OF NEW YORK, et al.,
          *Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,
          *Defendants*.

Case No. 1:17-cv-5228-NGG-JO

## NOTICE OF APPEARANCE OF DEEPAK GUPTA

Please take notice that Deepak Gupta, attorney at Gupta Wessler PLLC, enters his appearance as counsel for *Amici Curiae* Service Employees International Union, American Federation of State, County and Municipal Employees, United Farm Workers of America, Communications Workers of America, and International Union of Painters and Allied Trades.

January 2, 2018

Respectfully submitted,

*/s/Deepak Gupta*
Deepak Gupta
GUPTA WESSLER PLLC
1900 L Street, N.W., Suite 312
Washington, D.C. 20036
(202) 888-1741
(202) 888-7792 (fax)
*deepak@guptawessler.com*

To: All Counsel of Record via ECF