UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Sameer P. Sheikh

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE
1:17-cv-05228

-----------------------------------------------------------X

TO:   ~~Opposing Counsel~~
      All Counsel of Record

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of __Venable LLP__ and a member in good standing of the bar(s) of the State(s) of __the District of Columbia__, as attorney pro hac vice to argue or try this case in whole or in part as counsel for ~~Plaintiff/Defendant~~ Amicus __Lawyers' Committee for Civil Rights Under Law__. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: January 3, 2018

[signature]

Signature of Movant
Firm Name  Venable LLP
Address    600 Massachusetts Ave NW
           Washington, DC 20001
Email      SPSheikh@Venable.com
Phone      (202) 344-4000

District of Columbia: SS
Subscribed and sworn to before me, in my presence, this __3__ day of __January__, 2018.

Cheryl Y. Cross, Notary Public, D.C.
My commission expires February 28, 2022.