UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>               Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>               Defendants. | Case No. 1:17-cv-05228-NGG-JO<br><br>**AFFIDAVIT OF SAMEER P. SHEIKH IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Sameer P. Sheikh, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Venable LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

1

5. I **have not** been convicted of a felony.

6. I **have not** been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Amicus, Lawyers' Committee for Civil Rights Under Law.

Dated: January 3, 2018

**VENABLE LLP**

By: _____
Sameer P. Sheikh
600 Massachusetts Ave NW
Washington, DC 20001
Tel: 202.344.4000
Fax: 202.344.8300
Email: SPSheikh@Venable.com

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this 3 day of January, 2018

Cheryl Y. Cross, Notary Public, D.C.
My commission expires February 28, 2022.

2