# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, *et al.*, <br><br> Defendants. | Case No. 1:17-CV-05228 (NGG) (JO) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Danielle Gray of O'Melveny & Myers LLP enters her appearance as counsel for *amici* Brown University, California Institute of Technology, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, George Washington University, Georgetown University, Harvard University, Massachusetts Institute of Technology, Northwestern University, Stanford University, University of Chicago, University of Pennsylvania, Vanderbilt University, Washington University in St. Louis, and Yale University in connection with the above-captioned matter.

Dated: January 3, 2018  
       New York, New York

Respectfully submitted:

By: /s/ Danielle Gray  
    Danielle Gray  
    O'Melveny & Myers LLP  
    7 Times Square  
    New York, New York 10036  
    Tel:  (212) 326-2000  
    Fax:  (212) 326-2061  
    E-Mail: dgray@omm.com

    *Attorneys for Amici*