UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                              Plaintiffs,<br><br>           v.<br><br>DONALD TRUMP, *et al.*,<br><br>                              Defendants. | Case No. 1:17-CV-05228 (NGG) (JO) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jennifer Sokoler of O'Melveny & Myers LLP enters her appearance as counsel for *amici* Brown University, California Institute of Technology, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, George Washington University, Georgetown University, Harvard University, Massachusetts Institute of Technology, Northwestern University, Stanford University, University of Chicago, University of Pennsylvania, Vanderbilt University, Washington University in St. Louis, and Yale University in connection with the above-captioned matter.

Dated: January 3, 2018
       New York, New York

Respectfully submitted:

By:  /s/ Jennifer Sokoler
     Jennifer Sokoler
     O'Melveny & Myers LLP
     7 Times Square
     New York, New York 10036
     Tel:  (212) 326-2000
     Fax:  (212) 326-2061
     E-Mail: JSokoler@omm.com

*Attorneys for Amici*