

**U.S. Department of Justice**
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530

January 3, 2018

**By ECF and Fax**
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  *Batalla Vidal, et al., v. Nielsen, et al.*, 16-cv-4756 (NGG) (JO)
           *State of New York, et al., v. Trump, et al.*, 17-cv-5228 (NGG) (JO)

Dear Judge Garaufis:

    This evening, the *Batalla Vidal* Plaintiffs filed their brief in opposition to Defendants' motion for certification of an interlocutory appeal and for a stay of discovery and record-supplementation in the above-captioned matters. Plaintiffs in the *State of New York* matter will presumably file their own brief shortly. As a courtesy, Defendants write to notify the Court of Defendants' intent to file a reply brief in support of their motion, pursuant to Local Civil Rule 6.1(b)(3), by no later than this Friday, January 5. Defendants intend to file one combined reply brief and, pursuant to this Court's individual rules, it will not exceed 10 pages.

    Defendants thank the Court for consideration of this matter.

                                 Respectfully submitted,

                                 CHAD A. READLER
                                 Acting Assistant Attorney General

                                 BRIDGET M. ROHDE
                                 Acting United States Attorney

                                 BRETT A. SHUMATE
                                 Deputy Assistant Attorney General

                                 JENNIFER D. RICKETTS
                                 Director, Federal Programs Branch

                                 JOHN R. TYLER
                                 Assistant Branch Director

                                 BRAD P. ROSENBERG
                                 Senior Trial Counsel

        */s/ Stephen M. Pezzi*
        STEPHEN M. PEZZI (D.C. Bar #995500)
        RACHAEL L. WESTMORELAND
        KATE BAILEY
        Trial Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., N.W.
        Washington, DC  20530
        Tel.:  (202) 305-8576
        Fax:  (202) 616-8470
        Email: stephen.pezzi@usdoj.gov

        JOSEPH A. MARUTOLLO
        Assistant U.S. Attorney
        United States Attorney's Office
        Eastern District of New York
        271-A Cadman Plaza East, 7th Floor
        Brooklyn, NY  11201
        Tel:  (718) 254-6288
        Fax:  (718) 254-7489
        Email:  joseph.marutollo@usdoj.gov

        *Counsel for Defendants*

CC:

All Counsel of Record (by ECF)