UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STATES OF NEW YORK, MASSACHUSETTS,
WASHINGTON, COLORADO,
CONNECTICUT, DELAWARE, DISTRICT OF
COLUMBIA, HAWAII, ILLINOIS, IOWA,
NEW MEXICO, NORTH CAROLINA,
OREGON, PENNSYLVANIA, RHODE
ISLAND, VERMONT, and VIRGINIA,

           Plaintiffs,

        v.

DONALD TRUMP, in his official capacity as
President of the United States; U.S.
DEPARTMENT OF HOMELAND SECURITY;
ELAINE C. DUKE, in her official capacity; U.S.
CITIZENSHIP AND IMMIGRATION
SERVICES; U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT; and the UNITED
STATES OF AMERICA,

           Defendants.

Case No. 1:17-cv-05228-NGG-JO


**NOTICE OF APPEARANCE
OF SAMEER P. SHEIKH**

**TO THE COURT AND ABOVE-CAPTIONED PARTIES:**

     **PLEASE TAKE NOTICE** that Sameer P. Sheikh, Esq., of Venable LLP, 600

Massachusetts Ave NW, Washington, DC, 2001, shall appear as counsel for *Amicus Curiae* the

Lawyers' Committee for Civil Rights Under Law in the above-captioned matter.

Dated: January 4, 2018
       Washington, DC

                Respectfully submitted,

                By: */s/ Sameer P. Sheikh*_____
                   Sameer P. Sheikh
                Venable LLP
                600 Massachusetts Ave NW
                Washington, DC 20001
                Telephone:  202.344.4000
                Fax:  202.344.8300
                E-Mail: SPSheikh@Venable.com

TO:     All Counsel of Record
        **(BY ECF)**