

**U.S. Department of Justice**
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530

January 8, 2018

**By ECF and Fax**
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re:  *Batalla Vidal, et al., v. Nielsen, et al.* 16-cv-4756 (NGG) (JO)
     *State of New York, et al. v. Trump, et al.*, 17-cv-5228 (NGG) (JO)

Dear Judge Garaufis:

  Pursuant to the briefing schedule set by this Court, Defendants will file one combined brief in opposition to Plaintiffs' motions for a preliminary injunction (*Batalla Vidal* ECF No. 123; *State of New York* ECF No. 96) no later than January 13, 2018. Defendants respectfully request permission to exceed by up to 25 pages this Court's presumptive 25-page limit. This page enlargement is necessary in order for Defendants to fully present their arguments in these cases, in response to separate memoranda from each group of Plaintiffs (each of whom received an extension to 40 pages for their motions). Defendants do not expect their combined opposition memorandum to exceed 50 pages. Plaintiffs consent.

  Defendants thank the Court for its consideration of this request.

            Respectfully submitted,

            CHAD A. READLER
            Acting Assistant Attorney General

            RICHARD P. DONOGHUE
            United States Attorney

            BRETT A. SHUMATE
            Deputy Assistant Attorney General

            JENNIFER D. RICKETTS
            Director, Federal Programs Branch

            JOHN R. TYLER
            Assistant Branch Director

        BRAD P. ROSENBERG
        Senior Trial Counsel

        */s/ Stephen M. Pezzi*
        STEPHEN M. PEZZI (D.C. Bar #995500)
        KATE BAILEY
        RACHAEL L. WESTMORELAND
        Trial Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., N.W.
        Washington, DC  20530
        Tel.:  (202) 305-8576
        Fax:  (202) 616-8470
        Email: stephen.pezzi@usdoj.gov

        JOSEPH A. MARUTOLLO
        Assistant U.S. Attorney
        United States Attorney's Office
        Eastern District of New York
        271-A Cadman Plaza East, 7th Floor
        Brooklyn, NY  11201
        Tel:  (718) 254-6288
        Fax:  (718) 254-7489
        Email:  joseph.marutollo@usdoj.gov

        *Counsel for Defendants*

CC:

All Counsel of Record (by ECF)