# CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2018, a true and correct copy of the foregoing was filed electronically: Memorandum of Law in Opposition to Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6). Notice of this filing will be sent by electronic mail to all parties by the operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Lourdes M. Rosado
Bureau Chief, Civil Rights Bureau
New York State Office of the Attorney General
120 Broadway, 23rd Floor
New York, New York 10271
(212) 416-8252 Direct
(212) 416-6030 Fax
E-mail Address: Lourdes.Rosado@ag.ny.gov