

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ERIC T. SCHNEIDERMAN**
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU
LOURDES M. ROSADO, BUREAU CHIEF

January 25, 2018

**BY ELECTRONIC FILING**
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
United States Courthouse
Room 1416 S
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    *New York et al. v. Trump et al., 17-cv-5228*
                *Batalla Vidal et al., v. Baran et al., 16-cv-04756*

Dear Judge Garaufis:

Plaintiffs in the above-captioned matters write to inform this Court of recent developments in the Second Circuit, and to respectfully urge this Court to proceed with the motions hearing currently scheduled for January 30, 2018. All parties have advised the Second Circuit in their filings that it should hold the petition for interlocutory review in abeyance in order to give this Court an opportunity to decide Plaintiffs' motions for preliminary injunction and Defendants' motions to dismiss. *See Trump, et al., v. N.Y, et al.*, Resp't States' Mem. of Law in Resp., Nos. 18-123, ECF. No. 12 (2d Cir. Jan. 20, 2018); Resp'ts' Opp., No. 18-122, ECF. No. 13 (2d Cir. Jan. 19, 2018); Pets.' Reply, Nos. 18-122 & 18-123, ECF. No. 16 (2d Cir. Jan. 24, 2018). The Second Circuit has notified us that it has removed this case from the argument calendar and will be taking the matter on submission.

                                      Respectfully submitted,

                                      */s Lourdes M. Rosado*
                                      Lourdes M. Rosado
                                      Bureau Chief, Civil Rights Bureau
                                      New York State Office of the Attorney General

        120 Broadway, 23rd Floor
        New York, New York 10271
        Phone: (212) 416-8252
        E-mail Address: Lourdes.Rosado@ag.ny.gov

*Counsel for Plaintiff States*

Karen C. Tumlin, Esq.
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd., #108-62
Los Angeles, CA 90070
Phone: (213) 639-3900

David Chen, Law Student Intern
Muneer I. Ahmad, Esq.
Marisol Orihuela, Esq.
Michael J. Wishnie, Esq.
JEROME N. FRANK LEGAL SVCS. ORG.
Phone: (203) 432-4800

*Counsel for Batalla Vidal Plaintiffs*

cc: Counsel for Defendants (by ECF)