UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

New York, et al. v. Donald J. Trump, et al.

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE
NO. 1:17-cv-05228 (NGG) (JO)

------------------------------------------------------------X

TO:   Opposing Counsel
      U.S. Department of Justice
      950 Pennsylvania Ave, NW, Washington DC 20530

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, an attorney in the Office of the Attorney General for the District of Columbia and a member in good standing of the bar of the District of Columbia, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff the District of Columbia. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

Dated: 2/23/18

_____
VALERIE M. NANNERY
Assistant Attorney General
Office of the Attorney General for
the District of Columbia
Public Advocacy Division
441 4th Street, NW
Suite 600 South
Washington, DC 20001
valerie.nannery@dc.gov
(202) 442-9596