UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,

      Plaintiffs,

v.

DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,

      Defendants.
------------------------------------------------------------X

AFFIDAVIT OF VALERIE M. NANNERY IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

NO. 1:17-cv-05228 (NGG) (JO)

VALERIE M. NANNERY, being duly sworn, hereby deposes and says as follows:

1. I am an Assistant Attorney General with the Office of the Attorney General for the District of Columbia.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the District of Columbia.
4. There are no pending disciplinary proceedings against me in any State or Federal Court.
5. I have not been convicted of a felony.
6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.
7. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate pro hac vice in this one case for Plaintiff the District of Columbia.

1

Dated: 2/23/18

_____
VALERIE M. NANNERY
Assistant Attorney General
Office of the Attorney General for
   the District of Columbia
Public Advocacy Division
441 4th Street, NW
Suite 600 South
Washington, DC 20001
valerie.nannery@dc.gov
(202) 442-9596



Sworn and signed before me this 23RD day of Feby, 2018.

_____, Notary Public

JOAN HUNGERFORD
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires July 31, 2022