UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, *et al.*,<br><br>    Defendants. | Case No. 1:17-CV-05228 (NGG) (JO) |

**NOTICE OF MOTION FOR WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Danielle Gray of O'Melveny & Myers LLP, Danielle Gray hereby respectfully requests permission to withdraw her appearance in the above-captioned case on behalf of *amici* Brown University, California Institute of Technology, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, George Washington University, Georgetown University, Harvard University, Massachusetts Institute of Technology, Northwestern University, Stanford University, University of Chicago, University of Pennsylvania, Vanderbilt University, Washington University in St. Louis, and Yale University.  Other attorneys of the same firm have appeared as counsel on behalf of *amici*, and their representation continues.  A proposed Order is attached.

Dated:     March 12, 2018            Respectfully submitted:

New York, New York

By: <u>/s/ Danielle Gray</u>
Danielle Gray
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Tel:  (212) 326-2000
Fax:  (212) 326-2061
E-Mail: dgray@omm.com

*Attorney for Amici*