UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>　　　　　　　Petitioners,<br><br>　　v.<br><br>DONALD TRUMP, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 1:17-CV-05228 (NGG) (JO) |

DECLARATION OF DANIELLE C. GRAY
IN SUPPORT OF MOTION FOR MOTION FOR WITHDRAWAL OF APPEARANCE

I, Danielle C. Gray, hereby declare as follows:

　　　　1.　　I submit this Declaration in support of the motion for my withdrawal of appearance in the above-captioned matter.

　　　　2.　　I am leaving the law firm O'Melveny & Myers LLP.

　　　　3.　　Other attorneys of the same firm have appeared as counsel on behalf of *amici* Brown University, California Institute of Technology, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, George Washington University, Georgetown University, Harvard University, Massachusetts Institute of Technology, Northwestern University, Stanford University, University of Chicago, University of Pennsylvania, Vanderbilt University, Washington University in St. Louis, and Yale University, and their representation continues.

4. In the above-captioned case, an order granting the Plaintiff's motions for preliminary injunctions has been granted. A notice of interlocutory appeal has been filed.

5. I am not asserting a retaining or charging lien.

6. In view of the foregoing and the accompanying Motion, I respectfully request permission to withdraw my appearance in the above-captioned case.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: March 19, 2018

/s/ Danielle Gray