UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> DONALD TRUMP, *et al.*, <br><br> Defendants. | Case No. 1:17-CV-05228 (NGG) (JO) |

**[PROPOSED] ORDER FOR WITHDRAWAL OF APPEARANCE**

The Court has reviewed the motion that has been filed regarding the withdrawal of Danielle C. Gray as counsel for amici Brown University, California Institute of Technology, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, George Washington University, Georgetown University, Harvard University, Massachusetts Institute of Technology, Northwestern University, Stanford University, University of Chicago, University of Pennsylvania, Vanderbilt University, Washington University in St. Louis, and Yale University.  Upon considering of that motion, the Court hereby removes Ms. Gray as an attorney of record in the above-caption cased.  Attorneys of the same firm have appeared as counsel on behalf of these defendants and their representation continues.

SO ORDERED:

Dated: March ___, 2018
       New York, New York

_____
Honorable Nicholas G. Garaufis
United States District Judge