**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, *et al.*, <br><br> Defendants. | No. 16-cv-4756 (NGG) (JO) |
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, *et al.*, <br><br> Defendants. | No. 17-cv-5228 (NGG) (JO) |

**NOTICE OF MOTION FOR CERTIFICATION OF THIS COURT'S MARCH 29, 2018
ORDER FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law dated April 13, 2018, Defendants in the above-captioned matters will move this Court before the Honorable Nicholas G. Garaufis, United States District Judge, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, to certify its order of March 29, 2018 for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

| | |
|---|---|
| Dated: April 13, 2018 | Respectfully submitted, |
| | CHAD A. READLER<br>Acting Assistant Attorney General |
| | RICHARD P. DONOGHUE<br>United States Attorney |
| | BRETT A. SHUMATE<br>Deputy Assistant Attorney General |
| | JENNIFER D. RICKETTS<br>Director, Federal Programs Branch |
| | JOHN R. TYLER<br>Assistant Branch Director |
| | BRAD P. ROSENBERG<br>Senior Trial Counsel |
| | */s/ Stephen M. Pezzi*<br>STEPHEN M. PEZZI (D.C. Bar #995500)<br>RACHAEL L. WESTMORELAND<br>KATE BAILEY<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W.<br>Washington, DC  20530<br>Tel.:  (202) 305-8576<br>Fax:  (202) 616-8470<br>Email: stephen.pezzi@usdoj.gov |
| | JOSEPH A. MARUTOLLO<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>Eastern District of New York<br>271-A Cadman Plaza East, 7th Floor<br>Brooklyn, NY  11201<br>Tel:  (718) 254-6288<br>Fax:  (718) 254-7489<br>Email:  joseph.marutollo@usdoj.gov |
| | *Counsel for Defendants* |

CC:  All Counsel of Record (by ECF)