**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------
STATE OF NEW YORK et. al,

                Plaintiffs,

v.                                                Civil Action No. 1:17-cv-05228
                                                  (NG) (JO)

DONALD TRUMP et. al,

                Defendants.

-----------------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the downtown Manhattan office of the New York State Attorney General has changed addresses. The new downtown Manhattan address is:

                New York State Office of the Attorney General
                            28 Liberty Street
                            New York, NY 10005

The telephone number and email addresses remain the same.

Dated: April 24, 2018

New York, New York

                                                      ERIC T. SCHNEIDERMAN
                                                      Attorney General of the State of New York
                                                      Attorney for Plaintiff State of New York


                                                      /s/ Lourdes M. Rosado
                                                     Lourdes M. Rosado
                                                     Bureau Chief
                                                     Civil Rights Bureau
                                                     New York State Office of the Attorney General
                                                     28 Liberty Street, 20th floor
                                                     New York, New York 10005
                                                     (212) 416-8252 (telephone)
                                                     (212) 416-6030 (facsimile)
                                                     lourdes.rosado@ag.ny.gov