# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

State of New York, et al.

        Plaintiffs,

v.

Donald Trump, in his official capacity as President of the United States; et al.

        Defendants.

AFFIDAVIT OF
**DEIRDRE MARIE-IHA**
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*
1:17-cv-05228

State of New York
County of Kings

DEIRDRE MARIE-IHA, being duly sworn, hereby deposes and says as follows:

1. I am a deputy attorney general with the Department of the Attorney General, State of Hawaii.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Hawaii.
4. There are no pending disciplinary proceedings against me in any State or Federal Court.
5. I have not been convicted of a felony.
6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.
7. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff State of Hawaii.

Dated: April 24, 2018

Signature of Movant
Firm Name: Department of the Attorney General, State of Hawaii
Address: 425 Queen Street
Honolulu, HI 96813
Email: deirdre.marie-iha@hawaii.gov
Phone: (808) 586-1292