# IN THE SUPREME COURT OF HAWAI‘I

In the Matter of

**DEIRDRE MARIE-IHA**
...................................................................
         Attorney at Law.

## CERTIFICATE OF STANDING

I, J. Takeuchi, clerk of the Supreme Court of the State of Hawai‘i, do hereby certify that **DEIRDRE MARIE-IHA** is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai‘i on **June 18, 2003**. Her current status is active.

         DATED:    Honolulu, Hawai‘i, April 18, 2018.

..............................................................................
                                 Clerk, Supreme Court of Hawai`i