**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| State of New York, et al.<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Donald Trump, in his official capacity as President of the United States; et al.<br><br>　　　　　　Defendants. | AFFIDAVIT OF<br>**DEIRDRE MARIE-IHA**<br>IN SUPPORT OF MOTION TO<br>ADMIT COUNSEL *PRO HAC VICE*<br>1:17-cv-05228 |

State of New York
County of Kings

DEIRDRE MARIE-IHA, being duly sworn, hereby deposes and says as follows:

1. I am a deputy attorney general with the Department of the Attorney General, State of Hawaii.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Hawaii.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7.   Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff State of Hawaii.

Dated: May 9, 2018

Signature of Movant
Firm Name: Department of the Attorney General, State of Hawaii
Address: 425 Queen Street
Honolulu, HI 96813
Email: deirdre.marie-iha@hawaii.gov
Phone: (808) 586-1292

Subscribed and sworn to before me this 9th day of May, 2018.

Carrie H. Sakaida
Notary Public, State of Hawaii
**Carrie H. Sakaida**
My commission expires: 11/2/19

NOTARY PUBLIC CERTIFICATION
Carrie H. Sakaida    First Judicial Circuit
Doc Description  Affidavit of Deirdre Marie-Iha in Support of Motion to Admit Counsel Pro Hac Vice
No of Pages  2   Date of Doc 5/9/18
Carrie H. Sakaida   5/9/18
Notary Signature          Date

2