# IN THE SUPREME COURT OF HAWAI'I

In the Matter of

**DEIRDRE MARIE-IHA**
..............................................................
Attorney at Law.

## CERTIFICATE OF STANDING

I, Jean Kikumoto, clerk of the Supreme Court of the State of Hawai'i, do hereby certify that **DEIRDRE MARIE-IHA** is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai'i on **JUNE 18, 2003**. Her current status is **ACTIVE**. Based on her current status she is considered to be eligible to practice and to be in good standing.

DATED:     Honolulu, Hawai'i, May 8, 2018.

*[signature]*
Clerk, Supreme Court of Hawai`i