UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STATE OF NEW YORK, et al.,

           Plaintiffs,

v.

DONALD TRUMP, et al.,

           Defendants.

Case No. 1:17-CV-05228 (NGG) (JO)

**NOTICE OF MOTION FOR WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Donna H. Kalama, Ms. Kalama respectfully requests permission to withdraw her appearance *pro hac vice* in the above-captioned case on behalf of Plaintiff State of Hawaii. Other attorneys have appeared as counsel on behalf of Plaintiff State of Hawaii, and their representation continues. A proposed Order is attached.

DATED: Honolulu, Hawaii, May 17, 2018.

Respectfully submitted:

By: /s/ Deirdre Marie-Iha
Deirdre Marie-Iha
Deputy Attorney General
State of Hawaii
425 Queen Street
Honolulu, HI 96813
Tel: 808-586-1292
Fax: 808-586-1239
Email: Deirdre.Marie-Iha@hawaii.gov

Attorney for Plaintiff State of Hawaii
*Pro hac vice*

_/s/_

Donna H. Kalama
700 Bishop Street, Suite 1601
Honolulu, HI 96813
Tel: (808) 451-3180
Email: dkalama@fbslawyers.com

Withdrawing Counsel *pro hac vice*

STATE OF HAWAII'S
CONSENT TO WITHDRAWAL

By: _/s/ Russell A. Suzuki_

Russell A. Suzuki
Attorney General of Hawaii

---

United States District Court, Eastern District of New York; *State of New York, et al., v. Donald Trump, et al.*; Case No. 1:17-CV-05228 (NGG) (JO); Notice of Motion for Withdrawal of Appearance.

2