UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 1:17-CV-05228 (NGG) (JO) |

DECLARATION OF DONNA H. KALAMA

IN SUPPORT OF MOTION FOR WITHDRAWAL OF APPEARANCE

I, Donna H. Kalama, hereby declare as follows:

1. I submit this Declaration in support of the motion for withdrawal of my appearance *pro hac vice* in the above-captioned matter.

2. I was permitted by this Court to appear as counsel *pro hac vice* to represent Plaintiff State of Hawaii in this matter by Order entered September 14, 2017.

3. I am no longer employed by the Hawaii Department of the Attorney General and, as a result, will no longer be representing the State of Hawaii in this matter. Other attorneys have made an appearance in this case on behalf of the State of Hawaii, and their representation continues, including representation by Ms. Deirdre Marie-Iha who made an appearance *pro hac vice* on May 14, 2018, Dkt. 223.

4.  In the above-captioned case, an order granting the Plaintiffs' motion for preliminary injunction has been granted. A notice of interlocutory appeal has been filed by Defendants.

5.  I am not asserting a retaining or charging lien.

6.  In view of the foregoing and the accompanying motion, I respectfully request permission to withdraw my appearance *pro hac vice* in the above- captioned case.

7.  A copy of this motion will be served upon the Attorney General of Hawaii, who has consented to my withdrawal as counsel.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, May 17, 2018.

_____
DONNA H. KALAMA