UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br>　　　　　　　　Plaintiffs, <br><br>　　v. <br><br><br>DONALD TRUMP, *et al.*, <br><br>　　　　　　　　Defendants. | Case No. 1:17-CV-05228 (NGG) (JO) |

**[PROPOSED] ORDER TERMINATING APPEARANCE**

　　The Court has reviewed the motion that has been filed regarding the withdrawal of Donna H. Kalama as counsel *pro hac vice* for Plaintiff State of Hawaii. Upon consideration of that motion, the Court hereby terminates Ms. Kalama as an attorney of record in the above-captioned case. Other counsel have appeared in this matter on behalf of Plaintiff State of Hawaii and their representation continues.

SO ORDERED:

Dated: May ___, 2018　　　　　　　　　　　　_____
　　　　　New York, New York　　　　　　　Honorable Nicholas G. Garaufis
　　　　　　　　　　　　　　　　　　　　　United States District Judge