UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
State of New York et al.
                              Plaintiffs,     AFFIDAVIT OF JACQUELINE MELMED
                                             IN SUPPORT OF MOTION TO
Donald Trump, in his official capacity as     ADMIT COUNSEL *PRO HAC VICE*
President of the United States et al.           Case No. 1:17-CV-5228
                              Defendants.
-----------------------------------------------------------X

Jacqueline Melmed, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Colorado Governor's Office of Legal Counsel

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of Colorado.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **have not** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]

6. I [circle one] **have** or **have not** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff State of Colorado.

Dated: 5/29/2018

Signature of Movant
Firm Name: Governor's Office of Legal Counsel
Address: 200 E. Colfax Avenue,
      Suite 136, Denver, Colorado 80203
Email: Jackic.Melmed@state.co.us
Phone: 303-866-6390

NOTARIZED

GINA ATENCIO
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154037316
MY COMMISSION EXPIRES SEPT. 21, 2019

2