UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
State of New York et al.

                              Plaintiffs,

Donald Trump, in his official capacity as
President of the United States et al.

                              Defendants.
-----------------------------------------------------------X

Case No. 1:17-CV-5228

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

Jacqueline Cooper Melmed

TO:    Opposing Counsel
         Counsel for Donald Trump, in his official capacity as
         President of the United States et al.

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Colorado Governor's Office of Legal Counsel and a member in good standing of the bar(s) of the State(s) of Colorado, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff State of Colorado. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 5/29/2018

Respectfully submitted,

_____
Signature of Movant
Firm Name: Colorado Governor's Office of Legal Counsel
Address: 200 E. Colfax Avenue, Suite 136
Denver, Colorado 80203
Email: JackiC.Melmed@state.co.us
Phone: 303-866-6390