AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| State of New York et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:17-cv-05228-NGG-JO |
| Donald Trump et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Colorado

Date:  06/13/2018

*Attorney's signature*

Jacqueline C. Melmed, #35066
*Printed name and bar number*

Colorado Governor's Office of Legal Counsel
200 E. Colfax Avenue, Suite 136
Denver, CO  80203

*Address*

JackiC.Melmed@state.co.us
*E-mail address*

(303) 866-6390
*Telephone number*

*FAX number*