# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

IN RE: NEW YORK v., et. al.

**NOTICE OF WITHDRAWAL OF COUNSEL**

CIVIL ACTION NO. 1:17-cv-05228-NGG-JO

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that 1, Diane O. Lucas, will no longer be representing Plaintiff States in this matter as I am no longer employed at the New York State Office of the Attorney General, and should be withdrawn as counsel of record in this matter. The New York State Office of the Attorney General continues to serve as counsel in this matter.

Dated: July13, 2018

Respectfully submitted,

/s Diane Lucas
Diane Lucas
615 Willoughby Avenue
Brooklyn NY 11206
Tel: 612-349-8500
Diane.o.lucas@gmail.com


**SO ORDERED**


DATE: _____      _____

Judge Nicholas G. Garaufis