

**Proskauer»**   Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

August 20, 2018

Shiloh A. Rainwater
Attorney at Law
d +1.212.969.3563
f 212.969.2900
srainwater@proskauer.com
www.proskauer.com

The Honorable Nicholas G. Garaufis
United States District Court
225 Cadman Plaza E
Brooklyn, New York

Re: *__State of New York et al v. Donald Trump et al__*, Case No. **17-cv-05228**

Dear Judge Garaufis

In accordance with Local Rule 1.4, I am writing to inform the Court that I seek to withdraw my appearance on behalf of New York University - *amicus curiae* due to my departure from Proskauer Rose LLP (counsel for New York University - *amicus curiae*). New York University - *amicus curiae* will continue to be represented by Steven E. Obus for Proskauer Rose LLP whose appearance is on file with the Court.

Thank you for your consideration.

Respectfully submitted,

Shiloh A. Rainwater