UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>Defendants. | CIVIL ACTION NO. 1:17-cv-05228-NGG-JO |

### NOTICE OF WITHDRAWAL

Please enter the withdrawal of Shiloh A. Rainwater of Proskauer Rose LLP as counsel of record for New York University - *amicus curiae* in this action. Steven E. Obus will remain as counsel of record for New York University - *amicus curiae*.

Dated: August 20, 2018

Respectfully submitted,

PROSKAUER ROSE LLP

By: _____
Shiloh A. Rainwater (*pro hac vice*)
Eleven Times Square
New York, New York 10036
(212) 969-3000
SRainwater@proskauer.com

1