UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| State of New York, et al., | NOTICE OF MOTION |
| Plaintiffs, | TO ADMIT COUNSEL |
| | *PRO HAC VICE* |
| v. | 1:17-cv-05228 |
| Donald Trump, in his official capacity as President of the United States; et al., | |
| Defendants. | |

---

TO:  Opposing Counsel
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of <u>Department of Attorney General, State of Hawaii</u> and a member in good standing of the bar(s) of the State(s) of <u>Hawaii</u>, as attorney pro hac vice to argue or try this case in whole or in

739860_1.DOC

part as counsel for Plaintiff/Defendant State of Hawaii. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

Dated: August 21, 2018

_____
Signature of Movant
Firm Name: Department of the Attorney General,
                State of Hawaii
Address: 425 Queen Street
             Honolulu, Hawaii 96813
Email: Robert.T.Nakatsuji@hawaii.gov
Phone: (808) 586-1360

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

State of New York, et al.,

            Plaintiffs,

v.

Donald Trump, in his official capacity as President of the United States; et al.,

           Defendants.

AFFIDAVIT OF
**ROBERT T. NAKATSUJI**
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*

1:17-cv-05228

---

State of New York
County of Kings

ROBERT T. NAKATSUJI, being duly sworn, hereby deposes and says as follows:

1. I am a deputy attorney general with the Department of the Attorney General, State of Hawaii.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in goodstanding of the Bar of the State of Hawaii.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

739860_1.DOC

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff State of Hawaii.

Dated:  August 21, 2018

_____
Signature of Movant
Firm Name:  Department of the Attorney General,
                  State of Hawaii
Address:  425 Queen Street
             Honolulu, Hawaii  96813
Email:  Robert.T.Nakatsuji@hawaii.gov
Phone:  (808) 586-1360

Subscribed and sworn to before me
This 21st day of August, 2018.

_____
Notary Public, State of Hawaii  JULIE M.T. YI

My commission expires:  9-23-2021

NOTARY PUBLIC CERTIFICATION
Julie M.T. Yi    First Judicial Circuit
Doc. Description: affidavit of Robert
T. Nakatsuji in support of
mtn to admit Conroy pro hac vc.
No. of Pages 2    Date of Doc 8-21-18
Notary Signature    Date 8-21-18

739860_1.DOC

2

# IN THE SUPREME COURT OF HAWAI‘I

In the Matter of

**ROBERT TADAO NAKATSUJI**

..................................................................
Attorney at Law.

## CERTIFICATE OF STANDING

I, Ana Kippen, clerk of the Supreme Court of the State of Hawai‘i, do hereby certify that **ROBERT TADAO NAKATSUJI** is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai‘i on **November 8, 1996**. His current status is **Active** and presently in good standing.

DATED:   Honolulu, Hawai‘i, August 15, 2018.

..................................................................
Clerk, Supreme Court of Hawai`i