AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-05228 |
| Donald Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Hawaii              .

Date:   08/27/2018

/s/ Robert T. Nakatsuji
*Attorney's signature*

Robert T. Nakatsuji HSBA #6743
*Printed name and bar number*

Department of the Attorney General
State of Hawaii
425 Queen Street
Honolulu, HI  96813
*Address*

Robert.T.Nakatsuji@hawaii.gov
*E-mail address*

(808) 586-1360
*Telephone number*

(808) 586-8116
*FAX number*