UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, *et al.*,<br><br>Defendants. | Case No. 1:17-CV-05228 (NGG) (JO) |

**NOTICE OF MOTION FOR WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Deirdre Marie-Iha, Plaintiff State of Hawaii and Ms. Marie-Iha respectfully move this Court for an order allowing Ms. Marie-Iha to withdraw her appearance *pro hac vice* in the above-captioned case. Other attorneys have appeared as counsel on behalf of Plaintiff State of Hawaii, and their representation continues. A proposed Order is attached.

DATED: Honolulu, Hawaii, September 6, 2018.

Respectfully submitted:

By: /s/ Robert T. Nakatsuji
Robert T. Nakatsuji
Deputy Attorney General
State of Hawaii
425 Queen Street
Honolulu, HI 96813
Tel: 808-586-1360
Fax: 808-586-8116
Email:

Attorney for Plaintiff State of Hawaii
*Pro hac vice*

/s/ Deirdre Marie-Iha
Deirdre Marie-Iha

c/o
999 Bishop Street, Suite 1600
Honolulu, HI 96813
Tel: (808) 547-5600
Email: dmarie-iha@goodsill.com

Withdrawing Counsel
*Pro hac vice*

---

United States District Court, Eastern District of New York; *State of New York, et al., v. Donald Trump, et al.*; Case No. 1:17-CV-05228 (NGG) (JO); Notice of Motion for Withdrawal of Appearance.