UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD TRUMP, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 1:17-CV-05228 (NGG) (JO) |

DECLARATION OF DEIRDRE MARIE-IHA

IN SUPPORT OF MOTION FOR WITHDRAWAL OF APPEARANCE

I, Deirdre Marie-Iha, hereby declare as follows:

1. I submit this Declaration in support of the motion for withdrawal of my appearance *pro hac vice* in the above-captioned matter.

2. I was permitted by this Court to appear as counsel *pro hac vice* to represent Plaintiff State of Hawaii in this matter by Order entered May 14, 2018.

3. I am no longer employed by the Hawaii Department of the Attorney General and, as a result, will no longer be representing the State of Hawaii in this matter. Other attorneys have made an appearance in this case on behalf of the State of Hawaii, and their representation continues, including representation by Deputy Attorney General Robert T. Nakatsuji, who made an appearance *pro hac vice* on August 27, 2018, Dkt. 236.

4. In the above-captioned case, an order granting the Plaintiffs' motion for preliminary injunction has been granted. A notice of interlocutory appeal has been filed by Defendants.

5. I am not asserting a retaining or charging lien.

6. In view of the foregoing and the accompanying motion, I respectfully request permission to withdraw my appearance *pro hac vice* in the above- captioned case.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, September 5, 2018.

_____
DEIRDRE MARIE-IHA