UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, *et al.*,<br><br>       Defendants. | Case No. 1:17-CV-05228 (NGG) (JO) |

**[PROPOSED] ORDER TERMINATING APPEARANCE**

  The Court has reviewed the motion that has been filed regarding the withdrawal of Deirdre Marie-Iha as counsel *pro hac vice* for Plaintiff State of Hawaii. Upon consideration of that motion, the Court hereby terminates Ms. Marie-Iha as an attorney of record in the above-captioned case. Other counsel have appeared in this matter on behalf of Plaintiff State of Hawaii and their representation continues.

SO ORDERED

Dated: September ___, 2018
     New York, New York

                      _____
                      Honorable Nicholas G. Garaufis
                      United States District Judge