FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 1 2 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

MOVANT DAVID ANDREW CHRISTENSON

STATE OF NEW YORK et al.,
Plaintiffs,

V.

DONALD TRUMP, President of the United States, et al.,
Defendants.

Case No. 1:17-cv-5228 (NGG) (JO)
Case No. 1:16-cv-4756 (NGG) (JO)

JUDGE NICHOLAS G. GARAUFIS

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF

Friend of the Court/Amicus Brief

I am filing this Amicus/Friend of the Court Brief on behalf of all Americans in accordance with the Constitution/First Amendment/Last Sentence of the First Amendment: "and to petition the Government for a redress of grievances". This information is critical if the Republic is to survive.

This Amicus Brief is being filed by a terrorist. Our country was founded by terrorists. It was terrorists that drafted the Declaration of Independence and the Constitution. Would I have been classified as a terrorist if I was wrong? They invoked the Patriot Act because of my research and writings.

➢ Democratic National Committee Chairman/Deputy Attorney General for Civil Rights Thomas Perez and Special Counsel/FBI Director Robert Mueller classified me as a terrorist in 2010. Reference: Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York, (18-2145) Court of Appeals Second Circuit

➢ Attorney General Matthew Whitaker was my attorney in 2011. Reference: Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York One Hundred Seventeenth (117th) Emergency Motion for Reconsideration (Attached) Judge John G. Koeltl docketed more than 50 of my pleadings and that included several pleadings about Theodore John "Ted" Kaczynski (The Unabomber). Judge Koeltl docketed the "Manifesto".

➢ The Senate approved BP Attorney (Kirkland & Ellis LLP) Jeffrey Bossert Clark for assistant attorney general for the U.S. Department of Justice's Environment and Natural Resources Division on Thursday, October 11th, 2018. ***I am the reason it took 17 months to confirm Jeffrey Bossert Clark*** Reference: Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York - One Hundred Fifth (105th) Emergency Motion for Reconsideration (Attached)

The following factual, documented and verifiable information was used by President Barack Obama, Attorney General Eric Holder, Deputy Attorney General Thomas Perez, FBI Director Robert Mueller, etc. to classify me as a terrorist in 2010. My attorney in 2011 was Attorney General Matthew Whitaker and his reward for irreparably harming me and the American People was to become Attorney General. I am a graduate of the United State Air Force Academy who served his country with distinction.

**Mankind will cease to exist by October 12th, 2050. This is not a prophecy or prediction but a mathematical certainty. Suicides will outnumber births in the next few years. Suicide and Murder(s)-Suicide(s) have become a life choice. Life expectancies are decreasing and the decrease would be more pronounced if legal and illegal immigrants from the last thirty years were excluded. Birth rates are negative and when the birth rate reaches a negative three (-3%) percent there will be no way to recover and Mankind will cease to exist. We have lost the ability and desire to procreate.**

We are 20 Trillion Dollars in debt and increasing that debt every year by more than 1 Trillion Dollars. In the next few years the interest expense will exceed what we spend on National Defense, Medicaid and child health care. How do we pay for our medical care? We are at epidemic rates/levels for Alzheimer's, Parkinson's, Multiple Sclerosis, Autism, Allergies, Asthma, Suicide(s), Murder(s)-Suicide(s), Diabetes, Muscular Dystrophy, Fibromyalgia, Influenza and Pneumonia deaths, etc. All are connected to a degraded Immune System(s). We must have an uncensored dialogue about vaccinations and the long-term harm they do to our immune system(s). Our Government has turned us into "Bubble People", a vaccination for everything.

**Our Gross National Product (GNP) is roughly 19 trillion dollars. Our economy is growing at a rate that averages 3%. Simplistically – our economy is 20 trillion dollars and it grows at 3%. That is 600 billion dollars. Our government deficit spends that and more. There is no way for our government to repay the debt. This non-partisan Congressional Budget Office has confirmed this fact.**

We must have an uncensored dialogue if Mankind is to survive. I am not even touching climate change.

Reference the Wits of Mandamus and Prohibition that I filed with the Supreme Court.
https://www.supremecourt.gov/docket/docket.aspx?Search=&type=Docket

Incorporated into this pleading is a representative Amicus Brief that is currently being filed in multiple district courts and appellate courts in multiple cases, both civil and criminal. State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,

Racketeer Influenced and
Corrupt Organization Act (RICO)

Plaintiff,

v.

Judge John G. Koeltl

RUSSIAN FEDERATION, et al;
Defendants.

One Hundred Seventeenth (117th) Emergency Motion for Reconsideration

Yesterday morning I walked away from my quest to save Mankind. I quit. I told God I was through and that if he wanted me to continue, he needed to give me a real sign. Guess what? God gave me a sign via a baseball bat to the head.

Matthew Whitaker is the acting Attorney General

This factual story is unbelievable and there is no way to tell it in a coherent manner.

**US Attorney Matthew Whitaker from Iowa is my father's attorney and the person that had US Attorney Billy Gibbens represent me in my arrest for cyber stalking an FBI Agent in New Orleans. Yes, a US Attorney represented me and gave away all of my rights.**

I am directly connected to Attorney General Matthew Whitaker, Assistant Attorney General for the Environment and Natural Resources Division Jeffery Bossert Clark and Special Prosecutor Robert Mueller. Each of these individuals irreparable harmed me and thus irreparable harmed all Americans. They are responsible for the Genocide of Mankind. (Clark represented BP Oil in my appeal with the 5th Circuit. You must review the extensive docket. 5th Circuit Case: 16-30918 IN RE: DEEPWATER HORIZON LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL, Plaintiffs v. BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C., Defendants – Appellees.)

I am from Iowa. My father is from Iowa, he is a Republican and he donates to the Republican Party. Matthew Whitaker is from Iowa and he is a Republican. My father retained him as an attorney and donated money to his campaign. Matthew Whitaker was the US Attorney for the Southern District of Iowa.

I have been estranged from my father for most of my adult life but when I was falsely arrested on a Louisiana Warrant (misdemeanor) for Cyber Stalking an FBI Agent my wife called him. I was never charged with a crime. My father left New Orleans and left me in jail because of Matthew Whitaker. My

father is a real sunarcissist. The DOJ put (my own father) me in isolation for 11 days and medicated me against my will. They did the same thing to Coast Guard Commander William Goetzee four months later and he died. The DOJ murdered him. When he was in Federal Court, they had him strapped to a wheelchair and they would tase him when he tried to speak. Read the family's complaint.
Reference: Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York John George Koeltl
Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York Judge Colleen McMahon

The information I am sharing with you has been filed in 30 plus cases in four Appeals Courts and three District Courts. It also has been filed with the Supreme Court in the four Writs that I filed. Search Pacer and the Supreme Court for: David Andrew Christenson.

Docket for 1:18-cv-03501 SDNY 113 pages - Motion for Leave to File: Motion to Intervene and Motion to Join filed by David Andrew Christenson on April 24th, 2018. Judge Koeltl docketed over fifty of my pleadings.
Docket 25
Pages 24 – 27 Non-Domestic Stay Away Order FBI Director Robert Mueller is on it. 74 people are listed and I did not know 66 of them. A third of them are court clerks. Two US Senators, a Bishop and a building. They even listed my friends and attorneys.
Page 56 - A press release about my arrest that was a gross mistake on the part of the DOJ.
Pages 57 & 58 - Bond Order and Conditions of Bail. They original asked for $500,000.00 bail for a misdemeanor. Order 3 is no internet so I could not do research. Order 9 waives my rights for a year and is not a requirement for bond. They put an electronic monitoring device on my ankle.
Page 59 Memorandum about US Attorney Billy Gibbens representing me in my arrest and waiving all of my rights. Look at his bill. His job was to keep me in jail or confined to a psychiatric prison.

