UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>     Defendants. | Civil Action No. 17-cv-5228 (NGG) (JO) |

### NOTICE OF MOTION FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Ari Biernoff, Mr. Biernoff respectfully requests permission to withdraw his appearance in the above-captioned action on behalf of Plaintiff the State of New Mexico. Another attorney, Deputy Attorney General Tania Maestas, has appeared as counsel on behalf of the State of New Mexico, and her representation continues. A proposed order is attached.

                Respectfully Submitted,

                HECTOR H. BALDERAS
                New Mexico Attorney General

                By: */s/ Ari Biernoff*

                Ari Biernoff
                Assistant Attorney General
                Post Office Drawer 1508
                Santa Fe, NM 87504-1508
                (505) 490-4058 Telephone
                (505) 490-4881 Facsimile
                abiernoff@nmag.gov

### CERTIFICATE OF SERVICE

I certify that I filed the foregoing Notice of Motion on February 5, 2019, using the CM/ECF System, which will send notification to all counsel of record.

                */s/ Ari Biernoff*