**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>                Defendants. | Civil Action No. 17-cv-5228 (NGG) (JO) |

**DECLARATION OF ARI BIERNOFF IN SUPPORT OF MOTION FOR WITHDRAWAL OF APPEARANCE**

I, Ari Biernoff, declare as follows:

1. I submit this Declaration in support of the motion for withdrawal of my appearance in the above-captioned action.

2. I am leaving my employment with the New Mexico Attorney General's Office, and consequently will no longer be representing Plaintiff the State of New Mexico in this action. Another attorney, Deputy Attorney General Tania Maestas, has made an appearance in this action on behalf of the State of New Mexico, and her representation continues.

3. I am not asserting a retaining or charging lien.

4. In view of the foregoing and the accompanying motion, I respectfully request permission to withdraw my appearance in the above-captioned action.

5. A copy of this motion will be served upon the Attorney General for the State of New Mexico, who has consented to my withdrawal as counsel.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED:    Santa Fe, New Mexico
               February 5, 2019

                                                             */s/ Ari Biernoff*