## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>          Defendants. | Civil Action No. 17-cv-5228 (NGG) (JO) |

### [PROPOSED] ORDER TERMINATING APPEARANCE

The Court has reviewed the motion that has been filed seeking the withdrawal of Ari Biernoff as counsel for Plaintiff the State of New Mexico. Upon consideration of that motion, the Court hereby terminates Mr. Biernoff as an attorney of record in the above-captioned action. Another attorney has appeared in this matter on behalf of the State of New Mexico and her representation continues.

SO ORDERED:

Dated: February ___, 2019
       Brooklyn, New York

                                                                                                                                    _____
                                                                                            HONORABLE JAMES ORENSTEIN
                                                                                            United States Magistrate Judge