UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, ET AL., <br><br> Defendants. | CIVIL ACTION NO. <br> 1:17-cv-05228 <br> (NGG) (JO) |

**NOTICE OF MOTION FOR WITHDRAWAL OF APPEARANCE OF LOURDES M. ROSADO**

PLEASE TAKE NOTICE that, upon the accompanying Declaration and pursuant to Local Civil Rule 1.4, Lourdes M. Rosado respectfully moves this Court for permission to withdraw her appearance in the above-captioned action on behalf of Plaintiff the State of New York. PLEASE TAKE FURTHER NOTICE that Sania Khan and Ajay Saini of the New York State Office of the Attorney General will continue to be counsel of record for Plaintiff the State of New York in this action.

DATED:   February 11, 2019
         New York, New York

1

Respectfully submitted,

**LETITIA JAMES**
**Attorney General of the State of New York**

By: */s/ Lourdes M. Rosado*
Lourdes M. Rosado (LR-8143)
Civil Rights Bureau Chief
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8252
lourdes.rosado@ag.ny.gov

Service on all counsel by ECF