UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, ET AL., <br><br> Defendants. | CIVIL ACTION NO. <br> 1:17-cv-05228 <br> (NGG) (JO) |

**DECLARATION OF LOURDES M. ROSADO IN SUPPORT OF
MOTION FOR WITHDRAWAL OF APPEARANCE**

I, Lourdes M. Rosado, declare under penalty of perjury that the following is true and correct:

1. I submit this declaration in support of my motion seeking permission from the Court to withdraw my appearance in the above-captioned matter.

2. I am leaving the employment of the New York State Office of the Attorney General and, therefore, I will no longer be able to represent Plaintiff the State of New York in this matter.

3. Attorneys Sania Khan and Ajay Saini of the New York State Office of the Attorney General will continue to be counsel of record for Plaintiff the State of New York in this action.

DATED:  February 11, 2019
        New York, New York

1

Respectfully submitted,

**LETITIA JAMES**
**Attorney General of the State of New York**

By: */s/ Lourdes M. Rosado*
Lourdes M. Rosado (LR-8143)
Civil Rights Bureau Chief
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8252
lourdes.rosado@ag.ny.gov

Service on all counsel by ECF