UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, ET AL.,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:17-cv-05228<br>(NGG) (JO) |

### [PROPOSED] ORDER TERMINATING APPEARANCE OF LOURDES M. ROSADO

**WHEREAS**, the Court has reviewed the motion of Lourdes M. Rosado seeking leave to withdraw as an attorney of record in this matter, as well as her declaration in support thereof;

**IT IS HEREBY ORDERED THAT** the appearance of Lourdes M. Rosado in this matter is terminated;

**IT IS FURTHER ORDERED THAT** the Clerk of Court shall remove Ms. Rosado from the docket sheet in this matter.

**IT IS SO ORDERED.**

Dated:   February __, 2019
         New York, New York

                                                        _____
                                                                                  , J.