AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-5228 (NGG) (JO) |
| Donald Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs State of New York, et al.

Date:   02/11/2019

*Attorney's signature*

Matthew Colangelo (MC-1746)
*Printed name and bar number*

New York State Office of the Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005

*Address*

Matthew.Colangelo@ag.ny.gov
*E-mail address*

(212) 416-6057
*Telephone number*

*FAX number*