UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

States of New York, et al. v. Donald Trump, et al.

-----------------------------------------------------------X

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

Case No: 17-cv-5228

TO:   Opposing Counsel
_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Jeffrey VanDam__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Office of the Illinois Attorney General__ and a member in good standing of the bar(s) of the State(s) of __Illinois__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __State of Illinois__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: __2/25/2019__

Respectfully submitted,

s/ Jeffrey VanDam
_____
Signature of Movant
Firm Name __Office of the Illinois Attorney General__
Address __100 W. Randolph St., 11th Floor__
__Chicago, IL 60601__
Email __jvandam@atg.state.il.us__
Phone __312-814-1188__