UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

State of New York, et al.,

                Plaintiff(s),

v.

Donald Trump, et al.

                Defendant(s).

---

1:17-cv-05228(NGG)(JO)

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Jeffrey VanDam, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of _____.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Illinois.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 6314182
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:17-cv-05228(NGG)(JO) for _____.

Date 2/25/19

Signature of Movant
Firm Name Office of the Illinois Attorney General
Address 100 W. Randolph St., 11th Floor
Chicago, IL 60601

NOTARIZED

Email jvandam@atg.state.il.us
Phone 312-814-1188

OFFICIAL SEAL
KATHLEEN A LEISER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 05-29-2021

2-25-19