UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
STATE OF NEW YORK, et al.,

                Plaintiff,

            - against -

DONALD TRUMP, et al.,

                Defendant.
----------------------------------------------------------X

ORDER

17-CV-5228 (NGG) (JO)

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Jeffrey VanDam, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By March 5, 2019, Mr. VanDam shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. VanDam shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. VanDam shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated:  Brooklyn, New York
          February 26, 2019

                                                                   /s/
                                                 James Orenstein
                                                 U.S. Magistrate Judge