**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, *et al,* <br><br> Defendants. | Case No. 1:17-cv-05228(NGG)(JO) |

**NOTICE OF MOTION FOR WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Anna P. Crane, Plaintiff State of Illinois and Ms. Crane respectfully move this Court for an order allowing Ms. Crane to withdraw her appearance *pro hac vice* in the above-captioned case. Other attorneys have appeared as counsel on behalf of Plaintiff State of Illinois, and their representation continues. A proposed Order is attached.

DATED: February 26, 2019.

Respectfully submitted,

**KWAME RAOUL**
Attorney General of the State of Illinois

By: */s Jeffrey VanDam*
    Harpreet Khera, Deputy Bureau Chief,
    Special Litigation Bureau
    Anna Crane, Assistant Attorney General
    Caitlyn McEllis, Assistant Attorney General
    Jeff VanDam, Assistant Attorney General
    Civil Rights Bureau
    Office of the Illinois Attorney General
    100 W. Randolph Street
    Chicago, IL 60601
    Tel. (312) 814-3000
    Fax (312) 814-3212