## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.,*<br><br>                Plaintiffs,<br><br>   v.<br><br>DONALD TRUMP, *et al,*<br><br>                Defendants. | Case No. 1:17-cv-05228(NGG)(JO) |

### [PROPOSED] ORDER TERMINATING APPEARANCE

The Court has reviewed the motion that has been filed regarding the withdrawal of Anna Crane as counsel *pro hac vice* for Plaintiff State of Illinois. Upon consideration of that motion, the Court hereby terminates Ms. Crane as an attorney of record in the above-captioned case. Other counsel have appeared in this matter on behalf of Plaintiff State of Illinois and their representation continues.

SO ORDERED

Dated: February ____, 2019
       New York, New York

                                                    _____
                                                    Honorable Nicholas G. Garaufis
                                                    United States District Judge