# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG)(JO) |

## MOTION FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Genevieve C. Nadeau and pursuant to Local Civil Rule 1.4, Plaintiff Commonwealth of Massachusetts and Ms. Nadeau respectfully move this Court for an order allowing Ms. Nadeau to withdraw her appearance *pro hac vice* in the above-captioned case. Other attorneys have appeared as counsel on behalf of Plaintiff Commonwealth of Massachusetts, and their representation continues. A Proposed Order is attached.

Dated:  March 5, 2019	Respectfully submitted,

                                                  COMMONWEALTH OF MASSACHUSETTS
                                                  ATTORNEY GENERAL MAURA HEALEY

                                                  */s/ Genevieve C. Nadeau*
                                                  _____
                                                  Genevieve C. Nadeau (*pro hac vice*)
                                                  Abigail B. Taylor (*pro hac vice*)
                                                  Jonathan B. Miller
                                                  Assistant Attorneys General
                                                  Office of the Attorney General
                                                  One Ashburton Place
                                                  Boston, MA 02108
                                                  genevieve.nadeau@mass.gov
                                                  abigail.taylor@mass.gov
                                                  jonathan.miller@mass.gov
                                                  Tel. (617) 727-2200

## **CERTIFICATE OF SERVICE**

  I, Genevieve C. Nadeau, hereby certify that a true copy of the above document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: March 5, 2019            */s/ Genevieve C. Nadeau*
                   _____
                   Genevieve C. Nadeau