# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STATES OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, *et al*, <br><br> Defendants. | CIVIL ACTION NO. 1:17-cv-05228 (NGG)(JO) |

## DECLARATION OF GENEVIEVE C. NADEAU
## IN SUPPORT OF MOTION FOR WITHDRAWAL OF APPEARANCE

I, Genevieve C. Nadeau, hereby declare as follows:

1. I submit this Declaration in support of the motion for withdrawal of my appearance *pro hac vice* in the above-captioned matter.

2. I was permitted by this Court to appear as counsel *pro hac vice* to represent Plaintiff Commonwealth of Massachusetts in this matter by Order dated September 15, 2017.

3. I will no longer be employed by the Office of the Massachusetts Attorney General after March 7, 2019, and as a result will no longer be representing the Commonwealth of Massachusetts in this matter. Other attorneys have made an appearance in this case on behalf of the Commonwealth, including Abigail Taylor (*pro hac vice*) and Jonathan Miller, and their representation continues.

4. In the above-captioned case, an order granting the Plaintiffs' motion for preliminary injunction has been granted and an appeal is currently pending.

5. I am not asserting a retaining or charging lien.

6. In view of the foregoing and the accompanying motion, I respectfully request permission to withdraw my appearance *pro hac vice* in the above-captioned case.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2019

*/s/ Genevieve C. Nadeau*
_____
Genevieve C. Nadeau