**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

STATES OF NEW YORK, *et al.*,

                    Plaintiffs,

      v.                                                      CIVIL ACTION NO. 1:17-cv-05228 (NGG)(JO)

DONALD TRUMP, *et al*,


                    Defendants.


**[PROPOSED] ORDER TERMINATING APPEARANCE**

The Court has reviewed the motion seeking approval for Genevieve C. Nadeau to

withdraw her appearance as counsel *pro hac vice* for Plaintiff Commonwealth of Massachusetts.

Upon consideration of that motion, the Court hereby terminates Ms. Nadeau as an attorney of

record in the above-captioned case. Other counsel have appeared in this matter on behalf of

Plaintiff Commonwealth of Massachusetts and their representation continues.


**SO ORDERED.**


Dated: March _____, 2019                         _____
      New York, New York                     Honorable Nicholas G. Garaufis
                                       United States District Judge