UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

State of New York, et al.

v.

Donald Trump, et al.

----------------------------------------------------------X

1:17-cv-05228-NGG-JO
_____

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   Opposing Counsel
_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Eric Reuel Olson__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Office of the Attorney General__ and a member in good standing of the bar(s) of the State(s) of __Colorado and Illinois__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __State of Colorado__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 3/19/18

Respectfully submitted,

/s/ Eric Reuel Olson
_____
Signature of Movant
Firm Name __Office of the Attorney General__
Address __1300 Broadway, 10th Floor__
__Denver, CO 80203__
Email __eric.olson@coag.gov__
Phone __720 508 6548__