UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

State of New York, et al.

          Plaintiff(s),

v.

Donald Trump, et al.

          Defendant(s).

17-cv-5228

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, Eric Reuel Olson, being duly sworn, hereby depose and say as follows:

1. I am a(n) Solicitor General with the law firm of Office of the Attorney General.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Colorado and Illinois.
4. There are no pending disciplinary proceedings against me in any state or federal court. True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: 36414 (CO), 6280747 (IL)
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 17-cv-5228 for _____.

Date 3/19/19

Signature of Movant
Firm Name Office of the Attorney General
Address 1300 Broadway, 10th Floor
Denver, CO 80203

Email eric.olson@coag.gov
Phone 720 508 6548

**NOTARIZED**

*Amy C. Holston*

AMY C. HOLSTON
Notary Public
State of Colorado
Notary ID # 20024021132
My Commission Expires 07-02-2022