UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., | CIVIL ACTION NO. 1:17-cv-05228 |
| Plaintiffs, | |
| v. | NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE |
| DONALD TRUMP, et al., | |
| Defendants. | |

TO: U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, I, Michelle S. Kallen, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the Office of the Attorney General of Virginia and a member in good standing of the bars of the Commonwealth of Virginia, the State of California, and the District of Columbia, as attorney pro hac vice to argue or try this case in whole or in part as counsel for the Commonwealth of Virginia. There are no pending disciplinary proceedings against me in any state or federal court.

DATED: JULY 30, 2019

_____
Michelle S. Kallen
Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219
mkallen@oag.state.va.us
(804) 786-7704