UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | CIVIL ACTION NO. 1:17-cv-05228 <br><br> AFFIDAVIT OF MICHELLE S. KALLEN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

State: Virginia
City: Richmond

MICHELLE S. KALLEN, being duly sworn, hereby deposes and says as follows:

1. I am the Deputy Solicitor General of the Office of the Attorney General of Virginia.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the Commonwealth of Virginia, the State of California, and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff Commonwealth of Virginia.

1

DATED: JULY 30, 2019 _____
Michelle S. Kallen
Office of the Attorney General
202 North Ninth Street
**NOTARIZED:** Richmond, VA 23219
mkallen@oag.state.va.us
(804) 786-7704



2