AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | ) | |
|---|---|---|
| State Of New York et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-05228-NGG-JO |
| Donald Trump et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Virginia                                                                                                .

Date: 07/31/2019

/s/ Michelle S. Kallen
*Attorney's signature*

Michelle S. Kallen, VSB No. 93286
*Printed name and bar number*

Office of the Attorney General
202 North Ninth Street
Richmond, VA  23219
*Address*

mkallen@oag.state.va.us
*E-mail address*

(804) 786-7704
*Telephone number*

(804) 371-0200
*FAX number*