IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, *et al.*, <br><br> Defendants. | No. 1:17-CV-5228 |

## NOTICE OF MOTION FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Valerie M. Nannery, Ms. Nannery respectfully requests permission to withdraw her appearance in the above-captioned action on behalf of Plaintiff the District of Columbia. Another attorney, Deputy Attorney General Kathleen Konopka, has appeared as counsel on behalf of the District of Columbia, and her representation continues. A proposed order is attached.

Respectfully submitted,

**KARL A. RACINE**
**Attorney General of the District of Columbia**

By: */s/ Valerie M. Nannery*
**Valerie M. Nannery**
Assistant Attorney General
Office of the Attorney General for the District of Columbia
441 4th Street, N.W., Suite 630 South
Washington, DC 20001
Phone: (202) 442-9596
valerie.nannery@dc.gov

1

## **CERTIFICATE OF SERVICE**

      I certify that I filed the foregoing Notice of Motion on October 11, 2019, using the CM/ECF System, which will send notification to all counsel of record.

                                                         */s/ Valerie M. Nannery*