## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, | |
| Plaintiffs, | No. 1:17-CV-5228 |
| v. | |
| DONALD TRUMP, *et al.*, | |
| Defendants. | |

## DECLARATION OF VALERIE M. NANNERY IN SUPPORT OF MOTION FOR WITHDRAWAL OF APPEARANCE

I, Valerie M. Nannery, declare as follows:

1. I submit this Declaration in support of the motion for withdrawal of my appearance in the above-captioned action.

2. I am leaving my employment with the Office of the Attorney General for the District of Columbia, and consequently I will no longer be representing Plaintiff the District of Columbia in this action. Another attorney, Deputy Attorney General Kathleen Konopka, has made an appearance in this action on behalf of the District of Columbia, and her representation continues.

3. I am not asserting a retaining or charging lien.

4. In view of the foregoing and the accompanying motion, I respectfully request permission to withdraw my appearance in the above-captioned action.

5. A copy of this motion will be served upon the Attorney General for the District of Columbia, who has consented to my withdrawal as counsel.

4

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: October 11th, 2019             */s/ Valerie M. Nannery*_____
                                                                Valerie M. Nannery