IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, *et al.*, <br><br> Defendants. | No. 1:17-CV-5228 |

## [PROPOSED] ORDER TERMINATING APPEARANCE

The Court has reviewed the motion that has been filed seeking the withdrawal of Valerie M. Nannery as counsel for Plaintiff the District of Columbia. Upon consideration of that motion, the Court hereby terminates Ms. Nannery as an attorney of record in the above-captioned action. Another attorney has appeared in this matter on behalf of the District of Columbia, and her representation continues.

SO ORDERED:

Dated: October ___, 2019

    Brooklyn, New York

 

_____
HONORABLE JAMES ORENSTEIN
United States Magistrate Judge