# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>DONALD TRUMP, et al.,<br><br>　　　　　　　　Defendants. | Civil Action No.<br>1:17-cv-5228-NGG-JO<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

　　　PLEASE TAKE NOTICE THAT it is hereby respectfully requested that the appearance of Jonathan B. Miller be withdrawn as counsel for Plaintiff Commonwealth of Massachusetts in the above-captioned case. Mr. Miller's employment with the Office of the Massachusetts Attorney General will conclude on January 6, 2020. Plaintiff Commonwealth of Massachusetts will continue to be represented by Assistant Attorney General Abigail Taylor in the above-captioned matter.

　　　The undersigned counsel respectfully requests that this Honorable Court enter an Order granting the motion to withdraw.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　COMMONWEALTH OF MASSACHUSETTS
　　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL
　　　　　　　　　　　　　　　　　　　MAURA HEALEY

　　　　　　　　　　　　　　　　　　　*/s/ Jonathan B Miller*
　　　　　　　　　　　　　　　　　　　Jonathan B. Miller
　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　Office of the Massachusetts Attorney General
　　　　　　　　　　　　　　　　　　　One Ashburton Place
　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　617-963-2073
Dated: January 2, 2020　　　　　　　　Jonathan.Miller@mass.gov

## CERTIFICATE OF SERVICE

      I, Jonathan B. Miller, hereby certify that on January 2, 2020, I caused a copy of the foregoing to be filed electronically and that the document is available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                      */s/ Jonathan B. Miller*
                                      Jonathan B. Miller
                                      Assistant Attorney General