# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., | |
|           Plaintiffs, | Civil Action No.<br>1:17-cv-5228-NGG-JO |
| v. | |
| DONALD TRUMP, et al., | **DECLARATION OF<br>JONATHAN B. MILLER** |
|           Defendants. | |

I, JONATHAN B. MILLER, declare under the pains and penalties of perjury that the following is true and correct:

1.   I submit this declaration in support of my motion seeking permission from the Court to withdraw my appearance in the above-captioned matter.

2.   I am leaving the employment of the Office of the Massachusetts Attorney General and, therefore, will no longer be able to represent Plaintiff Commonwealth of Massachusetts in this matter.

3.   Assistant Attorney General Abigail Taylor will continue to represent Plaintiff Commonwealth of Massachusetts in this action.

Respectfully submitted,

*/s/ Jonathan B Miller*
Jonathan B. Miller
Assistant Attorney General
Office of the Massachusetts Attorney General
One Ashburton Place
Boston, MA 02108
617-963-2073
Jonathan.Miller@mass.gov

Dated: January 2, 2020