**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

_____
                                                                 :
STATE OF NEW YORK, et al.,                      :
                                                                 :       Civil Action No.
                    Plaintiffs,                              :       1:17-cv-5228-NGG-JO
v.                                                              :
                                                                 :
DONALD TRUMP, et al.,                            :
                                                                 :       **[PROPOSED] ORDER**
                                                                 :       **TERMINATING**
                    Defendants.                           :       **APPEARANCE OF**
                                                                 :       **JONATHAN B. MILLER**
_____:

**WHEREAS**, the Court has reviewed the motion of Jonathan B. Miller seeking leave to withdraw as an attorney of record in this matter, as well as his declaration in support thereof;

**IT IS HEREBY ORDERED THAT** the appearance of Jonathan B. Miller in this matter is terminated;

**IT IS FURTHER ORDERED THAT** the Clerk of Court shall remove Mr. Miller from the docket sheet in this matter.

**IT IS SO ORDERED.**

_____

Dated: January _____, 2020             HON. JAMES ORENSTEIN
Brooklyn, New York                             United States Magistrate Judge