# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., | |
| Plaintiffs, | Civil Action No. 1:17-cv-5228-NGG-JO |
| v. | |
| DONALD TRUMP, et al., | **MOTION TO WITHDRAW AS COUNSEL** |
| Defendants. | |

PLEASE TAKE NOTICE THAT it is hereby respectfully requested that the appearance of Ajay Saini be withdrawn as counsel for Plaintiff State of New York in the above-captioned case. Mr. Saini's employment with the New York State Office of the Attorney General will conclude on January 17, 2020. Plaintiff State of New York will continue to be represented by Matthew Colangelo in the above- captioned matter.

The undersigned counsel respectfully requests that this Honorable Court enter an Order granting the motion to withdraw.

Respectfully submitted,

*/s/ Ajay Saini*
Ajay Saini
Assistant Attorney General
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
212-416-8714
ajay.saini@ag.ny.gov

Dated: January 17, 2020

## CERTIFICATE OF SERVICE

      I, Ajay Saini, hereby certify that on January 17, 2020, I caused a copy of the foregoing to be filed electronically and that the document is available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                              */s/ Ajay Saini*
                                              Ajay Saini
                                              Assistant Attorney General

2