UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | Civil Action No. <br> 1:17-cv-5228-NGG-JO <br><br><br> **DECLARATION OF AJAY SAINI** |

I, Ajay Saini, declare under the pains and penalties of perjury that the following is true and correct:

1. I submit this declaration in support of my motion seeking permission from the Court to withdraw my appearance in the above-captioned matter.

2. I am leaving the employment of the New York State Office of the Attorney General and, therefore, will no longer be able to represent Plaintiff State of New York in this matter.

3. Matthew Colangelo will continue to represent Plaintiff State of New York in this action.

Respectfully submitted,

*/s/ Ajay Saini*
Ajay Saini
Assistant Attorney General
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
212-416-8714
ajay.saini@ag.ny.gov

Dated: January 17, 2020