UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>　　　　　　Defendants. | Civil Action No.<br>1:17-cv-5228-NGG-JO<br><br><br>**[PROPOSED] ORDER TERMINATING APPEARANCE OF AJAY SAINI** |

**WHEREAS**, the Court has reviewed the motion of Ajay Saini seeking leave to withdraw as an attorney of record in this matter, as well as his declaration in support thereof;

**IT IS HEREBY ORDERED THAT** the appearance of Ajay Saini in this matter is terminated;

**IT IS FURTHER ORDERED THAT** the Clerk of Court shall remove Mr. Saini from the docket sheet in this matter.

**IT IS SO ORDERED.**

Dated: January_____, 2020　　　　　　　HON. JAMES ORENSTEIN
Brooklyn, New York　　　　　　　　　　　United States Magistrate Judge