UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>                              Plaintiffs,<br>         v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>                              Defendants. | Case No. 1:17-cv-05228 (NGG) (JO) |

**MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE THAT it is hereby respectfully requested that the appearance of Karen Lin be withdrawn as counsel for *Amici Curiae* 114 U.S.-Based Companies in the above-captioned case. Ms. Lin's employment with Mayer Brown will conclude on February 28, 2020. *Amici* will continue to be represented by Andrew Pincus and Rory Schneider in the above-captioned matter.

The undersigned counsel respectfully requests that this Honorable Court enter an Order granting the motion to withdraw.

DATED: February 27, 2020                              Respectfully Submitted,

.

By: */s/ Karen Lin*

Karen W. Lin
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020-1001
Telephone: (212) 506-2500
klin@mayerbrown.com

*Counsel for* Amici Curiae

2

## CERTIFICATE OF SERVICE

      I hereby certify that on February 27, 2020, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system.

                                                /s/ Karen Lin
                                                  Karen Lin