UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, MASSACHUSETTS, WASHINGTON, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, IOWA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, and VIRGINIA,<br><br>                                    Plaintiffs,<br>          v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and the UNITED STATES OF AMERICA,<br><br>                                    Defendants. | Case No. 1:17-cv-05228 (NGG) (JO) |

**[PROPOSED] ORDER TERMINATING APPEARANCE OF KAREN LIN**

**WHEREAS**, the Court has reviewed the motion of Karen Lin seeking leave to withdraw as an attorney of record in this record, as well as her declaration in support thereof;

**IT IS HEREBY ORDERED THAT** the appearance of Karen Lin in this matter is terminated;

**IT IS FURTHER ORDERED THAT** the Clerk of the Court shall remove Ms. Lin from the docket sheet in this matter.

DATED: _____

                                                _____
HON. JAMES ORENSTEIN
United States District Judge