# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

STATE OF NEW YORK, *et al*.,

      Petitioners,

  v.

DONALD TRUMP, *et al*.,

      Defendants.

Case No. 1:17-CV-05228 (NGG) (JO)

## [PROPOSED] ORDER FOR WITHDRAWAL OF APPEARANCE

The Court has reviewed the motion that has been filed regarding the withdrawal of Jennifer B. Sokoler as counsel for amici Brown University, California Institute of Technology, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, George Washington University, Georgetown University, Harvard University, Massachusetts Institute of Technology, Northwestern University, Stanford University, University of Chicago, University of Pennsylvania, Vanderbilt University, Washington University in St. Louis, and Yale University.  Upon considering of that motion, the Court hereby removes Ms. Sokoler as an attorney of record in the above-caption cased.  Attorneys of the same firm have appeared as counsel on behalf of these defendants and their representation continues.

SO ORDERED:

Dated: March ___, 2020
   New York, New York

          _____
          Honorable Nicholas G. Garaufis
          United States District Judge