UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

State of New York, et al.,
        Plaintiffs,
    v.
Donald Trump, et al.,
        Defendants

----------------------------------------------------------X

1:17-cv-05228-NGG

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I Christian Douglas Wright will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Delaware Department of Justice and a member in good standing of the bar(s) of the State(s) of Delaware, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff State of Delaware. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 7/30/20

/s/ Christian Douglas Wright
Signature of Movant
Firm Name  Delaware Department of Justice
Address  820 N. French Street
Wilmington, DE  19801
Email  christian.wright@delaware.gov
Phone  302-577-8944