UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

State of New York, et al.,

                Plaintiff(s),

v.

Donald Trump, et al.,

                Defendant(s).

1:17-cv-5228

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

I, Christian Douglas Wright, being duly sworn, hereby depose and say as follows:

1. I am a(n) **attorney** with the law firm of **Delaware Department of Justice**.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of **Delaware**.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I **Have not** been convicted of a felony. If you have, please describe facts and circumstances.
6. I **Have not** been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: **DE 3554**
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case **1:17-cv-5228** for **Plaintiff** **State of Delaware**.

Date **7/30/20**

Signature of Movant
Firm Name Delaware Department of Justice
Address 820 N. French Street
Wilmington, DE 19801
Email christian.wright@delaware.gov
Phone 302-577-8944

NOTARIZED 7-30-20
DEPUTY ATTORNEY GENERAL

Kevin R. Slattery
Attorney-at-Law
Notary per 29 Del. C. § 4323(a)(3)