AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| State of New York, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:17-cv-05228-NGG-JO |
| Donald Trump, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Delaware     .

Date:   07/30/2020

*Attorney's signature*

Christian Douglas Wright (DE #3554)
*Printed name and bar number*

Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE  19801

*Address*

christian.wright@delaware.gov
*E-mail address*

(302) 577-8944
*Telephone number*

*FAX number*