AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| State of New York, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-05228-NGG-JO |
| Donald Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of New York.

Date:   08/20/2020

/s/ Joseph J. Wardenski
*Attorney's signature*

Joseph J. Wardenski (NY Bar No. 4595120)
*Printed name and bar number*

New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005

*Address*

Joseph.Wardenski@ag.ny.gov
*E-mail address*

(212) 416-8441
*Telephone number*

(212) 416-6007
*FAX number*