IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States*, et al., <br><br> Defendants. | No. 1:17-cv-05228 (NGG) (JO) |

**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL R. SUVOR**

Pursuant to Local Civil Rule 1.3(c), I, Daniel R. Suvor, hereby move for admission *pro hac vice* to appear on behalf of *amicus curiae* the County of Los Angeles in the above-captioned case. In support of this application, annexed hereto is the Affidavit of Daniel R. Suvor, Esq., and the Certificate of Good Standing from the Clerk of the Supreme Court of California verifying that I am a member in good standing of the bar of California. This motion is also accompanied by payment to the Clerk of this Court of the total fee of one hundred fifty dollars ($150.00). A proposed Order is attached.

Dated: August 31, 2020  
Los Angeles, CA

Respectfully submitted,

By:   /s/ Daniel R. Suvor_____  
Daniel R. Suvor  
400 South Hope Street, 18th Floor  
Los Angeles, California  90071-2899  
Telephone:  213.430.6000  
E-mail:  dsuvor@omm.com

Attorney for *Amicus Curiae* the County of Los Angeles, California