**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK, et al., | |
| Plaintiffs, | |
| v. | No. 1:17-cv-05228 (NGG) (JO) |
| DONALD J. TRUMP, *in his official capacity as President of the United States*, et al., | |
| Defendants. | |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF
MARGARET L. CARTER**

NOW, upon the Motion of Margaret L. Carter, Esq. for Admission *Pro Hac Vice*, and the annexed Affidavit:

IT IS ORDERED that:  Margaret L. Carter
O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-7592
mcarter@omm.com

is hereby permitted to appear in this action *pro hac vice* on behalf of *amicus curiae* the County of Los Angeles.  A notation of the admission *pro hac vice* of Margaret L. Carter will be made on the roll of attorneys and the Court's docket in the above-captioned case.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys.  Upon issuance of this Order, counsel shall immediately apply for a password on the Electronic Case Filing (ECF) system at nyed.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

SO ORDERED

Dated: _____ __, 2020            By: _____
                                            Honorable Nicholas G. Garaufis
                                            United States District Judge