AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-CV-5228 (NGG) (JO) |
| Donald Trump, President of the United States, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the County of Los Angeles.

Date: 09/04/2020

/s/ Margaret L. Carter
*Attorney's signature*

Margaret L. Carter (S.B. #220736)
*Printed name and bar number*

400 South Hope Street
18th Floor
Los Angeles, CA 90071-2899
*Address*

mcarter@omm.com
*E-mail address*

(213) 430-6000
*Telephone number*

(213) 430-6407
*FAX number*