AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  17-CV-5228 (NGG) (JO) |
| Donald Trump, President of the United States, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the County of Los Angeles.

Date: 09/04/2020

/s/ Daniel R. Suvor
*Attorney's signature*

Daniel R. Suvor (S.B. #265674)
*Printed name and bar number*

400 South Hope Street
18th Floor
Los Angeles, CA 90071-2899
*Address*

dsuvor@omm.com
*E-mail address*

(213) 430-6000
*Telephone number*

(213) 430-6407
*FAX number*