AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

State of New York, et al. )
*Plaintiff* )
v. ) Case No.  1:17-cv-05228-NGG-JO
Donald Trump, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Commonwealth of Pennsylvania.

Date: 09/10/2020

/s/ Aimee D. Thomson
*Attorney's signature*

Aimee D. Thomson (NY Bar No. 5404348)
*Printed name and bar number*

Pennsylvania Office of Attorney General
1600 Arch St., Suite 300
Philadelpha, PA 19103
*Address*

athomson@attorneygeneral.gov
*E-mail address*

(267) 374-2787
*Telephone number*

*FAX number*