## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*, | |
| Plaintiffs, | |
| v. | No. 16-cv-4756 (NGG) (JO) |
| CHAD F. WOLF, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, | |
| Plaintiffs, | |
| v. | No. 17-cv-5228 (NGG) (JO) |
| DONALD TRUMP, *et al.*, | |
| Defendants. | |

### NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law, dated September 11, 2020, as well as Defendants' Responses to Plaintiffs' Local Civil Rule 56.1 Statement and Defendants' Statement of Undisputed Facts, and the exhibits annexed thereto, Defendants in the above-captioned actions will move this Court before the Honorable Nicholas G. Garaufis, United States District Judge, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for partial summary judgment in favor of Defendants pursuant to Fed. R. Civ. P. 56.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's August 24, 2020 Order, Plaintiffs' opposition papers shall be filed no later than September 25, 2020 at 12:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's August 24, 2020 Order, Defendants' reply in further support of their motion for partial summary judgment shall be filed no later than October 2, 2020 at 12:00 p.m.

Dated: September 11, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

SETH D. DuCHARME
Acting United States Attorney

BRAD P. ROSENBERG
Assistant Branch Director

/s/   *Stephen M. Pezzi*
GALEN N. THORP
  Senior Trial Counsel
STEPHEN M. PEZZI
RACHAEL L. WESTMORELAND
  Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY  11201
Phone:  (718) 254-6288
Fax:  (718) 254-7489
Email:  joseph.marutollo@usdoj.gov

*Attorneys for Defendants*