September 30, 2020

The Honorable Nicholas G. Garaufis
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:    Plaintiffs' notice of correction in *State of New York, et al. v. Trump, et al.*, No. 17-CV-5228 (NGG) (JO).

Dear Judge Garaufis:

In Plaintiffs' September 25 Opposition and Reply Memorandum, Plaintiffs incorrectly stated that the Department of Homeland Security ("DHS") had not filed Peter Gaynor's September 10, 2020, order with this Court. *See* Pls.' Opp. & Reply 24 n.19 (ECF No. 291). DHS in fact included Gaynor's order as an exhibit to its September 11 responses to Plaintiffs' Rule 56.1 Statement (ECF No. 288-1 at 18-19 (Ex. 6)).

                      Sincerely,

                      By: */s/ Matthew Colangelo*
                      Matthew Colangelo
                      Office of the New York State Attorney General
                      28 Liberty Street
                      New York, NY 10005
                      Phone: (212) 416-6057
                      Matthew.Colangelo@ag.ny.gov

                      *Attorney for the Plaintiffs*