

**U.S. Department of Justice**
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

October 2, 2020

**VIA ECF**
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *State of New York, et al. v. Trump, et al.*, No. 17-cv-5228 (NGG) (JO)
             *Batalla Vidal, et al. v. Wolf, et al.*, No. 16-cv-4756 (NGG) (JO)

Dear Judge Garaufis:

      Defendants respectfully submit this unopposed letter motion for a page extension. For the reasons set forth below, Defendants request leave to file one combined summary-judgment reply brief not to exceed 25 pages. Plaintiffs do not oppose this request.

      As good cause for this request, Defendants note that they will be responding (on Wednesday, October 7, by noon) to separate filings from each group of plaintiffs, and that Defendants could have filed two separate briefs (one on each docket) if they wished to do so, but instead intend to file one combined brief to minimize duplicative briefing. In total, Defendants will be responding to 57 pages of briefing. Defendants will also be addressing significant intervening events that took place after Defendants' most recent brief in these matters. In addition, the *Batalla Vidal* Plaintiffs recently sought a page extension, which Defendants did not oppose and which the Court granted.

      For these reasons, Defendants respectfully request that they be permitted to file one combined summary-judgment reply brief, not to exceed 25 pages.

Dated: October 2, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

SETH D. DUCHARME
Acting United States Attorney

BRAD P. ROSENBERG
Assistant Branch Director

 /s/   *Stephen M. Pezzi*
GALEN N. THORP
  Senior Trial Counsel
STEPHEN M. PEZZI
RACHAEL L. WESTMORELAND
  Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY  11201
Phone:  (718) 254-6288
Fax:  (718) 254-7489
Email:  joseph.marutollo@usdoj.gov

*Attorneys for Defendants*