IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*,<br><br>      Plaintiffs,<br><br>    v.<br><br>CHAD F. WOLF, *et al.*,<br><br>      Defendants. | No. 16-cv-4756 (NGG) (JO) |
| STATE OF NEW YORK, *et al.*,<br><br>      Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, *et al.*,<br><br>      Defendants. | No. 17-cv-5228 (NGG) (JO) |

## **NOTICE OF APPEARANCE**

To the clerk of the Court and all parties of record:

Please enter the appearance of Christopher D. Dodge, United States Department of Justice, Civil Division, Federal Programs Branch, as counsel for all Defendants in the above-captioned case, pursuant to Local Civil Rule 1.3(c).

Dated: October 15, 2020

Respectfully submitted,

JOHN V. COGHLAN
Deputy Assistant Attorney General

SETH D. DuCHARME
Acting United States Attorney

BRAD P. ROSENBERG
Assistant Branch Director

 /s/   *Christopher D. Dodge*
Christopher D. Dodge
(MA Bar. No. 696172)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-5571
Email: christopher.d.dodge@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY  11201
Phone:  (718) 254-6288
Fax:  (718) 254-7489
Email:  joseph.marutollo@usdoj.gov

*Attorneys for Defendants*