AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-5228 (NGO) (JO) |
| Donald Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs State of New York, et al.

Date: 10/18/2020

*Attorney's signature*

Anisha Dasgupta (AD-8943)
*Printed name and bar number*

Office of the New York State Attorney General
28 Liberty Street, Fl. 23
New York, NY 10005

*Address*

anisha.dasgupta@ag.ny.gov
*E-mail address*

(646) 784-7596
*Telephone number*

*FAX number*