UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARTÍN JONATHAN BATALLA VIDAL, *et al.*,

          Plaintiffs,

  -against-

CHAD WOLF, *et al.*,

          Defendants.

STATE OF NEW YORK, *et al.*,

          Plaintiffs,

  -against-

DONALD TRUMP, *et al.*,

          Defendants.

**ORDER**
**16-CV-4756 (NGG) (VMS)**

**17-CV-5228 (NGG) (VMS)**

NICHOLAS G. GARAUFIS, United States District Judge.

The court has reviewed the notices posted to the Government's websites. Defendants are DIRECTED to replace the current notices with the following amended notice language by 5:00 pm on December 9, 2020:

In compliance with an order [hyperlinked to: https://www.dhs.gov/publication/batalla-vidal-et-al-v-wolf-et-al-and-state-new-york-et-al-v-trump-et-al] of a United States District Court, effective December 7, 2020, U.S. Citizenship and Immigration Services (USCIS) is:

- Accepting first-time requests for consideration of deferred action under Deferred Action for Childhood Arrivals (DACA) based on the terms of the DACA policy in effect prior to September 5, 2017, and in accordance with the Court's December 4, 2020, order;
- Accepting DACA renewal requests based on the terms of the DACA policy in effect prior to September

- 5, 2017, and in accordance with the Court's December 4, 2020, order;
- Accepting applications for advance parole documents based on the terms of the DACA policy prior to September 5, 2017, and in accordance with the Court's December 4, 2020, order;
- Extending one-year grants of deferred action under DACA to two years; and
- Extending one-year employment authorization documents under DACA to two years.

USCIS will take appropriate steps to provide evidence of the one-year extensions of deferred action and employment authorization documents under DACA to individuals who were issued documentation on or after July 28, 2020, with a one-year validity period under the defunct policy.

DHS will comply with the order while it remains in effect, but DHS may seek relief from the order.

SO ORDERED.

Dated:   Brooklyn, New York
         December 9, 2020

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Nicholas G. Garaufis
　　　　　　　　　　　　　　　　　　　　　　　　NICHOLAS G. GARAUFIS
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge