# Exhibit A

**Request 1 (DACA and Advance Parole Requests from Nov. 14 - Dec. 31, 2020)\***
Form I-821D, Consideration of Deferred Action for Childhood Arrivals
Form I-131, Application for Travel Document
Receipts, Adjudications, Approvals, Denials, Rejections
November 14, 2020 - December 31, 2020

**U.S. Citizenship and Immigration Services**

| Form Type | Receipts[1] | Adjudications[2] | Approvals[3] | Denials[4] | Rejections[5] |
|---|---|---|---|---|---|
| DACA - Initial[6] | 2,713 | 295 | 174 | 121 | 369 |
| DACA - Renewal[7] | 28,821 | 62,170 | 61,844 | 326 | 2,842 |
| DACA I-131 Filing[8] | 163 | 0 | 0 | 0 | 25 |

\* This chart responds to the Court's Dec. 4, 2020 Order at p. 5 for "(1) The number of first-time DACA applications received, adjudicated, approved, denied, and rejected from November 14 until December 31, 2020; (2) the number of renewal requests received, adjudicated, approved, denied, and rejected over that time period, and (3) the number of advance parole requests received, adjudicated, approved, denied, and rejected over that time period."

**Reference(s):**

[1] The number of requests or applications received and entered into a case-tracking system during the reporting period.

[2] The number of requests or applications approved or denied during the reporting period.

[3] The number of requests or applications approved during the reporting period.

[4] The number of requests or applications denied during the reporting period.

[5] The number of requests or applications rejected during the reporting period.  See footnote 4 below.

[6] Cases marked as a DACA Initial request in the electronic systems as of the query date.  This may include some I821D renewal requests where the requestor's previous DACA had expired more than 1 year ago or the previous DACA was terminated. System limitations prevent USCIS from being able to segregate such DACA requests categorized as "initials" from those that were filed by individuals seeking DACA for the first-time.

[7] Cases marked as a DACA Renewal request in the electronic systems as of the query date.

[8] Cases marked as a I-131 Advance Parole application based on DACA in the electronic systems as of the query date.

**Note(s):**

1) Some petitions/applications/requests approved or denied may have been received outside the reporting period.

2) The report reflects the most up-to-date estimate available at the time the database is queried.

3) Counts may differ from those reported in previous periods due to system updates and post-adjudicative outcomes.

4) Data on advance parole requests may be incomplete with respect to applications for an advance parole document submitted at USCIS field offices in person in emergency situations.  For applications submitted at USCIS field offices, USCIS does not systematically maintain information about rejected applications, and for denied and approved applications does not systematically capture that the request is from a DACA recipient.

5) USCIS is currently updating its pre-9/5/2017 DACA I-131 (advance parole) procedural guidance and training materials. The agency anticipates that officer training will be completed and adjudications of applications will begin before the end of January 2021.

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, Office of Performance and Quality

CLAIMS3 & ELIS, queried January 4, 2021, TRK 6773.

# Exhibit B

**Request 2.1 (DACA First-Time Requests Rejected Under Wolf Memo)***
Form I-821D, Consideration of Deferred Action for Childhood Arrivals
DACA Initials
Rejected Pursuant to the Wolf Memorandum
June 30, 2020 - December 4, 2020

U.S. Citizenship and Immigration Services

| Form Type | Rejections[1] | Rejections in Subclass[2] |
|---|---|---|
| DACA - Initial | 4,383 | 0 |

\* This chart responds to the request in the Court's December 4, 2020 Order at p. 5 for "(1) the number of first-time applications for consideration of deferred action under DACA received and rejected pursuant to the Wolf Memorandum;…The Government shall ensure that this data includes all persons in the certified Subclass defined in the court's November 14 Memorandum & Order, and shall also provide those metrics as applied to the Subclass, broken out from the total.  See Batalla Vidal , 2020 WL 6695076 at \*13." See also Note 3 below.

**Reference(s):**

[1] The number of requests rejected pursuant to the Wolf Memorandum during the reporting period.

[2] The number of requests rejected pursuant to the Wolf Memorandum during the reporting period for individuals in the subclass defined by *Batalla Vidal* , 2020 WL 6695076 at \*13.

**Note(s):**

1) The report reflects the most up-to-date estimate available at the time the database is queried.

2) Counts may differ from those reported in previous periods due to system updates and post-adjudicative outcomes.

3) The subclass is defined as, "All persons who had an application for deferred action through DACA, whether an initial or renewal, pending at USCIS on any date between June 30, 2020, and July 28, 2020, that have not been or will not be adjudicated in accordance with the 2012 Napolitano Memo." Under standard USCIS practice for reporting statistics, filings are considered "pending" if they have been accepted by USCIS and have not been approved, denied, or otherwise closed. "Pending" does not including filings that were received at a USCIS lockbox and then rejected.

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, Office of Performance and Quality
CLAIMS3 & ELIS, queried January 4, 2021, TRK 6773.

