

**U.S. Department of Justice**
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

January 7, 2021

**VIA ECF**
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *State of New York, et al. v. Trump, et al.*, No. 17-cv-5228 (NGG) (VMS)
             *Batalla Vidal, et al. v. Wolf, et al.*, No. 16-cv-4756 (NGG) (VMS)

Dear Judge Garaufis:

      Defendants write to notify the Court that, pursuant to the Court's December 10, 2020 Order in the above-captioned matters, *Batalla Vidal* ECF No. 359, Defendant U.S. Citizenship and Immigration Services has now sent the individualized notices described in the parties' December 9, 2020 Joint Status Report, *Batalla Vidal* ECF No. 357.

      Defendants thank the Court for its consideration of this matter.

| | |
|---|---|
| Dated: January 7, 2021 | Respectfully submitted,<br><br>JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br><br>SETH D. DUCHARME<br>Acting United States Attorney<br><br>BRAD P. ROSENBERG<br>Assistant Branch Director<br><br> /s/   *Stephen M. Pezzi*<br>GALEN N. THORP<br>  Senior Trial Counsel<br>STEPHEN M. PEZZI<br>RACHAEL L. WESTMORELAND<br>  Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Phone: (202) 305-8576<br>Fax: (202) 616-8470<br>Email: stephen.pezzi@usdoj.gov<br><br>JOSEPH A. MARUTOLLO<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>Eastern District of New York<br>271-A Cadman Plaza East, 7th Floor<br>Brooklyn, NY  11201<br>Phone:  (718) 254-6288<br>Fax:  (718) 254-7489<br>Email:  joseph.marutollo@usdoj.gov<br><br>*Attorneys for Defendants* |