## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　　　　Defendants. | 17-CV-5228 (NGG) (VMS) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, the undersigned respectfully seeks leave to withdraw my appearance as attorney for the State of New York in this matter because of my upcoming departure from the Office of the New York State Attorney General.  The State of New York will continue to be represented in this matter by attorneys who have previously entered their appearance, including Anisha Dasgupta, Sania Khan, and Joseph Wardenski.  I am not asserting a retaining or charging lien.

DATED:  January 16, 2021　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: */s/ Matthew Colangelo*
　　　　　　　　　　　　　　　　　　Matthew Colangelo
　　　　　　　　　　　　　　　　　　Office of the New York State Attorney General
　　　　　　　　　　　　　　　　　　28 Liberty Street
　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　Phone: (212) 416-6057
　　　　　　　　　　　　　　　　　　Matthew.Colangelo@ag.ny.gov