

Office of the General Counsel
Department of Homeland Security
Washington, DC 20528

JAN 14 2021

The Honorable Michael R. Pence
President of the Senate
S-212, Capitol Building
Washington, DC 20510

Re: Federal Vacancies Reform Act Submissions

Dear Mr. Vice President:

On behalf of the Department, I submit forms for a *discontinuation of service in an acting role* and a *designation of an acting officer* for a position that is covered by the Federal Vacancies Reform Act of 1998, Pub. L. No. 105-277 as codified in 5 U.S.C. § 3345 *et seq.*

Should you have any questions or otherwise require agency contact in this matter, please contact Mr. Leo Boucher at (202) 447-3623 or via email at leo.boucher@hq.dhs.gov.

Sincerely,

Neal J. Swartz
Associate General Counsel for General Law

Attachments:
Discontinuation of service in an acting role DHS – Secretary
Designation of an acting officer, DHS – Secretary

# Submission Under the Federal Vacancies Reform Act

**Addressees**

- ● President of the United States Senate
- ○ Speaker of the U.S. House of Representatives
- ○ Comptroller General of the United States

**This Report Provides Notification of:**

- ○ Vacancy
- ● Designation of acting officer
- ○ Nomination
- ○ Action on nomination
- ○ Change in previously submitted reported information
- ○ Discontinuation of service in acting role (date: _____)

**Name of Department or Agency and Any Suborganization**

U.S. Department of Homeland Security, Office of the Secretary

| Vacancy Title | Date Vacancy Began |
|---|---|
| Secretary | 04/10/19 |

| Name of Acting Officer | Date Service Began | Authority for Acting Designation if Other Than Vacancies Act |
|---|---|---|
| Gaynor, Peter T. | 01/12/21 | 6 USC § 113(g)(2); 5 USC 3345 |

| Name of Nominee for Position | Date Nomination Submitted |
|---|---|
| | |

**Action on Nomination:** ○ Confirmed   ○ Rejected, withdrawn, returned   **Date of Action**

**Agency Contact**

Name and Title

Leo E. Boucher III, Asst. General Counsel, Administrative Law, General Law Division

Contact's Address

Department of Homeland Security

Contact's Phone Number: [redacted]

Contact's E-Mail Address: [redacted]

**Submitted By**

Name and Title: Neal J. Swartz, Associate General Counsel for General Law

Telephone Number: [redacted]

Signature: [signed]

Date: JAN 14 2021

**For Congressional Use Only**

Committee of Jurisdiction

Date Received

**For GAO Use Only**

GAO Control Number

2/8/00

# Submission Under the Federal Vacancies Reform Act

**Addressees**

- ● President of the United States Senate
- ○ Speaker of the U.S. House of Representatives
- ○ Comptroller General of the United States

**This Report Provides Notification of:**

- ○ Vacancy
- ○ Designation of acting officer
- ○ Nomination
- ○ Action on nomination
- ○ Change in previously submitted reported information
- ● Discontinuation of service in acting role (date: 01/11/21)

**Name of Department or Agency and Any Suborganization**

U.S. Department of Homeland Security, Office of the Secretary

| Vacancy Title | Date Vacancy Began |
|---|---|
| Secretary | 04/10/19 |

| Name of Acting Officer | Date Service Began | Authority for Acting Designation if Other Than Vacancies Act |
|---|---|---|
| Wolf, Chad F. | 11/13/19 | |

| Name of Nominee for Position | Date Nomination Submitted |
|---|---|
| | |

**Action on Nomination:** ○ Confirmed   ○ Rejected, withdrawn, returned

**Date of Action**

**Agency Contact**

Name and Title

Leo E. Boucher III, Asst. General Counsel, Administrative Law, General Law Division

Contact's Address

Department of Homeland Security

Contact's Phone Number: [REDACTED]

Contact's E-Mail Address: [REDACTED]

**Submitted By**

Name and Title

Neal J. Swartz, Associate General Counsel for General Law

Telephone Number: [REDACTED]

Signature: [signed]

Date: JAN 14 2021

**For Congressional Use Only**

Committee of Jurisdiction

Date Received

**For GAO Use Only**

GAO Control Number

2/8/00