IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State of New York, et al.,<br><br>    Plaintiffs,<br><br>-v.-<br><br>Donald Trump, et al.,<br><br>    Defendants. | Civil Action No. 1:17-cv-05228-NGG-VMS<br><br>**NOTICE OF MOTION FOR WITHDRAWAL OF COUNSEL** |

  PLEASE TAKE NOTICE THAT I, Daniel J. Suvor, respectfully move the Court for an order permitting the withdrawal of Margaret L. Carter as counsel for *Amicus Curiae* the County of Los Angeles in this matter. The County will continue to be represented by other counsel who have already filed an appearance in this matter. A proposed order is attached.

| | |
|---|---|
| Dated: May 14, 2021<br>    Los Angeles, California | Respectfully submitted,<br><br>*S/ Daniel R. Suvor*<br>_____<br><br>Daniel R. Suvor<br>O'Melveny & Myers, LLC<br>400 South Hope Street, 18th Floor<br>Los Angeles, California 90071-2899<br>Telephone: 213.430.6000<br>E-mail: dsuvor@omm.com<br><br>Counsel for *Amicus Curiae* the County of Los Angeles, California |

1