IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State of New York, et al., <br><br> Plaintiffs, <br><br> -v.- <br><br> Donald Trump, et al., <br><br> Defendants. | Civil Action No. 1:17-cv-05228-NGG-VMS <br><br> **DECLARATION OF DANIEL J. SUVOR IN SUPPORT OF MOTION FOR WITHDRAWAL OF COUNSEL OF MARGARET L. CARTER** |

I, Daniel J. Suvor, hereby declare as follows:

1. I submit this Declaration in support of the motion for withdrawal of appearance of Margaret L. Carter in the above-captioned matter.

2. Margaret L. Carter has left the law firm O'Melveny & Myers LLP.

3. Other attorneys of the same firm have appeared as counsel on behalf of *Amicus Curiae* the County of Los Angeles, and their representation continues.

4. In the above-captioned case, an order granting the Plaintiffs' motion for partial summary judgment has been granted.

5. Margaret L. Carter is not asserting a retaining or charging lien.

6. In view of the foregoing and the accompanying Motion, I respectfully request permission to withdraw Margaret L. Carter's appearance in the above captioned case.

Dated: May 14, 2021
      Los Angeles, California

Respectfully submitted,

*S/ Daniel R. Suvor*

Daniel R. Suvor
O'Melveny & Myers, LLC
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone: 213.430.6000
E-mail: dsuvor@omm.com

Counsel for *Amicus Curiae* the County of Los Angeles, California