Case 1:17-cv-05228-NGG-VMS  Document 326-2  Filed 05/14/21  Page 1 of 1 PageID #: 15098

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| State of New York, et al.,<br><br>                Plaintiffs,<br><br>-v.-<br><br>Donald Trump, et al.,<br><br>                Defendants. | Civil Action No. 1:17-cv-05228-NGG-VMS<br><br>**[PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL OF MARGARET L. CARTER** |

The Court has reviewed the motion that has been filed regarding the withdrawal of Margaret L. Carter as counsel for Amicus Curiae the County of Los Angeles, California. Upon considering of that motion, the Court hereby removes Ms. Carter as an attorney of record in the above-caption cased. Attorneys of the same firm have appeared as counsel on behalf of these defendants and their representation continues.

SO ORDERED.

Dated: May ___, 2021
New York, New York

                                                                                   Honorable Nicholas G. Garaufis
                                                                                    United States District Judge