UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:17-cv-05228-NGG-VMS |
| DONALD J. TRUMP, et al., | ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, the undersigned respectfully seeks leave to withdraw my appearance as attorney for the State of Delaware in this matter because of my upcoming departure from the Delaware Department of Justice. The State of Delaware will continue to be represented in this matter by attorneys who have previously entered their appearance, including Christian Douglas Wright. I am not asserting a retaining or charging lien.

DATED: June 16, 2021

Respectfully submitted,

/s/ *Aleine Cohen*
Aleine Cohen
Delaware Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
aleine.cohen@delaware.gov