UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, et al.,<br><br>    Defendants. | No. 1:17-cv-05228 (NGG) (VMS) |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, I, Joseph J. Wardenski, respectfully move to withdraw my appearance as attorney for the State of New York in this matter because of my upcoming departure from the New York State Office of the Attorney General. The State of New York will continue to be represented in this matter by attorneys who have previously entered their appearance, including Anisha Dasgupta and Sania Khan. I am not asserting a retaining or charging lien.

DATED: July 23, 2021

Respectfully submitted,

/s/ Joseph J. Wardenski
Joseph J. Wardenski
Senior Trial Counsel
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8441
Joseph.Wardenski@ag.ny.gov