# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK et al., | ) |
| Plaintiffs, | ) |
| v. | ) 17-CV-5228 (NGG) (VMS) |
| JOSEPH R. BIDEN, JR., et al., | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, the undersigned respectfully seeks leave to withdraw my appearance as attorney for the State of Vermont in this matter because of my upcoming departure from the Vermont Attorney General's Office. The State of Vermont will continue to be represented in this matter by Assistant Attorney General Julio Thompson who has previously entered his appearance *pro hac vice*. I am not asserting a retaining or charging lien.

Dated: Montpelier, Vermont
January 12, 2022

STATE OF VERMONT

THOMAS J. DONOVAN, JR.
ATTORNEY GENERAL

By: */s/ Benjamin D. Battles*
Benjamin D. Battles
Solicitor General
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-5500
benjamin.battles@vermont.gov