# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STATE OF NEW YORK,** *et al.*, )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**DONALD J. TRUMP,** *et al.*, )<br>)<br>**Defendants.** )<br>) | No. 1:17-cv-5228 |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, I, Michelle S. Kallen, respectfully move to withdraw my appearance as attorney for the Commonwealth of Virginia in this matter because of my upcoming departure from the Virginia Office of the Attorney General. The Commonwealth of Virginia will continue to be represented in this matter by attorneys who have previously entered their appearance, including Anisha Dasgupta. I am not asserting a retaining or charging lien.

DATED: January 13, 2022

                                                      Respectfully submitted,

                                                      */s/ Michelle S. Kallen*
                                                      Michelle S. Kallen
                                                      Solicitor General
                                                      Virginia Office of the Attorney General
                                                      202 North Ninth Street
                                                      Richmond, Virginia 23219
                                                      (804) 786-7704 – Telephone
                                                      (804) 371-0200 – Facsimile
                                                      MKallen@oag.state.va.us

## CERTIFICATE OF SERVICE

I, Michelle S. Kallen, hereby certify that a true copy of the above document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: January 13, 2022 　　　　　　　　　　　　*/s/ Michelle S. Kallen*
　　　　　　　　　　　　　　　　　　　　　　　Michelle S. Kallen