**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **STATE OF NEW YORK,** *et al.*,       ) | |
|                               **Plaintiffs,**   ) | |
|                                          ) | |
| **v.**                                       ) | No. 1:17-cv-5228 |
|                                          ) | |
| **DONALD J. TRUMP,** *et al.*,       ) | |
|                           **Defendants.**   ) | |

**<u>DECLARATION OF MICHELLE S. KALLEN</u>**
**<u>IN SUPPORT OF MOTION FOR WITHDRAWAL OF APPEARANCE</u>**

I, Michelle S. Kallen, hereby declare as follows:

1. I submit this Declaration in support of the motion for withdrawal of my appearance *pro hac vice* in the above captioned matter.

2. I was permitted by this Court to appear as counsel *pro hac vice* to represent Plaintiff Commonwealth of Virginia in this matter by Order dated July 31, 2019.

3. I will no longer be employed by the Virginia Office of the Attorney General after January 14, 2022, and as a result will no longer be representing the Commonwealth of Virginia in this matter. Other attorneys have made an appearance in this case on behalf of the Commonwealth, including Anisha Dasgupta, and their representation continues.

4. I am not asserting a retaining or charging lien.

5. In view of the foregoing and the accompanying motion, I respectfully request permission to withdraw my appearance *pro hac vice* in the above-captioned case.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: January 13, 2022                                  */s/ Michelle S. Kallen*
                                                                                   Michelle S. Kallen