## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STATE OF NEW YORK,** *et al.*, | ) |
| **Plaintiffs,** | ) |
| v. | ) No. 1:17-cv-5228 |
| **DONALD J. TRUMP,** *et al.*, | ) |
| **Defendants.** | ) |

## [PROPOSED] ORDER TERMINATING APPEARANCE

The Court has reviewed the motion seeking approval for Michelle S. Kallen to withdraw her appearance as counsel *pro hac vice* for Plaintiff Commonwealth of Virginia. Upon consideration of that motion, the Court hereby terminates Ms. Kallen as an attorney of record in the above-captioned case. Other counsel have appeared in this matter on behalf of Plaintiff Commonwealth of Virginia and their representation continues.

**SO ORDERED.**

DATED: January ___, 2022
      New York, New York

                                                  Honorable Nicholas G. Garaufis
                                                  United States District Judge