**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>          Defendants. | No. 16-cv-4756 (NGG) (JO) |
| STATE OF NEW YORK, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>JOSEPH R. BIDEN, *et al.*,<br><br>          Defendants. | No. 17-cv-5228 (NGG) (JO) |

<u>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**</u>

The Court hereby **GRANTS** Defendants' motion for Christopher D. Dodge to withdraw as counsel for Defendants in the above-captioned matters.


Dated:  March _____, 2022                    _____

1