# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| State of New York, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-cv-05228-NGG-JO |
| Donald Trump, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Illinois.

Date: 03/29/2022

/s/ Kathryn Hunt Muse
*Attorney's signature*

Kathryn Hunt Muse (NY Bar No: 4762266)
*Printed name and bar number*
Office of the Illinois Attorney General
100 W. Randolph St., 12th Floor
Chicago, IL 60601

*Address*

kathryn.muse@ilag.gov
*E-mail address*

(312) 814-3000
*Telephone number*

*FAX number*