## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, | |
| Plaintiffs, | |
| v. | 17-CV-5228 (NGG) (VMS) |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, the undersigned respectfully seeks leave to withdraw my appearance as attorney for the State of Illinois in this matter because of my upcoming departure from the Office of the Illinois Attorney General. The State of Illinois will continue to be represented by Kathryn Hunt Muse, who has appeared in this matter. I am not asserting a retaining or charging lien.

Dated:  Mar. 29, 2022

Respectfully submitted,

By: */s/ Jeffrey J. VanDam*
Jeffrey J. VanDam
Office of the Illinois Attorney General
100 W. Randolph St., 11th Fl.
Chicago, IL 60601
Phone: (312) 814-3000
jeffrey.vandam@ilag.gov