# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

STATE OF NEW YORK, et al.,

        Plaintiffs,

v.

JOSEPH R. BIDEN, et al.,

        Defendants.

No. 1:17-cv-5228 (NGG) (JO)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Letitia James, Attorney General of the State of New York, by Louisa Irving, Assistant Attorney General, shall appear as an attorney for the Plaintiff New York State. The undersigned certifies that she is admitted to practice in this Court.

DATED:  April 5, 2022

        **LETITIA JAMES**
        Attorney General of the State of New York

        By:   */s Louisa Irving*
              Louisa Irving
              Assistant Attorney General
              Civil Rights Bureau
              Office of the New York State Attorney General
              28 Liberty Street, 20th Floor
              New York, NY 10005
              Louisa.Irving1@ag.ny.gov
              Tel. (212) 416-8534
              Fax (212) 416-6030