AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| State of New York et al, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  No. 1:17-cv-5228 (NGG) (JO) |
| Joseph R. Biden et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs State of New York et al.

Date:   04/05/2022

/s/ Ester Murdukhayeva
*Attorney's signature*

Ester Murdukhayeva, EM-8908
*Printed name and bar number*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005

*Address*

Ester.Murdukhayeva@ag.ny.gov
*E-mail address*

(212) 416-6279
*Telephone number*

*FAX number*