

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

April 7, 2022

**BY ELECTRONIC FILING**
The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *State of New York, et al. v. Biden et al.*, No. 17-cv-5228 (NGG) (VMS)
*Batalla Vidal, et al. v. Mayorkas, et al.*, No. 16-cv-4756 (NGG) (VMS)

Dear Judge Garaufis:

The plaintiffs in *State of New York v. Biden*, No. 17-cv-5228 submit this letter following the pre-motion conference held on April 4, 2022 in *Batalla Vidal v. Mayorkas*, No. 16-cv-4756 (NGG) (VMS). During the conference, the Court granted the *New York* plaintiffs leave to file a submission regarding the *Batalla Vidal* plaintiffs' motion, which is due by April 25, 2022, and directed the parties to propose a schedule for such submission. (04/04/2022 Minute Entry.)

The parties have conferred and propose that the *New York* plaintiffs file a submission regarding the *Batalla Vidal* plaintiffs' forthcoming motion by May 20, 2022. The dates for the parties' filings set at the conference are unchanged.

The *New York* plaintiffs respectfully request that this letter be docketed in *Batalla Vidal v. Mayorkas*, No. 16-cv-4756 (NGG) (VMS). We also respectfully request that the Court So Order the schedule proposed herein.

Respectfully submitted,

LETITIA JAMES
 *Attorney General of the State of New York*

By: /s/ Ester Murdukhayeva
ESTER MURDUKHAYEVA
 *Assistant Deputy Solicitor General*
LOUISA IRVING
 *Assistant Attorney General*
GRACE X. ZHOU
 *Assistant Solicitor General*
New York State Office of the Attorney General
28 Liberty Street
New York, New York 10005
Phone: (212) 416-6279
Ester.Murdukhayeva@ag.ny.gov
Louisa.Irving1@ag.ny.gov
Grace.Zhou@ag.ny.gov

*Counsel for Plaintiffs State of New York,
Commonwealth of Massachusetts, State of
Washington, State of Colorado, State of
Connecticut, State of Delaware, State of
Hawaii, State of Illinois, State of Iowa, State
of New Mexico, State of North Carolina, State
of Oregon, Commonwealth of Pennsylvania,
State of Rhode Island, State of Vermont, and
the District of Columbia.*

cc: Counsel for Defendants (by ECF)
    Counsel for the *Batalla Vidal* Plaintiffs (by email)


**Application granted.**
**So Ordered.**
 s/Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** 4/11/22

2