AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| State of New York et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-5228 (NGG) (JO) |
| Joseph R. Biden et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New York.

Date: 04/12/2022

/s/ Grace X. Zhou
*Attorney's signature*

Grace X. Zhou (NY 5623681)
*Printed name and bar number*
Office of the New York State Attorney General
28 Liberty Street, 23rd Fl.
New York, NY 10005

*Address*

grace.zhou@ag.ny.gov
*E-mail address*

(212) 416-6160
*Telephone number*

*FAX number*