### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., | |
| Plaintiffs, | |
| v. | No. 1:17-cv-5228 (NGG) (VMS) |
| JOSEPH R. BIDEN, et al., | |
| Defendants. | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, the undersigned respectfully seeks leave to withdraw my appearance as attorney for the State of New York in this matter because of my upcoming departure from the Office of the New York State Attorney General. The State of New York will continue to be represented in this matter by Ester Murdukhayeva, Louisa Irving, and Grace Zhou, who have previously entered their appearances. I am not asserting a retaining or charging lien.

Dated:  April 22, 2022

Respectfully submitted,

*/s/ Anisha S. Dasgupta*
ANISHA S. DASGUPTA
Deputy Solicitor General
Office of the New York State Attorney General
28 Liberty Street, 23rd Floor
New York, NY 10005
Anisha.Dasgupta@ag.ny.gov
Tel. (212) 416-8921