**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                             Plaintiffs,<br><br>                    v.<br><br>JOSEPH R. BIDEN, JR., *in his official capacity as President of the United States, et al.*,<br>                             Defendants. | N**o. 17-cv-5228 (NGG) (VMS)** |

## <u>NOTICE OF MOTION FOR WITHDRAWAL OF COUNSEL</u>

PLEASE TAKE NOTICE that, upon the accompanying Declaration and pursuant to

Local Civil Rule 1.4, Aimee D. Thomson respectfully moves this Court for permission to

withdraw her appearance in the above-captioned action on behalf of Plaintiff, the

Commonwealth of Pennsylvania. The Commonwealth of Pennsylvania will continue to be

represented by Michael J. Fischer of the Pennsylvania Office of Attorney General.


Respectfully submitted,

Dated: July 1, 2022

JOSH SHAPIRO
Attorney General of the Commonwealth of
Pennsylvania

By: /s/ *Aimee D. Thomson*
AIMEE D. THOMSON
Deputy Attorney General
Pennsylvania Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(267) 940-6696
athomson@attorneygeneral.gov

## **CERTIFICATE OF SERVICE**

I, Aimee D. Thomson, hereby certify that on July 1, 2022 I caused a copy of the

foregoing to be electronically filed and served via the CM/ECF filing system. All participants in

the case who are registered CM/ECF users will be served via the CM/ECF system.

*/s/ Aimee D. Thomson*
Aimee D. Thomson
Deputy Attorney General

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                    Plaintiffs,<br>        v.<br><br>JOSEPH R. BIDEN, JR., *in his official capacity as President of the United States, et al.*,<br>                    Defendants. | No. **17-cv-5228 (NGG) (VMS)** |

**DECLARATION OF AIMEE D. THOMSON IN SUPPORT OF MOTION FOR
WITHDRAWAL OF COUNSEL**

I, Aimee D. Thomson, declare under penalty of perjury that the following is true and correct:

1. I submit this declaration in support of my motion seeking permission from the Court to withdraw my appearance in the above-captioned matter.

2. I am leaving my employment with the Pennsylvania Office of Attorney General and therefore, I will no longer be representing Plaintiff, the Commonwealth of Pennsylvania, in this matter.

3. Attorney Michael J. Fischer in the Pennsylvania Office of Attorney General will continue to be counsel of record for Plaintiff, the Commonwealth of Pennsylvania, in this matter.

Dated: July 1, 2022                           By: /s/ *Aimee D. Thomson*
                                              AIMEE D. THOMSON
                                              Deputy Attorney General
                                              Pennsylvania Office of Attorney General
                                              1600 Arch Street, Suite 300
                                              Philadelphia, PA 19103
                                              (267) 940-6696
                                              athomson@attorneygeneral.gov

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

---

STATE OF NEW YORK, *et al.*,

                  Plaintiffs,

        v.

JOSEPH R. BIDEN, JR., *in his official capacity as
President of the United States, et al.*,
                  Defendants.

No. **17-cv-5228 (NGG) (VMS)**

---

**PROPOSED ORDER**

The Court, having reviewed the motion of Aimee D. Thomson for leave to withdraw as counsel of record, and her declaration in support thereof, it is hereby **ORDERED** that the Motion is **GRANTED**;

It is further **ORDERED** that the appearance of Aimee D. Thomson in this matter is terminated;

It is further **ORDERED** that the Clerk shall remove Aimee D. Thomson from the docket sheet in this matter.

DATED:

                         _____
                         HON. NICHOLAS G. GARAUFIS
                         United States District Judge