AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| STATE OF NEW YORK, *et al.*,<br>*Plaintiff*<br>V.<br>JOSEPH R. BIDEN, JR., *in his official capacity as President of the United States, et al.*,<br>*Defendant* | ) ) ) ) ) ) | No. 17-cv-5228 (NGG) (VMS) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff District of Columbia                                                                                   .

Date:   June 6, 2023                                                          /s/ C. William Margrabe
                                                                                            *Attorney's signature*

                                                                                 C. William Margrabe [CM3554]
                                                                                 *Printed name and bar number*

                                                                      Office of the Attorney General for the District of Columbia
                                                                                 400 6th Street, N.W., 10th Floor
                                                                                 Washington, D.C. 20001
                                                                                            *Address*

                                                                                 will.margrabe@dc.gov
                                                                                 *E-mail address*

                                                                                 (202) 727-3400
                                                                                 *Telephone number*

                                                                                 (202) 730-1831
                                                                                 *FAX number*