# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                    Plaintiffs,<br>            v.<br><br>JOSEPH R. BIDEN, JR., *in his official capacity as President of the United States, et al.*,<br>                    Defendants. | No. 17-cv-5228 (NGG) (VMS) |

## NOTICE OF MOTION FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the accompanying Declaration and pursuant to Local Civil Rule 1.4, C. William Margrabe respectfully moves this Court for permission to withdraw Kathleen M. Konopka's appearance in the above-captioned action on behalf of Plaintiff District of Columbia. Plaintiff District of Columbia will continue to be represented by C. William Margrabe of the Office of the Attorney General for the District of Columbia.

Respectfully submitted,

Dated: June 6, 2023

BRIAN L. SCHWALB
Attorney General of the District of Columbia

JENNIFER C. JONES
Deputy Attorney General
Public Advocacy Division

/s/ *C. William Margrabe*
C. William Margrabe
Assistant Attorney General
Office of Attorney General for the
District of Columbia
Public Advocacy Division
400 6th Street, N.W., 10th Floor
Washington, D.C. 20001
(202) 727-3400

## **CERTIFICATE OF SERVICE**

I, C. William Margrabe, hereby certify that on June 6, 2023, a copy of the foregoing document was electronically filed and served via the CM/ECF filing system. All participants in the case who are registered CM/ECF users will be served via the CM/ECF system.

*/s/ C. William Margrabe*
C. William Margrabe

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                    Plaintiffs,<br>      v.<br><br>JOSEPH R. BIDEN, JR., *in his official capacity as President of the United States, et al.*,<br>                    Defendants. | No. 17-cv-5228 (NGG) (VMS) |

## DECLARATION OF C. WILLIAM MARGRABE IN SUPPORT OF MOTION FOR WITHDRAWAL OF COUNSEL

I, C. William Margrabe, declare under penalty of perjury that the following is true and correct:

1. I submit this declaration in support of my motion seeking permission from the Court to withdraw Kathleen M. Konopka's appearance in the above-captioned matter.

2. Ms. Konopka is no longer employed by the Office of the Attorney General for the District of Columbia and therefore will no longer be representing Plaintiff District of Columbia in this matter.

3. Ms. Konopka is not asserting a retaining or charging lien.

4. I, C. William Margrabe, am currently an attorney with the Office of the Attorney General for the District of Columbia, and I will continue to be counsel of record for Plaintiff District of Columbia in this matter.

Dated: June 6, 2023               /s/ *C. William Margrabe*
                                                                                      C. William Margrabe
                                                                                       Assistant Attorney General
Office of Attorney General for the
District of Columbia
Public Advocacy Division
400 6th Street, N.W., 10th Floor
Washington, D.C. 20001
(202) 727-3400

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                              Plaintiffs,<br>         v.<br><br>JOSEPH R. BIDEN, JR., *in his official capacity as President of the United States, et al.*,<br>                              Defendants. | No. 17-cv-5228 (NGG) (VMS) |

## PROPOSED ORDER

Upon consideration of the motion of C. William Margrabe for leave to withdraw Kathleen M. Konopka as counsel of record, and his declaration in support thereof, it is hereby **ORDERED** that the Motion is **GRANTED**;

It is further **ORDERED** that the appearance of Kathleen M. Konopka in this matter is terminated;

It is further **ORDERED** that the Clerk shall remove Kathleen M. Konopka from the docket sheet in this matter.

DATED:                                                                 _____
                                                                       HON. NICHOLAS G. GARAUFIS
                                                                       United States District Judge