# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*,  Plaintiffs,  v.  ALEJANDRO MAYORKAS, *et al.*,  Defendants. | No. 16-cv-4756 (NGG) (JO) |
| STATE OF NEW YORK, *et al.*,  Plaintiffs,  v.  JOSEPH BIDEN, *et al.*,  Defendants. | No. 17-cv-5228 (NGG) (JO) |

### AFFIDAVIT OF JOSEPH MARUTOLLO
### PURSUANT TO LOCAL CIVIL RULE 1.4

**JOSEPH MARUTOLLO** respectfully declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an Assistant United States Attorney for the United States Attorney's Office for the Eastern District of New York, where I currently serve as Chief of the Civil Division.

2. I am moving to withdraw as counsel for the United States in this case as I will be leaving the United States Attorney's Office for the Eastern District of New York.

3. Attorneys from the U.S. Justice Department will continue to serve as counsel for the United States in this action. They are familiar with the record and will continue to represent the United States going forward.

4. I am not asserting a retaining or charging lien in this action.

Dated: Brooklyn, New York
August 25, 2023

By:       /s/ *Joseph Marutollo*
Joseph Marutollo
Assistant United States Attorney