UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

STATE OF NEW YORK, et al.
              Plaintiffs,

v.

JOSEPH R. BIDEN, JR., et al.,
              Defendants.
----------------------------------------------------------X

1:17-cv-05228-NGG-VMS

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel
         U.S. Department of Justice
         950 Pennsylvania Avenue, N.W.
         Washington, D.C. 20530-0001

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Kaliko`onālani D. Fernandes__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Hawai`i Dept. of the Attorney General__ and a member in good standing of the bar(s) of the State(s) of __Hawai`i and the District of Columbia__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Plaintiff State of Hawai`i__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: _____

/s/ Kaliko`onālani D. Fernandes
Signature of Movant
Firm Name  Hawai`i Dept. of the Attorney General
Address    425 Queen Street
             Honolulu, Hawai`i 96813
Email  kaliko.d.fernandes@hawaii.gov
Phone  (808) 586-1360