**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------
STATE OF NEW YORK, et al.,
Plaintiff(s),
v.
JOSEPH R. BIDEN, JR., et al.
Defendant(s).
-----------------------------------------------------------

1:17-cv-05228-NGG-VMS

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Kaliko`onālani D. Fernandes, being duly sworn, hereby depose and say as follows:

1. I am a(n) attorney with the law firm of the Hawai`i Department of the Attorney General.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Hawai`i and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony. If you have, please describe facts and circumstances.

   N/A

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

   N/A

7. Attorney Registration Number(s) if applicable: Hawai`i Bar No. 9964 and DC Bar No. 1022862.

8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:17-cv-05228-NGG-VMS for Plaintiff State of Hawai`i.

Date: 9-7-23
Honolulu, Hawai`i

**NOTARIZED**

Signature of Movant
Firm Name Dept. of the Attorney General
Address 425 Queen Street
Honolulu, Hawai`i 96813

Email Kaliko.D.Fernandes@hawaii.gov
Phone (808) 586-1360

Subscribed and sworn to before me
This 7th day of September, 2023

Notary Public, State of Hawaii
Julie M.T. Yi
My commission expires: 9-23-2025




NOTARY PUBLIC CERTIFICATION
Julie M.T. Yi First Judicial Circuit
Doc. Description: affidavit in support of motion to admit counsel pro hac vice
No. of Pages 2 Date of Doc 9-7-23
9-7-23
Notary Signature Date

JULIE M.T. YI
NOTARY PUBLIC
97-535
STATE OF HAWAII