# IN THE SUPREME COURT OF HAWAI'I

In the Matter of

**KALIKO'ONALANI DIARA FERNANDES**

..................................................................

Attorney at Law.

## CERTIFICATE OF STANDING

I, Kristy T. Uemura, clerk of the Supreme Court of the State of Hawai'i, do hereby certify that **Kaliko'onalani Diara Fernandes** is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai'i on November 15, 2013. This attorney's current status is active and they are presently in good standing.

DATED:   Honolulu, Hawai'i, August 24, 2023.

*[signature]*

Clerk, Supreme Court of Hawai'i