# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF NEW YORK

STATE OF NEW YORK, *et al.,*

                    Plaintiffs,

        v.                                              Case No. 1:17-CV-05228-NGG-VMS

JOSEPH R. BIDEN, JR., *et al.*,

                    Defendants.

## <u>NOTICE OF MOTION FOR WITHDRAWAL OF ATTORNEY OF RECORD</u>

PLEASE TAKE NOTICE that, upon the accompanying Declaration and pursuant to

Local Civil Rule 1.4, Plaintiff State of Hawaiʻi and Kalikoʻonālani D. Fernandes respectfully

move this Court for permission to withdraw Robert T. Nakatsuji in the above-captioned case on

behalf of Plaintiff State of Hawaiʻi.  Plaintiff State of Hawaiʻi will continue to be represented by

Kalikoʻonālani D. Fernandes of the Department of the Attorney General, State of Hawaiʻi.  The

proposed withdrawal will not impact any deadlines or court dates in this matter.  A proposed

Order is attached.

DATED:  Honolulu, Hawaiʻi, October 18, 2023.


                                        Respectfully submitted:


                            By:    /s/ Kalikoʻonālani D. Fernandes
                                   Kalikoʻonālani D. Fernandes
                                   Solicitor General
                                   State of Hawaiʻi
                                   425 Queen Street

Honolulu, Hawaiʻi 96813
Tel: 808-586-1360
Fax: 808-586-8116
Email:  Kaliko.D.Fernandes@hawaii.gov

Attorney for Plaintiff State of Hawaiʻi
*Pro hac vice*

United States District Court, Eastern District of New York; *State of New York, et al., v. Joseph R. Biden, Jr., et al.*; Case No. 1:17-CV-05228-NGG-VMS; Notice of Motion for Withdrawal of Attorney of Record