UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:17-CV-05228-NGG-VMS |

**AFFIDAVIT OF KALIKOʻONĀLANI D. FERNANDES**
<u>**IN SUPPORT OF MOTION FOR WITHDRAWAL OF ATTORNEY OF RECORD**</u>

　　　　I, Kalikoʻonālani D. Fernandes, hereby declare under penalty of perjury that the following is true and correct:

　　　　1.　　I submit this Declaration in support of the motion for withdrawal of appearance of Robert T. Nakatsuji in the above-captioned matter.

　　　　2.　　I am an attorney with the Department of the Attorney General, State of Hawaiʻi.  I was permitted by this Court to appear as counsel *pro hac vice* to represent Plaintiff State of Hawaiʻi in this matter by Order entered October 16, 2023.

　　　　3.　　Robert T. Nakatsuji is no longer employed by the Department of the Attorney General, State of Hawaiʻi and therefore will no longer be representing Plaintiff State of Hawaiʻi in this matter.

　　　　4.　　To my knowledge, there are no deadlines or court dates scheduled in this matter that the proposed withdrawal will affect.

　　　　5.　　Mr. Nakatsuji is not asserting a retaining or charging lien.

　　　　6.　　I will continue to be counsel of record for Plaintiff State of Hawaiʻi in this matter.

1

DATED: Honolulu, Hawaiʻi, October 18, 2023.

                                                /s/ Kalikoʻonālani D. Fernandes
                                            KALIKOʻONĀLANI D. FERNANDES