**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**Brooklyn Division**

| | | |
|---|---|---|
| STATE OF NEW YORK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:17-cv-05228-NGG- |
| | ) | VMS |
| DONALD TRUMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### PLAINTIFF STATE OF VIRGINIA'S
### UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff State of Virginia moves to voluntarily dismiss its claims in the above-captioned case, with each party to bear its own fees and costs. Defendants consent to these terms of dismissal.

Dated: April 18, 2024

Respectfully submitted,

Jason S. Miyares
*Attorney General*

By: ___*/s/ Erika L. Maley*___
     Erika L. Maley (VSB #97533)
     *Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
EMaley@oag.state.va.us

*Counsel for the Commonwealth of Virginia*