IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
Brooklyn Division

| | |
|---|---|
| STATE OF NEW YORK, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:17-cv-05228-NGG-VMS |
| ) | |
| DONALD TRUMP, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### PLAINTIFF STATE OF VIRGINIA'S
### UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff State of Virginia moves to voluntarily dismiss its claims in the above-captioned case, with each party to bear its own fees and costs. Defendants consent to these terms of dismissal.

Dated: April 18, 2024

Respectfully submitted,

Jason S. Miyares
*Attorney General*

By:    */s/ Erika L. Maley*
       Erika L. Maley (VSB #97533)
       *Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
EMaley@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

**So Ordered.**
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 8/8/24

1