UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOSEPH R. BIDEN, JR., et al.,<br><br>　　　　　　Defendants. | C. A. No. 1:17-cv-5228-NGG-VMS |

### NOTICE OF MOTION FOR WITHDRAWAL OF ATTORNEYS OF RECORD AND FOR SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, upon the accompanying Declaration and pursuant to Local Civil Rule 1.4, Plaintiff State of Delaware and Vanessa L. Kassab respectfully move this Court for permission to withdraw Christian Douglas Wright and Aaron R. Goldstein in the above-captioned case on behalf of Plaintiff State Delaware. Plaintiff State of Delaware will be represented by Vanessa L. Kassab, Deputy Attorney General, Delaware Department of Justice. The proposed withdrawal and substitution will not impact any deadlines or court dates in this matter. An affidavit, proposed order, and certificate of service is attached. A Motion for Leave to Appear Pro Hac Vice is being filed concurrently with this motion.

DATED: 12/1/2024　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By:　/s/ Vanessa L. Kassab
　　　　　　　　　　　　　　　　　　　　Vanessa L. Kassab
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　820 N. French Street
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　(302) 683-8881
　　　　　　　　　　　　　　　　　　　　Email: vanessa.kassab@delaware.gov

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff State of Delaware*

1