## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., et al.,<br><br>    Defendants. | C. A. No. 1:17-cv-5228-NGG-VMS |

### AFFIDAVIT OF VANESSA L. KASSAB IN SUPPORT OF MOTION FOR WITHDRAWAL OF ATTORNEYS OF RECORD

I, Vanessa L. Kassab, hereby declare under penalty of perjury that the following is true and correct:

1. I submit this Declaration in support of the motion for withdrawal of appearances of Christian Douglas Wright and Aaron R. Goldstein in the above-captioned matter.

2. I am a Deputy Attorney General for the Delaware Department of Justice. I have applied to appear as counsel *pro hac vice* to represent Plaintiff State of Delaware in this matter.

3. Christian Douglas Wright and Aaron R. Goldstein are no longer employed by the Delaware Department of Justice and therefore neither will be representing Plaintiff State of Delaware in this matter.

4. To my knowledge, there are no deadlines or court dates scheduled in this matter that the proposed withdrawal will affect.

5. Neither Mr. Wright or Mr. Goldstein are asserting any fees or liens for their representation in this matter.

6. Upon order of this Court, I will be counsel of record for Plaintiff State of Delaware in this matter.

DATED: 12/1/2024

/s/ Vanessa L. Kassab
VANESSA L. KASSAB