AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| State of New York, et al. <br> *Plaintiff* <br> v. <br> Joseph R. Biden, Jr., et al. <br> *Defendant* | Case No. 1:17-cv-05228-NGG-VMS |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Delaware.

Date: 12/11/2024

/s/ Vanessa L. Kassab
*Attorney's signature*

Vanessa L. Kassab (DE 5862)
*Printed name and bar number*

820 N. French St.
Wilmington, DE 19801

*Address*

vanessa.kassab@delaware.gov
*E-mail address*

(202) 320-0844
*Telephone number*

*FAX number*