**I was ordered to leave Louisiana and go to Florida to receive treatment for an unspecified mental illness. They wanted me out of New Orleans while the Danziger Trial was taking place.**

**During Hurricane Katrina the US Military murdered Americans and the Katrina Virus was released because of negligence.**

Read the 50 plus pleadings for the rest of the story.


Godspeed

Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson                      Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,                       Racketeer Influenced and
                                                     Corrupt Organization Act (RICO)

Plaintiff,

v.                                                   Judge John G. Koeltl

RUSSIAN FEDERATION, et al;
Defendants.

One Hundred Fifth (105th) Emergency Motion for Reconsideration

The Senate approved BP Attorney (Kirkland & Ellis LLP) Jeffrey Bossert Clark for assistant attorney
general for the U.S. Department of Justice's Environment and Natural Resources Division on Thursday,
October 11th, 2018. **THE RIVER OF DEATH Is The Gulf Stream.**

This is the position, number three man at the Department of Justice, that is supposed to protect the
American People, not be the Nazi Doctor Josef Mengele of our time.

This truly signals the end of Mankind for two reasons. First, Clark does not believe in climate change or
climate warming. Second, he has covered up the truth about the BP Oil Spill and the Katrina Virus.

### ***I am the reason it took 17 months to confirm Jeffrey Bossert Clark***

See the attached motion which has been filed/docketed in multiple courts including this one and the
Supreme Court

Motion to Reopen the (BP) Settlement and to increase the Settlement to 20 Trillion Dollars
Motion to Create a 20 Trillion Dollar Medical Settlement
Motion for Punitive (Treble) Damages (120 Trillion Dollars)
Motion to add the United States of America and the United Kingdom (Britain) as Defendants
The American People deserve to know the truth so please **do not Seal this pleading**.
August 18th, 2016

### ***You children and grandchildren will need this money for medical and mental health care***

(SDNY Case 1:18-cv-03501-JGK Document 25 Filed 04/24/18 Page 70 of 113)
(DCDC Case 1:18-cv-00011-ABJ Document 15 Filed 01/26/18 Page 1 of 89)
(5th Circuit Case: 16-30918 Document: 00514216429 Page: 6 of 19 Date Filed: 10/30/2017)
(Supreme Court Writs: 16-6345, 16-6278, 16-5869 and 14-10077)

### CENSORSHIP IN ITS TRUEST FORM BY THE SUPREME COURT OF THE UNITED STATES – THE SUPREME COURT DOES NOT PUBLICLY DOCKET WRITS

Clark was first nominated by the President on June 7th, 2017 but the nomination was returned by the Senate on January 3rd, 2018.  https://www.congress.gov/nomination/115th-congress/584

Clark was re-nominated by the President on January 8th, 2018 and ultimately confirmed on October 11th, 2018. https://www.congress.gov/nomination/115th-congress/1407

How and why is Jeffery Bossert Clark is connected to David Andrew Christenson?

Clark entered his appearance with the Supreme Court in two different Writs of Mandamus and Prohibition that David Andrew Christenson filed. Only one of the Writs had anything to do with BP. Clark was also the attorney of record for David Andrew Christenson's appeal of the absurdity of the BP Settlement and the requirement that his financials be accrual based and not cash. See attachments.

No. 16-6278 Title: In Re David Andrew Christenson, Petitioner
v.
Docketed:        October 4, 2016
Linked with 16A896
Sep 7 2016        Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. (Response due November 3, 2016)
https://www.supremecourt.gov/search.aspx?filename=/docketfiles/16-6278.htm

No. 16-5869 Title: David Andrew Christenson, Petitioner
v.
United States
Docketed:        September 8, 2016 Lower Ct:    United States Court of Appeals for the Fifth Circuit
Case Nos.: (16-30529) Decision Date: May 17, 2016 Rehearing Denied: June 28, 2016
Jul 7 2016        Petition for a writ of certiorari and motion for leave to proceed in forma pauperis filed. (Response due October 11, 2016)
https://www.supremecourt.gov/search.aspx?filename=/docketfiles/16-5869.htm

MEMORANDUM CONCERNING THE NON-RESPONDENT/DEFENDANT
BP EXPLORATION & PRODUCTION INCORPORATED,
BP AMERICAN PRODUCTION COMPANY INCORPORATED
AND BP P.L.C.
WAIVER FILED IN WRIT OF CERTIORARI 16-5869
(WAIVER FILED BY JEFFERY BOSSERT CLARK OF THE KIRKLAND & ELLIS LAW FIRM)
(ON WRIT OF CERTIORARI TO THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT)

Case: 16-30918 Document: 00514622966 Page: 1 Date Filed: 08/30/2018
On August 30th, 2018 the 5th Circuit denied my Petition for Rehearing En Banc. The stated reason was a lack of jurisdiction. They said the Appeal was not timely filed. My response is attached.

Errata Correction Motion based on incorrect information in the Court's Order Dismissing this Appeal for Lack of Jurisdiction. - Motion for Reconsideration - Motion for Leave to file
5th Circuit Case: 16-30918 Document: 00514587429 Page: 1 Date Filed: 08/06/2018

Second Errata Correction Motion based on incorrect information in the Court's Order Dismissing this
Appeal for Lack of Jurisdiction. - Motion for Reconsideration - Motion for Leave to file
5th Circuit Case: 16-30918 Document: 00514592096 Page: 1 Date Filed: 08/08/2018

Trump and the Executive Branch knew that the Supreme Court would not accept my Writ so they
proceeded with the conformation.

**The River of Death, via the Red Tide and Corexit from the BP Oil Spill, has reached the Eastern
Seaboard.** Google Red Tide in Florida. The Red Tide will make it to the North Atlantic Fishing Grounds
very soon. Our government will tell you that the Red Tide/Algae Bloom is natural occurring but in fact it
is not in a moving body of water. Google dying reefs in the Gulf of Mexico and the dead zone in the Gulf
of Mexico. The United States is not only murdering its own people but Europe and the rest of the world
with The River of Death.

***You are denying climate change/climate warming by not allowing me a voice***

**THIS IS ELECTION TAMPERING IN ITS TRUEST FORM.**

**YOU HAVE INTENTIONALLY, EGREGIOUSLY AND MALICIOUSLY DENIED THE AMERICAN PEOPLE
KNOWLEDGE SO THAT THEY CAN MAKE AN INFORMED VOTE.**

**IN ESSENCE YOU ARE THE JUDGES OF DEATH.**

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE
I hereby certify that on October 22nd, 2018 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Movant David Andrew Christenson

State of Maryland
Plaintiff

v.

United States of America, et al.,
Defendants

Civ. No. 1:18-CV-02849-ELH

Complaint for Declaratory and
Injunction Relief

Judge Ellen Lipton Hollander

Amicus

The irony is that this case is about The Affordable Care Act and severe election tampering via censorship. Our government, social media and media report in a one-dimension world. We live in a multi-dimension world that requires free speech if we are to survive. I admit that there is no way to report this information in a coherent manner. Review the letter and four-page docketed pleading to Judge John G. Koeltl US District Court SD New York 500 Pearl Street New York, NY 10007-1312 Attachment 1

*A Christmas Carol in Prose; Being a Ghost Story of Christmas by Charles Dickens*
*Jacob Marley "Mankind was my business. The common welfare was my business; charity, mercy, forbearance, and benevolence, were, all, my business. The dealings of my trade were but a drop of water in the comprehensive ocean of my business!"*

### IS MANKIND YOUR BUSINESS OR NOT?

Similar Questions of the Rule of Law - Reference:
In re: Grand Jury Investigation (18-3052) Court of Appeals for the D.C. Circuit
Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York
Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York
Christenson v. Democratic National Committee (18-2145) Court of Appeals for the Second Circuit
State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland
Supreme Court Writ No. 18-496 Barry Michael v. Jefferson B. Sessions III Attorney General of the United States – Motion to Substitute