# Exhibit C

| **Request 2.2 (DACA Renewal and Employment Authorization Grants for One-Year Under Wolf Memo)*** <br> Form I-821D, Consideration of Deferred Action for Childhood Arrivals <br> Form I-765, Application for Employment Authorization <br> DACA Renewals, Renewal EADs and Replacement EADs <br> 1 Year Grants Pursuant to the Wolf Memorandum <br> July 28, 2020 - December 4, 2020 |  | |
|---|---|---|
| **Form Type** | **Approvals[1]** | **Approvals in Subclass[2]** |
| DACA - Renewal | 68,328 | 0 |
| I765 C33 EAD Renewal/Replacement | 68,310 | 0 |

*This chart responds to the Court's request in its December 4, 2020 Order at p. 5 for "…(2) the number of DACA renewal applications and applications for EADs that were granted for a period of only one year pursuant to the Wolf Memorandum; …The Government shall ensure that this data includes all persons in the certified Subclass defined in the court's November 14 Memorandum & Order, and shall also provide those metrics as applied to the Subclass, broken out from the total.  See Batalla Vidal, 2020 WL 6695076 at *13."  See also Note **4** below.

**Reference(s):**

[1] The number of applications or requests approved for 1 year period pursuant to the Wolf Memorandum during the reporting period.

[2] The number of applications or requests approved for 1 year period pursuant to the Wolf Memorandum during the reporting period for individuals in the subclass defined by *Batalla Vidal* , 2020 WL 6695076 at *13.

**Note(s):**

1) Some applications/requests approved may have been received outside this reporting period.

2) The report reflects the most up-to-date estimate available at the time the database is queried.

3) Counts may differ from those reported in previous periods due to system updates and post-adjudicative outcomes.

4) The subclass definition refers to individuals with a pending DACA request in a specified time period "that have not been or will not be adjudicated in accordance with the 2012 Napolitano Memorandum."  As of the time the database was queried, USCIS databases reflect that all one-year grants of DACA pursuant to the Wolf Memorandum have been extended to two years and therefore have been "adjudicated in accordance with the 2012 Napolitano Memorandum."

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, Office of Performance and Quality

CLAIMS3 & ELIS, queried January 4, 2021, TRK 6773.

# Exhibit D

| Request 2.3 (DACA Advance Parole Requests Under Wolf Memo)* Form I-131, Application for Travel Document Receipts, Approvals, Denials, Rejections Pursuant to Wolf Memorandum July 28, 2020 - December 4, 2020 | | | | U.S. Citizenship and Immigration Services |
|---|---|---|---|---|
| Data Type | Receipts[1] | Approvals[2] | Denials[3] | Rejections[4] |
| Total Counts | 529 | 1 | 0 | 125 |
| Counts in Subclass[5] | 0 | 0 | 0 | 0 |

*This chart responds to the Court's request in its Dec. 4, 2020 Order at p. 5 for "…(3) the number of advance parole requests received, approved, denied, and rejected pursuant to the Wolf Memorandum. The Government shall ensure that this data includes all persons in the certified Subclass defined in the court's November 14 Memorandum & Order, and shall also provide those metrics as applied to the Subclass, broken out from the total. See Batalla Vidal, 2020 WL 6695076 at *13." See also Note 7 below.

**Reference(s):**

[1] The number of applications received and entered into a case-tracking system during the reporting period.

[2] The number of applications approved during the reporting period.

[3] The number of applications denied during the reporting period.

[4] The number of requests or applications rejected during the reporting period.

[5] The subclass is defined by Batalla Vidal, 2020 WL 6695076 at *13.

**Note(s):**

1) Some petitions/applications/requests approved or denied may have been received outside this reporting periods.

2) The report reflects the most up-to-date estimate available at the time the database is queried.

3) Counts may differ from those reported in previous periods due to system updates and post-adjudicative outcomes.

4) Only Cases marked as a I-131 Advance Parole application based on DACA in the electronic systems as of the query date are included in this report.

5) Data on advance parole requests may be incomplete with respect to applications for an advance parole document submitted at USCIS field offices. For applications submitted at USCIS field offices, USCIS does not systematically maintain information about rejected applications, and for denied and approved applications does not systematically capture that the request is from a DACA recipient.

6) The low number of approval and denials (completions) reflects the fact that the guidance materials needed for USCIS adjudicators to fully operationalize the advance parole portions of the Wolf and Edlow memos had not been finalized by the time the Court issued its November 14 Decision and December 4 Order vacating the Wolf Memo.

7) The subclass is defined as, "All persons who had an application for deferred action through DACA, whether an initial or renewal, pending at USCIS on any date between June 30, 2020, and July 28, 2020, that have not been or will not be adjudicated in accordance with the 2012 Napolitano Memo." Under standard USCIS practice for reporting statistics, filings are considered "pending" if they have been accepted by USCIS and have not been approved, denied, or otherwise closed. "Pending" does not including filings that were received at a USCIS lockbox and then rejected.

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, Office of Performance and Quality

CLAIMS3 & ELIS, queried January 4, 2021, TRK 6773.