Attachment 2: Writ/Amicus Brief (In the most simplistic terms) In re: Grand Jury Investigation (18-3052) Court of Appeals for the D.C. Circuit

Attachment 3: Motion for Leave to File One Time Informative Pleading (Please file as Amicus Brief if needed) In re: Grand Jury Investigation (18-3052) Court of Appeals for the D.C. Circuit

Attachment 4: Supplemental Motion for Leave to File One Time Informative Pleading (Please file as Amicus Brief if needed) In re: Grand Jury Investigation (18-3052) Court of Appeals for the D.C. Circuit

Attachment 5: Errata to Complete the Record – File as Amicus Brief In re: Grand Jury Investigation

(18-3052) Court of Appeals for the D.C. Circuit

Attachment 6: The United States Supreme Court and The Katrina Virus by David Andrew Christenson
*"My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012."*

Attachment7: Amicus - BLUMENTHAL v. WHITAKER (1:18-cv-02664) District Court, District of Columbia

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE
I hereby certify that on December 2, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# Attachment 1

Judge John G. Koeltl
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

You murdered - Vice Admiral Scott Stearney commander of U.S. Naval Forces Central Command and the U.S. Fifth Fleet and Major General John Rossi commander of Army Space and Missile Defense Command as well as other Flag Officers, active and retired. You have murdered Mankind. Five million combat veterans will be coming for you and your family and I will not protect you. Time and math will ensure that the truth comes out. Trump, the Democratic House, the epidemic abundance of sunarcissists (suicide before honor) that occupy leadership positions, etc. will also ensure that the truth comes out. Evil destroys Evil while destroying Mankind. You have betrayed your God, Country, Family and Friends. The Preamble of the Constitution has the word "Posterity" in it. That means you betrayed your children, grandchildren and Mankind. It will be written that Mankind voluntarily committed suicide. Medicine and therapy do not work. 900 U.S. Army anti-suicide programs is proof of that. Suicide is now a life choice.

If the narrative is not changed, Mankind will cease to exist by October 12th, 2050. This is not a prediction or prophecy but a mathematically certainty. Suicides will outnumber births in the next few years. Life expectancies are decreasing and birth rates are negative. The CDC published three bombshell reports on November 28th, 2018 and no one noticed. **THE CONCLUSIONS AS TO THE "WHY" ARE WRONG. THE NARRATIVE HAS TO CHANGE IF WE ARE TO SURVIVE.**
https://www.cdc.gov/nchs/
Suicide Mortality in the United States, 1999–2017 - Data Brief No. 330 (11/28/2018)
https://www.cdc.gov/nchs/products/databriefs/db330.htm
https://www.cdc.gov/nchs/data/databriefs/db330-h.pdf
Drug Overdose Deaths in the United States, 1999–2017 - Data Brief No. 329 (11/28/2018)
https://www.cdc.gov/nchs/products/databriefs/db329.htm
https://www.cdc.gov/nchs/data/databriefs/db329-h.pdf
Mortality in the United States, 2017 - Data Brief No. 328 (11/28/2018)
https://www.cdc.gov/nchs/products/databriefs/db328.htm
https://www.cdc.gov/nchs/data/databriefs/db328-h.pdf

We are 20 Trillion Dollars in debt and increasing that debt every year by 1 Trillion Dollars. In the next few years the interest expense will exceed what we spend on National Defense. How do we pay for our medical care? We are at epidemic rates/levels for Alzheimer's, Parkinson's, Multiple Sclerosis, Autism, Allergies, Asthma, Suicide(s), Murder(s)-Suicide(s), Diabetes, Muscular Dystrophy, Fibromyalgia, Influenza and Pneumonia deaths, etc. All are connected to a degraded Immune System(s).

Godspeed
Sincerely,
David Andrew Christenson
Box 9063 Miramar Beach, Florida 32550
504-715-3086, davidandrewchristenson@gmail.com; dchristenson6@hotmail.com;

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

David Andrew Christenson,
All Americans

Plaintiff,

v.

Democratic National Committee,
Republican National Committee
Donald J. Trump for President Inc.
Democratic Party
Republican Party
President Donald Trump
President Barack Obama
John Does 1-999

Case: 18-2145

Civil Action No. 1:18-cv-05769

Racketeer Influenced and
Corrupt Organization Act (RICO)

Class Action Complaint

Judge Colleen McMahon

Jury Demand

Memorandum - A microcosm of genocide in our own country by the Admirals and Generals that
"DON'T" lead our troops and thus don't lead our country.

These Admirals and Generals have done more harm to this country than Putin and all the other Despots
in the world. They are in fact traitors.

As you know I believe the greatest "Rule of Law" and "Constitutional" transgression in my lifetime was
when President Ford pardoned Nixon. What a mistake. You are witnessing the ramifications of that
mistake.

Will President Pence pardon Trump? This is a very legitimate question.

22 Veterans and 75 plus military family members will commit suicide today. 80% of the veterans that
commit suicide were never in combat and 50% were never in theater. The Army has 900 plus suicide
programs and even an anti-suicide nasal spray. This microcosm is a precursor to what is going to happen
to the rest of America. The military leadership has failed. This same military leadership has failed to
protect us from what is taking place. **The enemy is us.**

When President George W. Bush took us into Iraq he committed two frauds against the America People.
He lied about Al Qaeda being in Iraq and he lied about there being Weapons of Mass Destruction. NOT ONE ADMIRAL OR
GENERAL STOOD UP TO BUSH. THEY ALL KNEW HE WAS COMMITTING FRAUD AND THEY KNEW THE
RAMIFICATIONS, BUT NOT ONE ADMIRAL OR GENERAL RESIGNED. THE ADMIRALS AND GENERALS KNEW
THE COST IN DOLLARS AND LIVES. THEY TOOK AN OATH TO PROTECT THE CONSTITUTION AND THEY
VOLUNTARILY ABROGATED THEIR OATH/RESPONSIBILITIES.

Admiral Jeremy Michael Boorda was the Chief of Naval Operations when he committed suicide. In my
opinion this was the beginning of the fall of our military and our society. **Suicide had its birth as a life**

choice. Boorda made it mainstream. His suicide was a wakeup call and the military did nothing. We did nothing.

Major General (Lieutenant General select) John Rossi committed suicide July 31st, 2016 at Redstone Arsenal, two days before he was to assume command of Army Space and Missile Defense Command. I share this suicide story with you because there was no warning, it was spontaneous. Many suicides and murder(s) – suicide(s) are spontaneous. The Army fought to keep this secret. The family forced the Army to tell the truth. They did this because they thought it might help to save others, it did not. The US Military misclassifies suicides all the time. A friend of mine (Leonard Hayes from the Air Force Academy) was a suicide by vehicle. They said he died in a car accident and that was the way it was classified. He was driving at a very high rate of speed and cross the median. In suicide type situations we are now doing brain autopsies in addition to the normal autopsies. He had been fighting mental illness for years, but…

Medications and therapy will not solve our suicide and murder(s)-suicide(s) epidemic. We can't apply the same fixes to an epidemic that has increased every year for the last thirty years.

The root of the problem starts with the military academies. The military promotional system is corrupt and promotes defective human beings with no leadership qualities or abilities. You can't argue with this because you are witnessing the results.

60 of the 210 admirals in the United States Navy were under investigation in the "Fat Leonard" probe.

Naval Academy drug ring under investigation: LSD, cocaine allegedly bought on dark web
By Lucas Tomlinson, Jennifer Griffin Fox News
http://www.foxnews.com/politics/2018/02/23/naval-academy-drug-ring-under-investigation-lsd-cocaine-allegedly-bought-on-dark-web.html

I am going to highlight portions of the following article that I feel are pertinent.

Senior military officials sanctioned for more than 500 cases of serious misconduct
Tom Vanden Brook, USA TODAY Published 4:14 p.m. ET Oct. 24, 2017
https://www.usatoday.com/story/news/politics/2017/10/24/generals-sex-misconduct-pentagon-army-sanctions-hagel-gillibrand/794770001/

> Since 2013, military investigators have documented at least 500 cases of serious misconduct among its generals, admirals and senior civilians, almost half of those instances involving personal or ethical lapses, a USA TODAY investigation has found.

> In 2014, then-Defense secretary Chuck Hagel created an office to investigate ethical problems among senior leaders. It was shuttered two years later without determining the depth of the problem, a task Hagel gave it when he opened the office.

> "This is another example of top (Pentagon) officials refusing to demand accountability and sweeping major ethical problems from commanders under the rug to the detriment of the men and women who serve admirably under them," Sen. Kirsten Gillibrand, a New York Democrat and member of the Armed Services Committee, told USA TODAY.

> What prompts these men at the pinnacle of their profession to take reckless risks with their families, careers and reputations? Several factors play a role, according to members of Congress, former top officials and officers. There is often a sense of entitlement that can stem from bosses with eager-to-please staffs and some military leaders who view themselves as royalty, according to a former top military prosecutor.

> Don Christensen (*no relation*), former top prosecutor for the Air Force and president of the advocacy group Protect Our Defenders, believes that the senior officer class has become a class apart with its own rules and little accountability. "They're more nobility than they are just average American citizens," said Christensen, who retired as a colonel. "They start to feel above the law. They feel like royalty vs. an officer dedicated to the country."

> "The everyday troop is court-martialed for what a general officer is given a slap on the hand for," Christensen said.

*My comments:*

*West Point graduate General David Petraeus criminally violated the Constitution, Federal Law and the Uniform Code of Military Justice (UCMJ) and yet he did not go to jail. What is most amazing is that this defective human being still has his security clearance.*

*Petraeus epitomizes defective military leadership. We are a nation with a Constitution and laws that were drafted by Christians and Jews. Petraeus was in Afghanistan having sex with a fellow West Point grad. Both were well versed in the UCMJ and the rules governing security clearances. This training started day one at West Point. Petraeus was giving his mistress (Lieutenant Colonel Select) highly classified information that she (illegally) publicly disclosed.*

*Everything about my country and the direction that it is taking comes down to one Petraeus military order. American Heroes, Army Rangers, were ordered (threatened) not to interfere when they witnessed an Afghan man raping an Afghan boy. If our Americans Heroes intervened they would be Court Martialed and given a dishonorable discharge. This order was given while Petraeus was violating the UCMJ by having sex with a married woman in his office in Afghanistan and disclosing classified intelligence. Petraeus's reward was to become CIA Director where he continued to have sex with his married mistress and disclose highly classified intelligence.*

The United States Naval Academy produced Lieutenant Colonel Oliver North who is now in charge of the National Rifle Association (NRA). North is a truly defective human being. The man should have gone to jail. I can say this because I was connected with him and what he was doing.

The Catholic Church

The Pope, Cardinals, Bishops and Priests are the devil's emissaries here on earth. Their job is to get the human race to voluntarily commit suicide. They are doing a fantastic job with a completion date of October 12th, 2050.

The Catholic Church's pedophile rapist's environment continues as is evident by Cardinal Theodore E. McCarrick resignation. He was allowed to resign instead of being fired. His criminal transgressions took place over decades. He was granted the "Privileges of Power" by the Pope.

## Conclusion

Everyone believes that someone else is taking care of the problem. The fact of the matter is no one is taking care of the problem. We are allowing extremists, money, power, religion, apathy, outdated social norms, etc. to dictate the course of human history. We need to do what is best for Mankind.

I want to scare the hell out of you but I don't know how. Weapons of Mass destruction can destroy the world and mankind with it. They may not seem like it but we have four Weapons of Mass Destruction that are to become realities. Fusion, Artificial Intelligence, Brain Monitoring and the Quantum Computer.

My last two questions.

Who should be in charge of the Weapons of Mass Destruction?

Who should have oversight of those that are in charge of the Weapons of Mass Destruction?

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on July 29th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# Attachment 2

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson, Movant (Amicus Curiae)

In Re: Grand Jury Investigation

Case 18-3052

Andrew Miller – Appellant

Justice Judith W. Rogers
Justice Karen L. Henderson
Justice Sri Srinivasan

v.

United States of America – Appellee

Writ/Amicus Brief
(In the most simplistic terms)

The court has inadvertently opened Pandora's Box via their own Order dated November 9th, 2018. In simplistic terms they are asking for answers to a Constitutional Question(s). Is the Whitaker appointment Constitutional? (Second Question)

The first question deals with the Special Prosecutor. Is the Special Prosecutor's appointment Constitutional? (As I said, very simplistic terms.)

This court needs to consolidate (some are listed after the signature) all of the cases that are currently at issue within the Federal Judiciary that are dealing with one of both of these questions. The Supreme Court has received a Motion to Substitute – Writ 18 – 496 that is asking about the Constitutionality of the Whitaker appointment. The Motion was political motivated and, in my opinion, inappropriate. (Grossly inappropriate. The Motion is very disrespectful. The attorney that filed the Motion is trying to force the Supreme Court into the political arena with a cheap parlor trick. Shame on him. This kind of sensationalism by a veteran Supreme Court litigator is heinous.)

GODSPEED.

Sincerely filed, In Proper Person,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on November 30th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

_____

David Andrew Christenson

Supreme Court Writ No. 18-496 Barry Michael v. Jefferson B. Sessions III Attorney General of the United States – Motion to Substitute

Maryland v. U.S. (U.S. District Court for the District of Maryland) - Motion for Preliminary Injunction and to Substitute Defendant by State of Maryland (11/13/2018)

Blumenthal v. Whitaker (U.S. District Court for the District of Columbia) - Complaint against All Defendants (11/19/2018)

O.A. v. Trump (U.S. District Court for the District of Columbia) - Complaint for Declaratory and Injunctive Relief (11/20/2018)

Alsomairi v. Dawson (U.S. Court of Appeals for the 2nd Circuit) - Petitioner-Appellant's Motion for Preliminary Injunction, and to Substitute Appellee (11/14/2018)

U.S. v. Valencia (U.S. District Court for the Western District of Texas) - Motion to Dismiss for Lack of Authority to Prosecute (11/12/2018)

U.S. v. Hanig (U.S. District Court for the Eastern District of Missouri) - Motion to Dismiss Indictment, or in the Alternative to Disqualify Prosecution Team (11/13/2018)

# Attachment 3

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

NOV 1 4 2018

RECEIVED

David Andrew Christenson, Movant (Amicus Curiae)

In Re: Grand Jury Investigation

Andrew Miller – Appellant

v.

United States of America – Appellee

Case 18-3052

Justice Judith W. Rogers
Justice Karen L. Henderson
Justice Sri Srinivasan

Motion for Leave to File One Time Informative Pleading
(Please file as Amicus Brief is needed)

This pleading provides important information about the credibility of the Department of Justice and the Special Counsel. It is imperative for the Justices to have this information if they are to protect the American People and the Constitution.

I am directly and personally connected to Attorney General Matthew Whitaker, Assistant Attorney General for the Environment and Natural Resources Division Jeffery Bossert Clark and Special Prosecutor/FBI Director Robert Mueller.

The framers of the Constitution had very strong convictions about personal rights. The Bill of Rights (First Ten Amendments) was created to protect our personal liberties.

➢ The last sentence of the First Amendment: and to petition the Government for a redress of grievances. I am petitioning this court for a "redress of grievances" and I am doing so on behalf of all Americans and you and your family.

First Amendment:
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Every morning you wake up to same unbelievable world that I wake up to. **We must change the narrative if Mankind is to survive.** I hope the attachments motivate you to change the narrative.

Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York
Attachments 1, 2 & 3:
One Hundred Seventeenth (117th) Emergency Motion for Reconsideration

One Hundred Fifteenth (115th) Emergency Motion for Reconsideration
One Hundred Eighteenth (118th) Emergency Motion for Reconsideration
Attachment 4: The United States Supreme Court and The Katrina Virus
Attachment 5: The Reluctant Patriot

GODSPEED.

Sincerely filed, In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on November 10th, 2018 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail.

_____
David Andrew Christenson


**Attachment 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Civil Action No. 1:18-cv-03501

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

One Hundred Seventeenth (117th) Emergency Motion for Reconsideration

Yesterday morning I walked away from my quest to save Mankind. I quit. I told God I was through and that if he wanted me to continue, he needed to give me a real sign. Guess what? God gave me a sign via a baseball bat to the head.

Matthew Whitaker is the acting Attorney General

This factual story is unbelievable and there is no way to tell it in a coherent manner.

**US Attorney Matthew Whitaker from Iowa is my father's attorney and the person that had US Attorney Billy Gibbens represent me in my arrest for cyber stalking an FBI Agent in New Orleans. Yes, a US Attorney represented me and gave away all of my rights.**

I am directly connected to Attorney General Matthew Whitaker, Assistant Attorney General for the Environment and Natural Resources Division Jeffery Bossert Clark and Special Prosecutor Robert Mueller. Each of these individuals irreparable harmed me and thus irreparable harmed all Americans. They are responsible for the Genocide of Mankind. (Clark represented BP Oil in my appeal with the 5th Circuit. You must review the extensive docket. 5th Circuit Case: 16-30918 IN RE: DEEPWATER HORIZON LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL, Plaintiffs v. BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C., Defendants – Appellees.)

I am from Iowa. My father is from Iowa, he is a Republican and he donates to the Republican Party. Matthew Whitaker is from Iowa and he is a Republican. My father retained him as an attorney and donated money to his campaign. Matthew Whitaker was the US Attorney for the Southern District of Iowa.

I have been estranged from my father for most of my adult life but when I was falsely arrested on a Louisiana Warrant (misdemeanor) for Cyber Stalking an FBI Agent my wife called him. I was never charged with a crime. My father left New Orleans and left me in jail because of Matthew Whitaker. My

Attachment 1

father is a real sunarcissist. The DOJ put (my own father) me in isolation for 11 days and medicated me against my will. They did the same thing to Coast Guard Commander William Goetzee four months later and he died. The DOJ murdered him. When he was in Federal Court, they had him strapped to a wheelchair and they would tase him when he tried to speak. Read the family's complaint.
Reference: Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York John George Koeltl
Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York Judge Colleen McMahon

The information I am sharing with you has been filed in 30 plus cases in four Appeals Courts and three District Courts. It also has been filed with the Supreme Court in the four Writs that I filed. Search Pacer and the Supreme Court for: David Andrew Christenson.

Docket for 1:18-cv-03501 SDNY 113 pages - Motion for Leave to File: Motion to Intervene and Motion to Join filed by David Andrew Christenson on April 24th, 2018. Judge Koeltl docketed over fifty of my pleadings.
Docket 25
Pages 24 – 27 Non-Domestic Stay Away Order FBI Director Robert Mueller is on it. 74 people are listed and I did not know 66 of them. A third of them are court clerks. Two US Senators, a Bishop and a building. They even listed my friends and attorneys.
Page 56 - A press release about my arrest that was a gross mistake on the part of the DOJ.
Pages 57 & 58 - Bond Order and Conditions of Bail. They original asked for $500,000.00 bail for a misdemeanor. Order 3 is no internet so I could not do research. Order 9 waives my rights for a year and is not a requirement for bond. They put an electronic monitoring device on my ankle.
Page 59 Memorandum about US Attorney Billy Gibbens representing me in my arrest and waiving all of my rights. Look at his bill. His job was to keep me in jail or confined to a psychiatric prison.

**I was ordered to leave Louisiana and go to Florida to receive treatment for an unspecified mental illness. They wanted me out of New Orleans while the Danziger Trial was taking place.**

**During Hurricane Katrina the US Military murdered Americans and the Katrina Virus was released because of negligence.**

Read the 50 plus pleadings for the rest of the story.

Godspeed

Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

**Attachment 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Civil Action No. 1:18-cv-03501

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

One Hundred Fifteenth (115th) Emergency Motion for Reconsideration

"Democracy has been described as three wolves and a sheep voting on what is for lunch."

The United States of America is a Republic. The Constitution created three branches. Those three branches were to provide checks and balances so that we would not end up were we are. It was so important to the framers that when the Constitution was ratified only the House of Representatives was elected by popular vote and Senators were elected by the states. The framers of the Constitution gave life time appointments to Judges to prevent exactly what is happening today. The Federal Judiciary was the last line of defense. The last line of defense, Federal Judiciary, has failed.

To me, life is simple: follow the Constitution. In many cases, such as this one, Judges rule on the practicality of the "rule of law" which may do good in the short run but causes irreparable long-term damage. Upholding the Constitution is a bitch. If our Republic is to survive the Federal Judiciary must uphold the Constitution in all matters.

Did you know the word "Democracy" **never** appears in the Constitution or the Declaration of Independence?

Is the following true today? Are we doing this? Posterity is an important word – "all future generations".

U.S. Constitution – Preamble - We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our **Posterity**, do ordain and establish this Constitution for the United States of America.

The Bill of Rights - *Federalists argued that the Constitution did not need a bill of rights, because the people and the states kept any powers not given to the federal government. Anti-Federalists held that a bill of rights was necessary to safeguard individual liberty.*

Laws are just pieces of paper. We are a nation of "sunarcissists". Suicide over honor.

Attachment 2

## Questions

Can the Federal Judiciary rule, sue sponte, that the debt and deficit spending is unconstitutional because it violates the Preamble of the Constitution?

Can the Federal Judiciary order, sue sponte, that vaccinations are unconstitutional and then stay that order for two years and allow the parties to present evidence to the Supreme Court. This country needs a dialogue.

Did the framers of the Constitution expect the Federal Judiciary to be a reactive branch only or did they expect them to be proactive when the Constitution and the country were in such danger?

The system is broken not the Constitution. How do we fix it?

How does the Federal Judiciary justify the 50 trillion-dollar debt that we will have in 50 years?

Where does the Federal Judiciary get is news?

There is no forum left for free speech.


Godspeed

Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

**Attachment 3**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

DEMOCRATIC NATIONAL COMMITTEE,

Plaintiff,

v.

RUSSIAN FEDERATION, et al;
Defendants.

Civil Action No. 1:18-cv-03501

Racketeer Influenced and
Corrupt Organization Act (RICO)

Judge John G. Koeltl

One Hundred Eighteenth (118th) Emergency Motion for Reconsideration

<u>**You wouldn't listen you arrogant bastards or should I say gutless bastards**</u>

**<u>Change the narrative</u>**

Marbury v. Madison showed the Supreme Court to be gutless and established a precedent that exists today. Presidents have "Signing Statement" which completely undermine Judicial Review. The Supreme Court has abrogated its responsibility as defined by the Constitution and it was done voluntarily.

The Federal Judiciary will be blamed and held accountable. Trump and Executive Branch Law Enforcement will not protect you nor should they. US Marshal will not protect you. Trump will use his resources to put the spotlight on every judge and their families. There will be nowhere to hide.

"*Acting Attorney General Matthew G. Whitaker Once Criticized Supreme Court's Power*"
By Charlie Savage Nov. 8, 2018 https://www.nytimes.com/2018/11/08/us/politics/matthew-whitaker-courts-inferior.html?nl=top-stories&nlid=65460936ries&ref=cta
WASHINGTON — The acting attorney general, Matthew G. Whitaker, once espoused the view that the courts <u>**"are supposed to be the inferior branch"**</u> and criticized the Supreme Court's power to review legislative and executive acts and declare them unconstitutional, the lifeblood of its existence as a coequal branch of government.

Godspeed
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

# Attachment 4

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix - Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 9063
Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

**Attachment 5**

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

Updated 10/31/2011 DAC 05:32
An Unedited Synopsis.
Please Google all names.

THE RELUCTANT PATRIOT
By Captain David Andrew Christenson
*(Book Nine in a nine part series.)*
*Library of Congress LCCN 2011940256*
*ISBN 978-0-9846893-0-9 Hardback*
*ISBN 978-0-9846893-1-6 EBook*

<u>Factual, documented and verifiable</u> account of what happened to (The Author) Captain David Andrew Christenson, United States Air Force, on March 15th, 2011.

On the morning of March 15th, 2011 the FBI brought a 30 man SWAT team, with shoot to kill orders, to arrest Captain David Andrew Christenson for a non-violent, non-domestic, non-drug misdemeanor charge (Equivalent of a DUI or DWI.) of cyber stalking FBI Agent Steven Rayes. This was done under the authority of FBI Director Robert Mueller. Misinformation was provided to the press.  Six months earlier on October 14th, 2010 (This is a very important date, see below) FBI Agent Steven Rayes contacted Captain David Andrew Christenson. Why did Agent Rayes contact Captain David Andrew Christenson? Agent Rayes was a member of the uniformed Violent Crimes Task Force and he was not a true investigative type FBI Agent. Captain Christenson had been communicating with FBI Director Robert Mueller, Agents David Welker, Dewayne Horner, Joseph Downing, Kelly Bryson and Paula McCants. Agent Rayes was selected by Director Mueller to be the enforcer. Agent Rayes was an ex-enlisted Marine and street cop with no conscious and was someone who would blindly follow orders understanding the illegal mission. Agent Rayes was zealous and sadistic in carrying out his orders. Agent Rayes ordered Captain Christenson to email him at his official FBI email addresses. Agent Rayes commenced to harass, stalk, threaten, intimidate and assault Captain Christenson. On November 10th, 2010 Agent Rayes assaulted Captain Christenson at the Hilton Hotel in New Orleans. There was a DVD of the assault. The FBI used a Louisiana State arrest warrant and a Louisiana State search and seizure warrant. **The FBI did not use Federal Warrants. This needs to be said again. The FBI did not use Federal warrants. Captain David Andrew Christenson has never been charged with a crime.** The FBI claimed that two out of more than 500 emails sent to at least 10 different FBI Agents, including FBI Director Robert Mueller, by Captain Christenson were threatening. The emails were not threating and were consistent with previous informative and political emails. Captain Christenson never received an arraignment, a show cause hearing or a preliminary examination as is required by law. Orleans Parish District Attorney Leon Cannizzaro asked for a $500,000.00 bond. The Orleans Parish Criminal Court gave Captain Christenson a

Attachment 5

record bond of $300,000.00. Captain Christenson should have been released on his own recognizance or a $10,000.00 bond. (An armed carjacker received a $75,000.00 bond.) Captain Christenson was held for 11 days in the Orleans Parish Prison without being charged with a crime. After day three Captain Christenson was placed in isolation on the psychiatric floor of the house of detention (HOD) where he was medicated without his knowledge or consent. Attorney General Eric Holder directed Assistant US Attorney Billy Gibbens to represent Captain Christenson, which he did. Criminal defendants are not represented by US Attorneys. Billy Gibben's mission was to discredit Captain Christenson and to keep him in prison. The court record confirms this. Captain Christenson was to be permanently detained in a psychiatric hospital, medicated and discredited. The Louisiana State search and seizure warrant was used to steal evidence, legal files, the DVD of FBI Agent Rayes assaulting Captain Christenson, the DVD of the Danziger Bridge murders, etc. from Captain Christenson. United States Supreme Court files and communications and evidence of "The Katrina Virus" and pending Genocide were stolen as well.

**The Department of Justice classified Captain David Andrew Christenson as a terrorist.** This was done to bypass Federal Law and the Federal Judiciary. It was relayed to Captain Christenson that if he did not stop his research and quest for justice that he would be assassinated as a terrorist.

The FBI attempted to murder/assassinate Captain David Andrew Christenson while he was being held in isolation in the Orleans Parish Prison. Coast Guard Commander William Wesley Goetzee was not so lucky. He was murdered in the Orleans Parish Prison on August 7th, 2011. The FBI failed with Captain Christenson but succeeded with Commander Goetzee.

What was so important that the United States Government had to classify Captain David Andrew Christenson as a terrorist and then attempt to murder/assassinate him?

Chemical warfare ingredients, "THE KATRINA VIRUS", were released during Hurricane Katrina. The end result will be GENOCIDE for the residents of New Orleans. ("The Katrina Virus" represents all of the contaminants that were released from government research/laboratory, manufacturing and storage facilities. These facilities were controlled directly and indirectly by the Department of Defense and the Central Intelligence Agency and included public institutions such as local hospitals and medical schools. The Harvard University Medical School has been tasked with studying and tracking the long term health/medical issues and "The Katrina Virus".

**The United States Military killed, executed and murdered Americans during Hurricane Katrina and after.** A side note. Secretary of Defense Donald Rumsfeld had a very public disagreement with President George Bush concerning the use of the military. Captain Christenson does not recall there ever being a public disagreement between the President and the Secretary. What is strange is that the press never picked up on the disagreement. Secretary Rumsfeld already knew about what the military had done and was concerned about the liabilities. President Bush had to order Secretary Rumsfeld to send in the troops. General Russel Honore and the troops arrived five days after Hurricane Katrina. General Honore

Attachment 5

confirmed to me that he was only responsible for what the military did after he arrived and not before. He was adamant about that. Both he and Coast Guard Admiral Mary Landry lost promotions, their next star and were forced to retire.  Why the five day delay when plans and procedures require the securing of an urban area within 72 hours after a catastrophe. There were several reasons for the delay. "The Katrina Virus" would disperse. The DOD and the CIA, in connection with the United States Navy, could clean up the mess without having the press around. It was brilliant the way the Federal Government kept the press occupied with the rescue missions, the superdome and the convention center. Louisiana Governor Kathleen Blanco was intentionally manipulated by the Federal Government and made into a scapegoat. FEMA Director Michael Brown was manipulated as well.


The BP oil spill. To be Written.


The Danziger Bridge. To be written.


Books Seven and Eight will start in September, 2005. The US Military arrives in New Orleans in the days preceding Hurricane Katrina. The units were issued millions of dollars in cash in satchels. Confirmed by Teresa McKay, Director of Department of Defense Finance and Accounting Service (DFAS). Teresa's husband, Jeffery McKay, and I attended the Air Force Academy together and were roommates in flight school. JK works in the Pentagon and is also one of my sources. In the days following Hurricane Katrina President Bush and Air Force One did a flyover of New Orleans but did not land. The White House issued a press release stating that security was not in place and that the President's landing would detract from the rescue missions. As an Air Force Pilot I flew support missions for the President, Air Force One and the Secret Service. I am intimately familiar with their procedures and protocols. President Bush and Air Force One did not land because The White House did not want to infect the President and his staff with "The Katrina Virus" as was confirmed by Ambassador Donald Ensenat.  Security was in place and Belle Chase Naval Air Station was operational and secure. The senior leadership in New Orleans gave blood and DNA samples. This as well as other connections to "The Katrina Virus" were confirmed by Mayor Ray Nagin.  After the Hurricane, USAA Insurance (A military insurance company run by Generals and Admirals with strong ties to the Pentagon.) informed us that they would be paying our claim because of the long term health issues that we would face. What did USAA know? In February, 2006 we purchased a condominium, under fraudulent circumstances, from Louis (Lee) Madere. He was the Louisiana State Grand Jury Foreman for the Danziger Bridge Murders. (I cannot invent the truth) The Catholic Church had filed a class action video voyeurism lawsuit against him. Madere entered the Federal Witness Protection Program on October 15th, 2010 (The important date from above.). Secretary of HUD, Mayor and Judge Moon Landrieu, the father of Senator Mary Landrieu and Mayor Mitch Landrieu, was a major source of information.


State Farm Insurance and the murder of prominent Los Angeles attorney James Robie of the Robie Matthai Law Firm.  To be written. Please review your homeowner's policy. The medical liability provision of the homeowner's policy is substantial larger than the property loss provision. A $100,000.00 home could have a $5,000,000.00 medical liability provision. The loss to the insurance companies would be trillions of dollars if it was shown that "The Katrina Virus" was released.

# Attachment 4

### UNITED STATES COURT OF APPEALS
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson, Movant (Amicus Curiae)

In Re: Grand Jury Investigation                                          Case 18-3052

Andrew Miller – Appellant                                            Justice Judith W. Rogers
                                                                      Justice Karen L. Henderson
v.                                                                    Justice Sri Srinivasan

United States of America – Appellee

**Supplemental** Motion for Leave to File One Time Informative Pleading
(Please file as Amicus Brief if needed)

Attached is a letter sent to the panel.

GODSPEED.

Sincerely filed, In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on November 10th, 2018 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail.

David Andrew Christenson

NOV 19 2018

Judge Merrick Garland
DC Appeal Court
333 Constitution Ave. NW
Washington D.C. 20001

Justice Karen L. Henderson
DC Appeal Court
333 Constitution Ave. NW
Washington, DC 20001

Clerk Mark Langer
DC Appeal Court
333 Constitution Ave. NW
Washington, DC 20001

Justice Judith W. Rogers
DC Appeal Court
333 Constitution Ave. NW
Washington, DC 20001

Justice Sri Srinivasan
DC Appeal Court
333 Constitution Ave. NW
Washington, DC 20001

Reference: No. 18-3052 - USCA Case #18-3052 Document #1760340 Filed: 11/14/2018 Page 1 of 11
Amicus Brief filed by David Andrew Christenson.

Sorry for the new email address. Microsoft closed all of my email accounts and in order to appeal you
must have a Microsoft email address, which I created. The DOJ pressured Microsoft into closing my
email accounts and they complied. This has repeatedly happened in the past.

Here is a recommendation about my Amicus Brief:

Order the Department of Justice to respond.

Order the Special Counsel to Respond.

Order Attorney General Matthew Whitaker to respond, personally.

Order Assistant Attorney General for the Environment and Natural Resources Division Jeffery Bossert
Clark to respond personally

Order Special Prosecutor/FBI Director Robert Mueller to respond, personally

These individuals criminally violated my Constitutional Rights which in turn criminally violated the
Constitutional Rights of all Americans.

We are no better than the Saudis.

*The Central Intelligence Agency has concluded that the Saudi crown prince, Mohammed bin Salman,
ordered the killing of the journalist Jamal Khashoggi, according to American officials.*

Attachment 1: EDLA Case 2:12-cv-01910-SSV-JCW Document 1 Filed 07/23112 Page 18 of 66 - Start with
page 18, paragraph 31. They tased Federal Whistleblower Coast Guard Commander William Goetzee in
Federal Court while he was strapped to a wheelchair. Go back and read the entire complaint and you
will think you are in Nazi Germany.

Attachment 2: 14-10077 August 19th, 2015 Supreme Court Writ - Supplemental Eight Coast Guard Commander William Goetzee was Murdered by the Department of Justice Extraordinary Writ with Writ of Prohibition and Writ of Mandamus Filed May 22nd, 2015

Attachment 4 The Murder of Coast Guard Commander William Goetzee - My background – David Andrew Christenson


GODSPEED.
Sincerely filed, In Proper Person,
David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

## Attachment 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 JUL 23  PM 1:03

LORETTA G. WHYTE
CLERK

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARGARET GOETZEE NAGLE and JOHN ERIC GOETZEE | * | CIVIL ACTION |
| | * | NUMBER: **12-1910** |
| VERSUS | * | SECTION: **SECT. R MAG. 2** |
| | * | JUDGE: |
| SHERIFF MARLIN GUSMAN, DR. SAMUEL GORE, DR. CHARLES "MIKE" HIGGINS, DR. JOSE HAM, MARY ANNE BENITEZ, DARRYL JACKSON, LPN WALLACE, S. PEMBO, S. BATISTE, DAVID SCHAIBLE, E. BARGKY, C. JOHNSON, FNP, WARDEN CARLOS LOUQUE, HOD WATCH COMMANDERS JOHN DOES I and II, SGT. NICOLE HARRIS, SGT EVERETT MARSHALL, DEPUTY WILLIAM THOMPSON, DEPUTY MICHAEL WILLIAMS and DEPUTY SHELIA CRADER | * | MAGISTRATE: |
| | * | CIVIL RIGHTS |
| | * | |
| | * | JURY TRIAL DEMANDED |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### COMPLAINT

### I.  INTRODUCTION

1.   This case involves the tragic death on August 7, 2011 of U.S. Coast

Guard Commander William ("Bill") Goetzee, a 48-year-old federal career civilian

1

Case 1:17-cv-05228-NGG-VMS   Document 238   Filed 12/12/18   Page 36 of 46 PageID #: 7584

USCA Case #18-3052      Document #1761272       Filed: 11/19/2018   Page 5 of 10
Case 2:12-cv-01910-SSV-JCW   Document 1   Filed 07/23/12   Page 18 of 66

**Attachment 1**

properly screen, evaluate or refer Mr. Goetzee for psychiatric evaluation, diagnosis or treatment. Defendant LPN Wallace failed to properly or adequately address Mr. Goetzee's report of recent suicidal thoughts, his need for medication, or his obvious physical injury.  Defendant LPN Wallace was aware, must have been aware, or should have been aware, that Mr. Goetzee was psychologically fragile, required psychiatric evaluation, intervention and review of his medication status, yet failed to take appropriate steps to insure that would occur.

30.    Despite Mr. Goetzee's condition, defendant LPN Wallace referred Mr. Goetzee for housing in "general population".  Defendant LPN Wallace knew, must have known or should have known, at Mr. Goetzee was at high risk of serious harm due to his disability and his medical condition and that the jail lacked adequate and appropriately trained staff and facilities to properly tend to Mr. Goetzee's medical needs or to provide reasonable accommodations for his disabilities. Yet she failed to take necessary and appropriate steps to insure that he was either referred to a hospital for treatment or for medical clearance as to the appropriateness of housing him at the jail, or, if to be admitted to the jail, that he was adequately and reasonably examined, housed and treated and afforded reasonable accommodation for his disability and his condition.

31.    Mr. Goetzee was booked into OPP and taken to Templeman V, the "federal tier".  The following morning he appeared in federal court for a first appearance hearing. His medical and psychiatric condition had deteriorated overnight and he was

Case 1:17-cv-05228-NGG-VMS  Document 238  Filed 12/12/18  Page 37 of 46 PageID #: 7585

USCA Case #18-3052        Document #1761272        Filed: 11/19/2018  Page 6 of 10
Case 2:12-cv-01910-SSV-JCW  Document 1  Filed 07/23/12  Page 19 of 66

**Attachment 1**

delusional, combative, disoriented and non-responsive. He had to be physically restrained in a wheelchair. At some point he was tased. He had spent the night in the jail with no medical treatment, no medication and no appropriate intervention or accommodation for his condition, thereby aggravating and worsening his condition. On information and belief, various deputies and other employees of the defendant Sheriff, acting in the course and scope of their employment, knew, must have known or should have known that Mr. Goetzee was in serious need of medical attention, yet failed to report or seek appropriate care for him during this time.

32. Mr. Goetzee was removed from federal court and returned to the jail, where he received a "Psychiatric Nursing/MA Assessment" for the first time while in custody, due to "suicidal ideation", and referred to University Hospital by defendant Dr. Higgins, through a verbal order to defendant E. Bargky, LPN, to "Rule Out Delirium". By that time, he had blood pressure of 181/122, a pulse rate of 128, respiration rate of 20 and a temperature of 100.1. His allergy to prednisone was noted at this time, as was the fact that he was without any medication. His skin was warm and moist to touch. He was described as oriented OX1, oriented as to name only, a marked deterioration of the AAOX3 orientation described at Intake by defendant LPN Wallace. The Nurse Notes completed by defendant Bargky identified his name as "William Wesley", despite the booking information which gave his name as "Goetzee, William W." This error regarding his name persisted through his hospitalization at University and when he returned to the jail, causing confusion and inconsistencies in his medical treatment. He

19



**Attachment 2**

14-10077
August 19ᵗʰ, 2015
Supplemental Eight
Coast Guard Commander William Goetzee was Murdered by the Department of Justice
Extraordinary Writ with Writ of Prohibition and Writ of Mandamus
Filed May 22ⁿᵈ, 2015

Coast Guard Commander William Goetzee was Murdered by the Department of Justice. The same process was used on me four months prior. When you read the complaint you will think you are in Nazi Germany.

Notice that the Goetzee family did not sue the Federal Government. Why? He was arrested on a Federal Warrant and held in Federal custody. The complaint was filed in Federal Court.

Everything the Department of Justice put in the public domain was a lie.

I was never charged with a crime. I was arrested on a Louisiana Warrant and not Federal. Why? 11 days in isolation being medicated against my will. Having a 9mm put to my forehead by an FBI Agent who threatened to kill me if I did not stop. He bragged about how he would get away with it and I knew that he was right. Stupid me for believing in the oath that I took.

Attachments

A1 Page 18 and 19, item 31, of the Goetzee family complaint. The Coast Guard Commander was strapped to a wheelchair in Federal Court and tased. The entire complaint is A5.

A2 Letter drafted (2011) by me about "The Murder of Coast Guard Commander William Goetzee" and the background between us. The entire package is A4.

A3 Letter drafted by me on 08/09/2011 to Chief Justice John Roberts. This letter is part of A4.

A4 16 pages. "The Murder of Coast Guard Commander William Goetzee"

A5 66 pages. The Goetzee family Federal Complaint.

The Supreme Court of the United States of America has granted authority to the Department of Justice to execute and assassinate Americans who are exercising their Constitutional Rights, especially Federal Whistleblowers such as me.

All Americans deserve the protection of the Supreme Court.

Is this really the world that the Supreme Court wants?

**Attachment 2**

Sincerely filed,
In Proper Person and Pro Se,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on August 19th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____
David Andrew Christenson

**Attachment 3**

### The Murder of Coast Guard Commander William Goetzee

### My background

I was held on the 10th floor of the House of Detention in the Orleans Parish Jail. This is the psychiatric floor. Suicidal prisoners are held here. In my case (not suicidal) I was placed in isolation and medicated against my will and knowledge. This was torture. The Federal Government was hoping that I would kill myself. The conditions are deplorable. The lights are on 24 hours a day. The noise from the fans and televisions is deafening. If you are not crazy when you go in, you are when you come out. I stopped eating and drinking. The only thing I consumed was water. The drugs they give you can actually trigger a psychosis, depression, etc. The "suicide watch" cell has nothing in it but a bench. There is no toilet. There is no toilet paper. When you are on suicide watch you wear a kevlar type vest that goes from your shoulders to your knees and nothing else. There was a young black kid in the "suicide watch" cell while I was there. He continually defecated on himself and the stench was unbelievable. Nobody helped him. I worried about him and I wonder what happened to him.

The Federal Government did everything possible to paint me as crazy and to discredit me. They have done the same to Commander Goetzee. I believe the story about Goetzee and his arrest was a fraud, a fabrication. The Federal Government wanted to isolate and silence Commander Goetzee. He was murdered. I was lucky.

Attachment 1: Coast Guard Commander William Wesley Goetzee's Obituary.

Commander Goetzee had quite a background. He was not indigent. I would assume he had health insurance as he was an employee of the Federal Government. He worked in the same building as the Federal Courthouse, US Attorney, US Marshal's office, etc. There was extremely heavy security at the building that day because of the Danziger Bridge Trial.

Attachment 2: Article.

Commander Goetzee "reported episodes of suicidal ideation...". The man needed help. What medication was he being forced to take? I could not invent this. The Federal Government, US Marshal Service, places Federal suicidal prisoners in a jail that was condemned in 2009 by the Justice Department. "The Justice Department criticized the mental health care provided by the institution, including its suicide-prevention practices." Why was Commander Goetzee appointed a Federal Public Defender? He was a person of means. The Department of Justice wanted to control him just like they did me when they appointed US Attorney Billy Gibbens to represent me.

Attachment 3: Article.

Could you invent this? "Investigators say Goetzee had been swallowing toilet tissue throughout the day". Are you kidding me?

**Attachment 3**

Attachment 4: Article.

See the last page, 3. "Margaret Nagel, his sister, said that after his arrest, she was unable to get any information about his condition or even where he was being held." It is important to note that the Coast Guard provided official notification of Commander Goetzee's death. This notification was improper unless he died during active duty. This was very odd and suspicious. By law The US Marshal Service should have provided notification since he was in their custody. Note that he was working on the BP oil spill.

Attachment 5.

Court document: detention hearing. Why was Commander Goetzee not at his detention hearing? Why did he not have private counsel. He had been charged and had not entered a plea. The Federal Government wanted him isolated. The man needed help and had the resources. Commander Goetzee was entitled to bond and should have been released within 72 hours. His family and fiancée could have helped him. Why did his peers in the Coast Guard not help him? They worked with him for 10 years. (Truth about the BP oil spill?)

Attachment 6.

Again could you invent the truth? Review the second page. He did not want to cause harm to anyone but himself. Goetzee exclaimed "I want to kill myself, give me your gun." Was he crying out for help or was this an attempt to discredit him? Do you know how hard it is to take a gun from a man sitting down in a car?

Attachment 7.

An email from me to multiple Federal Courts in the Eastern District of Louisiana.

Attachment 8.

Letter/Fax to the United States Supreme Court. I have only included one of the many letters that I wrote to the Supreme Court.

Sincerely,
David Christenson
"The Reluctant Patriot"

Attachment 5

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson, Movant (Amicus Curiae)

In Re: Grand Jury Investigation

Andrew Miller – Appellant

v.

United States of America – Appellee

Case 18-3052

Justice Judith W. Rogers
Justice Karen L. Henderson
Justice Sri Srinivasan

Errata to Complete the Record – File as Amicus Brief

The following attachments were sent to the (Special) Grand Jury being used by Special Counsel Robert Mueller- United States District Court for the District of Columbia & United States District Court for the Eastern District of Virginia

Attachment 1: January 16th, 2018 - 91 pages
Attachment 2: January 25th, 2018 - 14 pages
Attachment 3: January 28th, 2018 - 71 pages
Attachment 4: January 30th, 2018 - 4 pages
Attachment 5: January 29th, 2018 - 2 pages

GODSPEED.

Sincerely filed, In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on November 27th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

_____
David Andrew Christenson

Attachment 6

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus

A Prelude/Reference Book/Appendix - Book 7

By David Andrew Christenson

ISBN 978-0-9846893-8-5 Hardback SCKV

ISBN 978-0-9846893-9-2 EBook SCKV

LCCN 2012933074

Copyright 1-724163643

Persimmon Publishing

Box 9063

Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

Attachment 7